# Exhibit E

# CHRISTIE & YOUNG PC
### ATTORNEYS AT LAW

50 CONGRESS STREET
SUITE 430
BOSTON, MA 02109
TEL: 617-854-8315 FAX: 617-854-8311
WWW.CHRISTIEYOUNG.COM

**JOHN D. FRUMER**
617.854.8315
JDFRUMER@CHRISTIEYOUNG.COM
ADMITTED IN MASSACHUSETTS AND MAINE

March 2, 2018

**VIA EMAIL AND FEDERAL EXPRESS**

Alex Branczik
Head of Contemporary Art, Europe
Sotheby's London
34-35 New Bond Street
London W1A2AA UK
Email: alex.branczik@sothebys.com

Séverine Nackers
Head of Print Sales
Sotheby's London
34-35 New Bond Street
London W1A2AA UK
Email: Severine.nackers@sothebys.com

Grégoire Billault
Head of Contemporary Art
Sotheby's NY
1334 York Avenue
New York, NY 10021
Email: gregoire.billault@sothebys.com

Mary Bartow
Head of Print Sales
Sotheby's NY
1334 York Avenue
New York, NY 10021
Email: Mary.bartow@sothebys.com

Re: **Robert Indiana**

Dear Ms. Nackers, Ms. Bartow and Messrs. Billault and Branczik:

I write on behalf of my client Jamie L. Thomas, in his capacity as Mr. Robert Indiana's Power of Attorney under a duly executed instrument dated May 7, 2016.

Please be on notice, effective immediately, that Robert Gore and Phillip Grosslauser on behalf of Morgan Art Foundation S.A., Shearbrook (US) LLC, Figure 5 Art LLC, RI Catalogue Raisonné LLC, and each of their related entities, and Simon Salama-Caro, Emeline Salama-Caro, and Marc Salama-Caro, do not represent Robert Indiana, his estate, his foundation or his works.

Commencing immediately please affirmatively and immediately refer all inquiries as well as all other communications regarding Mr. Indiana or his works including but not limited to those involving authentication, collection of money, sales, exhibits, authorization of use and/or fabrication of Mr. Indiana's works or likenesses thereof, to the undersigned.

Please immediately circulate this notification as you deem prudent and appropriate within your organization. Please conduct any future actions, communications and inquiries in conformance with this notification.



March 2, 2018
Page 2

    I look forward to meeting you in person at our earliest mutual convenience and to working together in the future in a collaborative and collegial manner for Mr. Indiana's benefit.

Respectfully,

John D. Frumer

JDF:hwm
Enclosure
cc:    Jamie L. Thomas, Power of Attorney for Robert Indiana (via email)
        James W. Brannan, Esq. (via email)