# Exhibit F

**CHRISTIE & YOUNG PC**
ATTORNEYS AT LAW

50 CONGRESS STREET
SUITE 430
BOSTON, MA 02109
TEL: 617-854-8315 FAX: 617-854-8311
WWW.CHRISTIEYOUNG.COM

JOHN D. FRUMER
617.854.8315
JDFRUMER@CHRISTIEYOUNG.COM
ADMITTED IN MASSACHUSETTS AND MAINE

March 9, 2018

**VIA EMAIL AND FEDERAL EXPRESS**

Cyber City, Inc.
224 West 30th Street, 1100
New York, NY 10001
hostmaster@cybercityinc.com

Re:    **Robert Indiana (robertindiana.com)**

Dear Host Master:

I represent Jamie L. Thomas, as Power of Attorney for the artist Robert Indiana ("Mr. Thomas, POA for RI"). As you may know, Mr. Indiana is an iconic visual artist associated with the pop art movement, best known for works such as LOVE, HOPE, and EAT, among many others. For over 50 years, Mr. Indiana has created and distributed art under the name Robert Indiana, and thus has acquired common-law trademark rights and a right of publicity in this name.

It has come to our attention that you are in possession of a registration for the domain name robertindiana.com. You do not appear to be using that domain name in connection with the bona fide offering of any goods or services, and to the extent that you plan to do so in the future, such use is likely to mislead consumers into believing that Mr. Indiana sponsors, approves of, or has some affiliation with you. Mr. Indiana is the exclusive owner of trademark and other intellectual property rights in the name "Robert Indiana," and your use of Mr. Indiana's name and likeness violates the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), Mr. Indiana's right of publicity, and a variety of other federal and state laws of the United States.

Mr. Thomas, POA for RI requests that you immediately cease and desist all uses of robertindiana.com, transfer the registration to Mr. Thomas, POA for RI and cease and desist all uses of "Robert Indiana" (and any term confusingly similar to "Robert Indiana"). In addition, Mr. Thomas, POA for RI requests that you certify that you have no other registrations for domain names that include the term "Robert Indiana" (or any term confusingly similar to "Robert Indiana").

Please contact me by no later than noon Eastern Time, on March 19, 2018, with written confirmation that you agree to comply with the demands set forth in this letter. I hope that we

PHILADELPHIA, PA          NEW YORK, NY          BOSTON, MA

1150585.v1



Cyber City, Inc.
March 9, 2018
Page 2

can promptly resolve this matter on an amicable basis.  Absent an amicable resolution, Mr. Thomas, POA for RI will take all actions necessary to protect Mr. Indiana's rights.

      This letter is without any waiver of or prejudice to the rights, claims, remedies, or demands of Mr. Thomas, POA for RI or Mr. Indiana, all of which are hereby expressly reserved.

      Respectfully,

      John D. Frumer

JDF:hwm

cc:    Jamie L. Thomas, Power of Attorney for Robert Indiana (via email)
       James Brannan, Esquire (via email)