UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LTD., <br><br>                       Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE,<br>AMERICAN IMAGE ART, JAMIE THOMAS,<br>and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>                       Defendants. | Case No. 1:18-cv-04438-AT-BCM<br><br>**NOTICE OF APPEARANCE** |
| MICHAEL MCKENZIE<br>and AMERICAN IMAGE ART,<br><br>                       Counter-Claimants,<br>-against-<br><br>MORGAN ART FOUNDATION LTD.,<br><br>                       Counterclaim Defendant. | |
| JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>                       Counter-Claimant,<br>-against-<br><br>MORGAN ART FOUNDATION LTD.,<br>FIGURE 5 ART LLC, SHEARBROOK (US), LLC,<br>RI CATALOGUE RAISONNÉ LLC,<br>and SIMON SALAMA-CARO,<br><br>                       Counterclaim Defendants. | |
| MICHAEL MCKENZIE<br>and AMERICAN IMAGE ART,<br><br>                       Counter-Claimants,<br>-against-<br><br>JAMIE THOMAS and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>                       Counterclaim Defendants. | |

**To the Clerk of the Court and All Parties of Record:**

**PLEASE TAKE NOTICE** that Jessie F. Beeber, a member of the bar of this Court in good standing, hereby appears as counsel for James W. Brannan as Personal Representative of the Estate of Robert Indiana.

Dated: March 18, 2019
New York, NY

Respectfully submitted,

/s/ Jessie F. Beeber

VENABLE LLP
Jessie F. Beeber
Rockefeller Center
1270 Avenue of the Americas
New York, NY 10012
jbeeber@venable.com
(212) 808-5677

*Attorneys for James W. Brannan as Personal Representative of the Estate of Robert Indiana*