AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Morgan Art Foundation Limited | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cv-04438 |
| Michael McKenzie, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael McKenzie and American Image Art                                                          .

Date:      09/03/2019

_____
*Attorney's signature*

Hyun-Jeong (Becky) Baek 5357827
*Printed name and bar number*

One Penn Plaza, Suite 3100
New York, New York 10119

_____
*Address*

bbaek@goetzfitz.com
*E-mail address*

(212) 695-8100
*Telephone number*

(212) 629-4013
*FAX number*