**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　-against-<br><br>MICHAEL MCKENZIE, AMERICAN IMAGE ART, JAMIE THOMAS, and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>　　　　　　　　Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>　　　　　　　　Counter-Claimants,<br><br>　　　　　　-against-<br><br>MORGAN ART FOUNDATION LIMITED,<br><br>　　　　　　　　Counterclaim Defendant. | Case No.:  1:18-cv-4438-AT-BCM<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS FOR JOHN D. FRUMER, ESQUIRE, COUNSEL TO JAMIE L. THOMAS** |
| JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>　　　　　　　　Counter-Claimant,<br><br>　　　　　　-against-<br><br>MORGAN ART FOUNDATION LIMITED, FIGURE 5 ART LLC, SHEARBROOK (US), LLC, RI CATALOGUE RAISONNÉ LLC, and SIMON SALAMA-CARO,<br><br>　　　　　　　　Counterclaim Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>　　　　　　　　Cross-Claimants,<br><br>　　　　　　-against-<br><br>JAMIE THOMAS and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>　　　　　　　　Crossclaim-Defendants. | |

　　　　NOW COMES John D. Frumer, Esquire, of the law firm of Law Office of John D. Frumer, counsel to Jamie L. Thomas, and due to change of firm name and address respectfully requests that copies of all future documents, papers, notices and pleadings be served upon Mr. Frumer at:

John D. Frumer
Law Office of John D. Frumer
199 Wells Avenue
Suite 301
Newton, MA 02459
Phone: 617-233-9147
Fax: 617-854-8311
jdfrumer@frumerlaw.com

Dated:  New York, New York          JOHN D FRUMER
        January 15, 2020

                                    By:/s/ John D Frumer_____
                                    John D. Frumer (*Pro Hac Vice*)
                                    Law Office of John D. Frumer
                                    199 Wells Avenue
                                    Suite 301
                                    Newton, MA 02459
                                    Phone: 617-233-9147
                                    Fax: 617-854-8311
                                    jdfrumer@frumerlaw.com

                                    *Attorneys for Jamie L. Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020 I filed a copy of the foregoing by electronic means with the United States District Court for the Southern District of New York using the CM/ECF system, which will send notification to counsel of record.

                                    /s/ *John D. Frumer*_____
                                    John D. Frumer