AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

Southern District of New York ▼

|  |  |  |
|---|---|---|
| Morgan Art Foundation Ltd | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-cv-04438 |
| McKenzie et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jamie Thomas                                                                                                                    .

Date:     02/05/2020

/s/ Paul W. Ryan
*Attorney's signature*

Paul W. Ryan
*Printed name and bar number*
Serpe Ryan LLP
16 Madison Square West- 12th Floor
NY, NY 10010

*Address*

pryan@serperyan.com
*E-mail address*

(212) 257-5011
*Telephone number*

(212) 981-2720
*FAX number*