AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Morgan Art Foundation Ltd )
*Plaintiff* )
v. ) Case No. 18-cv-04438
McKenzie et al )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jamie Thomas

Date:   02/05/2020

/s/ Silvia L Serpe
*Attorney's signature*

Silvia L. Serpe
*Printed name and bar number*
Serpe Ryan LLP
16 Madison Square West- 12th Floor
NY, NY 10010

*Address*

sserpe@serperyan.com
*E-mail address*

(212) 257-5010
*Telephone number*

(212) 981-2720
*FAX number*