UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, AMERICAN IMAGE ART, JAMIE THOMAS, and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>Counter-Claimants,<br><br>-against-<br><br>MORGAN ART FOUNDATION LIMITED,<br><br>Counterclaim Defendant. | Case No.:  1:18-cv-4438-AT-BCM<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |
| JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>Counter-Claimant,<br><br>-against-<br><br>MORGAN ART FOUNDATION LIMITED, FIGURE 5 ART LLC, SHEARBROOK (US), LLC, RI CATALOGUE RAISONNÉ LLC, and SIMON SALAMA-CARO,<br><br>Counterclaim Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>Cross-Claimants,<br><br>-against-<br><br>JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>Crossclaim-Defendant. | |

PLEASE TAKE NOTICE that as of February 12, 2020, I am withdrawing my appearance as counsel for defendant Jamie L. Thomas.  I request removal from the Court's electronic filing notification system for this action.  SERPE RYAN LLP shall remain counsel of record for Jamie L. Thomas.

Dated: New York, New York
February 12, 2020

JENNER & BLOCK LLP

By: /s/ Susan J. Kohlmann

Susan J. Kohlmann (SK1855)
919 Third Avenue, 38th Floor
New York, NY 10022
Phone: 212-891-1600
Fax: 212-891-1699
skohlmann@jenner.com