UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>               Plaintiff,<br><br>               -against-<br><br>MICHAEL MCKENZIE, AMERICAN IMAGE ART, JAMIE THOMAS, and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>               Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>               Counter-Claimants,<br><br>               -against-<br><br>MORGAN ART FOUNDATION LIMITED,<br><br>               Counterclaim Defendant. | Case No.: 1:18-cv-4438-AT-BCM<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |
| JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>               Counter-Claimant,<br><br>               -against-<br><br>MORGAN ART FOUNDATION LIMITED, FIGURE 5 ART LLC, SHEARBROOK (US), LLC, RI CATALOGUE RAISONNÉ LLC, and SIMON SALAMA-CARO,<br><br>               Counterclaim Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>               Cross-Claimants,<br><br>               -against-<br><br>JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>               Crossclaim-Defendants. | |

PLEASE TAKE NOTICE that as of February 25, 2020, I am withdrawing my appearance as counsel for defendant Jamie L. Thomas.  SERPE RYAN LLP shall remain counsel of record for Jamie L. Thomas.

| | |
|---|---|
| Dated: Boston, Massachusetts<br>February 25, 2020 | LAW OFFICE OF JOHN D. FRUMER<br><br>By: ___*/s/ John D. Frumer*___<br><br>John D. Frumer (MA BBO # 546695)<br>Law Office of John D. Frumer<br>199 Wells Avenue<br>Suite 301<br>Newton, MA 02459<br>Phone: 617-233-9147<br>Fax: 617-830-0615<br>jdfrumer@frumerlaw.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 25, 2020 I filed a copy of the foregoing by electronic means with the United States District Court for the Southern District of New York using the CM/ECF system, which will send notification to counsel of record.

                                                  */s/ John D. Frumer*_____
                                                John D. Frumer