UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>                    Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, AMERICAN IMAGE ART, JAMIE THOMAS, and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/25/20 |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>                    Counter-Claimants,<br><br>-against-<br><br>MORGAN ART FOUNDATION LIMITED,<br><br>                    Counterclaim Defendant. | Case No.: 1:18-cv-4438-AT-BCM<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL** |
| JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>                    Counter-Claimant,<br><br>-against-<br><br>MORGAN ART FOUNDATION LIMITED, FIGURE 5 ART LLC, SHEARBROOK (US), LLC, RI CATALOGUE RAISONNÉ LLC, and SIMON SALAMA-CARO,<br><br>                    Counterclaim Defendants. | |
| MICHAEL MCKENZIE and AMERICAN IMAGE ART,<br><br>                    Cross-Claimants,<br><br>-against-<br><br>JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>                    Crossclaim-Defendants. | |

PLEASE TAKE NOTICE that as of February 25, 2020, I am withdrawing my appearance as counsel for defendant Jamie L. Thomas.  SERPE RYAN LLP shall remain counsel of record for Jamie L. Thomas.

Dated: Boston, Massachusetts  
February 25, 2020

LAW OFFICE OF JOHN D. FRUMER

By: ___/s/ *John D. Frumer*___

John D. Frumer (MA BBO # 546695)  
Law Office of John D. Frumer  
199 Wells Avenue  
Suite 301  
Newton, MA 02459  
Phone: 617-233-9147  
Fax: 617-830-0615  
jdfrumer@frumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020 I filed a copy of the foregoing by electronic means with the United States District Court for the Southern District of New York using the CM/ECF system, which will send notification to counsel of record.

/s/ *John D. Frumer*  
John D. Frumer

SO ORDERED:

_____ 2/25/20  
Barbara Moses  
United States Magistrate Judge