

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

        Plaintiff,

  -against-

MICHAEL MCKENZIE, et al.,

        Defendants.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the letter-motion filed by defendants Michael McKenzie and American Image Art (the AIA Defendants) on April 23, 2020 (Dkt. No. 249), seeking leave to file a motion for leave to amend their Third Amended Answer with Counterclaims and Cross-Claims. (Dkt. No. 91.)

    The AIA Defendants' application is within the scope of my reference. No later than **April 27, 2020**, the AIA Defendants shall file a copy of their proposed amended pleading, together with a redline comparison showing the changes from their operative pleading. Any party wishing to oppose the AIA Defendants' letter-motion shall respond, by letter not exceeding six pages, no later than **May 4, 2020**.

Dated: New York, New York
       April 24, 2020

                          **SO ORDERED**.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**