USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

      Plaintiff,

  -against-

MICHAEL MCKENZIE, et al.,

      Defendants.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed the single-spaced, six-page letter-motion filed by defendants Michael McKenzie and American Image Art (the AIA Defendants) on April 23, 2020 (Dkt. No. 249), seeking "permission to move for leave to file a motion to amend AIA's pleadings," as well as the AIA Defendants' proposed Fourth Amended Answer, Counterclaims, and Cross-claims, redlined against their current pleading (Dkt. No. 251); the responsive letter-briefs from defendant James W. Brannan, Personal Representative of the Estate of Robert Indiana (Dkt. No. 252) and plaintiff Morgan Art Foundation Limited (Dkt. No. 253), each dated May 4, 2020, which total nine single-spaced pages and oppose further amendment of the AIA Defendants' pleading; and the AIA Defendants' six-page reply letter, also single-spaced, dated May 7, 2020. (Dkt. No. 256.)

      The Court construes the AIA Defendants' April 23 letter to constitute their motion for leave to amend and deems that motion fully briefed. Judge Moses will hold oral argument on the motion, via telephone conference call, on **June 9, 2020, at 11:30 a.m.** A few minutes before that time, the parties shall call into the below teleconference:

      Call in number:    888-557-8511
      Access Code:     7746387

      **Please treat the teleconference as you would treat a public court appearance. If a conference or hearing in another matter is ongoing, please be silent (mute your line) until your case is called.** For other teleconferencing guidelines, the parties should review § 2 of Judge Moses's Emergency Practices, available at https://nysd.uscourts.gov/hon-barbara-moses.

Dated:  New York, New York
        May 11, 2020

**SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**