```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

        Plaintiff,

    -against-

MICHAEL MCKENZIE, et al.,

        Defendants.

18-cv-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendants' joint letter dated June 19, 2020 (Dkt. No. 312), concerning the AIA Defendants' demand for copies of the settlement agreement between the Estate and Thomas and related documents. It is hereby ORDERED that the Estate and Thomas shall submit for *in camera* review a complete copy of their settlement agreement, together with all attachments and exhibits thereto, as well as any related agreements concerning (a) the advancement or reimbursement of, or indemnification against, Thomas's legal fees, settlement payments, and/or judgments in these actions or (b) any obligation by Thomas to cooperate with the Estate in these actions. *See generally King Cty. v. IKB Deutsche Industribank AG*, 2012 WL 3553775, at *2 (S.D.N.Y. Aug. 17, 2012) (denying motion to compel production of settlement agreement after conducting *in camera* review and determining that document was not relevant to damages or to witness bias). The document(s) shall be promptly emailed to the Court at Moses_NYSDChambers@nysd.uscourts.gov.

Dated: New York, New York
       June 24, 2020

                                          SO ORDERED.

                                          **BARBARA MOSES**
                                          **United States Magistrate Judge**