UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/5/20___
```

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED, | |
| Plaintiff, | 18-CV-4438 (AT) (BCM) |
| -against- | |
| MICHAEL MCKENZIE, et al., | |
| Defendants. | |
| | |
| MORGAN ART FOUNDATION LIMITED, et al., | |
| Plaintiffs, | 18-CV-8231 (AT) (BCM) |
| -against- | **ORDER** |
| JAMES W. BRANNAN, *as personal representative of the Estate of Robert Indiana*, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed (1) plaintiffs' letter-motion dated July 27, 2020 (Dkt. No. 329 in Case No. 18-cv-4438; Dkt No. 126 in Case No. 18-cv-8231), requesting that the Court require the Estate to treat certain documents as "Attorneys' Eyes Only," (2) the Estate's letter in response dated July 30, 2020 (Dkt. No. 331 in Case No. 18-cv-4438; Dkt. No. 128 in Case No. 18-cv-8231), arguing that the documents at issue do not disclose confidential information that would give James Brannan a "competitive advantage" over plaintiffs in the marketplace, and (3) plaintiffs' reply letter dated August 3, 2020 (Dkt. No. 332 in Case No. 18-cv-4438; Dkt. No. 129 in Case No. 18-cv-8231), contending that there are "countless ways that the Estate could misuse this information to Plaintiffs' competitive disadvantage."

The Court will conduct a telephonic discovery conference on **August 20, 2020, at 10:00 a.m.** At that time, the parties shall call 888-557-8511 and enter the access code 7746387. It is the Court's intention to resolve this discovery dispute at the August 20 conference, based on the letters submitted, together with any argument presented at the conference, unless a party shows good cause why more formal briefing is required.

Dated: New York, New York
      August 5, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**