**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
**lukenikas@quinnemanuel.com**

January 19, 2021

**VIA ECF**
Honorable Barbara Moses
United States District Court
Southern District of New York
New York, New York 10007

**Re:** *Morgan Art Foundation Ltd. v. McKenzie, et al.*, **18-cv-04438 (AT)**; *Morgan Art Foundation Ltd., et al. v. Brannan*, **18-cv-08231 (AT)**

Dear Judge Moses,

I write on behalf of the Plaintiffs in advance of the parties' January 21, 2021 status conference. The Estate joins this letter.

The parties respectfully request that Your Honor mediate MAF and the Estate's disputes. The Star of Hope has also agreed to participate in the mediation. The parties are prepared to make their mediation submissions promptly and, subject to the Court's schedule, would hope to complete the mediation process within one month.

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART