USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/21/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>        Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, et al.,<br><br>        Defendants. | 18-CV-4438 (AT) (BCM) |
| MORGAN ART FOUNDATION LIMITED, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>JAMES W. BRANNAN, *as personal representative of the Estate of Robert Indiana*,<br><br>        Defendant. | 18-CV-8231 (AT) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, discovery in both actions shall remain STAYED through and including February 4, 2021. The parties are directed, however, to schedule all remaining fact depositions to commence the week of February 15, 2021 and to be completed no later than **March 5, 2021**. Fact depositions are limited to those that were noticed, scheduled, or commenced before the Court issued its Order dated November 6, 2020 (Dkt. No. 369). Similarly, no new written discovery requests are to be served.

Dated: New York, New York
       January 21, 2021

                              **SO ORDERED.**

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**