UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/21

MORGAN ART FOUNDATION LTD.,

Plaintiff,

-against-

MICHAEL MCKENZIE, *et al.*,

Defendants.

Case No. 18-CV-4438 (AT) (BCM)

MORGAN ART FOUNDATION LTD., *et al.*,

Plaintiffs,

-against-

JAMES W. BRANNAN, *as Personal Representative of the Estate of Robert Indiana*,

Defendant.

Case No. 18-CV-8231 (AT) (BCM)

[PROPOSED] ORDER

It is hereby ORDERED that in accordance with Plaintiffs' March 9, 2021 letter (Case No. 18-CV-4438, Dkt. No. 384) and the stipulation executed by all parties on March 12, 2021, the above-captioned actioned shall be STAYED through and including May 17, 2021. The parties shall inform the Court if the settlement agreement condition referenced in Plaintiffs' March 9, 2021 letter is satisfied before May 17, 2021, at which time the stay may be lifted.

Dated: New York, New York
        March 15, 2021

**SO ORDERED**.

_____
BARBARA MOSES
United States Magistrate Judge