UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/16/21
```

MORGAN ART FOUNDATION LIMITED,

             Plaintiff,

        -against-

MICHAEL MCKENZIE,

             Defendant.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The stay issued on March 15, 2021 (Dkt. No. 387) expired on May 17, 2021. In light of the Stipulation of Dismissal with Prejudice dated June 15, 2021 (Dkt. No. 391), the only claims that remain in this action are those asserted between plaintiff and counterclaim-defendant Morgan Art Foundation Limited and defendant and counterclaimant Michael McKenzie.

The Court will conduct a status and scheduling conference on **June 29, 2021, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. This is an in-person conference. Counsel are advised to consult the Chief Judge's current entry protocols, available at https://nysd.uscourts.gov/covid-19-coronavirus, in advance of the conference. No later than **June 25, 2021**, the parties shall file a joint update letter, advising the Court as to what discovery remains to be conducted and proposing a schedule for completing all required fact and expert discovery.

Dated:  New York, New York
        June 16, 2021

SO ORDERED.

**BARBARA MOSES**
**United States Magistrate Judge**