USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/21

# MARKHAM READ ZERNER LLC

www.markhamreadzerner.com

| | |
|---|---|
| One Commercial Wharf West | 908 Main Street/P. O. Box 697 |
| Boston, Massachusetts 02110 | Waldoboro, Maine 04572 |
| T. (617) 523-6329 | T. (207) 790-8049 |
| F. (617) 742-8604 | F. (207) 790-8050 |

July 7, 2021

**VIA ECF**

Honorable Barbara Moses
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re: *Morgan Art Foundation Ltd. v. McKenzie*, 18-cv-04438 (AT)
Letter Request for One-Day Extension of Deadline

Dear Judge Moses:

We write on behalf of Defendant Michael McKenzie d/b/a American Image Art's (herein, "McKenzie") jointly with Plaintiff Morgan Art Foundation Limited ("MAF") to seek a one-day extension of time to make submissions to the Court as to an inspection of the McKenzie studio and as to production of settlement agreements by MAF.

This Court's Order (ECF 395) set a deadline of this Friday, July 9, 2021 for the parties to submit a stipulation or joint letter on the inspection issue and for McKenzie to file a letter-motion to compel production of the settlement agreement from MAF, if needed.

The parties seek a short extension of one day to Monday, July 12, 2021 to make these submissions. The parties have been conferring on both these issues as well have been discussing whether this case could be resolved through settlement and seek this extension to allow time for continued negotiations of all matters before reporting back to the Court on the parties' positions. This does not affect the other deadlines set by the Court's Order.

Respectfully submitted,

MARKHAM READ ZERNER LLC

*/s/ Bridget A. Zerner*

cc: All Counsel of Record via ECF

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 8, 2021