USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/21

# MARKHAM READ ZERNER LLC

www.markhamreadzerner.com

| | |
|---|---|
| One Commercial Wharf West | 908 Main Street/P. O. Box 697 |
| Boston, Massachusetts 02110 | Waldoboro, Maine 04572 |
| T. (617) 523-6329 | T. (207) 790-8049 |
| F. (617) 742-8604 | F. (207) 790-8050 |

July 12, 2021

**VIA ECF**

Honorable Barbara Moses
United States District Court
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

Re: *Morgan Art Foundation Ltd. v. McKenzie*, 18-cv-04438 (AT)
  Letter Request for Additional One-Day Extension of Deadline re Inspection

Dear Judge Moses:

We write on behalf of Defendant Michael McKenzie d/b/a American Image Art's (herein, "McKenzie") with the assent of Plaintiff Morgan Art Foundation Limited ("MAF"), through counsel Luke Nikas, to seek another one-day extension of time to make submissions to the Court as to an inspection of the McKenzie studio. The Court extended the deadline to today at Dkt. No. 399. This request does not affect the other deadlines set by the Court's Order at Dkt. No. 395.

The parties are still attempting to reach an agreement on terms for an inspection and the one-day extension will increase the likelihood that an agreement will be reached and thus avoid further involvement by the Court at this time. If the parties come to terms on logistics, an inspection may be able to be completed next week.

Therefore, one more extension, until tomorrow, Tuesday, July 13, 2021, is requested on the issue of an inspection of McKenzie's studio.

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
July 12, 2021

Respectfully submitted,

MARKHAM READ ZERNER LLC

/s/ Bridget A. Zerner

cc: All Counsel of Record via ECF