UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

-against-

MICHAEL MCKENZIE, et al.,

    Defendants.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed defendant Michael McKenzie's letter-motion dated July 12, 2021 (Dkt. No. 401), seeking an order compelling plaintiff Morgan Art Foundation Ltd. (MAF) to produce a complete copy of the settlement agreement recently entered into by MAF, Jamie Thomas, and James Brannan as Personal Representative of the Estate of Robert Indiana (the Estate), which resulted in the dismissal, with prejudice, of (i) all claims in this action asserted by MAF against Thomas and the Estate; (ii) all counterclaims in this action asserted by the Estate against MAF and certain MAF affiliates; and (iii) the entire related action captioned *Morgan Art Foundation Ltd. v. Brannan*, 18-CV-8231. (*See* Dkt. No. 391.) The Court has also received and reviewed MAF's opposition letter dated July 16, 2021. (Dkt. No. 404.)

    It is hereby ORDERED that MAF shall submit for *in camera* review a complete copy of the referenced settlement agreement, together with all attachments and exhibits thereto, as well as any related agreements concerning (a) the advancement, reimbursement, or forgiveness of any legal fees or settlement payments incurred by Thomas or the Estate in this or any other legal action (including, without limitation, legal fees incurred in connection with post-settlement discovery or testimonial obligations); or (b) any obligation by Thomas or the Estate to cooperate with MAF in this or any other legal action. *See generally Morgan Art Found. Ltd. v. McKenzie*, 2020 WL 3578251, at *4 (S.D.N.Y. July 1, 2020).

The document(s) shall be promptly emailed to the Court at Moses_NYSDChambers@nysd.uscourts.gov.

Dated: New York, New York
July 16, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**