```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED, | |
| Plaintiff, | 18-CV-4438 (AT) (BCM) |
| -against- | **ORDER RE MOTION TO COMPEL GONZALEZ TESTIMONY** |
| MICHAEL MCKENZIE, | |
| Defendant. | |

**BARBARA MOSES, United States Magistrate Judge.**

Defendant Michael McKenzie's letter-application filed October 7, 2021 (Dkt. No. 436) is GRANTED to the extent that McKenzie may file a motion to overrule nonparty witness Osvaldo Gonzalez's invocation of his Fifth Amendment rights and compel him to answer questions at deposition. McKenzie's motion papers shall be served upon the Gonzalez, along with a copy of this Order, and proof of such service shall be filed on the docket. In accordance with Local Civ. R. 6.1(a), answering papers shall be served and filed within seven days after service of the moving papers, and reply papers shall be served within two days after service of the answering papers.

Dated: New York, New York
         October 7, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**