UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED, <br><br> PLAINTIFF, <br><br> -AGAINST- <br><br> MICHAEL MCKENZIE d/b/a AMERICAN IMAGE ART, <br><br> DEFENDANT. | Case No. 1:18-cv-04438-AT-BCM |

**NOTICE OF MOTION FOR
SANCTIONS AGAINST DEFENDANT MICHAEL MCKENZIE**

Please take notice that Plaintiff Morgan Art Foundation Limited ("MAF"), hereby moves the Court to impose sanctions on Defendant Michael McKenzie under Rule 37(b) of the Federal Rules of Civil Procedure, including but not limited to terminating sanctions, adverse inferences, and contempt. This Motion is based on the accompanying Memorandum of Law in Support of Plaintiff's Motion; the Declaration of Luke Nikas dated December 10, 2021, with exhibits thereto; and upon all prior proceedings herein.

Please take further notice that, in accordance with the Court's November 16, 2021 Order (ECF No. 455), opposition papers must be served no later than December 31, 2021, and reply papers must be served no later than January 14, 2022.

Dated: December 10, 2021

                Respectfully submitted,

                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                By: */s/ Luke Nikas*
                      Luke Nikas
                      Maaren A. Shah
                      Ryan Rakower
                      51 Madison Avenue, 22nd Floor
                      New York, NY 10010
                      (212) 849-7000
                      lukenikas@quinnemanuel.com
                      maarenshah@quinnemanuel.com
                      ryanrakower@quinnemanuel.com

                      *Attorneys for Plaintiff Morgan Art Foundation Limited*