Page 1

UNITED SUPERIOR COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:18-cv-04438-AT-BCM

- - - - - - - - - - - - - - - - - -X
MORGAN ART FOUNDATION LIMITED,     :
                Plaintiff          :
                                   :
VS                                 :
                                   :
MICHAEL McKENZIE D/B/A AMERICAN    :
IMAGE ART,                         :
                Defendant          :
- - - - - - - - - - - - - - - - - -X


Videotaped deposition of

ANNETTE VESSECCHIA

taken via videoconference before Clifford Edwards,

Certified Shorthand Reporter and Notary Public, on

November 3, 2021, at 10:18 a.m.


Magna Legal Services

866-624-6221

Www.MagnaLS.com



Page 2

```
 1
 2   A P P E A R A N C E S:  (all via videoconference)
 3
 4   ON BEHALF OF THE PLAINTIFF:
 5   RYAN RAKOWER, ESQ.
     QUINN EMANUEL URQUHART & SULLIVAN, LLP
 6   51 Madison Avenue, 22nd Floor
     New York, New York  10010
 7   tel: +1 212 849 7000
     Fax: +1 212 849 7100
 8   ryanrakower@quinnemanuel.com
 9
10
11   ON BEHALF OF THE DEFENDANT:
12   BRIDGET ZERNER, ESQ.
     MARKHAM READ & ZERNER LLC
13   1 Commercial Wharf West
     Boston, MA 02110
14   Tel: (617) 523-6329
     Fax: (617) 742-8604
15   bzerner@markhamreadzerner.com
16
17
18   ALSO PRESENT:
19   BERNADETTE SCOTT, EXHIBIT TECHNICIAN
20   JUSTINE BARBARY, VIDEOGRAPHER
21
22
23
24
25
```

Page 3

```
 1
 2              INDEX OF EXAMINATION
 3                               PAGE
 4   DIRECT EXAMINATION BY MR. RAKOWER          6
 5   CROSS-EXAMINATION BY MS. ZERNER          246
 6
 7
 8              INDEX OF EXHIBITS
 9
10   Plaintiff's Exhibit          PAGE
11   No. 1, Subpoena                26
12   No. 2, Sketch of Mr. McKenzie's Property    68
13   No. 3, Video                   91
14   No. 4, Invoice from Automated Signature
15      Technology to Michael McKenzie, Dated
16      August 17, 2012             95
17   No. 5, Signature with Marking,
18      "Indiana - 80%,"            99
19   No. 6, Pencil Signature with Notes and Arrows   100
20   No. 7, Image                  124
21   No. 8, Image                  125
22   No. 9, Text Messages from Annette Vessechia's
23      Phone to Osvaldo Gonzalez        128
24   No. 10, Photo                 133
25
```

Page 4

```
 1
 2              INDEX OF EXHIBITS
 3                 (continued)
 4
 5   Plaintiff's Exhibit          PAGE
 6   No. 11, Photo of Racks in Front of Red Barn    137
 7   No. 12, Excel Spreadsheet        142
 8   No. 13, E-mail                161
 9   No. 14, E-mail                164
10   No. 15, E-mail                166
11   No. 16, Diagram               179
12   No. 17, Text Messages dated August 19, 2021   186
13   No. 18, Text Messages          196
14   No. 19, E-mail from Oz Gonzalez to
15      Annette Vessecchia, and Mr. McKenzie,
16      Dated June 12, 2020          233
17   No. 20, E-mail titled "Love sculpture pic"
18      to Annette Vessecchia dated
19      November 20, 2020           238
20   No. 21, E-mail Chain Dated February 13, 2019
21      to Dunnington Firm           239
22
23   (Reporter's Note:  Exhibits marked remotely by the
24   Exhibit Technician.)
25
```

Page 5

```
 1              ANNETTE VESSECCHIA
 2
 3        THE VIDEOGRAPHER:  We are now on
 4   the record.  This begins videotape
 5   number one in the deposition of Annette
 6   Vessecchia in the matter of Morgan Art
 7   Foundation vs. McKenzie, et al.  Today
 8   is Wednesday, November 3rd, 2021.  And
 9   the time is 10:18 a.m.
10        This deposition is being taken
11   virtually at the request of Quinn
12   Emanuel Urquhart & Sullivan, LLP.
13        The videographer is Justine Barbary
14   of Magna Legal Services.  And the court
15   reporter is Cliff Edwards of Magna Legal
16   Services.
17        Will counsel and all parties
18   present state their appearances and whom
19   they represent.
20        MR. RAKOWER:  Ryan Rakower from
21   Quinn Emanuel on behalf of Morgan Art
22   Foundation.
23        MS. ZERNER:  Bridget Zerner of
24   Markham Read Zerner on behalf of Michael
25   McKenzie, doing business as American
```



Page 6

```
1              ANNETTE VESSECCHIA
2       Image Art, and on behalf of the witness,
3       Annette Vessecchia.
4              THE VIDEOGRAPHER:  Will the court
5       reporter please swear in the witness?
6
7              ANNETTE VESSECCHIA
8       having first been duly sworn, deposed and testified
9       as follows:
10
11              DIRECT EXAMINATION
12
13      BY MR. RAKOWER:
14         Q   Good morning, Ms. Vessecchia.  My name
15      is Ryan Rakower, and I'm an attorney with the law
16      firm of Quinn Emanuel.  We represent Morgan Art
17      Foundation, and I'm going to be asking you some
18      questions today regarding your knowledge of facts
19      or events underlying the claims and assertions by
20      the parties to the lawsuit Morgan Art Foundation
21      Limited vs. Michael McKenzie.
22              Do you understand that?
23         A   Yes.
24         Q   Okay.  If you don't understand any of my
25      questions, please just let me know, and I'll try
```

Page 7

```
1              ANNETTE VESSECCHIA
2       to rephrase it.  Otherwise, I'm going to assume
3       that you understood my question.
4              Does that work for you?
5          A   Yes.
6          Q   Okay.  And if you need a break, just let
7       me know.  My only request is that you answer any
8       question that's pending before we take the break.
9          A   Okay.
10         Q   Okay.  At times your attorney,
11      Ms. Zerner, may lodge objections to my questions.
12      Unless otherwise directed by Ms. Zerner, I'm going
13      to ask that you nevertheless answer the question
14      that's pending; okay?
15         A   Okay.
16         Q   Okay.  And for the sake of the court
17      reporter, please audibly answer my questions
18      rather than just nonverbal gestures, like a nod,
19      to make sure that the answer can be picked up by
20      the court reporter.
21              Does that work for you?
22         A   Yes.
23         Q   Okay.  And this deposition, as you can
24      tell, is being conducted remotely by video
25      conference.
```

Page 8

```
1              ANNETTE VESSECCHIA
2              Is there any reason that would prevent
3       you from testifying truthfully or accurately
4       today?
5          A   No.
6          Q   Is there anybody in -- in the room with
7       you?
8          A   No.
9          Q   And from where are you taking this
10      deposition?
11         A   My house -- my home.
12         Q   Okay.  And do you understand that you
13      swore an oath today to tell the truth?
14         A   Yes.
15         Q   And do you understand that's the same
16      oath that you would give to testify in court?
17         A   Yes.
18         Q   Okay.  Are you -- are you currently
19      taking or under the influence of any medications,
20      alcohol, or any other substance that would prevent
21      you from answering my questions accurately and
22      completely?
23         A   No.
24         Q   Okay.  Is there any other reason why
25      you -- you would not be able to answer my
```

Page 9

```
1              ANNETTE VESSECCHIA
2       questions accurately and completely?
3          A   No.
4          Q   Great.
5              Are you familiar with Michael McKenzie?
6          A   Yes.
7          Q   Do you work with him?
8          A   Yes.
9          Q   Okay.  Are you officially employed in
10      connection with that work?
11         A   Yes.
12         Q   Okay.  Who is your employer?
13         A   Michael McKenzie.
14         Q   And what's your position working for
15      him?
16         A   I'm a graphic designer.
17         Q   Do you work for him in any other
18      capacity?
19         A   I mean, unless he asks me for another
20      request, like something outside of the realm of
21      graphic design, like -- I mean, I don't know.
22              We wear a lot of hats there.  So -- but
23      that's my main -- that's my main job.
24         Q   Does -- so you mentioned that you wear a
25      lot of hats.
```



Page 10

```
 1          ANNETTE VESSECCHIA
 2       Does he ask you to do work other than
 3  graphic design work?
 4     A   Not very often, no.
 5     Q   But he does at some times?
 6     A   Sure.  Remind me to clean or, you know,
 7  I might help with printing, you know.  It just
 8  depends.
 9     Q   And what kind of cleaning would you help
10  with?
11     A   Just, you know, regular, like, cleaning
12  up the dishes in the kitchen or -- just cleaning
13  up anything that might need to be, you know, put
14  away or -- I mean, I just kind of think of that as
15  just part of the job.
16     Q   And -- and that would be at -- at
17  McKenzie's residence --
18     A   Yeah.
19     Q   -- or at the studio?
20     A   At the studio.
21     Q   At the studio, okay.
22       And do you ever help with -- with
23  cleaning or assistance at his residence?
24     A   No.
25     Q   Okay.  But his residence is located on
```

Page 11

```
 1          ANNETTE VESSECCHIA
 2  the same property as the studio; is that right?
 3     A   Correct.
 4     Q   And you mentioned that you sometimes
 5  assist with printing?
 6     A   Yeah.  I have in the past, yes, but not
 7  very often.
 8     Q   Okay.  And what does that entail?
 9     A   Could be just, like, putting things on
10  the rack or pulling it off, like, taking it from
11  the master printer.  But, again, it's not -- it's
12  not my title, but it is something that I have done
13  in the past.
14     Q   And -- and this is specifically
15  assistance with artworks; right?
16     A   Yes.
17     Q   Okay.  And -- and are these artworks
18  that are attributed or created by Robert Indiana?
19     A   They could be, or others -- I mean,
20  other artists.
21     Q   Okay.  And the graphic design work that
22  you conduct, is that work that's also done in
23  connection with artwork specifically?
24     A   Yes.
25     Q   Okay.  And -- and does that involve
```

Page 12

```
 1          ANNETTE VESSECCHIA
 2  artworks attributed to Robert Indiana?
 3     A   It could or other artists as well.
 4     Q   Okay.  Which other artists?
 5     A   There's so many that we've done
 6  collaborations with.  Are you wanting me to list
 7  them or -- I mean --
 8     Q   You can give a few examples, if that
 9  would be helpful.
10     A   Like, Robert, like, Cottingham, although
11  I didn't really work with him, but there's some
12  urban artists, Crash, Ron English, Iko, Tristan
13  Eaton.
14       I'm sure there's others that I'm
15  missing.
16     Q   And what percentage of the tasks that
17  Mr. McKenzie assigns to you which you say are
18  graphic design tasks?
19     A   Oh, my gosh.  Ninety-five.
20     Q   And of the graphic design work you do
21  for Mr. McKenzie, about what percentage of that
22  work involves artworks created by or attributed to
23  Robert Indiana?
24     A   I mean, that's hard to say.  It could
25  be -- I don't know.  I mean, I can't say exactly
```

Page 13

```
 1          ANNETTE VESSECCHIA
 2  what that would be.
 3       40 percent, 30 -- I mean, I'm trying to
 4  just give an estimate.
 5     Q   Sure.
 6       Would you say it's about half?
 7     A   Could be, yeah.  Maybe.
 8     Q   And how long have you worked for
 9  Mr. McKenzie?
10     A   Since 2012, I believe.
11     Q   Do you report to anybody other than
12  Mr. McKenzie?
13     A   No.
14     Q   Okay.  And does anybody report to you?
15     A   No.
16     Q   Okay.  How many employees work alongside
17  you?
18     A   Right now or in a given time?  I mean --
19     Q   Let's start with right now.
20     A   There's one -- only one other person in
21  the studio besides Mr. McKenzie.
22     Q   And who is that?
23     A   That's Tim Ginexi.  He's the master
24  printer.
25     Q   Okay.  And do you understand
```



ANNETTE VESSECCHIA
1
2  Mr. McKenzie to be employing anybody outside of
3  the studio?
4      A   No, I don't.
5      Q   Okay.  And what's the most amount of
6  employees who have worked with you at the studio
7  since you started in 2012?
8      A   Maybe, like, five, I think, over the
9  years.
10     Q   So other than -- other than you and Tim,
11  who else -- you -- you and Mr. Ginexi, who else
12  has worked with you at the studio for
13  Mr. McKenzie?
14     A   It was Kate Casey from years ago.  There
15  was a printer when I first started, Zach.  I --
16  honestly, I can't remember his last name.  Then a
17  girl named Jenna. Clara Rodriguez.
18         I might be leaving somebody out.  I know
19  there were some part-time people, but I'm very
20  part-time as well.  So I didn't -- I may not have,
21  like, spent much time with them.
22     Q   Did Oz Gonzalez work with you at the
23  studio?
24     A   Yes.  Oh, I -- yeah.  I never think of
25  him as being -- yeah, okay.  Yes, he did.

ANNETTE VESSECCHIA
1
2      Q   Why don't -- why don't you think of him
3  as -- as being part of -- part of that?
4      A   I -- I don't -- honestly, I don't know.
5  I just think -- I thought -- I think of him as
6  being more of, like, just an outside kind of
7  consultant.  Although, he was around a lot.
8      Q   And what do you mean by "outside
9  consultant"?
10     A   It was my understanding that he was
11  retired and consulting as a retired attorney.
12     Q   Did you ever observe him providing legal
13  advice to McKenzie?
14     A   Yes.
15     Q   How many times would you say?
16     A   The whole time he was there.
17     Q   Were you involved in the conversation as
18  well?
19     A   I wasn't necessarily involved in the
20  conversation.  I mean, on occasion, yes.  But it's
21  a small area.  So I heard lots of conversations.
22     Q   And -- and these are conversations that
23  you heard while -- while you were at the studio?
24     A   Yes.
25     Q   Okay.  Do some of the -- the folks

ANNETTE VESSECCHIA
1
2  who -- who have worked with Mr. McKenzie on the
3  studio live on the property?
4      A   No.  Oz was the only one that I know of.
5      Q   And does he still live on the property,
6  to your knowledge?
7      A   No.
8      Q   The property contains a -- a studio, an
9  art studio, right?
10     A   Correct.
11     Q   It has Mr. McKenzie's residence; is that
12  right?
13     A   Yes.
14     Q   And it has a residence that once
15  belonged to Oz Gonzalez; is that right?
16     A   Yes.
17     Q   Are there any other structures on the
18  property?
19     A   Yes.  There are one, two, three, four --
20  five other structures.
21     Q   Five other structures.
22         So what are those structures?
23     A   As you know, it used to be a dairy farm.
24  So there's a big house with a detached garage.
25  And then there's a -- what used to be a bull barn

ANNETTE VESSECCHIA
1
2  and two other small -- I -- I don't know -- I
3  mean, they're just small units.  I don't know what
4  their original purpose was.
5      Q   Do you have a pen and paper in front of
6  you?
7      A   Yeah.  I can get one.
8      Q   It would -- it would be helpful for this
9  actually and some of the questions I'm going to
10  ask you going forward, just because, you know, you
11  named a number of structures in the property, if
12  you could sketch out sort of what the property --
13  how the property is laid out with respect to each
14  of these structures.
15     A   Sure.  Hold on.  Let me get a bigger
16  piece of paper.
17     Q   Thanks.
18     A   Let's see if I can get this -- shoot.
19  Hang on.  Let me do it this way.  Just give me a
20  minute.  Sorry.
21         Okay.  It's not very good because I'm
22  not a graphic designer.  I'm not a person that
23  does this kind of thing, but --
24     Q   Great.  That's super helpful.
25     A   Can you see it?



Page 18

ANNETTE VESSECCHIA

1
2  Q   Yes.
3       So I'm going to ask -- I don't -- I
4  don't know if you have a ph:one with you, but if
5  you can take a picture of that --
6  A   Sure.
7  Q   -- and e-mail to or send it to -- to --
8  to Ms. Zerner?
9  A   Sure.
10      MR. RAKOWER:  And then, Bridget,
11      maybe we can send that to the -- the
12      court reporter to be marked it as an
13      exhibit.
14      MS. ZERNER:  Sure.
15      MR. RAKOWER:  Maybe at a break,
16      if -- if that's easier.
17      THE WITNESS:  Does it need -- what
18      does it need to be a PDF or a jpeg, or
19      does it matter?
20      MR. RAKOWER:  I -- I don't think it
21      matters.
22      THE WITNESS:  Okay.  I'm getting,
23      like, a shadow.  Sorry.  I'm not sure I
24      can --
25      MS. ZERNER:  And which address --

Page 19

ANNETTE VESSECCHIA

1
2  which address should I send it to,
3  the -- the general Magna one or should I
4  send it directly to someone?
5      COURT REPORTER:  Maybe you want to
6      put it in the Chat?
7      THE WITNESS:  Bridget, do you want
8      me to text this to you or e-mail it?
9      MS. ZERNER:  E-mail it, please, if
10     you can do that.
11 BY MR. RAKOWER:
12 Q   Okay.  And, Ms. Vessecchia, you can hold
13 on to that sheet of paper.  We'll return to it in
14 a bit.
15      So I -- I do want to ask you -- so --
16 what -- what are those other structures on the
17 property used for besides the studio and
18 Mr. McKenzie's residence?
19 A   They're rental -- rental units.
20 Q   Okay.
21 A   Except for one small -- it's "Small
22 3" --
23      THE WITNESS:  Hold on -- hold on.
24      Let me -- let me just send this to
25      Bridget.

Page 20

ANNETTE VESSECCHIA

1
2      Okay.  Bridget, I just sent that.
3  A   There's one that I labeled "Small 3."
4  And that was a -- actually, I think it used to be
5  a sauna at some point, but I think it's just,
6  like, used as an extra, like -- there's a bed in
7  there.  I don't -- I don't know exactly what it's
8  used for, but there's nobody living in that
9  structure.
10 BY MR. RAKOWER:
11 Q   Okay.  And does Mr. McKenzie own all
12 these -- all these units?
13 A   Yes.
14 Q   Okay.  And so you mentioned they're
15 rentals.
16      Does he -- does he rent them out as
17 residences to -- to other individuals?
18 A   Yes.
19 Q   Okay.  And do those other individuals
20 work with him or are they just living there?
21 A   No.  They're just living there.
22 Q   Okay.  And do you know what -- are --
23 are each of the -- the units occupied right now?
24 A   I think they're all occupied except for
25 the one that Oz lived in.

Page 21

ANNETTE VESSECCHIA

1
2  Q   Okay.  And that one is currently empty?
3  A   As far as I know.  I've been out of town
4  this week.  So unless somebody's moved in.
5  Q   Okay.  And I just want to talk for a bit
6  about how you communicate with Mr. McKenzie.
7  A   Sure.
8  Q   Do you ever e-mail with him?
9  A   Yes.
10 Q   Okay.  And do you text message with him?
11 A   Yes.
12 Q   Do you use any instant messenger
13 applications to -- to correspond with --
14 A   No.
15 Q   Okay.  Is there any other way of
16 communicating with him that involves -- sorry.
17      You can strike that question.
18      How else do you communicate with him?
19 A   I -- by phone.
20 Q   And I assume you communicate with him in
21 person?
22 A   Yes.  Oh, yes.
23 Q   Okay.  So we have in person, by phone,
24 text message and e-mail.
25      Is there any other way that you



Page 22

```
 1              ANNETTE VESSECCHIA
 2   communicate with him?
 3        A   No.
 4        Q   Okay.  Have you ever been deposed
 5   before?
 6        A   No.
 7        Q   Okay.  And did you prepare for today's
 8   deposition?
 9        A   Not sure by -- I'm not understanding the
10   question fully.  What --
11        Q   So you -- you received a -- a subpoena
12   for today's deposition; right?
13        A   Yes.
14        Q   Okay.  Did you do anything to prepare
15   yourself to testify today to in connection with
16   that subpoena?
17        A   You mean, like, get coached?  I -- I
18   still don't understand.
19            (Whereupon, there was an
20            interruption.)
21        THE WITNESS:  Hold on.  Let me
22        close the door.  Hold on.
23        A   Are you talking about, like, get coached
24   or look at -- I -- I don't -- I don't --
25
```

Page 23

```
 1              ANNETTE VESSECCHIA
 2   BY MR. RAKOWER:
 3        Q   Sure.
 4            So did you review documents --
 5        A   Yes.  I did -- I had to prepare some
 6   documents and -- yes, of course I looked at them.
 7        Q   So you mentioned you had to prepare some
 8   documents.
 9            What kind of documents are those?
10        A   Whatever they were asking for in --
11   in -- I don't even know how to say it -- in
12   regards to, I guess, the subpoena.
13        Q   And who's "they"?
14        A   Whoever wrote the subpoena.  I'm sorry.
15   I'm, like -- I -- I don't --
16        Q   So are you -- are you saying that you --
17   you needed to gather documents to produce to -- to
18   Morgan Art Foundation in response to the document
19   request in the subpoena?
20        A   Yes.
21        Q   Okay.  Did you prepare any new documents
22   to produce?
23        A   You mean, did I actually write something
24   or did I -- again, I'm not understanding fully.
25        Q   Sure.
```

Page 24

```
 1              ANNETTE VESSECCHIA
 2            Did you write anything to -- write
 3   anything new to produce --
 4        A   No.
 5        Q   -- for this meeting?
 6        Okay.  Did you prepare any outlines or
 7   memorandum or -- or any notes on what you should
 8   testify about today?
 9        A   No.
10        Q   Okay.  Did you discuss today's
11   deposition with Ms. Zerner or Mr. Markham?
12        A   Yes.
13        Q   Okay.  With both of them or just with
14   Ms. Zerner?
15        A   With both.
16        Q   Okay.  When was that?
17        A   I couldn't tell you exactly when it was
18   with Mr. Markham.  Weeks ago.
19            And then I talked to Ms. Zerner last
20   week, yesterday, and there could have been a
21   handful of other times.
22        Q   Were these -- were these conversations
23   in person or over the phone?
24        A   I had one conversation in person.
25        Q   Okay.
```

Page 25

```
 1              ANNETTE VESSECCHIA
 2        A   I -- with Ms. Zerner.
 3        Q   Okay.
 4        A   And one conversation -- actually, you
 5   know what?  I may have had an -- 'cause Mr. Markham
 6   was at the studio.  So I can't say that I -- I
 7   didn't see him in person.
 8        Q   Okay.  And the conversation you're
 9   talking about with Ms. Zerner, how long was that?
10        A   I don't know.  An hour.
11        Q   Did Ms. Zerner or Mr. Markham show you
12   documents to prepare you for the deposition?
13        A   Just another copy of the subpoena,
14   because I didn't have one in front of me.
15        Q   You didn't look at any other documents
16   or notes to prepare for this deposition?
17        A   Not that I recall.
18        Q   Okay.
19        A   I'm sorry -- I'm so sorry.  My dog is
20   here, and I may have to open and close the door
21   just to keep him from barking.  So hold on.
22        MR. RAKOWER:  Bernadette, if you
23        want to put Tab 11 -- if you want to
24        share the screen with Tab 11, I'm going
25        to go to that.
```



Page 26

```
1              ANNETTE VESSECCHIA
2         MS. ZERNER:  And can I check if the
3    photo came through --
4         MR. RAKOWER:  It did.
5         MS. ZERNER:  -- of the map?
6         MR. RAKOWER:  It's in -- it's in
7    the Chat.
8         MS. ZERNER:  Okay.
9         MR. RAKOWER:  Actually, why don't
10   we -- okay.  We'll start with this.
11        COURT REPORTER:  So is this is --
12   mark this as an exhibit?
13        MR. RAKOWER:  Yes.  Can we mark
14   this as Exhibit 1?  The -- the subpoena
15   is Exhibit 1.
16        (Whereupon, Plaintiff's Exhibit No.
17        1, Subpoena, was marked for
18        identification.)
19        MR. RAKOWER:  And we'll go to
20   what's in the Chat next, but let's start
21   with this.
22   BY MR. RAKOWER:
23     Q   Okay.  Ms. Vessecchia, are you able to
24   see the -- the document on the screen?
25     A   Yes.
```

Page 27

```
1              ANNETTE VESSECCHIA
2      Q   Okay.  Do you recognize this document?
3      A   Yes.
4      Q   Okay.  What is it?
5      A   The subpoena for me to testify at this
6    deposition.
7      Q   Okay.  And is this the document that --
8    that you were shown by -- by Mr. Markham and
9    Ms. Zerner?
10     A   Yes.
11        MR. RAKOWER:  I'd like to mark this
12   as Exhibit 1.  Okay.
13        MS. ZERNER:  I assume, Ryan, this
14   has the -- this is the first page.  Does
15   this have your document request after it
16   as part of --
17        MR. RAKOWER:  Yes.
18        MS. ZERNER:  -- the exhibit?
19        MR. RAKOWER:  Yes, it does.
20   BY MR. RAKOWER:
21     Q   Okay.  Ms. Vessecchia, did -- did you
22   read this document in full?
23     A   As best as I could.  I mean, it's --
24   it's very difficult to understand, but, I mean, I
25   get the gist of it.
```

Page 28

```
1              ANNETTE VESSECCHIA
2      Q   Okay.  And you see that it directs you
3    to testify today?
4      A   Yes.
5      Q   Okay.  And you see that it also directs
6    you to -- to produce documents?
7      A   Yes.
8      Q   Okay.
9         MR. RAKOWER:  If we can go to -- to
10        PDF page eight.  It -- it should have a
11        number 5 on the bottom of the screen,
12        but it's page eight of the PDF.
13        Right.  Yeah.
14   BY MR. RAKOWER:
15     Q   And you see it says, "Documents
16   requested"?
17        Do you see that?
18     A   Yes.
19     Q   Okay.  And these were documents that --
20   that Morgan Art Foundation requested for you to
21   produce in connection with this subpoena.
22        Do you understand that?
23     A   Yes.
24     Q   Okay.  Could you generally describe what
25   efforts you took to collect and produce documents
```

Page 29

```
1              ANNETTE VESSECCHIA
2    in response to this subpoena?
3      A   I just -- I went to text messages, tried
4    to figure out how to get those out of my devices
5    and to -- to Bridget.  I looked through any old
6    e-mails.
7         It was basically looking through e-mails
8    and just to see if I had anything concerning what
9    the request was.
10     Q   Okay.  And for the text messages, how
11   did you determine which -- which text
12   conversations to provide to Ms. Zerner?
13     A   Well, I -- I believe most of what I
14   provided were the text messages I had with Oz.
15     Q   And what made you decide to produce the
16   text messages with Oz as opposed to text messages
17   with other individuals?
18     A   I didn't really text with anybody.  I
19   mean, I could have texted with Mike, but I -- I
20   didn't feel like it really -- really concerned
21   what was being requested.
22     Q   Okay.  You testified earlier that --
23   that you -- you have text messages with Michael
24   McKenzie; right?
25     A   Yes.
```



Page 30

ANNETTE VESSECCHIA

1
2     Q   But you -- you -- you went through those
3  text messages and determined that they would not
4  be responsive to their -- the document request by
5  Morgan Art Foundation?
6     A   The messages that I have left of what I
7  still have, correct.
8     Q   You -- you mentioned what you still
9  have.
10        Did you at one point have text messages
11  with Michael McKenzie that -- that you believe are
12  responsive to these document requests?
13     A   It's possible.  I had to get a new
14  phone.  So any text messages that I had on my old
15  phone, I was not able to -- to get.  I mean, the
16  phone was run over, smashed.  So I couldn't get
17  anything.
18     Q   And when did you -- when did you get a
19  new phone?
20     A   Man, I'm not even sure.  I'd have to
21  look.
22        In August.
23     Q   Is that August of -- of 2021?
24     A   '21.  Yeah, 2021.
25     Q   Okay.  Were you able to uncover any text

Page 31

ANNETTE VESSECCHIA

1
2  messages from prior to August of 2021?
3     A   Yeah.  I could get some that had been on
4  my iPad, but they -- but those were only messages
5  that had to do with Oz.
6     Q   Okay.  And did you show the text
7  messages between you and Mr. McKenzie to your
8  counsel?
9     A   I don't -- I mean, I think I gave her
10  some e-mails, but I don't -- I don't think I
11  produced any with Mike.
12     Q   Okay.  So you -- you looked at them
13  yourself and determined that they were
14  nonresponsive?
15     A   Yes.
16     Q   Okay.
17        Okay.  One moment.
18     A   You know -- yeah.
19     Q   No.  What were you going to say?
20     A   There could have been a group text
21  message in there that Mike was involved with that
22  I produced.
23     Q   Okay.
24     A   I just -- I'm trying to be a hundred
25  percent honest.

Page 32

ANNETTE VESSECCHIA

1
2     Q   Sure.
3        And -- and -- and before you received
4  this subpoena, had you been asked before to -- to
5  produce any -- any text messages or e-mails to
6  lawyers?
7     A   Yes.  I'm not sure about the text
8  messages, but definitely e-mails.
9     Q   Okay.  We'll get back to that in a
10  second.  I just want to go through these document
11  requests, because you -- you did mention that --
12  you mentioned that there were parts of the
13  subpoena that you possibly didn't understand, and
14  I just want to go through them.
15     A   Yes.
16     Q   So documents and -- so let's start with
17  number one, where it says, "Documents and
18  communications relating to or concerning McKenzie
19  or AIA's fabrication of Robert Indiana works."
20        Do you understand what this is referring
21  to?
22     A   Yeah.  But I -- I was thinking that it
23  had anything to do with what had been requested
24  after Oz's declaration, I guess.  Any documents
25  that had already been produced, I don't know that

Page 33

ANNETTE VESSECCHIA

1
2  I produced those again.
3     Q   So you didn't undertake any effort to --
4  to -- to produce documents that predated
5  Mr. Gonzalez's declaration in response to the
6  subpoena?
7     A   I probably didn't do a lot because I
8  assumed that they already had them.
9     Q   Okay.  So you --
10     A   Again, I've -- I've never done this
11  before.  So I -- I don't know --
12     Q   And -- and by "they," you're referring
13  to Morgan Art Foundation; right?
14     A   Yeah.  Or if Mr. Markham needed
15  anything.
16     Q   And when -- when did you provide the
17  documents that you provided to your lawyers?
18     A   I think on Sunday.
19     Q   Okay.  Okay.  And let's start with
20  this -- this first category where it's discussing
21  documents, communications relating to or
22  concerning McKenzie or -- or AIA's fabrication of
23  Robert Indiana works.
24        I'm sorry.  I -- I'm not sure I got a
25  clear answer to this.



Page 34

ANNETTE VESSECCHIA

1
2       You understand what this is referring
3  to; right?
4       A   I -- I thought I did, but now I'm
5  wondering if I didn't just because what you're
6  asking.
7       Q   Well, what's your understanding of what
8  this is asking for?
9       A   Well, I was thinking that it had
10  anything to do with what Oz was claiming in his
11  declaration about fabrication of Robert Indiana --
12  of any works.
13           MR. RAKOWER:  If we can go to the
14       next page of the -- of the subpoena.
15           Okay.
16  BY MR. RAKOWER:
17       Q   If you look at the last document
18  request, it asks for -- do you see that it asks
19  for documents --
20       A   Yes.
21       Q   -- that you --
22       A   Yes.
23       Q   -- that artworks --
24           (Whereupon, the court reporter
25           requests clarification.)

Page 35

ANNETTE VESSECCHIA

1
2  BY MR. RAKOWER:
3       Q   Yes.  Let me --
4           I'm sorry, Ms. Vessecchia.  Let me
5  finish the question so it's clear --
6       A   Sure.
7       Q   -- for the record.
8           Do you see there that this -- this
9  requests documents related to the events, facts,
10  artworks or circumstances described in the
11  attached declaration of Osvaldo Gonzalez?
12       A   Yes.
13       Q   Okay.  So you understand that one of the
14  categories of documents that we -- that Morgan Art
15  Foundation requested has to do with what's in Oz
16  Gonzalez's declaration; correct?
17       A   Yes.
18       Q   Okay.  But if we go back one page to the
19  first category of documents, and if you --
20       A   Okay.
21       Q   -- look at the -- the instruction right
22  above number one, it talks about a relevant time
23  period.
24           Do you see that?
25       A   I do see it.

Page 36

ANNETTE VESSECCHIA

1
2       Q   Okay.  And you see that that relevant
3  time period spans from January 1st, 1990 -- 1990
4  until the present?
5       A   Yes.
6       Q   Okay.  So I want to go from -- to -- to
7  your recollection of the text messages that you
8  had with Mr. McKenzie that you since have not been
9  able to uncover.
10           Do you have text messages that relate to
11  this first category of requests?
12       A   Not anymore.  Maybe.
13       Q   But you once did; is that right?
14       A   Possibly.  I mean, I don't know that
15  they really have to do with fabrication of -- I
16  mean, I didn't text with Mike about fabrication of
17  Indiana works or really anybody.
18       Q   What did you text with Mr. McKenzie
19  about?
20       A   Like, I'm running late, or maybe Mike's
21  out of town, and I'm not going to be back at the
22  studio until, you know, whatever time.
23           It wasn't about anything -- or it could
24  be, you know, why don't you work on, you know, XYZ
25  today, but not really a lot of that.  I mean, I --

Page 37

ANNETTE VESSECCHIA

1
2  I -- I mean, I can't remember.  This has been
3  over -- I mean, that would be ten years or more
4  worth of stuff.
5           But I -- I didn't do a lot of texting
6  with Mike, no.
7       Q   Okay.  Did you have any -- let's go to
8  document request number two.  It discusses
9  McKenzie or AIA's storage of Robert Indiana works.
10           Do you see that?
11       A   Yes.
12       Q   Did you have any text messages with
13  Mr. McKenzie regarding this topic?
14       A   There was -- I don't think so.  The only
15  storage we have -- and I feel like -- are you
16  talking about what's stored at the studio or
17  what's stored offsite?
18           Because I'm only familiar with offsite
19  storage of recent.
20       Q   And you're not familiar with storage of
21  artworks at the studio?
22       A   Yes.  I -- yes.  I'm -- I -- I was
23  talking specifically about offsite.
24           Yes, I -- I'm -- I'm aware of where
25  things are stored.  Maybe -- I mean, I may not



ANNETTE VESSECCHIA

1
2  have a full, like -- you know, don't know where
3  ever single thing is, but --
4      Q    And --
5      A    Yeah.  I mean, I worked there.  So --
6      Q    Okay.  And -- and so did you ever have
7  communications with Mr. McKenzie about where
8  artworks were stored?
9      A    I -- I don't think so.  That would have
10  been something we would have talked about in
11  person.
12      Q    Okay.  Let's go to request number three.
13  It discusses the transportation of -- of Indiana
14  artworks.
15          Do you see that?
16      A    Yes.
17      Q    And did you have any text messages with
18  Mr. McKenzie regarding the transportation of -- of
19  Robert Indiana artworks?
20      A    Not of current.  There could have been,
21  you know, something dated prior to when I got a
22  new phone.  But, again, I believe that was e-mail.
23      Q    Okay.  So you have -- you have e-mails
24  with Mr. McKenzie concerning the transportation of
25  Robert Indiana artworks?

ANNETTE VESSECCHIA

1
2      A    There were a couple e-mails that we were
3  all copied on, you know, just Mike letting us know
4  what he wanted to do.
5      Q    Okay.  And you see that category number
6  four is -- is -- discusses -- it -- it cuts off on
7  this page and goes on to the next page?
8      A    Yes.
9      Q    Do you see that it discusses the sale of
10  Robert Indiana artworks?
11      A    Yes.
12      Q    Okay.
13          MR. RAKOWER:  If we could flip to
14      the next page.  Okay.
15  BY MR. RAKOWER:
16      Q    And did you have any communications with
17  Mr. McKenzie regarding the sale of Robert Indiana
18  artworks?
19      A    No.  I didn't have anything to do with
20  sales.
21      Q    Okay.  And have -- and I assume your
22  answer is the same for -- for request number five,
23  which refers to efforts or attempts to sell Robert
24  Indiana artworks?
25      A    I mean, that would have been something,

ANNETTE VESSECCHIA

1
2  again, that I would have likely not have been
3  directly involved with.  Like, maybe if it had
4  something to do with Rosenbaum or something like
5  that, maybe, but really I -- I wasn't a part of
6  that.
7      Q    So when you say "directly involved
8  with," would you be indirectly involved with any
9  of that?
10      A    Well, if I -- I mean, I guess if they
11  needed a -- a photo or whatever, then I might have
12  to send it, but I wouldn't have been saying -- you
13  know, actively participating in the sale of a
14  Robert Indiana work.
15      Q    And -- and who would be the primary
16  individuals involved with that?
17      A    That would have been Mike.  I guess
18  maybe the bookkeeper.  I -- I don't know.  That's
19  a part of the business that I just am not a part
20  of.
21      Q    Who's -- who's the bookkeeper?
22      A    Lucy Ann.
23      Q    What's her last name?
24      A    That's a really good question.  I'm not
25  sure I know the answer to that.  Lucy Ann -- hold

ANNETTE VESSECCHIA

1
2  on one second.  Let me see if I could find Lucy
3  Ann.
4      Q    Yeah.  That's okay.
5      A    Young.
6      Q    We'll refer to --
7          Lucy Ann Young.  Got it.
8      A    Yes.
9      Q    Okay.  So the next -- the next -- the
10  next category, it's -- it's category number six.
11  It discusses efforts or attempts to conceal Robert
12  Indiana works?
13      A    No, I don't know anything about
14  attempting to conceal Robert Indiana works.
15      Q    You don't have any communications
16  regarding that?
17      A    Not regarding concealing Robert Indiana
18  works, no.
19      Q    Okay.  And the next category is number
20  seven.  It discusses attempts to transfer Robert
21  Indiana works.
22          Did you have any communications with
23  Mr. McKenzie regarding this --
24      A    What do you --
25      Q    -- transfer --



1          ANNETTE VESSECCHIA
2      A   What do you -- what is -- what do you
3  mean by transfer?
4          Like, transfer physically?  Like,
5  moving?
6      Q   Okay.
7      A   I mean, that's kind of a big --
8      Q   Well, let's -- we can start with -- we
9  can start with transfer physically; right?
10         Transfer the actual artwork from one
11 place to another, did you have any communications
12 with McKenzie regarding that?
13     A   Again, that would have been something
14 that we would have talked about in person.
15     Q   Okay.
16     A   I mean, maybe there was an e-mail again
17 saying, you know, Let's meet at whatever time, you
18 know.
19     Q   And then with regard to -- let's --
20 let's, you know, sort of discuss transfer of -- of
21 rights to an artwork; right?
22         Do you have any communications regarding
23 that with Mr. McKenzie?
24     A   I don't -- I'm not -- I don't even
25 understand what that means.  But probably not.

1          ANNETTE VESSECCHIA
2          But what -- what do you mean, "transfer
3  rights"?
4          I mean --
5      Q   Do you understand what -- what
6  intellectual property rights are with respect to
7  an artwork?
8      A   Not really.  I mean, doesn't the -- I
9  mean, the right belongs to the artist --
10     Q   Okay.
11     A   -- but I -- I don't know.
12     Q   Okay.  Let's move on to the next
13 category, number eight.
14     A   Okay.
15     Q   And it discusses the affixation of
16 Robert Indiana's signature or emblem on Robert
17 Indiana works, including through use of a stencil
18 or a Ghostwriter.
19         Do you see that?
20     A   Yes.
21     Q   Okay.  Do you know what a Ghostwriter
22 is?
23     A   I do.
24     Q   Okay.  What's a Ghostwriter?
25     A   It's a machine that is used to duplicate

1          ANNETTE VESSECCHIA
2  a signature for a variety of reasons.
3      Q   And what -- what would those reasons be?
4      A   I -- I mean, I couldn't say.  I mean, I
5  guess you could be signing a check or you could be
6  signing artwork or books or whatever you might
7  want to use it.
8      Q   Have you ever signed your -- your own
9  signature with a -- with a Ghostwriter?
10     A   No.
11     Q   Okay.  Whose signature have you seen
12 being signed with a Ghostwriter machine?
13     A   Are you talking about my time with
14 American Image?  I -- I mean, I was familiar with
15 the machine before I worked there.
16     Q   Okay.  Let's -- let's -- let's keep it
17 specific to -- to your time working for
18 Mr. McKenzie.
19     A   Okay.  Yes, I saw a Robert Indiana
20 signature with the Ghostwriter.
21     Q   Did you see anybody else's signature
22 being signed with the Ghostwriter?
23     A   No.
24     Q   Okay.  Do you have any -- did you have
25 any communications with Mr. McKenzie regarding the

1          ANNETTE VESSECCHIA
2  use of the Ghostwriter or a stencil to sign
3  Mr. Indiana's signature?
4      A   I wouldn't have had communications
5  'cause that was prior to me getting there.
6      Q   What was prior to you getting there?
7      A   I -- I honestly cannot recall if the
8  machine came about right as I started or just
9  after I started, but it would not have been
10 bought -- I wouldn't have been involved in any
11 written communications about it.
12     Q   Okay.  And by "came about," do you mean
13 Mr. McKenzie acquired the machine either before
14 you started or just after you started?
15     A   Yes.  But that wouldn't have -- the
16 acquiring of the machine wouldn't have been -- I
17 may have -- I may have found documents, but no,
18 like, e-mails or text messages about it.
19     Q   Okay.  So you never texted about using
20 the Ghostwriter to sign a --
21     A   No.
22     Q   -- Indiana signature?
23         And what about using a stencil?
24         (Whereupon, the court reporter
25         requests clarification.)



Page 46

```
 1              ANNETTE VESSECCHIA
 2   BY MR. RAKOWER:
 3        Q   I asked, "You never texted about using a
 4   Ghostwriter to sign Indiana's signature?"
 5            Is that --
 6        A   No.
 7        Q   Okay.  And did -- have you ever texted
 8   about using a stencil to sign Mr. Indiana's
 9   signature?
10        A   Not to sign his signature, no.
11        Q   How else -- in what other context would
12   you have texted about a stencil?
13        A   I don't even know that I would have --
14   that would have been something that I would have
15   talked about in person.
16        Q   Okay.  And what other uses for a stencil
17   did you have in connection with your work for
18   Mr. McKenzie?
19        A   Well, stencil was used for the back --
20   Indiana signs not -- I don't want to say "signs,"
21   but authenticated or whatever his paintings for
22   years with a stamp on the back.
23            And so that was something that he also
24   wanted when it came to canvases that he and Mike
25   worked on together.  The back was -- was an
```

Page 47

```
 1              ANNETTE VESSECCHIA
 2   artist's seal.
 3        Q   And is -- is that the same as an emblem?
 4        A   I guess.  I don't know what -- I mean --
 5   sure.  I mean, we call it an artist's seal, but
 6   some people call it a stamp or a stencil.
 7        Q   Okay.  And did you ever text about using
 8   the stencil to stamp the -- the artist's seal on
 9   any artworks?
10        A   I don't think so.
11        Q   Okay.  And by the way, you -- you were
12   discussing some of Mr. Indiana's authorizations or
13   desires.
14            Did Mr. Indiana tell that to you
15   personally?
16        A   No.
17        Q   How did you come to understand what --
18   what he desired or -- or had authorized with
19   respect to -- to his emblem?
20        A   That would have been something that
21   Mike -- I mean, that was -- you know, that was
22   Mike's.  He discussed everything with Mike, and
23   then Mike, you know, would tell me or us or
24   whoever.
25        Q   Okay.  And so that -- that actually
```

Page 48

```
 1              ANNETTE VESSECCHIA
 2   brings us to this next document category.  It's
 3   number nine.  And it discusses documents and
 4   communications concerning Robert Indiana's
 5   authorization, approval or permission for McKenzie
 6   or AIA to sign Indiana's signature on Robert
 7   Indiana works.
 8            Do you see that?
 9        A   Yes.
10        Q   Okay.  And you mentioned that -- that
11   Mr. McKenzie would have discussed that topic with
12   you; is that right?
13        A   Yeah.  Well, he would have said, I want
14   you to do this.
15        Q   Do what?
16        A   Either use the seal or -- excuse me --
17   the -- yeah, artist seal or, you know, use the
18   Ghostwriter.
19        Q   And is that something that you do for
20   Mr. McKenzie in connection with your -- your
21   graphic design work for him?
22        A   Yes.
23        Q   About how many times have you used a
24   Ghostwriter to -- to sign Indiana's signature on
25   an artwork?
```

Page 49

```
 1              ANNETTE VESSECCHIA
 2        A   It was only one group of editions, the
 3   Four Seasons of Hope.  That was it.
 4        Q   The Four Seasons of Hope is the only
 5   artwork that -- that you've seen a Ghostwriter
 6   sign Mr. Indiana's signature on?
 7        A   Correct.
 8        Q   To your knowledge, is that the only
 9   artwork that Mr. Indiana -- that -- sorry.  Strike
10   that.
11            To your knowledge, is that the only
12   artwork that the Ghostwriter has been used on?
13        A   Yes.  To my knowledge, yes.
14        Q   Okay.  Do you have an understanding of
15   whether Mr. Indiana authorized the use of the
16   Ghostwriter?
17        A   Yes.  I -- I believe that he did.
18        Q   And what's the basis for that belief?
19        A   Well, I -- I found a document with his
20   signature on it, which I -- I believe I gave to
21   Bridget.
22            I also overheard conversations, multiple
23   conversations of Indiana complaining about having
24   to sign that particular edition because there
25   were -- well, "Four Seasons," so eight times
```



1        ANNETTE VESSECCHIA
2   approximately 200.  So that's 1600, probably close
3   to 2,000 after you add in, you know, artist proofs
4   and printer's proofs and such.
5        And he was freaking out that he was
6   going to have to sign that many and that Mike
7   needed to find another way to make that happen.
8   Q   Was that a conversation that you were --
9   that occurred in person?
10  A   I -- I mean, it wasn't directly
11  involving me, but I could hear the conversation,
12  because Mike sits right behind me, and he usually
13  uses a speakerphone.  So --
14  Q   This was a conversation by phone?
15  A   Yes.  With -- Between Mike and Indiana.
16  Q   Okay.  When was this?
17  A   Oh, man.  Right after I started working
18  there.  So it would have been back in 2012,
19  probably.
20  Q   Okay.
21  A   I vividly remember it, because I had
22  just started working there.
23  Q   Okay.  And had you met Mr. Indiana
24  before that?
25  A   No.

1        ANNETTE VESSECCHIA
2   Q   Had you ever spoken to him on the phone
3   before that?
4   A   No.  I've nerve spoken to him on the
5   phone, period.
6   Q   Okay.  Is that the only time that you've
7   heard Mr. Indiana's voice?
8   A   No.  I heard it many times over the
9   years working for -- are you talking about was
10  that the first time I had heard his voice?
11  Q   Sure.  Let's start with that.
12       Was that the first time that you had --
13  A   Yes._
14  Q   -- heard Mr. Indiana's voice?
15  A   Yes.
16  Q   Okay.  Did you recognize it to be
17  Mr. Indiana's voice?
18  A   Well, no.  Because, I mean, only when
19  Mike picked up the phone and said, "Hey, Bob."
20       He said, "Hey, Mike."
21       I mean, you could -- you know, I could
22  tell who it was.
23  Q   Okay.  And so Mr. Indiana was upset
24  during that conversation?
25  A   Yes.

1        ANNETTE VESSECCHIA
2   Q   Okay.
3   A   There were several conversations, but
4   that was the first one that I recall.
5   Q   Okay.  And he was upset because he would
6   have had to sign his signature close to 2,000
7   times --
8   A   Yes.
9   Q   -- on editions of Four Seasons of Hope?
10  A   Yes.
11  Q   Okay.  And what else did Mr. Indiana say
12  on that call?
13  A   I can't remember exactly what -- you
14  know, what else they may have talked about, but I
15  just remember it vividly because in my mind I
16  thought, "Oh, my gosh.  This is, like, a famous
17  artist that I studied in school and I'm hearing
18  his voice.  And wow, he's complaining a lot."
19  Q   So you remember that the conversation
20  began with something along the lines of
21  Mr. McKenzie saying, "Hi, Bob"?
22  A   Yes.
23  Q   Okay.  And you remember that it was on
24  speakerphone?
25  A   Yes.

1        ANNETTE VESSECCHIA
2   Q   And then you remember that Mr. Indiana
3   was upset that he would have to sign his name many
4   times on an artwork, Four Seasons of Hope?
5   A   Yes.
6   Q   Do you remember anything else that
7   occurred during that conversation?
8   A   He -- he mentioned, "Isn't there a
9   machine for this?"
10       And Mike said, "I -- you know, probably,
11  but I'm not sure about that."
12       And he was, you know, almost refusing to
13  not, you know, deal with it.  He may have actually
14  signed some of them.  I -- I don't know.  But
15  there was one part of the edition for sure that he
16  was like, you know, "I'm not going to do it.  It's
17  too much.  I can't stand that."
18       And Mike was trying to make it work and,
19  you know, "We'll do whatever, you know, to make
20  you comfortable.  I mean, I can look into the --
21  into the machine."
22       And that was the first time that he
23  talked about the machine.  And then I don't
24  remember -- I mean, there could have been some
25  other conversations about it, but -- but that was



ANNETTE VESSECCHIA

1  the first one that I remember.
2
3      Q   Okay.  So you recall Mr. Indiana during
4  that phone call on speakerphone, after complaining
5  that he'd need to sign his name so many times on
6  the Four Seasons of Hope, asking if there was a
7  machine that could sign his name?
8      A   Yes.
9      Q   Okay.  And what do you remember
10 Mr. McKenzie's response being?
11     A   Well, he wasn't crazy about it, you
12 know.  He was like, "I -- you know, I'll look into
13 it.  I -- it's been done, I know."
14         And then Indiana was basically, you
15 know, saying, "I'm not going to sign it unless we
16 can do it with the machine."
17         I mean, that was the assumption that I
18 kind of made.  He was just very upset and whining
19 about it.
20     Q   Okay.  So you didn't hear
21 Mr. McKenzie -- Mr. Indiana say that he wouldn't
22 sign it without a machine on that call?  You
23 mentioned that was an assumption you made?
24     A   No, I mean, he said in some way, "You
25 know, I don't think I'm going to be able to do it

ANNETTE VESSECCHIA

1
2  unless we can get, you know, a machine to help."
3      Q   And you said that Mr. McKenzie was
4  unwilling to use a machine?
5      A   Yeah.  Originally, yeah.  He was not
6  crazy about it.
7      Q   And why -- why not?
8      A   Because he -- in my opinion, he, you
9  know, would rather the artist, you know, sign it
10 in person, like, you know, he -- like he always
11 did with -- with other artists.  So, you know, I
12 think he just wasn't -- I just think it was his
13 history to not use a machine.
14     Q   It was not common practice to use a
15 machine?
16     A   Not from my -- not for Mike.  I mean, it
17 could -- could be for other artists.  I've
18 never -- I mean, I've -- I have heard of it being
19 done, but you know, I don't know -- I don't know
20 that it's uncommon, but I don't know that it's
21 very common either.  It's always nice to have the
22 artist, you know, actually sign it.
23     Q   Okay.
24     A   But I can also understand.  He was
25 probably in his, 70s, you know, and he was frail

ANNETTE VESSECCHIA

1
2  and -- I mean, it just -- he didn't feel like he
3  was up to it.
4      Q   So Mr. McKenzie expressed reluctance on
5  the call to Mr. Indiana to use a machine?
6      A   Yes.
7      Q   Okay.  What did Mr. Indiana respond
8  with?
9      A   He whined and basically was like, "Well,
10 you've got to figure this out because I can't sign
11 that many pieces."
12     Q   And how did Mr. McKenzie respond?
13     A   He said, "Okay.  I mean, I'll look into
14 it and I'll get back to you."
15         And, you know, I don't know what -- I
16 don't remember what else they discussed.  I mean,
17 I feel like the majority of that conversation was
18 that, you know.
19     Q   So you don't recall anything else being
20 discussed on that call?
21     A   I don't.
22     Q   Okay.  And you don't recall an agreement
23 being made on that call that the Ghostwriter would
24 sign Mr. Indiana's signature on artworks?
25     A   No, not on that call.

ANNETTE VESSECCHIA

1
2      Q   Okay.  Do you recall a future
3  conversation -- a conversation with Mr. Indiana
4  that occurred subsequently to that call regarding
5  the Ghostwriter?
6      A   I believe there were some calls after
7  that, after Mike had, you know, done the research.
8  But honestly, I -- I can't remember what they
9  talked about.
10         The next thing I knew, we just had the
11 machine.  So it was, you know, I --
12     Q   So --
13     A   -- felt like they must have come to an
14 agreement.
15     Q   So you felt like they must have come to
16 an agreement, but you didn't witness them coming
17 to an agreement?
18     A   I did not witness them coming to an
19 agreement.
20     Q   Okay.  And you -- you can't recall any
21 other call where Mr. Indiana said, "You can use
22 the Ghostwriter to sign my name"?
23     A   No.  I just recall him insisting on
24 using a machine or complaining about signing that
25 particular edition.

MAGNA
LEGAL SERVICES

ANNETTE VESSECCHIA

1
2    Q    Okay.  And that was just a discussion
3  regarding the Four Seasons of Hope?
4    A    Yes.
5    Q    Okay.  It wasn't a discussion of --
6  about any other artwork?
7    A    Not that I heard.
8    Q    Okay.  And you -- and you can't recall
9  any conversation with Indiana where Indiana gave
10  authorization or permission for the Ghostwriter to
11  be -- to be used to sign his name on any other
12  artwork?
13    A    No.
14    Q    Okay.
15    A    I mean, I'm not saying that it didn't
16  happen.  I just may not have been there.
17    Q    Okay.
18    A    But it was never used for anything but
19  that to -- to my knowledge.
20    Q    We'll get back to that in a second.
21    I want to move on to -- to number ten,
22  where it discusses documents and communications
23  concerning McKenzie's or AIA's efforts to -- or
24  attempts to establish trusts to hold Robert
25  Indiana works?

ANNETTE VESSECCHIA

1
2    A    No, I -- I don't know anything about
3  that.
4    Q    And you never had any communications
5  about that?
6    A    No, I'd never even heard of it until I
7  got the subpoena -- or got the declaration from
8  Oz.
9    Q    Okay.
10    A    That Oz sent.
11    Q    Okay.  Number 11 says, "Documents and
12  communications concerning any of the issues and
13  alleged facts in the complaint."
14    Do you see that?
15    A    Yes.
16    Q    Okay.  Did you see that there is a
17  complaint attached to the subpoena?
18    A    A complaint from Oz or -- I -- I'm not
19  sure.
20    MR. RAKOWER:  All right.  So if we
21    can go to PDF page 16.
22  BY MR. RAKOWER:
23    Q    Do you recognize this document?
24    A    I mean, I've probably seen it over
25  the -- you know, off and on over my time there.

ANNETTE VESSECCHIA

1
2  But I don't know that I've fully -- hold -- hold
3  on.  I -- can I just read it real quick?
4    Q    Yeah.  It's -- it's a long document --
5    A    Yeah, I mean, I -- I got the gist of it.
6  So yeah, I -- I've seen it.  I never could fully
7  understand it, but --
8    Q    You understand that this document was
9  attached to the subpoena that was sent to you?
10    A    I actually am not sure that this was
11  attached because I was just looking at the -- I
12  mean, I -- I've seen this before, but I don't
13  think I realized that it was part of the subpoena.
14    Q    I'll -- I'll represent to you that --
15  that the subpoena that we -- we sent to Ms. Zerner
16  included this as part of the subpoena.
17    A    Okay.
18    Q    And do you understand that the subpoena
19  called for the production of documents that
20  relates to the facts and allegations in this
21  complaint?
22    A    I -- I mean, I understand that now.  But
23  I'm not -- I -- again, I didn't put forth any more
24  documents than I had already put out.
25    Because wasn't this -- oh, hold on.

ANNETTE VESSECCHIA

1
2    Wasn't this -- this was put out before I
3  received the subpoena.
4    MS. ZERNER:  You know, and I will
5    add here that we -- you know, I know
6    that the subpoena was due today, Ryan,
7    and because of the timing of getting
8    documents and getting them to you and I
9    wanted to make sure you had documents to
10    look at to use for this deposition,
11    we'll get you a written response today
12    to the subpoena.
13    To this particular request, we'd
14    make an objection that it's overbroad
15    and calls for documents that were
16    already produced.  You know, we'll
17    review this if -- if there's anything
18    more that's called for.
19    MR. RAKOWER:  All right.  We'll --
20    we'll reserve the -- the rights to -- to
21    oppose that objection, including because
22    it's untimely.
23    But we'll -- we'll -- we'll make a
24    reservation of rights at the conclusion
25    of the deposition with regard to the --



Page 62

1      ANNETTE VESSECCHIA
2         the document productions that -- that
3         have been made.
4   BY MR. RAKOWER:
5      Q   But one thing, Ms. Vessecchia, I just
6   want to establish:  You didn't -- you didn't --
7   when -- you did not read this complaint at the
8   time that you received the subpoena and collected
9   documents for production; is that right?
10     A   No.
11     Q   Okay.
12        MR. RAKOWER:  I want to go to
13        page 24 of the complaint.  And I
14        apologize that I don't know what the PDF
15        page is going to be.  It may be
16        something -- I think it may be 39.
17        Okay.
18     A   Okay.
19  BY MR. RAKOWER:
20     Q   And we were discussing the Ghostwriter
21  before.  And you see there's an image on this
22  page.
23        And do you see that there's a machine
24  using a pencil to sign a signature?
25     A   Yes.

Page 63

1      ANNETTE VESSECCHIA
2      Q   Okay.  Is that the Ghostwriter?
3      A   I -- I don't -- I mean, I guess.  I
4   can't see the whole machine and so I only
5   witnessed it being used the one time, so --
6        Yeah, I mean, I -- I -- I can't see the
7   machine so I don't know.
8      Q   Well, I'll show -- I'll show you
9   something in a second but --
10     A   Okay.
11     Q   Is there anything in this picture that
12  looks different than the Ghostwriter that you've
13  seen being used?
14     A   Yeah, the -- the piece of artwork.  I
15  mean, this is the first time I've seen this.
16     Q   Okay.  And what piece of artwork is
17  that?
18     A   It looks like The Alphabet.
19     Q   Okay.  And The Alphabet is not the Four
20  Seasons of Hope?
21     A   Correct.
22     Q   Right?
23     A   That's correct.
24     Q   Okay.  And do you -- do you see there's
25  a signature on the artwork?

Page 64

1      ANNETTE VESSECCHIA
2      A   Yes.
3      Q   Okay.  Do you recognize that signature?
4      A   Yes, it looks like -- yes.
5      Q   And what is that signature?
6      A   It looks like Robert Indiana's
7   signature.  I mean, it's blurry but --
8      Q   Okay.  And -- and you mentioned before
9   that -- that you -- you'd never seen or observed
10  Robert Indiana providing permission or
11  authorization for -- for his name to be signed
12  on -- on The Alphabet artwork?
13     A   Not that I heard, no.  I don't even know
14  where this is.
15     Q   All right.  We'll get back to this.
16     A   Okay.
17        MR. RAKOWER:  If -- if -- if we
18        could go back to PDF page six --
19        page nine, I'm sorry.  PDF page nine.
20  BY MR. RAKOWER:
21     Q   Okay.  And do you see the last document
22  request is, "Documents related to the events,
23  facts, artworks, or circumstances described in the
24  attached declaration of Osvaldo Gonzalez."
25        Do you see that?

Page 65

1      ANNETTE VESSECCHIA
2      A   Yes.
3      Q   And do you see -- if we go to the
4   next page, do you see there's a declaration?
5      A   Yes.
6      Q   Do you recognize this?
7      A   Yes.
8      Q   Did you review this?
9      A   Yes.
10     Q   Okay.  And did you have communications
11  with Mr. McKenzie about any of the -- the facts or
12  artworks or events or circumstances that -- that
13  are alleged in the declaration?
14     A   Yeah.  I mean, it was just, you know,
15  random e-mails, like him being upset and it being
16  ridiculous and -- but yeah, I -- I -- whatever I
17  had, I turned in.
18     Q   Okay.  You mentioned that he was upset?
19     A   Yeah.  Mike was upset.  I would say.
20     Q   What did he say to you?
21     A   He -- he was completely flabbergasted.
22     Q   You mentioned that he said it was
23  ridiculous?
24     A   Yes.  I mean, can -- you know, it sounds
25  like something he would say.



Page 66

```
1              ANNETTE VESSECCHIA
2      But yeah, he was very upset.
3      Q   Okay.  And what -- what in particular
4  upset him?
5      A   Well, I think he was upset by what Oz
6  was claiming.
7      Q   And what was that --
8      A   It's hard to even look at this because
9  number two, he didn't meet McKenzie in 2008 or
10 2009 because Mike didn't have the property then.
11     So I mean, that's beside the point.  But
12 just everything about it.
13     And at the same time that we got a -- or
14 that he saw this, we found out that Oz had been
15 disbarred.
16     And so that was in itself a huge slap in
17 the face to me, to Tim, to Mike.  I mean, it was
18 shocking, to say the least.
19     Q   Okay.  We'll discuss this more in a
20 moment.
21     A   Sure.
22         MR. RAKOWER:  Maybe it's a good
23     time for us to mark the exhibit that was
24     posted in the chat.
25         Can we pull that up?
```

Page 67

```
1              ANNETTE VESSECCHIA
2      TECHNICIAN:  Give me one moment.
3      THE WITNESS:  Ryan, do you mind if
4  I just go to the bathroom real quick
5  while we're waiting?
6      MR. RAKOWER:  Yeah, we're going to
7  take a break in -- in, like, literally a
8  minute once I'm --
9      THE WITNESS:  Oh, okay.  Yeah,
10 that's fine then.
11     MR. RAKOWER:  So will that work for
12 you?
13     THE WITNESS:  Sure.
14     MR. RAKOWER:  Okay.  So let's just
15 wait for the exhibit to -- to come up.
16     Bernadette, are you able to access
17 the exhibit that was posted in the chat?
18     TECHNICIAN:  Yes.  I'm just trying
19 to get it on the screen right now.  One
20 second.  I'm sorry.
21     MR. RAKOWER:  Okay.
22     TECHNICIAN:  Can everybody see
23 that?
24     THE WITNESS:  Yes, I can see it.
25
```

Page 68

```
1              ANNETTE VESSECCHIA
2  BY MR. RAKOWER:
3      Q   Great.  So Ms. Vessecchia, do you
4  recognize this document?
5      A   Yes.
6      Q   Okay.  This is a -- this is a map of --
7  or a sketch of -- of Mr. McKenzie's property that
8  you prepared?
9      A   Yes.
10     Q   And that you prepared that just to --
11 you know, moments ago when we were discussing it?
12     A   Yes.
13     Q   Okay.
14         MR. RAKOWER:  I'd like to mark this
15     as Exhibit 2.
16         (Whereupon, Plaintiff's Exhibit
17         No. 2, Sketch of Mr. McKenzie's
18         Property, was marked for
19         identification.)
20         MR. RAKOWER:  And then I'm -- I'm
21     ready to take a break.  We can take a
22     ten-minute break.
23         Does that work for everybody?
24     THE WITNESS:  It works.
25     MR. RAKOWER:  Great.  All right.
```

Page 69

```
1              ANNETTE VESSECCHIA
2      THE VIDEOGRAPHER:  Off the record
3  at 11:30 a.m.
4         (Whereupon, there was a recess
5         taken from 11:30 a.m. to 11:41
6         a.m.)
7      THE VIDEOGRAPHER:  On the record at
8  11:41 a.m.
9      MS. ZERNER:  And I -- I just wanted
10 to -- to address, before you continue
11 your questions, as to the subpoena
12 request, I believe, 11, that called for
13 documents related to the -- the
14 complaint by Morgan, in the production
15 meet this morning I believe there is --
16 that does include an e-mail with
17 Attorney Simoni that has a link to
18 documents that I believe is active and
19 accessible, that you can open that link
20 and see documents that were produced
21 related to this litigation.  And if
22 there's more that -- of that kind that
23 are responsive, we'll get them to you.
24     MR. RAKOWER:  All right.  Thanks
25 for putting that on the record.  And you
```



Page 70

ANNETTE VESSECCHIA

1
2 know, I just want to note that that
3 production was made 14 minutes before
4 this deposition was scheduled to
5 commence.  And so we are just going to
6 reserve all rights in that regard and --
7 and you know we can -- you know,
8 we'll -- we'll make a reservation of
9 rights and as I said, I'm planning to
10 make a reservation of rights at the
11 conclusion of the depo as well.
12       MS. ZERNER:  Yes.  And I'll add
13 then since -- I mean, I did receive the
14 documents late on Sunday night, when
15 Monday I was in a deposition with your
16 other counsel.  I spent yesterday trying
17 to get the documents to you and I ran
18 into a technical problem, as I
19 mentioned.  I produced the documents I
20 could yesterday and tried to get them to
21 you as quickly as I could this morning.
22       MR. RAKOWER:  Why don't we go back
23 to the questions.  We can discuss this
24 at the conclusion of the deposition.
25

Page 71

ANNETTE VESSECCHIA

1
2 BY MR. RAKOWER:
3     Q   So Ms. Vessecchia, we -- we -- we
4 discussed, you know, a conversation that you had
5 overheard between Robert Indiana and -- and
6 Michael McKenzie that occurred some time in 2012;
7 do you recall that?
8     A   Yes.
9     Q   Okay.  Have you ever met Robert Indiana
10 in person?
11     A   Yes.
12     Q   How many times?
13     A   Once.
14     Q   Once.  And where was that?
15     A   It was actually in the studio in
16 Katonah.
17     Q   Okay.  And when was that?
18     A   I can't tell you the day, but I can tell
19 you it was during the Whitney Museum's exhibit --
20 Robert Indiana exhibition where he had come to
21 town for that.
22     Q   Is that in or around 2013?
23     A   That seems about right.  Seems like it
24 could have been a little later.  But that -- it's
25 possible.  I could probably look it up on the

Page 72

ANNETTE VESSECCHIA

1
2 internet real quick.
3     Q   You don't need to do that right now.  We
4 can --
5     A   Okay.
6     Q   -- do that.
7         But -- but you recall that the one time
8 that you met Mr. Indiana in person, it was at --
9 around the time when his exhibition at the Whitney
10 was ongoing?
11     A   Yes.
12     Q   Okay.  And that was the only time you
13 met him in person?
14     A   That I recall, yes.
15     Q   Okay.  And what did you discuss with
16 Mr. Indiana?
17     A   Nothing about artwork or anything like
18 that.
19         He's very eccentric gentleman so I -- I
20 didn't even spend much time talking to him.  I
21 think we took some pictures.  We did go to lunch,
22 but it wasn't a lot of discussion, so to speak.
23     Q   Okay.  And -- and so you don't recall
24 any discussion with him during that -- that
25 meeting in person regarding the authorizations for

Page 73

ANNETTE VESSECCHIA

1
2 his artworks?
3     A   No, absolutely not.
4     Q   Okay.  And -- and you don't recall
5 overhearing any discussion during that visit to
6 which you may not have been party, but a
7 discussion perhaps between him and Mr. McKenzie
8 regarding his authorizations for artworks?
9     A   Correct.  I mean --
10     Q   You -- you don't recall anything like
11 that during the visit?
12     A   No.
13     Q   Okay.  Have you ever spoken to
14 Mr. Indiana by phone?
15     A   No.
16     Q   Have you ever e-mailed Mr. Indiana?
17     A   No.
18     Q   Have you ever texted him?
19     A   No.
20     Q   Okay.  And you mentioned overhearing
21 a -- a phone call between Mr. Indiana and
22 Mr. McKenzie in 2012.
23         You mentioned that was the first time
24 you had heard Mr. Indiana's voice; is that right?
25     A   Yes.  That I recall, yes.



Page 74

ANNETTE VESSECCHIA

1
2    Q   Okay.  Do you recall any subsequent
3  phone conversation between Mr. McKenzie and
4  Mr. Indiana that you overheard?
5    A   Yeah, there -- there could have been
6  hundreds of conversations.  I mean, that -- they
7  were talking or, you know, he -- you know, he
8  would call and Mike is usually on speakerphone.
9  So, you know, there were all kinds of things
10  discussed.
11    Q   Approximately how many conversations do
12  you believe that you overheard between
13  Mr. McKenzie Mr. Indiana?
14    A   That's hard to even put a guess on.
15    2012 -- six -- I mean, it could have
16  been 50; it could have been more.
17    I mean, honestly, it could have been
18  like a real quick, "Hey, just checking in," or,
19  "Hey, Mike, you know, just" --
20    There were so many because Mike sits
21  right behind me at the studio.  I mean, he's
22  3 feet away so.
23    Q   You mentioned the first conversation
24  that you heard was in or around 2012?
25    A   I -- I believe that to be true.  I -- I

Page 75

ANNETTE VESSECCHIA

1
2  just believe that -- I believe it to be the first
3  time I heard Indiana's voice.
4    And while it could have been later after
5  I started working, I -- you know, I just didn't
6  hear any conversations prior to that.  I just
7  remember that one in particular because it was the
8  first time I heard him and I just -- I was really
9  excited at first.  And then I was just thinking,
10  "Why is he whining so much?"
11    But that's neither here nor there.
12    Q   And when was the last conversation you
13  heard between Mr. McKenzie and Mr. Indiana?
14    A   Oh, man.  I mean, it had to be pretty
15  close -- just prior to him passing away.  I -- you
16  know, I -- I just don't recall when the last
17  conversation was that I heard.
18    Q   But it would be in or around 2018?
19    A   Yes.
20    Q   Okay.  And during that approximate
21  six-year span, did you regularly overhear
22  conversations between Mr. McKenzie and
23  Mr. Indiana?
24    A   Yes.
25    Q   Okay.  And you mentioned a specific

Page 76

ANNETTE VESSECCHIA

1
2  conversation in 2012 where you overheard a
3  conversation about the potential use of a machine
4  to sign Mr. Indiana's name?
5    A   Yes.
6    Q   Do you recall any conversations
7  subsequent to that regarding the use of a machine
8  to sign Mr. Indiana's name?
9    A   Not specifically, no.
10    Q   Okay.  Do you recall any conversations
11  subsequent to that regarding Mr. Indiana's
12  authorization for his name to be signed on
13  artworks?
14    A   If it was a conversation it was, "How's
15  everything going?  How does it look?  How" -- you
16  know, that -- that kind of thing.
17    But no, no -- if you are looking for,
18  was there an actual agreement?  No, I -- I didn't
19  hear anything after that, that I recall.
20    Q   And so you're talking about there was no
21  actual agreement regarding the use of a
22  Ghostwriter; correct?
23    A   That I -- no, not specifically the
24  Ghostwriter, no.
25    Q   Okay.  And do you recall any

Page 77

ANNETTE VESSECCHIA

1
2  conversations regarding the Dylan works that you
3  overheard between Robert Indiana and Michael
4  McKenzie?
5    A   I mean, sure, they talked about it.  I
6  mean, yeah, he was excited about it.
7    Q   Do you recall any conversations between
8  Robert Indiana and Michael McKenzie regarding
9  Morgan Art Foundation?
10    A   Wait.  Can you repeat that again?
11    Q   Do you recall any conversations between
12  Michael McKenzie and Robert Indiana regarding
13  Morgan Art Foundation?
14    A   Yes.
15    Q   And what do you recall?
16    A   I recall Mr. Indiana not being very
17  happy with them.
18    I couldn't -- again, there were so many
19  conversations -- I -- I was very familiar with
20  Morgan Art Foundation and it wasn't in a favorable
21  way.
22    Q   And what do you recall Mr. Indiana
23  saying?
24    A   He wasn't happy by the way things were
25  being handled, he wasn't happy with some



Page 78

ANNETTE VESSECCHIA

1
2 individuals that were related.  I mean, he seemed
3 stressed out, very stressed out at times so, I
4 mean -- I -- I -- is there a specific question
5 that you're looking for or -- or anything, like,
6 specific?
7    Q   I'm -- I'm trying to -- I'm trying to --
8 to just ascertain your memory of -- of your
9 conversations -- or the conversations that you
10 overheard between Mr. McKenzie and -- and --
11 and --
12    A   Yes.  Morgan Art Foundation was a topic
13 of conversation.
14    Q   And you mentioned that you overheard
15 Mr. Indiana being unhappy with individuals?
16    A   Yes.
17    Q   And who were those individuals?
18    A   Simon Salama-Caro.  I'm not sure I'm
19 saying that correctly.  But he was pretty upset
20 about him and I feel like there was one
21 conversation where maybe one member of that family
22 came to visit and he was upset about that.
23       Again, I -- I can't -- you know, I don't
24 have, like, full memory of that.  I just know that
25 it was a source -- to me, in the, you know, time

Page 79

ANNETTE VESSECCHIA

1
2 that I was in the studio when I would hear the
3 conversations, it seemed to be a source of stress
4 and angst for Indiana.
5    Q   All right.  But you can't recall any
6 conversation with specificity where Mr. Indiana
7 expressed that it was a source of angst?
8    A   He was complaining that he wanted
9 documents produced and he wasn't getting it and
10 Mike was trying to help him out.
11       It seemed to -- to happen for -- you
12 know what, I -- whenever I heard the conversations
13 there seemed to be subsequent conversations and
14 then there weren't -- they -- they were fewer and
15 far between.
16       But yeah, I mean, I definitely was
17 familiar with it.
18    Q   And you mentioned Mike was trying to
19 help them out.  You're talking about Mr. McKenzie?
20    A   Yes.  Mr. McKenzie.
21    Q   Okay.  And Mr. McKenzie was trying to
22 help Mr. Indiana deal with Morgan Art Foundation?
23    A   Yeah.  I think he was just -- I -- I
24 can't tell you exactly what kind of advice he was
25 giving him.

Page 80

ANNETTE VESSECCHIA

1
2       But I think he was saying he needs --
3 you know, "I hear you complaining all the time,
4 but you don't seem to be doing anything."
5       I kind of remember a little bit about
6 that.
7    Q   What did Mr. McKenzie suggest that
8 Mr. Indiana do with regard to Morgan Art
9 Foundation?
10    A   That maybe he needed to get
11 representation or request the documents that he
12 was looking for.
13       I don't know exactly what he -- he was
14 requesting.  I'm not trying to be a jerk, but
15 there was a lot of whining that was coming from
16 Indiana.  So I -- I just couldn't tell you exactly
17 what it was, but it would definitely come up.
18    Q   Okay.  And, you know, with regard to
19 Mr. Indiana's authorizations --
20    A   Yes.
21    Q   -- for artworks?
22    A   Yes.
23    Q   Have we discussed every conversation
24 that you remember in which Mr. Indiana provided
25 authorization for his name to be signed on

Page 81

ANNETTE VESSECCHIA

1
2 artworks?
3       (Whereupon, the court reporter
4       requests clarification.)
5 BY MR. RAKOWER:
6    Q   Sure.  So with regard to conversations
7 that you overheard between Mr. Indiana and
8 Mr. McKenzie regarding Mr. Indiana's
9 authorizations with respect to his signature being
10 signed on artworks, do you recall any other
11 conversations other than the ones we've discussed?
12    A   I mean, I do recall Indiana saying, "Why
13 can't we just use the machine," but I -- I have no
14 idea what the outcome of what that was.
15       And I couldn't tell you, like, what
16 editions that might be.  Because I guess at that
17 point I was getting so used to the conversations
18 that -- that I -- you know, sometimes I wasn't,
19 like, truly listening in.
20       That first one was just so vivid because
21 it was the first one.  And it was just
22 coincidental that it happened to be, you know,
23 about that.
24    Q   And -- and besides that first
25 conversation, you can't recall with specificity



Page 82

ANNETTE VESSECCHIA

1
2  any other conversation --
3      A   Not specifically about a particular
4  edition, no.
5      Q   Okay.  And not specifically -- and --
6  and besides that first conversation, you can't
7  recall any other conversation that you overheard
8  where Mr. Indiana provided any authorization for
9  his name to be signed on artworks?
10     A   Not that he was providing authorization
11 but he was asking if they could -- if he could use
12 the machine or why didn't they just use the
13 machine or, you know, some -- something like that.
14     Q   And those questions were asked on that
15 first conversation that you overheard; is that
16 right?
17     A   Yes, of that.  But they were asked on
18 subsequent conversations.
19         I mean, once we had the machine, I think
20 Indiana was like, "Why can't we just use it all
21 the time?"
22         And I just got the feeling that Mike
23 didn't want to use it all the time so --
24     Q   What gave you that feeling?
25     A   Because he would -- that -- at least in

Page 83

ANNETTE VESSECCHIA

1
2  what I heard of the conversation, it was never a,
3  "Yeah, okay," you know.  Or anything like that.
4         It was, you know, "We can talk about it
5  later," or, "I guess that's something we could
6  discuss," or, you know, that that sort of thing.
7      Q   So there was definitely --
8      A   So I never knew, like, you know, what --
9  if there were subsequent editions that he gave
10 permission for, I don't know of that.
11     Q   So besides Mr. Indiana asking why the
12 machine couldn't be used, you don't recall
13 Mr. Indiana providing any authorization for the
14 machine to be used on a particular artwork; is
15 that correct?
16     A   Not in the conversations that I
17 overheard, no.
18     Q   Okay.  And the -- you testified earlier
19 the only artwork that -- that you understand --
20 understood the machine was being used on was the
21 Four Seasons of Hope?
22     A   Correct.
23     Q   Is that right?
24         Did you understand that Mr. Indiana
25 had -- had authorized his name to be signed on the

Page 84

ANNETTE VESSECCHIA

1
2  Four Seasons of Hope?
3      A   Yes.
4      Q   But you never heard him say that; right?
5      A   I guess no.  Not -- not directly.
6      Q   Who told you that -- that Mr. Indiana
7  had authorized his name to be signed on the Four
8  Seasons of Hope?
9      A   I -- I -- I think it was just -- I
10 assumed that they had made a deal if they were
11 using the machine.  I never questioned whether
12 Mike would -- I mean, it wouldn't even cross my
13 mind that he would use it for anything other than
14 what Indiana would want it -- you know, when
15 Indiana would want it to be used.
16     Q   So you -- you assumed that Mr. Indiana
17 had provided his authorization when the
18 Ghostwriter was used to sign Four -- Four
19 Seasons --
20     A   Yes.
21     Q   But nobody ever told you --
22         MS. ZERNER:  Objection.
23 BY MR. RAKOWER:
24     Q   -- that he had provided the
25 authorization?

Page 85

ANNETTE VESSECCHIA

1
2         MS. ZERNER:  Go ahead.
3      A   Repeat that again?
4  BY MR. RAKOWER:
5      Q   Sure.  You assumed that Mr. Indiana had
6  provided authorization to sign his name on the
7  Four Seasons of Hope, but nobody ever told you
8  that he had provided that authorization; is that
9  correct?
10         MS. ZERNER:  Objection.
11         Go ahead.
12     A   I mean, I -- I just don't recall if they
13 said, you know -- it's not like I got
14 authorization for every single thing.
15         If Mike said, you know, this is what's
16 going on today -- and remember, I'm part-time,
17 very part-time -- but this is what's going on
18 today, then -- then it must have been something
19 that he dealt with.
20         I mean, we have pictures of Indiana with
21 the Four Seasons of Hope.  I'm sure those have
22 been turned in.  So I mean, why would I think
23 anything differently?
24 BY MR. RAKOWER:
25     Q   I just -- thank you for that.  I -- I'm



Page 86

ANNETTE VESSECCHIA
1
2  just going to ask the question one more time.
3  I'll try to ask it a little clearer just because
4  I -- I need an answer to this specific question.
5      A   Okay.
6      Q   Did anybody ever tell you that
7  Mr. Indiana had authorized for his name to be
8  signed on the Four Seasons of Hope?
9      A   I guess no, it was not said -- stated
10  exactly as you just stated.
11      Q   Did anybody state it in a different way?
12      A   We're using the machine to sign the Four
13  Seasons of Hope.
14      Q   And who said that to you?
15      A   Mike.
16      Q   Okay.
17          MR. RAKOWER:  Can we pull up Tab 16
18      from my set, Bernadette?
19          COURT REPORTER:  And just try and
20      remember one at a time, please, folks.
21      Thanks a lot.
22          TECHNICIAN:  You said 16?
23          MR. RAKOWER:  Yeah.  It should be a
24      video.  Don't press play just yet, but
25      show -- show the video on the screen.

Page 87

ANNETTE VESSECCHIA
1
2  BY MR. RAKOWER:
3      Q   All right.  Ms. Vessecchia, do you see
4  an image on your screen?
5      A   Yes.
6      Q   Okay.  Do you see that the image is
7  taken from Instagram?
8      A   Oh, yeah, this looks like -- yeah, the
9  rest of the photo that you had from before.
10      Q   Okay.  And that's the photo in Morgan
11  Art Foundation's complaint that we discussed
12  earlier?
13      A   Okay.
14      Q   Is that -- is that the same -- is that
15  the same photo you're talking about?
16      A   I mean, it's the one that you showed.
17      I mean, I -- I've heard of this -- I
18  heard about -- I heard about it, I guess, when
19  Morgan first, you know, made their complaint.  I
20  actually didn't have Instagram at the time so --
21  but yes, I -- I'm familiar with this.
22      Q   Okay.  And you were mentioning in the --
23  in the image we were looking at before that you
24  couldn't see the full machine; do you recall that?
25      A   Right.  I -- I can see the full machine

Page 88

ANNETTE VESSECCHIA
1
2  now.  Yes, that's -- that's the machine.
3      Q   Okay.  This is the Ghostwriter the
4  you've seen in -- in Mr. McKenzie's studio?
5      A   Yes.
6      Q   And you've used this machine?
7      A   Yes.
8      Q   Okay.  And this is the same artwork that
9  we were looking at before; is that right?
10      A   Of the clip that you showed, yeah, I
11  mean, it looks like it.
12      Q   Yeah.  This is not the Four Seasons of
13  Hope?
14      A   I -- no.  I mean, I -- not from what I
15  can tell.
16      Q   All right.  Why don't we --
17          MR. RAKOWER:  Can you press play on
18      the video?
19          (whereupon video is played without
20      audio.)
21  BY MR. RAKOWER:
22      Q   Okay.  You just watched the video?
23      A   Yes.
24      Q   Okay.  Do you recognize the artwork now?
25      A   I do recognize the artwork, yes.

Page 89

ANNETTE VESSECCHIA
1
2      Q   And what artwork is that?
3      A   It looks like The Alphabet.
4      Q   Okay.  And it's being signed by the
5  Ghostwriter machine that's in Mr. McKenzie's
6  studio?
7      A   That's the way it looks.
8      Q   Okay.  And it's being signed with Robert
9  Indiana's signature?
10      A   Yes.
11      Q   Okay.  Do you know who the person with
12  the Instagram handle "tincanphone" is?
13      A   Yes.
14      Q   Who's that?
15      A   That's Kate Casey.
16      Q   Okay.  And you used to work with Kate
17  Casey?
18      A   I did.
19      Q   Okay.  And she worked at McKenzie's
20  studio?
21      A   Yes.
22      Q   Okay.  And do you see it says in the
23  caption, "hashtag ghost writer, hashtag signature
24  machine.  My boss said I would be fired if I don't
25  do this."



Page 90

```
1              ANNETTE VESSECCHIA
2        Do you see that?
3     A   Yes.
4     Q   Okay.  Do you know who her boss that
5  she's referring to is?
6     A   I'm assuming it's Michael McKenzie.
7     Q   Okay.  Is that a threat that
8  Mr. McKenzie has made in the past that you've
9  seen?
10    A   I have never heard him say he would fire
11 anybody.  So no.
12    Q   Next line is, "So because Indiana is too
13 old to sign his prints, part of my job is to
14 commit forgery."
15        Do you see that?
16    A   Yes.
17    Q   Okay.  Was it your understanding that
18 Mr. Indiana was too old to sign his prints?
19    A   I -- that was my assumption.  I mean, he
20 said it himself, that he couldn't sign his -- you
21 know, he didn't want to stand up and sign.
22        Again, this is the first time I've
23 noticed what this piece of artwork is.
24    Q   Okay.  And then the caption goes on to
25 say, "If the cops ever come, I'm singing like a
```

Page 91

```
1              ANNETTE VESSECCHIA
2  bird."
3     A   I see -- yes, I see that.
4     Q   Why -- why would this be of interest to
5  the police?
6     A   Well, first of all --
7           MS. ZERNER:  I'm sorry, I just
8        didn't hear the question.
9           What did you say, Ryan?  Why would
10       this be of interest to what?
11          MR. RAKOWER:  To the police.
12          MS. ZERNER:  Objection.
13          Go ahead.
14    A   Honestly, I -- I don't know why she
15 wrote this.  I mean, it's kind of her personality
16 coming out.  She didn't particularly care for
17 Mike.
18        I -- it was a joke.  To me, it's a joke
19 because the cops would never come.  I mean, there
20 would be no reason for it.
21          MR. RAKOWER:  All right.  I'd like
22       to mark this as the next exhibit.  I
23       think it's Exhibit 3.
24          (Whereupon, Plaintiff's Exhibit
25          No. 3, Video, was marked for
```

Page 92

```
1              ANNETTE VESSECCHIA
2        identification.)
3           MR. RAKOWER:  If we go to Tab 18.
4        You can put that up on the screen.
5           TECHNICIAN:  So the video was
6        marked as Number 3; right?
7           MR. RAKOWER:  Yes.  Thank you.
8  BY MR. RAKOWER:
9     Q   All right.  Ms. Vessecchia, do you see
10 the document that's on your screen?
11    A   Yes, I do.
12    Q   Okay.  I'll represent to you that this
13 was taken from the production of documents you
14 made last night.
15        Do you recognize this document?
16    A   Yeah.  It's one that I found in the
17 computer.
18    Q   Okay.  Whose computer?
19    A   The studio laptop.
20    Q   And in connection with the -- with the
21 subpoena that -- that we served on you, one of the
22 places that you looked for documents was in the
23 studio laptop?
24    A   Yes.
25    Q   Okay.  And is that laptop accessible by
```

Page 93

```
1              ANNETTE VESSECCHIA
2  Mr. McKenzie as well?
3     A   Yeah, sure.  I -- I doubt he'd know how
4  to get on it, but yes, it's accessible to him.  Of
5  course.
6     Q   Okay.  Is there anybody else to whom
7  that laptop is accessible?
8     A   It's just -- it's the computer that's
9  been in the studio.  So, you know, anybody that
10 would have worked there could have used it.
11    Q   Okay.  And where was this document
12 located on the computer?
13    A   This was actually in a group of
14 documents that has been submitted multiple times
15 to multiple attorneys at -- at requests.
16    Q   Okay.  And do you see the document is
17 dated August 17th, 2012?
18    A   It looks like it's dated September 7th,
19 2012 -- oh, I see what you're -- okay.  Yes, at
20 the top.  I see that, yes.
21    Q   But the signature on the bottom is -- is
22 dated September 7th --
23    A   Right.
24    Q   2012; right?
25    A   Right.
```



ANNETTE VESSECCHIA
1
2    Q   Whose signature is that?
3    A   That's Mike.  Michael McKenzie.
4    Q   Okay.  And is this document a receipt
5  for purchase?
6    A   It's what it looks like to me.
7    Q   And there's a line item for Ghostwriter
8  T200; do you see that?
9    A   Yes.
10    Q   Okay.  Is this document memorializing
11  Mr. McKenzie's purchase of the Ghostwriter machine
12  that we just looked at?
13    A   Yes.
14    Q   Okay.  And so he purchased that machine
15  on or around September 7th, 2012?
16    A   Yes.  Again, that's -- that's what the
17  document says.
18    Q   Okay.  And there's a line item for
19  installation and training; do you know what that
20  is?
21    A   I actually don't know what that is.
22  That's not something that I was a part of.  But
23  maybe they came to the studio -- or maybe they
24  came and showed you how to use it.
25    Q   Okay.

ANNETTE VESSECCHIA
1
2    A   I mean --
3    Q   There's a line item for signature card;
4  do you know what that refers to?
5    A   Yeah.  That's the card that has
6  Indiana's signature information, if you will, in
7  it.
8    Q   Okay.  Is the first time you saw the
9  Ghostwriter in use in 2012?
10    A   Yes, I believe so.
11    Q   And how long did you see it in use for?
12    A   I mean, I only remember, like, using it
13  on a couple of days, but it seems to have all been
14  in the same week.  It -- it was really close
15  together because they were trying to finish the --
16  that Four Seasons edition.
17    Q   So you only observed it being used in
18  2012?
19    A   That I can recall, yes.
20    Q   Okay.  Let's pull up -- so let's mark
21  this as Exhibit 4.
22            (Whereupon, Plaintiff's Exhibit
23            No. 4, Invoice from Automated
24            Signature Technology to Michael
25            McKenzie, Dated August 17, 2012,

ANNETTE VESSECCHIA
1
2            was marked for identification.)
3       MR. RAKOWER:  And let's pull up
4  Tab 19.
5  BY MR. RAKOWER:
6    Q   Ms. Vessecchia, do you see the document
7  on your screen?
8    A   Yes.
9    Q   Okay.  I'll also represent this was from
10  the document production you made last night.
11    A   Yes.
12    Q   Do you recognize this document?
13    A   Only from looking at it, I mean, because
14  I found it in the computer.
15    Q   And you found this on the same studio
16  laptop that we --
17    A   Yes.
18    Q   -- looked at --
19            (Whereupon, the court reporter
20            requests clarification.)
21       MR. RAKOWER:  Sorry.
22  BY MR. RAKOWER:
23    Q   I asked, And you found this on the same
24  studio laptop that we looked at -- that we
25  discussed for the last document?

ANNETTE VESSECCHIA
1
2    A   Oh, am I supposed to answer again?
3  Yes.
4    Q   Do you see that there's a -- a faint
5  signature on the screen?
6    A   Yes.
7    Q   Okay.  Do you recognize the signature?
8    A   Yes.
9    Q   Whose signature is it?
10    A   It looks to be Robert Indiana's
11  signature.
12    Q   Okay.  And it says on the top left
13  corner, "Ghostwriter."
14            Do you see that?
15    A   Yes.
16    Q   Okay.  Was this signature made with the
17  Ghostwriter machine?
18    A   I -- I -- I can't say.  I -- I -- I have
19  no idea.
20    Q   Okay.  And do you see it says, "Indiana
21  80%," at the bottom?
22            Do you see that?
23    A   Yes.
24    Q   What does that refer to?
25    A   I -- my -- I'm assuming it -- it's



ANNETTE VESSECCHIA

1
2  probably at 80 percent pressure.
3       But this looks to be a sample that
4  probably came from the company before it was ever
5  purchased.  I think there's multiple companies
6  that make these machines.
7    Q   Okay.
8    A   Actually, I should say that's what I
9  thought this was.
10   Q   Okay.  What do you mean by "80 percent
11 pressure"?
12   A   So the machine uses -- it's got the
13 pencil at the end of it, and you can adjust the
14 pressure so that the pencil mark is darker or
15 lighter.
16       This is a terrible -- first of all, this
17 is a terrible scan.  So I -- I seriously doubt the
18 original document is that light, but, you know, I
19 don't know what kind of scanner they were using.
20 And pencil is always -- it -- it's -- it can be
21 tricky when you're -- when you're signing -- I
22 mean -- excuse me -- when you're scanning it.
23       MR. RAKOWER:  Why don't we go to --
24       so we'll mark this as the next exhibit.
25       I think this is Exhibit 5.

ANNETTE VESSECCHIA

1
2       (Whereupon, Plaintiff's Exhibit No.
3       5, Signature with Marking, "Indiana
4       - 80%," was marked for
5       identification.)
6       MR. RAKOWER:  And let's go to Tab
7       20.
8  BY MR. RAKOWER:
9    Q   Ms. Vessecchia, do you see the document
10 on your screen?
11   A   Yes.
12   Q   Okay.  I'll represent to you, again,
13 that -- that I pulled this document from -- from
14 the production of documents you made last night;
15 okay?
16   A   Correct.
17   Q   Do you recognize this document?
18   A   Only because it's one that I pulled off
19 the computer.  I've never seen the original.
20   Q   Okay.  Do you see that it shows two
21 signatures on the document?
22   A   Yes.
23   Q   Are those Mr. Indiana's signature?
24   A   Yes.
25   Q   Okay.  Do you see there are handwritten

ANNETTE VESSECCHIA

1
2  notes at the top?
3    A   Yes.
4    Q   Do you know whose notes those are?
5    A   I have no idea whose notes those are.  I
6  don't recognize that handwriting at all.
7    Q   Okay.  And it says, "There -- there
8  appears to be 'dots' that occur intermittently,
9  either it is start and stop?  Or going over?"
10       Do you see that?
11   A   Yes.  "There appears to be 'dots' that
12 occur...either it is start and stop --"
13       I don't know what that means.
14   Q   Okay.  Why don't we put this document to
15 the side?
16       MR. RAKOWER:  Oh, why don't we mark
17       it as the next exhibit, Exhibit 6?  And
18       then we'll put it to the side.
19       (Whereupon, Plaintiff's Exhibit No.
20       6, Pencil Signature with Notes and
21       Arrows, was marked for
22       identification.)
23 BY MR. RAKOWER:
24   Q   I want to talk a little generally about
25 your relationship with Mr. McKenzie.

ANNETTE VESSECCHIA

1
2       When did you first meet him?
3    A   Whenever I interviewed.  I had a job
4  interview with him before I started, but I
5  couldn't tell you what date that was.
6    Q   Okay.  But that was a job interview to
7  be his graphic designer?
8    A   Actually, it was a job to be a -- a
9  studio -- a -- I don't know if it said studio
10 assistant or silkscreen studio assistant, which I
11 studied in school, and I was actually -- I mean,
12 it seemed interesting.  So I contacted him and
13 came in for an interview.
14   Q   And this was sometime in 2012?
15   A   I believe so.
16   Q   And how is it decided that instead of
17 being a studio assistant or a silkscreen
18 assistant, you would be his graphic designer?
19   A   Because they figured out pretty quick
20 that I was much faster on the computer than Kate,
21 and that I would just be better served, you know,
22 doing the computer graphics instead of, you know,
23 helping be a printing assistant.
24       I was kind of disappointed, actually,
25 'cause I wanted to do -- do something different,

MAGNA
LEGAL SERVICES

Page 102

ANNETTE VESSECCHIA

1
2  but --
3      Q    And do you understand that Mr. McKenzie
4  runs a business?
5      A    Yes.
6      Q    Okay.  What is your understanding of
7  what that business is?
8      A    I believe him to collaborate with other
9  artists to create silkscreens, editions of artwork
10  that they've, you know, agreed on.
11      Q    And one of those artists is Robert
12  Indiana?
13      A    Yes.
14      Q    And he continues to -- to create
15  silkscreens and editions of Robert Indiana's work
16  since Mr. Indiana died; right?
17      A    I'm -- it was my understanding that he
18  was allowed to do that.  I mean, I don't -- I
19  don't print, but I'm thinking more of, like --
20  yeah.  I mean, yes.
21      Q    And he continues to do that to this day?
22      A    I don't do the printing.  So -- and I
23  haven't been in the studio for -- only, like, once
24  in the last two weeks.  So I couldn't say to this
25  day.  Actually, the last three weeks maybe.

Page 103

ANNETTE VESSECCHIA

1
2      Q    When was the last time you were in the
3  studio?
4      A    I think I was there last Friday, maybe,
5  for, like, an hour or so.  I was barely in last
6  week, and I wasn't in very much the prior week
7  because I was at the storage unit in Middletown.
8      Q    And what were you doing in the studio
9  last Friday?
10      A    Hold on.  I got to think about that for
11  a second.
12            I think I worked a little bit on the
13  book.  We're doing a Andy Warhol book that I've
14  been working on.
15      Q    Okay.  And when you were there last
16  Friday, were there Robert Indiana artworks being
17  created?
18      A    I don't think so.  I think I was the
19  only one in the studio.
20      Q    Okay.  And one of the ways that you
21  assist Mr. McKenzie is -- is signing Mr. Indiana's
22  name or stamping -- or stenciling a -- a signature
23  --
24      A    Only the stenciling, not signing of the
25  name.  I don't -- I don't know anything about him

Page 104

ANNETTE VESSECCHIA

1
2  signing Indiana's name.
3            But with the stencil, yes.  I mean, the
4  seal, yes.
5      Q    You've operated --
6      A    Stencil.
7      Q    You've operated the Ghostwriter to sign
8  Mr. Indiana's name; is that right?
9      A    Yes.  I've been there during the
10  operation.  I've never operated it by myself, but,
11  yes, I've been there during the operation of it.
12      Q    And the operation of it has always been
13  at Mr. McKenzie's direction?
14      A    Yes.
15      Q    Okay.  And how about the use of the
16  stencil, is that always at Mr. McKenzie's
17  direction?
18      A    Yes.
19      Q    Okay.  And on which artworks do you use
20  the stencil?
21      A    Only on the canvases that I know of.
22      Q    And which artworks are on those
23  canvases?
24      A    I mean, there's -- there's multiple.  I
25  mean, there's been probably -- I mean, could be on

Page 105

ANNETTE VESSECCHIA

1
2  the -- I mean, anything that we've done -- any --
3  any canvas that we've printed a stencil or the
4  stamp would likely have been used.
5            And this is only something that I have
6  done lately.  That is something that the printer
7  does or the printer's assistant.  Lately, I mean
8  in the last, like, few years.
9      Q    Okay.  And I'm just going to go through
10  a list of -- of images.
11      A    Sure.
12      Q    Just let me know whether those images
13  have appeared on -- on -- on canvases that -- that
14  either you have stenciled or you've seen somebody
15  else stencil.
16      A    Okay.
17      Q    Okay.  So HOPE?
18      A    Yes.
19      Q    The -- the Dylan artworks?
20      A    I -- I'm sure -- I mean, I -- I haven't
21  seen those -- I mean, I haven't seen the backs of
22  those canvases lately.  So I don't -- but, yeah,
23  I'm sure.
24      Q    Okay.  The EAT image, E-A-T?
25      A    Probably.

27 (Pages 102 to 105)

Page 106

ANNETTE VESSECCHIA

1
2    Q   Okay.
3    A   Again, the only way that I'm going to
4 know if this was done is if I've seen the back of
5 it or photographed or seen a photograph of the
6 back of it.
7    Q   The ART image, A-R-T?
8    A   Yes.
9    Q   You've seen that stenciled?
10   A   I -- no.  The only thing that I've
11 actively -- whenever something's -- whenever
12 something -- I just want to be clear.
13       Whenever something is getting stenciled
14 or stamped, I may not always know what that piece
15 of artwork is, and I'm also not standing there
16 with them while they're working on it.  But I may
17 have seen an image of the back of it.
18       It's just my understanding that the
19 stencil was used on canvas.
20   Q   Okay.  How about the -- the TIKVA image?
21   A   The TIKVA, I don't know.  That was
22 before -- that's before my time.
23   Q   Okay.  AHAVA?
24   A   I don't -- I'm not everyone sure what
25 that is.

Page 107

ANNETTE VESSECCHIA

1
2    Q   Okay.  The Alphabet series?
3    A   Probably.
4    Q   Okay.  And LOVE?
5    A   I've not seen -- that would have been
6 prior to me.  I've not seen a LOVE canvas.
7    Q   Okay.  So I want to turn to the -- so we
8 discussed your collection of documents of the --
9 with regard to this subpoena --
10   A   Uh-huh.
11   Q   -- a collection of documents that we
12 discussed --
13       (Whereupon, the court reporter
14       requests clarification.)
15   A   Yeah.  I didn't hear it either.
16       MR. RAKOWER:  Sure.
17       (Whereupon, the court reporter
18       requests clarification.)
19       MR. RAKOWER:  Sure.
20 BY MR. RAKOWER:
21   Q   So we discussed earlier the efforts that
22 you undertook to collect documents in response to
23 this subpoena that was served on you, I believe in
24 September.
25       Do you recall --

Page 108

ANNETTE VESSECCHIA

1
2    A   Yes.
3    Q   -- that?
4       Okay.  I want to go back in time
5 earlier.  I mean, because -- do you understand
6 that this lawsuit was filed back in 2018?
7    A   Yes.
8    Q   Okay.  And so before you received this
9 subpoena in 2021, had you previously undertaken
10 efforts to collect documents to produce in this
11 lawsuit?
12   A   Yes.
13   Q   Okay.  And what -- what did you do?
14   A   I pulled hundreds, upon hundreds, upon
15 hundreds.  Upon hundreds of images and things that
16 were found.
17       I've also -- yeah, I mean, I've -- I've
18 been there, you know, when other people have been
19 pulling documents.  I mean, it's -- I have no idea
20 how many times I've done this.
21   Q   Okay.  When you mentioned you pulled
22 images, is that from your e-mails?
23   A   It could have been from e-mails or it
24 could have been from just general e-mails.  It
25 could have been from our -- the backs of -- the

Page 109

ANNETTE VESSECCHIA

1
2 fronts and backs of the artwork is photographed,
3 along with anything else, like, maybe, you know,
4 Indiana signing or, you know, standing there with
5 Mike or whatever it might be.
6       I mean, I have -- you know, we have a --
7 like, albums I -- you know, if you will, of
8 photographs.
9    Q   Okay.  So you have hard copy documents,
10 including albums of photographs, that you helped
11 collect and produce; is that right?
12   A   I don't know that I've ever produced any
13 of -- any hard copies.  It was just looking for
14 stuff on the computer.
15   Q   Okay.
16   A   I mean, it's possible that Mike may have
17 handed me, like, a pile of stuff and said, Go
18 through this.
19       But what I remember the most is, you
20 know, like, filtering through all the stuff on the
21 laptop.
22   Q   And that --
23   A   The studio laptop.
24   Q   Okay.  The studio laptop.
25       You accessed the studio laptop in search



ANNETTE VESSECCHIA

1
2 for responsive documents?
3     A   Yes.
4     Q   Did you turn over the studio laptop to
5 your attorneys?
6     A   Yes.  I mean -- yes.  One -- one group,
7 yes.
8     Q   You physically gave the laptop to them?
9     A   I -- I sat there while they looked
10 through it.  And then it was my understanding --
11 you know what?
12         Actually, I'm not 100 percent sure if
13 they took my -- if they took the studio laptop,
14 but they were definitely in the studio looking at
15 all the files, or maybe they copied all the files.
16 I don't -- I don't know exactly.
17     Q   And you were directing them where to
18 look in the studio?
19     A   I mean, if they asked, then I would,
20 but, you know, it's -- it's a studio laptop.  It's
21 not like there's anything -- it's not -- you know,
22 it's not personal use.  So, I mean, I guess if
23 they wanted, they could have pulled everything off
24 of it.
25         But, yes, if they asked -- like, I

ANNETTE VESSECCHIA

1
2 remember them asking, Do you have pictures of
3 Indiana signing things?
4         Well, yeah, we have a whole folder of
5 just him signing things.  So I'm sure I pointed
6 them in that direction.  That would be an example,
7 yes.
8     Q   Okay.  And when was this search done?
9     A   I don't know -- you know, I don't know
10 exactly, but it would have been shortly after the
11 lawsuit was filed.  So maybe, like -- I -- you
12 know what?  I'm just not -- I'm not exactly sure.
13         I guess if I had to go back and try to
14 figure that out, I probably could, but it was not
15 long after the lawsuit had been filed and Mike
16 had -- had retained an attorney.
17     Q   Okay.  And do you know whether other
18 staff participated in the collection of documents?
19     A   I don't.
20     Q   And how long did you spend looking for
21 documents?
22     A   Just the time that -- that they were
23 there or me, like, period, like, separately?
24         Because I -- I also looked, like,
25 separately, you know.

ANNETTE VESSECCHIA

1
2     Q   Let's start when -- let's start when the
3 attorneys were there.
4         How long were the attorneys there for?
5     A   I think they were in and out for a
6 couple of weeks.
7     Q   And were they just on the studio or did
8 they go to other parts of the property?
9     A   I mean, I'm sure -- probably not.  I
10 mean, it would have just been in the studio, maybe
11 walking around upstairs, maybe.  I don't -- I -- I
12 can't say if they walked around the rest of the
13 property.  I don't know.
14     Q   Okay.  And putting aside when the -- the
15 attorneys were there, how much time did you spend
16 individually looking for responsive documents?
17     A   Oh, I -- I don't even know.  Hours.  I
18 mean, honestly, I -- I -- I can't tell -- I don't
19 know.  It -- I mean, if I work 12 hours a week, I
20 mean, 25, 30.  I don't know.
21         'Cause I -- I also looked for stuff
22 separately, like, at the request if they were
23 looking for something, like, much more specific,
24 you know, that maybe they didn't have or just
25 couldn't find.

ANNETTE VESSECCHIA

1
2     Q   Did you speak to Mr. McKenzie about
3 collecting documents for this lawsuit?
4     A   Yeah.  In what -- what do you mean?  In
5 what regard?  Like, if it was okay or did he have
6 any?
7         I mean, what is -- what specifically do
8 you mean?
9     Q   I just asked whether you spoke to him
10 about --
11     A   Yeah.  Yes.  Yes.
12     Q   And what did instruct you?
13         (Whereupon, the court reporter
14         requests clarification.)
15 BY MR. RAKOWER:
16     Q   I was -- I was just saying I just asked
17 if you had that discussion.
18         And now I'm asking what, if anything,
19 did he instruct you?
20     A   He said to give them whatever they were
21 looking for.
22     Q   Okay.  Did he give you any other
23 instructions?
24     A   No.
25     Q   Okay.  Did you speak with any lawyers



ANNETTE VESSECCHIA

1
2 for Mr. McKenzie about document collection?
3      A   Yes.
4      Q   Which ones?
5      A   Whoever the people were from Dunnington,
6 Simoni, Markham, Bridget.  I mean --
7      Q   And what instructions, if any, did they
8 give you?
9           MS. ZERNER:  Objection.
10          You -- you can answer.
11     A   I mean, that's pretty broad.  I mean,
12 it -- it was -- it was different --
13          MS. ZERNER:  Yeah.  It's also
14     compound.  Do you want to break it down
15     for each attorney set?
16          THE WITNESS:  Right.
17          MR. RAKOWER:  Sure.
18 BY MR. RAKOWER:
19     Q   Did the attorneys at Dunnington give you
20 instructions with regard to document collection?
21     A   They were -- because the people were
22 actually there, you know, they probably just said
23 is, you know, I -- anything you have regarding
24 Robert Indiana specifically, photographs, signing,
25 contracts, stuff like that.

ANNETTE VESSECCHIA

1
2           But they kind of pulled, like, all their
3 own stuff.  That was -- it was a little more -- it
4 was a little more broad with them.
5      Q   So they didn't give you specific
6 instructions with regard to document collection?
7      A   I think it was just, you know, anything
8 that has to do, you know, with Robert Indiana or
9 the artwork, you know, gather it all up and, you
10 know, put it in a folder.
11          So that's what I did.
12     Q   And did Mr. Simoni or any attorney at
13 his firm give you instructions with regard to
14 document collection?
15     A   Yeah.  It seemed to be a little more --
16 I can't tell -- I can't tell you exactly what it
17 was, but it seemed to be a little more specific.
18 Like, We're looking for any addendums to the HOPE
19 contract or we're looking for pictures of him
20 signing, you know, certain artworks, or we're
21 looking for any communication that you may have
22 had with Indiana or Jamie Thomas or --
23          You know, stuff like that.
24          But that was -- basically covered the
25 same thing that Dunnington probably had already,

ANNETTE VESSECCHIA

1
2 like, sent over to them.  I just -- I just
3 don't -- I don't know how all of this works.
4 Anything that they asked for, I -- if I could find
5 it, I found it and collected it and sent it.
6      Q   And let's go back to -- to 2018 when the
7 Dunnington lawyers came to the property.
8      A   Uh-huh.
9      Q   Did you observe Mr. McKenzie collecting
10 documents himself?
11     A   I mean, no, I wasn't standing behind his
12 back.  But, yeah, he was -- I mean, he was
13 definitely giving documents or they were on his
14 computer.
15          MR. RAKOWER:  Maybe now would be a
16     good time to take a break.  I saw that
17     the exhibit tech dropped off the Zoom.
18     I don't know if you want the take the
19     lunch break now or -- or whether you'd
20     prefer this to be a short break,
21     Bridget, or -- or Ms. Vessecchia.
22          MS. ZERNER:  I'll -- I'll go with
23     the majority.  I can do lunch now or do
24     it later.  Up to you guys.
25          THE WITNESS:  Yeah.  I -- whatever

ANNETTE VESSECCHIA

1
2 is going to make this go faster.  I
3 won't take a break at all.  I mean, you
4 just tell me what you want to do.
5          MR. RAKOWER:  Why don't we do -- if
6     it works for everybody, can we do a -- a
7     30-minute lunch and come back at 1:05?
8          THE WITNESS:  Sure.
9          MS. ZERNER:  Sure.
10          MR. RAKOWER:  Great.  And we should
11     follow up with the -- with the exhibit
12     tech to make sure that they're --
13     they're back online for the 1:05 -- 1:05
14     start.
15          MS. ZERNER:  Annette --
16          THE WITNESS:  Yes.
17          MS. ZERNER:  -- please mute -- hit
18     "mute" on your screen --
19          THE WITNESS:  Oh, okay.
20          MS. ZERNER:  -- while you're gone.
21     And you can turn the video off as well,
22     and then when you come back, turn it all
23     on.
24          THE WITNESS:  How do you --
25          COURT REPORTER:  Do you want to go

Page 118

1            ANNETTE VESSECCHIA
2    off the record right now?
3            MS. ZERNER:  Yes.
4            THE WITNESS:  So I just -- I just
5    click mute and then stop video?  I'm
6    sorry.  I'm not good with --
7            COURT REPORTER:  Just one moment,
8    please.  Hold on one second.  Let the
9    videographer take us off.  Thank you.
10           THE VIDEOGRAPHER:  Off the record
11    at 12:37 p.m.
12           (Whereupon, there was a recess
13           taken from 12:37 p.m. to 1:09 p.m.)
14           THE VIDEOGRAPHER:  On the record at
15           1:09 p.m.
16    BY MR. RAKOWER:
17    Q   Ms. Vessecchia, do you understand that
18    counsel for Morgan Art Foundation has visited
19    Mr. McKenzie's property twice this year?
20    A   I know -- I thought it was just once,
21    but I know that they were there for the first
22    visit, but I don't -- I -- I guess I wasn't sure
23    that they were there for the second.  So -- okay.
24    Q   Okay.  So do you recall that there was a
25    first visit, like you -- like you said, on or

Page 119

1            ANNETTE VESSECCHIA
2    around May 31st of this year?
3    A   Yes.
4    Q   Okay.  And do you recall that my
5    colleague, Luke Nikas, attended that visit?
6    A   Yeah.  I mean, I recall meeting him
7    briefly.
8    Q   Okay.  And do you recall that there was
9    a second visit this year?
10    A   Yes.
11    Q   Okay.  And do you recall that that was
12    on or around August 5th of this year?
13    A   Yes.
14    Q   Okay.  And my colleague, Luke Nikas,
15    likewise attended that visit.
16        Do you recall that?
17    A   I -- I honestly I don't remember him,
18    but it's hard to keep track of, you know, who was
19    actually there.  But, yes.
20    Q   Were you present for both visits?
21    A   Yes.
22    Q   Okay.  So, you know, for this line of
23    questioning, I just -- I do want to be very clear
24    about the time frames that I'm asking about.
25    A   Uh-huh.

Page 120

1            ANNETTE VESSECCHIA
2    Q   And so the first time frame that I'm
3    going to ask about is, is at the time of the
4    May 31st visit; okay?
5    A   Okay.  Sure.
6    Q   Okay.  So you mentioned that you were
7    present at the May 31st visit?
8    A   Yes.
9    Q   Okay.  At the time of that visit --
10    okay -- where were Robert Indiana artworks held on
11    Mr. McKenzie's property?
12    A   At the studio and in the basement of --
13    I mean, I guess it is his residence, but I just
14    think of it as being, like, storage, but it's in
15    the basement area.
16    Q   And whose residence is that?
17    A   Mr. McKenzie.
18    Q   Okay.  So you recall, as of May 31st,
19    there were artworks in the art studio?
20    A   Yes.
21    Q   And artworks in the basement of
22    Mr. McKenzie's residence?
23    A   Yes.
24    Q   Okay.  So do you have that -- do you
25    have that map?

Page 121

1            ANNETTE VESSECCHIA
2    A   Yes.
3    Q   If you could put an "X" where you recall
4    artworks being held as the time of the May 31st
5    visit and just put a little "5/31" next to the
6    "X"?
7            MS. ZERNER:  Just for the record, I
8    believe the visit was on May 25th.
9            MR. RAKOWER:  Oh, thank you.  I did
10    say on-- I did say on or around May 31st
11    so --
12            THE WITNESS:  Do I leave it
13    May 31st or --
14    BY MR. RAKOWER:
15    Q   Maybe make it -- maybe -- if -- if you
16    can fudge it and make it May 25th, that would be
17    great.
18    A   I can but it's going to be very blatant
19    that I fudged it.
20    Q   That's okay.  This is on the record, so
21    they'll know.
22            MR. RAKOWER:  Thank you, Bridget,
23    for that.
24    BY MR. RAKOWER:
25    Q   So I'm going to call this now the



1    ANNETTE VESSECCHIA
2  May 25th visit.
3       A   I didn't catch it either, so --
4  BY MR. RAKOWER:
5       Q   Great.
6       A   Can -- can you see it?
7       Q   Yes.  Yes, I can see that.  Thank you so
8  much.
9           So at the time of this May 25th visit,
10  right, there was artwork in the studio.
11          Does the studio have multiple floors?
12      A   Yes.
13      Q   Okay.  How many floors are in the
14  studio?
15      A   Two.
16      Q   Okay.  Is there a basement in the
17  studio?
18      A   No.
19      Q   Okay.  Was there artwork on the first
20  floor of the studio?
21      A   Yes.
22      Q   Was there artwork on the second floor of
23  the studio?
24      A   Yes.
25      Q   Okay.  And you mentioned that there was

1    ANNETTE VESSECCHIA
2  art -- artwork located at McKenzie's --
3  Mr. McKenzie's residence; is that right?
4       A   In the basement, yes.
5       Q   Okay.
6       A   The storage area, yes.
7       Q   Was there artwork located anywhere else
8  in Mr. McKenzie's residence at the time of the --
9       A   That, I couldn't tell you about, like,
10  where he lives, but -- because the basement is
11  completely separate.  You can't even access it,
12  like, from the living area.  Like, I think of it
13  as being completely separate.
14      Q   Okay.  But to your knowledge, you
15  don't -- you're -- you're not aware of any artwork
16  that was located elsewhere in Mr. McKenzie's
17  residence?
18      A   Right.
19      Q   Okay.  But you did mention that there
20  were artworks located in the basement of
21  Mr. McKenzie's residence, which you said can be
22  accessed through a separate entrance?
23      A   Right.  Only through an outside
24  entrance, yes.
25      Q   Okay.

1    ANNETTE VESSECCHIA
2          MR. RAKOWER:  Bernadette, can we
3      pull up Tab six?
4  BY MR. RAKOWER:
5       Q   Ms. Vessecchia, do you see an image on
6  your screen?
7       A   I do.
8       Q   Okay.  This -- this image is a document
9  that was produced in this litigation.  It's with
10  the Bates stamp MAF 0060230.
11      A   Yup.
12      Q   Okay.
13          MR. RAKOWER:  And I'm going to mark
14      this with the next exhibit.
15          Is -- Exhibit 7 is the next one?
16          TECHNICIAN:  Yes, sir, it is.
17          MR. RAKOWER:  Great.  So I'll mark
18      this as Exhibit 7.
19          (Whereupon, Plaintiff's Exhibit
20          No. 7, Image, was marked for
21          identification.)
22  BY MR. RAKOWER:
23      Q   Do you recognize this location?
24      A   Yes.
25      Q   Where is that?

1    ANNETTE VESSECCHIA
2       A   In the basement of my -- of the -- I'm
3  sorry, it's Mike's residence, but I call it the
4  big red barn.  In the basement, yes.
5       Q   Great.
6          MR. RAKOWER:  We can take that
7      image down and instead put up Tab nine.
8          Okay.
9  BY MR. RAKOWER:
10      Q   Do you see an image on your screen,
11  Ms. Vessecchia?
12      A   I do.
13      Q   Okay.  This -- this was an exhibit that
14  was introduced during Mr. McKenzie's deposition.
15  It was marked Exhibit 19.
16          MR. RAKOWER:  For this deposition,
17      let's mark it with the next exhibit
18      number, which I believe is Exhibit 8.
19          (Whereupon, Plaintiff's Exhibit
20          No. 8, Image, was marked for
21          identification.)
22  BY MR. RAKOWER:
23      Q   Do you recognize the location of this
24  picture?
25      A   Yes.



Page 126

```
1              ANNETTE VESSECCHIA
2     Q    And where is this?
3     A    That's in the studio.
4     Q    So --
5     A    Downstairs in the studio.
6     Q    So this is on the first floor of the
7  studio?
8     A    Correct.
9     Q    Okay.  Great.
10           MR. RAKOWER:  We can put this -- we
11      can put this to the side.
12  BY MR. RAKOWER:
13    Q    So at the time of the -- the May 25th
14  visit, you mentioned there were artworks in the
15  studio on the first and second floors and then in
16  the basement of Mr. McKenzie's residence.
17           Were there artworks located at any other
18  residence on the property?
19    A    Not that I -- not that I know of, no.
20    Q    Okay.  To your knowledge, were there any
21  artworks Mr. Gonzalez's residence?
22    A    Not that I know of.  But the residence
23  was partially furnished, so I -- I -- I don't know
24  what was in there.  But not to my knowledge, no.
25    Q    Okay.
```

Page 127

```
1              ANNETTE VESSECCHIA
2           MR. RAKOWER:  If we could pull up
3      Tab 17.
4           TECHNICIAN:  I'm sorry, I didn't
5      hear what you said.
6           MR. RAKOWER:  Sorry.  Would you
7      mind pulling up Tab 17?
8  BY MR. RAKOWER:
9     Q    Ms. Vessecchia, do you see an image on
10  your screen?
11    A    I do.
12    Q    Okay.  I'm going to represent to you
13  that I pulled this -- pulled this document from
14  your production of documents that you made last
15  night.
16    A    Uh-huh.
17    Q    And these are messages taken from your
18  phone; is that correct?
19    A    Yes.  They're taken from my -- yeah, my
20  new phone, yes.
21    Q    Okay.  And do you see at the top of the
22  screen, the messages are from around -- in or
23  around August of 2021?
24    A    Yes.
25    Q    Okay.  And the messages are with
```

Page 128

```
1              ANNETTE VESSECCHIA
2  somebody who's -- who's in your contact
3  information as "O.G. Cool"; is that right?
4     A    Correct.
5     Q    Okay.  Is that Oz Gonzalez?
6     A    Yes, it is.
7           MR. RAKOWER:  Okay.  If we can go
8      to the -- if we can go to page four?
9      First of all, I'd like to mark
10     this, actually, as Exhibit 9.
11          (Whereupon, Plaintiff's Exhibit
12          No. 9, Text Messages from Annette
13          Vessechia's Phone to Osvaldo
14          Gonzalez, was marked for
15          identification.)
16          MR. RAKOWER:  And let's go to --
17     let's go to page four of the document.
18  BY MR. RAKOWER:
19    Q    Okay.  At the very bottom of the screen,
20  do you see that Mr. Gonzalez is texting you a
21  picture?
22    A    Yes.
23    Q    Do you see that?
24    A    Yes.
25    Q    Okay.  And what's in that picture?
```

Page 129

```
1              ANNETTE VESSECCHIA
2     A    Looks to be some Hope canvases.
3     Q    Are those -- are those Hope artworks in
4  the back of a car?
5     A    Yes.
6     Q    Okay.  Do you know whose car that is?
7     A    It's mine, actually.
8     Q    Okay.  And those canvases are not
9  covered?
10    A    No.
11    Q    Okay.  Okay.
12          MR. RAKOWER:  All right.  We can go
13     to page five.
14  BY MR. RAKOWER:
15    Q    I'll ask you more about that in a bit.
16    A    Sure.
17    Q    You can go to page five.
18          And the -- the blue message on the right
19  of the screen is -- is from you; right?  To
20  Mr. Gonzalez?
21    A    Yes.
22    Q    Okay.  And you say, "Hi.  Do you have
23  the box of little Hope canvases that are already
24  framed?  We've looked everywhere and that's the
25  only other place I can think of."
```



ANNETTE VESSECCHIA

1
2       Do you see that?
3    A   Yes.
4    Q   Okay.  And you go on to say, "What's --
5  we need what's in your house."
6       Do you see that?
7    A   Yes.
8    Q   All right.  At that time, did you
9  believe that artworks were in Mr. Gonzalez's
10  house?
11    A   Only because they weren't in the studio.
12    Q   And what made you suspect that that they
13  would be in Mr. Gonzalez's house as opposed to
14  elsewhere?
15    A   Because -- I don't know if that -- I --
16  it was at or around about the time that, like, he
17  was -- like, went off the deep end.
18       So honestly, I didn't know what he had
19  or didn't have or what he could have because he
20  had access to the studio.  I mean, when it was
21  open.  So I didn't know.
22    Q   Okay.
23       MR. RAKOWER:  We can put that
24       document to the side for now.
25

ANNETTE VESSECCHIA

1
2  BY MR. RAKOWER:
3    Q   Okay.  And I want to go back to the
4  May 25th visit.  Okay?  At -- at that time.
5    A   Sure.
6    Q   All right.  Were there any artworks
7  located outside on the property?
8    A   There's a big sculpture that was at
9  the -- the Democratic National Convention in 2008,
10  I believe.  It may have been covered with a tarp
11  at that point.  Mike -- I don't know if it was or
12  not.
13       Mike covered it up, I was thinking,
14  because it was nasty and he needed to try to get
15  it cleaned.  That was my understanding.
16       But yeah, that's the only -- that's the
17  only other thing I could think of that's outside
18  at the property that's Indiana.
19       MR. RAKOWER:  Can -- can we put up
20       Tab 15?
21  BY MR. RAKOWER:
22    Q   And by the way, Ms. Vessecchia, the
23  document, the -- the art -- the big sculpture
24  you're talking about, is that a Hope sculpture?
25    A   Yes.  Yes, I'm sorry.  Yes, that's it.

ANNETTE VESSECCHIA

1
2    Q   All right.  There's an image on your
3  screen; do you see it?
4    A   Yes.
5    Q   Okay.  Do you recognize this?
6    A   Yes, that's the sculpture with the tarp
7  on it.
8    Q   Okay.  And where is this on the
9  property?
10    A   It's behind the big red barn -- it's
11  behind Mike's residence.
12    Q   Okay.  And do you recall whether this
13  was covered like this at the time of the
14  inspection?
15    A   I -- I think it was, but I -- I -- I
16  couldn't be for sure -- I couldn't tell you for
17  sure.
18    Q   And why was it covered?
19    A   My understanding, it was covered because
20  it was being exposed to the weather and he was
21  trying to find somebody to clean it.
22       And I -- that -- he never said that to
23  me directly.  I mean, he said it later.  But that
24  was my understanding.
25       MR. RAKOWER:  All right.  Why don't

ANNETTE VESSECCHIA

1
2  we mark this as Exhibit 10, I believe is
3  the next number, and then we can put it
4  away.
5       (Whereupon, Plaintiff's Exhibit
6       No. 10, Photo, was marked for
7       identification.)
8       MR. RAKOWER:  Okay.  And can we
9       pull up Tab seven?
10  BY MR. RAKOWER:
11    Q   Do you see an image on your screen,
12  Ms. Vessecchia?
13    A   Yes.
14    Q   Okay.  Do you recognize what's in this
15  image?
16    A   Yes.
17    Q   All right.  What is it?
18    A   Those are the shelves that they were
19  making to put into the storage unit in Middletown.
20    Q   Okay.  And what is that red building
21  behind the shelves?
22    A   That's the big red barn.  That's Mike's
23  residence.  He lives upstairs and where the stone
24  part is, that's the basement --
25    Q   All right.

MAGNA ◆
LEGAL SERVICES

Page 134

```
1              ANNETTE VESSECCHIA
2      A   -- storage.
3      Q   After the May 31st -- the May 25th
4  visit, were artworks moved onto these shelves?
5      A   Yeah.  I'm just trying to think about
6  when the second visit was.
7          So yeah, after May 25th, yes.
8      Q   And some time before August 5th; right?
9      A   Which was the date of the second visit;
10 correct?
11     Q   Correct.
12     A   The answer to your question is yes.
13     Q   Okay.  And where were the artworks taken
14 from and put onto these shelves?
15     A   They were taken from the basement of
16 that building.
17     Q   Okay.  So if you could -- if you could
18 take out your sheet of paper?
19     A   Yup.
20     Q   Okay?  Put a spot for where the -- the
21 racks are behind the -- the big red barn and draw
22 an arrow from where the artworks were taken from
23 the basement of the residence to the racks behind
24 the big red barn.
25     A   Like this?
```

Page 135

```
1              ANNETTE VESSECCHIA
2      Like, an -- can you see --
3      Q   I can't really see it.
4      A   An arrow like that?
5          Oh, sorry.
6          An arrow like that?
7      Q   Yeah, an arrow going from -- from the --
8  yes.  From -- from the basement of the residence
9  to where the artworks were taken to the -- to
10 the --
11     A   Shelves.
12     Q   -- racks.
13     A   Yup.
14     Q   Okay.  And you can put, you know --
15     A   I just wrote "shelves."
16     Q   Yeah.  Okay.
17         And I think the arrow should start from
18 where the artworks were stored, but okay.  That --
19 that works.
20         Let's do this.  So were artworks also
21 moved from the studio to these racks?
22     A   I don't know.
23     Q   Okay.  And these racks -- the artworks
24 that were on these racks outside of the -- the big
25 red barn --
```

Page 136

```
1              ANNETTE VESSECCHIA
2      A   Uh-huh.
3      Q   -- were they subsequently moved
4  somewhere else?
5      A   Yes.
6      Q   Where were they moved?
7      A   To the storage facility in Middletown.
8      Q   Okay.  And that movement occurred before
9  the August 5th visit?
10     A   Yes.
11     Q   Okay.  So can you draw another arrow
12 from the -- from the racks, I guess it would be,
13 off the property, to the storage facility in
14 Middletown?
15     A   I'm sorry, I have you on the side of the
16 screen so it's hard to tell where the --
17     Q   That looks --
18     A   -- camera is.
19     Q   That looks great.
20         MR. RAKOWER:  And if we haven't
21     already marked this with an exhibit,
22     let's mark it with the next exhibit
23     number, which I believe is
24     Exhibit 11.
25
```

Page 137

```
1              ANNETTE VESSECCHIA
2      (Whereupon, Plaintiff's Exhibit
3      No. 11, Photo of Racks in Front of
4      Red Barn, was marked for
5      identification.)
6          MR. RAKOWER:  And we can take this
7      document off the screen.
8  BY MR. RAKOWER:
9      Q   Let's talk about the three months just
10 prior to the May 25th visit?
11     A   Uh-huh.
12     Q   Were any artworks moved off the
13 property?
14     A   Not that I'm aware of.
15     Q   Okay.  But the tarp was put on the --
16 the Hope sculpture prior to that visit?
17     A   I -- I believe so.
18     Q   Okay.
19     A   I'm not sure when I even noticed it.  I
20 just was like, okay.
21     Q   So besides artwork, are there other hard
22 copy documents relating to Mr. McKenzie's
23 fabrication or sale of Indiana artworks on the
24 property?
25     A   Yes.
```



Page 138

ANNETTE VESSECCHIA

1
2     Q    Okay.  Are there hard copy documents
3  relating to the inventory of artworks?
4     A    Yes.
5     Q    Okay.  And how about hard copy sales
6  records?
7     A    I'm sure.  I've never seen those, but
8  yes.
9     Q    Are you familiar with the term "art
10  archive"?
11     A    Yes.
12     Q    What is that?
13     A    Actually, "art archive"?  No.
14     Q    Well, you're familiar with the term
15  "archive"?
16     A    Yes.
17     Q    Okay.  What is an archive?
18     A    It's a -- I believe it to be an
19  inventory kind of program where you keep
20  everything, you know, like, organized in a way
21  that you kind of know what you have.
22     Q    Does Mr. McKenzie maintain an archive?
23     A    Yes.
24     Q    Okay.  Do you assist with the
25  maintenance of -- of the archive on his behalf?

Page 139

ANNETTE VESSECCHIA

1
2     A    Yes.
3     Q    Okay.  So what is reflected in
4  Mr. McKenzie's archive?
5     A    Anything that's -- well, I didn't set it
6  up, so I just kind of do maintenance on it.  But
7  it should be a pretty close representation of
8  what's been manufactured, produced, however you
9  want to say it, in addition to a photograph that
10  goes along with that.  Some -- some have --
11  they're fully photographed and some are not.
12     Q    And Mr. McKenzie's archive reflects the
13  Robert Indiana artworks within his possession?
14     A    Yeah.  I mean, I can't speak for
15  anything that he owns, like, before.  But anything
16  that's been produced, yeah.  Yes.
17     Q    And -- and it reflects Robert Indiana
18  artworks that were sold by Mr. McKenzie?
19     A    I -- I don't believe that it says --
20  because the system is, like, decently new.  I'm
21  not sure if it says that an item was sold.  It
22  might.  I mean, I'd have to go in and look.
23     Q    And you have -- you have access to that
24  archive?
25     A    I have access to the archive, yes.

Page 140

ANNETTE VESSECCHIA

1
2     Q    Where is it --
3     A    In fact --
4     Q    -- located?
5     A    Where is it?  It's on the computer -- I
6  mean, it's through a computer program.
7     Q    And you were about to say something, "In
8  fact."
9            What were you going to say?
10     A    Yeah, I mean, it's through an outside
11  computer archive -- archive system.
12     Q    And you access it on the -- on the
13  laptop that's in the studio?
14     A    Yeah, you just go to the website and log
15  in.
16     Q    And you have the electronic copy in your
17  files?
18     A    Yes.
19     Q    And that -- and that file is also
20  accessible to Mr. McKenzie?
21     A    Yes.
22            Are you specifically talking about the
23  archive?  Because the electronic -- the only
24  electronic file I'd have would be a photo -- a
25  photograph.

Page 141

ANNETTE VESSECCHIA

1
2            The -- the system artwork archive, you
3  load everything into it.
4     Q    Uh-huh.
5     A    I mean, that's the way it works.
6     Q    Okay.  How often do you update the
7  archive?
8     A    I mean, when everything was running, and
9  it was pretty much any time a production was
10  either moved, like, to a gallery show or maybe
11  sent to Rosenbaum, some -- you know, when there
12  was an event, you know, that happened with the
13  artwork.
14     Q    And the archive, does it also reflect
15  artworks that have been consigned by Mr. McKenzie?
16     A    It should.  I don't know if it does.
17            Again, that was not something that I
18  really did.  I mean, I tried to -- to deal with it
19  after.
20            But yeah, it probably says in there if
21  something has been consigned.
22     Q    And are there -- there hard copy files
23  from the archive in the -- on McKenzie's --
24  Mr. McKenzie's property?
25     A    I'm -- I'm not sure what you mean by

MAGNA
LEGAL SERVICES

Page 142

ANNETTE VESSECCHIA

1  that.  I mean, everything is done over the web.
2  There's no -- again, the only thing that would be
3  a hard copy would be a photograph of an item.
4      Q   I want to show you a document.
5          MR. RAKOWER:  Can we pull up
6      Tab 12?
7  BY MR. RAKOWER:
8      Q   So this was an exhibit that was shown to
9  Mr. McKenzie at his deposition.  It was marked as
10  Exhibit 3.
11          I'm going to mark it in this exhibit --
12  in this deposition as Exhibit 12.
13      A   Uh-huh.
14          (Whereupon, Plaintiff's Exhibit
15          No. 12, Excel Spreadsheet, was
16          marked for identification.)
17  BY MR. RAKOWER:
18      Q   Do you recognize this document?
19      A   I recognize the document.  It's just an
20  Excel spreadsheet.
21      Q   Have you seen an electronic copy of this
22  Excel spreadsheet?
23      A   I doubt it, because it would have to be
24  something that I was specifically, like, looking
25

Page 143

ANNETTE VESSECCHIA

1  for.
2          I mean, you can see the date on it.
3  It's dated 2017.  I -- I mean, I just wasn't
4  really in charge of, like, all the inventory.
5          I'm trying to figure out where -- yeah,
6  where this came from even.
7      Q   You said you weren't in charge of the
8  inventory.  Who was in charge of that?
9      A   There was a girl, Clara (phonetic), who
10  did a lot of -- she did a lot of that.  I'm trying
11  to think who might have.  Because I don't think I
12  created this.  I'm pretty positive.  Pretty
13  positive.
14      Q   Was this part of the archive that you
15  maintained?
16      A   No.
17      Q   Okay.  If Mr. McKenzie testified that
18  you were responsible for maintaining this
19  document, would he be telling the truth?
20      A   This particular document?  I -- I don't
21  know because I'm trying to think who even -- this
22  could have been created by somebody a long time
23  ago and then somebody else kept up with this.
24          Hold on.  I'm -- I'm still -- I'm sorry.
25

Page 144

ANNETTE VESSECCHIA

1  I'm just trying to figure out --
2          Like, I know where this was located as
3  far as like where this picture came from.  Like, I
4  know it was on a clipboard.  But I don't know
5  where this file would be in the computer.  I'd
6  have to go look at it.
7      Q   And where was this picture taken?
8      A   This was in the studio.
9          MR. RAKOWER:  Okay.  And we can put
10      this to the side.
11  BY MR. RAKOWER:
12      Q   So where -- where would hard copy sales
13  or inventory records be located on the property?
14      A   I don't know about sales records.  I
15  have -- I probably printed out some inventory out
16  of our archive system at some point.
17          The inventory Excel spreadsheet that you
18  were looking at, that was just in the computer.  I
19  mean, we didn't -- I'm trying to think if there
20  would have been -- I mean, that's all kind of like
21  production stuff, which I wasn't really involved
22  with.
23      Q   And you said it would be in the
24  computer.  It would be on -- on the -- the shared
25

Page 145

ANNETTE VESSECCHIA

1  laptop?
2      A   I -- I would think.  I mean, I -- again,
3  I'd have to go searching for it or look for it.
4      Q   Okay.  If we talk about inventory of
5  records for -- for a second, to the extent that
6  there are hard copy inventory records --
7      A   Uh-huh.
8      Q   -- where would they be located on the
9  property?
10      A   In -- at the studio, I would think.
11      Q   On the --
12      A   It could be --
13      Q   Go --
14      A   It could be in a box somewhere.
15      Q   So in the studio.  Would that be on the
16  first and second floors of the studio?
17      A   Yes.
18      Q   Okay.  And you said they could be in a
19  box somewhere.  Where would that be if not in the
20  studio?
21      A   I would only think that it would be at
22  the studio.
23          I mean, are you talking about currently?
24      Q   I'm talking about as of May 31st?
25

MAGNA ◆
LEGAL SERVICES

|   | Page 146 |
|---|---|

ANNETTE VESSECCHIA

1
2    A   Oh, as of May 31st.
3    Q   Or May 25th?
4    A   Yeah, I would think it would have been
5 at the studio.
6    Q   Okay.  Would there have been any hard
7 copy inventory records in the basements of
8 Mr. McKenzie's residence as of May 25th?
9    A   I don't know.  I don't know that -- I
10 don't know that.
11    Q   Okay.  Since May 25th, are you aware of
12 any hard copy inventory or sales records being
13 moved out of the studio to somewhere else?
14    A   I just -- I just don't know.  I don't
15 know if -- if they were moved.  It's not something
16 that I dealt with, like, daily, so I -- I don't
17 know.
18    Q   Since May 25th, have you seen hard copy
19 inventory or sales records anywhere other than the
20 studio?
21    A   No.
22    Q   Okay.  So you mentioned that you were
23 present at the May 25th visit?
24    A   (The witness nods head.)
25    Q   And that you briefly met my colleague,

|   | Page 147 |
|---|---|

ANNETTE VESSECCHIA

1
2 Mr. Nikas?
3    A   Uh-huh.
4    Q   Who else was present at that time?  Was
5 Mr. McKenzie there?
6    A   No.
7    Q   Okay.  Was anyone else -- was any of his
8 staff there?
9    A   I was there.
10    Q   Okay.
11    A   Not the whole time, but I was there off
12 and on.
13    Q   Was Mr. Gonzalez there?
14    A   Yes.  Mr. -- yes, Oz was there.
15        I'm sorry, I was just about to say that.
16 Yeah.
17    Q   Was Mr. Ginexi there?
18    A   No.
19    Q   Okay.  What did you understand the
20 purpose of that visit to be?
21    A   I thought they were coming to take an
22 inventory.
23    Q   An inventory of what?
24    A   Of whatever Indiana artwork might be
25 there.

|   | Page 148 |
|---|---|

ANNETTE VESSECCHIA

1
2    Q   And which part of the property did
3 Mr. Nikas visit?
4    A   I -- I -- the only time I saw him --
5 just the studio probably.
6        The only time I saw him was outside the
7 studio or inside the studio.
8    Q   Did you see Mr. Nikas or anyone from
9 Morgan Art Foundation go to the -- the residence
10 of Mr. --
11    A   No.
12    Q   Did you see anyone enter the basement of
13 the residence?
14    A   No.
15    Q   Did anyone direct Mr. Nikas or -- or
16 anyone from Morgan Art Foundation to go to the
17 basement of the residence?
18    A   I don't know.  I can't speak for Oz.  I
19 mean, I don't know.
20    Q   But you didn't direct --
21    A   No.
22    Q   -- them to go to the basement of the
23 studio?
24    A   No.
25    Q   Okay.

|   | Page 149 |
|---|---|

ANNETTE VESSECCHIA

1
2    A   I was just there if they needed a --
3 needed a question asked [sic].
4    Q   And you didn't observe Mr. Gonzalez
5 telling them to go to the basement of
6 Mr. McKenzie's residence?
7    A   No.  I observed him talking to them a
8 lot, but I have no idea what they were talking
9 about.
10    Q   Did anyone tell Mr. Nikas or anyone from
11 Morgan Art Foundation, to your knowledge, that
12 there were artworks located in the basement of the
13 residence?
14    A   I don't know.
15    Q   Okay.  All right.  Let's switch -- now
16 I'm going to talk to you about the August 5th,
17 2021 visit; okay?
18    A   (The witness nods head.)
19    Q   So I just -- and I also just want to
20 cover the time period between May 31st and
21 August 5th; okay?
22    A   (The witness nods head.)
23    Q   So between those two dates, we discussed
24 that artworks were moved; is that right?
25    A   Yes.



Page 150

ANNETTE VESSECCHIA

1
2    Q   Okay.  And artworks were moved out of
3    the studio?
4    A   Uh-huh.
5    Q   Onto racks outside of the barn; is that
6    right?
7    A   Yes.
8    Q   And artworks were moved from those racks
9    outside to a storage facility; is that right?
10   A   Yes.
11   Q   And that storage facility is in
12   Middletown, New York; is that correct?
13   A   Yes.
14   Q   Okay.  Were artworks moved from the
15   studio to anywhere besides those racks outside the
16   big barn?
17   A   I don't know.  Like, can you be more
18   specific?
19       Like, only onto the racks or just
20   anywhere outside?
21   Q   Sure.  I --
22   A   I'm sorry.  I'm not trying --
23   Q   Of course.
24   A   I'm just trying to be specific.
25   Q   Well, let me -- let me ask it -- maybe

Page 151

ANNETTE VESSECCHIA

1
2    I'll ask it a different -- I'll ask it a better
3    way.
4    A   Okay.
5    Q   Artworks were moved out of the studio;
6    right?
7    A   Correct.
8    Q   Okay.  Where were the artworks moved?
9    A   I mean, they could have been moved into
10   the basement at some point.  We moved artwork back
11   and forth between the basement and the studio all
12   the time to make room for shipments coming in or
13   whatever might need to happen.
14   Q   So could you draw an arrow for me from
15   the studio to the basement of the residence where
16   the artwork was moved?
17   A   Sure.
18       Am I getting it in the -- am I getting
19   it all on the screen?
20   Q   It looks better than I would have done.
21   Thank you.
22       And we'll mark this as an exhibit at the
23   end.
24       So -- okay.
25       Were artworks also moved out of the

Page 152

ANNETTE VESSECCHIA

1
2    basement of the residence?
3    A   Yes.
4    Q   And where were they moved to?
5    A   Onto the shelves, into the storage unit.
6    I mean, you're specifically talking about the time
7    period between May 31st and August 5th; right?
8    Q   We'll -- we'll -- we'll call it May 25th
9    and August --
10   A   Oh, sorry.  I'm sorry.  May 25th and
11   August 5th.
12   Q   Yes.
13   A   Yes.  Yes.
14   Q   Okay.
15   A   Wait.  What -- did you -- you asked if
16   they were moved from the outside of the studio to
17   somewhere else; right?
18       What did you -- did you --
19   Q   I asked -- I asked whether artworks were
20   moved from the basement of the residence to
21   anywhere else?
22   A   Yes.
23   Q   And where were they moved to?
24   A   To the storage facility in Middletown.
25   Q   Okay.  If you want to draw another arrow

Page 153

ANNETTE VESSECCHIA

1
2    from the basement of the residence to the storage
3    facility in Middletown?
4    A   I already have one.
5    Q   Oh, okay.  Great.
6    A   Is -- is that what you're talking about?
7    I mean --
8    Q   Yes.  Yes.
9    A   I already have --
10   Q   Yes.  Looks good.
11       Other than to the storage facility in
12   Middletown, was artwork moved off of the property
13   to anywhere else?
14   A   Not that I'm aware of.
15   Q   Okay.  Which artworks were moved?  If
16   you could identify them by the image?
17   A   You mean, like, was it just Indiana
18   artwork or was it other artists' artwork?  Is that
19   what you're asking?
20   Q   So let's start with Indiana artwork;
21   okay?
22   A   Yes.
23   Q   Were -- were -- were Hope artworks
24   moved?
25   A   Yes.



ANNETTE VESSECCHIA
1
2    Q   Okay.  Were Dylan artworks moved?
3    A   Yes.
4    Q   Okay.  And Dylan artworks were taken
5  from the property, off the property?
6    A   Yes.
7    Q   Were Dylan artworks also taken from
8  the -- from the studio and to the basement of the
9  residence?
10   A   During that time period, I -- I don't
11  know.
12       I feel like something's getting twisted
13  up here and I'm not -- again, I'm not trying to be
14  vague.  I'm just trying to figure out where --
15  what you're trying to figure out.
16   Q   Why -- why don't we -- why don't we take
17  the time -- put the time period aside for a
18  second?
19   A   Okay.
20   Q   Do you recall any instance where Dylan
21  artworks were transferred from the studio to the
22  basement of -- of Mr. McKenzie's residence?
23   A   Well, yeah.  There must have been
24  because they were printed in the studio, but they
25  ended up in the basement.

ANNETTE VESSECCHIA
1
2    Q   They were --
3    A   I was probably not part of that.  But
4  yeah, I mean, that's kind of obvious.
5    Q   And at the time of the May 25th visit,
6  were there Dylan artworks that were located in the
7  basement of Mr. McKenzie's residence?
8    A   Probably.
9    Q   Okay.  What about Love?
10   A   I just -- I'm -- were they moved?  I
11  mean, I -- I think there -- if there were Love
12  items, they were probably already in the basement.
13  I -- I don't know about the printing of Love.
14  That was way before my time, so --
15   Q   Mr. McKenzie has Love artworks on his
16  property; is that right?
17   A   I don't know if he has them on his
18  property, but he did.
19   Q   Okay.  And at the time of -- let's start
20  with the May 31st visit.
21   A   Okay.
22   Q   And I apologize that we keep jumping
23  around time periods.  So I'm trying be precise --
24   A   That's okay.  Just as long as you define
25  it.  I mean --

ANNETTE VESSECCHIA
1
2    Q   Sure.  And if you're confused by my
3  question, let me know.
4    A   Okay.
5    Q   So at the time of the May 31st visit --
6  the May 25th visit -- apologies -- did
7  Mr. McKenzie own Love artworks that were located
8  in the basement of his residence?
9    A   It's possible, I mean, I didn't -- I
10  didn't take a full inventory of everything in
11  there.  So I don't know what -- I don't know
12  everything that was located in the basement before
13  it was moved, if that makes sense.
14   Q   Okay.  At the time of the August 5th
15  visit --
16   A   Uh-huh.
17   Q   -- did Mr. McKenzie own Love artworks
18  that were located in the basement of his
19  residence?
20   A   I wouldn't think so.
21   Q   Okay.  Between May 31st -- May 25th and
22  August 5th, were Love artworks moved from
23  Mr. McKenzie's property to a storage facility in
24  Middletown?
25   A   Yeah, that -- I mean, they must have

ANNETTE VESSECCHIA
1
2  been because I've seen them in the storage unit.
3  I -- I didn't see it myself, but they're in the
4  storage unit now.
5    Q   And you believe that they were moved
6  some time between May 25th and August 5th?
7    A   Yes.
8    Q   Okay.  When did you begin -- sorry.
9        When -- actually strike that.
10       Were there blank silkscreens in
11  Mr. McKenzie's basement in his residence at the
12  time of the May -- May 25th visit?
13   A   What -- what's a blank silkscreen?
14  Just, like, a white piece of canvas?  I don't -- I
15  don't know what this is.
16   Q   Why -- why don't we -- why don't we move
17  to a different line of questioning, actually.
18       I -- I want to -- because I want to
19  actually speak a little bit more generally and
20  less -- less specifically.
21   A   Okay.
22   Q   Approximately how much art would you say
23  was moved off of Mr. McKenzie's property to the
24  storage facility in Middletown?
25   A   Like, the number of pieces?  No -- I

Page 158

ANNETTE VESSECCHIA

1
2  have no idea.
3        I mean, it was meant to be -- to
4  organize Indiana's collection and get the basement
5  cleaned out for -- per Mike's request.
6        Q   So artworks were moved from the basement
7  to the storage facility; is that right?
8        A   Yes.
9        Q   Okay.  But artworks were also moved from
10  the studio to the storage facility; is that
11  correct?
12        A   Yes.
13        Q   Okay.  How many trips were made between
14  Mr. McKenzie's property and the storage facility
15  between May 25th and August 5th?
16        A   I don't know.  I was only part of two of
17  them.  So I don't know.
18        Q   Okay.  When was the first trip that you
19  recall?
20        A   Somewhere around the fourth of July or
21  fifth of July, maybe.  Some -- I mean --
22        Q   And you don't recall any -- any trips
23  before that; correct?
24        A   No.
25        Q   Okay.  And you mentioned that these

Page 159

ANNETTE VESSECCHIA

1
2  trips were made at Mr. McKenzie's direction?
3        A   Yes.
4        Q   Okay.  Did you talk to him about the
5  purpose of those trips?
6        A   He said he was cleaning the basement out
7  because first of all, he was going to renovate it
8  because he was going to close the studio, and then
9  it was just going to make it easier to -- to have
10  the collection all in one spot because it was just
11  disorganized.  I mean, it was.
12        Q   And he had this conversation with you
13  sometime around July 4th?
14        A   Yes.
15        Q   Okay.  What percentage of his inventory
16  would you say was moved off site to the storage
17  facility in Middletown?
18        A   I mean, 80 percent.  I mean, because
19  there's items in there that aren't -- that aren't
20  Indiana.  Large items that were taking up lots of
21  space.
22        Q   Okay.
23        A   But I mean, I would say maybe
24  80 percent.
25        Q   Okay.  So 80 -- to be clear, so

Page 160

ANNETTE VESSECCHIA

1
2  20 percent of his inventory remained on the
3  property and 80 percent was -- was moved?
4        A   Could be.
5        Q   Is that right?
6        A   Yeah, I mean, I haven't -- I haven't
7  checked to see what's -- actually, I don't know.
8  There could be more than that that's left.  It's
9  just the Indiana stuff is mostly in Middletown.
10        I mean, there's a decent amount of
11  artwork still at the property that's not Indiana.
12        Q   So let's focus on Indiana for a second.
13        A   Okay.
14        Q   Would you say 80 percent of his Indiana
15  inventory was moved to Middletown?
16        A   Yeah, if not more.  Yes.
17        Q   Okay.  And of the -- do you still feel
18  that 80 percent is your best estimate or would you
19  say it's closer to 85 or 90?
20        A   It could be higher.  But yeah, I'm
21  just -- I'm going to go with 80 so.
22        Q   Okay.  And of the -- of the inventory
23  that remained on the property as of --
24        A   Uh-huh.
25        Q   -- as of the August 5th visit -- of the

Page 161

ANNETTE VESSECCHIA

1
2  Indiana inventory, to be clear --
3        A   Uh-huh.
4        Q   -- what percentage of that was located
5  in the studio as opposed to in the basement of the
6  residence?
7        A   Well, there's nothing in the basement of
8  the residence now.  There's only -- only items in
9  the studio.
10        Q   Okay.
11        A   At least I believe that to be true.  I
12  haven't been in the basement lately, but --
13        MR. RAKOWER:  Could we pull up
14        Tab one, which I think is going to be
15        Exhibit 13, when we mark it.
16        (Whereupon, Plaintiff's Exhibit
17        No. 13, E-mail, was marked for
18        identification.)
19  BY MR. RAKOWER:
20        Q   All right.  Ms. Vessecchia, do you see a
21  document on your screen?
22        A   Yes.
23        Q   Okay.  I'm going to represent to you
24  that this was taken from a production of documents
25  made by Mr. Ginexi; okay?

```
 1              ANNETTE VESSECCHIA
 2     A   (The witness nods head.)
 3     Q   But do you see that this e-mail was sent
 4  to you and others?
 5     A   Yes.
 6     Q   Okay.  And it's sent by Mr. McKenzie?
 7     A   Yes.
 8     Q   Okay.
 9     A   I feel like I produced this as well, but
10  yes.  Because we were all on the same e-mail.
11     Q   Okay.  Did you receive this e-mail on or
12  around July 4th?
13     A   Yes.
14     Q   Okay.  And it says, "We will meet at
15  8 a.m. I will have bus in front of the house.  We
16  will go up 22 fill up diesel full then stop at
17  Home Depot to puck up ten sets of metal shelves."
18     A   Yes.
19     Q   "See ya then."
20     A   Yes.
21     Q   "Thanks, Michael."
22     A   Yes.
23     Q   Do you see that?
24     A   Yes.
25     Q   Okay.  Is Mr. McKenzie -- is
```

```
 1              ANNETTE VESSECCHIA
 2  Mr. McKenzie discussing arrangements that would be
 3  made for the transportation of artworks?
 4     A   Yes.
 5     Q   And those would be Indiana artworks?
 6     A   Yes.  There could have been more than
 7  just Indiana artworks, but yes.
 8     Q   Okay.  And so this confirms your
 9  recollection that the -- that the process of
10  transporting the art began on or around July 4th?
11     A   Yes.
12     Q   Okay.
13         MR. RAKOWER:  As long as this is
14      marked as the next exhibit number, I
15      think it's 13, we can put this aside.
16      And then I want to put up Tab three.
17  BY MR. RAKOWER:
18     Q   Okay.  Do you see a document on your
19  screen?
20     A   Yes.
21     Q   Okay.  I represent that this was also
22  taken from production of documents made by
23  Mr. Ginexi.
24     A   Yeah.  Okay.
25     Q   Do you see that this is an e-mail sent
```

```
 1              ANNETTE VESSECCHIA
 2  to you and others?
 3     A   Yes.
 4     Q   Okay.
 5         MR. RAKOWER:  I'd like to mark this
 6      as Exhibit 14.
 7         (Whereupon, Plaintiff's Exhibit
 8         No. 14, E-mail, was marked for
 9         identification.)
10  BY MR. RAKOWER:
11     Q   This e-mail was sent by someone with
12  the -- the e-mail address pjarlicense@AOL.com.
13         Do you see that?
14     A   Yes.
15     Q   Who is that?
16     A   That's just another one of Mike's
17  e-mails.
18     Q   How many e-mail addresses does
19  Mr. McKenzie have?
20     A   It's just this one and then the
21  mm2uwords -- I always -- I should know it by now.
22  But it's -- you know which one I'm talking about,
23  the mm2u4@aol.com [sic].
24     Q   Have you seen Mr. McKenzie use an e-mail
25  address along the lines of "author fun"?
```

```
 1              ANNETTE VESSECCHIA
 2     A   Yes, actually I have.
 3     Q   Okay.
 4     A   Yep.
 5     Q   So that would be a third e-mail address
 6  he has?
 7     A   Yes.
 8     Q   Okay.  And this e-mail was sent to you
 9  on or around July 5th; is that right?
10     A   Yes.
11     Q   Okay.  And it says, "Given how long it
12  took I think starting at 8 am.  Again, hopefully
13  finish packing by 1030 get there at 12.  Assemble
14  the shelves and be done by two."
15     A   Yes.
16     Q   Do you see that?
17     A   Yup.
18     Q   Okay.  Is this again referring to the
19  transportation of -- of Robert Indiana artworks
20  off of -- off of his property?
21     A   Yes.  And other, but yes.
22     Q   Okay.  All right.
23         MR. RAKOWER:  All right.  This
24      is -- we can put this document aside.
25      And we can pull up Tab two.
```

1              ANNETTE VESSECCHIA
2         COURT REPORTER:  Did you mark that
3    last one?
4         MR. RAKOWER:  I -- I thought I did.
5    I thought I marked that one as
6    Exhibit 14.
7         TECHNICIAN:  You did.
8         COURT REPORTER:  Sorry about that.
9         MR. RAKOWER:  No worries.
10        And this is going to be 15.
11        (Whereupon, Plaintiff's Exhibit
12        No. 15, E-mail, was marked for
13        identification.)
14   BY MR. RAKOWER:
15        Q   I'll represent to you, Ms. Vessecchia --
16   first of all, do you see the document on your
17   screen?
18        A   Yes.
19        Q   Okay.  I'll represent to you that this
20   was taken from a production of documents made by
21   Mr. Ginexi.
22        A   Okay.
23        Q   Okay.  And this is an e-mail, once
24   again, sent to you and others; do you see that?
25        A   Uh-huh.

1              ANNETTE VESSECCHIA
2        Q   Okay.  I'll mark this as Exhibit 15.
3        And this e-mail was again sent by
4    Mr. McKenzie?
5        A   Yes.
6        Q   And you received this on or around
7    July 21st?
8        A   Yes.
9        Q   Okay.  And it says, "Truck is at studio.
10   I need to bring down another 20 portfolios before
11   we leave for storage."
12        Do you see that?
13        A   Yes.
14        Q   All right.  The truck that he's
15   referring to is -- is a truck that's being used to
16   transport Robert Indiana artworks?
17        A   Correct.
18        Q   Okay.  And what is Mr. McKenzie
19   referring to when he -- when he's discussing
20   portfolios?
21        A   I'm sure Indiana portfolios since the
22   idea was to get all the Indiana stuff together.
23        Q   All right.
24        A   This was not one of the trips that I
25   went on so -- but yeah, that's what I would think.

1              ANNETTE VESSECCHIA
2        Q   But you understood that Mr. McKenzie was
3    planning on transporting Indiana artworks that day
4    off of his property?
5        A   That's what -- yeah, I mean, that's what
6    he said in the e-mail, so --
7        Q   Okay.  I'm going to mark this as
8    exhibit -- did we already mark this one?  Sorry.
9        We may have already marked this, so we
10   can put this aside.
11        Let's look one second.
12        All right.  Why don't we -- hold on.
13        All right.  In the movement to the
14   storage facility, were any hard copy documents
15   other than artworks transported to the storage
16   facility?
17        A   Not that I know of.
18        Q   Okay.  All right.  So now we'll talk
19   specifically about the August 5th visit for a
20   second.
21        A   Okay.
22        Q   Are you aware that that visit was
23   required by a court order?
24        A   Yes.
25        Q   Okay.  Are you aware that that court

1              ANNETTE VESSECCHIA
2    order came on or around June 29th of this year?
3        A   I -- no.  I don't know when it -- when
4    it came.
5        Q   Okay.  Did you ever have conversations
6    with Mr. McKenzie about a second visit?
7        A   I -- I mean, I'm sure he -- he was not
8    happy with the first visit so the second visit was
9    certainly something that he was concerned about.
10   I mean, because the first visit was -- I don't
11   know what the point of that was, but --
12        Q   In advance of the August 5th visit, did
13   Mr. McKenzie tell you that Mr. Nikas would be
14   coming to -- to the property?
15        A   I did not -- I did not know who was
16   going to be at the visit.  I just knew that there
17   was going to be another visit similar to the one
18   in May.
19        Q   When -- when did Mr. McKenzie first tell
20   you that there would be another visit?
21        A   Oh, I don't even -- I mean, I'm not even
22   sure.  Honestly, I don't know.
23        And it could have been Oz that actually
24   told.  But I'm sure Mike -- I'm sure we talked
25   about it.

Page 170

ANNETTE VESSECCHIA

1
2    Q   You mentioned that Mr. McKenzie wasn't
3  happy that there would be a second visit?
4    A   Well, no, because the first visit was a
5  joke. I mean --
6    Q   Was that -- was that Mr. McKenzie's view
7  that you just reflected that the first -- first
8  visit was a joke, or is that your own view?
9    A   I could not figure out what they were
10  doing. So I -- I guess it could be both. I
11  mean --
12    Q   Did Mr. McKenzie ever tell you that --
13  that he felt that the first visit was a joke or
14  something to that effect?
15    A   Yeah, he -- we could not figure out what
16  the point of the first visit was because it wasn't
17  for inventory, so --
18    Q   Okay. What else did Mr. McKenzie tell
19  you about the first visit?
20    A   I mean, these were just things that I --
21  you know, these were just conversations between he
22  and Oz. Or maybe we were all standing around and
23  he was talking about it. It was really not much
24  more -- it wasn't much more than that.
25      I mean, he didn't care that they came,

Page 171

ANNETTE VESSECCHIA

1
2  but they didn't -- he didn't feel like they came
3  for what they said they were.
4    Q   And what was Mr. McKenzie's reaction
5  when he learned that there would be a second
6  visit?
7    A   I mean, he said, Okay.
8      But I'm not sure that, I mean, he was
9  looking forward to it.
10    Q   Did you ever hear Mr. McKenzie talk
11  about the fact that there was a court order for
12  the second visit to occur?
13    A   Well, I mean, yeah, I guess. I mean, I
14  just assumed.
15      You're asking all these questions that
16  I -- I -- I couldn't tell you if it was
17  specifically Mike or if it was Oz or if it was Oz
18  and Mike.
19      I mean, it's a small studio so when
20  everybody is standing around talking, you know, I
21  glean whatever information I can. And he clearly
22  talked to me about it because I was there, so --
23    Q   And that -- that was a topic of
24  discussion in Mr. McKenzie's presence; right?
25    A   Yes.

Page 172

ANNETTE VESSECCHIA

1
2    Q   Okay. And some of the -- the e-mails we
3  were just looking at are from -- from mid- to late
4  July; do you remember that?
5    A   Yes.
6    Q   And they were --
7    A   The 5th and the 21st, yes.
8    Q   Yeah. And they were transportations of
9  artworks going --
10    A   Uh-huh.
11    Q   -- at that time?
12    A   Uh-huh.
13    Q   Did those transportations continue after
14  that?
15    A   I have no idea. I mean, I'm -- I'm not
16  sure. Could be.
17      Again, I wasn't involved in all of --
18  you know, I don't recall.
19    Q   Do you -- do you recall Mr. McKenzie
20  ever putting an end to the transportation of
21  artworks?
22    A   I mean, I -- I think when everything was
23  moved. Yeah. I mean, I'm sure it stopped at --
24  at some point.
25    Q   Do --

Page 173

ANNETTE VESSECCHIA

1
2    A   I just don't recall exactly when that
3  was.
4    Q   Do you know whether it stopped before
5  the second visit?
6    A   It could have still been going on after
7  the second visit. I don't -- I don't recall.
8      THE WITNESS: I'm sorry, can I just
9  ask -- I'm getting a text message from
10  Kyle Ishman (phonetic), who's at the
11  facility in Middletown.
12      MS. ZERNER: Oh, yeah. That's --
13  if you -- we'll need to take a break.
14      That's an attorney for the estate.
15  We are dealing with another matter with
16  the estate as well.
17      THE WITNESS: Okay. Sorry. I -- I
18  just had to bring that up because he --
19  I've been in contact with him and he's
20  texting me now. So --
21      MR. RAKOWER: Would a three-minute
22  break be enough? Or is --
23      THE WITNESS: Yes, absolutely.
24      MR. RAKOWER: Okay. Should we
25  return at 2:10? Does that work,

MAGNA
LEGAL SERVICES

Page 174

```
1              ANNETTE VESSECCHIA
2    Bridget?
3         MS. ZERNER:  My side froze there.
4    I don't -- three minutes -- just -- we
5    just need a couple minutes, Annette?
6         THE WITNESS:  That -- yeah.  That's
7    it.  One minute.
8         I just need to answer --
9         MS. ZERNER:  Okay.  I'm not going
10   anywhere.  I'll just stay on and wait
11   for you to do that -- take care of that.
12        MR. RAKOWER:  Sounds good.  Let's
13   go off the record and we'll go back on
14   at 2:10; sound good?
15        THE VIDEOGRAPHER:  Off the record
16   at 2:08 p.m.
17        (Whereupon, there was a recess
18   taken from 2:08 p.m. to 2:11 p.m.)
19        THE VIDEOGRAPHER:  On the record at
20   2:11 p.m.
21   BY MR. RAKOWER:
22   Q    Okay.  Ms. Vessecchia, you mentioned
23   that -- that you were present at the -- the
24   August 5th visit?
25   A    Yes.
```

Page 175

```
1              ANNETTE VESSECCHIA
2    Q    Do you recall who else was present?
3    A    Some art handlers, I think.  Actually --
4    oh, all the visits are, like, starting to blend
5    into the next.
6         Yeah, I -- I couldn't tell you the names
7    of -- of who they were.  Again, I -- I didn't keep
8    up with that because I assumed that that was Oz's
9    job, so --
10   Q    Mr. Gonzalez was there with you?
11   A    Yes.
12   Q    Okay.  Was Mr. Ginexi there with you?
13   A    No.
14   Q    Was Mr. McKenzie there with you?
15   A    I don't believe so.
16   Q    And my colleague, Mr. Nikas, was there;
17   is that right?
18   A    I -- I think so.  I -- honestly, I -- I
19   couldn't tell you who he was if he walked up to
20   me, 'cause I just don't remember, like, who all
21   was there.
22        Oz was kind of, like, in -- in control
23   of that.  So --
24   Q    And what did you understand the purpose
25   of the -- of the August 5th visit to be?
```

Page 176

```
1              ANNETTE VESSECCHIA
2    A    I thought they were, again, coming to,
3    like, look at inventory.  I wasn't exactly sure
4    what -- what that was about, but that was kind of
5    my understanding.
6    Q    Were you concerned at all that if they
7    were coming to look at inventory, that some of the
8    inventory had been taken off -- off of the
9    property and put in the storage facility at that
10   time?
11   A    Was I concerned?
12        I -- oh, I'm not even sure how to answer
13   that.  I -- I mean, we just kind of do what Mike
14   asks us to do.  I felt that he must have had --
15   that there must have been a purpose behind that.
16   I'm not sure if you want me to expand on that or
17   what, but --
18        MS. ZERNER:  You can do it --
19        THE WITNESS:  Okay.
20   BY MR. RAKOWER:
21   Q    Did either you or -- or Mr. Gonzalez
22   tell Mr. Nikas, when he came for the August 5th
23   visit for what you understood to be to take
24   inventory, did either of you tell him that, in
25   fact, much of Mr. McKenzie's inventory had been
```

Page 177

```
1              ANNETTE VESSECCHIA
2    taken off of the property?
3    A    I don't think I did.  I -- I don't even
4    remember talking to him.
5    Q    And --
6    A    I -- I just kind of stayed out of that.
7    To me, that was something that was meant to be
8    handled by what was supposedly our legal adviser.
9    So --
10   Q    And who is that?
11   A    That was Oz Gonzalez.
12   Q    Did you observe Mr. Gonzalez tell
13   Mr. Nikas --
14   A    I did not, no.
15   Q    Okay.  Sorry.  I -- I'm just going to
16   need to ask the question, just for the record.
17   A    Go ahead.
18   Q    Did you observe Mr. Gonzalez tell
19   Mr. Nikas that artworks had been taken off of the
20   property?
21   A    No, I didn't.
22   Q    Okay.  Thank you.
23        During the August 5th visit, which part
24   of the property did you observe Mr. Nikas visit?
25   A    I only saw him in the studio portion.
```



**Page 178**

ANNETTE VESSECCHIA

1  
2 But, again, I was not there for the entire visit.
3 So that's just what I saw.
4     Q   Did you observe him visit the basement
5 of Mr. McKenzie's residence?
6     A   No.
7     Q   Okay.  Did you tell Mr. Nikas that there
8 were artworks in the basement of Mr. McKenzie's
9 residence?
10     A   No.
11     Q   Did you observe Mr. Gonzalez telling
12 Mr. Nikas that there were artworks in the basement
13 of Mr. McKenzie's residence?
14     A   No.
15     Q   To your knowledge --
16         MS. ZERNER:  We're still talking
17     about August 5th; right?
18         MR. RAKOWER:  Correct.
19 BY MR. RAKOWER:
20     Q   And to your knowledge, did Mr. McKenzie
21 tell Mr. Nikas that there were artworks located in
22 the basement of his residence?
23     A   No.  Not to my knowledge, no.
24     Q   Okay.  Can you take your -- we need to
25 mark your diagram as an exhibit.  So can --

**Page 179**

ANNETTE VESSECCHIA

1  
2     A   Sure.
3     Q   Can you do the same thing you did last
4 time and take a picture of it, send that to
5 Ms. Zerner?
6     A   Sure.
7         MR. RAKOWER:  And then, Bridget, if
8     you wouldn't mind putting it in the
9     Chat, we can mark that as an exhibit.
10         MS. ZERNER:  Sure.
11         THE WITNESS:  Okay.  Bridget, I
12     just sent it.
13         MS. ZERNER:  Okay.
14         MR. RAKOWER:  Bridget, did you
15     receive it?
16         MS. ZERNER:  Yeah.  I just sent it
17     through Chat.
18         MR. RAKOWER:  Okay.  Bernadette, if
19     you could pull up that map.
20         TECHNICIAN:  Just one moment.
21         MR. RAKOWER:  Great.  Thank you.
22     If we could mark this as the next
23     exhibit number.
24         (Whereupon, Plaintiff's Exhibit No.
25     16, Diagram, was marked for

**Page 180**

ANNETTE VESSECCHIA

1  
2     identification.)
3         COURT REPORTER:  Is that 16,
4     Bernadette?
5         TECHNICIAN:  Yes, it is.
6         MR. RAKOWER:  Okay.  Let's mark
7     this as Exhibit 16.  Thank you.
8         And we can take this down.  Okay.
9         Okay.  So now let's pull up Tab 14.
10 BY MR. RAKOWER:
11     Q   I'll represent to you that -- that this
12 document was taken from your -- your production.
13     A   Uh-huh.
14     Q   Did you receive this message?
15     A   Yes, I did.
16     Q   Okay.  And it's -- it's -- did you
17 receive it on or around August 19, 2021?
18     A   Yes.
19     Q   And is this message from Oz Gonzalez?
20     A   Yes.
21     Q   Okay.  And Mr. Gonzalez writes, "Please
22 let him know that I have enough information about
23 the inner workings of his operation to 'Bury Him.'
24 If there is a swindler and a Liar it's him.  One
25 more attack from him and I will contact Lipson and

**Page 181**

ANNETTE VESSECCHIA

1  
2 Nikas and make his life and business ugly.  I have
3 the goods."
4     Q   Do you see that?
5     A   I do.
6     Q   What information do you understand
7 Mr. Gonzalez to be referring to here?
8     A   I -- I have -- I -- I have no idea.
9     Q   And there's a response from someone
10 named Peggy Cyphers.
11     Q   Do you see that?
12     A   Yes.
13     Q   Who is she?
14     A   That's Mike's girlfriend.
15     Q   Okay.  And does she live on the
16 property?
17     A   Yes.
18     Q   Does she work for Mr. McKenzie?
19     A   No.
20     Q   And she says, "Hi Oz, I understand, hope
21 you can get this talked out amicably ... he's
22 ready to close his business I guess.  And starting
23 to look fresh" -- "start" -- "looking to start
24 fresh."
25         Sorry about that.

Page 182

ANNETTE VESSECCHIA

1
2     Do you see that?
3     A   Yes.
4     Q   What did you understand her to mean?
5     A   I think because Oz was upset that Mike
6  was going to close the business and he was going
7  to lose his job and everything, and he was just
8  pissed off.
9         So I think she was just trying to -- to
10  answer it.  Because it went from everything being
11  fine one day, and the next day it wasn't.
12     Q   And so what do you mean by "Mike was
13  going to close his business"?
14     A   Well, he was.  I mean, he was going to
15  close the studio.  I mean, it -- I was -- all of
16  this has taken a toll on his business.  So, you
17  know, we all knew it, and I'm sure that Oz was
18  upset about it.
19     Q   So sometime before -- on or before, you
20  know, August 19th of this year, Mr. McKenzie told
21  you that he was planning on closing his studio?
22     A   He didn't actually tell me.  I just knew
23  it was coming.  I mean, we all knew it was coming.
24  It's -- you can't sustain something like this and
25  still try to stay in business.  So, I mean --

Page 183

ANNETTE VESSECCHIA

1
2     Q   And -- and sustain something like what?
3     A   This whole lawsuit.  I mean, it's --
4  it's expensive and everything else that's gone
5  with -- gone with it.  So, yeah, I mean, we all
6  knew.
7     Q   And who -- who did you speak to about
8  Mr. McKenzie potentially closing his business?
9     A   I -- I mean, I didn't speak to -- you're
10  talking about prior to this e-mail?
11         I mean, after this text message -- I was
12  sitting there with Mike when I got this text
13  message.
14         So I mean, he was like, Yeah, I mean,
15  I'm going to close.
16         He had -- he had talked about it off and
17  on, but just didn't -- hadn't given us, like, a --
18  a date --
19     Q   Did he give you --
20     A   -- which --
21     Q   Did he give you a date when you had that
22  conversation with him?
23     A   No.  No.  Because I think, you know,
24  he's -- he's still got the lawsuit and everything
25  going on.  I mean, he can't just, like, completely

Page 184

ANNETTE VESSECCHIA

1
2  shut down one day, you know.
3         So I'm sure he's just taking time, but
4  we -- you know, we all are preparing, you know, to
5  not be able to work there anymore.
6     Q   Okay.  And by "close his business,"
7  would that entail selling his existing inventory?
8     A   I -- I couldn't speak of that.  I'm just
9  talking about, like, you know, there would be no
10  need for us to be around, you know, to maintain
11  inventory or to, you know, do anything -- anything
12  with -- with even the stuff that we have that's
13  not Indiana.
14     Q   And since -- since you got that text
15  message on or around August 19th, have you had a
16  subsequent conversation with Mr. McKenzie about
17  the potential closure of his business?
18     A   Yeah.  I mean, he just -- he doesn't --
19  he -- he's never given me a for sure date, because
20  I don't think he knows.  So, you know, he's
21  just -- yeah, this has -- this has been coming for
22  a while.
23     Q   Has he talked to you about things that
24  need to be done in order to close his business?
25     A   I mean, just stuff, like, We need to

Page 185

ANNETTE VESSECCHIA

1
2  pack up artwork and get it organized and figure
3  out where it's going to go.
4         'Cause we don't -- you know, we don't
5  have just Indiana's stuff.  We have -- we have
6  other people's stuff and, you know, there's a
7  whole studio with equipment and everything.
8         So I mean, he's -- he's talked about it
9  a little bit, but I -- I only talk to him about it
10  if he brings it up.  I mean, I -- I'm not going
11  to -- I'm not going to bring it up on him.
12     Q   To your knowledge, has -- has he been
13  looking for a buyer to purchase his existing
14  inventory?
15     A   No, not to my knowledge.
16     Q   To your knowledge, what is he planning
17  on doing with his existing inventory when the
18  business is closed?
19     A   I -- honestly, I have no idea.  I mean,
20  I -- I don't know what he's going to do with it.
21         MR. RAKOWER:  We can put this
22     document aside.
23         Have we marked this?  If -- if we
24     haven't, let's do the next exhibit --
25     exhibit number.  I think it would be --

Page 186

1        ANNETTE VESSECCHIA
2    TECHNICIAN:  Seventeen.
3        MR. RAKOWER:  Okay.  Great.  So
4    let's mark that text message as
5    Exhibit 17.  Thank you.
6        (Whereupon, Plaintiff's Exhibit No.
7        17, Text Messages dated August 19,
8        2021, was marked for
9        identification.)
10       MR. RAKOWER:  Let's go to the -- if
11   you can pull up Exhibit 1, the subpoena,
12   and if you could go to PDF page 10.
13       TECHNICIAN:  That's page 10.
14       MR. RAKOWER:  Great.
15   BY MR. RAKOWER:
16   Q    All right.  Ms. Vessecchia, do you see
17   the document on your screen?
18   A    Yes.
19   Q    So we discussed earlier that
20   Mr. Gonzalez submitted a declaration in this case.
21       Do you recall that?
22   A    Yes.
23   Q    And this is Mr. Gonzalez's declaration
24   in front of you; correct?
25   A    Yes.

Page 187

1        ANNETTE VESSECCHIA
2    Q    All right.
3        MR. RAKOWER:  If we could go to
4    paragraph 10, which I'm trying to figure
5    out which PDF page number it is.
6        Yeah, there we go.
7    BY MR. RAKOWER:
8    Q    Okay.  So starting with the -- the
9    second sentence, it says, "McKenzie uses a stencil
10   and a stamp to forge Indiana's signature on the
11   back of artworks."
12       Do you see that?
13   A    Yes.
14   Q    Okay.  And you've used the stencil to
15   stamp Mr. Indiana's emblem on the back of
16   artworks; is that right?
17   A    Correct.
18   Q    And every time you've done so has it
19   been at Mr. McKenzie's direction?
20   A    Yes.
21   Q    Okay.  The next sentence goes on to say,
22   "The stencils were designed by Indiana during his
23   lifetime and have specific years that are intended
24   to indicate the year in which the artworks were
25   created."

Page 188

1        ANNETTE VESSECCHIA
2        Do you see that?
3    A    Yes.
4    Q    Okay.  The stencils that you've used, do
5    they all have specific years on them?
6    A    Yes.
7    Q    Okay.  And what do you understand those
8    years to represent?
9    A    I mean, it could be the year that it was
10   printed.  I -- I'm actually not even sure why the
11   years have changed.  But I mean, you know, there's
12   items that the stamp has to go on after.  So my
13   assumption was that it was just that year that it
14   was printed.
15   Q    Okay.  Did Mr. McKenzie ever tell you
16   what the -- the year represents?
17   A    I -- I'm -- I'm not sure I ever asked
18   him.
19   Q    Were you ever told that Mr. Indiana
20   designed the stencils?
21   A    I mean, I -- yeah.  Yeah.  I mean, that
22   was definitely my understanding, that, you know --
23   when Indiana was alive, yeah, absolutely, he -- he
24   was a part of that.
25   Q    The next sentence goes on to say, "None

Page 189

1        ANNETTE VESSECCHIA
2    of the stencils post-date 2018, when Indiana died,
3    yet McKenzie has used those stencils after
4    Indiana's death to sign works--falsely indicating
5    that Indiana signed the works and falsely
6    indicating the year in which the works were
7    created."
8        Do you see that?
9    A    I do.
10   Q    Okay.  Did you ever see a stencil that
11   postdates 2018?
12   A    No.  I -- I mean, I'm -- again, I have
13   not stenciled, you know, very much.  But, no, I've
14   never seen one.
15   Q    Did you ever see Mr. McKenzie or anyone
16   at his direction use a stencil to input Indiana's
17   emblem on an artwork after Mr. Indiana died?
18   A    Wait.  Repeat that again.  I just want
19   to make sure that I understood that correctly.
20   Q    Let me just ask it -- ask it a different
21   way.
22   A    Okay.
23   Q    Have you ever used a stencil after May
24   of 2018 on an Indiana artwork?
25   A    Yes.  Because they're -- yes.



Page 190

1              ANNETTE VESSECCHIA
2        Q   Did you do so at Mr. McKenzie's
3   direction?
4        A   Yes.
5        Q   Okay.  Have you seen Mr. McKenzie use a
6   stencil on an Indiana artwork after May of 2018?
7        A   Yes.
8        Q   Have you seen anyone else at
9   Mr. McKenzie's direction use a stencil on an
10  Indiana artwork after May of 2018?
11       A   Yes.
12       Q   Okay.
13       A   Just to be clear, they weren't dated
14  after 2018.  I mean, they were dated whenever they
15  created the artwork or whenever they decided that
16  they would do that color wave or whatever it might
17  be.
18       Q   Have you ever used a stencil with a date
19  that reflects 2018 or earlier on an artwork that
20  you stenciled in 2019 or later?
21       A   Yes.
22       Q   Okay.  Did you do so at Mr. McKenzie's
23  direction?
24       A   Yes.
25       Q   And these were Indiana artworks with

Page 191

1              ANNETTE VESSECCHIA
2   Indiana's emblem?
3        A   Yes.
4        Q   Okay.  Have you ever observed
5   Mr. McKenzie using a stencil with a date that
6   reflects 2018 or earlier on an Indiana artwork
7   that us with being stenciled in 2019 or later?
8        A   Yes.
9        Q   Okay.  And have you ever observed --
10  and, again, those were Indiana artworks with
11  Indiana's emblem?
12       A   Yes.
13       Q   Okay.  Have you ever observed anyone
14  else using a stencil with a date that reflects
15  2018 or earlier on an Indiana artwork that was
16  being stenciled in 2019 or later?
17       A   Yes.
18       Q   Okay.  Who was that?
19       A   Could have been Tim or Clara.
20       Q   And was it your understanding that
21  whoever was doing that was doing so at
22  Mr. McKenzie's direction?
23       A   Yes.
24       Q   Okay.  And, again, those were Indiana
25  artworks being stenciled with Indiana's emblem?

Page 192

1              ANNETTE VESSECCHIA
2        A   Yes.
3        Q   Great.
4            Did you ever speak to Tim Ginexi about
5   stenciling?
6        A   Yes.
7        Q   What did you speak about?
8        A   I mean, he told me he didn't like to do
9   the stencil because it's a pain in the ass.  And
10  he's a printer, not a -- you know, he's a screen
11  printer, not an airbrush operator.  I mean, that's
12  not what he's trained to do.
13           I've never heard him say what Oz is
14  claiming.
15           I'm sorry.  I'm just reading.
16       Q   Well, we'll get to that in a second.
17       A   Yeah.
18           I mean, no.  I -- I mean, that's the
19  only thing we ever talked about.
20       Q   Have you ever observed Mr. McKenzie
21  asking Mr. Ginexi to stencil?
22       A   No.
23           Talking about, like, after 2018 or prior
24  to that or just anytime in general?
25       Q   Let's start with anytime in general.

Page 193

1              ANNETTE VESSECCHIA
2        A   Yes.
3        Q   Okay.  Anytime after 2018?
4        A   Yes.
5        Q   Okay.
6        A   Yes.
7            I'm sorry.
8            I'm just having to -- I mean, all these
9   different dates and everything, and I'm trying to
10  remember who's worked and who hasn't.  So, yes.
11       Q   Have you ever observed Mr. Ginexi
12  refusing an instruction by Mr. McKenzie to stencil
13  an artwork?
14       A   No.
15       Q   Has Mr. Ginexi ever told you that he
16  felt uncomfortable using a stencil?
17       A   No.
18       Q   Has Mr. Ginexi ever told you that he
19  believed any of the artworks being prepared in Mr.
20  McKenzie's studio weren't authorized by Indiana?
21       A   Absolutely not.
22       Q   Have you ever been hesitant to sign
23  Mr. Indiana's signature on an artwork?
24       A   I've -- first of all, I've never signed
25  Mr. Indiana's signature on a piece of artwork.

MAGNA
LEGAL SERVICES

Page 194

```
1              ANNETTE VESSECCHIA
2         But, no, I don't -- I mean, are you
3    asking about the stamp or the seal?
4      Q   We can -- we can ask that question next,
5    sure.
6         Have you ever been hesitant to -- to
7    stamp Mr. Indiana's seal on an artwork?
8      A   Not because I was uncomfortable with it,
9    but because I'm -- I'm not very good with -- with
10   an airbrush.
11        So, I mean -- but, no, I mean, I don't
12   have a problem doing it, because I don't think
13   there's anything wrong with it.
14     Q   Have you ever spoken to Mr. Gonzalez
15   about stenciling?
16     A   I mean, maybe only to the point where,
17   again, I'm like, Oh, I don't want to do this
18   because it's, like, I'm not good at it, and I'm
19   not good at the -- using the airbrush.
20     Q   Have you told Mr. McKenzie that you
21   didn't want to do it?
22     A   Only in the same way that I just told
23   you, that I'm, like, Oh, you sure you want me to
24   do it?  I'm not that good.
25        You know -- you know, that -- that sort
```

Page 195

```
1              ANNETTE VESSECCHIA
2    of thing.
3      Q   And how has he responded?
4      A   He's, like, It's -- you're -- I mean,
5    just -- it's fine, but you'll -- you'll figure it
6    out, you know.  We need to get it done.  So --
7      Q   Were you worried that the stencil you
8    applied would look inauthentic?
9      A   Only because using an airbrush takes
10   skill, and I haven't used one in 30 years.  So
11   that -- I mean, not that it wouldn't look
12   authentic, but that it just wouldn't look even, if
13   that makes sense.
14        MR. RAKOWER:  Why don't we -- why
15     don't we take this down for now.  We're
16     going to go back to it.
17        And why don't we put up Tab 21.
18        Okay.
19   BY MR. RAKOWER:
20     Q   I'll represent to you I pulled this from
21   your production you made last night.
22        Do you recognize this document?
23     A   Yes.  But I -- I would -- I need to read
24   it again because there were so many.  I don't know
25   which one this one is.
```

Page 196

```
1              ANNETTE VESSECCHIA
2      Q   Sure.  This one is hundreds and hundreds
3    of pages.  So --
4      A   Yeah.
5      Q   Before you do that.
6         But -- but you recall that you produced,
7    you know, hundreds of pages of text --
8      A   Yes.
9      Q   -- just last night?
10     A   Yes.
11     Q   Okay.  And these are text messages
12   between you and Oz Gonzalez?
13     A   Yes.
14     Q   Okay.
15        MR. RAKOWER:  Can we mark this with
16     the next exhibit number?  I think it's
17     Exhibit 18.
18        TECHNICIAN:  Yes, it's 18.
19        MR. RAKOWER:  Great.
20        (Whereupon, Plaintiff's Exhibit No.
21     18, Text Messages, was marked for
22     identification.)
23        MR. RAKOWER:  Okay.  Can we go to
24     page 285?
25        Maybe zoom in a little bit just so
```

Page 197

```
1              ANNETTE VESSECCHIA
2    we can all read it.  I'm just going to
3    focus on the top part of that.
4    BY MR. RAKOWER:
5      Q   Okay.  And the second message is a
6    message from you to Mr. Gonzalez; is that right?
7      A   Yes.
8      Q   And it says, "I've been 'weeding' out
9    the stencils for the back of the little HOPE's."
10   And it -- it goes on.
11     A   Yes.
12     Q   So the "HOPE's" are Robert Indiana
13   artworks; right?
14     A   Yes.
15     Q   Okay.  And you are talking about
16   applying a stencil to Robert Indiana artworks in
17   this text message; right?
18     A   Yes.
19     Q   Okay.  What do you -- what do you mean
20   by "'weeding' out the stencils"?
21     A   So when you create a stencil, it's on
22   a -- a piece of vinyl, and it runs through a
23   machine that cuts out -- a stencil machine.  And
24   you have to pull out the pieces that, you know,
25   you want the airbrush to cover, and that's called
```

Page 198

```
1              ANNETTE VESSECCHIA
2   weeding out.
3           You use a X-Acto blade, and you -- you
4   have to weed that -- weed it out.  That's what
5   it's called.
6        Q   Okay.
7           MR. RAKOWER:  And let's go to --
8        let's go to page 241.  Okay.  And let's
9        just look at the very top message.
10       A   Yes.
11  BY MR. RAKOWER:
12       Q   Okay.  And this is a message from
13  Mr. Gonzalez to you.  "Are you coming in today?
14  He really wants the stencils done.  He asked me
15  about it last night."
16       A   Yes.
17       Q   Is "he" referring to Michael McKenzie?
18       A   Yes.
19       Q   Okay.  Is this referring to applying
20  stencils to Robert Indiana artworks?
21       A   Yes.
22       Q   Okay.
23           MR. RAKOWER:  If we -- if we go
24       back to the big screen -- sorry.  If
25       we -- stop zooming out and just show the
```

Page 199

```
1              ANNETTE VESSECCHIA
2   full document.
3           Okay.  If we scroll up two pages to
4        page 239.
5   BY MR. RAKOWER:
6        Q   Do you see at the very bottom of the
7   page that that string of messages was sent on or
8   around November 9th of 2020?
9        A   Yes.
10       Q   Okay.  And at that time, had you been
11  applying stencils to Robert Indiana artworks?
12       A   Yeah, I'm sure.
13       Q   Okay.
14       A   I mean, I don't even know what that's a
15  picture of.
16           Oh, that was during the election.  Okay.
17       Q   Yes, that's right.
18       A   Yeah.
19       Q   And so the stencils that you were
20  applying on or around, you know, November of 2020,
21  those stencils had dates on them?
22       A   Yes.
23       Q   Okay.  And those dates did not reflect a
24  2020 year; is that right?
25       A   No.  They -- they -- the artwork was
```

Page 200

```
1              ANNETTE VESSECCHIA
2   probably printed whenever -- or that color wave
3   had been decided in whatever year that was,
4   because you -- you can't stencil -- clearly, you
5   can't seal the back of something that doesn't have
6   anything on the front.  So it's never done at the
7   same time.
8        Q   And that year, whatever year it was,
9   would have been 2018 or prior; right?
10       A   Yeah.  Way prior likely.
11       Q   Okay.  And the stencil that you were
12  applying to Indiana artworks at that time, that
13  was being done at Mr. McKenzie's direction --
14       A   Yes.
15       Q   -- is that right?
16       A   Yes.
17       Q   Okay.
18           MR. RAKOWER:  We can -- let's
19       mark -- we already marked this document.
20       So we can just put it to the side.  I
21       believe.
22  BY MR. RAKOWER:
23       Q   So do you know whether Mr. McKenzie owns
24  guns?
25       A   I mean, he says he does.
```

Page 201

```
1              ANNETTE VESSECCHIA
2        Q   What has he told you about owning guns?
3        A   I -- it's probably just come up in
4   conversation.  I mean, I-- I -- I mean, I couldn't
5   tell you -- he's not threatening me if that's what
6   you're asking.  He's --
7        Q   How many times has -- has the topic of
8   Mr. McKenzie's gun ownership come up in
9   conversation?
10       A   In the ten years that I've been working
11  there, I don't know.  Once or twice maybe.
12       Q   Okay.  Has Mr. McKenzie ever discussed
13  gun violence?
14           MS. ZERNER:  Objection.  Vague.
15           But you can go ahead and answer.
16       A   I -- I have -- I have no idea, like --
17  I -- I don't know.  I don't recall.
18  BY MR. RAKOWER:
19       Q   Okay.
20           MR. RAKOWER:  If we pull back up
21       Exhibit 1.  Okay.  And give me one
22       moment just to find the right page to
23       direct you to.
24           We're going to PDF page 13.  Okay.
25       And we're looking at paragraph 12.
```



Page 202

ANNETTE VESSECCHIA

1
2  BY MR. RAKOWER:
3      Q    So the second sentence begins, "Among
4  the artworks that McKenzie has forged recently are
5  hundreds of silkscreens of Four Seasons of Hope,
6  as well as two HOPE sculptures that are in the
7  process of being created."
8          Do you see that?
9      A    Yes.
10     Q    Okay.  Are you aware of two HOPE
11 sculptures that are in the process of being
12 created?
13     A    I'm -- I am not.  I've -- I've not been
14 involved with the sculpture process very much.
15     Q    Have you seen silkscreens of Four
16 Seasons of Hope being created in the past year?
17     A    In the past year?
18     Q    I mean, probably, yeah.
19     Q    Do you have any reason to -- to doubt
20 Mr. Gonzalez's account that there were hundreds of
21 silkscreens --
22     A    I don't know if there were hundreds, but
23 there are possibly some.  It was my understanding
24 that Mike was allowed to continue to create until
25 arbitration.

Page 203

ANNETTE VESSECCHIA

1
2          But, again, you know, we only go on the
3  direction of -- of Mike.
4      Q    And the last sentence says, "He is
5  presently creating many Four Seasons HOPE
6  silkscreens that he intends to stencil, which I
7  know because I saw a large stack of the works and
8  also heard McKenzie ask Annette to stencil them."
9          Do you see that?
10     A    Yes.
11     Q    Okay.  Did Mr. McKenzie ask you to
12 stencil Four Seasons of Hope artworks this year?
13     A    Yes.  I'm sure he did.
14     Q    Okay.  And is it fair to say that there
15 was a stack of those artworks?
16     A    Yes.  I don't know about hundreds, but
17 there was a stack, for sure.
18     Q    And the stencils he was asking you to
19 apply did not have a 2021 year on them; is that
20 right?
21     A    No.
22     Q    What year was on those stencils?
23     A    I don't know.  I'd have to go back and
24 look -- look.  I -- I -- yeah.
25         I don't -- I -- honestly, I don't know

Page 204

ANNETTE VESSECCHIA

1
2  what year.  Whatever year that was decided to be
3  printed or -- or were actually printed, because I
4  don't know what the date -- I don't know if the
5  date is for the artwork's creation or if it's the
6  date of when it was silk-screened.
7          Wait.  Hold on.
8          Oh, no, you're talking about the Four
9  Seasons.  Okay.
10         I'm sorry.  I just wanted to read that
11 again.
12     Q    I'm just looking at my notes here.
13         MR. RAKOWER:  We can put this
14         document to the side.
15 BY MR. RAKOWER:
16     Q    So you understand that Mr. McKenzie is
17 in litigation with Morgan Art Foundation; right?
18     A    Yes.
19     Q    Okay.  Who have you discussed that
20 litigation with?
21     A    Mike, Tim.  My husband, I'm sure.  Not
22 any -- not anything in particular, but --
23     Q    Have you discussed it with
24 Mr. McKenzie's lawyers?
25     A    Yeah.

Page 205

ANNETTE VESSECCHIA

1
2      Q    What --
3      A    Oz.  Definitely, Oz.
4      Q    Okay.  And what -- what -- what's the
5  nature of these discussions?
6          MS. ZERNER:  Objection.  Compound.
7          MR. RAKOWER:  Okay.
8  BY MR. RAKOWER:
9      Q    What -- what are the -- what's the
10 nature of your discussions regarding this
11 litigation with Michael McKenzie?
12     A    I -- I have no idea.  It's probably
13 whatever was brought up, if Oz brought something
14 up or, you know, if Mike brought something up
15 or -- I mean, I -- I couldn't tell you exactly
16 what.
17     Q    Has Mr. McKenzie ever relayed to you
18 advice that was given to him by his counsel?
19         MS. ZERNER:  And I just --
20         objection.  I need to make an objection
21         here to the extent they are
22         conversations -- there may be certain
23         circumstances where Ms. Vessecchia was
24         involved in attorney-client
25         communications, either now because we're

MAGNA ▶
LEGAL SERVICES

ANNETTE VESSECCHIA

1
2 directly representing her or because she
3 was necessary to an attorney-client
4 privileged communication between us and
5 Mr. McKenzie.
6        So otherwise, outside that, if
7 there were conversations, I need to make
8 an objection to the extent that
9 Mr. McKenzie hasn't waived his privilege
10 to those conversations.
11 BY MR. RAKOWER:
12    Q   Ms. -- Ms. Vessecchia, do you have an
13 engagement letter with -- with Ms. Zerner or her
14 law firm?
15    A   An engagement letter?
16 No.  I -- no.
17    Q   When -- when did Ms. Zerner and her law
18 firm start representing you?
19    A   On or about the time of the subpoena.
20    Q   Okay.  And what role would you say you
21 play in assisting Mr. McKenzie in the defense of
22 his lawsuit?
23    A   I guess just to answer the questions
24 that attorneys and people are asking, to produce
25 documents, to be a witness.  I --

ANNETTE VESSECCHIA

1
2    Q   Have you ever been necessary to an
3 attorney-client communication between Mr. McKenzie
4 and his lawyers?
5        MS. ZERNER:  Objection to the
6        extent that calls for a legal
7        conclusion.
8        You can answer.
9    A   I'm not even a hundred percent sure what
10 that means.
11        But if I was ever copied on something,
12 if that's what -- I mean, it was because Mike
13 copied me on it or asked me to send something.  I
14 mean -- if that's what you're talking about.
15 BY MR. RAKOWER:
16    Q   Yeah.  I -- no, I'm just trying to --
17 I'll -- I'll deal with this later.  I'm just
18 trying to --
19        MR. RAKOWER:  Ms. Zerner, I'm just
20        trying to establish a foundation here
21        for what -- what -- how Ms. Vessecchia
22        could be within the privilege for any
23        communications before the date of the
24        subpoena, when she apparently retained
25        you as counsel.

ANNETTE VESSECCHIA

1
2        MS. ZERNER:  Yeah.  I -- I mean, I
3        can give one example.  For instance, I
4        mean, it's been clear in -- in dealing
5        with Mr. McKenzie that he has issues
6        with -- with technical- things and
7        computers, for instance.
8        I know there may be
9        communications -- I don't think there's
10       many, but there may be communications
11       that involved our advice -- you know,
12       privileged communications between us and
13       Mr. McKenzie, including if we were
14       looking for a particular document or
15       information where he asked
16       Ms. Vessecchia to provide that to us
17       because he was unable to do it himself.
18       And that might have -- you know,
19       that correspondence of asking her to do
20       so might have been via e-mail that
21       included something that would be
22       privileged, and that's the kind of thing
23       that I'm talking about.
24       MR. RAKOWER:  Okay.  I -- why don't
25       we take this question by question and --

ANNETTE VESSECCHIA

1
2        and I'll let you know, you know, if we
3        have -- hopefully, we won't come to a
4        disagreement about whether or not I'm
5        calling for a privileged communication.
6        Is it fair to say, Ms. Zerner, I
7        haven't asked for any -- anything that
8        would fall within the privilege now;
9        isn't that right?
10       MS. ZERNER:  Well, I mean, the
11       earlier question was pretty broad.  So I
12       mean, you continue.  And if I think that
13       it's of a concern, I'll express an
14       objection.
15 BY MR. RAKOWER:
16    Q   Do you ever discuss with Mr. McKenzie
17 his strategy for this litigation?
18    A   No, not really.  I mean, he doesn't --
19 he doesn't discuss strategy.
20        I mean, I just work for him.  So I'm
21 around, and if he needs help with something or
22 needs me to do something for him, then, you know,
23 that's what I'll do.
24    Q   Has Mr. Gonzalez ever discussed with you
25 Mr. McKenzie's strategy for this litigation?



Page 210

```
 1              ANNETTE VESSECCHIA
 2     A   I -- I can't speak to whether it was
 3  actually Mike's strategy.  It seems like it was
 4  Oz's strategy.
 5     Q   And what was --
 6     A   And --
 7     Q   What was --
 8     A   Well, he might just say, I think he
 9  should -- I mean, I'm trying to even think, like,
10  what would be an example.  I think he should ask
11  for this when we go to Maine or I think I should
12  --
13         I mean, I can't give you anything, like,
14  specific.  But, yeah, he was discussing stuff all
15  the time.  Excuse me.  Not all the time, but
16  frequently.
17         THE WITNESS:  Hold on.  Can you
18     just give me one second so I can --
19         MR. RAKOWER:  Can we take a -- can
20     we take a four-minute break, actually,
21     until three o'clock; is that okay?
22         MS. ZERNER:  Sure.
23         THE WITNESS:  Fine.
24         MR. RAKOWER:  Great.  All right.
25     Let's go off the record.
```

Page 211

```
 1              ANNETTE VESSECCHIA
 2         THE VIDEOGRAPHER:  Off the record
 3     at 2:57 p.m.
 4         (Whereupon, there was a recess
 5     taken from 2:57 p.m. to 3:03 p.m.)
 6         THE VIDEOGRAPHER:  On the record at
 7     3:03 p.m.
 8  BY MR. RAKOWER:
 9     Q   Okay.  So you mentioned that --
10  Ms. Vessecchia, I see that you're muted.
11         I see that you're muted.
12     A   Sorry.
13     Q   No worries.
14         So -- so you -- you mentioned that you
15  had discussed what you termed as Mr. Gonzalez's
16  strategy for Mr. McKenzie in this litigation, with
17  Mr. Gonzalez; is that right?
18     A   Yeah.  It was more, like, Oz just saying
19  what he wanted to say and just being bossy, but --
20  I mean, yeah.
21     Q   And what were some of the things that he
22  told you?
23     A   Oh, I just don't -- I just -- I can't
24  think of, like -- I can't think of, like,
25  anything, like, specific.  And I -- I'm not even
```

Page 212

```
 1              ANNETTE VESSECCHIA
 2  sure I would know how to, like, repeat it, because
 3  I don't speak, like, legalese.
 4         He was just constantly discussing or
 5  asking me for documents or telling me, like, to --
 6  to put items together and send them to whoever
 7  they needed to be sent to.  I even -- he dictated
 8  things to me that -- I mean, I couldn't tell you
 9  what it was.  I might have to go back and, like,
10  look that up 'cause I -- I just -- I just now
11  thought of it.
12         It's -- I -- I felt like he thought I
13  was his legal secretary.  Really, that's the best
14  way to describe it.  Which I'm not.
15     Q   Did you ever -- did you ever have
16  conversations with Mr. McKenzie about the prospect
17  of settling this litigation?
18     A   I mean, yeah, I think -- I mean, I think
19  he would have liked for that to happen.  It was
20  never anything specific, like, a dollar figure or
21  what it was going to be or -- I think there was
22  some talk, I guess, in Maine.  They came to
23  something.
24         I -- I -- again, I don't know what all
25  of these things are, I mean, but it's not, like,
```

Page 213

```
 1              ANNETTE VESSECCHIA
 2  we sat down and, like, had a conversation over
 3  dinner, you know.  It just -- it didn't really
 4  work like that.
 5     Q   And what did Mr. McKenzie say to make
 6  you believe that he would like for a settlement to
 7  happen?
 8     A   Well, I mean, he -- it just, you know,
 9  he had all this artwork that he thought the estate
10  would want.  I mean, that would be helpful, you
11  know, to them.
12         I mean, it was really just, you know,
13  stuff like that.  I mean, really that was the
14  whole idea behind organizing all of -- actually,
15  I -- I shouldn't even say that 'cause I -- I don't
16  know.  I can't say what the idea behind the
17  organizing was.  I -- I may have just kind of made
18  that up or assumed that on -- on my end.
19         But, I mean, he definitely seems, like,
20  he wanted to, like, work something out, but it
21  wasn't anything, like, specific.
22     Q   And what -- is it -- is it your
23  understanding that a settlement of this case for
24  Mr. McKenzie would involve him selling his
25  existing artworks?
```

Page 214

1               ANNETTE VESSECCHIA
2      A   If that's how that works.  I mean,
3  again, this is all, like, assumptions kind of made
4  on my part, you know, but I've been -- I -- I
5  would assume that that's the way that would work.
6  I don't -- you know, I don't know.
7           MR. RAKOWER:  So why don't we --
8       why don't we take back out Tab 21.  And
9       this -- these are the hundreds of pages
10       of text messages.
11           And, Bernadette, I don't know if
12       you recall which exhibit number this is?
13           TECHNICIAN:  It's 18.
14           MR. RAKOWER:  Okay.  Let's take out
15       Exhibit 18.
16  BY MR. RAKOWER:
17      Q   And, Ms. Vessecchia, you see the
18  document on your screen?
19      A   Yes.
20      Q   Okay.  And these are text messages
21  between you and -- and Mr. Gonzalez?
22      A   Yes.
23      Q   Okay.
24           MR. RAKOWER:  Can we go to page
25       376?

Page 215

1               ANNETTE VESSECCHIA
2       One second.  Yeah, there we go.
3       Okay.
4  BY MR. RAKOWER:
5      Q   So in the middle of the page,
6  Mr. Gonzalez wishes you good morning, and he says,
7  "That was awful yesterday.  It was a complete
8  setup."  And he clarifies that he's discussing an
9  arbitration.
10       Do you see that?
11      A   Yes.
12      Q   Okay.  And he says, "But they say they
13  want to buy the whole collection.  Which I don't
14  trust.  We are waiting for the amount they are
15  going to proffer.  That I'm certain Michael will
16  find unsatisfactory."
17       Do you see that?
18      A   Yes.
19      Q   Who is he talking about?
20      A   I actually don't know.
21       Oh, he could be talking about the
22  estate.
23      Q   Okay.
24           MR. RAKOWER:  Why don't we go to --
25      A   That's probably what I thought.  I don't

Page 216

1               ANNETTE VESSECCHIA
2  know if that's actually who he was talking about,
3  but that's my guess.
4           MR. RAKOWER:  Okay.  Why don't we
5       go to page 290.
6  BY MR. RAKOWER:
7      Q   Okay.  If you see at the bottom, there's
8  a message from -- from Mr. Gonzalez that begins
9  with, "We are in deep poop in the case."  And
10  there's an emoji.
11      A   Right.
12      Q   Okay.  And the last line talks about,
13  "Federal Court denied all the new claims in the
14  Amended complaint."
15       Do you see that?
16      A   Yes.
17      Q   Okay.  Is Mr. Gonzalez referring to this
18  action?
19      A   What do you mean by "this action"?
20      Q   The litigation between Morgan Art
21  Foundation and Mr. McKenzie in federal court.
22      A   I, for some reason, think -- I -- I
23  think I thought that it was about the estate,
24  something involving the estate.
25       I -- I'm not even sure, Ryan.  I

Page 217

1               ANNETTE VESSECCHIA
2  don't -- half of the stuff that he sent me I -- I
3  didn't understand and, it was completely pointless
4  to try to, you know, text it.
5      Q   Okay.
6      A   It -- I think I was, you know, focused
7  on the Shelley Lieberman part.  I don't -- I --
8  honestly, I don't know.
9      Q   Do you have any understanding of why
10  Mr. Gonzalez told you that, "We are in deep poop
11  in this case"?
12      A   I don't -- no, I don't.
13       He was always, like, overly dramatic,
14  like, about everything.  So I -- I -- I
15  couldn't -- I couldn't tell.  I mean, I -- I felt
16  like he was trying to get me on his side.
17       And clearly, on his side -- I -- who the
18  -- I don't know who the hell's side -- his -- now
19  that I know what I know, I don't -- I -- I --
20  honestly, I don't -- I don't know.
21      Q   Let's go to page 284.
22       Okay.  And let's start with the text
23  beginning with "Things are looking ugly here."
24      A   That --
25      Q   That's from Mr. Gonzalez; right?



Page 218

ANNETTE VESSECCHIA

1
2       Mr. Gonzalez says, "Things are looking
3   ugly here.  He has to go to arbitration.  But is
4   not going to pay.  Negating his counterclaims.
5   Court of Appeals ruled against him."
6       And you --
7       Do you see that?
8   A   Yeah.
9       Q   Okay.  And you respond, "So what does
10  this [sic] mean -- what does that mean?  Why can't
11  he just stop and think about the big picture?"
12      Do you see that?
13  A   Yeah.
14      Q   What do you mean by that?
15  A   I -- I guess I was just trying to figure
16  out, like -- because I don't -- I don't fully
17  understand everything about the arbitration and
18  the -- the federal stuff and -- and y'all and all
19  of it.  I was just trying to make a gross
20  generalization on why you can't stop and think
21  about the big picture as being stop all of this.
22  Figure out how to make all of this go -- stop.
23      I mean, you know, it wasn't anything,
24  like, in particular, it was just, like:  Aren't
25  you tired of this this?  Aren't you tired of

Page 219

ANNETTE VESSECCHIA

1
2   spending the money?  Aren't you -- I mean, why
3   can't you just, like, figure this out?
4       Q   Did you ever --
5       A   That's --
6       Q   Did you ever tell that -- express that
7   view to Mr. McKenzie?
8       A   Oh, no.  Uh-uh.
9       Q   Why not?
10      A   No.  I mean, I don't want to hit -- I
11  mean, I don't -- I tried not to bring up that kind
12  of stuff anyway.
13      I mean, I stayed uninvolve- -- I only
14  got involved when I was asked to be involved until
15  Oz came along and then I felt like I was
16  constantly involved.  Because, again, I felt like
17  I was his legal secretary.  So --
18      Q   And besides text messages with
19  Mr. Gonzalez, how else did he involve you in, sort
20  of, Mr. McKenzie's legal strategy?
21      A   Well, just like even when I'm at the
22  studio, my boss is Mike.  I have projects that I'm
23  working on for Mike.
24      And Oz was constantly asking me, You
25  need to do this.  You need to get these documents.

Page 220

ANNETTE VESSECCHIA

1
2   You ned to --
3       And I'm like, when Mike tells me to do
4   that then I'll do it.
5       Q   Okay.  Let's go to page 155.
6       Okay.  And I'm looking at the -- at the
7   bottom text.  It's from Oz to you.
8       And it says, "The Simoni thing is a
9   catastrophe."
10      Do you see that?
11  A   Hold on.  I'm looking for it.
12      Q   It's the very last --
13  A   Oh.  Yeah.
14      Q   You see that?
15  A   Yeah.
16      Q   Okay.  Let's go to the next page and I
17  want to look at the top of the next page.
18  A   Okay.
19      Q   Okay.  And there's a response from you
20  that says, "I know...ugh."
21      Do you see that?
22  A   Yup.
23      Q   Okay.  What is "The Simoni thing"?
24  A   When I -- when I said that I just meant
25  that Simoni being his attorney was just a mess.  I

Page 221

ANNETTE VESSECCHIA

1
2   don't -- I don't -- he couldn't deal with Mike and
3   Mike couldn't deal with him and it just never,
4   like -- it never seemed to work out.
5       Hold on.  I'm looking at what's
6   underneath that because that might give me some
7   clue as to why --
8       There was something that happened
9   between Simoni and the whole arbitration thing.  I
10  never understood it.  And -- and to be very
11  honest, I didn't want to.  I have enough things on
12  my plate.
13      This -- this -- you know, this wasn't
14  something that -- that I really wanted to be
15  involved with but I -- I kind of thought maybe
16  that Simoni was pissed off and -- and something
17  happened there.  I mean, that's -- that's all I
18  know.
19      Again, I -- I -- I just -- I didn't
20  want -- it was too much trouble to try to figure
21  out what all that meant because I'm just not
22  interested in being, like, understanding all the
23  legal stuff because I don't speak that language.
24      Q   Sure.  So -- so John Simoni -- this is
25  referring to John Simoni; right?

MAGNA ▶
LEGAL SERVICES

Page 222

```
1              ANNETTE VESSECCHIA
2      A   Yes.  Yes.
3      Q   And John Simoni was Mr. McKenzie's prior
4  counsel --
5      A   Yes.
6      Q   -- before Ms. Zerner and her firm
7  stepped in; is that right?
8      A   Correct.
9      Q   Okay.  And you mentioned that you didn't
10 believe that Mr. Simoni and Mr. McKenzie were
11 getting along; is that right?
12     A   Right.
13     Q   Okay.  Did you ever observe them
14 fighting?
15     A   I don't know -- I'm trying to think if
16 they -- if he was ever on a phone call that might
17 have been -- well, they were almost always on
18 speakerphone.  But the way it's situated, I -- I
19 couldn't hear everything.
20         I don't believe I ever heard Mike being
21 in a fight with Simoni.  But Oz used to say that
22 he did so, you know, I don't -- I don't know.
23     Q   Who -- what did --
24     A   I mean, I don't know if he did or he
25 didn't.
```

Page 223

```
1              ANNETTE VESSECCHIA
2      Q   What did Oz ever say that Mr. McKenzie
3  and Mr. Simoni were fighting about?
4      A   Oh, he didn't say.  He never, like, gave
5  a, like, a subject matter.
6          He would just say, you know, there was
7  yelling and screaming, you know, there was cursing
8  between the two of them.  He -- it was never
9  anything specific.  Probably because I would roll
10 my eyes and not want to hear what it was because I
11 was tired of hearing about it.
12     Q   Okay.  And -- and the third text down --
13 so there's your response.  There's another text by
14 Mr. Gonzalez.
15         The third text down says, "The problem
16 with arbitration is that he signed a contract.
17 That's 220,000.  That was evil by Simoni.  Simoni
18 buried him intentionally."
19         Do you know what that's referring to?
20     A   That -- I mean, the only thing that I
21 know about that is -- I don't even want to say
22 because it's going to be so far off because I'm
23 sure that I'm not right.  But I guess he was
24 supposed to pay a fee by -- with the arbitration
25 people.  And again, I don't know what that means.
```

Page 224

```
1              ANNETTE VESSECCHIA
2          But as far as Simoni burying him
3  intentionally, I don't know how that happened or
4  if that's even true but I did hear Oz talking
5  about it, like, a lot.  I just never fully
6  understood what it was.
7      Q   Okay.
8      A   It just got -- and it got to the point
9  where I would let it go in one ear and out the
10 other.
11     Q   Okay.  Let's go to -- let's go to page
12 154.
13     A   Oh, my gosh.
14     Q   Apologies.  That's not what I'm going to
15 be asking you about.
16     A   Seriously, could this day get any
17 better?
18     Q   So I won't be asking you about the image
19 that appears on this page.  Why don't we zoom in
20 on the text at the top of the page so we just have
21 that.
22         Perfect.  So --
23     A   Thank you.
24     Q   No problem.
25         So Mr. Gonzalez says, "New lawyers
```

Page 225

```
1              ANNETTE VESSECCHIA
2  turned down Mike."
3          And he says, "I'm glad I set you up with
4  Charles you should be okay there."
5          You say, "I'll be there at 2 or before."
6          And you say, "I figured they turned him
7  down because of his text."
8          Do you see that?
9      A   Yeah.
10     Q   Okay.  What are you referring to there?
11     A   I don't know.  I'm trying to remember.
12 I mean, I remember when he was looking for new
13 attorneys but, like, I can't remember what -- what
14 the text was.
15         I'm sure it was something that Oz told
16 me.  He probably said, We might have been able to
17 get this new attorney except Mike sent some crazy
18 text.  I -- you know, I just don't know.
19     Q   You don't know?
20     A   Yeah.  I'm sorry.
21         There were just so many that I just
22 don't know.
23     Q   So many what?
24     A   So many -- so many conversations like
25 this --
```

MAGNA
LEGAL SERVICES

Page 226

```
 1              ANNETTE VESSECCHIA
 2      Q   Okay.
 3      A   -- text messages --
 4      Q   Okay.
 5      A   -- about, you know, Mike and his goings
 6  on.
 7      Q   Okay.  Let's go to page 150.
 8          Okay.  And -- and do you see that this
 9  is a conversation about whether there could be a
10  copyright or trademark to the HOPE image?
11      A   Right.
12      Q   Okay.
13      A   This is why I --
14      Q   And let's go to the next page.
15          So in the context of that conversation,
16  you suggest that Mr. McKenzie take a deal with the
17  estate and then create a HOPE logo; do you see
18  that?
19      A   Hold on.
20          "Create the [sic] Hope 'logo' if you
21  still want to" --
22          MS. ZERNER:  Could you zoom in on
23      that?  I can't see what the text says.
24          THE WITNESS:  I --
25          MS. ZERNER:  Please.  Thank you.
```

Page 227

```
 1              ANNETTE VESSECCHIA
 2          THE WITNESS:  I'm trying to read it
 3      too.
 4          TECHNICIAN:  I'm sorry.  Which one
 5      was it?
 6          MR. RAKOWER:  Zoom in on the third
 7      blue bubble and some of the messages
 8      below it?
 9          There you go.
10      A   "So you take the deal and then create a
11  Hope "logo" if you still want to use it."
12          Yeah.  Oh, because Oz had brought this
13  up.  I guess this is one of the things about,
14  like, strategy.  He felt like if you could make a
15  logo and then trademark that logo, then you -- you
16  could do that.  Like, he had -- he had mentioned
17  that prior to this, you know, prior to this
18  conversation.
19      Q   And one of your suggestions is that
20  doing that would "take Indiana out of the picture
21  all together."
22          Do you see that?
23      A   Well, yeah.  But I'm -- that was meant
24  to be, like, facetious.
25          Like, really?  Just take Indiana out of
```

Page 228

```
 1              ANNETTE VESSECCHIA
 2  the picture all together?  Really?
 3      Q   Okay.
 4      A   That's -- that's the way that was meant.
 5          MR. RAKOWER:  All right.  Let's go
 6      to page 84.
 7          Okay.  And let's zoom in just on
 8      the bottom half beginning with "They are
 9      talking about."
10          There you go.  Let's see if that
11      will be big enough.
12          Okay.
13  BY MS. ZERNER:
14      Q   Can you see that?
15      A   Yup.
16      Q   Okay.  So Mr. Gonzalez says to you "They
17  are talking about having you testify in a
18  deposition and Peggy."
19          Do you see that?
20      A   Yup.
21      Q   And Peggy, we discussed before, is
22  Mr. McKenzie's girlfriend?
23      A   Yes.  But not current girlfriend.  This
24  Peggy is his prior girlfriend.  He just happens to
25  have another girlfriend named Peggy.
```

Page 229

```
 1              ANNETTE VESSECCHIA
 2          Yeah.  No.  This is a different Peggy.
 3      Q   So which Peggy is this referring to?
 4      A   This is Peggy Malone.
 5      Q   Okay.  And who is the -- and remind me
 6  the name of the current girlfriend?
 7      A   The current girlfriend is Peggy Cyphers.
 8      Q   Okay.
 9      A   And -- and -- but Peggy Malone did work
10  for Mike.
11      Q   Okay.  And you respond, "I'll do
12  whatever...Peggy I wouldn't trust and they should
13  know that...the old Peggy right?"
14          Do you see that?
15      A   Yup.
16      Q   So that -- by the "old Peggy," you are
17  referring to Peggy Malone?
18      A   Correct.
19      Q   Okay.  And peggy Malone used to work for
20  Mr. McKenzie?
21      A   Yes.
22      Q   In what capacity?
23      A   She was, like, a -- I mean, like a
24  secretary, I guess.  I mean, she kind of did
25  whatever.  She was crazy but -- Mike didn't say
```



Page 230

ANNETTE VESSECCHIA

1
2  that, we -- we just could all see it.
3       "She's mentally unstable and would have
4  many reasons to screw Mike over...just saying."
5       Yeah.  I mean, did you have any more --
6  another questions about that?
7   Q   How long did she work for Mr. McKenzie?
8   A   I don't know in total.  She was there
9  when I started.  And then she quit -- oh, man --
10 in what -- in what year did she quit?
11      I don't know, maybe 2015.  I'd have to
12 go back and look.  She was there for a few years,
13 when I first started.
14  Q   What were you worried about Ms. Malone
15 saying in a deposition?
16  A   She was just -- oh, I -- I just feel
17 like that she was -- was, like, trying to be
18 underhanded with Mike.  And I'm not just saying
19 this to be mean, I -- I really do think that she
20 was mentally unstable and was just irritated with
21 him, you know?
22      And, I mean, he broke up with her so,
23 like, it was, you know, personal stuff.
24  Q   Did she have knowledge of any forgery or
25 misapplication of Mr. Indiana's signature on

Page 231

ANNETTE VESSECCHIA

1
2  artworks?
3   A   I -- I -- I mean, only because she was
4  in the studio.  I mean, but I -- I -- forgery, I
5  mean, I wouldn't think that she was going to say
6  anything that -- that anything was a forgery
7  because I just don't believe that was ever
8  happening.
9       I mean, I wouldn't know if -- if she
10 thought that.
11  Q   All right.  And what did you mean by,
12 "I'll do whatever"?
13  A   I'll do whatever the -- whatever Mike
14 asked to do.
15      I -- I would never do anything that I
16 don't feel is right.  I'm not like that.  I mean,
17 I'm just not that person.  But, like, if, you
18 know, if I need to -- I guess they were talking
19 about -- he said they were talking about having
20 you testify in a deposition.
21      I'm like, "I'll do whatever."  I mean,
22 you know, I'll help him -- you know, I'll help him
23 out, I'll gather documents; whatever needs to be
24 done.
25  Q   Okay.  Is it your understanding that by

Page 232

ANNETTE VESSECCHIA

1
2  sitting here for a deposition today you are
3  helping Mr. McKenzie?
4   A   I -- I would think.  I'm certainly not
5  trying to harm him.
6   Q   Okay.
7       MR. RAKOWER:  Why don't we put that
8       document aside.  I only have a couple
9       more documents.
10      Can we pull up, Bernadette, tab 23?
11      Okay.
12 BY MR. RAKOWER:
13  Q   Ms. Vessecchia, I'll represent to you
14 that I pulled this document from the production
15 you made this morning.  Do you see it's an e-mail
16 from Oz --
17  A   Oz.
18  Q   -- Gonzalez --
19  A   Yes.
20  Q   -- to you?
21  A   Yes.
22  Q   Okay.
23      MR. RAKOWER:  I'd like to mark this
24      as the next exhibit, as Exhibit 19?
25      TECHNICIAN:  It's 19, yes.

Page 233

ANNETTE VESSECCHIA

1
2       MR. RAKOWER:  Okay.  Let's mark
3       this Exhibit 19.  Thank you.
4       (Whereupon, Plaintiff's Exhibit No.
5       19, E-mail from Oz Gonzalez to
6       Annette Vessecchia, and Mr.
7       McKenzie, Dated June 12, 2020, was
8       marked for identification.)
9  BY MR. RAKOWER:
10  Q   This is an e-mail from Oz Gonzalez to
11 you and also copying Mr. McKenzie; do you see
12 that?
13  A   I do.
14  Q   Okay.  And it's dated June 12, 2020; do
15 you see that?
16  A   Uh-huh.
17  Q   Okay.  And let's go to the next page.
18 Okay.
19      Do you see where it says, "Further,
20 American Image will not be estopped from creating
21 Love, Art and Ahava sculptures and printing Art,
22 Eat and USA Fun paintings and prints and as well
23 as, any other works in the Public Domain."
24      Do you see that?
25  A   I do.

Page 234

ANNETTE VESSECCHIA

1
2  Q   Okay.  Have you seen Mr. McKenzie or
3  anyone at his direction creating LOVE sculptures?
4  A   Absolutely not.
5  Q   Have you seen Mr. McKenzie or anyone at
6  his directions creating ART sculptures?
7  A   Oh, ART -- oh, A -- A-R-T.
8     I haven't seen anybody creating those,
9  no.
10  Q   And how about AHAVA sculptures?
11  A   I -- I don't even know what that is.
12  Q   Okay.  And how about printing ART
13  paintings, A-R-T?
14  A   I mean, we -- we have the EAT and the
15  ART, but that -- that's from years ago.
16  Q   And have you seen anyone, Mr. McKenzie
17  or anyone at his direction, printing USA FUN
18  paintings?
19  A   Again, that was years ago.  We have
20  pictures of Indiana signing it, if I'm not
21  mistaken.
22  Q   Did you ever discuss with Mr. Gonzalez
23  or Mr. McKenzie that American Image wanted to
24  retain the right to create LOVE sculptures?
25  A   No.  I do remember Oz talking about that

Page 235

ANNETTE VESSECCHIA

1
2  but I was like, that's never going to happen.
3  Mike would never agree to that, number one, even
4  if that was a possibility.
5     I -- I -- I can't -- I mean, yeah, that
6  was Oz's idea.
7  Q   Okay.  And what did Oz say about that?
8  A   He just thought that since it was in the
9  public why not, you know -- I'm sorry, I'm cold --
10  why not, you know, just do it yourself.
11  Q   Okay.
12  A   I mean, there was no way that Mike would
13  ever, ever --
14     MR. RAKOWER:  Let's put this
15     document to the side and let's pull up
16     tab 24.  Okay.
17  BY MR. RAKOWER:
18  Q   And I'll represent to you that I pulled
19  this e-mail from your production.
20  A   Yup.
21  Q   Do you see that this is an e-mail from
22  Oz Gonzalez to you?
23  A   Yes.
24  Q   Okay.  And it's titled "Love sculpture
25  pic."

Page 236

ANNETTE VESSECCHIA

1
2     Do you see that?
3  A   Yup.
4  Q   Okay.  If you'd scroll down, to the
5  next -- sorry.
6  A   Yup.
7  Q   Do you see that's a LOVE -- the image of
8  a LOVE sculpture?
9  A   Uh-huh.
10  Q   Okay.  And do you see at the top of
11  this -- on the top right corner it says that the
12  e-mail was sent on November 20, 2020?
13  A   Yes.
14  Q   Why did Mr. Gonzalez send you this
15  e-mail?
16  A   This -- this is a LOVE sculpture that
17  The Museum of Modern Art produced probably back
18  in -- oh, man -- 2015 -- 2013 -- I -- I mean, we
19  have those sculptures.  I mean, I'd have to look
20  at the bottom of one of them.  I'd probably find
21  them on eBay.
22     It -- that -- that's all it was.  It was
23  a picture.  Mike has a few of them.  I have -- I
24  have some too.  I mean, they were cute little
25  sculptures that -- but I don't know -- is there

Page 237

ANNETTE VESSECCHIA

1
2  any writing in this?
3     I don't know why Oz sent this.  Unless,
4  it's very possible this was just on a shelf
5  because Mike has, you know, little things that --
6  some that he's created, some that he has bought.
7  He was given, you know, like, sculptures.
8     So Oz may have just pulled this off
9  thinking that Mike had it, like, manufactured
10  maybe, but he didn't.  This is a Museum of Modern
11  Art piece.
12     MS. ZERNER:  Can you show the
13     complete e-mail?
14     TECHNICIAN:  Yeah.  Give me one
15     second.
16     THE WITNESS:  Yeah.  It's -- is
17     it -- it's just a picture, no writing?
18     MS. ZERNER:  Thank you.
19     TECHNICIAN:  That's the complete
20     picture.  That's the e-mail.
21     THE WITNESS:  Okay.
22  A   Yeah.  I -- I guarantee you this was
23  just something that Oz found laying around in the
24  studio because he used to send pictures like that.
25     MR. RAKOWER:  We can mark this as

MAGNA
LEGAL SERVICES

Page 238

1                    ANNETTE VESSECCHIA
2        the next exhibit number and then put it
3        to the side.  I think it's Exhibit 20.
4               (Whereupon, Plaintiff's Exhibit No.
5               20, E-mail titled "Love sculpture
6               pic" to Annette Vessecchia dated
7               November 20, 2020, was marked for
8               identification.)
9               MR. RAKOWER:  And I wanted to pull
10       up tab 26.
11              THE WITNESS:  Uh-huh.
12       BY MR. RAKOWER:
13       Q   I'll represent to you that I pulled this
14       document from the document production you made
15       this morning.  Do you see it's an e-mail chain
16       between you and folks who work at the Dunnington
17       law firm?
18       A   Yes.
19       Q   Do you see that?
20       A   Yes.
21       Q   And the e-mail chain is dated
22       February 13, 2019?
23       A   Yes.
24              MR. RAKOWER:  Okay.  Let's mark
25       this as the next exhibit.  I think this

Page 239

1                    ANNETTE VESSECCHIA
2        is Exhibit 21.
3               TECHNICIAN:  Yes.  It's 21.
4               (Whereupon, Plaintiff's Exhibit No.
5               21, E-mail Chain Dated February 13,
6               2019 to Dunnington Firm, was marked
7               for identification.)
8        BY MR. RAKOWER:
9        Q   And the bottom e-mail you write to
10       someone named Tina Carter, who works at
11       Dunnington.
12              Do you see that?
13       A   Uh-huh.
14       Q   And you say, "Hi Tina, I have some
15       emails for you regarding the Michael McKenzie
16       case.  Is there a link to send it or should I mail
17       it in an external drive."
18              Do you see that?
19       A   Yeah.
20       Q   Okay.  And Tina responds, "Greetings,
21       Annette:  Please use the following link to upload
22       emails to our ftp site."
23              Do you see that?
24       A   Yes.
25       Q   And she sends you a link.  Do you see

Page 240

1                    ANNETTE VESSECCHIA
2        that?
3        A   Uh-huh.
4        Q   After she sent you that link, did you
5        upload e-mails onto that website?
6        A   Yes.
7        Q   Okay.  And what -- and the e-mails that
8        you uploaded, did you upload your complete inbox
9        or did you select particular e-mails to upload?
10       A   I -- all my -- the Michael McKenzie
11       e-mails go to a folder so I -- I'm sure I -- I
12       went through them.  But I know exactly what that
13       file was and it was -- it was enormous.  It was
14       more stuff than just that.
15              I mean, it was -- I don't think it was
16       just stuff, like, from me to him, I think it was
17       stuff that I was copied on or that he gave to me.
18       It was part of a whole folder full of, like, legal
19       stuff --
20       Q   Okay.
21       A   -- that they wanted.
22       Q   And were you the only person who
23       searched your e-mails for responsive documents?
24       A   Mike --
25              MS. ZERNER:  Objection.

Page 241

1                    ANNETTE VESSECCHIA
2               THE WITNESS:  Okay.
3               MS. ZERNER:  To the extent that
4        calls for speculation.
5               But go ahead and answer what you
6        know.
7        A   I mean, my personal e-mails?  Yeah.  I
8        mean, I would have been the only one that would
9        have access to that.
10       BY MR. RAKOWER:
11       Q   And what instructions were you given to
12       find responsive documents?
13       A   I'm sorry.  Repeat that?
14       Q   What instructions were you given in
15       order to locate responsive documents?
16       A   Well, this was all part of documents
17       that were gathered when they were there.  So
18       they -- they were directing and we were just
19       putting everything into a folder, and then this is
20       where the folder got sent to.
21       Q   Did Ms. Carter provide you with -- with
22       instructions?
23       A   Yeah.  And she must be, like, a tech
24       person because her name does not sound familiar.
25       The other people at the top do but I'm -- I'm not

ANNETTE VESSECCHIA

1
2  sure -- I'm not sure who she is.  But --
3      Q   How -- how did you decide which e-mails
4  were relevant and which e-mails were not relevant
5  to provide to the Dunnington lawyers?
6      A   Oh, I think I just -- anything that,
7  like, involved -- I mean, I guess I could have
8  given them everything.  I can't imagine because
9  that would be a pain in the butt for them.
10      Like anything that was involved, like,
11  "I'm going to be late today" or "I can't be here"
12  or, you know, stuff like that.  I mean, there
13  wasn't any need for them to have that kind of
14  stuff.
15      Q   So you went through the e-mails and
16  decided yourself what was relevant and not
17  relevant?
18      A   Likely.  I mean, it's possible I could
19  have just given them everything but I likely went
20  through.
21      It's not like there were a ton because,
22  I mean, I don't keep e-mails from 2012.  I mean,
23  it was 2018.  I mean, Holy cow, that would be
24  like -- you know, I delete stuff as I go so it --
25  it probably wasn't, like, a ton.

ANNETTE VESSECCHIA

1
2      Q   And how often do you delete your
3  e-mails?
4      A   I mean, almost daily.
5      Q   Okay.  And that was regular practice --
6      A   Yeah.
7      Q   -- as of February --
8      A   Yeah.
9      Q   -- 20- --
10      A   Yeah.  Because, I mean, I can't -- I
11  can't have, like, you know, I -- I was getting
12  copied on -- on stuff that, like, didn't even, you
13  know, involve me.  Like Mike saying, "I'm taking
14  the car" and to, like, "get it serviced."
15      You know, stuff like that.
16      MS. ZERNER:  Ms. Vessecchia, just
17  be careful to let Mr. Rakower finish his
18  question before --
19      THE WITNESS:  Oh, I'm so sorry.
20  I'm --
21      MS. ZERNER:  -- you start to
22  answer --
23      THE WITNESS:  I'm so sorry.
24  Because I'm not looking at the screen.
25  I'm so sorry.

ANNETTE VESSECCHIA

1
2      MR. RAKOWER:  No worries.  Okay.
3  So I have no more questions.  I do
4  just want to make a reservation of
5  rights.  Bridget, I told you that I
6  would just make this on the record and I
7  just want to put it on the record and
8  then you can put whatever, on the
9  record, that you need to.
10      So we really appreciate,
11  Ms. Vessecchia, you taking the time
12  today to sit for a deposition and -- and
13  give answers to our questions.
14      But I also just need to make this
15  reservation of rights on the -- on the
16  record.  And, in particular, we only
17  received it, an initial document
18  production, from Ms. Vessecchia at
19  5:30 p.m. yesterday, the day before her
20  deposition.  And we received an
21  additional document production this
22  morning only 14 minutes before the
23  deposition was scheduled to commence.
24  Her production span hundreds of pages so
25  we reserve our rights to hold the

ANNETTE VESSECCHIA

1
2  deposition open or reopen the deposition
3  to ask Ms. Vessecchia additional
4  questions regarding items in the belated
5  document productions.
6      So I just want that on the record.
7      MS. ZERNER:  Okay.  And before we
8  go, I'm going to have a few questions
9  but I personally need a ten-minute
10  break.
11      And I'd also say, you know,
12  certainly we made an effort to provide
13  things in advance but the subpoena did
14  call for documents to be produced by
15  10 a.m. this morning and they were.  So
16  I'll take a -- unless there's anything
17  else for the record right now, I need a
18  ten-minute break before I have a handful
19  of questions before we end today.
20      MR. RAKOWER:  Ten-minute break is
21  fine with me.
22      THE WITNESS:  Okay.
23      MS. ZERNER:  Okay.  We will be back
24  at 3:50.  Thank you.
25      THE VIDEOGRAPHER:  Off the record

MAGNA
LEGAL SERVICES

Page 246

1          ANNETTE VESSECCHIA
2     at 3:41 p.m.
3          (Whereupon, there was a recess
4     taken from 3:41 p.m. to 3:53 p.m.).
5          THE VIDEOGRAPHER:  On the record at
6     3:53 p.m.
7
8          CROSS-EXAMINATION
9
10   BY MS. ZERNER:
11      Q   Okay.  Ms. Vessecchia, are you ready?
12      A   Yes.
13      Q   All right.  A few follow-up questions.
14          You were shown the declaration of Oz
15   Gonzalez that he signed, I believe, on August 31,
16   2021.  And it says, "McKenzie frequently
17   intimidated Vessecchia."
18          Is that a true statement?
19      A   Absolutely not.
20      Q   It also says "McKenzie frequently
21   intimidated his other employees by using implicit
22   threats of violence."
23          Is that true from your observation?
24      A   No.
25      Q   Now, you spoke earlier about that you

Page 247

1          ANNETTE VESSECCHIA
2     did meet Robert Indiana in person; correct?
3      A   Yes.
4      Q   And when you met him in person, that was
5     after you had heard phone calls between Mike
6     McKenzie and Robert Indiana; correct?
7      A   Yes.
8      Q   And when you met him in person, did his
9     voice match the voice you previously heard on
10    phone calls with McKenzie?
11      A   Yes.
12      Q   And you mentioned that you heard, at
13    times, Mr. Indiana complaining to McKenzie about
14    Morgan or the Salama-Caros?
15      A   Yes.
16      Q   Did you ever hear him complaining about
17    Morgan's accountings to him?
18      A   Yes.
19      Q   Do you recall Mr. Indiana complaining to
20    McKenzie that Morgan owed him money?
21      A   Yes.  Multiple times.
22      Q   Did you hear him ever, Mr. Indiana, ever
23    say that Morgan didn't provide complete
24    accountings for several years?
25      A   Yes.

Page 248

1          ANNETTE VESSECCHIA
2      Q   Do you remember anything else about
3     those complaints, any details?
4      A   He just felt like he was getting
5     swindled or he wasn't part -- he -- there was
6     something going on and he was frustrated by it and
7     couldn't get it in -- wasn't getting anywhere.
8     Just, basically, those kinds of things.
9      Q   And -- okay.  Moving on to the questions
10    about the Dunnington firm collecting documents.
11          They came to the studio to collect
12    documents, people from the Dunnington firm;
13    correct?
14      A   Yes.
15      Q   And did you provide them full access to
16    the documents they requested?
17      A   I provided them full access to our
18    studio computer and any, like, external hard
19    drives or whatever that we might have but yes --
20    yes.  I mean, not Mike's computer, I didn't have
21    access to that.
22      Q   Did you hide or delete anything --
23    excuse me.  Did you -- let me rephrase.
24          Did you delete anything or hide it from
25    the Dunnington attorneys because you didn't want

Page 249

1          ANNETTE VESSECCHIA
2     it to be disclosed in the litigation?
3      A   No.
4      Q   And then later, the next attorney,
5     Mr. Simoni, he asked for documents from you as
6     well; right?
7      A   Yes.
8      Q   Did you delete or hide anything from him
9     because you didn't want it disclosed in the
10    litigation?
11      A   No.
12      Q   Did Mike ever tell you to delete or hide
13    anything from the attorneys because he didn't want
14    it disclosed in the lawsuit?
15      A   No.  Absolutely not.
16      Q   Now, we were talking -- you were asked
17    questions about two visits by Quinn Emanuel
18    representatives or representative -- Quinn Emanuel
19    represents Morgan and representatives of Morgan,
20    including Quinn Emanuel counsel, came to the
21    Katonah property twice in the last year, on
22    May 25th and on August fifth, I believe; right?
23      A   Yes.
24      Q   The visit -- did you -- for the May 25th
25    visit, did you understand that Oz Gonzalez was

Page 250

ANNETTE VESSECCHIA

1
2 left in charge by McKenzie to show all the
3 artwork?
4     A   Yes.
5     Q   And to your knowledge, Oz was aware of
6 the big HOPE sculpture outside?
7     A   Yes.
8     Q   At that time?
9     A   Yes.
10     Q   And he was aware about the artwork in
11 the basement?
12     A   Yes.
13     Q   Did you ever hear McKenzie, in advance
14 of that May visit, instruct Oz or anyone to hide
15 certain Indiana artwork from the parties coming
16 that day?
17     A   No.
18     Q   And you weren't there the whole time on
19 the May 25th visit; right?
20     A   No.
21     Q   For the second visit, I think in part to
22 an answer to a question about the second visit in
23 August, you had mentioned art handlers.
24         Do you know for certain that art
25 handlers came to the Katonah property on August

Page 251

ANNETTE VESSECCHIA

1
2 fifth?
3     A   I don't know for certain.  I think I
4 just assumed they were because they had, like,
5 uniforms on.  You know, they wear, you know --
6 usually they have, like, the same tee-shirt or
7 whatever or -- on or dark pants or whatever.
8     Q   Now, you are working -- you had to meet
9 art handlers for the estate separately at the
10 Middletown storage facility; right?
11     A   Yes.
12     Q   Okay.  And the estate, so we are clear,
13 is separate from Morgan; okay?
14     A   Right.
15     Q   Now, for the second -- going back, I
16 know there's been a lot of visits that you've been
17 there for by different people.
18     A   I get confused.
19     Q   So the second visit at the Katonah
20 property to the studio, did -- and that's the
21 visit in August -- did anyone tell you it was to
22 inspect artwork or was that your assumption?
23     A   That was my assumption.
24     Q   And it was mentioned that the August
25 fifth visit was pursuant to a court order and you

Page 252

ANNETTE VESSECCHIA

1
2 had testified that you heard about a court order.
3 Do you recall ever seeing the actual court order?
4     A   No, I don't recall ever seeing it.
5     Q   You were asked about the archive that --
6 that you use or you maintained --
7     A   The Artwork Archive, yes.
8     Q   Okay.  Do I understand correctly that
9 that data is an online database hosted by a third
10 party?
11     A   Yes.  The third party is Artwork
12 Archive, yes.
13     Q   Okay.  Do you have a printout of
14 everything in that database?
15     A   Not currently in my possession.
16        Could there have ever been?  Maybe but
17 it's hundreds and hundreds of pages.
18        I -- I -- I don't know that I would have
19 ever printed out, like, the full, you know, gamut.
20 I would have just picked Robert Cottingham or Ron
21 English or Robert Indiana, whatever -- whoever it
22 might be because it's -- it's a lot.
23     Q   Okay.  Because -- and as you just
24 mentioned, the Archive includes artists other than
25 Indiana?

Page 253

ANNETTE VESSECCHIA

1
2     A   Yeah.  Absolutely.
3     Q   And speaking of other artists, when you
4 moved -- helped Mr. McKenzie move artwork to the
5 Middletown storage facility this past summer, you
6 moved works by other artists, not just Indiana;
7 right?
8     A   Yes.  I mean, anybody that was in the
9 basement so yes.
10     Q   And for the second visit to the Katonah
11 property in August, did you understand that Oz was
12 left in charge on that date as well?
13     A   Yes.
14     Q   And did you ever hear Mr. McKenzie tell
15 Oz to hide anything on that date?
16     A   No.
17     Q   Did you ever hear Oz Gonzalez suggest
18 using the Ghostwriter at the American Image Art
19 studio?
20     A   Yes, I did.
21     Q   And what did he say in that regard?
22     A   We had a stack of -- we have a -- you
23 know, prints that have never been signed and he
24 said, "I don't understand why we don't just use a
25 Ghostwriter."

MAGNA
LEGAL SERVICES

Page 254

ANNETTE VESSECCHIA
1
2       He asked me a bunch of questions about
3  it.
4       And I said, "Mike would never go for
5  that. But secondly, there's a protocol with the
6  Ghostwriter where you have to call in to get a
7  code each -- you know, when you use it.
8       I'm like, "I don't -- we wouldn't even
9  be able to get a code, I mean, to -- to use it."
10       So -- but yeah.
11    Q   So to be clear, Mr. McKenzie didn't
12  agree with Oz's suggestion at any time --
13    A   No.
14    Q   -- that you were aware?
15    A   It was a definite "no."
16    Q   And you were shown that Instagram post
17  by Kate Casey?
18    A   Yes.
19    Q   Do you recall?
20    A   Yes.
21    Q   Did you ever talk with Kate Casey about
22  that post afterward?
23    A   Yes, I did.  I was like, "What were you
24  thinking?"
25       And she said, "I was just trying to be

Page 255

ANNETTE VESSECCHIA
1
2  funny."
3       "I wish -- I wish I would never have
4  posted that."  She goes, "If I -- if I could take
5  it back, I would."
6    Q   Did she say anything else?
7    A   She just kept saying, "You know I was
8  trying to be funny, right?"
9       And I -- I mean, knowing her
10  personality, I -- I agreed.  Yeah.  I mean, she
11  just -- you could tell that she was just, like, "I
12  just shouldn't have done that.  That was -- I
13  shouldn't have."
14    Q   Okay.  Now, you produced, as counsel has
15  taken you through, hundreds of pages of text
16  messages with Oz Gonzalez; right?
17    A   Yes.
18    Q   You -- during his time at American Image
19  Art, did Oz hit on you?
20    A   Yes.
21    Q   Did he harass you?
22    A   Yes.
23    Q   Did he insult you?
24    A   Yes.
25    Q   And I know some -- some of that is in

Page 256

ANNETTE VESSECCHIA
1
2  the text messages; right?
3    A   Yes.
4    Q   And did he ever do that to your face?
5    A   Absolutely.
6    Q   And just to be clear, did he hit on you
7  in person?
8    A   Yes, he did.
9    Q   Did he get upset with you and insult you
10  in person?
11    A   Yes, he did.
12    Q   Did that include because you weren't
13  receptive to his overtures toward Oz about it.
14    A   I just assumed that was the problem -- I
15  mean, that was the issue, yeah.
16       I mean, you can see in the text messages
17  he states it clearly.
18    Q   Now, did -- at some point you told
19  Mr. McKenzie that you were being harassed by
20  Mr. McKenzie?
21    A   I did only because I wanted Mike to know
22  that -- that I was going to confront Oz about it.
23  That I wanted to continue to work for Mike, but
24  that it was causing a problem and that I needed to
25  say something.

Page 257

ANNETTE VESSECCHIA
1
2       And then Mike said, "okay, do I need to
3  get involved?"
4       And I said, "No, I don't want you to get
5  involved.  I can handle this.  I'm a big girl but
6  I -- I just want you to know."
7       And I think he may have said something
8  to Oz, I don't know for sure.  I did not hear
9  that.  But it stopped for a little while and then
10  it started back again.
11       So -- but again, I just tried to ignore
12  it.  I love my job and I'll be dammed if somebody
13  is going to, like, push me out of it.  So, you
14  know, I thought, I can handle this.  And that's
15  just kind of the way it was.
16    Q   Well, was Mr. McKenzie about to fire you
17  because Oz was harassing you?
18    A   No.  Absolutely -- no.  No.
19       He asked if -- if -- he -- he was like,
20  "What do I need to do to help with this?"
21       And I said, "Nothing.  I don't want you
22  to -- you know, I just want you to know what's
23  going on."
24    Q   Okay.  Now, at some point this past
25  summer, Mr. McKenzie mentioned to you and the

ANNETTE VESSECCHIA

1
2  others at the studio that he was thinking about
3  closing his studio; is that true?
4      A   Yeah.  I don't know if he -- I don't
5  know that it was an official, like, meeting.  We
6  just knew that it was going to happen and that --
7  I think he, individually, talked to Tim -- which
8  it affects Tim much -- much more than -- and --
9  you know -- and Oz, because they are full-time.
10 I'm part-time so it doesn't affect me as much.
11     But yeah, he did mention it.  Just no
12 specifics.
13     Q   And how did Oz react to that idea?
14     A   He was not happy.
15     Q   And to your knowledge, Oz was living on
16 the property at Katonah; correct?
17     A   Yes.
18     Q   And to your knowledge, he was living
19 rent free?
20     A   Yes.  I just found that out.  Yes, he
21 was.
22     Q   And he lived in a house on the property?
23     A   Yes.
24     Q   Now, you were asked several questions
25 about the use of a stencil on the Indiana artwork?

ANNETTE VESSECCHIA

1
2      A   Yes.
3      Q   And I believe you said something
4  earlier, like, that you don't think there's
5  anything wrong with it?
6      A   Correct.
7      Q   Why did you say that?
8      A   Because I believe that -- first of all,
9  I don't know when all of that stuff was printed
10 but some of it was printed many years ago and just
11 not ever stenciled.  Because it -- it doesn't
12 happen at the same time.  You can't do it at the
13 same time, it causes the canvas to buckle.
14     And so I just never questioned -- I -- I
15 figured it was either because that's when the
16 artwork was decided upon, maybe the ColorWave, or
17 that's when it was actually printed.
18     And I just never questioned that -- that
19 you couldn't do it.  It just -- it just -- it
20 didn't come up, like, as a question that it wasn't
21 something that you could do.  Because you can't do
22 it at the same time.
23     Q   And when you applied the Indiana stencil
24 to a piece of artwork, did you understand that
25 Indiana had approved that piece --

ANNETTE VESSECCHIA

1
2      A   Yes.
3      Q   -- before his death?
4      A   Absolutely.
5      Q   Excuse me.
6      Before his death, obviously?
7      A   Yeah.
8      Q   All right.  I mean, would you
9  participate in -- in making fraudulent artwork
10 because Mike McKenzie told you to, if that's what
11 you believed you were doing?
12     A   No.  This is -- this is what I do for a
13 living.  I mean, this is going to -- this would
14 affect me -- I mean, you know, forever.
15     As -- but it's no different than
16 anything else.  I take being a graphic designer
17 and being an artist, myself, very seriously.  You
18 don't -- I mean, you don't forge artworks.
19     No.  I would -- I would never
20 participate in that.
21     Q   Okay.  Moving on.
22     Did Oz ever tell you that he was in fear
23 of McKenzie and his guns?
24     A   No.  No.
25     Q   And I -- I know that there was some

ANNETTE VESSECCHIA

1
2  harassment issues, as we talked about, but despite
3  that, before he left American Image did you, at
4  some point, trust Oz?
5      A   Yes.  I -- yes.  Yes.
6      Q   And you confided in him personally --
7      A   Yes.
8      Q   -- about personal information?
9      A   Yes.
10     Q   Did he ever give you legal advice?
11     A   I mean, if I would -- yeah.  If I was
12 asking about something in particular, definitely.
13     Q   And I -- I think you mentioned but I'm
14 not sure:  Did Oz ever talk about making LOVE
15 artwork?
16     A   Yes.  He felt like because it was -- I'm
17 sorry.  The way you said that came out weirdly.
18     Q   Oh, yeah.
19     A   Sorry.  It threw me off.
20     Q   I'm referring to the LOVE image --
21     A   Yeah.  I know.
22     Q   -- that you --
23     A   I know.  But -- it did throw me off for a
24 second.  I was like, what?
25     Yes.  Because he felt like it was public

Page 262

1       ANNETTE VESSECCHIA
2  domain and it -- if everybody else was doing it,
3  why couldn't he or why couldn't Mike do it?  Or
4  why wouldn't you want to do it.
5       Q    And Oz Gonzalez was making LOVE 3D
6  images?
7       A    Yeah.  I mean, yeah.
8       I mean, he's -- he -- I mean, I even
9  think he did some of his own artwork with -- I'm
10 sure you can see it in the text messages.  So I
11 mean, yeah.
12      Q   Give me one second.  I think I'm about
13 finished.
14           MS. ZERNER:  I have no further
15      questions.
16           MR. RAKOWER:  I have no questions.
17           MS. ZERNER:  Okay.
18           THE VIDEOGRAPHER:  Off the record
19      at 4:12 p.m.  This concludes today's
20      deposition.
21           (Thereupon, the deposition was
22      concluded at 4:12 p.m.)
23
24
25

Page 263

1
2           C E R T I F I C A T E
3       I, Clifford Edwards, Certified Shorthand
4  Reporter, do hereby certify that prior to the
5  commencement of the examination, the witness was
6  duly remotely sworn to testify to the truth, the
7  whole truth and nothing but the truth.
8       I DO FURTHER CERTIFY that the foregoing is a
9  verbatim transcript of the testimony, that said
10 deposition was taken by me stenographically at the
11 time and date hereinbefore set forth, and the
12 foregoing is a true and accurate transcript of the
13 testimony.
14      I FURTHER CERTIFY that I am neither of
15 counsel nor attorney to any of the parties to said
16 suit, nor am I an employee of any party to said
17 suit, nor of any counsel in said suit, nor am I
18 interested in the outcome of said cause.
19      Witness my hand and seal as Notary Public
20 this 3rd day of November, 2021.
21
22      _____
23           Clifford Edwards
24           Notary Public
25 My commission expires:  9/30/2026

Page 264

1
2           J U R A T
3
4       I have read the foregoing 263 pages
5       and hereby acknowledge the same to be a
6       true and correct record of the testimony.
7
8
9
10      _____
11           ANNETTE VESSECCHIA
12
13 Subscribed and sworn to
14 _____.
15 Before me this _____ day of _____,
16 2021.
17
18
19
20
21 _____
22 Notary Public
23 My Commission Expires:
24
25

Page 265

1
2       DEPOSITION ERRATA SHEET
3
4  Page No._____Line No._____ Change to:_____
5  _____
6  Reason for change:_____
7  Page No._____ Line No._____Change to:_____
8  _____
9  Reason for change:_____
10 Page No._____ Line No._____ Change to:_____
11 _____
12 Reason for change:_____
13 Page No._____ Line No._____Change to:_____
14 _____
15 Reason for change:_____
16 Page No._____Line No._____ Change to:_____
17 _____
18 Reason for change:_____
19 Page No._____Line No._____ Change to:_____
20 _____
21 Reason for change:_____
22
23
24 SIGNATURE:_____DATE:_____
25 NAME:  ANNETTE VESSECCHIA



Page 266

1
2                DEPOSITION ERRATA SHEET
3      Page No._____Line No._____ Change to:_____
4      _____
5      Reason for change:_____
6      Page No._____Line No._____Change to:_____
7      _____
8      Reason for change:_____
9      Page No._____Line No._____ Change to:_____
10     _____
11     Reason for change:_____
12     Page No._____Line No._____Change to:_____
13     _____
14     Reason for change:_____
15     Page No._____Line No._____Change to:_____
16     _____
17     Reason for change:_____
18     Page No._____Line No._____Change to:_____
19     _____
20     Reason for change:_____
21
22
23
24     SIGNATURE:_____DATE:_____
25     NAME:  ANNETTE VESSECCHIA



**A**

**able** 8:25 26:23
30:15,25 36:9
54:25 67:16 184:5
225:16 254:9
**absolutely** 73:3
173:23 188:23
193:21 234:4
246:19 249:15
253:2 256:5
257:18 260:4
**access** 67:16 123:11
130:20 139:23,25
140:12 241:9
248:15,17,21
**accessed** 109:25
123:22
**accessible** 69:19
92:25 93:4,7
140:20
**account** 202:20
**accountings** 247:17
247:24
**accurate** 263:12
**accurately** 8:3,21
9:2
**acknowledge** 264:5
**acquired** 45:13
**acquiring** 45:16
**action** 216:18,19
**active** 69:18
**actively** 40:13
106:11
**actual** 42:10 76:18
76:21 252:3
**add** 50:3 61:5 70:12
**addendums** 115:18
**addition** 139:9
**additional** 244:21
245:3
**address** 18:25 19:2
69:10 164:12,25
165:5
**addresses** 164:18
**adjust** 98:13

**advance** 169:12
245:13 250:13
**advice** 15:13 79:24
205:18 208:11
261:10
**adviser** 177:8
**affect** 258:10
260:14
**affixation** 43:15
**afterward** 254:22
**ago** 14:14 24:18
68:11 143:24
234:15,19 259:10
**agree** 235:3 254:12
**agreed** 102:10
255:10
**agreement** 56:22
57:14,16,17,19
76:18,21
**Ahava** 106:23
233:21 234:10
**ahead** 85:2,11
91:13 177:17
201:15 241:5
**AIA** 48:6
**AIA's** 32:19 33:22
37:9 58:23
**airbrush** 192:11
194:10,19 195:9
197:25
**al** 5:7
**albums** 109:7,10
**alcohol** 8:20
**alive** 188:23
**allegations** 60:20
**alleged** 59:13 65:13
**allowed** 102:18
202:24
**alongside** 13:16
**Alphabet** 63:18,19
64:12 89:3 107:2
**Amended** 216:14
**American** 1:8 5:25
44:14 233:20
234:23 253:18
255:18 261:3

**amicably** 181:21
**amount** 14:5
160:10 215:14
**Andy** 103:13
**angst** 79:4,7
**Ann** 40:22,25 41:3
41:7
**Annette** 1:15 3:22
4:15,18 5:1,5 6:1
6:3,7 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1

117:15 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1 127:1
128:1,12 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
174:5 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
203:8 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1,6 234:1
235:1 236:1 237:1
238:1,6 239:1,21
240:1 241:1 242:1
243:1 244:1 245:1
246:1 247:1 248:1

249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1
264:11 265:25
266:25
**answer** 7:7,13,17
7:19 8:25 33:25
39:22 40:25 86:4
97:2 114:10
134:12 174:8
176:12 182:10
201:15 206:23
207:8 241:5
243:22 250:22
**answering** 8:21
**answers** 244:13
**anybody** 8:6 13:11
13:14 14:2 29:18
36:17 44:21 86:6
86:11 90:11 93:6
93:9 234:8 253:8
**anymore** 36:12
184:5
**anytime** 192:24,25
193:3
**anyway** 219:12
**apologies** 156:6
224:14
**apologize** 62:14
155:22
**apparently** 207:24
**Appeals** 218:5
**appearances** 5:18
**appeared** 105:13
**appears** 100:8,11
224:19
**applications** 21:13
**applied** 195:8
259:23
**apply** 203:19
**applying** 197:16
198:19 199:11,20
200:12
**appreciate** 244:10



**approval** 48:5
**approved** 259:25
**approximate** 75:20
**approximately**
  50:2 74:11 157:22
**arbitration** 202:25
  215:9 218:3,17
  221:9 223:16,24
**archive** 138:10,13
  138:15,17,22,25
  139:4,12,24,25
  140:11,11,23
  141:2,7,14,23
  143:15 144:17
  252:5,7,12,24
**area** 15:21 120:15
  123:6,12
**arrangements**
  163:2
**arrow** 134:22 135:4
  135:6,7,17 136:11
  151:14 152:25
**Arrows** 3:19
  100:21
**art** 1:5,8 5:6,21 6:2
  6:16,20 16:9
  23:18 28:20 30:5
  33:13 35:14 77:9
  77:13,20 78:12
  79:22 80:8 87:11
  106:7 118:18
  120:19 123:2
  131:23 138:9,13
  148:9,16 149:11
  157:22 163:10
  175:3 204:17
  216:20 233:21,21
  234:6,7,12,15
  236:17 237:11
  250:23,24 251:9
  253:18 255:19
**artist** 43:9 48:17
  50:3 52:17 55:9
  55:22 260:17
**artists** 11:20 12:3,4
  12:12 55:11,17

102:9,11 153:18
252:24 253:3,6
**artist's** 47:2,5,8
**artwork** 11:23
  42:10,21 43:7
  44:6 48:25 49:5,9
  49:12 53:4 58:6
  58:12 63:14,16,25
  64:12 72:17 83:14
  83:19 88:8,24,25
  89:2 90:23 102:9
  106:15 109:2
  115:9 122:10,19
  122:22 123:2,7,15
  137:21 141:2,13
  147:24 151:10,16
  153:12,18,18,20
  160:11 185:2
  189:17,24 190:6
  190:10,15,19
  191:6,15 193:13
  193:23,25 194:7
  199:25 213:9
  250:3,10,15
  251:22 252:7,11
  253:4 258:25
  259:16,24 260:9
  261:15 262:9
**artworks** 11:15,17
  12:2,22 34:23
  35:10 37:21 38:8
  38:14,19,25 39:10
  39:18,24 47:9
  56:24 64:23 65:12
  73:2,8 76:13
  80:21 81:2,10
  82:9 103:16
  104:19,22 105:19
  115:20 120:10,19
  120:21 121:4
  123:20 126:14,17
  126:21 129:3
  130:9 131:6 134:4
  134:13,22 135:9
  135:18,20,23
  137:12,23 138:3

139:13,18 141:15
149:12,24 150:2,8
150:14 151:5,8,25
152:19 153:15,23
154:2,4,7,21
155:6,15 156:7,17
156:22 158:6,9
163:3,5,7 165:19
167:16 168:3,15
172:9,21 177:19
178:8,12,21
187:11,16,24
190:25 191:10,25
193:19 197:13,16
198:20 199:11
200:12 202:4
203:12,15 213:25
231:2 260:18
**artwork's** 204:5
**ascertain** 78:8
**aside** 112:14
  154:17 163:15
  165:24 168:10
  185:22 232:8
**asked** 32:4 46:3
  82:14,17 96:23
  110:19,25 113:9
  113:16 116:4
  149:3 152:15,19
  152:19 188:17
  198:14 207:13
  208:15 209:7
  219:14 231:14
  249:5,16 252:5
  254:2 257:19
  258:24
**asking** 6:17 23:10
  34:6,8 54:6 82:11
  83:11 111:2
  113:18 119:24
  153:19 171:15
  192:21 194:3
  201:6 203:18
  206:24 208:19
  212:5 219:24
  224:15,18 261:12

**asks** 9:19 34:18,18
  176:14
**ass** 192:9
**Assemble** 165:13
**assertions** 6:19
**assigns** 12:17
**assist** 11:5 103:21
  138:24
**assistance** 10:23
  11:15
**assistant** 101:10,10
  101:17,18,23
  105:7
**assisting** 206:21
**assume** 7:2 21:20
  27:13 39:21 214:5
**assumed** 33:8
  84:10,16 85:5
  171:14 175:8
  213:18 251:4
  256:14
**assuming** 90:6
  97:25
**assumption** 54:17
  54:23 90:19
  188:13 251:22,23
**assumptions** 214:3
**attached** 35:11
  59:17 60:9,11
  64:24
**attack** 180:25
**attempting** 41:14
**attempts** 39:23
  41:11,20 58:24
**attended** 119:5,15
**attorney** 6:15 7:10
  15:11 69:17
  111:16 114:15
  115:12 173:14
  220:25 225:17
  249:4 263:15
**attorneys** 93:15
  110:5 112:3,4,15
  114:19 206:24
  225:13 248:25
  249:13

**attorney-client**
  205:24 206:3
  207:3
**attributed** 11:18
  12:2,22
**audibly** 7:17
**audio** 88:20
**August** 3:16 4:12
  30:22,23 31:2
  93:17 95:25
  119:12 127:23
  134:8 136:9
  149:16,21 152:7,9
  152:11 156:14,22
  157:6 158:15
  160:25 168:19
  169:12 174:24
  175:25 176:22
  177:23 178:17
  180:17 182:20
  184:15 186:7
  246:15 249:22
  250:23,25 251:21
  251:24 253:11
**authentic** 195:12
**authenticated**
  46:21
**author** 164:25
**authorization** 48:5
  58:10 64:11 76:12
  80:25 82:8,10
  83:13 84:17,25
  85:6,8,14
**authorizations**
  47:12 72:25 73:8
  80:19 81:9
**authorized** 47:18
  49:15 83:25 84:7
  86:7 193:20
**Automated** 3:14
  95:23
**Avenue** 2:6
**aware** 37:24 123:15
  137:14 146:11
  153:14 168:22,25
  202:10 250:5,10



254:14
**awful** 215:7
**A-R-T** 106:7 234:7
234:13
**a.m** 1:18 5:9 69:3,5
69:6,8 162:15
245:15

**B**
**back** 32:9 35:18
36:21 46:19,22,25
50:18 56:14 58:20
64:15,18 70:22
106:4,6,17 108:4
108:6 111:13
116:6,12 117:7,13
117:22 129:4
131:3 151:10
174:13 187:11,15
195:16 197:9
198:24 200:5
201:20 203:23
212:9 214:8
230:12 236:17
245:23 251:15
255:5 257:10
**backs** 105:21
108:25 109:2
**Barbary** 2:20 5:13
**barely** 103:5
**barking** 25:21
**barn** 4:6 16:25
125:4 132:10
133:22 134:21,24
135:25 137:4
150:5,16
**basement** 120:12
120:15,21 122:16
123:4,10,20 125:2
125:4 126:16
133:24 134:15,23
135:8 148:12,17
148:22 149:5,12
151:10,11,15
152:2,20 153:2
154:8,22,25 155:7

155:12 156:8,12
156:18 157:11
158:4,6 159:6
161:5,7,12 178:4
178:8,12,22
250:11 253:9
**basements** 146:7
**basically** 29:7
54:14 56:9 115:24
248:8
**basis** 49:18
**Bates** 124:10
**bathroom** 67:4
**bed** 20:6
**began** 52:20 163:10
**beginning** 217:23
228:8
**begins** 5:4 202:3
216:8
**behalf** 2:4,11 5:21
5:24 6:2 138:25
**belated** 245:4
**belief** 49:18
**believe** 13:10 29:13
30:11 38:22 49:17
49:20 57:6 69:12
69:15,18 74:12,25
75:2,2 95:10
101:15 102:8
107:23 121:8
125:18 130:9
131:10 133:2
136:23 137:17
138:18 139:19
157:5 161:11
175:15 200:21
213:6 222:10,20
231:7 246:15
249:22 259:3,8
**believed** 193:19
260:11
**belonged** 16:15
**belongs** 43:9
**Bernadette** 2:19
25:22 67:16 86:18
124:2 179:18

180:4 214:11
232:10
**best** 27:23 160:18
212:13
**better** 101:21 151:2
151:20 224:17
**big** 16:24 42:7
125:4 131:8,23
132:10 133:22
134:21,24 135:24
150:16 198:24
218:11,21 228:11
250:6 257:5
**bigger** 17:15
**bird** 91:2
**bit** 19:14 21:5 80:5
103:12 129:15
157:19 185:9
196:25
**blade** 198:3
**blank** 157:10,13
**blatant** 121:18
**blend** 175:4
**blue** 129:18 227:7
**blurry** 64:7
**Bob** 51:19 52:21
**book** 103:13,13
**bookkeeper** 40:18
40:21
**books** 44:6
**boss** 89:24 90:4
219:22
**bossy** 211:19
**Boston** 2:13
**bottom** 28:11 93:21
97:21 128:19
199:6 216:7 220:7
228:8 236:20
239:9
**bought** 45:10 237:6
**box** 129:23 145:15
145:20
**break** 7:6,8 18:15
67:7 68:21,22
114:14 116:16,19
116:20 117:3

173:13,22 210:20
245:10,18,20
**Bridget** 2:12 5:23
18:10 19:7,25
20:2 29:5 49:21
114:6 116:21
121:22 174:2
179:7,11,14 244:5
**briefly** 119:7
146:25
**bring** 167:10
173:18 185:11
219:11
**brings** 48:2 185:10
**broad** 114:11 115:4
209:11
**broke** 230:22
**brought** 205:13,13
205:14 227:12
**bubble** 227:7
**buckle** 259:13
**building** 133:20
134:16
**bull** 16:25
**bunch** 254:2
**buried** 223:18
**Bury** 180:23
**burying** 224:2
**bus** 162:15
**business** 5:25 40:19
102:4,7 181:2,22
182:6,13,16,25
183:8 184:6,17,24
185:18
**butt** 242:9
**buy** 215:13
**buyer** 185:13
**bzerner@markh...**
2:15

**C**
**C** 2:2 263:2,2
**call** 47:5,6 52:12
54:4,22 56:5,20
56:23,25 57:4,21
73:21 74:8 121:25

125:3 152:8
222:16 245:14
254:6
**called** 60:19 61:18
69:12 197:25
198:5
**calling** 209:5
**calls** 57:6 61:15
207:6 241:4 247:5
247:10
**camera** 136:18
**canvas** 105:3
106:19 107:6
157:14 259:13
**canvases** 46:24
104:21,23 105:13
105:22 129:2,8,23
**capacity** 9:18
229:22
**caption** 89:23
90:24
**car** 129:4,6 243:14
**card** 95:3,5
**care** 91:16 170:25
174:11
**careful** 243:17
**Carter** 239:10
241:21
**case** 1:4 186:20
213:23 216:9
217:11 239:16
**Casey** 14:14 89:15
89:17 254:17,21
**catastrophe** 220:9
**catch** 122:3
**categories** 35:14
**category** 33:20
35:19 36:11 39:5
41:10,10,19 43:13
48:2
**cause** 25:5 45:5
101:25 112:21
175:20 185:4
212:10 213:15
263:18
**causes** 259:13



causing 256:24
certain 115:20
 205:22 215:15
 250:15,24 251:3
certainly 169:9
 232:4 245:12
Certified 1:17
 263:3
certify 263:4,8,14
chain 4:20 238:15
 238:21 239:5
change 265:4,6,7,9
 265:10,12,13,15
 265:16,18,19,21
 266:3,5,6,8,9,11
 266:12,14,15,17
 266:18,20
changed 188:11
charge 143:5,8,9
 250:2 253:12
Charles 225:4
chat 19:6 26:7,20
 66:24 67:17 179:9
 179:17
check 26:2 44:5
checked 160:7
checking 74:18
circumstances
 35:10 64:23 65:12
 205:23
claiming 34:10
 66:6 192:14
claims 6:19 216:13
Clara 14:17 143:10
 191:19
clarification 34:25
 45:25 81:4 96:20
 107:14,18 113:14
clarifies 215:8
clean 10:6 132:21
cleaned 131:15
 158:5
cleaning 10:9,11,12
 10:23 159:6
clear 33:25 35:5
 106:12 119:23

159:25 161:2
 190:13 208:4
 251:12 254:11
 256:6
clearer 86:3
clearly 171:21
 200:4 217:17
 256:17
click 118:5
Cliff 5:15
Clifford 1:16 263:3
 263:23
clip 88:10
clipboard 144:5
close 22:22 25:20
 50:2 52:6 75:15
 95:14 139:7 159:8
 181:22 182:6,13
 182:15 183:15
 184:6,24
closed 185:18
closer 160:19
closing 182:21
 183:8 258:3
closure 184:17
clue 221:7
coached 22:17,23
code 254:7,9
coincidental 81:22
cold 235:9
collaborate 102:8
collaborations 12:6
colleague 119:5,14
 146:25 175:16
collect 28:25
 107:22 108:10
 109:11 248:11
collected 62:8
 116:5
collecting 113:3
 116:9 248:10
collection 107:8,11
 111:18 114:2,20
 115:6,14 158:4
 159:10 215:13
color 190:16 200:2

ColorWave 259:16
come 47:17 57:13
 57:15 67:15 71:20
 80:17 90:25 91:19
 117:7,22 201:3,8
 209:3 259:20
comfortable 53:20
coming 57:16,18
 80:15 91:16
 147:21 151:12
 169:14 176:2,7
 182:23,23 184:21
 198:13 250:15
commence 70:5
 244:23
commencement
 263:5
Commercial 2:13
commission 263:25
 264:23
commit 90:14
common 55:14,21
communicate 21:6
 21:18,20 22:2
communicating
 21:16
communication
 115:21 206:4
 207:3 209:5
communications
 32:18 33:21 38:7
 39:16 41:15,22
 42:11,22 44:25
 45:4,11 48:4
 58:22 59:4,12
 65:10 205:25
 207:23 208:9,10
 208:12
companies 98:5
company 98:4
complaining 49:23
 52:18 54:4 57:24
 79:8 80:3 247:13
 247:16,19
complaint 59:13,17
 59:18 60:21 62:7

62:13 69:14 87:11
 87:19 216:14
complaints 248:3
complete 215:7
 237:13,19 240:8
 247:23
completely 8:22 9:2
 65:21 123:11,13
 183:25 217:3
compound 114:14
 205:6
computer 92:17,18
 93:8,12 96:14
 99:19 101:20,22
 109:14 116:14
 140:5,6,11 144:6
 144:19,25 248:18
 248:20
computers 208:7
conceal 41:11,14
concealing 41:17
concern 209:13
concerned 29:20
 169:9 176:6,11
concerning 29:8
 32:18 33:22 38:24
 48:4 58:23 59:12
concluded 262:22
concludes 262:19
conclusion 61:24
 70:11,24 207:7
conduct 11:22
conducted 7:24
conference 7:25
confided 261:6
confirms 163:8
confront 256:22
confused 156:2
 251:18
connection 9:10
 11:23 22:15 28:21
 46:17 48:20 92:20
consigned 141:15
 141:21
constantly 212:4
 219:16,24

consultant 15:7,9
consulting 15:11
contact 128:2
 173:19 180:25
contacted 101:12
contains 16:8
context 46:11
 226:15
continue 69:10
 172:13 202:24
 209:12 256:23
continued 4:3
continues 102:14
 102:21
contract 115:19
 223:16
contracts 114:25
control 175:22
Convention 131:9
conversation 15:17
 15:20 24:24 25:4
 25:8 50:8,11,14
 51:24 52:19 53:7
 56:17 57:3,3 58:9
 71:4 74:3,23
 75:12,17 76:2,3
 76:14 78:13,21
 79:6 80:23 81:25
 82:2,6,7,15 83:2
 159:12 183:22
 184:16 201:4,9
 213:2 226:9,15
 227:18
conversations
 15:21,22 24:22
 29:12 49:22,23
 52:3 53:25 74:6
 74:11 75:6,22
 76:6,10 77:2,7,11
 77:19 78:9,9 79:3
 79:12,13 81:6,11
 81:17 82:18 83:16
 169:5 170:21
 205:22 206:7,10
 212:16 225:24
Cool 128:3



copied 39:3 110:15
207:11,13 240:17
243:12
copies 109:13
cops 90:25 91:19
copy 25:13 109:9
137:22 138:2,5
140:16 141:22
142:4,22 144:13
145:7 146:7,12,18
168:14
copying 233:11
copyright 226:10
corner 97:13
236:11
correct 11:3 16:10
30:7 35:16 49:7
63:21,23 73:9
76:22 83:15,22
85:9 99:16 126:8
127:18 128:4
134:10,11 150:12
151:7 158:11,23
167:17 178:18
186:24 187:17
222:8 229:18
247:2,6 248:13
258:16 259:6
264:6
correctly 78:19
189:19 252:8
correspond 21:13
correspondence
208:19
Cottingham 12:10
252:20
counsel 5:17 31:8
70:16 118:18
205:18 207:25
222:4 249:20
255:14 263:15,17
counterclaims
218:4
couple 39:2 95:13
112:6 174:5 232:8
course 23:6 93:5

150:23
court 1:2 5:14 6:4
7:16,20 8:16
18:12 19:5 26:11
34:24 45:24 81:3
86:19 96:19
107:13,17 113:13
117:25 118:7
166:2,8 168:23,25
171:11 180:3
216:13,21 218:5
251:25 252:2,3
cover 149:20
197:25
covered 115:24
129:9 131:10,13
132:13,18,19
cow 242:23
Crash 12:12
crazy 54:11 55:6
225:17 229:25
create 102:9,14
197:21 202:24
226:17,20 227:10
234:24
created 11:18
12:22 103:17
143:13,23 187:25
189:7 190:15
202:7,12,16 237:6
creating 203:5
233:20 234:3,6,8
creation 204:5
cross 84:12
CROSS-EXAMI...
3:5 246:8
current 38:20
228:23 229:6,7
currently 8:18 21:2
145:24 252:15
cursing 223:7
cute 236:24
cuts 39:6 197:23
Cyphers 181:10
229:7

**D**
daily 146:16 243:4
dairy 16:23
dammed 257:12
dark 251:7
darker 98:14
data 252:9
database 252:9,14
date 101:5 134:9
143:3 183:18,21
184:19 190:18
191:5,14 204:4,5
204:6 207:23
253:12,15 263:11
265:24 266:24
dated 3:15 4:12,16
4:18,20 38:21
93:17,18,22 95:25
143:4 186:7
190:13,14 233:7
233:14 238:6,21
239:5
dates 149:23 193:9
199:21,23
day 71:18 102:21
102:25 168:3
182:11,11 184:2
224:16 244:19
250:16 263:20
264:15
days 95:13
deal 53:13 79:22
84:10 141:18
207:17 221:2,3
226:16 227:10
dealing 173:15
208:4
dealt 85:19 146:16
death 189:4 260:3,6
decent 160:10
decently 139:20
decide 29:15 242:3
decided 101:16
190:15 200:3
204:2 242:16

259:16
declaration 32:24
33:5 34:11 35:11
35:16 59:7 64:24
65:4,13 186:20,23
246:14
deep 130:17 216:9
217:10
Defendant 1:9 2:11
defense 206:21
define 155:24
definite 254:15
definitely 32:8
79:16 80:17 83:7
110:14 116:13
188:22 205:3
213:19 261:12
delete 242:24 243:2
248:22,24 249:8
249:12
Democratic 131:9
denied 216:13
depends 10:8
depo 70:11
deposed 6:8 22:4
deposition 1:14 5:5
5:10 7:23 8:10
22:8,12 24:11
25:12,16 27:6
61:10,25 70:4,15
70:24 125:14,16
142:10,13 228:18
230:15 231:20
232:2 244:12,20
244:23 245:2,2
262:20,21 263:10
265:2 266:2
Depot 162:17
describe 28:24
212:14
described 35:10
64:23
design 9:21 10:3
11:21 12:18,20
48:21
designed 187:22

188:20
designer 9:16 17:22
101:7,18 260:16
desired 47:18
desires 47:13
despite 261:2
detached 16:24
details 248:3
determine 29:11
determined 30:3
31:13
devices 29:4
diagram 4:11
178:25 179:25
dictated 212:7
died 102:16 189:2
189:17
diesel 162:16
different 63:12
86:11 101:25
114:12 151:2
157:17 189:20
193:9 229:2
251:17 260:15
differently 85:23
difficult 27:24
dinner 213:3
direct 3:4 6:11
148:15,20 201:23
directed 7:12
directing 110:17
241:18
direction 104:13,17
111:6 159:2
187:19 189:16
190:3,9,23 191:22
200:13 203:3
234:3,17
directions 234:6
directly 19:4 40:3,7
50:10 84:5 132:23
206:2
directs 28:2,5
disagreement
209:4
disappointed



101:24
**disbarred** 66:15
**disclosed** 249:2,9
   249:14
**discuss** 24:10 42:20
   66:19 70:23 72:15
   83:6 209:16,19
   234:22
**discussed** 47:22
   48:11 56:16,20
   71:4 74:10 80:23
   81:11 87:11 96:25
   107:8,12,21
   149:23 186:19
   201:12 204:19,23
   209:24 211:15
   228:21
**discusses** 37:8
   38:13 39:6,9
   41:11,20 43:15
   48:3 58:22
**discussing** 33:20
   47:12 62:20 68:11
   163:2 167:19
   210:14 212:4
   215:8
**discussion** 58:2,5
   72:22,24 73:5,7
   113:17 171:24
**discussions** 205:5
   205:10
**dishes** 10:12
**disorganized**
   159:11
**DISTRICT** 1:2
**document** 23:18
   26:24 27:2,7,15
   27:22 30:4,12
   32:10 34:17 37:8
   48:2 49:19 59:23
   60:4,8 62:2 64:21
   68:4 92:10,15
   93:11,16 94:4,10
   94:17 96:6,10,12
   96:25 98:18 99:9
   99:13,17,21

100:14 114:2,20
   115:6,14 124:8
   127:13 128:17
   130:24 131:23
   137:7 142:5,19,20
   143:20,21 161:21
   163:18 165:24
   166:16 180:12
   185:22 186:17
   195:22 199:2
   200:19 204:14
   208:14 214:18
   232:8,14 235:15
   238:14,14 244:17
   244:21 245:5
**documents** 23:4,6,8
   23:9,17,21 25:12
   25:15 28:6,15,19
   28:25 32:16,17,24
   33:4,17,21 34:19
   35:9,14,19 45:17
   48:3 58:22 59:11
   60:19,24 61:8,9
   61:15 62:9 64:22
   69:13,18,20 70:14
   70:17,19 79:9
   80:11 92:13,22
   93:14 99:14 107:8
   107:11,22 108:10
   108:19 109:9
   110:2 111:18,21
   112:16 113:3
   116:10,13 127:14
   137:22 138:2
   161:24 163:22
   166:20 168:14
   206:25 212:5
   219:25 231:23
   232:9 240:23
   241:12,15,16
   245:14 248:10,12
   248:16 249:5
**dog** 25:19
**doing** 5:25 80:4
   101:22 103:8,13
   170:10 185:17

191:21,21 194:12
   227:20 260:11
   262:2
**dollar** 212:20
**domain** 233:23
   262:2
**door** 22:22 25:20
**dots** 100:8,11
**doubt** 93:3 98:17
   142:24 202:19
**Downstairs** 126:5
**dramatic** 217:13
**draw** 134:21
   136:11 151:14
   152:25
**drive** 239:17
**drives** 248:19
**dropped** 116:17
**due** 61:6
**duly** 6:8 263:6
**Dunnington** 4:21
   114:5,19 115:25
   116:7 238:16
   239:6,11 242:5
   248:10,12,25
**duplicate** 43:25
**Dylan** 77:2 105:19
   154:2,4,7,20
   155:6
**D/B/A** 1:8

---

**E**

**E** 2:2,2 263:2,2
**ear** 224:9
**earlier** 29:22 83:18
   87:12 107:21
   108:5 186:19
   190:19 191:6,15
   209:11 246:25
   259:4
**easier** 18:16 159:9
**Eat** 105:24 233:22
   234:14
**Eaton** 12:13
**eBay** 236:21
**eccentric** 72:19

**edition** 49:24 53:15
   57:25 82:4 95:16
**editions** 49:2 52:9
   81:16 83:9 102:9
   102:15
**Edwards** 1:16 5:15
   263:3,23
**effect** 170:14
**effort** 33:3 245:12
**efforts** 28:25 39:23
   41:11 58:23
   107:21 108:10
**eight** 28:10,12
   43:13 49:25
**either** 45:13 48:16
   55:21 100:9,12
   105:14 107:15
   122:3 141:10
   176:21,24 205:25
   259:15
**election** 199:16
**electronic** 140:16
   140:23,24 142:22
**else's** 44:21
**emails** 239:15,22
**Emanuel** 2:5 5:12
   5:21 6:16 249:17
   249:18,20
**emblem** 43:16 47:3
   47:19 187:15
   189:17 191:2,11
   191:25
**emoji** 216:10
**employed** 9:9
**employee** 263:16
**employees** 13:16
   14:6 246:21
**employer** 9:12
**employing** 14:2
**empty** 21:2
**ended** 154:25
**engagement** 206:13
   206:15
**English** 12:12
   252:21
**enormous** 240:13

**entail** 11:8 184:7
**enter** 148:12
**entire** 178:2
**entrance** 123:22,24
**equipment** 185:7
**ERRATA** 265:2
   266:2
**ESQ** 2:5,12
**establish** 58:24
   62:6 207:20
**estate** 173:14,16
   213:9 215:22
   216:23,24 226:17
   251:9,12
**estimate** 13:4
   160:18
**estopped** 233:20
**et** 5:7
**event** 141:12
**events** 6:19 35:9
   64:22 65:12
**everybody** 67:22
   68:23 117:6
   171:20 262:2
**evil** 223:17
**exactly** 12:25 20:7
   24:17 52:13 79:24
   80:13,16 86:10
   110:16 111:10,12
   115:16 173:2
   176:3 205:15
   240:12
**examination** 3:2,4
   6:11 263:5
**example** 111:6
   208:3 210:10
**examples** 12:8
**Excel** 4:7 142:16,21
   142:23 144:18
**excited** 75:9 77:6
**excuse** 48:16 98:22
   210:15 248:23
   260:5
**exhibit** 2:19 3:10
   4:5,24 18:13
   26:12,14,15,16



27:12,18 66:23
67:15,17 68:15,16
71:19 91:22,23,24
95:21,22 98:24,25
99:2 100:17,17,19
116:17 117:11
124:14,15,18,19
125:13,15,17,18
125:19 128:10,11
133:2,5 136:21,22
136:24 137:2
142:9,11,12,13,15
151:22 161:15,16
163:14 164:6,7
166:6,11 167:2
168:8 178:25
179:9,23,24 180:7
185:24,25 186:5,6
186:11 196:16,17
196:20 201:21
214:12,15 232:24
232:24 233:3,4
238:2,3,4,25
239:2,4
**exhibition** 71:20
72:9
**Exhibits** 3:8 4:2,23
**existing** 184:7
185:13,17 213:25
**expand** 176:16
**expensive** 183:4
**expires** 263:25
264:23
**exposed** 132:20
**express** 209:13
219:6
**expressed** 56:4
79:7
**extent** 145:6 205:21
206:8 207:6 241:3
**external** 239:17
248:18
**extra** 20:6
**eyes** 223:10
**E-A-T** 105:24
**e-mail** 4:8,9,10,14

4:17,20 18:7 19:8
19:9 21:8,24
38:22 42:16 69:16
161:17 162:3,10
162:11 163:25
164:8,11,12,18,24
165:5,8 166:12,23
167:3 168:6
183:10 208:20
232:15 233:5,10
235:19,21 236:12
236:15 237:13,20
238:5,15,21 239:5
239:9
**e-mailed** 73:16
**e-mails** 29:6,7
31:10 32:5,8
38:23 39:2 45:18
65:15 108:22,23
108:24 164:17
172:2 240:5,7,9
240:11,23 241:7
242:3,4,15,22
243:3

**F**

**F** 263:2
**fabrication** 32:19
33:22 34:11 36:15
36:16 137:23
**face** 66:17 256:4
**facetious** 227:24
**facility** 136:7,13
150:9,11 152:24
153:3,11 156:23
157:24 158:7,10
158:14 159:17
168:14,16 173:11
176:9 251:10
253:5
**fact** 140:3,8 171:11
176:25
**facts** 6:18 35:9
59:13 60:20 64:23
65:11
**faint** 97:4

**fair** 203:14 209:6
**fall** 209:8
**falsely** 189:4,5
**familiar** 9:5 37:18
37:20 44:14 77:19
79:17 87:21 138:9
138:14 241:24
**family** 78:21
**famous** 52:16
**far** 21:3 79:15
144:4 223:22
224:2
**farm** 16:23
**faster** 101:20 117:2
**favorable** 77:20
**Fax** 2:7,14
**fear** 260:22
**February** 4:20
238:22 239:5
243:7
**federal** 216:13,21
218:18
**fee** 223:24
**feel** 29:20 37:15
56:2,17 78:20
154:12 160:17
162:9 171:2
230:16 231:16
**feeling** 82:22,24
**feet** 74:22
**felt** 57:13,15 170:13
176:14 193:16
212:12 217:15
219:15,16 227:14
248:4 261:16,25
**fewer** 79:14
**fifth** 158:21 249:22
251:2,25
**fight** 222:21
**fighting** 222:14
223:3
**figure** 29:4 56:10
111:14 143:6
144:2 154:14,15
170:9,15 185:2
187:4 195:5

212:20 218:15,22
219:3 221:20
**figured** 101:19
225:6 259:15
**file** 140:19,24 144:6
240:13
**filed** 108:6 111:11
111:15
**files** 110:15,15
140:17 141:22
**fill** 162:16
**filtering** 109:20
**find** 41:2 50:7
112:25 116:4
132:21 201:22
215:16 236:20
241:12
**fine** 67:10 182:11
195:5 210:23
245:21
**finish** 35:5 95:15
165:13 243:17
**finished** 262:13
**fire** 90:10 257:16
**fired** 89:24
**firm** 4:21 6:16
115:13 206:14,18
222:6 238:17
239:6 248:10,12
**first** 6:8 14:15
27:14 33:20 35:19
36:11 51:10,12
52:4 53:22 54:2
63:15 73:23 74:23
75:2,8,9 81:20,21
81:24 82:6,15
87:19 90:22 91:6
95:8 98:16 101:2
118:21,25 120:2
122:19 126:6,15
128:9 145:17
158:18 159:7
166:16 169:8,10
169:19 170:4,7
170:13,16,19
193:24 230:13

259:8
**five** 14:8 16:20,21
39:22 129:13,17
**flabbergasted**
65:21
**flip** 39:13
**floor** 2:6 122:20,22
126:6
**floors** 122:11,13
126:15 145:17
**focus** 160:12 197:3
**focused** 217:6
**folder** 111:4 115:10
240:11,18 241:19
241:20
**folks** 15:25 86:20
238:16
**follow** 117:11
**following** 239:21
**follows** 6:9
**follow-up** 246:13
**foregoing** 263:8,12
264:4
**forever** 260:14
**forge** 187:10
260:18
**forged** 202:4
**forgery** 90:14
230:24 231:4,6
**forth** 60:23 151:11
263:11
**forward** 17:10
171:9
**found** 45:17 49:19
66:14 92:16 96:14
96:15,23 108:16
116:5 237:23
258:20
**foundation** 1:5 5:7
5:22 6:17,20
23:18 28:20 30:5
33:13 35:15 77:9
77:13,20 78:12
79:22 80:9 118:18
148:9,16 149:11
204:17 207:20



216:21
**Foundation's** 87:11
**four** 16:19 39:6
49:3,4,25 52:9
53:4 54:6 58:3
63:19 83:21 84:2
84:7,18,18 85:7
85:21 86:8,12
88:12 95:16 128:8
128:17 202:5,15
203:5,12 204:8
**fourth** 158:20
**four-minute** 210:20
**frail** 55:25
**frame** 120:2
**framed** 129:24
**frames** 119:24
**fraudulent** 260:9
**freaking** 50:5
**free** 258:19
**frequently** 210:16
246:16,20
**fresh** 181:23,24
**Friday** 103:4,9,16
**front** 4:6 17:5
25:14 137:3
162:15 186:24
200:6
**fronts** 109:2
**froze** 174:3
**frustrated** 248:6
**ftp** 239:22
**fudge** 121:16
**fudged** 121:19
**full** 27:22 38:2
78:24 87:24,25
156:10 162:16
199:2 240:18
248:15,17 252:19
**fully** 22:10 23:24
60:2,6 139:11
218:16 224:5
**full-time** 258:9
**fun** 164:25 233:22
234:17
**funny** 255:2,8

**furnished** 126:23
**further** 233:19
262:14 263:8,14
**future** 57:2

**G**
**gallery** 141:10
**gamut** 252:19
**garage** 16:24
**gather** 23:17 115:9
231:23
**gathered** 241:17
**general** 19:3
108:24 192:24,25
**generalization** 218:20
**generally** 28:24
100:24 157:19
**gentleman** 72:19
**gestures** 7:18
**getting** 18:22 45:5
45:6 61:7,8 79:9
81:17 106:13
151:18,18 154:12
173:9 222:11
243:11 248:4,7
**ghost** 89:23
**Ghostwriter** 43:18
43:21,24 44:9,12
44:20,22 45:2,20
46:4 48:18,24
49:5,12,16 56:23
57:5,22 58:10
62:20 63:2,12
76:22,24 84:18
88:3 89:5 94:7,11
95:9 97:13,17
104:7 253:18,25
254:6
**Ginexi** 13:23 14:11
147:17 161:25
163:23 166:21
175:12 192:4,21
193:11,15,18
**girl** 14:17 143:10
257:5

**girlfriend** 181:14
228:22,23,24,25
229:6,7
**gist** 27:25 60:5
**give** 8:16 12:8 13:4
17:19 67:2 113:20
113:22 114:8,19
115:5,13 183:19
183:21 201:21
208:3 210:13,18
221:6 237:14
244:13 261:10
262:12
**given** 13:18 165:11
183:17 184:19
205:18 237:7
241:11,14 242:8
242:19
**giving** 79:25 116:13
**glad** 225:3
**glean** 171:21
**go** 25:25 26:19 28:9
32:10,14 34:13
35:18 36:6 37:7
38:12 59:21 62:12
64:18 65:3 67:4
70:22 72:21 85:2
85:11 91:13 92:3
98:23 99:6 105:9
108:4 109:17
111:13 112:8
116:6,22 117:2,25
128:7,8,16,17
129:12,17 130:4
131:3 139:22
140:14 144:7
145:4,14 148:9,16
148:22 149:5
160:21 162:16
174:13,13 177:17
185:3 186:10,12
187:3,6 188:12
195:16 196:23
198:7,8,23 201:15
203:2,23 210:11
210:25 212:9

214:24 215:2,24
216:5 217:21
218:3,22 220:5,16
224:9,11,11 226:7
226:14 227:9
228:5,10 230:12
233:17 240:11
241:5 242:24
245:8 254:4
**goes** 39:7 90:24
139:10 187:21
188:25 197:10
255:4
**going** 6:17 7:2,12
17:9,10 18:3
25:24 31:19 36:21
50:6 53:16 54:15
54:25 62:15 67:6
70:5 76:15 85:16
85:17 86:2 100:9
105:9 106:3 117:2
120:3 121:18,25
124:13 127:12
135:7 140:9
142:12 149:16
159:7,8,9 160:21
161:14,23 166:10
168:7 169:16,17
172:9 173:6 174:9
177:15 182:6,6,13
182:14 183:15,25
185:3,10,11,20
195:16 197:2
201:24 212:21
215:15 218:4
223:22 224:14
231:5 235:2
242:11 245:8
248:6 251:15
256:22 257:13,23
258:6 260:13
**goings** 226:5
**Gonzalez** 3:23 4:14
14:22 16:15 35:11
64:24 128:5,14,20
129:20 147:13

149:4 175:10
176:21 177:11,12
177:18 178:11
180:19,21 181:7
186:20 194:14
196:12 197:6
198:13 209:24
211:17 214:21
215:6 216:8,17
217:10,25 218:2
219:19 223:14
224:25 228:16
232:18 233:5,10
234:22 235:22
236:14 246:15
249:25 253:17
255:16 262:5
**Gonzalez's** 33:5
35:16 126:21
130:9,13 186:23
202:20 211:15
**good** 6:14 17:21
40:24 66:22
116:16 118:6
153:10 174:12,14
194:9,18,19,24
215:6
**goods** 181:3
**gosh** 12:19 52:16
224:13
**graphic** 9:16,21
10:3 11:21 12:18
12:20 17:22 48:21
101:7,18 260:16
**graphics** 101:22
**great** 9:4 17:24
68:3,25 117:10
121:17 122:5
124:17 125:5
126:9 136:19
153:5 179:21
186:3,14 192:3
196:19 210:24
**Greetings** 239:20
**gross** 218:19
**group** 31:20 49:2



93:13 110:6
**guarantee** 237:22
**guess** 23:12 32:24
40:10,17 44:5
47:4 63:3 74:14
81:16 83:5 84:5
86:9 87:18 110:22
111:13 118:22
120:13 136:12
170:10 171:13
181:22 206:23
212:22 216:3
218:15 223:23
227:13 229:24
231:18 242:7
**gun** 201:8,13
**guns** 200:24 201:2
260:23
**guys** 116:24

———————
**H**
**half** 13:6 217:2
228:8
**hand** 263:19
**handed** 109:17
**handful** 24:21
245:18
**handle** 89:12 257:5
257:14
**handled** 77:25
177:8
**handlers** 175:3
250:23,25 251:9
**handwriting** 100:6
**handwritten** 99:25
**Hang** 17:19
**happen** 50:7 58:16
79:11 151:13
212:19 213:7
235:2 258:6
259:12
**happened** 81:22
141:12 221:8,17
224:3
**happening** 231:8
**happens** 228:24

**happy** 77:17,24,25
169:8 170:3
258:14
**harass** 255:21
**harassed** 256:19
**harassing** 257:17
**harassment** 261:2
**hard** 12:24 66:8
74:14 109:9,13
119:18 136:16
137:21 138:2,5
141:22 142:4
144:13 145:7
146:6,12,18
168:14 248:18
**harm** 232:5
**hashtag** 89:23,23
**hats** 9:22,25
**head** 146:24 149:18
149:22 162:2
**hear** 50:11 54:20
75:6 76:19 79:2
80:3 91:8 107:15
127:5 171:10
222:19 223:10
224:4 247:16,22
250:13 253:14,17
257:8
**heard** 15:21,23
51:7,8,10,14
55:18 58:7 59:6
64:13 73:24 74:24
75:3,8,13,17
79:12 83:2 84:4
87:17,18,18 90:10
192:13 203:8
222:20 247:5,9,12
252:2
**hearing** 52:17
223:11
**held** 120:10 121:4
**hell's** 217:18
**help** 10:7,9,22 55:2
79:10,19,22
209:21 231:22,22
257:20

**helped** 109:10
253:4
**helpful** 12:9 17:8
17:24 213:10
**helping** 101:23
232:3
**hereinbefore**
263:11
**hesitant** 193:22
194:6
**Hey** 51:19,20 74:18
74:19
**Hi** 52:21 129:22
181:20 239:14
**hide** 248:22,24
249:8,12 250:14
253:15
**higher** 160:20
**history** 55:13
**hit** 117:17 219:10
255:19 256:6
**hold** 17:15 19:12,23
19:23 22:21,22
25:21 40:25 58:24
60:2,2,25 103:10
118:8 143:25
168:12 204:7
210:17 220:11
221:5 226:19
244:25
**Holy** 242:23
**home** 8:11 162:17
**honest** 31:25
221:11
**honestly** 14:16 15:4
45:7 57:8 74:17
91:14 112:18
119:17 130:18
169:22 175:18
185:19 203:25
217:8,20
**hope** 49:3,4 52:9
53:4 54:6 58:3
63:20 83:21 84:2
84:8 85:7,21 86:8
86:13 88:13

105:17 115:18
129:2,3,23 131:24
137:16 153:23
181:20 202:5,6,10
202:16 203:5,12
226:10,17,20
227:11 250:6
**hopefully** 165:12
209:3
**HOPE's** 197:9,12
**hosted** 252:9
**hour** 25:10 103:5
**hours** 112:17,19
**house** 8:11 16:24
130:5,10,13
162:15 258:22
**How's** 76:14
**huge** 66:16
**hundred** 31:24
207:9
**hundreds** 74:6
108:14,14,15,15
196:2,2,7 202:5
202:20,22 203:16
214:9 244:24
252:17,17 255:15
**husband** 204:21

———————
**I**
**idea** 81:14 97:19
100:5 108:19
149:8 158:2
167:22 172:15
181:8 185:19
201:16 205:12
213:14,16 235:6
258:13
**identification** 26:18
68:19 92:2 96:2
99:5 100:22
124:21 125:21
128:15 133:7
137:5 142:17
161:18 164:9
166:13 180:2
186:9 196:22

233:8 238:8 239:7
**identify** 153:16
**ignore** 257:11
**Iko** 12:12
**image** 1:8 3:20,21
6:2 44:14 62:21
87:4,6,23 105:24
106:7,17,20 124:5
124:8,20 125:7,10
125:20 127:9
132:2 133:11,15
153:16 224:18
226:10 233:20
234:23 236:7
253:18 255:18
261:3,20
**images** 105:10,12
108:15,22 262:6
**imagine** 242:8
**implicit** 246:21
**inauthentic** 195:8
**inbox** 240:8
**include** 69:16
256:12
**included** 60:16
208:21
**includes** 252:24
**including** 43:17
61:21 109:10
208:13 249:20
**INDEX** 3:2,8 4:2
**Indiana** 3:18 11:18
12:2,23 32:19
33:23 34:11 36:17
37:9 38:13,19,25
39:10,17,24 40:14
41:12,14,17,21
43:17 44:19 45:22
46:20 47:14 48:7
49:9,15,23 50:15
50:23 51:23 52:11
53:2 54:3,14,21
56:5,7 57:3,21
58:9,9,25 64:10
71:5,9,20 72:8,16
73:14,16,21 74:4



74:13 75:13,23
77:3,8,12,16,22
78:15 79:4,6,22
80:8,16,24 81:7
81:12 82:8,20
83:11,13,24 84:6
84:14,15,16 85:5
85:20 86:7 90:12
90:18 97:20 99:3
102:12,16 103:16
109:4 111:3
114:24 115:8,22
120:10 131:18
137:23 139:13,17
147:24 153:17,20
159:20 160:9,11
160:12,14 161:2
163:5,7 165:19
167:16,21,22
168:3 184:13
187:22 188:19,23
189:2,5,17,24
190:6,10,25 191:6
191:10,15,24
193:20 197:12,16
198:20 199:11
200:12 227:20,25
234:20 247:2,6,13
247:19,22 250:15
252:21,25 253:6
258:25 259:23,25
**Indiana's** 43:16
45:3 46:4,8 47:12
48:4,6,24 49:6
51:7,14,17 56:24
64:6 73:24 75:3
76:4,8,11 80:19
81:8 89:9 95:6
97:10 99:23
102:15 103:21
104:2,8 158:4
185:5 187:10,15
189:4,16 191:2,11
191:25 193:23,25
194:7 230:25
**indicate** 187:24

**indicating** 189:4,6
**indirectly** 40:8
**individually** 112:16
258:7
**individuals** 20:17
20:19 29:17 40:16
78:2,15,17
**influence** 8:19
**information** 95:6
128:3 171:21
180:22 181:6
208:15 261:8
**initial** 244:17
**inner** 180:23
**input** 189:16
**inside** 148:7
**insisting** 57:23
**inspect** 251:22
**inspection** 132:14
**Instagram** 87:7,20
89:12 254:16
**installation** 94:19
**instance** 154:20
208:3,7
**instant** 21:12
**instruct** 113:12,19
250:14
**instruction** 35:21
193:12
**instructions** 113:23
114:7,20 115:6,13
241:11,14,22
**insult** 255:23 256:9
**intellectual** 43:6
**intended** 187:23
**intends** 203:6
**intentionally**
223:18 224:3
**interest** 91:4,10
**interested** 221:22
263:18
**interesting** 101:12
**intermittently**
100:8
**internet** 72:2
**interruption** 22:20

**interview** 101:4,6
101:13
**interviewed** 101:3
**intimidated** 246:17
246:21
**introduced** 125:14
**inventory** 138:3,19
143:5,9 144:14,16
144:18 145:5,7
146:7,12,19
147:22,23 156:10
159:15 160:2,15
160:22 161:2
170:17 176:3,7,8
176:24,25 184:7
184:11 185:14,17
**Invoice** 3:14 95:23
**involve** 11:25
213:24 219:19
243:13
**involved** 15:17,19
31:21 40:3,7,8,16
45:10 144:22
172:17 202:14
205:24 208:11
219:14,14,16
221:15 242:7,10
257:3,5
**involves** 12:22
21:16
**involving** 50:11
216:24
**iPad** 31:4
**irritated** 230:20
**Ishman** 173:10
**issue** 256:15
**issues** 59:12 208:5
261:2
**item** 94:7,18 95:3
139:21 142:4
**items** 155:12
159:19,20 161:8
188:12 212:6
245:4

_____
**J**
_____

**J** 264:2
**Jamie** 115:22
**January** 36:3
**Jenna** 14:17
**jerk** 80:14
**job** 9:23 10:15
90:13 101:3,6,8
175:9 182:7
257:12
**John** 221:24,25
222:3
**joke** 91:18,18 170:5
170:8,13
**jpeg** 18:18
**July** 158:20,21
159:13 162:12
163:10 165:9
167:7 172:4
**jumping** 155:22
**June** 4:16 169:2
233:7,14
**Justine** 2:20 5:13

_____
**K**
_____

**Kate** 14:14 89:15
89:16 101:20
254:17,21
**Katonah** 71:16
249:21 250:25
251:19 253:10
258:16
**keep** 25:21 44:16
119:18 138:19
155:22 175:7
242:22
**kept** 143:24 255:7
**kind** 10:9,14 15:6
17:23 23:9 42:7
54:18 69:22 76:16
79:24 80:5 91:15
98:19 101:24
115:2 138:19,21
139:6 144:21
155:4 175:22
176:4,13 177:6
208:22 213:17

214:3 219:11
221:15 229:24
242:13 257:15
**kinds** 74:9 248:8
**kitchen** 10:12
**knew** 57:10 83:8
169:16 182:17,22
182:23 183:6
258:6
**know** 6:25 7:7 9:21
10:6,7,11,13
12:25 14:18 15:4
16:4,23 17:2,3,10
18:4 20:7,22 21:3
23:11 25:5,10
31:18 32:25 33:11
36:14,22,24,24
38:2,2,21 39:3,3
40:13,18,25 41:13
42:17,18,20 43:11
43:21 46:13 47:4
50:3 51:21 52:14
53:10,12,13,14,16
53:19,19 54:12,12
54:13,15,25 55:2
55:9,9,10,11,19
55:19,19,20,22,25
56:15,15,18 57:7
57:11 59:2,25
60:2 61:4,5,5,16
62:14 63:7 64:13
65:14,24 68:11
70:2,7,7 71:4 74:7
74:7,9,19 75:5,16
76:16 78:23,24,25
79:12 80:3,13,18
81:18,22 82:13
83:3,4,6,8,10
84:14 85:13,15
87:19 89:11 90:4
90:21 91:14 93:3
93:9 94:19,21
95:4 98:18,19
100:4,13 101:9,21
101:22 102:10



103:25 104:21
105:12 106:4,14
106:21 108:18
109:3,4,6,7,12,20
110:11,16,20,21
111:9,9,9,12,17
111:25 112:13,17
112:19,20,24
114:22,23 115:7,8
115:9,10,20,23
116:3,18 118:20
118:21 119:18,22
121:21 126:19,22
126:23 129:6
130:15,18,21
131:11 135:14,22
138:20,21 141:11
141:12,16 143:22
144:3,5,5,15
146:9,9,10,14,15
146:17 148:18,19
149:14 150:17
154:11 155:13,17
156:3,11,11
157:15 158:16,17
160:7 164:21,22
168:17 169:3,11
169:15,22 170:21
171:20 172:18
173:4 180:22
182:17,20 183:23
184:2,4,4,9,10,11
184:20 185:4,6,20
188:11,22 189:13
192:10 194:25,25
195:6,24 196:7
197:24 199:14,20
200:23 201:11,17
202:22 203:2,7,16
203:23,25 204:4,4
205:14 208:8,11
208:18 209:2,2,22
212:2,24 213:3,8
213:11,12,16
214:4,6,6,11
215:20 216:2

217:4,6,8,18,19
217:19,20 218:23
220:20 221:13,18
222:15,22,22,24
223:6,7,19,21,25
224:3 225:11,18
225:18,19,22
226:5 227:17
229:13 230:8,11
230:21,23 231:9
231:18,22,22
234:11 235:9,10
236:25 237:3,5,7
240:12 241:6
242:12,24 243:11
243:13,15 245:11
250:24 251:3,5,5
251:16 252:18,19
253:23 254:7
255:7,25 256:21
257:6,8,14,22,22
258:4,5,9 259:9
260:14,25 261:21
261:23
**knowing** 255:9
**knowledge** 6:18
  16:6 49:8,11,13
  58:19 123:14
  126:20,24 149:11
  178:15,20,23
  185:12,15,16
  230:24 250:5
  258:15,18
**knows** 184:20
**Kyle** 173:10

——————
**L**
**labeled** 20:3
**laid** 17:13
**language** 221:23
**laptop** 92:19,23,25
  93:7 96:16,24
  109:21,23,24,25
  110:4,8,13,20
  140:13 145:2
**large** 159:20 203:7

**late** 36:20 70:14
  172:3 242:11
**lately** 105:6,7,22
  161:12
**law** 6:15 206:14,17
  238:17
**lawsuit** 6:20 108:6
  108:11 111:11,15
  113:3 183:3,24
  206:22 249:14
**lawyers** 32:6 33:17
  113:25 116:7
  204:24 207:4
  224:25 242:5
**laying** 237:23
**learned** 171:5
**leave** 121:12
  167:11
**leaving** 14:18
**left** 30:6 97:12
  160:8 250:2
  253:12 261:3
**legal** 1:22 5:14,15
  15:12 177:8 207:6
  212:13 219:17,20
  221:23 240:18
  261:10
**legalese** 212:3
**letter** 206:13,15
**letting** 39:3
**let's** 13:19 17:18
  26:20 32:16 33:19
  37:7 38:12 42:8
  42:17,19,20 43:12
  44:16,16,16 51:11
  67:14 95:20,20
  96:3 99:6 112:2,2
  116:6 125:17
  128:16,17 135:20
  136:22 137:9
  149:15 153:20
  155:19 160:12
  168:11 174:12
  180:6,9 185:24
  186:4,10 192:25
  198:7,8,8 200:18

210:25 214:14
  217:21,22 220:5
  220:16 224:11,11
  226:7,14 228:5,7
  228:10 233:2,17
  235:14,15 238:24
**Liar** 180:24
**Lieberman** 217:7
**life** 181:2
**lifetime** 187:23
**light** 98:18
**lighter** 98:15
**liked** 212:19
**likewise** 119:15
**Limited** 1:5 6:21
**line** 90:12 94:7,18
  95:3 119:22
  157:17 216:12
  265:4,7,10,13,16
  265:19 266:3,6,9
  266:12,15,18
**lines** 52:20 164:25
**link** 69:17,19
  239:16,21,25
  240:4
**Lipson** 180:25
**list** 12:6 105:10
**listening** 81:19
**literally** 67:7
**litigation** 69:21
  124:9 204:17,20
  205:11 209:17,25
  211:16 212:17
  216:20 249:2,10
**little** 71:24 80:5
  86:3 100:24
  103:12 115:3,4,15
  115:17 121:5
  129:23 157:19
  185:9 196:25
  197:9 236:24
  237:5 257:9
**live** 16:3,5 181:15
**lived** 20:25 258:22
**lives** 123:10 133:23
**living** 20:8,20,21

123:12 258:15,18
  260:13
**LLC** 2:12
**LLP** 2:5 5:12
**load** 141:3
**locate** 241:15
**located** 10:25 93:12
  123:2,7,16,20
  126:17 131:7
  140:4 144:3,14
  145:9 149:12
  155:6 156:7,12,18
  161:4 178:21
**location** 124:23
  125:23
**lodge** 7:11
**log** 140:14
**logo** 226:17,20
  227:11,15,15
**long** 63:9,9 60:4
  95:11 111:15,20
  112:4 143:23
  155:24 163:13
  165:11 230:7
**look** 22:24 25:15
  30:21 34:17 35:21
  53:20 54:12 56:13
  61:10 66:8 71:25
  76:15 110:18
  139:22 144:7
  145:4 168:11
  176:3,7 181:23
  195:8,11,12 198:9
  203:24,24 212:10
  220:17 230:12
  236:19
**looked** 23:6 29:5
  31:12 92:22 94:12
  96:18,24 110:9
  111:24 112:21
  129:24
**looking** 29:7 60:11
  76:17 78:5 80:12
  87:23 88:9 96:13
  109:13 110:14
  111:20 112:16,23



113:21 115:18,19
115:21 142:25
144:19 171:9
172:3 181:23
185:13 201:25
204:12 208:14
217:23 218:2
220:6,11 221:5
225:12 243:24
**looks** 63:12,18 64:4
64:6 87:8 88:11
89:3,7 93:18 94:6
97:10 98:3 129:2
136:17,19 151:20
153:10
**lose** 182:7
**lot** 9:22,25 15:7
33:7 36:25 37:5
52:18 72:22 80:15
86:21 143:11,11
149:8 224:5
251:16 252:22
**lots** 15:21 159:20
**love** 4:17 107:4,6
155:9,11,13,15
156:7,17,22
233:21 234:3,24
235:24 236:7,8,16
238:5 257:12
261:14,20 262:5
**Lucy** 40:22,25 41:2
41:7
**Luke** 119:5,14
**lunch** 72:21 116:19
116:23 117:7

———————
**M**
**MA** 2:13
**machine** 43:25
44:12,15 45:8,13
45:16 53:9,21,23
54:7,16,22 55:2,4
55:13,15 56:5
57:11,24 62:23
63:4,7 76:3,7
81:13 82:12,13,19

83:12,14,20 84:11
86:12 87:24,25
88:2,6 89:5,24
94:11,14 97:17
98:12 197:23,23
**machines** 98:6
**Madison** 2:6
**MAF** 124:10
**Magna** 1:22 5:14
5:15 19:3
**mail** 239:16
**main** 9:23,23
**Maine** 210:11
212:22
**maintain** 138:22
184:10
**maintained** 143:16
252:6
**maintaining** 143:19
**maintenance**
138:25 139:6
**majority** 56:17
116:23
**making** 133:19
260:9 261:14
262:5
**Malone** 229:4,9,17
229:19 230:14
**man** 30:20 50:17
75:14 230:9
236:18
**manufactured**
139:8 237:9
**map** 26:5 68:6
120:25 179:19
**mark** 26:12,13
27:11 66:23 68:14
91:22 95:20 98:14
98:24 100:16
124:13,17 125:17
128:9 133:2
136:22 142:12
151:22 161:15
164:5 166:2 167:2
168:7,8 178:25
179:9,22 180:6

186:4 196:15
200:19 232:23
233:2 237:25
238:24
**marked** 4:23 18:12
26:17 68:18 91:25
92:6 96:2 99:4
100:21 124:20
125:15,20 128:14
133:6 136:21
137:4 142:10,17
161:17 163:14
164:8 166:5,12
168:9 179:25
185:23 186:8
196:21 200:19
233:8 238:7 239:6
**Markham** 2:12
5:24 24:11,18
25:5,11 27:8
33:14 114:6
**Marking** 3:17 99:3
**master** 11:11 13:23
**match** 247:9
**matter** 5:6 18:19
173:15 223:5
**matters** 18:21
**McKENZIE** 1:8
3:15 4:15 5:7,25
6:21 9:5,13 12:17
12:21 13:9,12,21
14:2,13 15:13
16:2 20:11 21:6
29:24 30:11 31:7
32:18 33:22 36:8
36:18 37:9,13
38:7,18,24 39:17
41:23 42:12,23
44:18,25 45:13
46:18 48:5,11,20
52:21 54:21 55:3
56:4,12 65:11
66:9 71:6 73:7,22
74:3,13 75:13,22
77:4,8,12 78:10
79:19,20,21 80:7

81:8 90:6,8 93:2
94:3 95:25 100:25
102:3 103:21
113:2 114:2 116:9
120:17 138:22
139:18 140:20
141:15 142:10
143:18 147:5
155:15 156:7,17
162:6,25 163:2
164:19,24 167:4
167:18 168:2
169:6,13,19 170:2
170:12,18 171:10
172:19 175:14
178:20 181:18
182:20 183:8
184:16 187:9
188:15 189:3,15
190:5 191:5
192:20 193:12
194:20 198:17
200:23 201:12
202:4 203:8,11
204:16 205:11,17
206:5,9,21 207:3
208:5,13 209:16
211:16 212:16
213:5,24 216:21
219:7 222:10
223:2 226:16
229:20 230:7
232:3 233:7,11
234:2,5,16,23
239:15 240:10
246:16,20 247:6
247:10,13,20
250:2,13 253:4,14
254:11 256:19,20
257:16,25 260:10
260:23
**McKenzie's** 3:12
10:17 16:11 19:18
54:10 58:23 68:7
68:17 88:4 89:5
89:19 94:11

104:13,16 118:19
120:11,22 123:2,3
123:8,16,21
125:14 126:16
137:22 139:4,12
141:23,24 146:8
149:6 154:22
155:7 156:23
157:11,23 158:14
159:2 170:6 171:4
171:24 176:25
178:5,8,13 187:19
190:2,9,22 191:22
193:20 200:13
201:8 204:24
209:25 219:20
222:3 228:22
**mean** 9:19,21 10:14
11:19 12:7,24,25
13:3,18 15:8,20
17:3 22:17 23:23
27:23,24 29:19
30:15 31:9 36:14
36:16,25 37:2,3
37:25 38:5 39:25
40:10 42:3,7,16
43:2,4,8,9 44:4,4
44:14 45:12 47:4
47:5,21 50:10
51:18,21 53:20,24
54:17,24 55:16,18
56:2,13,16 58:15
59:24 60:5,12,22
63:3,6,15 64:7
65:14,24 66:11,17
70:13 73:9 74:6
74:15,17,21 75:14
77:5,6 78:2,4
79:16 81:12 82:19
84:12 85:12,20,22
87:16,17 88:11,14
90:19 91:15,19
95:2,12 96:13
98:10,22 101:11
102:18,20 104:3
104:24,25,25



105:2,7,20,21
108:5,17,19 109:6
109:16 110:6,19
110:22 112:9,10
112:18,19,20
113:4,7,8 114:6
114:11,11 116:11
116:12 117:3
119:6 120:13
130:20 132:23
139:14,22 140:6
140:10 141:5,8,18
141:25 142:2
143:3,4 144:20,21
145:3,24 148:19
151:9 152:6 153:7
153:17 155:4,11
155:25 156:9,25
158:3,21 159:11
159:18,18,23
160:6,10 168:5
169:7,10,21 170:5
170:11,20,25
171:7,8,13,13,19
172:15,22,23
176:13 182:4,12
182:14,15,23,25
183:3,5,9,11,14
183:14,25 184:18
184:25 185:8,10
185:19 188:9,11
188:21,21 189:12
190:14 192:8,11
192:18,18 193:8
194:2,11,11,16
195:4,11 197:19
199:14 200:25
201:4,4 202:18
205:15 207:12,14
208:2,4 209:10,12
209:18,20 210:9
210:13 211:20
212:8,18,18,25
213:8,10,12,13,19
214:2 216:19
217:15 218:10,10

218:14,23 219:2
219:10,11,13
221:17 222:24
223:20 225:12
229:23,24 230:5
230:19,22 231:3,4
231:5,9,11,16,21
234:14 235:5,12
236:18,19,24
240:15 241:7,8
242:7,12,18,22,22
242:23 243:4,10
248:20 253:8
254:9 255:9,10
256:15,16 260:8
260:13,14,18
261:11 262:7,8,8
262:11
**means** 42:25
100:13 207:10
223:25
**meant** 158:3 177:7
220:24 221:21
227:23 228:4
**medications** 8:19
**meet** 42:17 66:9
69:15 101:2
162:14 247:2
251:8
**meeting** 24:5 72:25
119:6 258:5
**member** 78:21
**memorandum** 24:7
**memorializing**
94:10
**memory** 78:8,24
**mentally** 230:3,20
**mention** 32:11
123:19 258:11
**mentioned** 9:24
11:4 20:14 23:7
30:8 32:12 48:10
53:8 54:23 64:8
65:18,22 70:19
73:20,23 74:23
75:25 78:14 79:18

108:21 120:6
122:25 126:14
146:22 158:25
170:2 174:22
211:9,14 222:9
227:16 247:12
250:23 251:24
252:24 257:25
261:13
**mentioning** 87:22
**mess** 220:25
**message** 21:10,24
31:21 129:18
173:9 180:14,19
183:11,13 184:15
186:4 197:5,6,17
198:9,12 216:8
**messages** 3:22 4:12
4:13 29:3,10,14
29:16,16,23 30:3
30:6,10,14 31:2,4
31:7 32:5,8 36:7
36:10 37:12 38:17
45:18 127:17,22
127:25 128:12
186:7 196:11,21
199:7 214:10,20
219:18 226:3
227:7 255:16
256:2,16 262:10
**messenger** 21:12
**met** 50:23 71:9 72:8
72:13 146:25
247:4,8
**metal** 162:17
**Michael** 1:8 3:15
5:24 6:21 9:5,13
29:23 30:11 71:6
77:3,8,12 90:6
94:3 95:24 162:21
198:17 205:11
215:15 239:15
240:10
**mid** 172:3
**middle** 215:5
**Middletown** 103:7

133:19 136:7,14
150:12 152:24
153:3,12 156:24
157:24 159:17
160:9,15 173:11
251:10 253:5
**Mike** 29:19 31:11
31:21 36:16 37:6
39:3 40:17 46:24
47:21,22,23 50:6
50:12,15 51:19,20
53:10,18 55:16
57:7 65:19 66:10
66:17 74:8,19,20
79:10,18 82:22
84:12 85:15 86:15
91:17 94:3 109:5
109:16 111:15
131:11,13 169:24
171:17,18 176:13
182:5,12 183:12
202:24 203:3
204:21 205:14
207:12 219:22,23
220:3 221:2,3
222:20 225:2,17
226:5 229:10,25
230:4,18 231:13
235:3,12 236:23
237:5,9 240:24
243:13 247:5
249:12 254:4
256:21,23 257:2
260:10 262:3
**Mike's** 36:20 47:22
125:3 132:11
133:22 158:5
164:16 181:14
210:3 248:20
**mind** 52:15 67:3
84:13 127:7 179:8
**mine** 129:7
**minute** 17:20 67:8
174:7
**minutes** 70:3 174:4
174:5 244:22

**misapplication**
230:25
**missing** 12:15
**mistaken** 234:21
**mm2uwords**
164:21
**mm2u4@aol.com**
164:23
**Modern** 236:17
237:10
**moment** 31:17
66:20 67:2 118:7
179:20 201:22
**moments** 68:11
**Monday** 70:15
**money** 219:2
247:20
**months** 137:9
**Morgan** 1:5 5:6,21
6:16,20 23:18
28:20 30:5 33:13
35:14 69:14 77:9
77:13,20 78:12
79:22 80:8 87:10
87:19 118:18
148:9,16 149:11
204:17 216:20
247:14,20,23
249:19,19 251:13
**Morgan's** 247:17
**morning** 6:14
69:15 70:21 215:6
232:15 238:15
244:22 245:15
**move** 43:12 58:21
157:16 253:4
**moved** 21:4 134:4
135:21 136:3,6
137:12 141:10
146:13,15 149:24
150:2,8,14 151:5
151:8,9,10,16,25
152:4,16,20,23
153:12,15,24
154:2 155:10
156:13,22 157:5



157:23 158:6,9
159:16 160:3,15
172:23 253:4,6
**movement** 136:8
168:13
**moving** 42:5 248:9
260:21
**multiple** 49:22
93:14,15 98:5
104:24 122:11
247:21
**Museum** 236:17
237:10
**Museum's** 71:19
**mute** 117:17,18
118:5
**muted** 211:10,11

**N**

N 2:2
**name** 6:14 14:16
40:23 53:3 54:5,7
57:22 58:11 64:11
76:4,8,12 80:25
82:9 83:25 84:7
85:6 86:7 103:22
103:25 104:2,8
229:6 241:24
265:25 266:25
**named** 14:17 17:11
181:10 228:25
239:10
**names** 175:6
**nasty** 131:14
**National** 131:9
**nature** 205:5,10
**necessarily** 15:19
**necessary** 206:3
207:2
**ned** 220:2
**need** 7:6 10:13
18:17,18 54:5
72:3 86:4 130:5
151:13 167:10
173:13 174:5,8
177:16 178:24

184:10,24,25
195:6,23 205:20
206:7 219:25,25
231:18 242:13
244:9,14 245:9,17
257:2,20
**needed** 23:17 33:14
40:11 50:7 80:10
131:14 149:2,3
212:7 256:24
**needs** 80:2 209:21
209:22 231:23
**Negating** 218:4
**neither** 75:11
263:14
**nerve** 51:4
**never** 14:24 33:10
45:19 46:3 55:18
58:18 59:4,6 60:6
64:9 83:2,8 84:4
84:11 90:10 91:19
99:19 104:10
132:22 138:7
184:19 189:14
192:13 193:24
200:6 212:20
221:3,4,10 223:4
223:8 224:5
231:15 235:2,3
253:23 254:4
255:3 259:14,18
260:19
**nevertheless** 7:13
**new** 1:2 2:6,6 23:21
24:3 30:13,19
38:22 127:20
139:20 150:12
216:13 224:25
225:12,17
**nice** 55:21
**night** 70:14 92:14
96:10 99:14
127:15 195:21
196:9 198:15
**Nikas** 119:5,14
147:2 148:3,8,15

149:10 169:13
175:16 176:22
177:13,19,24
178:7,12,21 181:2
**nine** 48:3 64:19,19
125:7
**Ninety-five** 12:19
**nod** 7:18
**nods** 146:24 149:18
149:22 162:2
**nonresponsive**
31:14
**nonverbal** 7:18
**Notary** 1:17 263:19
263:24 264:22
**note** 4:23 70:2
**notes** 3:19 24:7
25:16 100:2,4,5
100:20 204:12
**noticed** 90:23
137:19
**November** 1:18
4:19 5:8 199:8,20
236:12 238:7
263:20
**number** 5:5 17:11
28:11 32:17 35:22
37:8 38:12 39:5
39:22 41:10,19
43:13 48:3 58:21
59:11 66:9 92:6
125:18 133:3
136:23 157:25
163:14 179:23
185:25 187:5
196:16 214:12
235:3 238:2

**O**

**oath** 8:13,16
**objection** 61:14,21
84:22 85:10 91:12
114:9 201:14
205:6,20,20 206:8
207:5 209:14
240:25

**objections** 7:11
**observation** 246:23
**observe** 15:12
116:9 149:4
177:12,18,24
178:4,11 222:13
**observed** 64:9
95:17 149:7 191:4
191:9,13 192:20
193:11
**obvious** 155:4
**obviously** 260:6
**occasion** 15:20
**occupied** 20:23,24
**occur** 100:8,12
171:12
**occurred** 50:9 53:7
57:4 71:6 136:8
**official** 258:5
**officially** 9:9
**offsite** 37:17,18,23
**oh** 12:19 14:24
21:22 50:17 52:16
60:25 67:9 75:14
87:8 93:19 97:2
100:16 112:17
117:19 121:9
135:5 146:2
152:10 153:5
169:21 173:12
175:4 176:12
194:17,23 199:16
204:8 211:23
215:21 219:8
220:13 223:4
224:13 227:12
230:9,16 234:7,7
236:18 242:6
243:19 261:18
**okay** 6:24 7:6,9,10
7:14,15,16,23
8:12,18,24 9:9,12
10:21,25 11:8,17
11:21,25 12:4
13:14,16,25 14:5
14:25 15:25 17:21

18:22 19:12,20
20:2,11,14,19,22
21:2,5,10,15,23
22:4,7,14 23:21
24:6,10,13,16,25
25:3,8,18 26:8,10
26:23 27:2,4,7,12
27:21 28:2,5,8,19
28:24 29:10,22
30:25 31:6,12,16
31:17,23 32:9
33:9,19,19 34:15
35:13,18,20 36:2
36:6 37:7 38:6,12
38:23 39:5,12,14
39:21 41:4,9,19
42:6,15 43:10,12
43:14,21,24 44:11
44:16,19,24 45:12
45:19 46:7,16
47:7,11,25 48:10
49:14 50:16,20,23
51:6,16,23 52:2,5
52:11,23 54:3,9
54:20 55:23 56:7
56:13,22 57:2,20
58:2,5,8,14,17
59:9,11,16 60:17
62:11,17,18 63:2
63:10,16,19,24
64:3,8,16,21 65:3
65:10,18 66:3,19
67:9,14,21 68:6
68:13 71:9,17
72:5,12,15,23
73:4,13,20 74:2
75:20,25 76:10,25
79:21 80:18 82:5
83:3,18 86:5,16
87:6,10,13,22
88:3,8,22,24 89:4
89:8,11,16,19,22
90:4,7,17,24
92:12,18,25 93:6
93:11,16,19 94:4
94:10,14,18,25



95:8,20 96:9 97:7
97:12,16,20 98:7
98:10 99:12,15,20
99:25 100:7,14
101:6 102:6
103:15,20 104:15
104:19 105:9,16
105:17,24 106:2
106:20,23 107:2,4
107:7 108:4,8,13
108:21 109:9,15
109:24 111:8,17
112:14 113:5,22
113:25 117:19
118:23,24 119:4,8
119:11,14,22
120:4,5,6,9,10,18
120:24 121:20
122:13,16,19,25
123:5,14,19,25
124:8,12 125:8,13
126:9,20,25
127:12,21,25
128:5,7,19,25
129:6,8,11,11,22
130:4,22 131:3,4
132:5,8,12 133:8
133:14,20 134:13
134:17,20 135:14
135:16,18,23
136:8,11 137:15
137:18,20 138:2,5
138:17,24 139:3
141:6 143:18
144:10 145:5,19
146:6,11,22 147:7
147:10,19 148:25
149:15,17,21
150:2,14 151:4,8
151:24 152:14,25
153:5,15,21 154:2
154:4,19 155:9,19
155:21,24 156:4
156:14,21 157:8
157:21 158:9,13
158:18,25 159:4

159:15,22,25
160:13,17,22
161:10,23,25
162:6,8,11,14,25
163:8,12,18,21,24
164:4 165:3,8,11
165:18,22 166:19
166:22,23 167:2,9
167:18 168:7,18
168:21,25 169:5
170:18 171:7
172:2 173:17,24
174:9,22 175:12
176:19 177:15,22
178:7,24 179:11
179:13,18 180:6,8
180:9,16,21
181:15 184:6
186:3 187:8,14,21
188:4,7,15 189:10
189:22 190:5,12
190:22 191:4,9,13
191:18,24 193:3,5
195:18 196:11,14
196:23 197:5,15
197:19 198:6,8,12
198:19,22 199:3
199:10,13,16,23
200:11,17 201:12
201:19,21,24
202:10 203:11,14
204:9,19 205:4,7
206:20 208:24
210:21 211:9
214:14,20,23
215:3,12,23 216:4
216:7,12,17 217:5
217:22 218:9
220:5,6,16,18,19
220:23 222:9,13
223:12 224:7,11
225:4,10 226:2,4
226:7,8,12 228:3
228:7,12,16 229:5
229:8,11,19
231:25 232:6,11

232:22 233:2,14
233:17,18 234:2
234:12 235:7,11
235:16,24 236:4
236:10 237:21
238:24 239:20
240:7,20 241:2
243:5 244:2 245:7
245:22,23 246:11
248:9 251:12,13
252:8,13,23
255:14 257:2,24
260:21 262:17
**old** 29:5 30:14
90:13,18 229:13
229:16
**once** 16:14 36:13
67:8 71:13,14
82:19 102:23
118:20 166:23
201:11
**ones** 81:11 114:4
**ongoing** 72:10
**online** 117:13 252:9
**open** 25:20 69:19
130:21 245:2
**operated** 104:5,7
104:10
**operation** 104:10
104:11,12 180:23
**operator** 192:11
**opinion** 55:8
**oppose** 61:21
**opposed** 29:16
130:13 161:5
**order** 168:23 169:2
171:11 184:24
241:15 251:25
252:2,3
**organize** 158:4
**organized** 138:20
185:2
**organizing** 213:14
213:17
**original** 17:4 98:18
99:19

**Originally** 55:5
**Osvaldo** 3:23 35:11
64:24 128:13
**outcome** 81:14
263:18
**outlines** 24:6
**outside** 9:20 14:2
15:6,8 123:23
131:7,17 135:24
140:10 148:6
150:5,9,15,20
152:16 206:6
250:6
**overbroad** 61:14
**overhear** 75:21
**overheard** 49:22
71:5 74:4,12 76:2
76:22 77:3 78:10
78:14 81:7 82:7
82:15 83:17
**overhearing** 73:5
73:20
**overly** 217:13
**overtures** 256:13
**owed** 247:20
**ownership** 201:8
**owning** 201:2
**owns** 139:15
200:23
**Oz** 4:14 14:22 16:4
16:15 20:25 29:14
29:16 31:5 34:10
35:15 59:8,10,18
66:5,14 128:5
147:14 148:18
169:23 170:22
171:17,17 175:22
177:11 180:19
181:20 182:5,17
192:13 196:12
205:3,3,13 211:18
219:15,24 220:7
222:21 223:2
224:4 225:15
227:12 232:16,17
233:5,10 234:25

235:7,22 237:3,8
237:23 246:14
249:25 250:5,14
253:11,15,17
255:16,19 256:22
257:8,17 258:9,13
258:15 260:22
261:4,14 262:5
**Oz's** 32:24 175:8
210:4 235:6
254:12
**o'clock** 210:21
**O.G** 128:3

**P**

**P** 2:2,2
**pack** 185:2
**packing** 165:13
**page** 3:3,10 4:5
27:14 28:10,12
34:14 35:18 39:7
39:7,14 59:21
62:13,15,22 64:18
64:19,19 65:4
128:8,17 129:13
129:17 186:12,13
187:5 196:24
198:8 199:4,7
201:22,24 214:24
215:5 216:5
217:21 220:5,16
220:17 224:11,19
224:20 226:7,14
228:6 233:17
265:4,7,10,13,16
265:19 266:3,6,9
266:12,15,18
**pages** 196:3,7 199:3
214:9 244:24
252:17 255:15
264:4
**pain** 192:9 242:9
**paintings** 46:21
233:22 234:13,18
**pants** 251:7
**paper** 17:5,16



19:13 134:18
**paragraph** 187:4
  201:25
**part** 10:15 15:3,3
  27:16 40:5,19,19
  53:15 60:13,16
  90:13 94:22
  133:24 143:15
  148:2 155:3
  158:16 177:23
  188:24 197:3
  214:4 217:7
  240:18 241:16
  248:5 250:21
**partially** 126:23
**participate** 260:9
  260:20
**participated**
  111:18
**participating** 40:13
**particular** 49:24
  57:25 61:13 66:3
  75:7 82:3 83:14
  143:21 204:22
  208:14 218:24
  240:9 244:16
  261:12
**particularly** 91:16
**parties** 5:17 6:20
  250:15 263:15
**parts** 32:12 112:8
**party** 73:6 252:10
  252:11 263:16
**part-time** 14:19,20
  85:16,17 258:10
**passing** 75:15
**pay** 218:4 223:24
**PDF** 18:18 28:10
  28:12 59:21 62:14
  64:18,19 186:12
  187:5 201:24
**peggy** 181:10
  228:18,21,24,25
  229:2,3,4,7,9,12
  229:13,16,17,19
**pen** 17:5

**pencil** 3:19 62:24
  98:13,14,20
  100:20
**pending** 7:8,14
**people** 14:19 47:6
  108:18 114:5,21
  206:24 223:25
  241:25 248:12
  251:17
**people's** 185:6
**percent** 13:3 31:25
  98:2,10 110:12
  159:18,24 160:2,3
  160:14,18 207:9
**percentage** 12:16
  12:21 159:15
  161:4
**Perfect** 224:22
**period** 35:23 36:3
  51:5 111:23
  149:20 152:7
  154:10,17
**periods** 155:23
**permission** 48:5
  58:10 64:10 83:10
**person** 13:20 17:22
  21:21,23 24:23,24
  25:7 38:11 42:14
  46:15 50:9 55:10
  71:10 72:8,13,25
  89:11 231:17
  240:22 241:24
  247:2,4,8 256:7
  256:10
**personal** 110:22
  230:23 241:7
  261:8
**personality** 91:15
  255:10
**personally** 47:15
  245:9 261:6
**phone** 3:23 21:19
  21:23 24:23 30:14
  30:15,16,19 38:22
  50:14 51:2,5,19
  54:4 73:14,21

74:3 127:18,20
  128:13 222:16
  247:5,10
**phonetic** 143:10
  173:10
**photo** 3:24 4:6 26:3
  40:11 87:9,10,15
  133:6 137:3
  140:24
**photograph** 106:5
  139:9 140:25
  142:4
**photographed**
  106:5 109:2
  139:11
**photographs** 109:8
  109:10 114:24
**physically** 42:4,9
  110:8
**ph:one** 18:4
**pic** 4:17 235:25
  238:6
**picked** 7:19 51:19
  252:20
**picture** 18:5 63:11
  125:24 128:21,25
  144:4,8 179:4
  199:15 218:11,21
  227:20 228:2
  236:23 237:17,20
**pictures** 72:21
  85:20 111:2
  115:19 234:20
  237:24
**piece** 17:16 63:14
  63:16 90:23
  106:14 157:14
  193:25 197:22
  237:11 259:24,25
**pieces** 56:11 157:25
  197:24
**pile** 109:17
**pissed** 182:8 221:16
**pjarlicense@AO...**
  164:12
**place** 42:11 129:25

**places** 92:22
**Plaintiff** 1:6 2:4
**Plaintiff's** 3:10 4:5
  26:16 68:16 91:24
  95:22 99:2 100:19
  124:19 125:19
  128:11 133:5
  137:2 142:15
  161:16 164:7
  166:11 179:24
  186:6 196:20
  233:4 238:4 239:4
**planning** 70:9
  168:3 182:21
  185:16
**plate** 221:12
**play** 86:24 88:17
  206:21
**played** 88:19
**please** 6:5,25 7:17
  19:9 86:20 117:17
  118:8 180:21
  226:25 239:21
**point** 20:5 30:10
  66:11 81:17
  131:11 144:17
  151:10 169:11
  170:16 172:24
  194:16 224:8
  256:18 257:24
  261:4
**pointed** 111:5
**pointless** 217:3
**police** 91:5,11
**poop** 216:9 217:10
**portfolios** 167:10
  167:20,21
**portion** 177:25
**position** 9:14
**positive** 143:13,14
**possession** 139:13
  252:15
**possibility** 235:4
**possible** 30:13
  71:25 109:16
  156:9 237:4

242:18
**possibly** 32:13
  36:14 202:23
**post** 254:16,22
**postdates** 189:11
**posted** 66:24 67:17
  255:4
**post-date** 189:2
**potential** 76:3
  184:17
**potentially** 183:8
**practice** 55:14
  243:5
**precise** 155:23
**predated** 33:4
**prefer** 116:20
**prepare** 22:7,14
  23:5,7,21 24:6
  25:12,16
**prepared** 68:8,10
  193:19
**preparing** 184:4
**presence** 171:24
**present** 2:18 5:18
  36:4 119:20 120:7
  146:23 147:4
  174:23 175:2
**presently** 203:5
**press** 86:24 88:17
**pressure** 98:2,11,14
**pretty** 75:14 78:19
  101:19 114:11
  139:7 141:9
  143:13,13 209:11
**prevent** 8:2,20
**previously** 108:9
  247:9
**primary** 40:15
**print** 102:19
**printed** 105:3
  144:16 154:24
  188:10,14 200:2
  204:3,3 252:19
  259:9,10,17
**printer** 11:11 13:24
  14:15 105:6



192:10,11
**printer's** 50:4
105:7
**printing** 10:7 11:5
101:23 102:22
155:13 233:21
234:12,17
**printout** 252:13
**prints** 90:13,18
233:22 253:23
**prior** 31:2 38:21
45:5,6 75:6,15
103:6 107:6
137:10,16 183:10
192:23 200:9,10
222:3 227:17,17
228:24 263:4
**privilege** 206:9
207:22 209:8
**privileged** 206:4
208:12,22 209:5
**probably** 33:7
42:25 50:2,19
53:10 55:25 59:24
71:25 98:2,4
104:25 105:25
107:3 111:14
112:9 114:22
115:25 141:20
144:16 148:5
155:3,8,12 200:2
201:3 202:18
205:12 215:25
223:9 225:16
236:17,20 242:25
**problem** 70:18
194:12 223:15
224:24 256:14,24
**process** 163:9
202:7,11,14
**produce** 23:17,22
24:3 28:6,21,25
29:15 32:5 33:4
108:10 109:11
206:24
**produced** 31:11,22

32:25 33:2 61:16
69:20 70:19 79:9
109:12 124:9
139:8,16 162:9
196:6 236:17
245:14 255:14
**production** 60:19
62:9 69:14 70:3
92:13 96:10 99:14
127:14 141:9
144:22 161:24
163:22 166:20
180:12 195:21
232:14 235:19
238:14 244:18,21
244:24
**productions** 62:2
245:5
**proffer** 215:15
**program** 138:19
140:6
**projects** 219:22
**proofs** 50:3,4
**property** 3:12 11:2
16:3,5,8,18 17:11
17:12,13 19:17
43:6 66:10 68:7
68:18 112:8,13
116:7 118:19
120:11 126:18
131:7,18 132:9
136:13 137:13,24
141:24 144:14
145:10 148:2
153:12 154:5,5
155:16,18 156:23
157:23 158:14
160:3,11,23
165:20 168:4
169:14 176:9
177:2,20,24
181:16 249:21
250:25 251:20
253:11 258:16,22
**prospect** 212:16
**protocol** 254:5

**provide** 29:12
33:16 208:16
241:21 242:5
245:12 247:23
248:15
**provided** 29:14
33:17 80:24 82:8
84:17,24 85:6,8
248:17
**providing** 15:12
64:10 82:10 83:13
**public** 1:17 233:23
235:9 261:25
263:19,24 264:22
**puck** 162:17
**pull** 66:25 86:17
95:20 96:3 124:3
127:2 133:9 142:6
161:13 165:25
179:19 180:9
186:11 197:24
201:20 232:10
235:15 238:9
**pulled** 99:13,18
108:14,21 110:23
115:2 127:13,13
195:20 232:14
235:18 237:8
238:13
**pulling** 11:10
108:19 127:7
**purchase** 94:5,11
185:13
**purchased** 94:14
98:5
**purpose** 17:4
147:20 159:5
175:24 176:15
**pursuant** 251:25
**push** 257:13
**put** 10:13 19:6
25:23 60:23,24
61:2 74:14 92:4
100:14,18 115:10
121:3,5 125:7
126:10,11 130:23

131:19 133:3,19
134:14,20 135:14
137:15 144:10
154:17 163:15,16
165:24 168:10
176:9 185:21
195:17 200:20
204:13 212:6
232:7 235:14
238:2 244:7,8
**putting** 11:9 69:25
112:14 172:20
179:8 241:19
**p.m** 118:11,13,13
118:15 174:16,18
174:18,20 211:3,5
211:5,7 244:19
246:2,4,4,6
262:19,22

———————————
**Q**
———————————
**question** 7:3,8,13
21:17 22:10 35:5
40:24 78:4 86:2,4
91:8 134:12 149:3
156:3 177:16
194:4 208:25,25
209:11 243:18
250:22 259:20
**questioned** 84:11
259:14,18
**questioning** 119:23
157:17
**questions** 6:18,25
7:11,17 8:21 9:2
17:9 69:11 70:23
82:14 171:15
206:23 230:6
244:3,13 245:4,8
245:19 246:13
248:9 249:17
254:2 258:24
262:15,16
**quick** 60:3 67:4
72:2 74:18 101:19
**quickly** 70:21

**Quinn** 2:5 5:11,21
6:16 249:17,18,20
**quit** 230:9,10

———————————
**R**
———————————
**R** 2:2 263:2 264:2
**rack** 11:10
**racks** 4:6 134:21,23
135:12,21,23,24
136:12 137:3
150:5,8,15,19
**Rakower** 2:5 3:4
5:20,20 6:13,15
18:10,15,20 19:11
20:10 23:2 25:22
26:4,6,9,13,19,22
27:11,17,19,20
28:9,14 34:13,16
35:2 39:13,15
46:2 59:20,22
61:19 62:4,12,19
64:17,20 66:22
67:6,11,14,21
68:2,14,20,25
69:24 70:22 71:2
81:5 84:23 85:4
85:24 86:17,23
87:2 88:17,21
91:11,21 92:3,7,8
96:3,5,21,22
98:23 99:6,8
100:16,23 107:16
107:19,20 113:15
114:17,18 116:15
117:5,10 118:16
121:9,14,22,24
122:4 124:2,4,13
124:17,22 125:6,9
125:16,22 126:10
126:12 127:2,6,8
128:7,16,18
129:12,14 130:23
131:2,19,21
132:25 133:8,10
136:20 137:6,8
142:6,8,18 144:10



144:12 161:13,19
163:13,17 164:5
164:10 165:23
166:4,9,14 173:21
173:24 174:12,21
176:20 178:18,19
179:7,14,18,21
180:6,10 185:21
186:3,10,14,15
187:3,7 195:14,19
196:15,19,23
197:4 198:7,11,23
199:5 200:18,22
201:18,20 202:2
204:13,15 205:7,8
206:11 207:15,19
208:24 209:15
210:19,24 211:8
214:7,14,16,24
215:4,24 216:4,6
227:6 228:5 232:7
232:12,23 233:2,9
235:14,17 237:25
238:9,12,24 239:8
241:10 243:17
244:2 245:20
262:16
**ran** 70:17
**random** 65:15
**react** 258:13
**reaction** 171:4
**read** 2:12 5:24
27:22 60:3 62:7
195:23 197:2
204:10 227:2
264:4
**reading** 192:15
**ready** 68:21 181:22
246:11
**real** 60:3 67:4 72:2
74:18
**realized** 60:13
**really** 12:11 29:18
29:20,20 36:15,17
36:25 40:5,24
43:8 75:8 95:14

135:3 141:18
143:5 144:22
170:23 198:14
209:18 212:13
213:3,12,13
221:14 227:25
228:2 230:19
244:10
**realm** 9:20
**reason** 8:2,24 91:20
202:19 216:22
265:6,9,12,15,18
265:21 266:5,8,11
266:14,17,20
**reasons** 44:2,3
230:4
**recall** 25:17 45:7
52:4 54:3 56:19
56:22 57:2,20,23
58:8 71:7 72:7,14
72:23 73:4,10,25
74:2 75:16 76:6
76:10,19,25 77:7
77:11,15,16,22
79:5 81:10,12,25
82:7 83:12 85:12
87:24 95:19
107:25 118:24
119:4,6,8,11,16
120:18 121:3
132:12 154:20
158:19,22 172:18
172:19 173:2,7
175:2 186:21
196:6 201:17
214:12 247:19
252:3,4 254:19
**receipt** 94:4
**receive** 70:13
162:11 179:15
180:14,17
**received** 22:11 32:3
61:3 62:8 108:8
167:6 244:17,20
**receptive** 256:13
**recess** 69:4 118:12

174:17 211:4
246:3
**recognize** 27:2
51:16 59:23 64:3
65:6 68:4 88:24
88:25 92:15 96:12
97:7 99:17 100:6
124:23 125:23
132:5 133:14
142:19,20 195:22
**recollection** 36:7
163:9
**record** 5:4 35:7
69:2,7,25 118:2
118:10,14 121:7
121:20 174:13,15
174:19 177:16
210:25 211:2,6
244:6,7,9,16
245:6,17,25 246:5
262:18 264:6
**records** 138:6
144:14,15 145:6,7
146:7,12,19
**red** 4:6 125:4
132:10 133:20,22
134:21,24 135:25
137:4
**refer** 41:6 97:24
**referring** 32:20
33:12 34:2 90:5
165:18 167:15,19
181:7 198:17,19
216:17 221:25
223:19 225:10
229:3,17 261:20
**refers** 39:23 95:4
**reflect** 141:14
199:23
**reflected** 139:3
170:7
**reflects** 139:12,17
190:19 191:6,14
**refusing** 53:12
193:12
**regard** 42:19 61:25

70:6 80:8,18 81:6
107:9 113:5
114:20 115:6,13
253:21
**regarding** 6:18
37:13 38:18 39:17
41:16,17,23 42:12
42:22 44:25 57:4
58:3 72:25 73:8
76:7,11,21 77:2,8
77:12 81:8 114:23
205:10 239:15
245:4
**regards** 23:12
**regular** 10:11
243:5
**regularly** 75:21
**relate** 36:10
**related** 35:9 64:22
69:13,21 78:2
**relates** 60:20
**relating** 32:18
33:21 137:22
138:3
**relationship** 100:25
**relayed** 205:17
**relevant** 35:22 36:2
242:4,4,16,17
**reluctance** 56:4
**remained** 160:2,23
**remember** 14:16
37:2 50:21 52:13
52:15,19,23 53:2
53:6,24 54:2,9
56:16 57:8 75:7
80:5,24 85:16
86:20 95:12
109:19 111:2
119:17 172:4
175:20 177:4
193:10 225:11,12
225:13 234:25
248:2
**remind** 10:6 229:5
**remotely** 4:23 7:24
263:6

**renovate** 159:7
**rent** 20:16 258:19
**rental** 19:19,19
**rentals** 20:15
**reopen** 245:2
**repeat** 77:10 85:3
189:18 212:2
241:13
**rephrase** 7:2
248:23
**report** 13:11,14
**reporter** 1:17 5:15
6:5 7:17,20 18:12
19:5 26:11 34:24
45:24 81:3 86:19
96:19 107:13,17
113:13 117:25
118:7 166:2,8
180:3 263:4
**Reporter's** 4:23
**represent** 5:19 6:16
60:14 92:12 96:9
99:12 127:12
161:23 163:21
166:15,19 180:11
188:8 195:20
232:13 235:18
238:13
**representation**
80:11 139:7
**representative**
249:18
**representatives**
249:18,19
**representing** 206:2
206:18
**represents** 188:16
249:19
**request** 5:11 7:7
9:20 23:19 27:15
29:9 30:4 34:18
37:8 38:12 39:22
61:13 64:22 69:12
80:11 112:22
158:5
**requested** 28:16,20



29:21 32:23 35:15
248:16
**requesting** 80:14
**requests** 30:12
32:11 34:25 35:9
36:11 45:25 81:4
93:15 96:20
107:14,18 113:14
**required** 168:23
**research** 57:7
**reservation** 61:24
70:8,10 244:4,15
**reserve** 61:20 70:6
244:25
**residence** 10:17,23
10:25 16:11,14
19:18 120:13,16
120:22 123:3,8,17
123:21 125:3
126:16,18,21,22
132:11 133:23
134:23 135:8
146:8 148:9,13,17
149:6,13 151:15
152:2,20 153:2
154:9,22 155:7
156:8,19 157:11
161:6,8 178:5,9
178:13,22
**residences** 20:17
**respect** 17:13 43:6
47:19 81:9
**respond** 56:7,12
218:9 229:11
**responded** 195:3
**responds** 239:20
**response** 23:18
29:2 33:5 54:10
61:11 107:22
181:9 220:19
223:13
**responsible** 143:19
**responsive** 30:4,12
69:23 110:2
112:16 240:23
241:12,15

**rest** 87:9 112:12
**retain** 234:24
**retained** 111:16
207:24
**retired** 15:11,11
**return** 19:13
173:25
**review** 23:4 61:17
65:8
**ridiculous** 65:16,23
**right** 11:2,15 13:18
13:19 16:9,12,15
20:23 22:12 28:13
29:24 33:13 34:3
35:21 36:13 42:9
42:21 43:9 45:8
48:12 50:12,17
59:20 61:19 62:9
63:22 64:15 67:19
68:25 69:24 71:23
72:3 73:24 74:21
79:5 82:16 83:23
84:4 87:3,25 88:9
88:16 91:21 92:6
92:9 93:23,24,25
102:16 104:8
109:11 114:16
118:2 122:10
123:3,18,23 128:3
129:12,18,19
130:8 131:6 132:2
132:25 133:17,25
134:8 149:15,24
150:6,9 151:6
152:7,17 155:16
158:7 160:5
161:20 165:9,22
165:23 167:14,23
168:12,13,18
171:24 175:17
178:17 186:16
187:2,16 197:6,13
197:17 199:17,24
200:9,15 201:22
203:20 204:17
209:9 210:24

211:17 216:11
217:25 221:25
222:7,11,12
223:23 226:11
228:5 229:13
231:11,16 234:24
236:11 245:17
246:13 249:6,22
250:19 251:10,14
253:7 255:8,16
256:2 260:8
**rights** 42:21 43:3,6
61:20,24 70:6,9
70:10 244:5,15,25
**Robert** 11:18 12:2
12:10,23 32:19
33:23 34:11 37:9
38:19,25 39:10,17
39:23 40:14 41:11
41:14,17,20 43:16
43:16 44:19 48:4
48:6 58:24 64:6
64:10 71:5,9,20
77:3,8,12 89:8
97:10 102:11,15
103:16 114:24
115:8 120:10
139:13,17 165:19
167:16 197:12,16
198:20 199:11
247:2,6 252:20,21
**Rodriguez** 14:17
**role** 206:20
**roll** 223:9
**Ron** 12:12 252:20
**room** 8:6 151:12
**Rosenbaum** 40:4
141:11
**ruled** 218:5
**run** 30:16
**running** 36:20
141:8
**runs** 102:4 197:22
**Ryan** 2:5 5:20 6:15
27:13 61:6 67:3
91:9 216:25

ryanrakower@q...
2:8

_____
**S**

**S** 2:2
**sake** 7:16
**Salama-Caro** 78:18
**Salama-Caros**
247:14
**sale** 39:9,17 40:13
137:23
**sales** 39:20 138:5
144:13,15 146:12
146:19
**sample** 98:3
**sat** 110:9 213:2
**sauna** 20:5
**saw** 44:19 66:14
95:8 116:16 148:4
148:6 177:25
178:3 203:7
**saying** 23:16 40:12
42:17 52:21 54:15
58:15 77:23 78:19
80:2 81:12 113:16
211:18 230:4,15
230:18 243:13
255:7
**says** 28:15 32:17
59:11 89:22 94:17
97:12,20 100:7
139:19,21 141:20
162:14 165:11
167:9 181:20
187:9 197:8
200:25 203:4
215:6,12 218:2
220:8,20 223:15
224:25 225:3
226:23 228:16
233:19 236:11
246:16,20
**scan** 98:17
**scanner** 98:19
**scanning** 98:22
**scheduled** 70:4

244:23
**school** 52:17
101:11
**SCOTT** 2:19
**screaming** 223:7
**screen** 25:24 26:24
28:11 67:19 86:25
87:4 92:4,10 96:7
97:5 99:10 117:18
124:6 125:10
127:10,22 128:19
129:19 132:3
133:11 136:16
137:7 151:19
161:21 163:19
166:17 186:17
192:10 198:24
214:18 243:24
**screw** 230:4
**scroll** 199:3 236:4
**sculpture** 4:17
131:8,23,24 132:6
137:16 202:14
235:24 236:8,16
238:5 250:6
**sculptures** 202:6,11
233:21 234:3,6,10
234:24 236:19,25
237:7
**seal** 47:2,5,8 48:16
48:17 104:4 194:3
194:7 200:5
263:19
**search** 109:25
111:8
**searched** 240:23
**searching** 145:4
**Seasons** 49:3,4,25
52:9 53:4 54:6
58:3 63:20 83:21
84:2,8,19 85:7,21
86:8,13 88:12
95:16 202:5,16
203:5,12 204:9
**second** 32:10 41:2
58:20 63:9 67:20



103:11 118:8,23
119:9 122:22
126:15 134:6,9
145:6,17 154:18
160:12 168:11,20
169:6,8 170:3
171:5,12 173:5,7
187:9 192:16
197:5 202:3
210:18 215:2
237:15 250:21,22
251:15,19 253:10
261:24 262:12
**secondly** 254:5
**secretary** 212:13
219:17 229:24
**see** 17:18,25 25:7
26:24 28:2,5,15
28:17 29:8 34:18
35:8,24,25 36:2
37:10 38:15 39:5
39:9 41:2 43:19
44:21 48:8 59:14
59:16 62:21,23
63:4,6,24 64:21
64:25 65:3,4
67:22,24 69:20
87:3,6,24,25
89:22 90:2,15
91:3,3 92:9 93:16
93:19,20 94:8
95:11 96:6 97:4
97:14,20,22 99:9
99:20,25 100:10
122:6,7 124:5
125:10 127:9,21
128:20,23 130:2,6
132:3 133:11
135:2,3 143:3
148:8,12 157:3
160:7 161:20
162:3,19,23
163:18,25 164:13
165:16 166:16,24
167:12 181:4,11
182:2 186:16

187:12 188:2
189:8,10,15 199:6
202:8 203:9
211:10,11 214:17
215:10,17 216:7
216:15 218:7,12
220:10,14,21
225:8 226:8,17,23
227:22 228:10,14
228:19 229:14
230:2 232:15
233:11,15,19,24
235:21 236:2,7,10
238:15,19 239:12
239:18,23,25
256:16 262:10
**seeing** 252:3,4
**seen** 44:11 49:5
59:24 60:6,12
63:13,15 64:9
88:4 90:9 99:19
105:14,21,21
106:4,5,9,17
107:5,6 138:7
142:22 146:18
157:2 164:24
189:14 190:5,8
202:15 234:2,5,8
234:16
**select** 240:9
**sell** 39:23
**selling** 184:7
213:24
**send** 18:7,11 19:2,4
19:24 40:12 179:4
207:13 212:6
236:14 237:24
239:16
**sends** 239:25
**sense** 156:13
195:13
**sent** 20:2 59:10
60:9,15 116:2,5
141:11 162:3,6
163:25 164:11
165:8 166:24

167:3 179:12,16
199:7 212:7 217:2
225:17 236:12
237:3 240:4
241:20
**sentence** 187:9,21
188:25 202:3
203:4
**separate** 123:11,13
123:22 251:13
**separately** 111:23
111:25 112:22
251:9
**September** 93:18
93:22 94:15
107:24
**series** 107:2
**seriously** 98:17
224:16 260:17
**served** 92:21
101:21 107:23
**serviced** 243:14
**Services** 1:22 5:14
5:16
**set** 86:18 114:15
139:5 225:3
263:11
**sets** 162:17
**settlement** 213:6,23
**settling** 212:17
**setup** 215:8
**seven** 41:20 133:9
**Seventeen** 186:2
**shadow** 18:23
**share** 25:24
**shared** 144:25
**sheet** 19:13 134:18
265:2 266:2
**shelf** 237:4
**Shelley** 217:7
**shelves** 133:18,21
134:4,14 135:11
135:15 152:5
162:17 165:14
**shipments** 151:12
**shocking** 66:18

**shoot** 17:18
**short** 116:20
**Shorthand** 1:17
263:3
**shortly** 111:10
**show** 25:11 31:6
63:8,8 86:25,25
141:10 142:5
198:25 237:12
250:2
**showed** 87:16
88:10 94:24
**shown** 27:8 142:9
246:14 254:16
**shows** 99:20
**shut** 184:2
**sic** 149:3 164:23
218:10 226:20
**side** 100:15,18
126:11 130:24
136:15 144:11
174:3 200:20
204:14 217:16,17
217:18 235:15
238:3
**sign** 45:2,20 46:4,8
46:10 48:6,24
49:6,24 50:6 52:6
53:3 54:5,7,15,22
55:9,22 56:10,24
57:22 58:11 62:24
76:4,8 84:18 85:6
86:12 90:13,18,20
90:21 104:7 189:4
193:22
**signature** 3:14,17
3:19 43:16 44:2,9
44:11,20,21 45:3
45:22 46:4,9,10
48:6,24 49:6,20
52:6 56:24 62:24
63:25 64:3,5,7
81:9 89:9,23
93:21 94:2 95:3,6
95:24 97:5,7,9,11
97:16 99:3,23

100:20 103:22
187:10 193:23,25
230:25 265:24
266:24
**signatures** 99:21
**signed** 44:8,12,22
53:14 64:11 76:12
80:25 81:10 82:9
83:25 84:7 86:8
89:4,8 189:5
193:24 223:16
246:15 253:23
**signing** 44:5,6
57:24 98:21
103:21,24 104:2
109:4 111:3,5
114:24 115:20
234:20
**signs** 46:20,20
**silkscreen** 101:10
101:17 157:13
**silkscreens** 102:9
102:15 157:10
202:5,15,21 203:6
**silk-screened** 204:6
**similar** 169:17
**Simon** 78:18
**Simoni** 69:17 114:6
115:12 220:8,23
220:25 221:9,16
221:24,25 222:3
222:10,21 223:3
223:17,17 224:2
249:5
**singing** 90:25
**single** 38:3 85:14
**sir** 124:16
**sit** 244:12
**site** 159:16 239:22
**sits** 50:12 74:20
**sitting** 183:12
232:2
**situated** 222:18
**six** 41:10 64:18
74:15 124:3
**six-year** 75:21



**sketch** 3:12 17:12
    68:7,17
**skill** 195:10
**slap** 66:16
**small** 15:21 17:2,3
    19:21,21 20:3
    171:19
**smashed** 30:16
**sold** 139:18,21
**somebody** 14:18
    105:14 128:2
    132:21 143:23,24
    257:12
**somebody's** 21:4
**something's** 106:11
    154:12
**sorry** 17:20 18:23
    21:16 23:14 25:19
    25:19 33:24 35:4
    49:9 64:19 67:20
    91:7 96:21 118:6
    125:3 127:4,6
    131:25 135:5
    136:15 143:25
    147:15 150:22
    152:10,10 157:8
    166:8 168:8 173:8
    173:17 177:15
    181:25 192:15
    193:7 198:24
    204:10 211:12
    225:20 227:4
    235:9 236:5
    241:13 243:19,23
    243:25 261:17,19
**sort** 17:12 42:20
    83:6 194:25
    219:19
**sound** 174:14
    241:24
**sounds** 65:24
    174:12
**source** 78:25 79:3,7
**SOUTHERN** 1:2
**space** 159:21
**span** 75:21 244:24

**spans** 36:3
**speak** 72:22 113:2
    113:25 139:14
    148:18 157:19
    183:7,9 184:8
    192:4,7 210:2
    212:3 221:23
**speakerphone**
    50:13 52:24 54:4
    74:8 222:18
**speaking** 253:3
**specific** 44:17
    75:25 78:4,6 86:4
    112:23 115:5,17
    150:18,24 187:23
    188:5 210:14
    211:25 212:20
    213:21 223:9
**specifically** 11:14
    11:23 37:23 76:9
    76:23 82:3,5
    113:7 114:24
    140:22 142:25
    152:6 157:20
    168:19 171:17
**specificity** 79:6
    81:25
**specifics** 258:12
**speculation** 241:4
**spend** 72:20 111:20
    112:15
**spending** 219:2
**spent** 14:21 70:16
**spoke** 113:9 246:25
**spoken** 51:2,4
    73:13 194:14
**spot** 134:20 159:10
**spreadsheet** 4:7
    142:16,21,23
    144:18
**stack** 203:7,15,17
    253:22
**staff** 111:18 147:8
**stamp** 46:22 47:6,8
    105:4 124:10
    187:10,15 188:12

    194:3,7
**stamped** 106:14
**stamping** 103:22
**stand** 53:17 90:21
**standing** 106:15
    109:4 116:11
    170:22 171:20
**start** 13:19 26:10
    26:20 32:16 33:19
    42:8,9 51:11
    100:9,12 112:2,2
    117:14 135:17
    153:20 155:19
    181:23,23 192:25
    206:18 217:22
    243:21
**started** 14:7,15
    45:8,9,14,14
    50:17,22 75:5
    101:4 230:9,13
    257:10
**starting** 165:12
    175:4 181:22
    187:8
**state** 5:18 86:11
**stated** 86:9,10
**statement** 246:18
**states** 256:17
**stay** 174:10 182:25
**stayed** 177:6
    219:13
**stencil** 43:17 45:2
    45:23 46:8,12,16
    46:19 47:6,8
    104:3,6,16,20
    105:3,15 106:19
    187:9,14 189:10
    189:16,23 190:6,9
    190:18 191:5,14
    192:9,21 193:12
    193:16 195:7
    197:16,21,23
    200:4,11 203:6,8
    203:12 258:25
    259:23
**stenciled** 105:14

    106:9,13 189:13
    190:20 191:7,16
    191:25 259:11
**stenciling** 103:22
    103:24 192:5
    194:15
**stencils** 187:22
    188:4,20 189:2,3
    197:9,20 198:14
    198:20 199:11,19
    199:21 203:18,22
**stenographically**
    263:10
**stepped** 222:7
**stone** 133:23
**stop** 100:9,12 118:5
    162:16 198:25
    218:11,20,21,22
**stopped** 172:23
    173:4 257:9
**storage** 37:9,15,19
    37:20 103:7
    120:14 123:6
    133:19 134:2
    136:7,13 150:9,11
    152:5,24 153:2,11
    156:23 157:2,4,24
    158:7,10,14
    159:16 167:11
    168:14,15 176:9
    251:10 253:5
**stored** 37:16,17,25
    38:8 135:18
**strategy** 209:17,19
    209:25 210:3,4
    211:16 219:20
    227:14
**stress** 79:3
**stressed** 78:3,3
**strike** 21:17 49:9
    157:9
**string** 199:7
**structure** 20:9
**structures** 16:17,20
    16:21,22 17:11,14
    19:16

**studied** 52:17
    101:11
**studio** 10:19,20,21
    11:2 13:21 14:3,6
    14:12,23 15:23
    16:3,8,9 19:17
    25:6 36:22 37:16
    37:21 71:15 74:21
    79:2 88:4 89:6,20
    92:19,23 93:9
    94:23 96:15,24
    101:9,9,10,17
    102:23 103:3,8,19
    109:23,24,25
    110:4,13,14,18,20
    112:7,10 120:12
    120:19 122:10,11
    122:14,17,20,23
    126:3,5,7,15
    130:11,20 135:21
    140:13 144:9
    145:11,16,17,21
    145:23 146:5,13
    146:20 148:5,7,7
    148:23 150:3,15
    151:5,11,15
    152:16 154:8,21
    154:24 158:10
    159:8 161:5,9
    167:9 171:19
    177:25 182:15,21
    185:7 193:20
    219:22 231:4
    237:24 248:11,18
    251:20 253:19
    258:2,3
**stuff** 37:4 109:14
    109:17,20 112:21
    114:25 115:3,23
    144:22 160:9
    167:22 184:12,25
    185:5,6 210:14
    213:13 217:2
    218:18 219:12
    221:23 230:23
    240:14,16,17,19



242:12,14,24
243:12,15 259:9
**subject** 223:5
**submitted** 93:14
186:20
**subpoena** 3:11
22:11,16 23:12,14
23:19 25:13 26:14
26:17 27:5 28:21
29:2 32:4,13 33:6
34:14 59:7,17
60:9,13,15,16,18
61:3,6,12 62:8
69:11 92:21 107:9
107:23 108:9
186:11 206:19
207:24 245:13
**Subscribed** 264:13
**subsequent** 74:2
76:7,11 79:13
82:18 83:9 184:16
**subsequently** 57:4
136:3
**substance** 8:20
**suggest** 80:7 226:16
253:17
**suggestion** 254:12
**suggestions** 227:19
**suit** 263:16,17,17
**Sullivan** 2:5 5:12
**summer** 253:5
257:25
**Sunday** 33:18
70:14
**super** 17:24
**SUPERIOR** 1:2
**supposed** 97:2
223:24
**supposedly** 177:8
**sure** 7:19 10:6
12:14 13:5 17:15
18:6,9,14,23 21:7
22:9 23:3,25
30:20 32:2,7
33:24 35:6 40:25
47:5 51:11 53:11

53:15 59:19 60:10
61:9 66:21 67:13
77:5 78:18 81:6
85:5,21 93:3
105:11,20,23
106:24 107:16,19
110:12 111:5,12
112:9 114:17
117:8,9,12 118:22
120:5 129:16
131:5 132:16,17
137:19 138:7
139:21 141:25
150:21 151:17
156:2 167:21
169:7,22,24,24
171:8 172:16,23
176:3,12,16 179:2
179:6,10 182:17
184:3,19 188:10
188:17 189:19
194:5,23 196:2
199:12 203:13,17
204:21 207:9
210:22 212:2
216:25 221:24
223:23 225:15
240:11 242:2,2
257:8 261:14
262:10
**suspect** 130:12
**sustain** 182:24
183:2
**swear** 6:5
**swindled** 248:5
**swindler** 180:24
**switch** 149:15
**swore** 8:13
**sworn** 6:8 263:6
264:13
**system** 139:20
140:11 141:2
144:17

---
**T**

**T** 263:2,2 264:2

**tab** 25:23,24 86:17
92:3 96:4 99:6
124:3 125:7 127:3
127:7 131:20
133:9 142:7
161:14 163:16
165:25 180:9
195:17 214:8
232:10 235:16
238:10
**take** 7:8 18:5 67:7
68:21,21 116:16
116:18 117:3
118:9 125:6
134:18 137:6
147:21 154:16
156:10 173:13
174:11 176:23
178:24 179:4
180:8 195:15
208:25 210:19,20
214:8,14 226:16
227:10,20,25
245:16 255:4
260:16
**taken** 1:16 5:10
69:5 87:7 92:13
118:13 127:17,19
134:13,15,22
135:9 144:8 154:4
154:7 161:24
163:22 166:20
174:18 176:8
177:2,19 180:12
182:16 211:5
246:4 255:15
263:10
**takes** 195:9
**talk** 21:5 83:4
100:24 137:9
145:5 149:16
159:4 168:18
171:10 185:9
212:22 254:21
261:14
**talked** 24:19 38:10

42:14 46:15 52:14
53:23 57:9 77:5
169:24 171:22
181:21 183:16
184:23 185:8
192:19 258:7
261:2
**talking** 22:23 25:9
37:16,23 44:13
51:9 72:20 74:7
76:20 79:19 87:15
131:24 140:22
145:24,25 149:7,8
152:6 153:6
164:22 170:23
171:20 177:4
178:16 183:10
184:9 192:23
197:15 204:8
207:14 208:23
215:19,21 216:2
224:4 228:9,17
231:18,19 234:25
249:16
**talks** 35:22 216:12
**tarp** 131:10 132:6
137:15
**tasks** 12:16,18
**tech** 116:17 117:12
241:23
**technical** 70:18
208:6
**Technician** 2:19
4:24 67:2,18,22
86:22 92:5 124:16
127:4 166:7
179:20 180:5
186:2,13 196:18
214:13 227:4
232:25 237:14,19
239:3
**Technology** 3:15
95:24
**tee-shirt** 251:6
**tel** 2:7,14
**tell** 7:24 8:13 24:17

47:14,23 51:22
71:18,18 79:24
80:16 81:15 86:6
88:15 101:5
112:18 115:16,16
117:4 123:9
132:16 136:16
149:10 169:13,19
170:12,18 171:16
175:6,19 176:22
176:24 177:12,18
178:7,21 182:22
188:15 201:5
205:15 212:8
217:15 219:6
249:12 251:21
253:14 255:11
260:22
**telling** 143:20
149:5 178:11
212:5
**tells** 220:3
**ten** 37:3 58:21
162:17 201:10
**ten-minute** 68:22
245:9,18,20
**term** 138:9,14
**termed** 211:15
**terrible** 98:16,17
**testified** 6:8 29:22
83:18 143:18
252:2
**testify** 8:16 22:15
24:8 27:5 28:3
228:17 231:20
263:6
**testifying** 8:3
**testimony** 263:9,13
264:6
**text** 3:22 4:12,13
19:8 21:10,24
29:3,10,11,14,16
29:16,18,23 30:3
30:10,14,25 31:6
31:20 32:5,7 36:7
36:10,16,18 37:12



38:17 45:18 47:7
128:12 173:9
183:11,12 184:14
186:4,7 196:7,11
196:21 197:17
214:10,20 217:4
217:22 219:18
220:7 223:12,13
223:15 224:20
225:7,14,18 226:3
226:23 255:15
256:2,16 262:10
**texted** 29:19 45:19
46:3,7,12 73:18
**texting** 37:5 128:20
173:20
**thank** 85:25 92:7
118:9 121:9,22
122:7 151:21
177:22 179:21
180:7 186:5
224:23 226:25
233:3 237:18
245:24
**Thanks** 17:17
69:24 86:21
162:21
**thing** 17:23 38:3
57:10 62:5 76:16
83:6 85:14 106:10
115:25 131:17
142:3 179:3
192:19 195:2
208:22 220:8,23
221:9 223:20
**things** 11:9 37:25
74:9 77:24 108:15
111:3,5 170:20
184:23 208:6
211:21 212:8,25
217:23 218:2
221:11 227:13
237:5 245:13
248:8
**think** 10:14 14:8,24
15:2,5,5 18:20

20:4,5,24 31:9,10
33:18 37:14 38:9
47:10 54:25 55:12
55:12 60:13 62:16
66:5 72:21 79:23
80:2 82:19 84:9
85:22 91:23 98:5
98:25 103:4,10,12
103:18,18 112:5
115:7 120:14
123:12 129:25
131:17 132:15
134:5 135:17
143:12,12,22
144:20 145:3,11
145:22 146:4
155:11 156:20
161:14 163:15
165:12 167:25
172:22 175:3,18
177:3 182:5,9
183:23 184:20
185:25 194:12
196:16 208:9
209:12 210:8,9,10
210:11 211:24,24
212:18,18,21
216:22,23 217:6
218:11,20 222:15
230:19 231:5
232:4 238:3,25
240:15,16 242:6
250:21 251:3
257:7 258:7 259:4
261:13 262:9,12
**thinking** 32:22 34:9
75:9 102:19
131:13 237:9
254:24 258:2
**third** 165:5 223:12
223:15 227:6
252:9,11
**Thomas** 115:22
**thought** 15:5 34:4
52:16 98:9 118:20
147:21 166:4,5

176:2 212:11,12
213:9 215:25
216:23 221:15
231:10 235:8
257:14
**threat** 90:7
**threatening** 201:5
**threats** 246:22
**three** 16:19 38:12
102:25 137:9
163:16 174:4
210:21
**three-minute**
173:21
**threw** 261:19
**throw** 261:23
**TIKVA** 106:20,21
**Tim** 13:23 14:10
66:17 191:19
192:4 204:21
258:7,8
**time** 5:9 13:18
14:21 15:16 35:22
36:3,22 42:17
44:13,17 51:6,10
51:12 53:22 59:25
62:8 63:5,15
66:13,23 71:6
72:7,9,12,20
73:23 75:3,8
78:25 80:3 82:21
82:23 86:2,20
87:20 90:22 95:8
103:2 106:22
108:4 111:22
112:15 116:16
119:24 120:2,3,9
121:4 122:9 123:8
126:13 130:8,16
131:4 132:13
134:8 141:9
143:23 147:4,11
148:4,6 149:20
151:12 152:6
154:10,17,17
155:5,14,19,23

156:5,14 157:6,12
172:11 176:10
179:4 184:3
187:18 199:10
200:7,12 206:19
210:15,15 244:11
250:8,18 254:12
255:18 259:12,13
259:22 263:11
**times** 7:10 10:5
15:15 24:21 48:23
49:25 51:8 52:7
53:4 54:5 71:12
78:3 93:14 108:20
201:7 247:13,21
**timing** 61:7
**Tina** 239:10,14,20
**tincanphone** 89:12
**tired** 218:25,25
223:11
**title** 11:12
**titled** 4:17 235:24
238:5
**today** 5:7 6:18 8:4
8:13 22:15 24:8
28:3 36:25 61:6
61:11 85:16,18
198:13 232:2
242:11 244:12
245:19
**today's** 22:7,12
24:10 262:19
**told** 84:6,21 85:7
169:24 182:20
188:19 192:8
193:15,18 194:20
194:22 201:2
211:22 217:10
225:15 244:5
256:18 260:10
**toll** 182:16
**ton** 242:21,25
**top** 93:20 97:12
100:2 127:21
197:3 198:9
220:17 224:20

236:10,11 241:25
**topic** 37:13 48:11
78:12 171:23
201:7
**total** 230:8
**town** 21:3 36:21
71:21
**track** 119:18
**trademark** 226:10
227:15
**trained** 192:12
**training** 94:19
**transcript** 263:9,12
**transfer** 41:20,25
42:3,4,9,10,20
43:2
**transferred** 154:21
**transport** 167:16
**transportation**
38:13,18,24 163:3
165:19 172:20
**transportations**
172:8,13
**transported** 168:15
**transporting**
163:10 168:3
**tricky** 98:21
**tried** 29:3 70:20
141:18 219:11
257:11
**trip** 158:18
**trips** 158:13,22
159:2,5 167:24
**Tristan** 12:12
**trouble** 221:20
**truck** 167:9,14,15
**true** 74:25 161:11
224:4 246:18,23
258:3 263:12
264:6
**truly** 81:19
**trust** 215:14 229:12
261:4
**trusts** 58:24
**truth** 8:13 143:20
263:6,7,7



truthfully 8:3
try 6:25 86:3,19
    111:13 131:14
    182:25 217:4
    221:20
trying 13:3 31:24
    53:18 67:18 70:16
    78:7,7 79:10,18
    79:21 80:14 95:15
    132:21 134:5
    143:6,11,22 144:2
    144:20 150:22,24
    154:13,14,15
    155:23 182:9
    187:4 193:9
    207:16,18,20
    210:9 217:16
    218:15,19 222:15
    225:11 227:2
    230:17 232:5
    254:25 255:8
turn 107:7 110:4
    117:21,22
turned 65:17 85:22
    225:2,6
twice 118:19
    201:11 249:21
twisted 154:12
two 16:19 17:2 37:8
    66:9 99:20 102:24
    122:15 149:23
    158:16 165:14,25
    199:3 202:6,10
    223:8 249:17
T200 94:8

_____ U _____

U 264:2
ugh 220:20
ugly 181:2 217:23
    218:3
Uh-huh 107:10
    116:8 119:25
    127:16 136:2
    137:11 141:4
    142:14 145:8

147:3 150:4
156:16 160:24
161:3 166:25
172:10,12 180:13
233:16 236:9
238:11 239:13
240:3
Uh-uh 219:8
unable 208:17
uncomfortable
    193:16 194:8
uncommon 55:20
uncover 30:25 36:9
underhanded
    230:18
underlying 6:19
underneath 221:6
understand 6:22,24
    8:12,15 13:25
    22:18 27:24 28:22
    32:13,20 34:2
    35:13 42:25 43:5
    47:17 55:24 60:7
    60:8,18,22 83:19
    83:24 102:3 108:5
    118:17 147:19
    175:24 181:6,20
    182:4 188:7
    204:16 217:3
    218:17 249:25
    252:8 253:11,24
    259:24
understanding
    15:10 22:9 23:24
    34:7 49:14 90:17
    102:6,17 106:18
    110:10 131:15
    132:19,24 176:5
    188:22 191:20
    202:23 213:23
    217:9 221:22
    231:25
understood 7:3
    83:20 168:2
    176:23 189:19
    221:10 224:6

undertake 33:3
undertaken 108:9
undertook 107:22
unhappy 78:15
uniforms 251:5
uninvolve 219:13
unit 103:7 133:19
    152:5 157:2,4
UNITED 1:2
units 17:3 19:19
    20:12,23
unsatisfactory
    215:16
unstable 230:3,20
untimely 61:22
unwilling 55:4
update 141:6
upload 239:21
    240:5,8,9
uploaded 240:8
upset 51:23 52:5
    53:3 54:18 65:15
    65:18,19 66:2,4,5
    78:19,22 182:5,18
    256:9
upstairs 112:11
    133:23
urban 12:12
Urquhart 2:5 5:12
USA 233:22 234:17
use 21:12 43:17
    44:7 45:2 48:16
    48:17 49:15 55:4
    55:13,14 56:5
    57:21 61:10 76:3
    76:7,21 81:13
    82:11,12,20,23
    84:13 94:24 95:9
    95:11 104:15,19
    110:22 164:24
    189:16 190:5,9
    198:3 227:11
    239:21 252:6
    253:24 254:7,9
    258:25
uses 46:16 50:13

98:12 187:9
usually 50:12 74:8
    251:6

_____ V _____

vague 154:14
    201:14
variety 44:2
verbatim 263:9
Vessecchia 1:15
    4:15,18 5:1,6 6:1
    6:3,7,14 7:1 8:1
    9:1 10:1 11:1 12:1
    13:1 14:1 15:1
    16:1 17:1 18:1
    19:1,12 20:1 21:1
    22:1 23:1 24:1
    25:1 26:1,23 27:1
    27:21 28:1 29:1
    30:1 31:1 32:1
    33:1 34:1 35:1,4
    36:1 37:1 38:1
    39:1 40:1 41:1
    42:1 43:1 44:1
    45:1 46:1 47:1
    48:1 49:1 50:1
    51:1 52:1 53:1
    54:1 55:1 56:1
    57:1 58:1 59:1
    60:1 61:1 62:1,5
    63:1 64:1 65:1
    66:1 67:1 68:1,3
    69:1 70:1 71:1,3
    72:1 73:1 74:1
    75:1 76:1 77:1
    78:1 79:1 80:1
    81:1 82:1 83:1
    84:1 85:1 86:1
    87:1,3 88:1 89:1
    90:1 91:1 92:1,9
    93:1 94:1 95:1
    96:1,6 97:1 98:1
    99:1,9 100:1
    101:1 102:1 103:1
    104:1 105:1 106:1
    107:1 108:1 109:1

110:1 111:1 112:1
113:1 114:1 115:1
116:1,21 117:1
118:1,17 119:1
120:1 121:1 122:1
123:1 124:1,5
125:1,11 126:1
127:1,9 128:1
129:1 130:1 131:1
131:22 132:1
133:1,12 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
161:20 162:1
163:1 164:1 165:1
166:1,15 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1,22 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1,16
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1,23 206:1,12
207:1,21 208:1,16
209:1 210:1 211:1
211:10 212:1
213:1 214:1,17
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1



230:1 231:1 232:1
232:13 233:1,6
234:1 235:1 236:1
237:1 238:1,6
239:1 240:1 241:1
242:1 243:1,16
244:1,11,18 245:1
245:3 246:1,11,17
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1
262:1 264:11
265:25 266:25
**Vessechia's** 3:22
128:13
**video** 3:13 7:24
86:24,25 88:18,19
88:22 91:25 92:5
117:21 118:5
**videoconference**
1:16 2:2
**videographer** 2:20
5:3,13 6:4 69:2,7
118:9,10,14
174:15,19 211:2,6
245:25 246:5
262:18
**videotape** 5:4
**Videotaped** 1:14
**view** 170:6,8 219:7
**vinyl** 197:22
**violence** 201:13
246:22
**virtually** 5:11
**visit** 73:5,11 78:22
118:22,25 119:5,9
119:15 120:4,7,9
121:5,8 122:2,9
126:14 131:4
134:4,6,9 136:9
137:10,16 146:23
147:20 148:3
149:17 155:5,20
156:5,6,15 157:12

160:25 168:19,22
169:6,8,8,10,12
169:16,17,20
170:3,4,8,13,16
170:19 171:6,12
173:5,7 174:24
175:25 176:23
177:23,24 178:2,4
249:24,25 250:14
250:19,21,22
251:19,21,25
253:10
**visited** 118:18
**visits** 119:20 175:4
249:17 251:16
**vivid** 81:20
**vividly** 50:21 52:15
**voice** 51:7,10,14,17
52:18 73:24 75:3
247:9,9
**vs** 1:7 5:7 6:21

─────────────
### W
**wait** 67:15 77:10
152:15 174:10
189:18 204:7
**waiting** 67:5
215:14
**waived** 206:9
**walked** 112:12
175:19
**walking** 112:11
**want** 19:5,7,15 21:5
25:23,23 32:10,14
36:6 44:7 46:20
48:13 58:21 62:6
62:12 70:2 82:23
84:14,15 90:21
100:24 106:12
107:7 108:4
114:14 116:18
117:4,25 119:23
131:3 139:9 142:5
149:19 152:25
157:18,18 163:16
176:16 189:18

194:17,21,23
197:25 213:10
215:13 219:10
220:17 221:11,20
223:10,21 226:21
227:11 244:4,7
245:6 248:25
249:9,13 257:4,6
257:21,22 262:4
**wanted** 39:4 46:24
61:9 69:9 79:8
101:25 110:23
204:10 211:19
213:20 221:14
234:23 238:9
240:21 256:21,23
**wanting** 12:6
**wants** 198:14
**Warhol** 103:13
**wasn't** 15:19 36:23
40:5 50:10 54:11
55:12 58:5 60:25
61:2 72:22 77:20
77:24,25 79:9
81:18 103:6
116:11 118:22
143:4 144:22
170:2,16,24
172:17 176:3
182:11 213:21
218:23 221:13
242:13,25 248:5,7
259:20
**watched** 88:22
**wave** 190:16 200:2
**way** 17:19 21:15,25
47:11 50:7 54:24
77:21,24 86:11
89:7 106:3 131:22
138:20 141:5
151:3 155:14
189:21 194:22
200:10 212:14
214:5 222:18
228:4 235:12
257:15 261:17

**ways** 103:20
**wear** 9:22,24 251:5
**weather** 132:20
**web** 142:2
**website** 140:14
240:5
**Wednesday** 5:8
**weed** 198:4,4
**weeding** 197:8,20
198:2
**week** 21:4 24:20
95:14 103:6,6
112:19
**weeks** 24:18 102:24
102:25 112:6
**weirdly** 261:17
**went** 29:3 30:2
130:17 167:25
182:10 240:12
242:15,19
**weren't** 79:14
130:11 143:8
190:13 193:20
250:18 256:12
**West** 2:13
**we'll** 19:13 26:10
26:19 32:9 41:6
53:19 58:20 61:11
61:16,19,20,23,23
61:23 64:15 66:19
69:23 70:8,8
98:24 100:18
151:22 152:8,8,8
168:18 173:13
174:13 192:16
**we're** 67:5,6 86:12
103:13 115:18,19
115:20 178:16
195:15 201:24,25
205:25
**we've** 12:5 81:11
105:2,3 129:24
**Wharf** 2:13
**whined** 56:9
**whining** 54:18
75:10 80:15

**white** 157:14
**Whitney** 71:19
72:9
**wish** 255:3,3
**wishes** 215:6
**witness** 6:2,5 18:17
18:22 19:7,23
22:21 57:16,18
67:3,9,13,24
68:24 114:16
116:25 117:8,16
117:19,24 118:4
121:12 146:24
149:18,22 162:2
173:8,17,23 174:6
176:19 179:11
206:25 210:17,23
226:24 227:2
237:16,21 238:11
241:2 243:19,23
245:22 263:5,19
**witnessed** 63:5
**wondering** 34:5
**work** 7:4,21 9:7,10
9:17 10:2,3 11:21
11:22 12:11,20,22
13:16 14:22 20:20
36:24 40:14 46:17
48:21 53:18 67:11
68:23 89:16
102:15 112:19
173:25 181:18
184:5 209:20
213:4,20 214:5
221:4 229:9,19
230:7 238:16
256:23
**worked** 13:8 14:6
14:12 16:2 38:5
44:15 46:25 89:19
93:10 103:12
193:10
**working** 9:14 44:17
50:17,22 51:9
75:5 103:14
106:16 201:10


MAGNA
LEGAL SERVICES

219:23 251:8
**workings** 180:23
**works** 32:19 33:23
34:12 36:17 37:9
41:12,14,18,21
43:17 48:7 58:25
68:24 77:2 116:3
117:6 135:19
141:5 189:4,5,6
203:7 214:2
233:23 239:10
253:6
**worried** 195:7
230:14
**worries** 166:9
211:13 244:2
**worth** 37:4
**wouldn't** 40:12
45:4,10,15,16
54:21 84:12
156:20 179:8
195:11,12 229:12
231:5,9 254:8
262:4
**wow** 52:18
**write** 23:23 24:2,2
239:9
**writer** 89:23
**writes** 180:21
**writing** 237:2,17
**written** 45:11 61:11
**wrong** 194:13
259:5
**wrote** 23:14 91:15
135:15
**Www.MagnaLS....**
1:24

───────────

**X**

**X** 1:5,9 121:3,6
**XYZ** 36:24
**X-Acto** 198:3

───────────

**Y**

**ya** 162:19
**yeah** 10:18 11:6

13:7 14:24,25
17:7 28:13 30:24
31:3,18 32:22
33:14 38:5 41:4
48:13,17 55:5,5
60:4,5,6 63:6,14
65:14,16,19 66:2
67:6,9 74:5 77:6
79:16,23 83:3
86:23 87:8,8
88:10,12 92:16
93:3 95:5 102:20
105:22 107:15
108:17 111:4
113:4,11 114:13
115:15 116:12,25
119:6 127:19
131:16 134:5,7
135:7,16 139:14
139:16 140:10,14
141:20 143:6
146:4 147:16
154:23 155:4
156:25 160:6,16
160:20 163:24
167:25 168:5
170:15 171:13
172:8,23 173:12
174:6 175:6
179:16 183:5,14
184:18,21 187:6
188:21,21,23
192:17 196:4
199:12,18 200:10
202:18 203:24
204:25 207:16
208:2 210:14
211:18,20 212:18
215:2 218:8,13
220:13,15 225:9
225:20 227:12,23
229:2 230:5 235:5
237:14,16,22
239:19 241:7,23
243:6,8,10 253:2
254:10 255:10

256:15 258:4,11
260:7 261:11,18
261:21 262:7,7,11
**year** 118:19 119:2,9
119:12 169:2
182:20 187:24
188:9,13,16 189:6
199:24 200:3,8,8
202:16,17 203:12
203:19,22 204:2,2
230:10 249:21
**years** 14:9,14 37:3
46:22 51:9 105:8
187:23 188:5,8,11
195:10 201:10
230:12 234:15,19
247:24 259:10
**yelling** 223:7
**Yep** 165:4
**yesterday** 24:20
70:16,20 215:7
244:19
**York** 1:2 2:6,6
150:12
**Young** 41:5,7
**Yup** 124:11 134:19
135:13 165:17
220:22 228:15,20
229:15 235:20
236:3,6
**y'all** 218:18

───────────

**Z**

**Zach** 14:15
**Zerner** 2:12,12 3:5
5:23,23,24 7:11
7:12 18:8,14,25
19:9 24:11,14,19
25:2,9,11 26:2,5,8
27:9,13,18 29:12
60:15 61:4 69:9
70:12 84:22 85:2
85:10 91:7,12
114:9,13 116:22
117:9,15,17,20
118:3 121:7

173:12 174:3,9
176:18 178:16
179:5,10,13,16
201:14 205:6,19
206:13,17 207:5
207:19 208:2
209:6,10 210:22
222:6 226:22,25
228:13 237:12,18
240:25 241:3
243:16,21 245:7
245:23 246:10
262:14,17
**zoom** 116:17
196:25 224:19
226:22 227:6
228:7
**zooming** 198:25

───────────

**0**

**0060230** 124:10
**02110** 2:13

───────────

**1**

**1** 2:7,7,13 3:11
26:14,15,17 27:12
186:11 201:21
**1st** 36:3
**1:05** 117:7,13,13
**1:09** 118:13,15
**1:18-cv-04438-A...**
1:4
**10** 3:24 133:2,6
186:12,13 187:4
245:15
**10:18** 1:18 5:9
**100** 3:19 110:12
**10010** 2:6
**1030** 165:13
**11** 4:6 25:23,24
59:11 69:12
136:24 137:3
**11:30** 69:3,5
**11:41** 69:5,8
**12** 4:7,16 112:19
142:7,13,16

165:13 201:25
233:7,14
**12:37** 118:11,13
**124** 3:20
**125** 3:21
**128** 3:23
**13** 4:8,20 161:15,17
163:15 201:24
238:22 239:5
**133** 3:24
**137** 4:6
**14** 4:9 70:3 164:6,8
166:6 180:9
244:22
**142** 4:7
**15** 4:10 131:20
166:10,12 167:2
**150** 226:7
**154** 224:12
**155** 220:5
**16** 4:11 59:21 86:17
86:22 179:25
180:3,7
**1600** 50:2
**161** 4:8
**164** 4:9
**166** 4:10
**17** 3:16 4:12 95:25
127:3,7 186:5,7
**17th** 93:17
**179** 4:11
**18** 4:13 92:3 196:17
196:18,21 214:13
214:15
**186** 4:12
**19** 4:12,14 96:4
125:15 180:17
186:7 232:24,25
233:3,5
**19th** 182:20 184:15
**196** 4:13
**1990** 36:3,3

───────────

**2**

**2** 3:12 68:15,17
225:5



**2,000** 50:3 52:6
**2:08** 174:16,18
**2:10** 173:25 174:14
**2:11** 174:18,20
**2:57** 211:3,5
**20** 4:17,19 99:7
  160:2 167:10
  236:12 238:3,5,7
  243:9
**200** 50:2
**2008** 66:9 131:9
**2009** 66:10
**2012** 3:16 13:10
  14:7 50:18 71:6
  73:22 74:15,24
  76:2 93:17,19,24
  94:15 95:9,18,25
  101:14 242:22
**2013** 71:22 236:18
**2015** 230:11 236:18
**2017** 143:4
**2018** 75:18 108:6
  116:6 189:2,11,24
  190:6,10,14,19
  191:6,15 192:23
  193:3 200:9
  242:23
**2019** 4:20 190:20
  191:7,16 238:22
  239:6
**2020** 4:16,19 199:8
  199:20,24 233:7
  233:14 236:12
  238:7
**2021** 1:18 4:12 5:8
  30:23,24 31:2
  108:9 127:23
  149:17 180:17
  186:8 203:19
  246:16 263:20
  264:16
**21** 4:20 30:24
  195:17 214:8
  239:2,3,5
**21st** 167:7 172:7
**212** 2:7,7

**22** 162:16
**22nd** 2:6
**220,000** 223:17
**23** 232:10
**233** 4:16
**238** 4:19
**239** 4:21 199:4
**24** 62:13 235:16
**241** 198:8
**246** 3:5
**25** 112:20
**25th** 121:8,16 122:2
  122:9 126:13
  131:4 134:3,7
  137:10 146:3,8,11
  146:18,23 152:8
  152:10 155:5
  156:6,21 157:6,12
  158:15 249:22,24
  250:19
**26** 3:11 238:10
**263** 264:4
**284** 217:21
**285** 196:24
**29th** 169:2
**290** 216:5

**3**

**3** 1:18 3:13 19:22
  20:3 74:22 91:23
  91:25 92:6 142:11
**3D** 262:5
**3rd** 5:8 263:20
**3:03** 211:5,7
**3:41** 246:2,4
**3:50** 245:24
**3:53** 246:4,6
**30** 13:3 112:20
  195:10
**30-minute** 117:7
**31** 246:15
**31st** 119:2 120:4,7
  120:18 121:4,10
  121:13 134:3
  145:25 146:2
  149:20 152:7

  155:20 156:5,21
**376** 214:25
**39** 62:16

**4**

**4** 3:14 95:21,23
**4th** 159:13 162:12
  163:10
**4:12** 262:19,22
**40** 13:3

**5**

**5** 3:17 28:11 98:25
  99:3
**5th** 119:12 134:8
  136:9 149:16,21
  152:7,11 156:14
  156:22 157:6
  158:15 160:25
  165:9 168:19
  169:12 172:7
  174:24 175:25
  176:22 177:23
  178:17
**5/31** 121:5
**5:30** 244:19
**50** 74:16
**51** 2:6
**523-6329** 2:14

**6**

**6** 3:4,19 100:17,20
**617** 2:14,14
**68** 3:12

**7**

**7** 3:20 124:15,18,20
**7th** 93:18,22 94:15
**70s** 55:25
**7000** 2:7
**7100** 2:7
**742-8604** 2:14

**8**

**8** 3:21 125:18,20
  162:15 165:12

**80** 98:2,10 159:18
  159:24,25 160:3
  160:14,18,21
**80%** 3:18 97:21
  99:4
**84** 228:6
**849** 2:7,7
**85** 160:19
**866-624-6221** 1:23

**9**

**9** 3:22 128:10,12
**9th** 199:8
**9/30/2026** 263:25
**90** 160:19
**91** 3:13
**95** 3:16
**99** 3:18

