UNITED SUPERIOR COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:18-cv-04438-AT-BCM

- - - - - - - - - - - - - - - - - -X
MORGAN ART FOUNDATION LIMITED,      :
                   Plaintiff        :
                                    :
VS                                  :
                                    :
MICHAEL McKENZIE D/B/A AMERICAN     :
IMAGE ART,                          :
                   Defendant        :
- - - - - - - - - - - - - - - - - -X


Videotaped deposition of

GREG ALLEN

taken via videoconference before Clifford Edwards,

Certified Shorthand Reporter and Notary Public, on

November 5, 2021, at 12:18 p.m.


Magna Legal Services

866-624-6221

Www.MagnaLS.com



Page 2

1
2   A P P E A R A N C E S:   (all via videoconference)
3
4   ON BEHALF OF THE PLAINTIFF:
5   RYAN RAKOWER, ESQ.
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
6   51 Madison Avenue, 22nd Floor
    New York, New York  10010
7   tel: +1 212 849 7000
    Fax: +1 212 849 7100
8   ryanrakower@quinnemanuel.com
9
10
11  ON BEHALF OF THE DEFENDANT:
12  JOHN MARKHAM, ESQ.
    MARKHAM READ & ZERNER LLC
13  1 Commercial Wharf West
    Boston, MA 02110
14  Tel: (617) 523-6329
    Fax: (617) 742-8604
15  bzerner@markhamreadzerner.com
16
17
18  ALSO PRESENT:
19  BERNADETTE SCOTT, EXHIBIT TECHNICIAN
20  WES SCHWARTZ, VIDEOGRAPHER
21
22
23
24
25

Page 3

1
2                   INDEX OF EXAMINATION
3                                            PAGE
4   DIRECT EXAMINATION BY MR. RAKOWER          5
5   CROSS-EXAMINATION BY MR. MARKHAM          110
6   REDIRECT EXAMINATION BY MR. RAKOWER       127
7   RECROSS-EXAMINATION BY MR. MARKHAM        134
8
9                    INDEX OF EXHIBITS
10  EXHIBIT                       PAGE
11  No. 1, Subpoena to Testify at a Deposition
12      in a Civil Action              57
13  No. 2, Photograph of Spreadsheet         84
14
15
16  (Reporter's Note:  Exhibits marked remotely by the
17  Exhibit Technician.)
18
19
20
21
22
23
24
25

Page 4

GREGORY ALLEN

1          GREGORY ALLEN
2          THE VIDEOGRAPHER:  We are now on
3   the record.  This begins media unit
4   number one in the deposition of Gregory
5   Allen in the matter of Morgan Art
6   Foundation vs. McKenzie, et al.  Today
7   is November 5th, 2021.  The time is
8   12:20 p.m.
9          This deposition is being taken
10  virtually at the request of Quinn
11  Emanuel Urquhart & Sullivan, LLP.  The
12  videographer is Wes Schwartz of Magna
13  Legal Services.  And the court reporter
14  is Cliff Edwards, also of Magna.
15         Will counsel and all parties
16  present state their appearances and whom
17  they represent?
18         MR. MARKHAM:  I'm --
19         MR. RAKOWER:  My name is --
20         MR. MARKHAM:  Go ahead.  Sorry,
21  Ryan.
22         MR. RAKOWER:  Sorry.  I think we go
23  first.
24         Ryan Rakower from Quinn Emanuel on
25  behalf of Morgan Art Foundation.

Page 5

GREGORY ALLEN

1          GREGORY ALLEN
2          MR. MARKHAM:  My name is John
3   Markham, and I'm the counsel of record,
4   along with Markham Read Zerner, my law
5   firm, for Mike McKenzie, d/b/a
6   American -- AIA.
7          And I am also assisting today Greg
8   Allen, who's here as a witness.
9          THE VIDEOGRAPHER:  Will the court
10  reporter please swear in the witness?
11
12         GREGORY ALLEN
13  having first been duly sworn, deposed and testified
14  as follows:
15
16         DIRECT EXAMINATION
17
18  BY MR. RAKOWER:
19    Q   Good afternoon, Mr. Allen.  I introduced
20  myself to you off the record, but I'll just do so
21  on the record.
22         My name is Ryan Rakower, and I'm an
23  attorney for Morgan Art Foundation Limited.  I'll
24  be asking you questions today regarding your
25  fact -- knowledge of facts or events underlying



GREGORY ALLEN

1
2  the claims and assertions by the parties to the
3  lawsuit Morgan Art Foundation Limited vs.
4  McKenzie.
5      A   That's it.
6      Q   If you don't understand any of my
7  questions, please let me know, and I'll try to
8  rephrase my question.  Otherwise, I'll assume that
9  you understood my question.
10         Does that work for you?
11     A   Yes.
12     Q   If we need a break, just let me know.  I
13 would only ask that if there's a question pending,
14 that you answer the question pending before we
15 take the break.
16     A   Yes.
17     Q   At times Mr. Markham may lodge
18 objections to my questions.  Unless directed
19 otherwise by Mr. Markham, I would ask that you
20 nevertheless answer the question that's pending
21 after his objection.
22         Do you understand that?
23     A   Yes.
24     Q   Okay.  For the sake of the court
25 reporter, I would ask that you please audibly

GREGORY ALLEN

1
2  answer my questions rather than nonverbal
3  gestures, like a nod, so that your answers can be
4  picked up in the transcript.
5          Do you understand that?
6      A   Understood.
7      Q   Okay.  This deposition is being
8  conducted remotely via video conference.  Is there
9  any reason why that would prevent you from
10 testifying truthfully or accurately today?
11     A   No.
12     Q   Where are you taking this deposition
13 from?
14     A   From my office.
15     Q   And where is that located?
16     A   West new York.
17     Q   Do you understand that you -- you swore
18 an oath today to tell the truth?
19     A   Yes.  Of course.
20     Q   And do you understand that's the same
21 oath that you would give to testify in court?
22     A   Yes.
23     Q   Are you currently taking or under the
24 influence of any medications, alcohol or other
25 substances that would prevent you from answering

GREGORY ALLEN

1
2  my questions accurately and completely?
3      A   No.
4      Q   And is there any other reason why you
5  would not be able to answer my questions
6  accurately and completely?
7      A   Not to my knowledge.
8      Q   Okay.  Mr. Allen, are -- are you
9  familiar with a man named Michael McKenzie?
10     A   Yes.
11     Q   Are you acquainted with him?
12     A   Yes.
13     Q   Okay.  Do you work with him?
14     A   Yes.
15     Q   In what capacity?
16     A   I am a sales representative,
17 independent, and I have in the past worked
18 alongside of him in several capacities,
19 including -- including creative.
20     Q   Okay.  Let's start with your capacity
21 as -- as a sales representative.
22         What does that entail?
23     A   It entails he has something that I have
24 an interest in, and I try to acquire it.
25     Q   And are these artworks?

GREGORY ALLEN

1
2      A   I'm sorry?
3      Q   Are these artworks?
4      A   Yes.
5      Q   Okay.  And specifically, does this
6  include artworks attributed to or created by
7  Robert Indiana?
8      A   Yes.
9      Q   Okay.  And so would you be the buyer of
10 those artworks from Mr. McKenzie?
11     A   Yes.
12     Q   And are these artworks that you would
13 acquire for your own personal use or possession?
14     A   No.
15     Q   What would be the purpose of you
16 acquiring the artworks?
17     A   To sell.
18     Q   And that's to sell to a -- a third-party
19 buyer?
20     A   Yes.
21     Q   Okay.  Do you arrange for the
22 third-party buyer in advance of purchasing
23 artworks from Mr. McKenzie?
24     A   I'm sorry.  Can you state that again?
25     Q   Sure.



GREGORY ALLEN

1
2    Do you -- do you arrange for the
3 third-party buyer in advance of purchasing the
4 artworks from Mr. McKenzie?
5    A   In advance?
6    Yes.
7    Q   Is that -- is that always the case?
8    A   It really depends on -- every situation
9 is unique.
10    Q   Sure.
11    So what's your usual practice?
12    A   I become interested in a work of art.
13 We're talking about Indiana.  I acquire a price.
14 I go back to my client.  I give him a price, pass
15 or play.
16    Q   When you say you "acquire a price,"
17 that's a price that's given to you by an external
18 third-party buyer?
19    A   That would be the price given to me by
20 the seller.
21    Q   The seller is Mr. McKenzie?
22    A   Correct.
23    Q   Okay.
24    A   In this -- in this instance.
25    Q   Sure.

GREGORY ALLEN

1
2    And we're talking about your usual
3 practice; right?
4    A   Yeah.  The standard pattern, let's say.
5    Q   So the standard pattern would be -- just
6 so I have it clear and so it's clear on the
7 record -- Mr. McKenzie would offer to sell you an
8 artwork for a certain price; is that right?
9    A   Yes.
10    Q   You would purchase that artwork and then
11 resell it to a third-party buyer; is that right?
12    A   Yes.
13    Q   And that third-party buyer would have
14 already been lined up before you make the purchase
15 from Mr. McKenzie; is that right?
16    A   Yes.
17    Q   Is Mr. McKenzie aware of the identity of
18 the third-party buyer?
19    A   No.
20    Q   Is that always true?
21    A   Yes.
22    Q   Okay.
23    A   We don't share our contacts.  It's
24 just -- doesn't make any sense.
25    Q   Why doesn't it make sense?

GREGORY ALLEN

1
2    A   It's just a matter of keeping the
3 integrity of the client, his wishes.  He doesn't
4 want to be -- and most collectors don't want to be
5 known across the boards what they're doing or who
6 they are selling to or buying from.  They want to
7 keep it to themselves.
8    Just a -- it's pretty standard in the
9 industry.  People don't just share their contacts,
10 you know, unless there's a good reason.  Maybe the
11 parties know each other, etc.
12    But in most cases, no, I don't share my
13 contacts.
14    Q   And you -- you -- you refer to a
15 "client" in that answer.
16    Is that -- who -- is that client
17 Mr. McKenzie or is it the third-party buyer?
18    A   The client is the purchaser.
19    We're specifically just talking about
20 Robert Indiana and Michael McKenzie at this
21 moment?
22    Q   That's right.
23    A   Yeah.  Okay.
24    Q   And when you -- when you acquire the
25 artwork from Mr. McKenzie, how long do you take

GREGORY ALLEN

1
2 possession of it until you make a subsequent
3 resale?
4    A   It's unique.  Every sale is different.
5 Could be a day, could be two weeks.
6    Q   Is two --
7    A   You know, there's scheduling, etc.  Just
8 standard logistics protocols.
9    Q   Is two weeks the long end of that range?
10    A   Yes.
11    Q   So in your typical practice, you -- if
12 you acquire an Indiana artwork from Mr. McKenzie,
13 you don't hold onto it yourself for more than two
14 weeks?
15    A   Not if I can help it.
16    Q   Is it ever the case that you acquire an
17 artwork from Mr. McKenzie and you don't have a
18 third-party buyer lined up?
19    A   There's been occasion when the buyer
20 will fall out, and I don't have a buyer.
21    Q   But it's your practice that if you are
22 going to acquire the artwork from Mr. McKenzie,
23 you at least believe that you have a buyer lined
24 up; is that right?
25    A   Yes.

MAGNA
LEGAL SERVICES

GREGORY ALLEN

1
2   Q   Okay.  And I know you mentioned that you
3   don't share with Mr. McKenzie, in your typical
4   practice, the identity of the buyer; is that
5   right?
6   A   Yes, that's true.
7   Q   But is Mr. -- you know, to your
8   knowledge, is Mr. McKenzie otherwise aware that
9   there is a third-party buyer when he sells artwork
10  to you?
11  A   Yes.
12  Q   And I believe you mentioned that
13  you've -- you've worked with Mr. McKenzie in -- in
14  certain other capacities; is that right?
15  A   Yes.
16  Q   What are those capacities?
17  A   Well, we share the creative aspect of
18  things.  I've been working with him for -- since
19  about 2007, and I was involved early on with a
20  Indiana campaign.
21       And, you know, I have -- I'm an artist
22  in my own right, and I like to share my creative
23  opinions, which I got to share occasionally with
24  Mr. Indiana himself, in -- in those capacities.
25       I mean, sometimes I would refer to

GREGORY ALLEN

1   Mr. McKenzie for his skills.  He has a lot of
2   knowledge in the art world.  Sometimes he has
3   things that I don't know about.  He might offer me
4   an opinion.  It's mostly in the creative capacity
5   that we share those -- that information back and
6   forth.
7   Q   And when you talk about "the creative
8   capacity," is -- is -- is that referring to the
9   creation of new artworks?
10  A   Yes.  Sometimes.
11  Q   Have you ever assisted Mr. McKenzie
12  in -- in the creation or fabrication of -- of
13  artworks attributed to Robert Indiana?
14  A   No.
15  Q   Okay.  And you mentioned that you've
16  been working with Mr. McKenzie since 2007; is that
17  right?
18  A   Yes.
19  Q   Okay.  Does that include your -- your
20  work with him as -- as a sales representative?
21  A   Yes.
22  Q   Okay.  Did you work with Mr. McKenzie at
23  all before 2007?
24  A   No.

GREGORY ALLEN

1
2   Q   How long have you known Mr. McKenzie?
3   A   2007.
4   Q   How often do you speak to Mr. McKenzie?
5   A   How often?
6   Q   Uh-huh.
7   A   It depends on the necessity.  Sometimes
8   I've spoken to him a few times in a week,
9   sometimes not at all for months.  It just depends
10  on the circumstance.
11  Q   And what about this year?
12  A   No, I've spoken to him from time to
13  time.
14  Q   Approximately how many times would you
15  say you've spoken to him this year?
16  A   I have no way of telling.  I couldn't
17  tell you that.  I -- I wouldn't remember.  I'd
18  have to sit there and think about, Okay, and --
19       We've had reason to speak over the last
20  year based on several things that were going on:
21  Sales, possibility of sales, what could be done
22  with sales, what's the problem with why Indiana's
23  reputation is going down the drain.  Things like
24  that.
25  Q   Have you made any sales for Mr. McKenzie

GREGORY ALLEN

1   in the past year?
2   A   Yes.
3   Q   And were those sales of Robert Indiana
4   artworks?
5   A   Yes.
6   Q   Approximately how many artworks were you
7   involved in selling on behalf of Mr. McKenzie?
8   A   Three or four.
9   Q   What were those --
10  A   At the best -- at the best of my
11  recollection, three or four.
12  Q   Sure.
13       What were those artworks?
14  A   A sculpture, prints.  I don't think
15  there were any canvas paintings.
16       Yeah.  That's the best of my
17  recollection, too.
18  Q   Let's start with the sculpture.  What --
19  what image was depicted on that sculpture that you
20  helped Mr. McKenzie sell?
21  A   HOPE.
22  Q   And what was that sculpture made out of?
23  A   Aluminum.
24  Q   Do you still have that sculpture in your



GREGORY ALLEN

1
2  possession?
3     A   No.
4     Q   Did you sell it to a third-party buyer?
5     A   Yes.
6     Q   Who did you sell it to?
7     A   Who did I sell it to?
8     Q   Yes.
9     A   I'm not at liberty to give that
10 information out.  I'm under an NCNDA with my
11 clients.  Why would I give that information out?
12    Q   Because you're under oath, and I'm
13 asking a question.
14    A   (The witness shakes head.)
15    Q   Are you refusing to divulge the identify
16 of the buyer of that HOPE sculpture?
17        MR. MARKHAM:  Well, if I could
18        interject here, I believe what Mr. Allen
19        is saying that he has proprietary
20        interest in the confidentiality of his
21        clients, and I think that everybody in
22        this case has had, you know, objection
23        to producing certain things under the
24        grounds of confidentiality.
25            Ryan, what -- what's the -- what's

GREGORY ALLEN

1
2  the relevance to this contempt
3  proceeding as to who he sold it to?
4  I -- I don't understand.
5        MR. RAKOWER:  Mr. -- Mr. Markham,
6        are you instructing the witness not to
7        answer, or no?
8            MR. MARKHAM:  I'm -- I'm not
9        instructing him not to answer.  My guess
10       is he's not going to answer.  And maybe
11       we can go to the court and -- and get
12       some relief from it, but --
13           MR. RAKOWER:  We --
14           TECHNICIAN:  -- I'm not --
15           MR. MARKHAM:  We can let -- we --
16       I -- I can ask the questions, and then
17       we can let the witness answer the
18       question.  And then I can just put on
19       the record what his answer was, and we
20       take it from there; okay?
21           MR. MARKHAM:  Fine.
22           MR. RAKOWER:  But, yeah, just for
23       the record, Mr. Markham, you're not
24       instructing your witness not to answer;
25       is that right?

GREGORY ALLEN

1
2        MR. MARKHAM:  No.  I'm not
3  instructing him not to answer, but I'm
4  telling you that he has a proprietary
5  interest, and I think it might help if
6  you elucidate why a -- a HOPE sculpture
7  that he sold -- you know, maybe you
8  should find out when it is.  I don't
9  think it has anything to do with, you
10 know, the -- the issue of the contempt
11 order.
12        But I'd try help.  Forget it.  Go
13 ahead.
14        MR. RAKOWER:  Yeah.  Just --
15        MR. MARKHAM:  Ask the questions.
16        MR. RAKOWER:  I'll -- I'll -- I'll
17        ask the questions, and then -- and then
18        you can interpose any objections that
19        you have on the record, and we can take
20        it from there.
21 BY MR. RAKOWER:
22    Q   Okay.  So, Mr. -- Mr. Allen, I'm just
23 going to ask you, because I don't think I got a
24 clear answer my -- to my question.  I think
25 Mr. Markham objected.

GREGORY ALLEN

1
2        My question to you is:  Are you refusing
3  to identify the buyer of that HOPE sculpture --
4  the aluminum HOPE sculpture that you sold for
5  Mr. McKenzie in the past year?
6     A   Yes.  I'm refusing to.
7     Q   Without divulging the identity of the
8  buyer, which you said that you're not going to do,
9  can you tell me whether or not the -- the buyer is
10 an individual art collector?
11    A   An individual or a collector?
12    Q   Art collector.
13    A   That's one and the same thing, isn't it?
14    Q   Can you tell me whether or not the buyer
15 was an individual art collector?
16    A   Yes.
17    Q   Was he an -- he or she an individual art
18 collector?
19    A   Yes.
20    Q   Okay.  Have you sold artworks on behalf
21 of Mr. McKenzie to that purchaser in the past?
22    A   No.
23    Q   Is that the only sculpture that you've
24 sold for -- on behalf of Mr. McKenzie in the past
25 year?



GREGORY ALLEN

1
2    A   Yes.
3    Q   And you mentioned that you sold prints
4  on behalf of Mr. McKenzie in the past year; is
5  that right?
6    A   That's correct.
7    Q   Okay.  What image was depicted on those
8  prints?
9    A   TIKVA.
10   Q   Were those prints created by
11 Mr. McKenzie?
12   A   I have no way of knowing whether they
13 were created by him.  I only know it's a Robert
14 Indiana product.
15   Q   To your knowledge, did Mr. McKenzie
16 acquire those prints on the secondary market?
17   A   I have no idea.
18       Yeah, I have no idea.
19   Q   To your knowledge, when were those
20 prints created?
21   A   I'm going to take a guess, because I
22 don't recall the exact time, date that they
23 would -- they would be -- you know, Robert Indiana
24 would be his signature and a date.
25       I'm going to say 2003.  And I could be

GREGORY ALLEN

1
2  wrong, but that's what comes to mind.
3    Q   And how many Tikva prints did you sell
4  on behalf of Mr. McKenzie in the past year?
5    A   Probably three or four.
6    Q   And they were all of the same image?
7    A   Yeah.
8    Q   Okay.  Were they also sold to the same
9  purchaser?
10   A   I think there were two separate parties.
11   Q   Who were those purchasers?
12   A   My clients.
13   Q   And who were those clients?
14   A   I'm not at liberty to give out my
15 clients' names.
16       You got to understand, the people you
17 represent, Morgan Fine Arts, and whoever else is
18 behind -- they're competitors, and they're sharks
19 in the art world.  They will take anybody's name
20 and call them directly and say, Hey, we have what
21 you're looking for.
22       So in our world we don't give out our
23 contacts for that reason.
24   Q   And just so the record is clear:  Are
25 you refusing to divulge the identity of those

GREGORY ALLEN

1
2  clients you purchased those Tikva prints from you?
3    A   Yeah, I am.
4    Q   Were those clients individual art
5  collectors?
6    A   Yes.
7    Q   So we talked about your sale -- first of
8  all, have we covered all the sales of artworks
9  that you've done for Mr. McKenzie in the past
10 years -- in the past year?
11   A   To the best of my recollection.
12   Q   Okay.  And you also mentioned that you
13 had been communicating with Mr. McKenzie in the
14 past year regarding the potential sale of
15 artworks --
16   A   Yes.
17   Q   -- is that right?
18   A   Yes.
19   Q   Had you discussed with Mr. McKenzie the
20 potential sale of his entire inventory of Robert
21 Indiana artworks?
22   A   His entire -- no.  His entire inventory,
23 no.
24   Q   Had you discussed with Mr. McKenzie the
25 possibility of selling a bundle of Robert Indiana

GREGORY ALLEN

1
2  artworks in his possession?
3    A   Yes.  From time to time, that did come
4  up.  I think I was -- originally originated that
5  idea of a package sale, because my clients were
6  interested as an investment.
7    Q   So you have clients who -- who -- first
8  of all, is it one or more client who came up to --
9  came up to you with the idea of purchasing a -- a
10 package of Robert Indiana works from Mr. McKenzie
11 in the past year?
12   A   You mean, in other words, they came up
13 to me with the idea?
14   Q   Well, actually, why don't we take this
15 piece by piece.
16       You mentioned that you had clients who
17 were interested in purchasing a bundle of Robert
18 Indiana artworks from Mr. McKenzie as an
19 investment; is that right?
20   A   Yes.
21   Q   Okay.  Is that one client or multiple
22 clients?
23   A   Several.
24   Q   Several clients.  Okay.  And in your
25 discussions with those clients regarding the



GREGORY ALLEN

1
2 prospect of that investment that we just spoke
3 about, whose idea was it to potentially make that
4 investment?
5      A   Mine.
6      Q   And how did you come up with that idea?
7      A   After talking with clients and seeing
8 what they wanted to do with disposable income, it
9 came to me and it's -- I've worked for other
10 artists in the same capacity prior to -- in my --
11 in my career, my last 35 years, that's not been --
12 it's something that, you know, we try to do.
13         If there's an investor who's got
14 disposable income or has a good way to invest,
15 would come up with the idea of a package.  It
16 could be whatever valuation to whatever.  And
17 usually, I'm trying to cobble that together,
18 because there's usually a nice return on it.
19      Q   And you mentioned there's -- there's "a
20 nice return."
21         You're speaking about a nice return to
22 you?
23      A   Yes.
24      Q   And when you purchase an artwork from
25 Mr. McKenzie and resell it, do you take a -- cut

GREGORY ALLEN

1
2 of the profit?
3      A   I'm sorry.  Say again?
4      Q   I probably phrased that question the
5 wrong way.  So maybe I'll phrase it a different
6 way.
7         When -- when -- when you purchase the
8 art -- an artwork -- a Robert Indiana artwork from
9 Mr. McKenzie and resell it to a third-party buyer,
10 do you take a markup?
11      A   I mark it up, yes.
12      Q   Do you have a standard markup that you
13 take?
14      A   No.  Every -- every sale is unique.  I
15 mean, it -- it -- you could get an average -- you
16 might come up with an average.
17         But I like to say that whatever --
18 whatever makes it -- makes it good all the way
19 around, fair, and balanced.
20      Q   And you mentioned that you might be able
21 to come up with an average.
22         Approximately, what would that average
23 be?
24      A   Anywhere from 1 percent to 10.  There's
25 a lot of logistical aspects to that.  You know

GREGORY ALLEN

1
2 what I mean?  It's going to happen in a day?
3      Q   So you -- you mentioned in the past year
4 that -- that you came up with the idea of the
5 prospect of a bundle sale of Robert Indiana
6 artworks in Mr. McKenzie's possession to outside
7 clients; is that right?
8      A   Yeah.  I took his temperature on it.
9      Q   Had you discussed the prospect of such a
10 sale before 2020?
11      A   Yes.
12      Q   And when else did you discuss the
13 prospect of -- of such a sale?
14      A   Can you rephrase, please?
15      Q   Sure.
16         So I had asked you if you had discussed
17 the prospect of a sale of a bundle of
18 Mr. McKenzie's Indiana artworks to an outside
19 buyer?
20      A   Okay.  I wasn't just discussing Indiana
21 artworks.  We were discussing the possibility of
22 what he might have in inventory, not just Indiana,
23 that would make an interesting package for a
24 collector or an investor.
25      Q   And that would be the majority of

GREGORY ALLEN

1
2 Mr. McKenzie's inventory?
3      A   Yeah.  Sometimes it could be, you know,
4 packaged with somebody else.  Just depends.
5 That's up to me.
6      Q   And you mentioned that you discussed the
7 prospect of a sale like that in the past year;
8 correct?
9      A   Yes.
10      Q   Okay.  Had you discussed the prospect of
11 a sale like that previously?
12      A   Prior to 2020?
13      Q   Yes.
14      A   Yes.
15      Q   And when did you have a discussion like
16 that?
17      A   You know, it -- over the past, however
18 many years, 17, 18, 19 years, it probably came up
19 two or three times.
20      Q   And one of those times is in the past
21 year; right?
22      A   One of those times is in the past year,
23 correct.
24      Q   Okay.  And approximately what other year
25 did you discuss the prospect of this type of sale?



MAGNA
LEGAL SERVICES

GREGORY ALLEN

1
2    A    I could only guess.  Two or three times
3  over the last ten years.  None of which came to
4  fruition.  And -- and of late, mostly because
5  Indiana's name is being bashed around so badly,
6  that investors, when they do their due diligence,
7  walk away.
8    Q    And these are investors doing -- doing
9  due diligence on the Robert Indiana works that are
10  in Mr. McKenzie's possession?
11    A    No.  Just on Robert Indiana, period.
12    Q    And you mentioned that you took
13  Mr. McKenzie's temperature, I think is the way
14  that you put it, on the prospect of selling a
15  bundle of his artworks to an outside client in the
16  past year; is that right?
17    A    Yeah.
18    Q    When did you have that -- when did you
19  first have that discussion with Mr. McKenzie?
20    A    I think I probably brought it up
21  beginning of the year.
22    Q    And that's the beginning of 2021?
23    A    Yeah.  It could have been a little bit
24  sooner.  Honestly, that's where I get very foggy.
25  I just don't remember dates that well.

GREGORY ALLEN

1
2    Q    And how did you first broach the subject
3  with Mr. McKenzie?
4    A    I probably asked him if he had any
5  interest in selling several works of art that I
6  could include in a package that I was building for
7  an investor or/collector.  That was probably the
8  opening salvo I fired.
9        And then we discussed what possibilities
10  were there.  And that's how it would go.
11    Q    What was his reaction when you broached
12  the subject with him?
13    A    He was lukewarm.  You know, it's like
14  a -- a lot of stuff is pie in the sky.  It sounds
15  great.
16        Oh, let's sell, you know, $400,000.
17        And I'm using that arbitrarily.  I'm --
18  I'm not saying that was the number discussed.
19        It just depends.  You know what I mean?
20  It's just like you kind of try to cobble it
21  together.
22        But like I said, Indiana is a
23  particularly rough sale for -- on almost any
24  basis, you know, for the last 24 to 36 months
25  because of the amount of public relations that's

GREGORY ALLEN

1
2  gone on, which is a shame, but that's the way it
3  goes in the industry.
4    Q    Is that your understanding from your
5  conversations with your clients?
6    A    Oh, yes.
7    Q    Have you had a client initially
8  interested in purchasing artworks from
9  Mr. McKenzie who subsequently backed out of the
10  purchase after doing due diligence?
11    A    I've had clients subsequently back out
12  from purchasing Robert Indiana, not Michael
13  McKenzie, just because of the -- the public
14  relations going on and around and -- you know,
15  it's very easy if you have people who can do due
16  diligence to look and see what's on the board,
17  especially since much of this has been trashed
18  around in the trade -- in the trades.
19        So, yeah, I mean, it's -- it's a
20  negative.  Collectors don't want anything that's
21  tainted whatsoever in any way, shape, or form.
22  Nothing.  They won't buy it.
23    Q    Have -- have any collectors told you
24  that they felt that Robert Indiana works owned by
25  Mr. McKenzie were tainted?

GREGORY ALLEN

1
2    A    No.
3    Q    Well, you used the word "tainted."
4  Where did that come from?
5    A    It comes from taking a -- a famous
6  artist like Robert Indiana and bashing it and
7  saying he was this way, that way, and his art
8  might be real; it might not be real.  And -- and,
9  you know, the yet to be -- you know, all of those
10  things play on any -- any work of art.
11        If just -- look, just if it's hearsay, a
12  collector will walk away.  Why would he buy
13  anything when he knows he can buy the best art in
14  the world that has no taint; it's blue chip,
15  coming from a -- a famous artist, and it doesn't
16  have any -- there's nothing -- no noise behind it
17  whatsoever?
18        It's my experience collectors will walk
19  away from anything that has any sort of scar
20  tissue at all.
21        You know, I'll add one more thing to
22  that, and that is, you know, talking about, you
23  know, a big investment, client/investor,
24  collector, they're not going -- they're not going
25  to touch it, and their advisers are going to tell



1           GREGORY ALLEN
2    them, Forget it.
3           And that's happened quite a bit over the
4    last couple of years, and it's a shame.
5      Q    Have you sold any artworks attributed to
6    Robert Indiana that were created after his death
7    on behalf of Mr. McKenzie?
8      A    Created after his death?
9           I have no idea.  How would -- that's
10   kind of -- how would you sell artworks created
11   after his death?
12     Q    Are you aware that Michael McKenzie has
13   fabricated artworks attributed to Robert Indiana
14   after Mr. Indiana died?
15     A    Absolutely not.
16     Q    Do you understand that Mr. McKenzie
17   operates an art studio?
18     A    I do.
19     Q    Do you understand that Mr. McKenzie has
20   a printer on staff?
21     A    That's part of the process of what his
22   work is about.
23     Q    Do you understand that Mr. McKenzie has
24   a studio assistant?
25     A    He has a staff.  That's all I know.

1           GREGORY ALLEN
2           Assistant?  You mean, like, a secretary?
3    I don't know.
4      Q    Are you aware that Mr. -- Mr. McKenzie
5    has created silkscreens of Robert Indiana works
6    after Mr. Indiana died?
7      A    I am not aware of that whatsoever.
8      Q    Is it your belief that any Robert
9    Indiana work that you've purchased from
10   Mr. McKenzie was completed prior to Mr. Indiana's
11   death?
12     A    Yeah.  Yes.
13     Q    And is it your belief that the Robert
14   Indiana artworks, in the bundle that you had
15   discussed with Mr. McKenzie selling this year,
16   were all completed prior to Mr. Indiana's death?
17     A    That would be my understanding.
18     Q    Did you get that understanding from
19   speaking with Mr. McKenzie?
20     A    No.
21     Q    So how did you --
22     A    I just assumed that anything that's been
23   made would be prior to Indiana's death if it's
24   signed by Indiana.
25           I've had no reason to assume any other

1           GREGORY ALLEN
2    way.  I've been working in and around Indiana.
3    I've been there at his signings.
4      Q    Is it your understanding that every
5    Indiana artwork that Mr. McKenzie has sold to you
6    bearing Mr. Indiana's signature was signed by
7    Mr. Indiana himself?
8      A    That's my understanding.
9      Q    Did Mr. McKenzie tell you that?
10     A    No.
11     Q    Is it your understanding that every
12   Indiana artwork that Mr. McKenzie has sold you
13   that bears Mr. Indiana's emblem or seal was
14   stamped by Mr. Indiana himself?
15           MR. MARKHAM:  Objection.
16     A    Have no idea.
17           MR. MARKHAM:  Objection.  Lack of
18       foundation.
19           THE WITNESS:  I'm sorry.
20           MR. MARKHAM:  I -- I said,
21       "Objection.  Lack of foundation."
22           But you can answer.
23     A    Can you ask that question again, Ryan?
24   BY MR. RAKOWER:
25     Q    Sure.  I'm just going to read it off the

1           GREGORY ALLEN
2    screen.  So it's the same question.
3           "Is it your understanding that every
4    Indiana artwork that Mr. McKenzie has sold you
5    that bears Mr. Indiana's emblem or seal was
6    stamped by Mr. Indiana himself?"
7      A    I have no way of knowing whether he
8    personally stamped it or it was done under his
9    auspice.  I have no way of knowing that.
10           It's my understanding that if something
11   is stamped "Indiana" -- I can tell you this:  From
12   my knowledge of Indiana, I was around in his
13   studio when he was signing his name, and then
14   started to say, Listen, I'm not going to keep
15   signing these, because that's not what I
16   originally did.  What I originally did was stamp
17   my art.  Look at the pieces from 1966 or 1970, and
18   you'll see those were stamped.  I had a rationale
19   for that.
20           And he explained it to us.  There was a
21   bunch us.  We were just sitting there, you know,
22   feeding prints to him, and he was talking about
23   his history.
24           That, I understand.  So I had no reason
25   to go beyond any of that.  I'm sitting looking in



Page 38

GREGORY ALLEN

1   GREGORY ALLEN
2   Indiana's eyes. He's calling me "kid. Hey, kid."
3   You know what I mean?
4          And -- and over the few times that I met
5   him, he just called me "kid." And he would
6   explain any -- 'cause I was very interested in his
7   history. And he was fully open about what he did
8   in terms of signature.
9          That's all I know. That's everything I
10  know about him signing.
11     Q   So thank -- thank you for that
12  information. I -- I -- I do think -- I'm going to
13  ask the question one more time, because I think it
14  calls for -- for a yes or no.
15     A   Okay.
16     Q   So I'll try -- I'm just going to try it
17  one more time.
18          And is it your understanding that every
19  Indiana artwork that Mr. McKenzie sold to you that
20  bears Mr. Indiana's emblem or seal was stamped by
21  Mr. Indiana himself?
22     A   It -- to the best of my knowledge, yes,
23  I -- it's my understanding that those were
24  authorized or signed personally by Robert Indiana.
25     Q   Is it your understanding that every

Page 39

GREGORY ALLEN

1   GREGORY ALLEN
2   Indiana artwork that Mr. McKenzie sold to you that
3   bears Mr. Indiana's emblem or seal was stamped
4   before Mr. Indiana died?
5          MR. MARKHAM: Objection.
6      A   I'd have to say yes, because I have no
7   other -- I have no way of really knowing that, but
8   I mean, I would assume that that's true.
9   BY MR. RAKOWER:
10     Q   And why would you assume that that's
11  true?
12     A   Because I have no reason to doubt it.
13  I've never been given any reason to doubt that
14  what's there is -- is authorized and in his
15  tirage.
16          You know, you go along with the history
17  of the people that you work with.
18     Q   Would it be contrary to the history
19  of -- of your -- I'm going to strike that
20  question.
21          You said you go along with the history
22  of the people you work with. You're referring to
23  Mr. McKenzie; right?
24     A   And others. I have no reason to doubt
25  people that I -- I have built a relationship with.

Page 40

GREGORY ALLEN

1   GREGORY ALLEN
2   It's a slow process.
3      Q   And -- and did Mr. McKenzie represent to
4   you that the Indiana artworks that he sold to you
5   that are stamped with Mr. Indiana's emblem or seal
6   were stamped prior to Mr. Indiana's death?
7      A   I have no way of answering that because
8   I don't know. It never came up. He certainly
9   never represented it because it never came up as
10  an issue.
11     Q   For the artworks that were stamped with
12  an emblem or seal, did you ever see a -- a year or
13  date on the stamp?
14     A   I think some of them have a date.
15     Q   And what --
16     A   If we're talking about -- if we're
17  talking about his stencil stamp on the back of a
18  -- of a -- of a work, yeah, I think they're dated.
19     Q   That is --
20     A   I couldn't tell you what -- I couldn't
21  tell you what year.
22     Q   That is what I'm telling you.
23          What -- what's your understanding of
24  what they -- that year represents?
25     A   What -- I'm sorry, Ryan. Can you repeat

Page 41

GREGORY ALLEN

1   GREGORY ALLEN
2   it?
3      Q   Sure.
4          When you see a -- a year appear on a --
5   a stenciled or stamped seal or -- or emblem of
6   Mr. Indiana's, on an artwork, what do you
7   understand that year to represent?
8      A   Some -- well, it's different. It --
9   it -- it kind of fluctuates. Sometimes different
10  artists set it up differently.
11          But I think Indiana basically stamped
12  was -- and this is my opinion -- was the year of
13  the -- of -- of the creation of that work of art.
14  In my opinion, that's what it represented.
15     Q   So if an artwork -- if an Indiana
16  artwork was given to you to sell by
17  Mr. McKenzie -- okay? -- you acquired it from
18  Mr. McKenzie; you're going to sell it to a third
19  party, and it's stamped with the year 2016, would
20  you be surprised if it was stamped -- in fact, the
21  stamp was applied in 2019?
22     A   I would be surprised.
23     Q   Why is that?
24     A   Because I -- I would just assume that
25  almost everything that is being built is -- is to



GREGORY ALLEN

1             GREGORY ALLEN
2 that date.  You know -- and, actually, maybe I'm
3 thinking about it out loud now.  Maybe it's not so
4 unusual, because I don't know what understanding
5 there is in terms of turning out product.
6       In a tirage, you could have pieces, at
7 least with other artists, that are multiples,
8 editions where they're not completed, and the
9 artist did it in 2008, but he didn't complete the
10 entire edition until 2010.  That's very possible.
11       But that's just standard in the
12 industry.  So not every print is finished, even
13 though it was created in 2008.  By 2010, maybe it
14 was all done.
15       And that's just my opinion about that.
16 That's how I see it from other artists and going
17 around.  I'm not saying that's what Indiana did
18 it, 'cause I don't know.
19     Q   Well, you mentioned that you had met
20 Mr. Indiana; right?
21     A   Several times.
22     Q   How many times have you met Mr. Indiana?
23     A   Three or four.
24     Q   And when was that?
25     A   I met him in 2008, 2010.  And then, I

1             GREGORY ALLEN
2 think the last time I met him, was at the opening
3 for the -- at the Four Seasons.
4     Q   And when --
5     A   I spent a lot of time with him there.
6     Q   When was that?
7     A   I don't know what year that was.  I
8 think it was 2015 or '14, something like that.
9     Q   So let's start when you met him in 2008.
10       Where was that?
11     A   In Vinalhaven, Maine, at the Star of
12 Hope studio.
13     Q   Was anyone else there with you?
14     A   Michael.
15     Q   And --
16     A   And -- and several helpers, and I don't
17 remember who they were.
18       You know, we were brought an edition of
19 prints.  I was never anxious to see -- you know, I
20 had never met him, and I was very anxious to see
21 what the hold thing was like and who he was.  And
22 I was impressed.
23     Q   What did you talk about while you were
24 there?
25     A   Talked about the history of HOPE.  He

1             GREGORY ALLEN
2 actually said to me several times, What do you
3 think, kid?  You like it?
4     I said, Yeah, I like it.  I like it a
5 lot.
6     He said, Well, let's put HOPE around the
7 world.
8     I said, Good idea.
9     Q   At that visit did you talk about
10 Mr. Indiana's signature?
11     A   No.  No.
12     He's signing right in front of me.
13 What's to talk about?
14     Hey, Bob, I like your crayon?
15     Q   At that visit, did you speak about the
16 application of a stencil or stamp?
17     A   No.  No.  I don't think I even had any
18 knowledge of that at that early period.
19     Q   And let's go to 2010.  You mentioned
20 that you met with him in 2010.
21     A   Yeah.
22     Q   Where did you meet with him?
23     A   In a restaurant in Rockland, Maine.  We
24 were going to go to the Island.
25     He said, You know what?  Let's go grab

1             GREGORY ALLEN
2 some dinner.  My friend owns the restaurant.
3 We'll use his kitchen table for the signing.
4     I'm, like, Okay.
5     And we cleared a huge aluminum table
6 that was probably 12-foot long, and whatever
7 prints were there -- I think they were prints.
8     And he said, Okay.  Set it up.
9     And, you know, I acted just like a
10 helper.  And he kept, like -- my name was "kid"
11 the whole time I knew him.
12     And, you know, I was particularly
13 enamored of the whole HOPE project, because I
14 thought it had a lot of merit, using HOPE in the
15 parlance of our times.
16     Q   What kinds of prints was Mr. Indiana
17 signing during that visit?
18     A   I don't remember.  I -- I think they
19 were paper, and -- and they could have been
20 canvas.  I just don't remember.
21     Q   And what image was depicted on those --
22 on the artworks?
23     A   HOPE.
24     Q   Did you have any discussion at that
25 meeting about Mr. Indiana's signature?



GREGORY ALLEN

1
2     A    No.
3     Q    And did you have any discussion about
4 the application of a stamp or stencil?
5     A    No.
6     Q    Did you have any discussion about the
7 use of -- of a machine to sign Mr. Indiana's
8 signature?
9     A    No.
10    Q    And just -- just so I can clear up the
11 record:  In the 2008 discussion you had with
12 Mr. Indiana, you also did not speak about the use
13 of a machine to sign Mr. Indiana's signature on an
14 artwork; correct?
15    A    That's correct.  I don't think I would
16 have ever brought it up.  It would have the last
17 time I ever saw him.
18    Q    Why is that?  Why -- why do you think
19 that?
20    A    Because he was very particular about who
21 he was and what he was doing.  I -- and why would
22 anybody suggest that he needed a machine?
23         He was -- he was pretty vain about his
24 age and timing and -- you know, he was still in
25 pretty good shape then, and he was very feisty.

GREGORY ALLEN

1
2 You know what I mean.  He doesn't like taking any
3 bullshit.
4     Q    So we have those two visits, and you
5 mentioned that you met with him in or around
6 2015 --
7     A    Yes.  At the Four Seasons of Hope.
8     Q    -- at the Four Seasons?
9         Okay.
10    A    Hotel -- at the -- at the Four Seasons
11 Restaurant where they depicted the paintings of
12 HOPE.
13    Q    Let's talk about that visit.
14         Who was there with you?
15    A    It was a -- it was an open house party.
16 I don't know everybody who was there.
17         Michael was there.  I was there.  Some
18 of my clients were there.  Some notaries were
19 there.  CBS was there.
20         There was a whole host of people, and
21 Robert was waxing and pontificating about HOPE.
22 And it was kind of nice to see him out in the
23 public.
24    Q    It was an open house party --
25    A    It was an invitation party at the Four

GREGORY ALLEN

1
2 Seasons Restaurant, which is a very prestigious
3 place to hang art.
4     Q    And for how long were you able to speak
5 to Mr. Indiana at that party?
6     A    Half an hour.
7         And, you know, I was back and forth with
8 him.  You know, people were coming up to him and
9 asking for signings, and this, that, and the other
10 thing.  And he was -- you know, he was holding
11 court.
12    Q    Was Mr. McKenzie there with you for that
13 discussion with Mr. Indiana?
14    A    No.  He wasn't -- I mean, he came in and
15 out from time to time, but he wasn't sitting
16 around watching over Robert.  No, he was working
17 the floor.
18    Q    And you were there with -- you -- you
19 said you spoke with Mr. Indiana for approximately
20 30 minutes.
21         What did you speak about?
22    A    We talked about HOPE a lot, because I
23 was, like, in love with the whole process.  And we
24 talked about some history of art, and we talked
25 about some of the other artists that I had worked

GREGORY ALLEN

1
2 with in the past, and obviously he knew everybody
3 that I had worked with.  And mostly it was about
4 art and about, you know, what -- what was going on
5 in the world.
6         And he was really loving -- he was
7 loving all the attention.
8         He actually said to me, I believe HOPE
9 will eclipse the LOVE at that -- one of the
10 discussions we were having was HOPE and LOVE.  And
11 we thought that HOPE was may more relevant at this
12 time and would become more relevant as time went
13 on.  So that was kind of the -- the -- the anchor
14 of the conversation.
15    Q    Did you have any discussion, during that
16 time, of the application of Mr. Indiana's
17 signature?
18    A    No.  I can honestly tell you it's never
19 come up in my -- in any dialogue with him about
20 signatures, nothing, ever.  And I wouldn't go
21 there.
22    Q    And during that conversation, you didn't
23 discuss the application of a stencil or stamp?
24    A    No.
25    Q    And just -- just so the record's clear:



GREGORY ALLEN

1  GREGORY ALLEN
2  You didn't have any discussion during that
3  conversation regarding the use of a machine to
4  apply Mr. Indiana's signature to artworks?
5      A   No.
6      Q   Have we covered every meeting that
7  you've had with Mr. Indiana?
8      A   I think so.
9      Q   It's just those three; right?
10     A   To the best of my recollection.  I mean,
11 there could have been a moment here or there, but
12 I don't really recall.
13     Q   Did you ever speak to Mr. Indiana by
14 phone?
15     A   I don't remember, to be honest.
16     Q   You can't --
17     A   It doesn't jump out at me.
18     Q   You can't recall a -- a phone
19 conversation you ever had with --
20     A   No.
21     Q   -- Mr. Indiana; right?
22     A   If it was, it was going to be for a
23 second.
24     Q   And you -- but you can't recall with
25 specificity any particular phone conversation you

1  GREGORY ALLEN
2  ever had with --
3      A   No, I can't -- I can't.
4      Q   I -- I just have to ask these questions
5  for completeness.
6      A   Okay.
7      Q   You didn't -- you didn't -- you didn't
8  text message with Mr. Indiana, did you?
9      A   Never.
10         I'm sorry.  That's funny.
11     Q   And -- and -- and you never e-mailed
12 with Mr. Indiana?
13     A   No.
14     Q   Okay.  So --
15     A   I didn't have his cell number.
16     Q   So, you know, we -- we covered three
17 different meetings that you had with Mr. Indiana.
18         Does that account for all of your
19 interactions with Mr. Indiana?
20     A   Directly, yes.
21     Q   Okay.  And so in your direct
22 interactions with Mr. Indiana, you had no
23 discussions about the application of his signature
24 or a stamp or a stencil; right?
25     A   Never.

1  GREGORY ALLEN
2      Q   Okay.  Did you ever discuss Morgan Art
3  Foundation?
4      A   No.
5      Q   Did you ever discuss Simon Salama-Caro?
6      A   No.  I didn't even know who he was.
7      Q   And I want to -- you know, I know we've
8  been -- we've been taken down a number of paths,
9  and I appreciate, you know, all the -- the
10 information that -- that you're giving.  I -- I
11 want to bring us back, actually, to your
12 interactions with Mr. McKenzie.
13         Because you mentioned that, you know,
14 sometimes you speak with him frequently, and
15 sometimes you speak with him infrequently, but
16 that you've had a -- a business relationship with
17 him that spans 14 years; is that right?
18     A   Yes.  But we have other interests not
19 related to art.  Like, he's a car collector.  I
20 like cars.  I'm a car.  He's a car guy.  Stuff
21 like that.
22     Q   Would you say you're friends?
23     A   I'd say we're friendly.  I don't know if
24 we're friends.
25     Q   But you have a professional

1  GREGORY ALLEN
2  relationship, and you also, aside from that, share
3  personal interests; is that right?
4      A   Yeah.
5      Q   And you have conversations with
6  Mr. McKenzie that -- that don't just span the --
7  the -- the business side of things; right?
8      A   Right.  Like, I've seen -- I knew his --
9  since 2007, his kids were only knee high.  Now
10 they're grown adults.
11     Q   And how do you -- how do you interact
12 with Mr. McKenzie?
13     A   How?
14     Q   Yeah.
15     A   Mostly -- I mean, mostly by phone.
16     Q   So you call him regularly?
17     A   I'm sorry, Ryan, again?
18     Q   You call him regularly?
19     A   Not regularly, no.  Unless there's
20 something going on, no.  Sometimes -- you know, I
21 mean, when there's a very -- there were periods
22 when nothing was going on, and I might call just
23 to see what was going on, you know, and there's
24 nothing on the table.  There's nothing for sale.
25 There's nothing I -- I need or he wants or any--



GREGORY ALLEN

1  and sometimes I would just check in, as I do with
2  all my vendors.
3  Q    And do you call his home phone or his
4  cell phone?
5  A    I don't have his home number, I don't
6  think.  I think -- I don't even know if he has a
7  home phone.
8  Q    So the -- the calls that you're talking
9  about are usually by cell phone; is that right?
10  A    Yeah.  I didn't know people still had
11  home phones.
12  Q    And did you ever meet with him in
13  person?
14  A    Yes.
15  Q    And where do those meetings usually take
16  place?
17  A    Well, we've met in Manhattan.  We've met
18  at his studio.  Like that.
19  Q    Have you been to his studio in the past
20  year?
21  A    Yes.
22  Q    Approximately how many times?
23  A    Two or three.
24  Q    And when you arranged to visit the

GREGORY ALLEN

1  studio, do you make those arrangements with
2  Mr. McKenzie himself?
3  A    Yes.
4  Q    Do you ever text with Mr. McKenzie?
5  A    Yes.
6  Q    Do you ever e-mail with him?
7  A    Yes.
8  Q    And that includes e-mails about
9  business, I assume?
10  A    Mostly.
11  Q    You would say most of your -- most of
12  your e-mail interactions concern the -- the sale
13  or purchase of Indiana artworks?
14  A    Yeah.  But recently I saw a Corvette for
15  sale that I thought he'd be interested in, and I
16  sent him an e-mail about it.  Stuff like that.
17  Q    And has that been true for, you know,
18  the duration of your business relationship?
19  A    I mean, there were years we didn't talk
20  at all.  He didn't love me ever year we worked
21  together.
22  Q    Why is that?
23  A    Just because, you know, competition,
24  differences of opinion.  Stuff like -- just

GREGORY ALLEN

1  typical stuff among vendors.  Very touchy group.
2  Q    I probably should have asked this
3  earlier, maybe an hour ago, but have you ever been
4  deposed before?
5  A    To where?
6  Q    Have you ever been deposed before?
7  A    Have I ever been deposed before?
8       Yes.
9  Q    Approximately how many times?
10  A    Oh, once or twice over the last 50
11  years.
12  Q    And what was the nature of the
13  litigation during which you were deposed?
14  A    That's funny.  I actually don't
15  remember, but I'm sure it was something somebody
16  was opposing about -- about me.  Maybe it was over
17  a -- I mean, the last one was regarding art and
18  another art -- and another artist.
19       That's the last one I can remember.
20  Prior to that, I couldn't tell you why.
21  Q    And when was that lawsuit?
22  A    1992.
23  Q    Did you prep for today's deposition?
24  A    Did I what?

GREGORY ALLEN

1  Q    Did you prepare for today's deposition?
2  A    No.  I read the -- this morning I read
3  the -- the subpoena and whatever was tagged on it.
4  Q    Why -- actually, why don't we -- why
5  don't we pull up the -- the subpoena.  That was a
6  good segue.
7       MR. RAKOWER:  Bernadette, if you
8       want to pull up Tab 1.
9  BY MR. RAKOWER:
10  Q    Mr. Allen, do you see a document on your
11  screen?
12  A    I do.
13  Q    You mentioned that you read a subpoena
14  this morning.  Is this the subpoena that you
15  looked at.
16  A    It looks like it.
17       MR. RAKOWER:  I'd like to mark this
18       as -- as Exhibit 1.
19       (Whereupon, Exhibit No. 1, Subpoena
20       to Testify at a Deposition in a
21       Civil Action, was marked for
22       identification.)
23  BY MR. RAKOWER:
24  Q    So you mentioned you read this document

| | |
|---|---|
| Page 58 | Page 59 |

Page 58

GREGORY ALLEN

1
2  this morning.  Have you -- have you read it before
3  then?
4      A    No.
5      Q    Do you see that it -- it directs you to
6  come to a deposition on November 5th?
7      A    Yeah.
8      Q    And do you see below that it -- it
9  directs you to produce documents?
10     A    Yes.
11         MR. RAKOWER:  All right.  Why don't
12     we go to page 5 of the attached.  Let's
13     go to PDF page 8.  Sorry.
14 BY MR. RAKOWER:
15     Q    Do you see where it says, "Documents
16 Requested"?
17     A    Yeah.
18     Q    Do you understand that these were the
19 documents you were asked to produce in connection
20 with the subpoena?
21     A    Yes.
22     Q    Have you read these document requests?
23     A    Yes.
24     Q    Okay.  You read them this morning?
25     A    Yes.

Page 59

GREGORY ALLEN

1
2      Q    Did you read them at any other time
3  before this morning?
4      A    No.
5      Q    Okay.  Let's look at category 1.  It
6  says, "Documents and communications relating to or
7  concerning McKenzie or AIA's fabrication of Robert
8  Indiana Works."
9         Do you see that?
10     A    Yeah.
11         I don't have any documents pertaining to
12 the fabrication of Robert Indiana Works.
13     Q    Did you ever speak to Mr. McKenzie about
14 his fabrication of Robert Indiana?
15     A    I'm sorry.  I didn't hear the first part
16 of it.
17     Q    Did you ever speak to Mr. McKenzie about
18 his fabrication of Robert Indiana Works?
19     A    Only from technical points of view
20 about, you know, what's the metal?  Stuff like
21 that.  Or a dimension or something -- a size.
22         To that effect, yes.
23     Q    And those conversations, would they be
24 had by text message or e-mail?
25     A    No.  They'd just be verbal.

Page 60

GREGORY ALLEN

1
2      Q    Okay.
3      A    Like, "Hey, Michael, is it quartz and
4  steel or is it aluminum?"  Stuff like that.
5      Q    The next -- the next document request
6  is, "Documents and communications concerning
7  McKenzie [sic] or AIA's storage of Robert Indiana
8  Works."
9         Do you see that?
10     A    I have no -- no -- nothing about
11 anybody's storage or any -- anything.  There's
12 just no reason for it to come up.
13     Q    Has Mr. McKenzie ever mentioned to you
14 the existence of a storage facility in Middletown,
15 New York?
16     A    No.  And I don't know why he would.  I'm
17 not going to tell him where my storage facility
18 is.  I wouldn't tell anybody.
19     Q    I won't ask you about that on -- on this
20 deposition.
21         "Documents and communications concerning
22 McKenzie [sic] or AIA's transportation of Robert
23 Indiana Works."  That's request number 3.
24         Do you see that?
25     A    Yeah.

Page 61

GREGORY ALLEN

1
2      Q    Have you ever discussed with
3  Mr. McKenzie the transportation of his artworks?
4      A    No.
5      Q    Request number 4 starts on this page and
6  goes onto the next page, "Documents and
7  communications concerning McKenzie [sic] or AIA's
8  sale of" -- and if we go to the next page --
9      A    Number 11?
10     Q    -- "Robert Indiana Works?"
11     A    Wait.  Was that number 11?
12     Q    That was number 4.
13         So it --
14     A    Can you -- can you go back for a second?
15 Can you go back for a second?
16         "Documents and communications concerning
17 McKenzie's or AIA's sale of Robert Indiana Works."
18     Q    Do you see that?
19     A    Yeah.
20         Only discussions -- yeah, well,
21 obviously, if we're -- if we're -- he's selling
22 and I'm buying, we had a discussion about it.
23     Q    And you mentioned that those discussions
24 would be had over e-mail; is that right?
25     A    Yeah.  Like -- yeah, for technical



MAGNA
LEGAL SERVICES

GREGORY ALLEN

1
2  purposes.  You know what I mean?  Or for
3  logistics.
4       Q    And sometimes those conversations would
5  also be had over text message; is that right?
6       A    Yeah, I suppose.  Yeah.  Yes.
7       Q    Category 5 is, "Documents and
8  communications concerning McKenzie [sic] or AIA's
9  efforts or attempts to sell Robert Indiana Works."
10      Do you see that?
11      A    Yes.
12      Q    And -- and you were involved in those
13 efforts to sell those works; right?
14      A    That's correct.
15      Q    And you had e-mails and text messages
16 regarding those efforts; is that correct?
17      A    Yeah.  We -- I -- yeah.  Yes.
18      Q    Okay.  Category 5 is, "Documents and
19 communications concerning McKenzie [sic] or AIA's
20 efforts or attempts to conceal Robert Indiana
21 Works."
22      Do you see that?
23      A    Yeah, I see it.  It's laughable.
24      Q    Why is it laughable?
25      A    Because it's never come up, and it

GREGORY ALLEN

1
2  wouldn't.  And if it -- if it did come up, it
3  would be something that I would reject
4  wholeheartedly.
5       Q    Why would you reject that?
6       A    Why would I want to conceal Robert
7  Indiana's Works?
8       I told you, if you taint any piece of
9  art, for any reason, it becomes worthless.  And
10 I'm not interested in buying worthless works of
11 art, certainly not for my clients.
12      Q    Is it your belief that the Robert
13 Indiana works in Mr. McKenzie's possession are
14 worthless?
15           MR. MARKHAM:  Objection.
16      A    Well, no.
17 BY MR. RAKOWER:
18      Q    Number -- document request number 7 is,
19 "Documents and communications concerning McKenzie
20 [sic] or AIA's efforts or attempts to transfer
21 Robert Indiana Works."
22      Do you see that?
23      A    Yeah.  "Documents...communications
24 concerning McKenzie [sic] or AIA's efforts or
25 attempts to transfer" -- no.

GREGORY ALLEN

1
2       Q    What's "no"?  You see it; right?
3       A    I see it.  I don't have any documents
4  pertaining transferring Robert Indiana's works.
5  To what?
6       Q    What do you understand the word
7  "transfer" to mean?
8       A    Transfer, to move it from one place to
9  another or a title or something like that.
10      Q    Is it your understanding that a sale of
11 Indiana works does not constitute a transfer?
12      A    If that's what you're telling me.
13 That's not what that spells out to me.  But, okay,
14 yeah, I could understand that.
15      Q    What would you understand?
16      A    Well, if you're using the word
17 "transfer" as a -- as a -- the purpose of whether
18 or not there's a piece of paper generated for its
19 sale, then, yeah.
20      (Whereupon, the court reporter
21      requests clarification.)
22      THE VIDEOGRAPHER:  Can -- can we go
23 off the record just for one moment?
24      The time is 1:22 p.m.  Going off
25 the record.

GREGORY ALLEN

1
2       (Whereupon, there was a recess
3       taken from 1:22 p.m. to 1:24 p.m.)
4       THE VIDEOGRAPHER:  Back on the
5  record 1:24 p.m.
6       MR. RAKOWER:  Could we put back
7  the -- the exhibit on the screen?
8  BY MR. RAKOWER:
9       Q    Mr. Allen, do you see the exhibit?
10      A    Yeah.  "Documents and communications
11 concerning McKenzie [sic] or AIA's effort [sic] or
12 attempts to transfer Robert Indiana Works."
13      The only thing that we would transfer,
14 we would share receipts, like any standard sale.
15 That's the only attempt, if that's an attempt or
16 whatever you might call it.  That's -- yeah.
17 Okay.  That's -- that's my understanding of what
18 you're asking.
19      Q    You share receipts with Mr. McKenzie?
20      A    Purchase order, sales receipt.
21      Q    Do you do that electronically?
22      A    Yeah.
23      Q    You e-mail those purchase orders and
24 sales receipts to Mr. McKenzie?
25      A    Yes.



Page 66

GREGORY ALLEN

1
2   Q   Okay.  And by the way, you -- I'm not
3   going to ask if you've memorized Mr. McKenzie's
4   e-mail address, but is it something along the
5   lines of mm2uwords@aol.com?
6       A   To be honest, I've never really looked,
7   you know, because I have a name, and it just says
8   whatever nickname I give it.  So I couldn't tell
9   you.
10      Q   Okay.
11      A   And honestly, I get so many e-mails and
12  spams every day.  I mean, I get a lot of e-mails
13  from everybody.  I don't read them all.  I just
14  don't.
15          I'm not a big social media person.  I'm
16  not on Facebook.
17      Q   Would you say that you e-mail
18  Mr. McKenzie more or Mr. McKenzie e-mails you
19  more?
20      A   Like, when we have something to discuss,
21  he'll be proactive.  Michael likes to chat, and
22  he'll send -- you know, he'll send something
23  about, Did you see this auction record?  Or blah,
24  blah, blah, blah.
25          So, Michael, yes, is probably a little

Page 67

GREGORY ALLEN

1
2   more proactive online than I am.
3       Q   The next document request is document
4   request number 8 --
5       A   Yeah.
6       Q   -- and it's, "Documents and
7   communications concerning McKenzie's or AIA's
8   affixation of Robert Indiana's signature or emblem
9   on Robert Indiana Works, including through the use
10  of a stencil or Ghostwriter."
11          Do you see that?
12      A   Yes.
13      Q   And --
14      A   I have no knowledge of any of that.
15  None.  Nothing.  Zero.
16      Q   The next topic is, "Documents and
17  communications concerning Robert Indiana's
18  authorization or approval or permission for
19  McKenzie or AIA to sign Indiana's signature on
20  Robert Indiana Works."
21          Do you see that?
22      A   Zero.  Nothing.  Nada.  It's never come
23  up.
24      Q   You've never had --
25      A   There's never been even a discussion.

Page 68

GREGORY ALLEN

1
2       Q   There's never been a discussion between
3   you and anybody about this topic?
4       A   Never.
5       Q   Okay.
6       A   There's never been a reason.
7       Q   Okay.  Request number 10, "Documents and
8   communications concerning McKenzie's or AIA's
9   efforts to" -- "or attempts to establish trusts to
10  hold Robert Indiana Works."
11          Do you see that?
12      A   Yeah, I see it.
13          First of all, no.  Second of all, it's
14  none of my business.
15          But, no, it's never come up for me.
16      Q   You've never had any discussions
17  regarding this; right?
18      A   No.
19      Q   Okay.
20          When you have purchased Robert Indiana
21  works from Mr. McKenzie, have you ever resold them
22  to a trust?
23      A   No.
24      Q   Okay.
25      A   No.  That's the client's job.  If I

Page 69

GREGORY ALLEN

1
2   had -- I mean, I'll sell it to -- whatever the
3   client would like me to put it into.
4           But, no, specifically I don't recall
5   selling anything to a trust or anything the likes
6   of that even.
7       Q   Have you ever recalled -- strike that.
8           Let's do this:  Request 11 is,
9   "Documents and communications concerning any of
10  the issues and alleged facts in the complaint."
11          Do you see that?
12      A   No, I've never had any discussion about
13  the complaint.
14      Q   Can we --
15      A   I never read it.  I still haven't read
16  it.
17      Q   You've never read the complaint?
18      A   Just what I read in the papers, which
19  really pissed me off.  Once again, it's tainting
20  Robert Indiana's name while everybody else is
21  getting paid, including you.
22      Q   Let's flip to page 16 of the PDF.
23      A   Fifteen?
24      Q   Sixteen.
25          Okay.

1        GREGORY ALLEN
2     A   Okay.
3     Q   Did you -- did you -- when you read the
4  subpoena for the first time this morning, did you
5  notice that this complaint was attached to the
6  subpoena?
7     A   I did.  But all I noticed was who was
8  the plaintiff and who was the defendant.  And I
9  kind of understood what it -- what the complaint
10 was.  So I was, like --
11    Q   But you mentioned that you didn't read
12 it; right?
13    A   I didn't read it in detail, no.  I
14 skimmed it.
15    Q   This morning?
16    A   This morning.
17    Q   Let's go back to the document requests
18 on PDF page 9 [sic].
19        And the last -- the last line is,
20 "Documents related to the events, facts, artworks,
21 or circumstances described in the attached
22 declaration of Osvaldo Gonzalez."
23        Do you see that?
24    A   Yeah.  I only heard his name for the
25 very first time in the document, and all I know is

1        GREGORY ALLEN
2  I don't know this guy.  I don't know what he does
3  or why.
4        He -- I read the line where my name is
5  mentioned from him.  I never met this guy.  I
6  don't know him.  I have no reason to know him.
7  And how he knows me is a miracle.
8     Q   Let's flip to the next page of the PDF.
9        When you reviewed the subpoena this
10 morning, did you notice that this declaration was
11 attached to the subpoena?
12    A   I did.
13    Q   Okay.  And you -- you -- did you read
14 the declaration?
15    A   I skimmed it down to where I took out
16 where my name was, and I printed it out somewhere
17 here.  I think it was page 11 or something like
18 that.
19        Anyhow, my name is mentioned twice in
20 two lines.
21    Q   Okay.
22    A   And that's what I saw.
23    Q   You mentioned that you printed out the
24 declaration.
25        Did you do that this morning?

1        GREGORY ALLEN
2     A   I did.
3     Q   Was the first time you read the
4  declaration this morning?
5     A   Yeah.  And, you know -- and I can't
6  remember what it says, and I don't know where I
7  put it, but I printed it out.
8     Q   All right.  And just so the record is
9  clear:  Since you read the subpoena this morning
10 and you looked at the declaration, and you
11 mentioned you may have skimmed the complaint, did
12 you take any efforts to collect or produce
13 documents responsive to the subpoena?
14    A   No, because I -- in my mind, I had none,
15 other than, you know, what I do with my clients,
16 which I'm not willing to just hand over to my
17 competitors so that they can have a list of the
18 people I sold art to.
19        No.  You're going to have to do a
20 little -- you're going to have to work a little
21 harder.
22    Q   And prior to this -- this deposition,
23 did you give Mr. Markham access to your e-mails or
24 text messages?
25    A   Access to my e-mail?

1        GREGORY ALLEN
2     Q   Yes.
3     A   Why -- why would I do that?  Other
4  than -- you mean, are we e-mailing back and forth?
5     Q   No.  I'm going to -- I'm going to ask
6  the question again.
7        Prior to this deposition, did you give
8  Mr. Markham access to your e-mails or text
9  messages?
10    A   No.
11    Q   Okay.  Did you give anybody else at
12 Mr. Markham's firm access to your e-mails or text
13 messages?
14    A   No.
15    Q   Okay.  Do you ever sell artworks --
16        MR. RAKOWER:  We can take the
17        exhibit off the screen.  Thank you.
18 BY MR. RAKOWER:
19    Q   Does Mr. McKenzie ever transfer Indiana
20 artworks to you to sell on consignment?
21    A   No.
22    Q   He always sells it -- he always sells it
23 to you outright?
24    A   Yeah.  Usually, there's a purchase
25 order, and it's like -- yeah.  That's right.



GREGORY ALLEN

1
2    Q    Do you ever sell the artworks to other
3  dealers?
4    A   Yes.
5    Q    Approximately what percentage of your
6  sales are to other dealers?
7    A   I don't know.  It's -- it just depends
8  on the year and the -- and the flow, the way
9  things are going, who's doing what, price.
10       It's all logistics.  How do you make it
11  work?
12    Q    So we discussed in the -- in the past
13  year a few instances where you sold Robert Indiana
14  artworks that were sold to you by Mr. McKenzie; is
15  that right?
16    A   Yes.
17    Q    Okay.  And those instances, each -- in
18  each instance, the purchaser of -- the ultimate
19  purchaser of the artwork was a collector; right?
20    A   Yes.
21    Q    Okay.  When's the last time you
22  purchased a Robert Indiana artwork from
23  Mr. McKenzie and sold it to another dealer?
24    A   I can only take a wild guess.  Sometime
25  in the beginning of 2020.

GREGORY ALLEN

1
2    Q    And what artwork was that?
3    A   HOPE.
4    Q    What kind of HOPE?
5    A   Sculpture.
6    Q    Does Mr. McKenzie ever make payments to
7  you?
8    A   No.
9    Q    I just want to go over some of the
10  Robert Indiana artworks that you purchased from
11  Mr. McKenzie and then resold; okay?
12       You mentioned HOPE?
13    A   HOPE.
14    Q    Okay.  Have you ever purchased one of
15  the Dylan artworks from Mr. McKenzie?
16    A   What Dylan artworks?
17       There's a Bob Dylan HOPE?
18    Q    Why don't we -- can we pull back up the
19  subpoena, and I'll give you the PDF page to go to.
20    A   Okay.
21       MR. RAKOWER:  Bernadette, can we go
22  to PDF page 46?
23       And let's scroll down to -- to 47.
24       Actually, let's go to the next page.
25    A   I remember looking at all these images.

GREGORY ALLEN

1
2       And the answer is no to all of them.
3  BY MR. RAKOWER:
4    Q    Okay.  Let's just go through them.
5  Actually, let's go back to -- to 46.
6       Mr. Allen, I'm just going to -- I
7  apologize, but I've got to go one by one.
8    A   Yeah.  No worries.
9    Q    So do you see the image on the right?
10    A   I do.
11    Q    Did you ever purchase that artwork from
12  Mr. McKenzie?
13    A   No.
14    Q    Have you ever discussed selling that
15  artwork for Mr. McKenzie?
16    A   No.
17    Q    All right.  Let's go to the next page.
18       Do you see the image on the right?
19    A   (The witness nods head.)
20    Q    Did you ever sell that artwork for
21  Mr. McKenzie?
22    A   No.
23    Q    Did you ever purchase that artwork for
24  Mr. McKenzie?
25    A   No.

GREGORY ALLEN

1
2    Q    Did you ever discuss purchasing that
3  artwork for Mr. McKenzie?
4    A   No.
5    Q    Okay.  Let's go to the next page.
6       This artwork on the right, this is page
7  33 of the complaint.
8    A   No.
9    Q    Did you ever purchase this artwork for
10  Mr. McKenzie?
11    A   No.
12    Q    Did you ever sell this artwork for
13  Mr. McKenzie?
14    A   Never sold it.
15    Q    Did you ever discuss selling this
16  artwork for Mr. McKenzie?
17    A   No.
18    Q    Okay.  Next page.  This is page 34 of
19  the complaint.
20       Do you see the artwork on the right?
21    A   Yes.
22    Q    Did you ever sell this artwork for
23  Mr. McKenzie?
24    A   No.
25    Q    Did you ever purchase it from him?



GREGORY ALLEN

1
2     A    No.
3     Q    Did you ever discuss selling this
4  artwork for Mr. McKenzie?
5     A    No.
6     Q    Okay.  Let's go to the next page.
7         Do you see the artwork on the right?
8     A    Yes.
9     Q    Did you ever purchase this artwork from
10  Mr. McKenzie?
11    A    No.
12    Q    Did you ever sell this artwork for
13  Mr. McKenzie?
14    A    No.
15    Q    Did you ever discuss selling this
16  artwork for Mr. McKenzie?
17    A    No.
18    Q    Okay.  And then for the record, that's
19  the artwork on page 35.
20        Let's go to the next page, page 36.
21        Do you see there are two -- two artworks
22  on the right side of your screen?
23    A    Yeah.
24    Q    Okay.  Did you ever sell either of these
25  two artworks for Mr. McKenzie?

GREGORY ALLEN

1
2     A    No.
3     Q    Did you ever purchase either -- either
4  of these two artworks from Mr. McKenzie?
5     A    No.
6     Q    Did you ever discuss selling or
7  purchasing either of these two artworks for
8  Mr. McKenzie?
9     A    No.
10    Q    Let's go to the next page.  It's page 37
11  of the complaint.
12        Do you see the image on the right?
13    A    Yes.
14    Q    Did you ever purchase this from
15  Mr. McKenzie?
16    A    No.
17    Q    Did you ever sell this artwork for
18  Mr. McKenzie?
19    A    No.
20    Q    Did you ever discuss selling or
21  purchasing this artwork with Mr. McKenzie?
22    A    No.
23    Q    Okay.  Let's go to page 38 of the
24  complaint.
25        Do you see there are two images on the

GREGORY ALLEN

1
2  right?
3     A    Yes.
4     Q    Did you ever sell either of these two
5  artworks for Mr. McKenzie?
6     A    No.
7     Q    Did you ever purchase either -- either
8  of these two artworks from Mr. McKenzie?
9     A    No.
10    Q    Did you ever discuss the sale or
11  purchase of these artworks from -- with
12  Mr. McKenzie?
13    A    No.
14    Q    Okay.  Let's go to the next page, page
15  39.
16        Do you see the image on the right?
17    A    Yes.
18    Q    Did you ever discuss selling or
19  purchasing this artwork with Mr. McKenzie?
20    A    No.
21    Q    Did you ever sell this artwork for
22  Mr. McKenzie?
23    A    No.
24    Q    Did you ever purchase this artwork from
25  Mr. McKenzie?

GREGORY ALLEN

1
2     A    No.
3     Q    Okay.  Let's go to the next page, page
4  40 of the complaint.
5         Do you see the image on the right?
6     A    Yes.
7     Q    Did you ever purchase this artwork for
8  Mr. McKenzie?
9     A    No.
10    Q    Did you ever sell this artwork for
11  Mr. McKenzie?
12    A    No.
13    Q    Did you ever discuss with Mr. McKenzie
14  the prospect of selling or purchasing this
15  artwork?
16    A    No.
17    Q    Let's go to the next page, page 41.  And
18  this is the last page of this exercise.
19        Do you see the two images on the right?
20    A    I do.
21    Q    Did you ever purchase either of these
22  two images from Mr. McKenzie?
23    A    No.
24    Q    Did you ever sell artworks bearing
25  either of these images for Mr. McKenzie?



Page 82

GREGORY ALLEN

1
2     A   No.
3     Q   And did you ever discuss with
4  Mr. McKenzie the prospect of selling or purchasing
5  either of these two artworks?
6     A   No.
7     Q   Okay.
8          MR. RAKOWER:  We can take -- we can
9     take down the exhibit.  Thank you.
10 BY MR. RAKOWER:
11    Q   Have you ever purchased a LOVE artwork
12 from Mr. McKenzie?
13    A   Yes.
14    Q   Approximately how many LOVE artworks
15 have you purchased from Mr. McKenzie?
16    A   One.  Quite a while ago.  I couldn't
17 tell you what year, but it was a while ago, five
18 or six years ago.
19    Q   What kind of artwork?
20    A   LOVE on metal -- on aluminum,
21 24-by-24 inches, red/gren/blue.
22    Q   You remember that?
23    A   Yeah, I do, 'cause it's the Indiana
24 icon, the colors in the LOVE.
25    Q   How much did you purchase that artwork

Page 83

GREGORY ALLEN

1
2  for?
3     A   I don't remember.  I really don't.
4     Q   Did you resell that artwork?
5     A   I did.
6     Q   Who did you sell it to?
7     A   I'm not at liberty to say.
8     Q   Are you refusing to divulge the identity
9  of the person that you sold that artwork to?
10    A   Yes.
11    Q   Okay.  Was that an individual collector?
12    A   Yes.
13    Q   How did that sale by Mr. McKenzie to you
14 come about?
15    A   Honestly, I don't recall.
16    Q   Did you engage in negotiations with
17 Mr. McKenzie regarding that sale?
18    A   Negotiations?
19        Other than a price, an agreement, and a
20 sale, that's the negotiation.
21        You mean, like, haggling or something
22 like that?
23        No.  You don't haggle with Michael.
24    Q   Did you enter into a written agreement
25 with Mr. McKenzie regarding that sale?

Page 84

GREGORY ALLEN

1
2     A   A purchase order and a receipt.
3     Q   And you transmitted that purchase order
4  and receipt to Mr. McKenzie?
5     A   Yes.
6     Q   Did you do that over e-mail?
7     A   Yeah.
8          MR. RAKOWER:  Okay.  I want to pull
9     up Tab 2.
10 BY MR. RAKOWER:
11    Q   Mr. Allen, do you see a document on your
12 screen?
13    A   Yeah, I see it.
14    Q   This was Exhibit 2 introduced at
15 Mr. McKenzie's deposition a couple months ago.
16        MR. RAKOWER:  I'd like to also mark
17    this as Exhibit 2 for this deposition.
18        (Whereupon, Plaintiff's Exhibit No.
19        2, Photograph of Spreadsheet, was
20        marked for identification.)
21 BY MR. RAKOWER:
22    Q   Mr. Allen, if you look where it says,
23 "7. LOVE (Red Metal)."
24        Do you see that?
25    A   I do.

Page 85

GREGORY ALLEN

1
2     Q   Okay.  Is this the artwork that you were
3  talking about?
4     A   I have no way of knowing that.  I don't
5  remember the number or the piece.  I -- I couldn't
6  tell you.
7     Q   Okay.  Let's go to the third line under
8  "7. LOVE (Red Metal)."
9     A   Yeah.  Okay.
10    Q   Do you see it says, "'Book of Love.'
11 Red/Green/Blue"?
12        Do you see that?
13    A   Yeah, I see it.
14    Q   And it says that, "G. Allen bought
15 3/24/14 [sic]."
16        Do you see that?
17    A   I can't -- I --
18    Q   It's on the right.
19    A   It's blocked by the video.  Wait a
20 minute.  I can't see it.
21        Hold on a second.  Let me see if I can
22 reduce this.
23        No, that didn't work.
24        All right.  "Bought 3/23/14." Yeah.
25 Okay.  That sounds about right.



Page 86

```
           GREGORY ALLEN
 1
 2      Q   You bought that artwork from
 3  Mr. McKenzie?
 4      A   "Red/Green/Blue," yeah.
 5      Q   And you bought that on or around
 6  March 23rd of 2014?
 7      A   Right.
 8      Q   Okay.  And before that it says,
 9  "Consigned to Gregory Allen 8/23/13."
10         Do you see that?
11      A   I see it.
12      Q   Okay.  Did Mr. McKenzie consign this
13  artwork to you to sell?
14      A   I'm going to say I don't -- I -- I mean,
15  that's a loose term.
16         Sometimes a consignment could be that I
17  didn't pay for it for two weeks.  So it was
18  consigned, and maybe that's how they wrote it up.
19      Q   Well, do you -- do you see that the
20  consignments referenced here refers to a date
21  that's August 23rd, 2013?
22         Do you see that?
23      A   Yeah.
24      Q   And that's a -- that's seven months
25  before it says you bought the artwork in
```

Page 87

```
           GREGORY ALLEN
 1
 2  March 23rd, 2014.
 3         Do you see that?
 4      A   Yeah, I see it.
 5         3/23 consigned -- it doesn't make any
 6  sense to me.  I don't know -- I don't know how to
 7  refer to it.
 8         I don't recall any of this.  I'm sure
 9  it's somewhat accurate.
10      Q   Do you have any reason to doubt the
11  accuracy of this?
12      A   Only the term "consigned,' cause, you
13  know, maybe -- maybe I had agreed to pay for it,
14  and it didn't come through, and I didn't pay for
15  it.  So Michael could say it was consigned to me.
16         He was pretty good about it.  And
17  sometimes I was late or tardy and -- you know, we
18  had our differences.  Like I said, there were
19  years when he didn't talk to us.
20      Q   So let's -- let's go down in the
21  second-to-last line and -- and the column that
22  we're looking at says, "'Book of LOVE'
23  Red/Green/Blue.  V/V. R. Indiana '96."  And it
24  says, "Returned from Greg Allen 5/1/13."
25         Do you see that?
```

Page 88

```
           GREGORY ALLEN
 1
 2      A   Yeah.
 3      Q   Did you ever return a LOVE artwork to
 4  Mr. McKenzie?
 5      A   Probably.  'Cause sometimes the client
 6  would like blue/green/red, red/green/blue, and
 7  we'd give them the option of seeing it.  And the
 8  one he didn't take, we'd send back.
 9      Q   All right.
10      A   You know, it's, like, I'm not -- I -- I
11  prefer to not deal with clients who want to know
12  if it matches their drapes, 'cause it gets
13  really -- I can tell you how many times I've been
14  on my knees in some billionaire's penthouse
15  wishing I had never been there.
16      Q   So at the -- at the very bottom it says,
17  "NOTE:  Text to Gregory Allen 5/6:  Red/Green/Blue
18  available if party is interested in buying."
19         Do you see that?
20      A   Yeah.
21      Q   Okay.
22      A   Do I recall it?
23         No.  But, yeah.
24      Q   Do you have any reason to doubt that
25  Mr. McKenzie texted you that --
```

Page 89

```
           GREGORY ALLEN
 1
 2      A   No.
 3      Q   -- the red/green/blue --
 4      A   No, not at all.
 5      Q   -- LOVE was available?
 6      A   Just if we were transacting back and
 7  forth about a particular piece in an inventory.
 8  There was, you know, three versions of
 9  red/green/blue or whatever the case may be.  And I
10  was trying to make the client happy, and Michael
11  was trying to accommodate me.
12      Q   So is it your belief that there's
13  probably a text from May 6th of some year from Mr.
14  McKenzie to you stating that a LOVE artwork was
15  available if a party was interested in buying?
16      A   I have no way of remembering that.
17         That's 2013?
18      Q   I --
19      A   That's --
20      Q   Of any year?
21      A   Yeah.  I would -- I have no way of
22  recollecting that.  I can't remember what happened
23  yesterday.
24      Q   Is it your understanding that where it
25  says "Red/Green/Blue," that's referring to a LOVE
```



|  | Page 90 |
|---|---|

GREGORY ALLEN

1
2 artwork?
3     A   It's referring to a colorway in the way
4 in which it's laid out on the canvas.
5     Q   And by "it" you mean the LOVE image;
6 right?
7     A   Yeah.
8     Q   Okay.  We can put this -- this document
9 to the side.
10            (Whereupon, the court reporter
11            requests clarification.)
12         THE WITNESS:  Colorway.
13         COURT REPORTER:  Thank you.
14         THE WITNESS:  W-a-y.
15 BY MR. RAKOWER:
16     Q   Has Mr. McKenzie ever spoken to you
17 about Morgan Art Foundation?
18     A   No.
19     Q   Mr. McKenzie ever --
20     A   I may have spoken to him about them and
21 had questions about who they were, but that would
22 be a while ago, not in this year.
23     Q   And did he respond to those questions?
24     A   Yeah.  But I can't recall what
25 exactly -- you know, I mean, you talk about

|  | Page 91 |
|---|---|

GREGORY ALLEN

1
2 vendors and people in the industry all the time.
3         You know, I was selling or trying to
4 sell LOVE sculptures.  It had nothing to do with
5 Michael McKenzie.  And so my interest was in
6 knowing where to get them.  And, you know, I was
7 trying to dig down at that time.  I recall asking
8 Michael if he had a better resource for -- than I
9 did for getting at Morgan Arts Foundation to buy
10 directly from them.
11         You know, you kind of look to find the
12 best resource that you can for something 'cause
13 they -- you know, there were periods of time when
14 everybody was demanding a LOVE piece, and they
15 were in high demand.  And there were quite a few
16 LOVE sculptures around.
17         So, yeah.  For that purpose, yeah.
18     Q   What has Mr. McKenzie told you about
19 Morgan Art Foundation?
20     A   Told me?
21         Nothing.  Nothing historically, no.  I
22 mean, tell -- that they -- they are -- I don't
23 even know if he told me that.
24         I think what I know about Morgan Art
25 Foundation is what I read in the trades.

|  | Page 92 |
|---|---|

GREGORY ALLEN

1
2     Q   Has Mr. McKenzie ever spoken to you
3 about Simon Salama-Caro?
4     A   No.
5     Q   Has Mr. McKenzie ever spoken to you
6 about the rights to the LOVE artwork?
7     A   I may have spoken to him about it when
8 it started to come up in the trades about whether
9 or not there was a copyright infringement by the
10 Morgan Arts people, because people started to back
11 away from it.
12         And like I said, if you taint anything,
13 the collectors and the buyers are -- are --
14 they're -- they're walking away.
15     Q   And you -- you mentioned that you may
16 have spoken to him, Mr. -- Mr. McKenzie, about a
17 potential copyright infringement -- infringement
18 by Morgan Art Foundation; is that right?
19     A   No, I didn't say that.
20     Q   Well, I'm looking at the transcript, and
21 it says, "I may have spoken to him about it when
22 it started to come up in the trades about whether
23 or not there was a copyright infringement by the
24 Morgan Arts people."
25     A   No.  I -- I have spoken to him about

|  | Page 93 |
|---|---|

GREGORY ALLEN

1
2 Morgan Arts Foundation and who they were.
3         Whether or not there was an
4 infringement, I don't know if I spoke to Michael.
5 I probably spoke to any other people that had any
6 reason to discuss whether or not there was an
7 infringement on a copyright.  It didn't have to be
8 Michael.  It could have been anybody.
9         'Cause there was some -- you know, it
10 was a topic of discussion in the industry amongst
11 vendors.  Are these legitimate works of art for
12 sale?  And is it going to be a problem and -- and
13 some -- some, you know, comeback after a sale of a
14 LOVE piece?
15         I mean, potentially from what I could
16 construe so far, it looks like they've got a huge
17 problem if there is no copyright.  And I don't
18 know whether there -- there is or there isn't.
19 That's all I know.
20         And it's -- you know, it's a topic of
21 conversation.  It's curious -- it's curious.
22 They're stamped copyright.  Let me see.  1990 --
23 2000 -- 1996 to 2009, I think is how the LOVEs are
24 stamped, and then the copyright seal is on it.
25         I've stayed away from it.  As soon as --



Page 94

GREGORY ALLEN

1
2  like I said, as soon as it became a topic of
3  potential anything incorrect, it's just -- who
4  needs the headache?
5       Q   Has Mr. McKenzie ever discussed with you
6  the prospect of selling you a LOVE artwork since
7  2013?
8       A   Just the one I mentioned, and that was
9  LOVE on metal.  That wasn't the sculpture.
10      Q   Were there any LOVE artworks included in
11 the bundle of artworks that you had discussed --
12      A   No.
13      Q   -- Mr. McKenzie potentially selling?
14      A   No.  Not to my recollection, no.
15      Q   Let's talk about a few other artworks.
16          Are you aware of a Robert Indiana
17 artwork called EAT?
18      A   Yeah.
19      Q   Okay.
20      A   Yes.
21          I'm sorry.
22      Q   Have you ever purchased an EAT artwork
23 from Mr. McKenzie?
24      A   No.  Not from anybody.
25      Q   Okay.  Are you aware of a Robert Indiana

Page 95

GREGORY ALLEN

1
2  artwork called ART, A-R-T?
3       A   Yes.
4       Q   Have you ever purchased an ART artwork
5  from Mr. McKenzie?
6       A   No.
7       Q   I think we spoke earlier about TIKVA.
8          You've purchased TIKVA works from
9  Mr. McKenzie; right?
10      A   Yes.
11      Q   Okay.  And you've sold TIKVA works that
12 you've purchased from Mr. McKenzie?
13      A   Yes.
14      Q   What about, are you aware of a Robert
15 Indiana artwork called AHAVA?
16      A   I am aware of it.
17      Q   Have you ever purchased an AHAVA artwork
18 from Mr. McKenzie?
19      A   No.  But if you know where one is, let
20 me know.
21      Q   Why is that?
22      A   Because they're rare.
23      Q   Are you aware of the -- the Alphabet
24 artworks?
25      A   I am.

Page 96

GREGORY ALLEN

1
2       Q   Have you ever purchased any Alphabet
3  artworks from Mr. McKenzie?
4       A   No.
5       Q   Are there other images we haven't spoken
6  about that you've -- that are Robert Indiana
7  artworks that you've purchased from Mr. McKenzie?
8       A   No.
9       Q   And just so we're clear of the type of
10 artworks that you've purchased from Mr. McKenzie,
11 you've purchased sculptures; correct?
12      A   Sculptures, yes.
13      Q   You've purchased prints?
14      A   Yes.
15      Q   Paintings?
16      A   Yes.  In the early days of HOPE.
17      Q   What other types of artworks have you
18 purchased from Mr. McKenzie?
19      A   That's it.  Related to Robert Indiana.
20      Q   Okay.  Approximate -- approximately how
21 many artworks have you purchased from
22 Mr. McKenzie?
23      A   You mean from the time I've known him
24 till now?
25      Q   Correct.

Page 97

GREGORY ALLEN

1
2          MR. MARKHAM:  Asked and answered.
3          THE WITNESS:  Okay.
4  BY MR. RAKOWER:
5       Q   You -- you can answer, Mr. Allen.
6       A   I couldn't give you an exact number.
7       Q   Could you give me a range?
8       A   Yeah, I suppose.
9          Somewhere between zero and ten.
10      Q   Zero and ten artworks since the time
11 that you met Mr. McKenzie you've purchased from
12 him?
13      A   Yeah.  And like I said, I can't remember
14 every piece of art that I've sold.  I've sold
15 Indiana artworks that don't relate at all to
16 McKenzie.
17      Q   Well, Mr. -- Mr. Allen, you've testified
18 that you've purchased at least three different
19 artworks from Mr. McKenzie in the past year; is
20 that right?
21      A   That's right.
22      Q   So it can't be zero; right?
23      A   Right.  It's not zero.  I don't remember
24 how many pieces from zero -- from 2007 to now.  I
25 don't -- I don't recall at all.

MAGNA
LEGAL SERVICES

GREGORY ALLEN
1
2     Q    But it was -- it's not zero; correct?
3     A    It can't -- it wasn't -- it wasn't 20 or
4  30 or 40 pieces in the entire history of my
5  relationship with McKenzie.  It wasn't.  And if it
6  was, it wasn't related directly to Robert Indiana
7  or HOPE.
8     Q    So you're saying it's -- it's fewer than
9  20 pieces?
10    A    Yeah.
11    Q    I think --
12    A    To the best of my recollection.
13    Q    I think today we've discussed at least
14  five pieces; right?
15    A    Sure.
16    Q    Approximately how much have you paid
17  Mr. McKenzie for Robert Indiana artworks?
18    A    I don't -- I don't know, and I -- I --
19  I've never added it up.  I don't know what to tell
20  you how much that would be.  I'd just be guessing,
21  and I don't want to guess.
22    Q    What's the lowest amount you've paid for
23  a Robert Indiana artwork?
24    A    The lowest?
25    Q    Yeah.

GREGORY ALLEN
1
2     A    I don't know.  I don't know.  A dollar.
3  I don't know.
4         It's not a dollar.  I don't know.
5     Q    Okay.  You mentioned you purchased a --
6  a sculpture from Mr. McKenzie in the past year;
7  correct?
8     A    Right.
9     Q    Okay.  How much did you pay for that
10  sculpture?
11    A    I don't remember.
12    Q    Was it more or less than a thousand
13  dollars?
14    A    It was more.
15    Q    Was it more or less than $10,000?
16    A    More.
17    Q    Was it more or less than a hundred
18  thousand dollars?
19    A    Less.
20        I don't know the exact amount.  And
21  every -- every sale is different.
22    Q    Is it fair to say that you have
23  purchased at least hundreds of thousands of
24  dollars' worth of Indiana artworks from
25  Mr. McKenzie?

GREGORY ALLEN
1
2     A    From 2007 to now?
3     Q    Correct.
4     A    Yes.
5     Q    Okay.  Is it fair to say that you've
6  purchased at least a half of a million dollars'
7  worth of Robert Indiana artworks from
8  Mr. McKenzie?
9     A    Yes.
10    Q    Okay.  Is it fair to say that you've
11  purchased at least a million dollars' worth of
12  Robert Indiana artworks from Mr. McKenzie?
13    A    I don't -- I couldn't answer that.  I
14  don't know.  I don't think it was a million
15  dollars.
16        I don't know.  I just don't really know
17  how to tell you the answer to that one.
18    Q    And of the -- of the -- whatever the
19  total is that you paid Mr. McKenzie over the years
20  to purchase artworks from him, approximately what
21  percentage of that total was paid for HOPE works?
22    A    I don't know.
23    Q    Okay.  And approximately what percentage
24  of that total was paid for LOVE artworks?
25    A    1 percent.

GREGORY ALLEN
1
2     Q    We discussed purchase orders and
3  receipts.
4         Do you remember that?
5     A    Yes.
6     Q    Have you entered into any other written
7  contracts or agreements with Mr. McKenzie?
8     A    No.
9     Q    Have you ever had discussions with
10  Mr. McKenzie regarding his rights to fabricate
11  artworks?
12    A    Absolutely not.
13    Q    Has Mr. McKenzie ever talked to you
14  about the prospect of closing his business?
15    A    No.
16    Q    Have you ever had discussions with
17  Mr. McKenzie -- sorry.  Strike that.
18        You mentioned that you had discussed
19  with Mr. McKenzie in the past year the prospect of
20  bundling a number of artworks and selling them to
21  you?
22    A    Yeah.
23    Q    Okay.
24    A    Yes.
25    Q    Did Mr. McKenzie ever share with you a



GREGORY ALLEN

1             GREGORY ALLEN
2  list of his inventory?
3      A   No, not a -- I mean, a full list of his
4  entire inventory?
5         No.
6      Q   A list of any of his inventory?
7      A   No.  Because I would normally bring it
8  up and say, you know -- or I'm referring to maybe
9  some images that I have in a book or something.
10 And, you know, you have to start somewhere.
11        Well, is this available?  Is that
12 available?  Can I -- can we do this?  Can we do
13 that?
14        That's the kind of discussion we had
15 about packaging sales.
16     Q   Can we go back to Exhibit 1 and go to
17 PDF page 10.
18        This is the declaration that we
19 discussed before.
20        Do you remember that?
21     A   Yes.
22     Q   Okay.  And you mentioned that you -- you
23 reviewed this this morning; is that right?
24     A   I did.
25     Q   And you mentioned that you noticed that

GREGORY ALLEN

1             GREGORY ALLEN
2  your name was in the declaration; is that right?
3      A   Yes.  Twice.
4      Q   So let's go to -- sorry -- try PDF page
5  14.
6         Okay.  And let's specifically look at
7  paragraph 16.
8      A   Okay.
9      Q   Can you see it on your screen?
10     A   I -- I -- I see it, yeah.
11     Q   Okay.  Do you notice that this paragraph
12 mentions your name?
13     A   I do.
14     Q   Excuse me.
15     A   It's okay.
16     Q   I'm going to read part of the paragraph
17 to you.
18     A   Okay.
19     Q   It says, "In addition to hiding the
20 artworks by shipping them off the property,
21 McKenzie also planned to conceal the artworks
22 through a sequence of transfers that would hide
23 their true ownership.  Specifically" --
24     A   I'm laughing because it -- it's like a
25 bad novel.

GREGORY ALLEN

1             GREGORY ALLEN
2      Q   It says, "Specifically, McKenzie devised
3  a plan to" -- "to sell the artworks he wanted to
4  conceal to an individual named Greg Allen."
5      A   Yeah.
6      Q   Now, I want to stop there because it is
7  true that you purchased artworks from
8  Mr. McKenzie; right?
9      A   Yes.
10     Q   You purchased Indiana artworks from
11 Mr. McKenzie --
12     A   That's correct.
13     Q   -- over the past 14 years; is that
14 right?
15     A   Yes.
16     Q   Okay.  And that includes, you know, at
17 least four artworks in the past year; right?
18     A   Yeah.
19     Q   Okay.  And you mentioned that you'd
20 never met Osvaldo Gonzalez; is that right?
21     A   I wouldn't know him if he was standing
22 right next to me.
23     Q   Okay.  But Mr. Gonzalez did know that
24 Mr. McKenzie sold artworks to you; right?
25     A   I have no way of knowing that.  I don't

GREGORY ALLEN

1             GREGORY ALLEN
2  know this guy.  How would I know that?
3         I don't know who he is.  I don't know
4  why he's using my name.  I've never had a word, a
5  letter with this guy or I -- if I was in his
6  presence, I've never heard his name mentioned.
7      Q   Okay.  Let's -- let's go to the next
8  sentence.  "Allen would then transfer the artworks
9  to various trusts, which McKenzie intended to set
10 up in Panama or Nevada" --
11     A   You think this is as ludicrous as I do;
12 right?
13     Q   -- "and which would name McKenzie's son
14 as the sole beneficiary."
15        Do you see that?
16     A   Yeah.
17     Q   Okay.
18     A   What --
19     Q   Have you ever --
20     A   By the way, let me ask you, what's in
21 this for me?  If I'm doing this, what's in it for
22 me?  Jail time?
23     Q   Why do you say that?
24     A   I'm joking, because it's -- you know, I
25 mean, it's like -- you can't conceal art and sell

MAGNA
LEGAL SERVICES

Page 106

GREGORY ALLEN

1
2    it.  It's ruined.  It's over, done.
3          It's not something that I would -- would
4    traffic in at all, in tainted art.  You take art
5    and you hide it, and then you come out and you try
6    to sell it?
7          It's useless.
8      Q    What makes you mention jail time?
9      A    Because it reads like a bad idea.
10     Q    Why is it a bad idea?
11     A    Because it reads like somebody, like, is
12   trying to hide something.  Whole would you hide art?
13         It's -- it's the -- it's the absolute
14   antithesis of the wrong thing to do.  You're not
15   going to hide art and then be able to sell it.
16         Why would I want to do that?
17     Q    Have you ever purchased an artwork from
18   Mr. McKenzie and then transferred the artwork to
19   somebody in Mr. McKenzie's family?
20     A    Never.  The only time I ever heard this
21   notion is in this document.  That's why I -- you
22   know, I mean, the whole thing is silly.  It's a
23   joke.  And I don't like people putting my name in
24   concert with anything like this, because it's
25   useless.

Page 107

GREGORY ALLEN

1
2      Q    I want to go -- later in the paragraph,
3    it says, "McKenzie told me that he was advised by
4    certain people that this plan would result in a
5    fraudulent transfer of assets."
6          Do you see that?
7      A    I see it.
8          "McKenzie told me that he was advised by
9    certain people that this plan would result in a
10   fraudulent transfer of assets."
11     Q    Have you ever had any discussion
12   regarding the prospect that a transfer of artworks
13   by Mr. McKenzie would be a fraudulent transfer?
14     A    Would be a what transfer?
15     Q    Fraudulent transfer.
16     A    Never.
17     Q    Okay.
18         MR. RAKOWER:  We can put this
19   document to the side.
20         You know, I -- I think, John, if we
21   want to take a five-minute break, I
22   think that I may be done.
23         Mr. Allen, would that work for you?
24   I just need five minutes to collect my
25   thoughts.

Page 108

GREGORY ALLEN

1
2          THE VIDEOGRAPHER:  Going off the
3    record at 2:06 p.m.
4          (Whereupon, there was a recess
5          taken from 2:06 p.m. to 2:11 p.m.)
6          THE VIDEOGRAPHER:  Back on the
7    record.  2:11 p.m.
8          MR. RAKOWER:  Mr. Allen, I have no
9    further questions but I just -- I do --
10   I do need to make a reservation of
11   rights on the record before I -- I close
12   out.
13         Mr. Allen, thank you for -- for
14   taking the time to answer my questions
15   today.  And I appreciate --
16         THE WITNESS:  Thank you, Ryan.
17         MR. RAKOWER:  I appreciate you
18   being, generally, forthcoming to the
19   answers to my questions aside from a few
20   limited instances regarding the identity
21   of the -- the purchaser of -- purchasers
22   of artwork -- Indiana artworks that you
23   sold, and we are going to reserve all
24   rights with respect to that.
25         I also just do need to make a

Page 109

GREGORY ALLEN

1
2    reservation of rights regarding the lack
3    of a document production in connection
4    with the subpoena.  The witness
5    indicated that he had not read the
6    subpoena until -- or its document
7    requests until this morning.  And in
8    response to a number of my questions,
9    the witness indicated that he did, in
10   fact, possess e-mails or text messages
11   regarding certain of the -- the topics
12   which have not been produced by the
13   witness, nor by -- by the defendant in
14   this action, who was -- who also had
15   been party to those e-mails or text
16   messages.
17         So we are going to reserve the
18   rights to seek to compel those -- those
19   documents and communications, which are
20   called for by the subpoena, which the
21   witness did not object to, and also, you
22   know, possibly hold the deposition open
23   or reopen it depending on what we see in
24   those documents.
25         And with that, I have no further



Page 110

```
1            GREGORY ALLEN
2       questions.
3            Thank you, Mr. Allen.
4            THE WITNESS:  Thank you.  Thank
5       you, Ryan.
6
7            CROSS-EXAMINATION
8
9  BY MR. MARKHAM:
10      Q    Good afternoon, Mr. Allen.
11           You and I have had several discussions
12  about the subpoena long before this morning;
13  correct?
14      A    Yes.
15      Q    And during those discussions, I
16  specifically discussed with you the content of the
17  subpoena, which I had sent to you; correct?
18      A    You did.
19      Q    So while you didn't read those
20  categories before this morning, I read them to you
21  and asked you if you had any and you said no;
22  correct?
23      A    That's correct.
24      Q    All right.  And then last night again,
25  for about what, the third or fourth time we
```

Page 111

```
1            GREGORY ALLEN
2   discussed this?  About three or four times?
3       A    Yes.
4       Q    And last night did I or did I not say,
5   "Why don't you take a look at the subpoena just to
6   make sure that you don't have any such documents?"
7       A    Right.
8       Q    And you did; right?
9       A    Yeah.
10      Q    But you had indicated before that, and
11  it's your belief, that you don't have any of the
12  documents specifically described in the subpoena
13  as it was read to you; correct?
14      A    Yes.
15      Q    Okay.  Now, in paragraph 16 of the
16  Osvaldo Gonzalez affidavit or declaration, I'm
17  going to take you through it.  Both you and Mr. --
18  and Ryan were laughing but I want to take you
19  through it, line by line.
20           I'm quoting now, and I will read it to
21  you.  You don't have to have it in front of you.
22      A    Okay.  I was looking for it.  But I
23  don't -- I know I put it somewhere.  Okay.
24      Q    All right.  "In addition to hiding the
25  artworks by shipping them off the property,
```

Page 112

```
1            GREGORY ALLEN
2   McKenzie also planned to conceal the artwork [sic]
3   through a sequence of transfers that would hide
4   their true ownership."
5            Did you ever hear Mr. McKenzie say
6   anything like that?
7       A    No.
8       Q    Did you ever suggest anything like that
9   to Mr. McKenzie?
10      A    No.
11      Q    All right.  I'm quoting again.
12           "Specifically, McKenzie devised a plan
13  to sell the artworks he wanted to conceal to an
14  individual named Greg Allen."
15           Did Mr. McKenzie ever suggest that he
16  wanted to hide artwork by selling it to you?
17      A    No.
18      Q    Did you ever suggest that he do so?
19      A    No.
20      Q    "Allen would then transfer the artworks
21  to various trusts, which McKenzie intended to set
22  up in Panama or Nevada and which..."
23           Did you ever tell him to set up any such
24  trusts?
25      A    No.
```

Page 113

```
1            GREGORY ALLEN
2       Q    Did you ever suggest to him that he set
3   up trusts to hide the artwork?
4       A    No.
5       Q    Did he ever suggest to you that he was
6   going to do that?
7       A    No.
8       Q    Did -- and that goes on to say, quote,
9   about the trusts, he would say, quote -- he did
10  say in his affidavit -- "...which would name
11  McKenzie's son as their sole beneficiary."
12           Did you ever hear him talk about secret
13  trusts --
14      A    Never.
15      Q    -- benefiting his son?
16      A    Never.
17      Q    Did you ever suggest that to him?
18      A    Never.
19      Q    By "him," I mean McKenzie.
20      A    No.
21      Q    How about to anybody, did you ever
22  suggest that?
23      A    No.
24      Q    All right.  "McKenzie told me,"
25  referring to Gonzalez, "that this would allow him
```

Page 114

GREGORY ALLEN

1
2 to benefit financially from the sale of these
3 works, while concealing the artworks and sales
4 proceeds from the Court and the other parties."
5     Did he ever tell you that?
6   A   No.
7   Q   Did you ever discuss that with him?
8   A   No.
9   Q   Did you ever suggest that to him?
10  A   No.
11  Q   Is that a workable way to make money off
12 of art?
13  A   Absolutely not.  And I think Michael
14 would know better than that because if you taint
15 it, it's useless.  It's -- it's -- it's zero.
16  Q   All right.  Why putting this artwork in
17 trusts concealed in Panama or Nevada, why would
18 that not be a good idea to enhance their value?
19  A   Because it -- it -- well, I don't know
20 and I'm not a lawyer.  So I can only tell you --
21 it's just -- it kind of wreaks of doing something
22 illicit.  And when you -- look, even if it's just
23 hearsay or conjecture on a piece of art, it
24 becomes worthless.
25  Q   All right.

Page 115

GREGORY ALLEN

1
2   A   So if that were to come out, and it's --
3 and I'm assuming this is public record, some of
4 this, it already, just by the suggestion of it
5 alone, would make all of that art pretty much
6 worthless.  So I don't think Michael would
7 conceive that.  He's smarter than that I hope.
8   Q   And --
9   A   No pun intended.
10  Q   -- he never -- he never made any such
11 suggestion to you; correct?
12  A   Never.
13  Q   Now, you indicated that you had
14 suggested to him, at some point that, You might
15 want to buy a package of Indiana artwork; correct?
16  A   Yeah.  I referred to it as "monumental
17 works of art," which is a package or maybe a
18 bigger sculpture or something like that, you know,
19 where there's higher dollar values.
20  Q   Did you and Mr. McKenzie ever discuss
21 how many pieces of art would be in that package?
22  A   No.  We never got that far.
23  Q   So how far did you get?
24     Take me through the best recollection
25 you have of your suggestion to him made any time

Page 116

GREGORY ALLEN

1
2 during 2021 or 2020, or whatever date -- year it
3 was, where you suggested --
4   A   Mostly it was about what art might be
5 available and what I was interested in, which is
6 mostly HOPE and sculpture and monumental scale.
7   Q   "Monumental scale," means larger --
8   A   Right.
9   Q   -- sculptures?
10  A   Larger than six feet.
11  Q   So were you talking about 4,000 pieces
12 of art?
13  A   No.
14  Q   Were you talking about 1,000 pieces of
15 art?
16  A   No.
17  Q   Were you talking about 20 pieces of art?
18  A   Possible, but no.
19  Q   And --
20  A   It could have --
21  Q   -- maybe not that --
22  A   -- been but I don't think I ever had 20
23 images I was interested in.  But there are
24 multiples of the same piece of art.
25  Q   And so --

Page 117

GREGORY ALLEN

1
2   A   We never got that far.  We do -- kept
3 discussing how it could work and what a package
4 would be, and we had never gotten any further than
5 that.
6     And mostly because, historically, in the
7 last year, the clients that were interested got
8 wind of what was going on and they were in no --
9 they were lukewarm at that point.  "Let me know
10 what happens when the suits are settled."
11  Q   All right.  And to be clear, the
12 discussions you and Mr. McKenzie had about
13 packages were contemplating less than 20 pieces of
14 art?
15  A   Yeah.
16  Q   Okay.  So this package sale, if it ever
17 went forward, would not in any way get rid of
18 4,000 pieces of art that he had; correct?
19  A   No.
20  Q   Wouldn't make a dent in it, would it?
21  A   No.  Nor would it be something that I
22 would be capable of.
23  Q   You mean "capable" financially?
24  A   Financially and -- and I don't know
25 where to put 4,000 pieces of art -- anybody's art,



Page 118

GREGORY ALLEN

1     GREGORY ALLEN
2   for that matter.
3       Q   Okay.
4       A   The beauty of art is that it's -- it's
5   scarce.
6       Q   In his affidavit, at -- at the -- the --
7   I think the third to last sentence -- well, I'll
8   just read it, I won't characterize it.
9           I will read towards the bottom of
10  paragraph 16.  Mr. Gonzalez says, "McKenzie said
11  this advice was 'bullshit' and that he intended to
12  carry out his plan."
13          I don't want to ask you any questions
14  about that so just disregard that.  Let me start a
15  new question.
16          "He had extensive negotiations with
17  Allen about implementing this plan."
18          Did you and Mr. McKenzie have extensive
19  negotiations about any sale of any package, 20 or
20  less?
21      A   You mean in dollar value?
22      Q   No.
23          He says here that you had extensive
24  negotiations with Mr. McKenzie about this plan.
25      A   No.

Page 119

GREGORY ALLEN

1     GREGORY ALLEN
2       Q   Did --
3       A   This --
4       Q   Did you have -- did you have extensive
5   negotiations with Mr. McKenzie about even the
6   smaller package of less than 20?
7       A   No.
8       Q   How far did it get when you proposed
9   buying such a package, as now narrow than less
10  than 20?
11      A   It didn't get very far because the
12  images that I was interested in and the things
13  that were really on the table, such as sculpture,
14  were beginning to be, you know, tainted and it
15  kind of just spiraled down because clients, and
16  myself as well, lost interest in wanting to be
17  involved.  It's just too hard --
18      Q   Had you --
19      A   -- too hard.
20      Q   Had you ever had discussions with
21  Mr. McKenzie about buying one of these smaller
22  packages back while Robert Indiana was alive?
23      A   No.
24      Q   Okay.  Okay.
25      A   Well, wait a second.  Let me back up on

Page 120

GREGORY ALLEN

1     GREGORY ALLEN
2   that.
3           In the very early stages, I was trying
4   to get in on the ground floor of the whole HOPE
5   campaign, because I was really enthusiastic about
6   it and I had investors that wanted to come in.
7   But Michael didn't chose me as a -- as a resource
8   for that.  He picked somebody else which, you
9   know, obviously became financially involved with
10  the project.
11          So to that effect, yeah, we had a
12  discussion about, you know, what if back in the
13  very early, early days but that's -- it didn't go
14  very far.  Michael had already had a -- he didn't
15  know me very well, he already had his mind set on
16  somebody else who would come in and that was a lot
17  stronger visually in the industry and that --
18  that -- that's -- that's it.
19      Q   So you had discussed a purchase of a
20  small package both while he was alive and after he
21  died?
22      A   Yeah.  In that sense, yes.
23      Q   All right.  Now, what is a "tirage"?
24      A   Tirage is the body of work authorized by
25  the artist.

Page 121

GREGORY ALLEN

1     GREGORY ALLEN
2           Just as --
3       Q   So the tirage --
4       A   Just as an example, a hundred prints
5   signed, numbered one through a hundred, that's the
6   tirage and that's all that should be made.  And if
7   the artist has other pieces, they have to be
8   inside the artist's will to produce that inside
9   the tirage.  The tirage is basically the inventory
10  that the artist has --
11      Q   Yeah.
12      A   -- has authenticated and said, "This is
13  all that you can make.  This is it."
14      Q   And you don't know what discussions
15  Mr. Indiana had with Mr. McKenzie about the number
16  of particular pieces of art that they could --
17      A   No.  It's none of my business and it
18  never came up for me in any way shape or form.
19          (Whereupon, the court reporter
20          requests clarification.)
21  BY MR. MARKHAM:
22      Q   All right.  So I'm going to ask the
23  question again.  Let me -- let me finish.  I
24  appreciate you trying to cooperate to get this
25  over with.

MAGNA
LEGAL SERVICES

Page 122

GREGORY ALLEN

1
2        So you never had a discussion --
3   discussions with Mr. McKenzie about any agreement
4   he had with Mr. Indiana about how numerous any
5   particular tirage would be?
6        A   No.
7        Q   And you don't know, do you, whether
8   Mr. Indiana ever authorized Mr. McKenzie to put a
9   stamp on in Mr. Indiana's name or sign something
10  in Mr. Indiana's name?
11       A   I do not know.
12       Q   You indicated in one of your questions
13  [sic] on Direct Examination that you assumed that
14  all the artwork was signed or authorized by
15  Mr. Indiana; do you recall that testimony?
16       A   I do.
17       Q   Okay.
18       A   Yes.
19       Q   And so either Mr. Indiana, you assume,
20  either signed it himself or authorized somebody
21  else to sign it?
22       A   Right.
23       Q   Now, you said that you saw him signing
24  Indiana artwork from time to time.  Did you?
25       A   Several -- several times.

Page 123

GREGORY ALLEN

1
2        Q   Do you recall what artwork he was
3   signing?
4        A   He was signing HOPE.
5        Q   Okay.  And do you know how he was
6   signing it?
7        A   How?
8        Q   Yeah.
9        A   You mean, the actual technical way he
10  was signing it?
11       Q   Yes.
12       A   It was either crayon or pencil.  I mean,
13  I paid attention to those little details.  It was
14  new to me to seeing an artist sign multiples and,
15  yeah, I paid attention to the instrument that he
16  was using.
17       Q   Did you ever see him use the stamp,
18  to --
19       A   No.
20       Q   -- put the stamp on the back of
21  sculptures?
22       A   No.  But I did have a discussion about
23  it with him because he --
24       Q   And what did you --
25       A   To the best of my recollection, he was

Page 124

GREGORY ALLEN

1
2   basically saying, you know, "I never really signed
3   canvases, I stamped them."
4        This is what he told me because I was
5   curious.  And he gave me a brief history about how
6   in the 60s this is what he would do.  He created a
7   stencil.  That was his signature and that was how
8   he -- at least to the best of my recollection --
9   that was how he interpreted his signature for --
10  for paintings.
11       I don't know for all paintings but in
12  the discussion, that was what -- what he was
13  saying.  And he -- you know, he indicated that he
14  was -- he was doing that again.  I don't know when
15  he actually took it up or didn't.
16       But like I said, for me it was just, you
17  know, some history of Robert Indiana.  And I was
18  the one who brought it up.
19       Q   All right.  Did he ever tell you
20  anything about how tedious it was to sign all the
21  artwork?
22       A   Tedious?
23       No, he liked signing.
24       Q   Yeah.
25       A   He was -- look, he was already in his,

Page 125

GREGORY ALLEN

1
2   probably, late 70s, early 80s, when I met him.
3        Q   When was that?
4        A   2000- and probably -13.  Whenever the
5   Farnsworth Museum show was, I don't remember the
6   date but in there somewhere, 2012, 2013.  It could
7   even have been back a little further.  I don't --
8   I'm not good at the dates.
9        Yeah.  In there -- in that range.
10       Q   Okay.
11       A   2011, even, maybe.
12       Q   And you didn't have any discussions with
13  him about that in the latter days, say in 2016 --
14       A   No.
15       Q   -- or '17, did you?
16       A   No.
17       Q   No?
18       You indicated to me that you would see a
19  copyright on a LOVE -- a piece of LOVE artwork;
20  correct?
21       A   Yes.
22       Q   How many of such copyrights did you see?
23       A   Just the copyright insignia on a LOVE
24  sculpture.  Usually, it's the date and the
25  copyright insignia and the artist's name, incised



Page 126

GREGORY ALLEN

1   GREGORY ALLEN
2   on the sculpture.
3   Q   And --
4   A   It's incised.  It's not, you know, it's
5   stamped -- I mean, incised.
6   Q   Did you ever see one that said,
7   Copyright, Morgan?
8   A   Yeah.
9   Q   How many did you see that had a Morgan
10  copyright on the LOVE image?
11  A   Honestly, I don't remember.  They
12  probably all did but I don't remember it that way.
13  I just remember the -- I only -- I only remember
14  it now in retrospect because the copyright seems
15  now to be an issue.
16      They all were stamped with copyrights,
17  at least the ones that I would look at,
18  potentially.
19  Q   And they were copyrights where the
20  copyright owner was purported to be Morgan;
21  correct?
22  A   Yeah.  Usually it's Morgan.
23  Q   All right.  And if not Morgan, who was
24  it?
25  A   I'm sorry.  Again?

Page 127

1   GREGORY ALLEN
2   Q   If not Morgan, who was it?
3   A   If it wasn't Morgan, then it was
4   probably unstamped, the name, and then they were
5   suspect because -- and I'm doing this from memory
6   so -- because I know there are LOVEs floating
7   around that don't have anything on them.
8   Q   Okay.
9   A   And now they are all suspect.  You know,
10  now you are guilty until proven innocent if you
11  have a LOVE sculpture.
12  Q   Bear with me a second.  I'm getting to
13  the end.
14      MR. MARKHAM:  I have nothing
15      further.
16      THE WITNESS:  Okay.
17      MR. RAKOWER:  I have -- I have a
18      few more questions, just within the
19      scope of what Mr. Markham just
20      discussed.
21
22      REDIRECT EXAMINATION
23
24  BY MR. RAKOWER:
25  Q   Mr. Markham asked you some questions

Page 128

1   GREGORY ALLEN
2   about conversations between you and Mr. Markham
3   regarding the subpoena; do you recall that?
4   A   I do.
5   Q   When is the first time you had a
6   discussion with Mr. Markham about the subpoena?
7   A   Probably a couple months ago, I think.
8   I'm not -- like I said, I'm not good -- I -- and
9   timing, since I don't have a piece of paper to
10  refer to or my notes, I'd say, you know, eight
11  weeks ago.
12      Whenever -- I think John asked me if --
13  I'm trying to remember why it came up.
14      I was going to be subpoenaed by you
15  guys.  And I said, "Yeah, okay.  Let's do it.
16  Let's get it over with.  Whatever has to be done,
17  I'm here."
18  Q   And Mr. Markham gave you instructions on
19  how to collect documents responsive to the
20  subpoena; is that right?
21  A   He did.  He mentioned it to me.
22  Q   And what did he say to you?
23  A   Basically, what he just had said and
24  what he had just spoken about, to see if I had
25  anything pertaining to the complaint.

Page 129

1   GREGORY ALLEN
2      And I immediately said, "I don't.  I
3   don't have anything related to all of what this is
4   about.  I don't.  I have nothing -- no part of it.
5   I don't know about it.  I didn't help construct or
6   deconstruct any part of it."
7      So I have --
8   Q   So do you --
9   A   No, I don't have documents.  The only
10  documents that I have are related to sales,
11  period.
12  Q   Did he ask you whether you had read the
13  complaint?
14  A   Yesterday, and maybe before.  I don't
15  know.
16      And I probably looked at it before but
17  I'm -- I'm -- I'm somebody who skims things and
18  looks for where I'm involved.  I didn't see any
19  purpose in reading a 70-page document.
20  Q   And you mentioned that the first time
21  you read the document request was this morning;
22  right?
23  A   Yeah.
24  Q   Okay.  And --
25  A   In a little more detail than I had



33 (Pages 126 to 129)

Page 130

GREGORY ALLEN

1
2 before.
3      Q   Did Mr. Markham instruct you to read the
4 document request?
5      A   Yes.
6      Q   Did you read them when he instructed you
7 to do so?
8      A   No.  I was traveling at the time and I'm
9 -- you know, my sister has colon cancer and I was
10 a little busy with things that I felt were more
11 important.
12          It wasn't coming up for a little while,
13 a couple months, and I'm --
14      Q   Did you --
15      A   I probably forgot about it.
16      Q   Did you tell Mr. Markham that you had
17 made purchase of artworks from Mr. McKenzie?
18      A   Yes.
19      Q   Okay.  Did Mr. Markham ever ask you
20 whether or not there were written records of those
21 purchases?
22      A   I don't recall.
23      Q   Did Mr. Markham ever asked you whether
24 you had e-mailed Mr. McKenzie regarding those
25 purchases?

Page 131

GREGORY ALLEN

1
2      A   No.
3      Q   Did Mr. Markham ever ask you whether you
4 had texted Mr. McKenzie regarding those purchases?
5      A   No.
6      Q   Okay.  Did Mr. Markham discuss with you
7 the prospect of searching your e-mails for
8 relevant documents?
9      A   Yes.
10      Q   What instructions did he give you?
11      A   To see if I had anything pertaining to
12 the complaint.
13      Q   Did he give you search terms to run in
14 your e-mails?
15      A   I don't remember the detail.  I know
16 that he went over it with me and asked me that,
17 you know, in earnest, make sure and look for
18 anything that might be of substance to this
19 complaint.
20      Q   And did you do that, in earnest?
21      A   I think so.
22      Q   But you didn't read the complaint?
23      A   I read it when I first got it.  I read
24 the first page --
25      Q   Okay.

Page 132

GREGORY ALLEN

1
2      A   -- the second page, maybe.  And I read
3 the area where my name was.
4          I don't have any information regarding
5 any of it so why should I be bothered with, you
6 know, stuffing bandwidth into my mind that has
7 absolutely no -- it has nothing to do with me.
8      Q   And Mr. Markham just asked you some
9 questions about a conversation you had with
10 Mr. Indiana regarding a stamp or stencil?
11      A   Yeah.  Yes.
12      Q   Do you recall that I asked you during
13 your testimony if you had had any conversations
14 with Mr. Indiana regarding a stamp or stencil?
15      A   And I think I reacted that he did speak
16 about his -- the history of him signing things and
17 he mentioned the fact that he had a seal at
18 some -- I mean, I don't remember the details.  I
19 only remember that it came up.
20      Q   Okay.  When did it come up?
21      A   It came up in the first or second
22 meeting that I was there because he was talking
23 about the history of himself.  You know, I mean,
24 artists like to, you know, they like to
25 pontificate about how wonderful they are.

Page 133

GREGORY ALLEN

1
2      Q   Okay.  And when -- when was that?
3      A   I'd have to say 2011, -12, -13, like
4 that.
5      Q   Okay.  Where?
6      A   Vinalhaven.
7      Q   Okay.
8      A   Or Rockland.
9      Q   Mr. Indiana brought up the subject?
10      A   Yes.
11      Q   And --
12      A   He brought up the subject that he didn't
13 always sign his name, he -- sometimes he used a
14 stencil.  Of course, I didn't know that until he
15 brought it up.
16      Q   He mentioned that he used a stencil.
17 Did he ever discuss anybody else using a stencil
18 bearing his name?
19      A   No.
20      Q   Okay.  Did he mention anything about a
21 stamp?
22      A   A stamp?  No.
23      Q   Okay.
24      A   I'm assuming "stamp" and "stencil" are
25 the same thing, aren't they?

**MAGNA**
LEGAL SERVICES

GREGORY ALLEN
1
2    I mean, to me.
3          MR. RAKOWER:  Okay.  I have no
4    further questions.
5          MR. MARKHAM:  Just a couple more.
6
7          RECROSS-EXAMINATION
8
9    BY MR. MARKHAM:
10    Q    In several times, in answer to your most
11   recent questions, you indicated that you and I
12   went over the complaint.
13         Do you recall that I read to you from
14   the subpoena the various document requests --
15    A    Yes.
16    Q    -- which are not in the complaint, they
17   are in a different document; correct?
18    A    Yes.
19    Q    And I asked you to look for those and
20   see if you had any; correct?
21    A    Yes.
22    Q    And you said you would and, in
23   subsequent discussions, you told me that you
24   didn't; correct?
25    A    Correct.

GREGORY ALLEN
1
2    Q    And you believe that --
3    A    Yes.
4    Q    And you believe that to be true based on
5    your reading and my reading to you of those
6    categories?
7    A    Yes.
8    Q    In the subpoena?
9    A    Yes.
10         MR. MARKHAM:  I've got nothing
11    further.
12         MR. RAKOWER:  I'm -- I'm done
13    asking questions.
14         Thank you, Mr. Allen.
15         THE WITNESS:  Thank you, Ryan.
16         MR. MARKHAM:  So am I, Mr. Allen.
17         THE WITNESS:  Thank you, John.
18    Thank you everybody.  Appreciate it.
19         THE VIDEOGRAPHER:  If that's
20    everything, would you like me to go off
21    the record?
22         MR. MARKHAM:  Yes.
23         THE VIDEOGRAPHER:  The time is
24    2:38 p.m.  Going off the record.  This
25    concludes today's deposition.

GREGORY ALLEN
1
2          (Thereupon, the deposition was
3          concluded at 2:38 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2          C E R T I F I C A T E
3          I, Clifford Edwards, Certified Shorthand
4    Reporter, do hereby certify that prior to the
5    commencement of the examination, the witness was
6    duly remotely sworn to testify to the truth, the
7    whole truth and nothing but the truth.
8          I DO FURTHER CERTIFY that the foregoing
9    is a verbatim transcript of the testimony, that said
10    deposition was taken by me stenographically at the
11    time and date hereinbefore set forth, and the
12    foregoing is a true and accurate transcript of the
13    testimony.
14          I FURTHER CERTIFY that I am neither of
15    counsel nor attorney to any of the parties to said
16    suit, nor am I an employee of any party to said
17    suit, nor of any counsel in said suit, nor am I
18    interested in the outcome of said cause.
19          Witness my hand and seal as Notary Public
20    this 5th day of November, 2021.
21
22    _____
23          Clifford Edwards
24          Notary Public
25    My commission expires:  9/30/2026

Page 138

```
 1
 2              J U R A T
 3
 4      I have read the foregoing 137 pages
 5      and hereby acknowledge the same to be a
 6      true and correct record of the testimony.
 7
 8
 9
10      _____
11              GREGORY ALLEN
12
13   Subscribed and sworn to
14   _____.
15   Before me this _____ day of _____,
16   2021.
17
18
19
20
21   _____
22   Notary Public
23   My Commission Expires:
24
25
```

Page 139

```
 1
 2           DEPOSITION ERRATA SHEET
 3
 4   Page No._____Line No._____ Change to:_____
 5
 6   Reason for change:_____
 7   Page No._____Line No._____ Change to:_____
 8
 9   Reason for change:_____
10   Page No._____Line No._____ Change to:_____
11
12   Reason for change:_____
13   Page No._____Line No._____ Change to:_____
14
15   Reason for change:_____
16   Page No._____Line No._____ Change to:_____
17
18   Reason for change:_____
19   Page No._____Line No._____ Change to:_____
20
21   Reason for change:_____
22
23
24   SIGNATURE:_____DATE:_____
25   NAME:  GREGORY ALLEN
```

Page 140

```
 1
 2        DEPOSITION ERRATA SHEET
 3   Page No._____Line No._____ Change to:_____
 4
 5   Reason for change:_____
 6   Page No._____Line No._____ Change to:_____
 7
 8   Reason for change:_____
 9   Page No._____Line No._____ Change to:_____
10
11   Reason for change:_____
12   Page No._____Line No._____ Change to:_____
13
14   Reason for change:_____
15   Page No._____Line No._____ Change to:_____
16
17   Reason for change:_____
18   Page No._____Line No._____ Change to:_____
19
20   Reason for change:_____
21
22
23
24   SIGNATURE:_____DATE:_____
25   NAME:  GREGORY ALLEN
```

**A**

**able** 8:5 27:20
48:4 106:15
**absolute** 106:13
**absolutely** 34:15
101:12 114:13
132:7
**access** 72:23,25
73:8,12
**accommodate**
89:11
**account** 51:18
**accuracy** 87:11
**accurate** 87:9
137:12
**accurately** 7:10
8:2,6
**acknowledge**
138:5
**acquainted** 8:11
**acquire** 8:24 9:13
10:13,16 12:24
13:12,16,22
22:16
**acquired** 41:17
**acquiring** 9:16
**acted** 45:9
**action** 3:12 57:22
109:14
**actual** 123:9
**add** 33:21
**added** 98:19
**addition** 103:19
111:24
**address** 66:4
**adults** 53:10
**advance** 9:22 10:3
10:5
**advice** 118:11
**advised** 107:3,8
**advisers** 33:25
**affidavit** 111:16
113:10 118:6
**affixation** 67:8

**afternoon** 5:19
110:10
**age** 46:24
**ago** 56:4 82:16,17
82:18 84:15
90:22 128:7,11
**agreed** 87:13
**agreement** 83:19
83:24 122:3
**agreements** 101:7
**AHAVA** 95:15,17
**ahead** 4:20 20:13
**AIA** 5:6 67:19
**AIA's** 59:7 60:7
60:22 61:7,17
62:8,19 63:20,24
65:11 67:7 68:8
**al** 4:6
**alcohol** 7:24
**alive** 119:22
120:20
**alleged** 69:10
**Allen** 1:14 4:1,5
5:1,8,12,19 6:1
7:1 8:1,8 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
18:18 19:1 20:1
20:22 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1
53:1 54:1 55:1
56:1 57:1,11
58:1 59:1 60:1
61:1 62:1 63:1

64:1 65:1,9 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1,6 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
84:11,22 85:1,14
86:1,9 87:1,24
88:1,17 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1,5,17
98:1 99:1 100:1
101:1 102:1
103:1 104:1,4
105:1,8 106:1
107:1,23 108:1,8
108:13 109:1
110:1,3,10 111:1
112:1,14,20
113:1 114:1
115:1 116:1
117:1 118:1,17
119:1 120:1
121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1,14,16
136:1 138:11
139:25 140:25
**allow** 113:25
**alongside** 8:18
**Alphabet** 95:23
96:2
**aluminum** 17:24
21:4 45:5 60:4
82:20
**American** 1:8 5:6
**amount** 31:25

98:22 99:20
**anchor** 49:13
**answer** 6:14,20
7:2 8:5 12:15
19:7,9,10,17,19
19:24 20:3,24
36:22 76:2 97:5
100:13,17
108:14 134:10
**answered** 97:2
**answering** 7:25
40:7
**answers** 7:3
108:19
**antithesis** 106:14
**anxious** 43:19,20
**anybody** 46:22
60:18 68:3 73:11
93:8 94:24
113:21 133:17
**anybody's** 23:19
60:11 117:25
**apologize** 76:7
**appear** 41:4
**appearances** 4:16
**application** 44:16
46:4 49:16,23
51:23
**applied** 41:21
**apply** 50:4
**appreciate** 52:9
108:15,17
121:24 135:18
**approval** 67:18
**Approximate**
96:20
**approximately**
16:14 17:7 27:22
29:24 48:19
54:23 56:10 74:5
82:14 96:20
98:16 100:20,23
**arbitrarily** 31:17
**area** 132:3

**arrange** 9:21 10:2
**arranged** 54:25
**arrangements**
55:2
**art** 1:5,8 4:5,25
5:23 6:3 10:12
15:3 21:10,12,15
21:17 23:19 24:4
27:8 31:5 33:7
33:10,13 34:17
37:17 41:13 48:3
48:24 49:4 52:2
52:19 56:18,19
63:9,11 72:18
90:17 91:19,24
92:18 93:11 95:2
95:4 97:14
105:25 106:4,4
106:12,15
114:12,23 115:5
115:17,21 116:4
116:12,15,17,24
117:14,18,25,25
118:4 121:16
**artist** 14:21 33:6
33:15 42:9 56:19
120:25 121:7,10
123:14
**artists** 26:10 41:10
42:7,16 48:25
132:24
**artist's** 121:8
125:25
**Arts** 23:17 91:9
92:10,24 93:2
**artwork** 11:8,10
12:25 13:12,17
13:22 14:9 26:24
27:8,8 36:5,12
37:4 38:19 39:2
41:6,15,16 46:14
74:19,22 75:2
76:11,15,20,23
77:3,6,9,12,16



77:20,22 78:4,7
78:9,12,16,19
79:17,21 80:19
80:21,24 81:7,10
81:15 82:11,19
82:25 83:4,9
85:2 86:2,13,25
88:3 89:14 90:2
92:6 94:6,17,22
95:2,4,15,17
98:23 106:17,18
108:22 112:2,16
113:3 114:16
115:15 122:14
122:24 123:2
124:21 125:19
**artworks** 8:25 9:3
9:6,10,12,16,23
10:4 15:10,14
17:5,7,14 21:20
24:8,15,21 25:2
25:18 28:6,18,21
30:15 32:8 34:5
34:10,13 35:14
40:4,11 45:22
50:4 55:14 61:3
70:20 73:15,20
74:2,14 75:10,15
75:16 78:21,25
79:4,7 80:5,8,11
81:24 82:5,14
94:10,11,15
95:24 96:3,7,10
96:17,21 97:10
97:15,19 98:17
99:24 100:7,12
100:20,24
101:11,20
103:20,21 104:3
104:7,10,17,24
105:8 107:12
108:22 111:25
112:13,20 114:3
130:17

**aside** 53:2 108:19
**asked** 28:16 31:4
56:3 58:19 97:2
110:21 127:25
128:12 130:23
131:16 132:8,12
134:19
**asking** 5:24 18:13
48:9 65:18 91:7
135:13
**aspect** 14:17
**aspects** 27:25
**assertions** 6:2
**assets** 107:5,10
**assistant** 34:24
35:2
**assisted** 15:12
**assisting** 5:7
**assume** 6:8 35:25
39:8,10 41:24
55:10 122:19
**assumed** 35:22
122:13
**assuming** 115:3
133:24
**attached** 58:12
70:5,21 71:11
**attempt** 65:15,15
**attempts** 62:9,20
63:20,25 65:12
68:9
**attention** 49:7
123:13,15
**attorney** 5:23
137:15
**attributed** 9:6
15:14 34:5,13
**auction** 66:23
**audibly** 6:25
**August** 86:21
**auspice** 37:9
**authenticated**
121:12
**authorization**

67:18
**authorized** 38:24
39:14 120:24
122:8,14,20
**available** 88:18
89:5,15 102:11
102:12 116:5
**Avenue** 2:6
**average** 27:15,16
27:21,22
**aware** 11:17 14:8
34:12 35:4,7
94:16,25 95:14
95:16,23
**A-R-T** 95:2

_____

**B**
**back** 10:14 15:6
32:11 40:17 48:7
52:11 61:14,15
65:4,6 70:17
73:4 75:18 76:5
88:8 89:6 92:10
102:16 108:6
119:22,25
120:12 123:20
125:7
**backed** 32:9
**bad** 103:25 106:9
106:10
**badly** 30:5
**balanced** 27:19
**bandwidth** 132:6
**based** 16:20 135:4
**bashed** 30:5
**bashing** 33:6
**basically** 41:11
121:9 124:2
128:23
**basis** 31:24
**Bear** 127:12
**bearing** 36:6
81:24 133:18
**bears** 36:13 37:5

38:20 39:3
**beauty** 118:4
**beginning** 30:21
30:22 74:25
119:14
**begins** 4:3
**behalf** 2:4,11 4:25
17:8 21:20,24
22:4 23:4 34:7
**belief** 35:8,13
63:12 89:12
111:11
**believe** 13:23
14:12 18:18 49:8
135:2,4
**beneficiary**
105:14 113:11
**benefit** 114:2
**benefiting** 113:15
**Bernadette** 2:19
57:8 75:21
**best** 17:11,11,17
24:11 33:13
38:22 50:10
91:12 98:12
115:24 123:25
124:8
**better** 91:8 114:14
**beyond** 37:25
**big** 33:23 66:15
**bigger** 115:18
**billionaire's** 88:14
**bit** 30:23 34:3
**blah** 66:23,24,24
66:24
**blocked** 85:19
**blue** 33:14
**blue/green/red**
88:6
**board** 32:16
**boards** 12:5
**Bob** 44:14 75:17
**body** 120:24
**book** 85:10 87:22

102:9
**Boston** 2:13
**bothered** 132:5
**bottom** 88:16
118:9
**bought** 85:14,24
86:2,5,25
**break** 6:12,15
107:21
**brief** 124:5
**bring** 52:11 102:7
**broach** 31:2
**broached** 31:11
**brought** 30:20
43:18 46:16
124:18 133:9,12
133:15
**building** 31:6
**built** 39:25 41:25
**bullshit** 47:3
118:11
**bunch** 37:21
**bundle** 24:25
25:17 28:5,17
30:15 35:14
94:11
**bundling** 101:20
**business** 52:16
53:7 55:10,19
68:14 101:14
121:17
**busy** 130:10
**buy** 32:22 33:12
33:13 91:9
115:15
**buyer** 9:9,19,22
10:3,18 11:11,13
11:18 12:17
13:18,19,20,23
14:4,9 18:4,16
21:3,8,9,14 27:9
28:19
**buyers** 92:13
**buying** 12:6 61:22



63:10 88:18
89:15 119:9,21
bzerner@mark...
2:15

## C

C 2:2 137:2,2
call 23:20 53:16
53:18,22 54:4
65:16
called 38:5 94:17
95:2,15 109:20
calling 38:2
calls 38:14 54:9
campaign 14:20
120:5
cancer 130:9
canvas 17:16
45:20 90:4
canvases 124:3
capable 117:22,23
capacities 8:18
14:14,16,24
capacity 8:15,20
15:5,9 26:10
car 52:19,20,20
career 26:11
carry 118:12
cars 52:20
case 1:4 10:7
13:16 18:22 89:9
cases 12:12
categories 110:20
135:6
category 59:5 62:7
62:18
cause 38:6 42:18
82:23 87:12 88:5
88:12 91:12 93:9
137:18
CBS 47:19
cell 51:15 54:5,10
certain 11:8 14:14
18:23 107:4,9

109:11
certainly 40:8
63:11
Certified 1:16
137:3
certify 137:4,8,14
change 139:4,6,7,9
139:10,12,13,15
139:16,18,19,21
140:3,5,6,8,9,11
140:12,14,15,17
140:18,20
characterize
118:8
chat 66:21
check 54:2
chip 33:14
chose 120:7
circumstance
16:10
circumstances
70:21
Civil 3:12 57:22
claims 6:2
clarification 64:21
90:11 121:20
clear 11:6,6 20:24
23:24 46:10
49:25 72:9 96:9
117:11
cleared 45:5
client 10:14 12:3
12:15,16,18 25:8
25:21 30:15 32:7
69:3 88:5 89:10
clients 18:11,21
23:12,13,15 24:2
24:4 25:5,7,16
25:22,24,25 26:7
28:7 32:5,11
47:18 63:11
72:15 88:11
117:7 119:15
client's 68:25

client/investor
33:23
Cliff 4:14
Clifford 1:15
137:3,23
close 108:11
closing 101:14
cobble 26:17
31:20
collect 72:12
107:24 128:19
collector 21:10,11
21:12,15,18
28:24 33:12,24
52:19 74:19
83:11
collectors 12:4
24:5 32:20,23
33:18 92:13
colon 130:9
colors 82:24
colorway 90:3,12
column 87:21
come 25:3 26:6,15
27:16,21 33:4
49:19 58:6 60:12
62:25 63:2 67:22
68:15 83:14
87:14 92:8,22
106:5 115:2
120:6,16 132:20
comeback 93:13
comes 23:2 33:5
coming 33:15 48:8
130:12
commencement
137:5
Commercial 2:13
commission
137:25 138:23
communicating
24:13
communications
59:6 60:6,21

61:7,16 62:8,19
63:19,23 65:10
67:7,17 68:8
69:9 109:19
compel 109:18
competition 55:24
competitors 23:18
72:17
complaint 69:10
69:13,17 70:5,9
72:11 77:7,19
79:11,24 81:4
128:25 129:13
131:12,19,22
134:12,16
complete 42:9
completed 35:10
35:16 42:8
completely 8:2,6
completeness 51:5
conceal 62:20 63:6
103:21 104:4
105:25 112:2,13
concealed 114:17
concealing 114:3
conceive 115:7
concern 55:13
concerning 59:7
60:6,21 61:7,16
62:8,19 63:19,24
65:11 67:7,17
68:8 69:9
concert 106:24
concluded 136:3
concludes 135:25
conducted 7:8
conference 7:8
confidentiality
18:20,24
conjecture 114:23
connection 58:19
109:3
consign 86:12
consigned 86:9,18

87:5,12,15
consignment
73:20 86:16
consignments
86:20
constitute 64:11
construct 129:5
construe 93:16
contacts 11:23
12:9,13 23:23
contemplating
117:13
contempt 19:2
20:10
content 110:16
contracts 101:7
contrary 39:18
conversation
49:14,22 50:3,19
50:25 93:21
132:9
conversations
32:5 53:5 59:23
62:4 128:2
132:13
cooperate 121:24
copyright 92:9,17
92:23 93:7,17,22
93:24 125:19,23
125:25 126:7,10
126:14,20
copyrights 125:22
126:16,19
correct 10:22 22:6
29:8,23 46:14,15
62:14,16 96:11
96:25 98:2 99:7
100:3 104:12
110:13,17,22,23
111:13 115:11
115:15 117:18
125:20 126:21
134:17,20,24,25
138:6



**Corvette** 55:15
**counsel** 4:15 5:3
  137:15,17
**couple** 34:4 84:15
  128:7 130:13
  134:5
**course** 7:19
  133:14
**court** 1:2 4:13 5:9
  6:24 7:21 19:11
  48:11 64:20
  90:10,13 114:4
  121:19
**covered** 24:8 50:6
  51:16
**crayon** 44:14
  123:12
**created** 9:6 22:10
  22:13,20 34:6,8
  34:10 35:5 42:13
  124:6
**creation** 15:10,13
  41:13
**creative** 8:19
  14:17,22 15:5,8
**CROSS-EXAM...**
  3:5 110:7
**curious** 93:21,21
  124:5
**currently** 7:23
**cut** 26:25

**D**
**date** 22:22,24
  40:13,14 42:2
  86:20 116:2
  125:6,24 137:11
  139:24 140:24
**dated** 40:18
**dates** 30:25 125:8
**day** 13:5 28:2
  66:12 137:20
  138:15
**days** 96:16 120:13

125:13
**deal** 88:11
**dealer** 74:23
**dealers** 74:3,6
**death** 34:6,8,11
  35:11,16,23 40:6
  134:17
**declaration** 70:22
  71:10,14,24 72:4
  72:10 102:18
  103:2 111:16
**deconstruct** 129:6
**defendant** 1:9
  2:11 70:8 109:13
**demand** 91:15
**demanding** 91:14
**dent** 117:20
**depending** 109:23
**depends** 10:8 16:7
  16:9 29:4 31:19
  74:7
**depicted** 17:20
  22:7 45:21 47:11
**deposed** 5:13 56:5
  56:7,8,14
**deposition** 1:13
  3:11 4:4,9 7:7,12
  56:24 57:2,21
  58:6 60:20 72:22
  73:7 84:15,17
  109:22 135:25
  136:2 137:10
  139:2 140:2
**described** 70:21
  111:12
**detail** 70:13
  129:25 131:15
**details** 123:13
  132:18
**devised** 104:2
  112:12
**dialogue** 49:19
**died** 34:14 35:6
  39:4 120:21
**differences** 55:25

87:18
**different** 13:4 27:5
  41:8,9 51:17
  97:18 99:21
  134:17
**differently** 41:10
**dig** 91:7
**diligence** 30:6,9
  32:10,16
**dimension** 59:21
**dinner** 45:2
**direct** 3:4 5:16
  51:21 122:13
**directed** 6:18
**directly** 23:20
  51:20 91:10 98:6
**directs** 58:5,9
**discuss** 28:12
  29:25 49:23 52:2
  52:5 66:20 77:2
  77:15 78:3,15
  79:6,20 80:10,18
  81:13 82:3 93:6
  114:7 115:20
  131:6 133:17
**discussed** 24:19,24
  28:9,16 29:6,10
  31:9,18 35:15
  61:2 74:12 76:14
  94:5,11 98:13
  101:2,18 102:19
  110:16 111:2
  120:19 127:20
**discussing** 28:20
  28:21 117:3
**discussion** 29:15
  30:19 45:24 46:3
  46:6,11 48:13
  49:15 50:2 61:22
  67:25 68:2 69:12
  93:10 102:14
  107:11 120:12
  122:2 123:22
  124:12 128:6

**discussions** 25:25
  49:10 51:23
  61:20,23 68:16
  101:9,16 110:11
  110:15 117:12
  119:20 121:14
  122:3 125:12
  134:23
**disposable** 26:8,14
**disregard** 118:14
**DISTRICT** 1:2
**divulge** 18:15
  23:25 83:8
**divulging** 21:7
**document** 57:11
  57:25 58:22 60:5
  63:18 67:3,3
  70:17,25 84:11
  90:8 106:21
  107:19 109:3,6
  129:19,21 130:4
  134:14,17
**documents** 58:9
  58:15,19 59:6,11
  60:6,21 61:6,16
  62:7,18 63:19,23
  64:3 65:10 67:6
  67:16 68:7 69:9
  70:20 72:13
  109:19,24 111:6
  111:12 128:19
  129:9,10 131:8
**doing** 12:5 30:8,8
  32:10 46:21 74:9
  105:21 114:21
  124:14 127:5
**dollar** 99:2,4
  115:19 118:21
**dollars** 99:13,18
  99:24 100:6,11
  100:15
**doubt** 39:12,13,24
  87:10 88:24
**drain** 16:23

**drapes** 88:12
**due** 30:6,9 32:10
  32:15
**duly** 5:13 137:6
**duration** 55:19
**Dylan** 75:15,16,17
**d/b/a** 1:8 5:5

**E**
**E** 2:2,2 137:2,2
**earlier** 56:4 95:7
**early** 14:19 44:18
  96:16 120:3,13
  120:13 125:2
**earnest** 131:17,20
**easy** 32:15
**EAT** 94:17,22
**eclipse** 49:9
**edition** 42:10
  43:18
**editions** 42:8
**Edwards** 1:15
  4:14 137:3,23
**effect** 59:22
  120:11
**effort** 65:11
**efforts** 62:9,13,16
  62:20 63:20,24
  68:9 72:12
**eight** 128:10
**either** 78:24 79:3
  79:3,7 80:4,7,7
  81:21,25 82:5
  122:19,20
  123:12
**electronically**
  65:21
**elucidate** 20:6
**Emanuel** 2:5 4:11
  4:24
**emblem** 36:13
  37:5 38:20 39:3
  40:5,12 41:5
  67:8



employee 137:16
enamored 45:13
engage 83:16
enhance 114:18
entail 8:22
entails 8:23
enter 83:24
entered 101:6
enthusiastic 120:5
entire 24:20,22,22
  42:10 98:4 102:4
ERRATA 139:2
  140:2
especially 32:17
ESQ 2:5,12
establish 68:9
et 4:6
events 5:25 70:20
everybody 18:21
  47:16 49:2 66:13
  69:20 91:14
  135:18
exact 22:22 97:6
  99:20
exactly 90:25
examination 3:2,4
  3:6 5:16 122:13
  127:22 137:5
example 121:4
Excuse 103:14
exercise 81:18
exhibit 2:19 3:10
  3:17 57:19,20
  65:7,9 73:17
  82:9 84:14,17,18
  102:16
Exhibits 3:9,16
existence 60:14
experience 33:18
expires 137:25
  138:23
explain 38:6
explained 37:20
extensive 118:16

118:18,23 119:4
external 10:17
eyes 38:2
e-mail 55:7,13,17
  59:24 61:24
  65:23 66:4,17
  72:25 84:6
e-mailed 51:11
  130:24
e-mailing 73:4
e-mails 55:9 62:15
  66:11,12,18
  72:23 73:8,12
  109:10,15 131:7
  131:14

_____

**F**

F 137:2
fabricate 101:10
fabricated 34:13
fabrication 15:13
  59:7,12,14,18
Facebook 66:16
facility 60:14,17
fact 5:25 41:20
  109:10 132:17
facts 5:25 69:10
  70:20
fair 27:19 99:22
  100:5,10
fall 13:20
familiar 8:9
family 106:19
famous 33:5,15
far 93:16 115:22
  115:23 117:2
  119:8,11 120:14
Farnsworth 125:5
Fax 2:7,14
feeding 37:22
feet 116:10
feisty 46:25
felt 32:24 130:10
fewer 98:8

**Fifteen** 69:23
**financially** 114:2
  117:23,24 120:9
**find** 20:8 91:11
**Fine** 19:21 23:17
**finish** 121:23
**finished** 42:12
**fired** 31:8
**firm** 5:5 73:12
**first** 4:23 5:13
  24:7 25:7 30:19
  31:2 59:15 68:13
  70:4,25 72:3
  128:5 129:20
  131:23,24
  132:21
**five** 82:17 98:14
  107:24
**five-minute**
  107:21
**flip** 69:22 71:8
**floating** 127:6
**floor** 2:6 48:17
  120:4
**flow** 74:8
**fluctuates** 41:9
**foggy** 30:24
**follows** 5:14
**foregoing** 137:8
  137:12 138:4
**Forget** 20:12 34:2
**forgot** 130:15
**form** 32:21 121:18
**forth** 15:7 48:7
  73:4 89:7 137:11
**forthcoming**
  108:18
**forward** 117:17
**foundation** 1:5 4:6
  4:25 5:23 6:3
  36:18,21 52:3
  90:17 91:9,19,25
  92:18 93:2
**four** 17:9,12 23:5

42:23 43:3 47:7
  47:8,10,25
  104:17 111:2
fourth 110:25
fraudulent 107:5
  107:10,13,15
frequently 52:14
friend 45:2
friendly 52:23
friends 52:22,24
front 44:12 111:21
fruition 30:4
full 102:3
fully 38:7
funny 51:10 56:15
further 108:9
  109:25 117:4
  125:7 127:15
  134:4 135:11
  137:8,14

_____

**G**

G 85:14
generally 108:18
generated 64:18
gestures 7:3
getting 69:21 91:9
  127:12
Ghostwriter 67:10
give 7:21 10:14
  18:9,11 23:14,22
  66:8 72:23 73:7
  73:11 75:19 88:7
  97:6,7 131:10,13
given 10:17,19
  39:13 41:16
giving 52:10
go 4:20,22 10:14
  19:11 20:12
  31:10 37:25
  39:16,21 44:19
  44:24,25 49:20
  58:12,13 61:8,14
  61:15 64:22

70:17 75:9,19,21
  75:24 76:4,5,7
  76:17 77:5 78:6
  78:20 79:10,23
  80:14 81:3,17
  85:7 87:20
  102:16,16 103:4
  105:7 107:2
  120:13 135:20
goes 32:3 61:6
  113:8
going 13:22 16:20
  16:23 19:10
  20:23 21:8 22:21
  22:25 28:2 32:14
  33:24,24,25
  36:25 37:14
  38:12,16 39:19
  41:18 42:16
  44:24 49:4 50:22
  53:20,22,23
  60:17 64:24 66:3
  72:19,20 73:5,5
  74:9 76:6 86:14
  93:12 103:16
  106:15 108:2,23
  109:17 111:17
  113:6 117:8
  121:22 128:14
  135:24
Gonzalez 70:22
  104:20,23
  111:16 113:25
  118:10
good 5:19 12:10
  26:14 27:18 44:8
  46:25 57:7 87:16
  110:10 114:18
  125:8 128:8
gotten 117:4
grab 44:25
great 31:15
Greg 1:14 5:7
  87:24 104:4



112:14
**Gregory** 4:1,4 5:1
5:12 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1,9
87:1 88:1,17
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1
103:1 104:1
105:1 106:1
107:1 108:1
109:1 110:1
111:1 112:1
113:1 114:1
115:1 116:1
117:1 118:1
119:1 120:1

121:1 122:1
123:1 124:1
125:1 126:1
127:1 128:1
129:1 130:1
131:1 132:1
133:1 134:1
135:1 136:1
138:11 139:25
140:25
**ground** 120:4
**grounds** 18:24
**group** 56:2
**grown** 53:10
**guess** 19:9 22:21
30:2 74:24 98:21
**guessing** 98:20
**guilty** 127:10
**guy** 52:20 71:2,5
105:2,5
**guys** 128:15

**H**
**haggle** 83:23
**haggling** 83:21
**half** 48:6 100:6
**hand** 72:16 137:19
**hang** 48:3
**happen** 28:2
**happened** 34:3
89:22
**happens** 117:10
**happy** 89:10
**hard** 119:17,19
**harder** 72:21
**head** 18:14 76:19
**headache** 94:4
**hear** 59:15 112:5
113:12
**heard** 70:24 105:6
106:20
**hearsay** 33:11
114:23
**help** 13:15 20:5,12

129:5
**helped** 17:21
**helper** 45:10
**helpers** 43:16
**hereinbefore**
137:11
**Hey** 23:20 38:2
44:14 60:3
**he'll** 66:21,22,22
**hide** 103:22 106:5
106:12,12,15
112:3,16 113:3
**hiding** 103:19
111:24
**high** 53:9 91:15
**higher** 115:19
**historically** 91:21
117:6
**history** 37:23 38:7
39:16,18,21
43:25 48:24 98:4
124:5,17 132:16
132:23
**hold** 13:13 43:21
68:10 85:21
109:22
**holding** 48:10
**home** 54:4,6,8,12
**honest** 50:15 66:6
**honestly** 30:24
49:18 66:11
83:15 126:11
**hope** 17:22 18:16
20:6 21:3,4
43:12,25 44:6
45:13,14,23 47:7
47:12,21 48:22
49:8,10,11 75:3
75:4,12,13,17
96:16 98:7
100:21 115:7
116:6 120:4
123:4
**host** 47:20

**Hotel** 47:10
**hour** 48:6 56:4
**house** 47:15,24
**huge** 45:5 93:16
**hundred** 99:17
121:4,5
**hundreds** 99:23

**I**
**icon** 82:24
**idea** 22:17,18 25:5
25:9,13 26:3,6
26:15 28:4 34:9
36:16 44:8 106:9
106:10 114:18
**identification**
57:23 84:20
**identify** 18:15
21:3
**identity** 11:17
14:4 21:7 23:25
83:8 108:20
**illicit** 114:22
**image** 1:8 17:20
22:7 23:6 45:21
76:9,18 79:12
80:16 81:5 90:5
126:10
**images** 75:25
79:25 81:19,22
81:25 96:5 102:9
116:23 119:12
**immediately**
129:2
**implementing**
118:17
**important** 130:11
**impressed** 43:22
**inches** 82:21
**incised** 125:25
126:4,5
**include** 9:6 15:20
31:6
**included** 94:10

**includes** 55:9
104:16
**including** 8:19,19
67:9 69:21
**income** 26:8,14
**incorrect** 94:3
**independent** 8:17
**INDEX** 3:2,9
**Indiana** 9:7 10:13
12:20 13:12
14:20,24 15:14
17:4 22:14,23
24:21,25 25:10
25:18 27:8 28:5
28:18,20,22 30:9
30:11 31:22
32:12,24 33:6
34:6,13,14 35:5
35:6,9,14,24
36:2,5,7,12,14
37:4,6,11,12
38:19,21,24 39:2
39:4 40:4 41:11
41:15 42:17,20
42:22 45:16
46:12 48:5,13,19
50:7,13,21 51:8
51:12,17,19,22
55:14 59:8,12,14
59:18 60:7,23
61:10,17 62:9,20
63:13,21 64:11
65:12 67:9,20
68:10,20 73:19
74:13,22 75:10
82:23 87:23
94:16,25 95:15
96:6,19 97:15
98:6,17,23 99:24
100:7,12 104:10
108:22 115:15
119:22 121:15
122:4,8,15,19,24
124:17 132:10



132:14 133:9
**Indiana's** 16:22
  30:5 35:10,16,23
  36:6,13 37:5
  38:2,20 39:3
  40:5,6 41:6
  44:10 45:25 46:7
  46:13 49:16 50:4
  63:7 64:4 67:8
  67:17,19 69:20
  122:9,10
**indicated** 109:5,9
  111:10 115:13
  122:12 124:13
  125:18 134:11
**individual** 21:10
  21:11,15,17 24:4
  83:11 104:4
  112:14
**industry** 12:9 32:3
  42:12 91:2 93:10
  120:17
**influence** 7:24
**information** 15:6
  18:10,11 38:12
  52:10 132:4
**infrequently**
  52:15
**infringement** 92:9
  92:17,17,23 93:4
  93:7
**initially** 32:7
**innocent** 127:10
**inside** 121:8,8
**insignia** 125:23,25
**instance** 10:24
  74:18
**instances** 74:13,17
  108:20
**instruct** 130:3
**instructed** 130:6
**instructing** 19:6,9
  19:24 20:3
**instructions**

128:18 131:10
**instrument** 123:15
**integrity** 12:3
**intended** 105:9
  112:21 115:9
  118:11
**interact** 53:11
**interactions** 51:19
  51:22 52:12
  55:13
**interest** 8:24 18:20
  20:5 31:5 91:5
  119:16
**interested** 10:12
  25:6,17 32:8
  38:6 55:16 63:10
  88:18 89:15
  116:5,23 117:7
  119:12 137:18
**interesting** 28:23
**interests** 52:18
  53:3
**interject** 18:18
**interpose** 20:18
**interpreted** 124:9
**introduced** 5:19
  84:14
**inventory** 24:20
  24:22 28:22 29:2
  89:7 102:2,4,6
  121:9
**invest** 26:14
**investment** 25:6
  25:19 26:2,4
  33:23
**investor** 26:13
  28:24 31:7
**investors** 30:6,8
  120:6
**invitation** 47:25
**involved** 14:19
  17:8 62:12
  119:17 120:9
  129:18

**Island** 44:24
**issue** 20:10 40:10
  126:15
**issues** 69:10

---

**J**

**J** 138:2
**jail** 105:22 106:8
**job** 68:25
**John** 2:12 5:2
  107:20 128:12
  135:17
**joke** 106:23
**joking** 105:24
**jump** 50:17

---

**K**

**keep** 12:7 37:14
**keeping** 12:2
**kept** 45:10 117:2
**kid** 38:2,2,5 44:3
  45:10
**kids** 53:9
**kind** 31:20 34:10
  41:9 47:22 49:13
  70:9 75:4 82:19
  91:11 102:14
  114:21 119:15
**kinds** 45:16
**kitchen** 45:3
**knee** 53:9
**knees** 88:14
**knew** 45:11 49:2
  53:8
**know** 6:7,12 12:10
  12:11 13:7 14:2
  14:7,21 15:4
  18:22 20:7,10
  22:13,23 26:12
  27:25 29:3,17
  31:13,16,19,24
  32:14 33:9,9,21
  33:22,23 34:25
  35:3 37:21 38:3

38:9,10 39:16
  40:8 42:2,4,18
  43:7,18,19 44:25
  45:9,12 46:24
  47:2,16 48:7,8
  48:10 49:4 51:16
  52:6,7,7,9,13,23
  53:20,23 54:7,11
  55:18,24 59:20
  60:16 62:2 66:7
  66:22 70:25 71:2
  71:2,6,6 72:5,6
  72:15 74:7 87:6
  87:6,13,17 88:10
  88:11 89:8 90:25
  91:3,6,11,13,23
  91:24 93:4,9,13
  93:18,19,20
  95:19,20 98:18
  98:19 99:2,2,3,4
  99:20 100:14,16
  100:16,22 102:8
  102:10 104:16
  104:21,23 105:2
  105:2,3,3,24
  106:22 107:20
  109:22 111:23
  114:14,19
  115:18 117:9,24
  119:14 120:9,12
  120:15 121:14
  122:7,11 123:5
  124:2,11,13,14
  124:17 126:4
  127:6,9 128:10
  129:5,15 130:9
  131:15,17 132:6
  132:23,24
  133:14
**knowing** 22:12
  37:7,9 39:7 85:4
  91:6 104:25
**knowledge** 5:25
  8:7 14:8 15:3

22:15,19 37:12
  38:22 44:18
  67:14
**known** 12:5 16:2
  96:23
**knows** 33:13 71:7

---

**L**

**lack** 36:17,21
  109:2
**laid** 90:4
**larger** 116:7,10
**late** 30:4 87:17
  125:2
**laughable** 62:23
  62:24
**laughing** 103:24
  111:18
**law** 5:4
**lawsuit** 6:3 56:22
**lawyer** 114:20
**Legal** 1:23 4:13
**legitimate** 93:11
**letter** 105:5
**let's** 8:20 11:4
  17:19 31:16 43:9
  44:6,19,25 47:13
  58:12 59:5 69:8
  69:22 70:17 71:8
  75:23,24 76:4,5
  76:17 77:5 78:6
  78:20 79:10,23
  80:14 81:3,17
  85:7 87:20,20
  94:15 103:4,6
  105:7,7 128:15
  128:16
**liberty** 18:9 23:14
  83:7
**liked** 124:23
**likes** 66:21 69:5
**limited** 1:5 5:23
  6:3 108:20
**line** 70:19 71:4



85:7 87:21
111:19,19 139:4
139:7,10,13,16
139:19 140:3,6,9
140:12,15,18
lined 11:14 13:18
13:23
lines 66:5 71:20
list 72:17 102:2,3
102:6
Listen 37:14
litigation 56:14
little 30:23 66:25
72:20,20 123:13
125:7 129:25
130:10,12
LLC 2:12
LLP 2:5 4:11
located 7:15
lodge 6:17
logistical 27:25
logistics 13:8 62:3
74:10
long 12:25 13:9
16:2 45:6 48:4
110:12
look 32:16 33:11
37:17 59:5 84:22
91:11 103:6
111:5 114:22
124:25 126:17
131:17 134:19
looked 57:16 66:6
72:10 129:16
looking 23:21
37:25 75:25
87:22 92:20
111:22
looks 57:17 93:16
129:18
loose 86:15
lost 119:16
lot 15:2 27:25
31:14 43:5 44:5

45:14 48:22
66:12 120:16
loud 42:3
love 48:23 49:9,10
55:21 82:11,14
82:20,24 84:23
85:8,10 87:22
88:3 89:5,14,25
90:5 91:4,14,16
92:6 93:14 94:6
94:9,10 100:24
125:19,19,23
126:10 127:11
LOVEs 93:23
127:6
loving 49:6,7
lowest 98:22,24
ludicrous 105:11
lukewarm 31:13
117:9

___

M

MA 2:13
machine 46:7,13
46:22 50:3
Madison 2:6
Magna 1:23 4:12
4:14
Maine 43:11 44:23
majority 28:25
man 8:9
Manhattan 54:18
March 86:6 87:2
mark 27:11 57:18
84:16
marked 3:16
57:22 84:20
market 22:16
Markham 2:12,12
3:5,7 4:18,20 5:2
5:3,4 6:17,19
18:17 19:5,8,21
19:23 20:2,15,25
36:15,17,20 39:5

63:15 72:23 73:8
97:2 110:9
121:21 127:14
127:19,25 128:2
128:6,18 130:3
130:16,19,23
131:3,6 132:8
134:5,9 135:10
135:16,22
Markham's 73:12
markup 27:10,12
matches 88:12
matter 4:5 12:2
118:2
McKENZIE 1:8
4:6 5:5 6:4 8:9
9:10,23 10:4,21
11:7,15,17 12:17
12:20,25 13:12
13:17,22 14:3,8
14:13 15:2,12,17
15:23 16:2,4,25
17:8,21 21:5,21
21:24 22:4,11,15
23:4 24:9,13,19
24:24 25:10,18
26:25 27:9 30:19
31:3 32:9,13,25
34:7,12,16,19,23
35:4,10,15,19
36:5,9,12 37:4
38:19 39:2,23
40:3 41:17,18
48:12 52:12 53:6
53:12 55:3,5
59:7,13,17 60:7
60:13,22 61:3,7
62:8,19 63:19,24
65:11,19,24
66:18,18 67:19
68:21 73:19
74:14,23 75:6,11
75:15 76:12,15
76:21,24 77:3,10

77:13,16,23 78:4
78:10,13,16,25
79:4,8,15,18,21
80:5,8,12,19,22
80:25 81:8,11,13
81:22,25 82:4,12
82:15 83:13,17
83:25 84:4 86:3
86:12 88:4,25
89:14 90:16,19
91:5,18 92:2,5
92:16 94:5,13,23
95:5,9,12,18
96:3,7,10,18,22
97:11,16,19 98:5
98:17 99:6,25
100:8,12,19
101:7,10,13,17
101:19,25
103:21 104:2,8
104:11,24 105:9
106:18 107:3,8
107:13 112:2,5,9
112:12,15,21
113:19,24
115:20 117:12
118:10,18,24
119:5,21 121:15
122:3,8 130:17
130:24 131:4
McKenzie's 28:6
28:18 29:2 30:10
30:13 61:17
63:13 66:3 67:7
68:8 84:15
105:13 106:19
113:11
mean 14:25 25:12
27:15 28:2 31:19
32:19 35:2 38:3
39:8 47:2 48:14
50:10 53:15,21
55:20 56:18 62:2
64:7 66:12 69:2

73:4 83:21 86:14
90:5,25 91:22
93:15 96:23
102:3 105:25
106:22 113:19
117:23 118:21
123:9,12 126:5
132:18,23 134:2
means 116:7
media 4:3 66:15
medications 7:24
meet 44:22 54:13
meeting 45:25
50:6 132:22
meetings 51:17
54:16
memorized 66:3
memory 127:5
mention 106:8
133:20
mentioned 14:2,12
15:16 22:3 24:12
25:16 26:19
27:20 28:3 29:6
30:12 42:19
44:19 47:5 52:13
57:14,25 60:13
61:23 70:11 71:5
71:19,23 72:11
75:12 92:15 94:8
99:5 101:18
102:22,25
104:19 105:6
128:21 129:20
132:17 133:16
mentions 103:12
merit 45:14
message 51:8
59:24 62:5
messages 62:15
72:24 73:9,13
109:10,16
met 38:4 42:19,22
42:25 43:2,9,20



44:20 47:5 54:18 54:18 71:5 97:11 104:20 125:2
**metal** 59:20 82:20 84:23 85:8 94:9
**Michael** 1:8 8:9 12:20 32:12 34:12 43:14 47:17 60:3 66:21 66:25 83:23 87:15 89:10 91:5 91:8 93:4,8 114:13 115:6 120:7,14
**Middletown** 60:14
**Mike** 5:5
**million** 100:6,11 100:14
**mind** 23:2 72:14 120:15 132:6
**Mine** 26:5
**minute** 85:20
**minutes** 48:20 107:24
**miracle** 71:7
**mm2uwords@a...** 66:5
**moment** 12:21 50:11 64:23
**money** 114:11
**months** 16:9 31:24 84:15 86:24 128:7 130:13
**monumental** 115:16 116:6,7
**Morgan** 1:5 4:5,25 5:23 6:3 23:17 52:2 90:17 91:9 91:19,24 92:10 92:18,24 93:2 126:7,9,20,22,23 127:2,3
**morning** 57:3,15 58:2,24 59:3

70:4,15,16 71:10 71:25 72:4,9 102:23 109:7 110:12,20 129:21
**move** 64:8
**multiple** 25:21
**multiples** 42:7 116:24 123:14
**Museum** 125:5

### N

**N** 2:2
**Nada** 67:22
**name** 4:19 5:2,22 23:19 30:5 37:13 45:10 66:7 69:20 70:24 71:4,16,19 103:2,12 105:4,6 105:13 106:23 113:10 122:9,10 125:25 127:4 132:3 133:13,18 139:25 140:25
**named** 8:9 104:4 112:14
**names** 23:15
**narrow** 119:9
**nature** 56:13
**NCNDA** 18:10
**necessity** 16:7
**need** 6:12 53:25 107:24 108:10 108:25
**needed** 46:22
**needs** 94:4
**negative** 32:20
**negotiation** 83:20
**negotiations** 83:16 83:18 118:16,19 118:24 119:5
**neither** 137:14
**Nevada** 105:10 112:22 114:17

**never** 39:13 40:8,9 40:9 43:19,20 49:18 51:9,11,25 62:25 66:6 67:22 67:24,25 68:2,4 68:6,15,16 69:12 69:15,17 71:5 77:14 88:15 98:19 104:20 105:4,6 106:20 107:16 113:14 113:16,18 115:10,10,12,22 117:2,4 121:18 122:2 124:2
**nevertheless** 6:20
**new** 1:2 2:6,6 7:16 15:10 60:15 118:15 123:14
**nice** 26:18,20,21 47:22
**nickname** 66:8
**night** 110:24 111:4
**nod** 7:3
**nods** 76:19
**noise** 33:16
**nonverbal** 7:2
**normally** 102:7
**notaries** 47:18
**Notary** 1:16 137:19,24 138:22
**Note** 3:16 88:17
**notes** 128:10
**notice** 70:5 71:10 103:11
**noticed** 70:7 102:25
**notion** 106:21
**novel** 103:25
**November** 1:17 4:7 58:6 137:20
**number** 4:4 31:18 51:15 52:8 54:6

60:23 61:5,9,11 61:12 63:18,18 67:4 68:7 85:5 97:6 101:20 109:8 121:15
**numbered** 121:5
**numerous** 122:4

### O

**oath** 7:18,21 18:12
**object** 109:21
**objected** 20:25
**objection** 6:21 18:22 36:15,17 36:21 39:5 63:15
**objections** 6:18 20:18
**obviously** 49:2 61:21 120:9
**occasion** 13:19
**occasionally** 14:23
**offer** 11:7 15:4
**office** 7:14
**Oh** 31:16 32:6 56:11
**okay** 6:24 7:7 8:8 8:13,20 9:5,9,21 10:23 11:22 12:23 14:2 15:16 15:20,23 16:18 19:20 20:22 21:20 22:7 23:8 24:12 25:21,24 28:20 29:10,24 38:15 41:17 45:4 45:8 47:9 51:6 51:14,21 52:2 58:24 59:5 60:2 62:18 64:13 65:17 66:2,10 68:5,7,19,24 69:25 70:2 71:13 71:21 73:11,15 74:17,21 75:11

75:14,20 76:4 77:5,18 78:6,18 78:24 79:23 80:14 81:3 82:7 83:11 84:8 85:2 85:7,9,25 86:8 86:12 88:21 90:8 94:19,25 95:11 96:20 97:3 99:5 99:9 100:5,10,23 101:23 102:22 103:6,8,11,15,18 104:16,19,23 105:7,17 107:17 111:15,22,23 117:16 118:3 119:24,24 122:17 123:5 125:10 127:8,16 128:15 129:24 130:19 131:6,25 132:20 133:2,5,7 133:20,23 134:3
**once** 56:11 69:19
**ones** 126:17
**online** 67:2
**open** 38:7 47:15 47:24 109:22
**opening** 31:8 43:2
**operates** 34:17
**opinion** 15:5 41:12 41:14 42:15 55:25
**opinions** 14:23
**opposing** 56:17
**option** 88:7
**order** 20:11 65:20 73:25 84:2,3
**orders** 65:23 101:2
**originally** 25:4 37:16,16
**originated** 25:4
**or/collector** 31:7



**Osvaldo** 70:22
   104:20 111:16
**outcome** 137:18
**outright** 73:23
**outside** 28:6,18
   30:15
**owned** 32:24
**owner** 126:20
**ownership** 103:23
   112:4
**owns** 45:2

**P**

**P** 2:2,2
**package** 25:5,10
   26:15 28:23 31:6
   115:15,17,21
   117:3,16 118:19
   119:6,9 120:20
**packaged** 29:4
**packages** 117:13
   119:22
**packaging** 102:15
**page** 3:3,10 58:12
   58:13 61:5,6,8
   69:22 70:18 71:8
   71:17 75:19,22
   75:24 76:17 77:5
   77:6,18,18 78:6
   78:19,20,20
   79:10,10,23
   80:14,14 81:3,3
   81:17,17,18
   102:17 103:4
   131:24 132:2
   139:4,7,10,13,16
   139:19 140:3,6,9
   140:12,15,18
**pages** 138:4
**paid** 69:21 98:16
   98:22 100:19,21
   100:24 123:13
   123:15
**paintings** 17:16

47:11 96:15
   124:10,11
**Panama** 105:10
   112:22 114:17
**paper** 45:19 64:18
   128:9
**papers** 69:18
**paragraph** 103:7
   103:11,16 107:2
   111:15 118:10
**parlance** 45:15
**part** 34:21 59:15
   103:16 129:4,6
**particular** 46:20
   50:25 89:7
   121:16 122:5
**particularly** 31:23
   45:12
**parties** 4:15 6:2
   12:11 23:10
   114:4 137:15
**party** 41:19 47:15
   47:24,25 48:5
   88:18 89:15
   109:15 137:16
**pass** 10:14
**paths** 52:8
**pattern** 11:4,5
**pay** 86:17 87:13
   87:14 99:9
**payments** 75:6
**PDF** 58:13 69:22
   70:18 71:8 75:19
   75:22 102:17
   103:4
**pencil** 123:12
**pending** 6:13,14
   6:20
**penthouse** 88:14
**people** 12:9 23:16
   32:15 39:17,22
   39:25 47:20 48:8
   54:11 72:18 91:2
   92:10,10,24 93:5

106:23 107:4,9
**percent** 27:24
   100:25
**percentage** 74:5
   100:21,23
**period** 30:11
   44:18 129:11
**periods** 53:21
   91:13
**permission** 67:18
**person** 54:14
   66:15 83:9
**personal** 9:13 53:3
**personally** 37:8
   38:24
**pertaining** 59:11
   64:4 128:25
   131:11
**phone** 50:14,18,25
   53:15 54:4,5,8
   54:10
**phones** 54:12
**Photograph** 3:13
   84:19
**phrase** 27:5
**phrased** 27:4
**picked** 7:4 120:8
**pie** 31:14
**piece** 25:15,15
   63:8 64:18 85:5
   89:7 91:14 93:14
   97:14 114:23
   116:24 125:19
   128:9
**pieces** 37:17 42:6
   97:24 98:4,9,14
   115:21 116:11
   116:14,17
   117:13,18,25
   121:7,16
**pissed** 69:19
**place** 48:3 54:17
   64:8
**plaintiff** 1:6 2:4

70:8
**Plaintiff's** 84:18
**plan** 104:3 107:4,9
   112:12 118:12
   118:17,24
**planned** 103:21
   112:2
**play** 10:15 33:10
**please** 5:10 6:7,25
   28:14
**point** 115:14 117:9
**points** 59:19
**pontificate** 132:25
**pontificating**
   47:21
**possess** 109:10
**possession** 9:13
   13:2 18:2 25:2
   28:6 30:10 63:13
**possibilities** 31:9
**possibility** 16:21
   24:25 28:21
**possible** 42:10
   116:18
**possibly** 109:22
**potential** 24:14,20
   92:17 94:3
**potentially** 26:3
   93:15 94:13
   126:18
**practice** 10:11
   11:3 13:11,21
   14:4
**prefer** 88:11
**prep** 56:24
**prepare** 57:2
**presence** 105:6
**present** 2:18 4:16
**prestigious** 48:2
**pretty** 12:8 46:23
   46:25 87:16
   115:5
**prevent** 7:9,25
**previously** 29:11

**price** 10:13,14,16
   10:17,19 11:8
   74:9 83:19
**print** 42:12
**printed** 71:16,23
   72:7
**printer** 34:20
**prints** 17:15 22:3
   22:8,10,16,20
   23:3 24:2 37:22
   43:19 45:7,7,16
   96:13 121:4
**prior** 26:10 29:12
   35:10,16,23 40:6
   56:21 72:22 73:7
   137:4
**proactive** 66:21
   67:2
**probably** 23:5
   27:4 29:18 30:20
   31:4,7 45:6 56:3
   66:25 88:5 89:13
   93:5 125:2,4
   126:12 127:4
   128:7 129:16
   130:15
**problem** 16:22
   93:12,17
**proceeding** 19:3
**proceeds** 114:4
**process** 34:21 40:2
   48:23
**produce** 58:9,19
   72:12 121:8
**produced** 109:12
**producing** 18:23
**product** 22:14
   42:5
**production** 109:3
**professional** 52:25
**profit** 27:2
**project** 45:13
   120:10
**property** 103:20



111:25
proposed 119:8
proprietary 18:19
  20:4
prospect 26:2 28:5
  28:9,13,17 29:7
  29:10,25 30:14
  81:14 82:4 94:6
  101:14,19
  107:12 131:7
protocols 13:8
proven 127:10
public 1:16 31:25
  32:13 47:23
  115:3 137:19,24
  138:22
pull 57:6,9 75:18
  84:8
pun 115:9
purchase 11:10,14
  26:24 27:7 32:10
  55:14 65:20,23
  73:24 76:11,23
  77:9,25 78:9
  79:3,14 80:7,11
  80:24 81:7,21
  82:25 84:2,3
  100:20 101:2
  120:19 130:17
purchased 24:2
  35:9 68:20 74:22
  75:10,14 82:11
  82:15 94:22 95:4
  95:8,12,17 96:2
  96:7,10,11,13,18
  96:21 97:11,18
  99:5,23 100:6,11
  104:7,10 106:17
purchaser 12:18
  21:21 23:9 74:18
  74:19 108:21
purchasers 23:11
  108:21
purchases 130:21

130:25 131:4
purchasing 9:22
  10:3 25:9,17
  32:8,12 77:2
  79:7,21 80:19
  81:14 82:4
purported 126:20
purpose 9:15
  64:17 91:17
  129:19
purposes 62:2
put 19:18 30:14
  44:6 65:6 69:3
  72:7 90:8 107:18
  111:23 117:25
  122:8 123:20
putting 106:23
  114:16
p.m 1:17 4:8 64:24
  65:3,3,5 108:3,5
  108:5,7 135:24
  136:3

_____

**Q**

quartz 60:3
question 6:8,9,13
  6:14,20 18:13
  19:18 20:24 21:2
  27:4 36:23 37:2
  38:13 39:20 73:6
  118:15 121:23
questions 5:24 6:7
  6:18 7:2 8:2,5
  19:16 20:15,17
  51:4 90:21,23
  108:9,14,19
  109:8 110:2
  118:13 122:12
  127:18,25 132:9
  134:4,11 135:13
Quinn 2:5 4:10,24
quite 34:3 82:16
  91:15
quote 113:8,9

quoting 111:20
  112:11

_____

**R**

R 2:2 87:23 137:2
  138:2
Rakower 2:5 3:4,6
  4:19,22,24 5:18
  5:22 19:5,13,15
  19:22 20:14,16
  20:21 36:24 39:9
  57:8,10,18,24
  58:11,14 63:17
  65:6,8 73:16,18
  75:21 76:3 82:8
  82:10 84:8,10,16
  84:21 90:15 97:4
  107:18 108:8,17
  127:17,24 134:3
  135:12
range 13:9 97:7
  125:9
rare 95:22
rationale 37:18
reacted 132:15
reaction 31:11
read 2:12 5:4
  36:25 57:3,3,14
  57:25 58:2,22,24
  59:2 66:13 69:15
  69:15,17,18 70:3
  70:11,13 71:4,13
  72:3,9 91:25
  103:16 109:5
  110:19,20
  111:13,20 118:8
  118:9 129:12,21
  130:3,6 131:22
  131:23,23 132:2
  134:13 138:4
reading 129:19
  135:5,5
reads 106:9,11
real 33:8,8

really 10:8 39:7
  49:6 50:12 66:6
  69:19 83:3 88:13
  100:16 119:13
  120:5 124:2
reason 7:9 8:4
  12:10 16:19
  23:23 35:25
  37:24 39:12,13
  39:24 60:12 63:9
  68:6 71:6 87:10
  88:24 93:6 139:6
  139:9,12,15,18
  139:21 140:5,8
  140:11,14,17,20
recall 22:22 50:12
  50:18,24 69:4
  83:15 87:8 88:22
  90:24 91:7 97:25
  122:15 123:2
  128:3 130:22
  132:12 134:13
recalled 69:7
receipt 65:20 84:2
  84:4
receipts 65:14,19
  65:24 101:3
recess 65:2 108:4
recollecting 89:22
recollection 17:12
  17:18 24:11
  50:10 94:14
  98:12 115:24
  123:25 124:8
record 4:3 5:3,20
  5:21 11:7 19:19
  19:23 20:19
  23:24 46:11
  64:23,25 65:5
  66:23 72:8 78:18
  108:3,7,11 115:3
  135:21,24 138:6
records 130:20
record's 49:25

RECROSS-EX...
  3:7 134:7
Red 84:23 85:8
REDIRECT 3:6
  127:22
reduce 85:22
red/green/blue
  85:11 86:4 87:23
  88:6,17 89:3,9
  89:25
red/gren/blue
  82:21
refer 12:14 14:25
  87:7 128:10
referenced 86:20
referred 115:16
referring 15:9
  39:22 89:25 90:3
  102:8 113:25
refers 86:20
refusing 18:15
  21:2,6 23:25
  83:8
regarding 5:24
  24:14 25:25 50:3
  56:18 62:16
  68:17 83:17,25
  101:10 107:12
  108:20 109:2,11
  128:3 130:24
  131:4 132:4,10
  132:14
regularly 53:16,18
  53:19
reject 63:3,5
relate 97:15
related 52:19
  70:20 96:19 98:6
  129:3,10
relating 59:6
relations 31:25
  32:14
relationship 39:25
  52:16 53:2 55:19



98:5
relevance 19:2
relevant 49:11,12
  131:8
relief 19:12
remember 16:17
  30:25 43:17
  45:18,20 50:15
  56:16,20 72:6
  75:25 82:22 83:3
  85:5 89:22 97:13
  97:23 99:11
  101:4 102:20
  125:5 126:11,12
  126:13,13
  128:13 131:15
  132:18,19
remembering
  89:16
remotely 3:16 7:8
  137:6
reopen 109:23
repeat 40:25
rephrase 6:8
  28:14
reporter 1:16 4:13
  5:10 6:25 64:20
  90:10,13 121:19
  137:4
Reporter's 3:16
represent 4:17
  23:17 40:3 41:7
representative
  8:16,21 15:21
represented 40:9
  41:14
represents 40:24
reputation 16:23
request 4:10 60:5
  60:23 61:5 63:18
  67:3,4 68:7 69:8
  129:21 130:4
Requested 58:16
requests 58:22

64:21 70:17
  90:11 109:7
  121:20 134:14
resale 13:3
resell 11:11 26:25
  27:9 83:4
reservation
  108:10 109:2
reserve 108:23
  109:17
resold 68:21 75:11
resource 91:8,12
  120:7
respect 108:24
respond 90:23
response 109:8
responsive 72:13
  128:19
restaurant 44:23
  45:2 47:11 48:2
result 107:4,9
retrospect 126:14
return 26:18,20
  26:21 88:3
Returned 87:24
reviewed 71:9
  102:23
rid 117:17
right 11:3,8,11,15
  12:22 13:24 14:5
  14:14,22 15:18
  19:25 22:5 24:17
  25:19 28:7 29:21
  30:16 39:23
  42:20 44:12 50:9
  50:21 51:24
  52:17 53:3,7,8
  54:10 58:11
  61:24 62:5,13
  64:2 68:17 70:12
  72:8 73:25 74:15
  74:19 76:9,17,18
  77:6,20 78:7,22
  79:12 80:2,16

81:5,19 85:18,24
  85:25 86:7 88:9
  90:6 92:18 95:9
  97:20,21,22,23
  98:14 99:8
  102:23 103:2
  104:8,14,17,20
  104:22,24
  105:12 110:24
  111:7,8,24
  112:11 113:24
  114:16,25 116:8
  117:11 120:23
  121:22 122:22
  124:19 126:23
  128:20 129:22
rights 92:6 101:10
  108:11,24 109:2
  109:18
Robert 9:7 12:20
  15:14 17:4 22:13
  22:23 24:20,25
  25:10,17 27:8
  28:5 30:9,11
  32:12,24 33:6
  34:6,13 35:5,8
  35:13 38:24
  47:21 48:16 59:7
  59:12,14,18 60:7
  60:22 61:10,17
  62:9,20 63:6,12
  63:21 64:4 65:12
  67:8,9,17,20
  68:10,20 69:20
  74:13,22 75:10
  94:16,25 95:14
  96:6,19 98:6,17
  98:23 100:7,12
  119:22 124:17
Rockland 44:23
  133:8
rough 31:23
ruined 106:2
run 131:13

Ryan 2:5 4:21,24
  5:22 18:25 36:23
  40:25 53:17
  108:16 110:5
  111:18 135:15
ryanrakower@...
  2:8

─────────────

S

S 2:2
sake 6:24
Salama-Caro 52:5
  92:3
sale 13:4 24:7,14
  24:20 25:5 27:14
  28:5,10,13,17
  29:7,11,25 31:23
  53:24 55:13,16
  61:8,17 64:10,19
  65:14 80:10
  83:13,17,20,25
  93:12,13 99:21
  114:2 117:16
  118:19
sales 8:16,21
  15:21 16:21,21
  16:22,25 17:4
  24:8 65:20,24
  74:6 102:15
  114:3 129:10
salvo 31:8
saw 46:17 55:15
  71:22 122:23
saying 18:19 31:18
  33:7 42:17 98:8
  124:2,13
says 58:15 59:6
  66:7 72:6 84:22
  85:10,14 86:8,25
  87:22,24 88:16
  89:25 92:21
  103:19 104:2
  107:3 118:10,23
scale 116:6,7

scar 33:19
scarce 118:5
scheduling 13:7
Schwartz 2:20
  4:12
scope 127:19
SCOTT 2:19
screen 37:2 57:12
  65:7 73:17 78:22
  84:12 103:9
scroll 75:23
sculpture 17:15,19
  17:20,23,25
  18:16 20:6 21:3
  21:4,23 75:5
  94:9 99:6,10
  115:18 116:6
  119:13 125:24
  126:2 127:11
sculptures 91:4,16
  96:11,12 116:9
  123:21
seal 36:13 37:5
  38:20 39:3 40:5
  40:12 41:5 93:24
  132:17 137:19
search 131:13
searching 131:7
Seasons 43:3 47:7
  47:8,10 48:2
second 50:23
  61:14,15 68:13
  85:21 119:25
  127:12 132:2,21
secondary 22:16
second-to-last
  87:21
secret 113:12
secretary 35:2
see 32:16 37:18
  40:12 41:4 42:16
  43:19,20 47:22
  53:23 57:11 58:5
  58:8,15 59:9



60:9,24 61:18
62:10,22,23
63:22 64:2,3
65:9 66:23 67:11
67:21 68:11,12
69:11 70:23 76:9
76:18 77:20 78:7
78:21 79:12,25
80:16 81:5,19
84:11,13,24
85:10,12,13,16
85:20,21 86:10
86:11,19,22 87:3
87:4,25 88:19
93:22 103:9,10
105:15 107:6,7
109:23 123:17
125:18,22 126:6
126:9 128:24
129:18 131:11
134:20
**seeing** 26:7 88:7
123:14
**seek** 109:18
**seen** 53:8
**segue** 57:7
**sell** 9:17,18 11:7
17:21 18:4,6,7
23:3 31:16 34:10
41:16,18 62:9,13
69:2 73:15,20
74:2 76:20 77:12
77:22 78:12,24
79:17 80:4,21
81:10,24 83:6
86:13 91:4 104:3
105:25 106:6,15
112:13
**seller** 10:20,21
**selling** 12:6 17:8
24:25 30:14 31:5
35:15 61:21 69:5
76:14 77:15 78:3
78:15 79:6,20

80:18 81:14 82:4
91:3 94:6,13
101:20 112:16
**sells** 14:9 73:22,22
**send** 66:22,22 88:8
**sense** 11:24,25
87:6 120:22
**sent** 55:17 110:17
**sentence** 105:8
118:7
**separate** 23:10
**sequence** 103:22
112:3
**Services** 1:23 4:13
**set** 41:10 45:8
105:9 112:21,23
113:2 120:15
137:11
**settled** 117:10
**seven** 86:24
**shakes** 18:14
**shame** 32:2 34:4
**shape** 32:21 46:25
121:18
**share** 11:23 12:9
12:12 14:3,17,22
14:23 15:6 53:2
65:14,19 101:25
**sharks** 23:18
**SHEET** 139:2
140:2
**shipping** 103:20
111:25
**Shorthand** 1:16
137:3
**show** 125:5
**sic** 60:7,22 61:7
62:8,19 63:20,24
65:11,11 70:18
85:15 112:2
122:13
**side** 53:7 78:22
90:9 107:19
**sign** 46:7,13 67:19

122:9,21 123:14
124:20 133:13
**signature** 22:24
36:6 38:8 44:10
45:25 46:8,13
49:17 50:4 51:23
67:8,19 124:7,9
139:24 140:24
**signatures** 49:20
**signed** 35:24 36:6
38:24 121:5
122:14,20 124:2
**signing** 37:13,15
38:10 44:12 45:3
45:17 122:23
123:3,4,6,10
124:23 132:16
**signings** 36:3 48:9
**silkscreens** 35:5
**silly** 106:22
**Simon** 52:5 92:3
**sister** 130:9
**sit** 16:18
**sitting** 37:21,25
48:15
**situation** 10:8
**six** 82:18 116:10
**Sixteen** 69:24
**size** 59:21
**skills** 15:2
**skimmed** 70:14
71:15 72:11
**skims** 129:17
**sky** 31:14
**slow** 40:2
**small** 120:20
**smaller** 119:6,21
**smarter** 115:7
**social** 66:15
**sold** 19:3 20:7
21:4,20,24 22:3
23:8 34:5 36:5
36:12 37:4 38:19
39:2 40:4 72:18

74:13,14,23
77:14 83:9 95:11
97:14,14 104:24
108:23
**sole** 105:14 113:11
**somebody** 29:4
56:16 106:11,19
120:8,16 122:20
129:17
**somewhat** 87:9
**son** 105:13 113:11
113:15
**soon** 93:25 94:2
**sooner** 30:24
**sorry** 4:20,22 9:2
9:24 27:3 36:19
40:25 51:10
53:17 58:13
59:15 94:21
101:17 103:4
126:25
**sort** 33:19
**sounds** 31:14
85:25
**SOUTHERN** 1:2
**spams** 66:12
**span** 53:6
**spans** 52:17
**speak** 16:4,19
44:15 46:12 48:4
48:21 50:13
52:14,15 59:13
59:17 132:15
**speaking** 26:21
35:19
**specifically** 9:5
12:19 69:4 103:6
103:23 104:2
110:16 111:12
112:12
**specificity** 50:25
**spells** 64:13
**spent** 43:5
**spiraled** 119:15

**spoke** 26:2 48:19
93:4,5 95:7
**spoken** 16:8,12,15
90:16,20 92:2,5
92:7,16,21,25
96:5 128:24
**Spreadsheet** 3:13
84:19
**staff** 34:20,25
**stages** 120:3
**stamp** 37:16 40:13
40:17 41:21
44:16 46:4 49:23
51:24 122:9
123:17,20
132:10,14
133:21,22,24
**stamped** 36:14
37:6,8,11,18
38:20 39:3 40:5
40:6,11 41:5,11
41:19,20 93:22
93:24 124:3
126:5,16
**standard** 11:4,5
12:8 13:8 27:12
42:11 65:14
**standing** 104:21
**Star** 43:11
**start** 8:20 17:19
43:9 102:10
118:14
**started** 37:14 92:8
92:10,22
**starts** 61:5
**state** 4:16 9:24
**stating** 89:14
**stayed** 93:25
**steel** 60:4
**stencil** 40:17 44:16
46:4 49:23 51:24
67:10 124:7
132:10,14
133:14,16,17,24



stenciled 41:5
stenographically
137:10
stop 104:6
storage 60:7,11,14
60:17
strike 39:19 69:7
101:17
stronger 120:17
studio 34:17,24
37:13 43:12
54:19,20 55:2
stuff 31:14 52:20
55:17,25 56:2
59:20 60:4
stuffing 132:6
subject 31:2,12
133:9,12
subpoena 3:11
57:4,6,14,15,20
58:20 70:4,6
71:9,11 72:9,13
75:19 109:4,6,20
110:12,17 111:5
111:12 128:3,6
128:20 134:14
135:8
subpoenaed
128:14
Subscribed
138:13
subsequent 13:2
134:23
subsequently 32:9
32:11
substance 131:18
substances 7:25
suggest 46:22
112:8,15,18
113:2,5,17,22
114:9
suggested 115:14
116:3
suggestion 115:4

115:11,25
suit 137:16,17,17
suits 117:10
Sullivan 2:5 4:11
SUPERIOR 1:2
suppose 62:6 97:8
sure 9:25 10:10,25
17:13 28:15
36:25 41:3 56:16
87:8 98:15 111:6
131:17
surprised 41:20
41:22
suspect 127:5,9
swear 5:10
swore 7:17
sworn 5:13 137:6
138:13

T
T 137:2,2 138:2
Tab 57:9 84:9
table 45:3,5 53:24
119:13
tagged 57:4
taint 33:14 63:8
92:12 114:14
tainted 32:21,25
33:3 106:4
119:14
tainting 69:19
take 6:15 12:25
19:20 20:19
22:21 23:19
25:14 26:25
27:10,13 54:16
72:12 73:16
74:24 82:8,9
88:8 106:4
107:21 111:5,17
111:18 115:24
taken 1:15 4:9
52:8 65:3 108:5
137:10

talk 15:8 43:23
44:9,13 47:13
55:20 87:19
90:25 94:15
113:12
talked 24:7 43:25
48:22,24,24
101:13
talking 10:13 11:2
12:19 26:7 33:22
37:22 40:16,17
54:9 85:3 116:11
116:14,17
132:22
tardy 87:17
technical 59:19
61:25 123:9
Technician 2:19
3:17 19:14
tedious 124:20,22
tel 2:7,14
tell 7:18 16:17
21:9,14 33:25
36:9 37:11 40:20
40:21 49:18
56:21 60:17,18
66:8 82:17 85:6
88:13 91:22
98:19 100:17
112:23 114:5,20
124:19 130:16
telling 16:16 20:4
40:22 64:12
temperature 28:8
30:13
ten 30:3 97:9,10
term 86:15 87:12
terms 38:8 42:5
131:13
testified 5:13
97:17
testify 3:11 7:21
57:21 137:6
testifying 7:10

testimony 122:15
132:13 137:9,13
138:6
text 51:8 55:5
59:24 62:5,15
72:24 73:8,12
88:17 89:13
109:10,15
texted 88:25 131:4
thank 38:11,11
73:17 82:9 90:13
108:13,16 110:3
110:4,4 135:14
135:15,17,18
They'd 59:25
thing 21:13 33:21
43:21 48:10
65:13 106:14,22
133:25
things 14:18 15:4
16:20,23 18:23
33:10 53:7 74:9
119:12 129:17
130:10 132:16
think 4:22 16:18
17:15 18:21 20:5
20:9,23,24 23:10
25:4 30:13,20
38:12,13 40:14
40:18 41:11 43:2
43:8 44:3,17
45:7,18 46:15,18
50:8 54:7,7
71:17 91:24
93:23 95:7 98:11
98:13 100:14
105:11 107:20
107:22 114:13
115:6 116:22
118:7 128:7,12
131:21 132:15
thinking 42:3
third 41:18 85:7
110:25 118:7

third-party 9:18
9:22 10:3,18
11:11,13,18
12:17 13:18 14:9
18:4 27:9
thought 45:14
49:11 55:16
thoughts 107:25
thousand 99:12,18
thousands 99:23
three 17:9,12 23:5
29:19 30:2 42:23
50:9 51:16 54:24
89:8 97:18 111:2
Tikva 22:9 23:3
24:2 95:7,8,11
till 96:24
time 4:7 16:12,13
22:22 25:3,3
38:13,17 43:2,5
45:11 46:17
48:15,15 49:12
49:12,16 59:2
64:24 70:4,25
72:3 74:21 91:2
91:7,13 96:23
97:10 105:22
106:8,20 108:14
110:25 115:25
122:24,24 128:5
129:20 130:8
135:23 137:11
times 6:17 16:8,14
29:19,20,22 30:2
38:4 42:21,22
44:2 45:15 54:23
56:10 88:13
111:2 122:25
134:10
timing 46:24
128:9
tirage 39:15 42:6
120:23,24 121:3
121:6,9,9 122:5


MAGNA
LEGAL SERVICES

tissue 33:20
title 64:9
today 4:6 5:7,24
   7:10,18 98:13
   108:15
today's 56:24 57:2
   135:25
told 32:23 63:8
   91:18,20,23
   107:3,8 113:24
   124:4 134:23
topic 67:16 68:3
   93:10,20 94:2
topics 109:11
total 100:19,21,24
touch 33:25
touchy 56:2
trade 32:18
trades 32:18 91:25
   92:8,22
traffic 106:4
transacting 89:6
transcript 7:4
   92:20 137:9,12
transfer 63:20,25
   64:7,8,11,17
   65:12,13 73:19
   105:8 107:5,10
   107:12,13,14,15
   112:20
transferred
   106:18
transferring 64:4
transfers 103:22
   112:3
transmitted 84:3
transportation
   60:22 61:3
trashed 32:17
traveling 130:8
true 11:20 14:6
   39:8,11 55:18
   103:23 104:7
   112:4 135:4

137:12 138:6
trust 68:22 69:5
trusts 68:9 105:9
   112:21,24 113:3
   113:9,13 114:17
truth 7:18 137:6,7
   137:7
truthfully 7:10
try 6:7 8:24 20:12
   26:12 31:20
   38:16,16 103:4
   106:5
trying 26:17 89:10
   89:11 91:3,7
   106:12 120:3
   121:24 128:13
turning 42:5
twice 56:11 71:19
   103:3
two 13:5,6,9,13
   23:10 29:19 30:2
   47:4 54:24 71:20
   78:21,21,25 79:4
   79:7,25 80:4,8
   81:19,22 82:5
   86:17
type 29:25 96:9
types 96:17
typical 13:11 14:3
   56:2

_____

U

U 138:2
Uh-huh 16:6
ultimate 74:18
underlying 5:25
understand 6:6,22
   7:5,17,20 19:4
   23:16 34:16,19
   34:23 37:24 41:7
   58:18 64:6,14,15
understanding
   32:4 35:17,18
   36:4,8,11 37:3

37:10 38:18,23
   38:25 40:23 42:4
   64:10 65:17
   89:24
understood 6:9
   7:6 70:9
unique 10:9 13:4
   27:14
unit 4:3
UNITED 1:2
unstamped 127:4
unusual 42:4
Urquhart 2:5 4:11
use 9:13 45:3 46:7
   46:12 50:3 67:9
   123:17
useless 106:7,25
   114:15
usual 10:11 11:2
usually 26:17,18
   54:10,16 73:24
   125:24 126:22

_____

V

vain 46:23
valuation 26:16
value 114:18
   118:21
values 115:19
various 105:9
   112:21 134:14
vendors 54:3 56:2
   91:2 93:11
verbal 59:25
verbatim 137:9
versions 89:8
video 7:8 85:19
videoconference
   1:15 2:2
videographer 2:20
   4:2,12 5:9 64:22
   65:4 108:2,6
   135:19,23
Videotaped 1:13

view 59:19
Vinalhaven 43:11
   133:6
virtually 4:10
visit 44:9,15 45:17
   47:13 54:25
visits 47:4
visually 120:17
vs 1:7 4:6 6:3
V/V 87:23

_____

W

wait 61:11 85:19
   119:25
walk 30:7 33:12
   33:18
walking 92:14
want 12:4,4,6
   32:20 52:7,11
   57:9 63:6 75:9
   84:8 88:11 98:21
   104:6 106:16
   107:2,21 111:18
   115:15 118:13
wanted 26:8 104:3
   112:13,16 120:6
wanting 119:16
wants 53:25
wasn't 28:20
   48:14,15 94:9
   98:3,3,5,6 127:3
   130:12
watching 48:16
waxing 47:21
way 16:16 22:12
   26:14 27:5,6,18
   30:13 32:2,21
   33:7,7 36:2 37:7
   37:9 39:7 40:7
   66:2 74:8 85:4
   89:16,21 90:3
   104:25 105:20
   114:11 117:17
   121:18 123:9

126:12
week 16:8
weeks 13:5,9,14
   86:17 128:11
went 49:12 117:17
   131:16 134:12
Wes 2:20 4:12
West 2:13 7:16
We'll 45:3
we're 10:13 11:2
   12:19 40:16,16
   52:23,24 61:21
   61:21 87:22 96:9
we've 16:19 52:7,8
   54:18,18 98:13
Wharf 2:13
whatsoever 32:21
   33:17 35:7
When's 74:21
wholeheartedly
   63:4
wild 74:24
willing 72:16
wind 117:8
wishes 12:3
wishing 88:15
witness 5:8,10
   18:14 19:6,17,24
   36:19 76:19
   90:12,14 97:3
   108:16 109:4,9
   109:13,21 110:4
   127:16 135:15
   135:17 137:5,19
wonderful 132:25
word 33:3 64:6,16
   105:4
words 25:12
work 6:10 8:13
   10:12 15:21,23
   33:10 34:22 35:9
   39:17,22 40:18
   41:13 72:20
   74:11 85:23



107:23 117:3
120:24
**workable** 114:11
**worked** 8:17 14:13
26:9 48:25 49:3
55:21
**working** 14:18
15:17 36:2 48:16
**works** 25:10 30:9
31:5 32:24 35:5
59:8,12,18 60:8
60:23 61:10,17
62:9,13,21 63:7
63:10,13,21 64:4
64:11 65:12 67:9
67:20 68:10,21
93:11 95:8,11
100:21 114:3
115:17
**world** 15:3 23:19
23:22 33:14 44:7
49:5
**worries** 76:8
**worth** 99:24 100:7
100:11
**worthless** 63:9,10
63:14 114:24
115:6
**wouldn't** 16:17
49:20 60:18 63:2
104:21 117:20
**wreaks** 114:21
**written** 83:24
101:6 130:20
**wrong** 23:2 27:5
106:14
**wrote** 86:18
**Www.MagnaLS...**
1:25
**W-a-y** 90:14

**X**

**X** 1:5,9

**Y**

**yeah** 11:4 12:23
17:17 19:22
20:14 22:18 23:7
24:3 28:8 29:3
30:17,23 32:19
35:12 40:18 44:4
44:21 53:4,14
54:11 55:15 58:7
58:17 59:10
60:25 61:19,20
61:25,25 62:6,6
62:17,17,23
63:23 64:14,19
65:10,16,22 67:5
68:12 70:24 72:5
73:24,25 76:8
78:23 82:23 84:7
84:13 85:9,13,24
86:4,23 87:4
88:2,20,23 89:21
90:7,24 91:17,17
94:18 97:8,13
98:10,25 101:22
103:10 104:5,18
105:16 111:9
115:16 117:15
120:11,22
121:11 123:8,15
124:24 125:9
126:8,22 128:15
129:23 132:11
**year** 16:11,15,20
17:2 21:5,25
22:4 23:4 24:10
24:14 25:11 28:3
29:7,21,22,24
30:16,21 35:15
40:12,21,24 41:4
41:7,12,19 43:7
54:21 55:21 74:8
74:13 82:17
89:13,20 90:22
97:19 99:6
101:19 104:17
116:2 117:7
**years** 24:10 26:11
29:18,18 30:3
34:4 52:17 55:20
56:12 82:18
87:19 100:19
104:13
**yesterday** 89:23
129:14
**you'll** 27:4
**York** 1:2 2:6,6
7:16 60:15

**Z**

**Zerner** 2:12 5:4
**zero** 67:15,22 97:9
97:10,22,23,24
98:2 114:15

**$**

**$10,000** 99:15
**$400,000** 31:16

**0**

**02110** 2:13

**1**

**1** 2:7,7,13 3:11
27:24 57:9,19,20
59:5 100:25
102:16
**1,000** 116:14
**1:18-cv-04438-...**
1:4
**1:22** 64:24 65:3
**1:24** 65:3,5
**10** 27:24 68:7
102:17
**10010** 2:6
**11** 61:9,11 69:8
71:17
**110** 3:5
**12** 133:3
**12-foot** 45:6
**12:18** 1:17
**12:20** 4:8
**127** 3:6
**13** 125:4 133:3
**134** 3:7
**137** 138:4
**14** 43:8 52:17
103:5 104:13
**16** 69:22 103:7
111:15 118:10
**17** 29:18 125:15
**18** 29:18
**19** 29:18
**1966** 37:17
**1970** 37:17
**1990** 93:22
**1992** 56:23
**1996** 93:23

**2**

**2** 3:13 84:9,14,17
84:19
**2:06** 108:3,5
**2:11** 108:5,7
**2:38** 135:24 136:3
**20** 98:3,9 116:17
116:22 117:13
118:19 119:6,10
**2000** 93:23 125:4
**2003** 22:25
**2007** 14:19 15:17
15:24 16:3 53:9
97:24 100:2
**2008** 42:9,13,25
43:9 46:11
**2009** 93:23
**2010** 42:10,13,25
44:19,20
**2011** 125:11 133:3
**2012** 125:6
**2013** 86:21 89:17
94:7 125:6
**2014** 86:6 87:2
**2015** 43:8 47:6
**2016** 41:19 125:13
**2019** 41:21
**2020** 28:10 29:12
74:25 116:2
**2021** 1:17 4:7
30:22 116:2
137:20 138:16
**212** 2:7,7
**22nd** 2:6
**23rd** 86:6,21 87:2
**24** 31:24
**24-by-24** 82:21

**3**

**3** 60:23
**3/23** 87:5
**3/23/14** 85:24
**3/24/14** 85:15
**30** 48:20 98:4
**33** 77:7
**34** 77:18
**35** 26:11 78:19
**36** 31:24 78:20
**37** 79:10
**38** 79:23
**39** 80:15

**4**

**4** 61:5,12
**4,000** 116:11
117:18,25
**40** 81:4 98:4
**41** 81:17
**46** 75:22 76:5
**47** 75:23

**5**

**5** 1:17 3:4 58:12
62:7,18
**5th** 4:7 58:6
137:20
**5/1/13** 87:24
**5/6** 88:17
**50** 56:11
**51** 2:6
**523-6329** 2:14



**57** 3:12

---
**6**

**6th** 89:13
**60s** 124:6
**617** 2:14,14

---
**7**

**7** 63:18 84:23 85:8
**70s** 125:2
**70-page** 129:19
**7000** 2:7
**7100** 2:7
**742-8604** 2:14

---
**8**

**8** 58:13 67:4
**8/23/13** 86:9
**80s** 125:2
**84** 3:13
**849** 2:7,7
**866-624-6221** 1:24

---
**9**

**9** 70:18
**9/30/2026** 137:25
**96** 87:23

