Page 1

UNITED SUPERIOR COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 1:18-cv-04438-AT-BCM

- - - - - - - - - - - - - - - - - -X
MORGAN ART FOUNDATION LIMITED,      :
                    Plaintiff       :
                                    :
VS                                  :
                                    :
MICHAEL McKENZIE D/B/A AMERICAN     :
IMAGE ART,                          :
                    Defendant       :
- - - - - - - - - - - - - - - - - -X

Videotaped deposition of

TIMOTHY GINEXI

taken via videoconference before Clifford Edwards,

Certified Shorthand Reporter and Notary Public, on

November 9, 2021, at 9:30 a.m. EST.

Magna Legal Services

866-624-6221

Www.MagnaLS.com



Page 2

1
2   A P P E A R A N C E S:   (all via videoconference)
3
4   ON BEHALF OF THE PLAINTIFF:
5   RYAN RAKOWER, ESQ.
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
6   51 Madison Avenue, 22nd Floor
    New York, New York  10010
7   tel: +1 212 849 7000
    Fax: +1 212 849 7100
8   ryanrakower@quinnemanuel.com
9
10
11  ON BEHALF OF THE DEFENDANT:
12  BRIDGET A. ZERNER, ESQ.
    MARKHAM READ & ZERNER LLC
13  1 Commercial Wharf West
    Boston, MA 02110
14  Tel: (617) 523-6329
    Fax: (617) 742-8604
15  bzerner@markhamreadzerner.com
16
17
18  ALSO PRESENT:
19  STEPHEN KRUEGER, EXHIBIT TECHNICIAN
20  MATTHEW CROUSE, VIDEOGRAPHER
21
22
23
24
25

Page 3

1
2            INDEX OF EXAMINATION
3                                PAGE
4   DIRECT EXAMINATION BY MR. RAKOWER          5
5   CROSS-EXAMINATION BY MS. ZERNER         148
6
7            INDEX OF EXHIBITS
8   EXHIBIT                      PAGE
9   No. 1, Subpoena                 19
10  No. 2, Text Message from Michael McKenzie
11     to Tim Ginexi                80
12  No. 3, Bates Number MAF0060248, Photo    91
13  No. 4, Text Message Thread          103
14  No. 5, Bates Number MAF0060242, Photo of Car  107
15  No. 6, E-mail from Michael McKenzie     110
16  No. 7, E-mail from Michael McKenzie     112
17  No. 8, E-mail from Michael McKenzie     114
18  No. 9, Group Text Message from Oz Gonzalez  122
19  No. 10, Videotape Bates Stamped MAH00170  157
20
21  (Reporter's Note:  Exhibits marked remotely by the
22  Exhibit Technician.)
23
24
25

Page 4

1            TIMOTHY GINEXI
2        THE VIDEOGRAPHER:  We are now on
3   the record.  This begins videotape
4   number one in the deposition of Tim
5   Ginexi in the matter of Morgan Art
6   Foundation vs. McKenzie.  Today is
7   Tuesday, November 9th, 2021.  The time
8   is 9:34 a.m.
9        This deposition is being taken
10  virtually at the request of Quinn
11  Emanuel Urquhart & Sullivan, LLP.  The
12  videographer is Matthew Crouse of Magna
13  Legal Services and the court reporter is
14  Cliff Edwards of Magna Legal Services.
15        Will counsel and all parties
16  present state their appearances and whom
17  they represent?
18        MR. RAKOWER:  Ryan Rakower from
19  Quinn Emanuel on behalf of Morgan Art
20  Foundation.
21        MS. ZERNER:  Bridget Zerner of
22  Markham Read Zerner on behalf of Michael
23  McKenzie doing business as American
24  Image Art, and we also represent the
25  witness today, Timothy Ginexi.

Page 5

1            TIMOTHY GINEXI
2        THE VIDEOGRAPHER:  Will the court
3   reporter, please, swear in the witness?
4        TIMOTHY GINEXI
5   having first been duly sworn, deposed and testified
6   as follows:
7
8
9            DIRECT EXAMINATION
10
11  BY MR. RAKOWER:
12     Q   Good morning, Mr. Ginexi.  My name is
13  Ryan Rakower and I'm an attorney for Morgan Art
14  Foundation, Limited.
15        I'm going to be asking you some
16  questions today regarding your knowledge of facts
17  or events underlying the claims and assertions by
18  the parties to the lawsuit Morgan Art Foundation,
19  Limited v. McKenzie; do you understand that?
20     A   Yes.
21     Q   Okay.  If you don't understand any of my
22  questions, please, let me know and I'll try to
23  rephrase.  Otherwise, I'm going to assume that you
24  understand my questions; does that work for you?
25     A   Yes.



TIMOTHY GINEXI

1
2    Q    If you need a break, please, let me
3    know.  I would only ask that if there's a question
4    pending, that you answer the pending question
5    before we take the break; okay?
6    A    Okay.
7    Q    At times, Ms. Zerner may lodge
8    objections to my questions.  Unless directed
9    otherwise by your attorney, please nevertheless
10   answer my questions; do you understand that?
11   A    Yes.
12   Q    Okay.  Please audibly answer my
13   questions rather than giving a nonverbal gesture,
14   like a nod, so that your answers can be picked up
15   by the court reporter.
16   A    Okay.
17   Q    This deposition is being conducted
18   remotely via video conference.
19       Is there any reason that would prevent
20   you from testifying truthfully or accurately
21   today?
22   A    No.
23   Q    Where are you taking the deposition
24   from?
25   A    From my house.

TIMOTHY GINEXI

1
2    Q    Okay.  And where is that?
3    A    In Hopewell Junction.
4    Q    Is that in New York?
5    A    Yes.
6    Q    Okay.  Do you understand that you swore
7    an oath today to tell the truth?
8    A    I do.
9    Q    Okay.  Do you understand that's the same
10   oath you would give to testify in court?
11   A    Yes.
12   Q    Okay.  Is anyone else in the room with
13   you while you're testifying today?
14   A    No.
15   Q    Are you currently taking or under the
16   influence of any medications, alcohol, or other
17   substance that would prevent you from answering my
18   questions accurately and completely?
19   A    No.
20   Q    Is there any other reason why you cannot
21   answer my questions accurately and completely?
22   A    No.
23   Q    Mr. Ginexi, are you familiar with a man
24   named Michael McKenzie?
25   A    Yes, I am.

TIMOTHY GINEXI

1
2    Q    Okay.  Are you acquainted with him?
3    A    Yes, I am.
4    Q    Okay.  Do you work with him?
5    A    Yes, I do.
6    Q    Are you officially employed in
7    connection with that work?
8    A    Yes.
9    Q    Who is your employer?
10   A    Michael McKenzie.
11   Q    And what is your position?
12   A    Silkscreen printer.
13   Q    How long have you held that position?
14   A    Since 2015.
15   Q    Did you hold any position working for
16   Mr. McKenzie before then?
17   A    I worked with other printers that worked
18   with Michael McKenzie.
19   Q    How long have you been working for
20   Mr. McKenzie?
21   A    Since 2015.
22   Q    Okay.  And when you say that you
23   worked -- before then, you worked with other
24   printers that worked with Michael McKenzie, can
25   you elaborate on that?

TIMOTHY GINEXI

1
2    A    I was a studio assistant in other
3    studios that dealt with clients that he published.
4    Q    When you talk about clients that he
5    published, are you speaking about artists like
6    Robert Indiana?
7    A    Robert Indiana, yes, is one of them.
8    Q    Okay.  Were you a studio assistant for
9    Mr. Indiana?
10   A    No, I was not.
11   Q    When did you first meet Mr. McKenzie?
12   A    Probably 2007, 2008 maybe.  Maybe a
13   little earlier, but around that time period.
14   Q    How did you come to meet him?
15   A    I was working in an art studio as a
16   printer's assistant and Michael was publishing
17   artists at that shop.
18   Q    What art studio were you working at, at
19   the time?
20   A    I was working with Gary Lichtenstein,
21   who is a silkscreen printer.
22   Q    You said that Michael was publishing
23   artists at that shop.
24       Which artists' works was Mr. McKenzie
25   publishing?



TIMOTHY GINEXI

1
2    A   He was publishing Robert Indiana, Robert
3  Cottingham, Alex Katz, and I believe that was it.
4    Q   And how did you come to -- to work for
5  Mr. McKenzie full-time?
6    A   In 2015, he had reached out to me and
7  asked me if I wanted to print for him.
8    Q   And since 2015, you've held the same
9  position for Mr. McKenzie as a silkscreen printer?
10    A   Yes.  Well, on and off.  Yeah.  During
11  COVID he shut down a little.  So I wasn't working
12  with him during COVID, but I've been working with
13  him now, yes.
14    Q   For how long did Mr. McKenzie shut down
15  his operations?
16    A   It was a few months.  It was really just
17  during COVID.
18    Q   Would you say this is from, you know,
19  March of -- of 2020 until approximately when?
20    A   Like, the springtime.  I think it was,
21  like, June.
22    Q   And during that time, you weren't
23  working for Mr. McKenzie in the studio?
24    A   No.  I was doing some work on and off
25  with him but not, like, on a full-time basis

TIMOTHY GINEXI

1
2  anymore.  It was part-time.
3    Q   When did you go back to working on a
4  full-time basis for Mr. McKenzie?
5    A   I'm still part-time.
6    Q   How often do you come into the studio?
7    A   Probably three to four days a week.
8    Q   And what are your responsibilities as a
9  silkscreen printer?
10    A   To print silkscreens and manufacture the
11  art that he wants.
12    Q   Does that include artworks created by or
13  attributed to Robert Indiana?
14    A   We've made works for Robert Indiana,
15  yes.
16    Q   Do you continue works that are
17  attributed to Robert Indiana?
18    A   We have been manufacturing under the
19  contract that he has.  He told us that he was
20  finishing the contract or the works that were
21  remained on the contract for Robert Indiana.
22    Q   When you say "he," you're speaking about
23  Mr. McKenzie?
24    A   Yes.  I apologize.
25    Q   And you continue to manufacture artworks

TIMOTHY GINEXI

1
2  that are attributed to Robert Indiana to this day
3  for Mr. McKenzie; correct?
4    A   HOPE pieces, yes.
5    Q   Any other artworks attributed to Robert
6  Indiana?
7    A   No.  He -- he's only doing HOPE.
8    Q   When was the last time you observed
9  Mr. McKenzie or somebody at his direction
10  manufacture an artwork that's attributed to Robert
11  Indiana that was not a HOPE artwork?
12    A   I haven't seen any work manufactured
13  that wasn't HOPE since Robert Indiana's passing.
14    Q   When was that?
15    A   Well -- that was in 2018.  So --
16    Q   So you mentioned that part of your
17  responsibilities as a silkscreen printer is -- are
18  to -- to print silkscreens but also to manufacture
19  the art that Mr. McKenzie wants; is that right?
20    A   Well, just silkscreens.
21    Q   Just silkscreens?
22    A   Yeah.  Yeah.  I don't do sculpture or
23  anything like that.
24    Q   Do you report to anybody in your -- in
25  connection with your work as a silkscreen printer?

TIMOTHY GINEXI

1
2    A   Excuse me?  Sorry.  I didn't understand
3  the question.
4    Q   Do you report to anyone in connection
5  with your work as a silkscreen printer?
6    A   I report to Michael McKenzie.
7    Q   Do you report to anybody else?
8    A   No.
9    Q   Does anyone report to you?
10    A   No.
11    Q   How many employees work with you?
12    A   Just me, Annette, and Michael now.
13    Q   And you say "now."
14        Was there a recent change in -- in the
15  make up of the employees for Mr. McKenzie?
16    A   Well, Michael's been downsizing ever
17  since Robert Indiana died, and he -- the COVID
18  also made him downsize and reduce hours and stuff
19  of that nature.
20    Q   So you've been working for McKenzie
21  approximately six years; right?
22    A   Yes.
23    Q   Okay.  Throughout those six years, what
24  was the most -- what was the highest number of
25  employees that you saw at a given time working for



TIMOTHY GINEXI

1  
2 Mr. McKenzie?  
3     A   Probably seven or eight, I would say.  
4 Probably, like, eight employees at the most.  
5     I -- it's hard because they -- like,  
6 people came in and out, so I don't remember exact  
7 numbers. But probably, like, eight employees at  
8 one point.  
9     Q   And how many different employees did you  
10 see working with you throughout the six years that  
11 you've been working for Mr. McKenzie?  
12     A   Probably about the same. I think it  
13 was -- that's what I was trying to count. I don't  
14 know -- remember how many overlapped and stuff of  
15 that nature, but there's a -- you know, a lot of  
16 young kids came in and out, stuff like that.  
17     Q   But -- but you can think of  
18 approximately eight different people who at one  
19 point were an employee of Mr. McKenzie while  
20 you've been there?  
21     A   Yeah. Well, roughly. You know, I'm  
22 just taking a guess at it.  
23     Wait. Yeah, probably, like -- I could  
24 think of six --  
25     Q   You --

TIMOTHY GINEXI

1  
2     A   -- off the top of my head. But there  
3 was people coming in and out so --  
4     Q   Sure. Can you name the ones that you  
5 can think of off the top of your head?  
6     A   Clara, Annette, Hannah (phonetic), Katie  
7 (phonetic), Kate, Chris (phonetic). I think  
8 that's about it.  
9     Q   Okay. Do you -- do you know Clara's  
10 last name?  
11     A   Rodriguez.  
12     Q   Okay. Is Katie, Katie Churachillo  
13 (phonetic)?  
14     A   Yes.  
15     Q   Okay. Is Kate, Kate Casey?  
16     A   Yes.  
17     Q   And what's Chris' last name?  
18     A   Rubin (phonetic).  
19     Q   And I think we covered this but just so  
20 the record is clear: When you work for  
21 Mr. McKenzie, do you do your work in his art  
22 studio in Katonah, New York?  
23     A   Yes. All the work that was manufactured  
24 for Michael was in his facilities with his  
25 materials and --

TIMOTHY GINEXI

1  
2     Q   Do you ever work remotely for  
3 Mr. McKenzie?  
4     A   No.  
5     Q   How do you communicate with  
6 Mr. McKenzie?  
7     A   In person, mainly. By phone, but mainly  
8 in person. He's usually in the studio.  
9     Q   Do you ever e-mail with him?  
10     A   I have, yes.  
11     Q   And do you ever text message with him?  
12     A   Yes.  
13     Q   Do you use any instant messenger  
14 applications to communicate with him?  
15     A   No.  
16     Q   Have you ever been deposed before?  
17     A   Yes.  
18     Q   How many times?  
19     A   Well, this is my first one in the  
20 Morgan -- in the court case, but I don't know  
21 exactly. Not -- nothing related to work.  
22     Q   You don't know how many times you've  
23 been deposed?  
24     A   No, I don't.  
25     Q   When was the most recent time you were

TIMOTHY GINEXI

1  
2 deposed?  
3     A   They were family court issues, so I  
4 don't know. It was a lot.  
5     Q   What do you mean by "it was a lot"?  
6     A   You know, I just -- I have a family --  
7 family situation with my -- I have custody of my  
8 daughter and my ex is always going after me for  
9 custody of my daughter, so --  
10     Q   So that's a dispute that you were a  
11 party to?  
12     A   Yes. Yes. Yes.  
13     Q   Okay. So putting aside the family court  
14 dispute that you were a party to --  
15     A   No.  
16     Q   -- have you been deposed in another  
17 case?  
18     A   No. Never.  
19     Q   Did you prepare for today's deposition?  
20     A   I reviewed some of the materials  
21 previously. Not -- not recently, but I reviewed  
22 some of the stuff I sent in.  
23     Q   So you reviewed the -- the documents  
24 that -- that your counsel produced?  
25     A   Yes. Yes. That I sent in, yeah.



TIMOTHY GINEXI

1
2    Q    Did you review any other documents to
3  prepare for this deposition?
4    A    I had read the subpoena.  Not recently,
5  but I have.
6    Q    Did you review anything else?
7    A    No.
8    Q    Did you speak to counsel to prepare for
9  this deposition?
10   A    Yes.
11   Q    Was that Ms. Zerner?
12   A    Yes.
13   Q    When did you speak to her to prepare for
14 this deposition?
15   A    I spoke to her on Monday.
16   Q    Okay.  For how long?
17   A    Roughly 40 minutes.
18   Q    Was -- was this by phone?
19   A    Yes.  It was by phone.
20   Q    Did Ms. Zerner show you any documents?
21   A    No, she did not.
22   Q    Okay.  Has Ms. Zerner sent you any
23 outlines or memoranda to prepare for this
24 deposition?
25   A    No.

TIMOTHY GINEXI

1
2    Q    You understand you are here pursuant to
3  a subpoena?
4    A    Yes.
5    Q    And I think you mentioned you read the
6  subpoena?
7    A    Yes.
8    Q    Okay.
9        MR. RAKOWER:  Can we pull up
10     Tab one?
11 BY MR. RAKOWER:
12   Q    Okay.  Mr. Ginexi, do you see a document
13 on your screen?
14   A    I do.
15   Q    Is this the subpoena that you -- you
16 reviewed?
17   A    Yes.
18        MR. RAKOWER:  Okay.  I'd like to
19     mark this as Exhibit 1.
20        (Whereupon, Exhibit No. 1,
21        Subpoena, was marked for
22        identification.)
23 BY MR. RAKOWER:
24   Q    You see that the subpoena directs you to
25 provide testimony on November 9th at a deposition?

TIMOTHY GINEXI

1
2    A    Yes.
3    Q    Okay.  And do you also see that the
4  subpoena requires you to produce documents?
5    A    Yes.
6    Q    Okay.
7        MR. RAKOWER:  Let's go to PDF
8     page eight.
9        That's the right page.
10 BY MR. RAKOWER:
11   Q    Do you see that on the screen it says,
12 "Documents Requested"?
13   A    Yes.
14   Q    Okay.  And you see that after that,
15 there -- there's an enumerated list of categories
16 of documents?
17   A    Yes.
18   Q    And you understand that these were
19 categories of documents you were asked to produce
20 in connection with this subpoena?
21   A    Yes.
22   Q    Okay.  So let's look at category one.
23        "Documents and communications relating
24 to or concerning McKenzie or AIA's fabrication of
25 Robert Indiana Works."

TIMOTHY GINEXI

1
2        Do you see that?
3    A    Yes.
4    Q    Okay.  Are you familiar with this topic?
5    A    Am I familiar with Robert Indiana's
6  works?  Is that what you're asking me?
7    Q    No.  Are you familiar with -- with
8  Mr. McKenzie's fabrication of Robert Indiana
9  works?
10   A    Just silkscreens.
11   Q    You're not --
12   A    I mean, the sculptures I'm not privy to.
13 I don't actually have any idea of how many or when
14 they're making them, if they're making them, color
15 variations; any of that stuff, I'm -- I'm not
16 in -- involved in.
17   Q    Well, the sculptures that are
18 fabricated, they're fabricated at the studio;
19 right?
20   A    No, they are not.
21   Q    Where are they fabricated?
22   A    I do not know the exact location of
23 where they're fabricated.
24   Q    Are they --
25   A    He -- he has a fabricator that he goes



Page 22

TIMOTHY GINEXI

1
2  to for that, not -- not me.  I'm only silkscreen
3  printing.
4      Q   Are the sculptures that -- that he
5  fabricates stored at the studio?
6      A   He has some personal sculptures that he
7  owns, I guess, that are his, is what he said to
8  me; they're his.
9          But other than that, he does not store
10 sculpture at his facility, other than the ones
11 that are supposed to be his, I guess.
12     Q   Okay.  Do you have any e-mails
13 concerning Mr. McKenzie's fabrication of Robert
14 Indiana artworks?
15     A   I do not.
16     Q   What about text messages?
17     A   No.
18     Q   And how about hard copy documents?
19     A   No.
20     Q   What efforts did you undertake to
21 confirm that you don't have e-mails, text
22 messages, or hard copy documents concerning --
23     A   I looked.
24     Q   -- McKenzie's fabrication of Robert
25 Indiana artworks?

Page 23

TIMOTHY GINEXI

1
2      A   I went through my e-mails and my text
3  messages trying to find any information regarding
4  any works to me or -- and I didn't -- I didn't
5  have any.  Everything I produced, I produced to
6  Bridget and I gave the stuff to -- a -- a flash
7  drive to Dunnings [sic] or Simoni or -- and yeah.
8  So --
9      Q   So let's take this piece by piece.  You
10 said you went through your e-mails?
11     A   Yes.
12     Q   Did you -- did you manually look through
13 each one of your e-mails or did you run search
14 terms?
15     A   I ran search terms and tried to find
16 anything related to works and stuff of that
17 nature.
18         But I usually didn't get e-mails from
19 Michael.  He would come back from Maine and, you
20 know, say, "Well, this project's a go, these color
21 variations are a go.  This is the sizes and this
22 is what we're going to make."
23         And I would start -- manufacture it on,
24 mainly -- most of the time, the verbal
25 communications between Michael and I in the

Page 24

TIMOTHY GINEXI

1
2  studio.
3      Q   What search terms did you run across
4  your e-mails?
5      A   What search terms?  Michael McKenzie,
6  American Image, Robert Indiana.
7          So I wasn't in direct communication with
8  Robert Indiana or Jamie either.  All the
9  communication for them went through Michael so --
10     Q   Did your counsel provide you with a list
11 of search terms to run across your e-mails?
12     A   No, they did not.
13     Q   So you came up with those search terms
14 on your own?
15     A   Yes.
16     Q   Did you produce every e-mail that you
17 have with Mr. McKenzie?
18     A   To my best recollection, yes, I did.
19     Q   All right.  Topic number two is
20 "Documents and communications concerning
21 McKenzie's or AIA's storage of Robert Indiana
22 works."
23         Do you see that?
24     A   Yes.
25     Q   And what do you know about

Page 25

TIMOTHY GINEXI

1
2  Mr. McKenzie's storage of Robert Indiana works?
3      A   Well, Michael stored a lot of works in
4  his studio and throughout numerous storage units,
5  some of which he closed and brought the work back
6  to his place and the one he has in Middletown now.
7          So he moved works around his property
8  pretty frequently, up and down from the upstairs
9  of his studio to the downstairs of the studio, to
10 the red barn, back up to the studio.
11         Work would go in and out through shows.
12 So there was a lot -- not just Robert Indiana, but
13 a lot of the art that he owns being moved around
14 his property and between storage units.
15     Q   You said numerous storage units.
16         How -- how many storage units have you
17 seen Mr. McKenzie use to store artwork -- store
18 Robert Indiana artworks during your time working
19 for him?
20     A   Robert Indiana artworks, I'm not sure if
21 he had -- well, he had a unit in the city, which
22 he closed years ago.  I don't recall if it had
23 Robert Indiana works in it.  And he just brought
24 the stuff up in a truck and we unpacked it into
25 the studio.



Page 26

TIMOTHY GINEXI

1
2      The other unit he had was in Danbury and
3 those works he brought back to the studio and the
4 red barn basement.
5      And then he moved everything up to
6 Middletown -- well, not everything, but most of
7 his works -- his work, Robert Indiana's work, and
8 other artists' work.
9   Q   How long ago did he close his storage
10 unit in New York City?
11   A   I don't remember the exact date but it
12 was -- it was a while ago.  It was a long time
13 ago.  It -- at least two years.
14   Q   Does he still have a storage unit in
15 Danbury?
16   A   No.  He closed that, too.
17   Q   And that's Danbury, Connecticut; right?
18   A   Yeah.  It was in Danbury.
19   Q   When did he close his storage unit in
20 Danbury, Connecticut?
21   A   Probably around, like, the same time.
22 Probably a couple years ago, a year and a half
23 ago, two years ago, three years ago maybe.  It
24 was -- it was a while ago.  It wasn't recently.
25   Q   Was it before or after Mr. Indiana's

Page 27

TIMOTHY GINEXI

1
2 death?
3   A   I -- it was around that time.  It could
4 have been after.
5   Q   And you mentioned that the artworks that
6 he -- he brought back from his storage unit in
7 Danbury after he closed it were brought to his
8 studio and also, you said, the red barn basements?
9   A   Yeah.  He was -- he was storing art in
10 a basement and he was nervous about it, so he
11 opened the unit in Middletown and said that's why
12 he wanted to move all the work back out of there
13 into a storage unit.
14   Q   What is the red barn?
15   A   It's his house.
16   Q   And that's on the same property as the
17 studio?
18   A   Yes.
19   Q   Okay.  So he was storing art in the
20 basement of his house?
21   A   Pretty much, yeah.
22   Q   Does he continue to store art in the
23 basement of his house?
24   A   He does have some art there, yes.
25   Q   Are those art -- Robert Indiana work --

Page 28

TIMOTHY GINEXI

1
2 artworks?
3   A   Some of it may be, but I'm not sure
4 exactly how much is where and -- anymore.
5   Q   And you mentioned that he was nervous
6 about storing artworks in his basement?
7   A   Yeah.  Because, you know, he had his
8 water heater and all the, you know, stuff that a
9 house needs water-wise.  And water and art don't
10 really mix very well.  So he was nervous that if
11 anything broke or he had an issue in the house,
12 that his art would get ruined.
13   Q   So Mr. McKenzie was -- was nervous about
14 maintaining the condition of the art?
15   A   Yeah.
16   Q   And that was -- to your knowledge, that
17 was the reason why he decided to -- to move the
18 art --
19   A   Yeah.
20   Q   -- off of the property?
21   A   Under my understanding, yes.
22   Q   Okay.  And he told that to you?
23   A   Yes.
24   Q   Okay.  Do you have any e-mails
25 concerning Mr. McKenzie's storage of Robert

Page 29

TIMOTHY GINEXI

1
2 Indiana artworks?
3   A   Not to my knowledge, unless I've handed
4 them to you, no.  Not -- not to my knowledge.
5   Q   What about text messages?
6   A   No.  I would have given you -- I gave
7 you guys everything.  I sent it all to Bridget,
8 anything I could find in relation to it.
9   Q   Do you have any hard copy documents or
10 records concerning Mr. McKenzie's storage of
11 Robert Indiana artworks?
12   A   No.  Not any -- not anything beyond what
13 I've provided.
14   Q   Let's talk about the next topic.
15      The next document request, number three,
16 refers to "Documents and communications concerning
17 McKenzie's or AIA's transportation of Robert
18 Indiana artworks."
19      Do you see that?
20   A   Yes.
21   Q   What do you know about Mr. McKenzie
22 transporting Robert Indiana artworks?
23   A   The only thing I had was communications
24 between what time we should be there.  He ordered
25 a box truck to -- for us to move it.  And that was



TIMOTHY GINEXI

1
2  pretty much it.  Other than that, the only reason
3  I was given for moving the art was for the safety
4  of the art.
5      Q   When you moved the art, were artworks in
6  the trunk of a vehicle?
7      A   Yeah.  He used cars to bring it up and
8  the truck and his art -- his bus, you know, his
9  van he has.  So a lot of the stuff was just
10 brought up in -- in runs, you know.
11     Q   How many runs were there?
12     A   At least three or -- to my knowledge.
13     Q   Did you participate in all three of
14 those runs?
15     A   I participated in most of them, but I
16 wasn't for all of them.
17     Q   How many artworks, to your knowledge,
18 were transported in those runs?
19     A   Oh, jeez.  I don't even -- I -- I
20 couldn't even guess a number.  It was a lot.  He
21 has multiple units up in Middletown, so it was a
22 lot of work.  Not all of which was Robert Indiana,
23 but, you know, he did have a lot of Robert Indiana
24 inventory.
25     Q   Was most of the artworks that were put

TIMOTHY GINEXI

1
2  in the -- in the trucks Robert Indiana artworks?
3      A   I would say the majority of it was
4  probably Robert Indiana, yeah.  Because that's
5  what he had a lot of in the -- the studio.
6      Q   Request number four, it begins on this
7  page and goes on the next page.
8          It discusses "Documents and
9  communications concerning McKenzie's or AIA's sale
10 of Robert Indiana artworks."
11         Do you see that?
12     A   Yes.
13     Q   What can you tell me about
14 Mr. McKenzie's sale of Robert Indiana artworks?
15     A   I don't know any of the sale information
16 for Michael on any of his artworks published.
17 That was always -- that was always handled by
18 Michael with whatever galleries or people he was
19 working with.  And I was not prudent to that
20 information.
21     Q   Do you have any documents concerning
22 sales of Robert Indiana artworks by Mr. McKenzie?
23     A   No.
24     Q   Category number five is "Documents and
25 communications concerning McKenzie's or AIA's

TIMOTHY GINEXI

1
2  efforts or attempts to sell Robert Indiana works."
3          Do you see that?
4      A   Yes.
5      Q   Do you know anything about
6  Mr. McKenzie's attempts to sell Robert Indiana
7  artworks?
8      A   No.  He did an auction online and tried
9  to include Indiana and Alex Katz and a bunch of
10 his art in his collection.  So there was an
11 auction online.
12     Q   What website was that auction held on?
13     A   I believe it was Artsy.
14     Q   When was this?
15     A   I don't recall the exact dates, but -- I
16 don't have any documents on it.  I just know it
17 happened, you know.
18     Q   And how -- how do you know it happened?
19     A   Mike was talk -- in the studio talking
20 about putting the artwork in -- some of his
21 artwork on Artsy to sell.
22     Q   How much artwork?
23     A   Not much.  I didn't create the auction,
24 so I don't know exactly how many pieces went up on
25 it.  I just know of it.

TIMOTHY GINEXI

1
2      Q   How much artwork was he looking to sell?
3      A   I'm -- I don't know.  It -- he's in the
4  art selling business, so I'm sure he would like to
5  sell a lot of his art.  But I'm not sure how much
6  he wanted to sell.  That's a Mike question.
7      Q   And this was some time in the last
8  six years?
9      A   Yeah.  Yeah.
10     Q   Do you recall whether it was in --
11 within the past three years?
12     A   It was within the past three --
13 three years, yes.
14     Q   Do you know which Robert Indiana
15 artworks were included in that auction?
16     A   I do not recall exactly which ones they
17 were.  I -- it was -- HOPE would be my guess.  If
18 I had to guess one it's probably HOPEs and
19 sculptures, HOPE sculptures.
20         But again I don't have -- I didn't
21 create the auction and I wasn't involved in the
22 sales of anything, so I don't -- I don't recall
23 exactly which pieces it was.
24     Q   The next -- the next -- and sorry, I --
25 I think you mentioned this but just so the record



TIMOTHY GINEXI

1
2  is clear:  Do you have any documents relating to
3  that auction?
4      A   No, I do not.
5      Q   Okay.  And -- and do you -- do you
6  recall any other instance discussing with
7  Mr. McKenzie his efforts or attempts to sell
8  Robert Indiana artworks?
9      A   No.  Again, if it was conversated in the
10  studio and he was talking about the auction or,
11  like, Rosenbaum in any way, then yeah.  But again,
12  I was never privy to any prices and contract
13  agreements and anything like that, so I don't know
14  what their -- the deals were with anybody or
15  anything on sales.  I didn't even know the prices
16  of anything until recently.
17      Q   When did you find out the prices?
18      A   Just recently when -- just in the being
19  privy to this court case and some of the
20  information that was going around.
21      Q   What do you mean by "being privy to this
22  court case"?
23      A   Well, just being subpoenaed, you know,
24  sort of --
25      Q   After -- after you were subpoenaed, you

TIMOTHY GINEXI

1
2  had communications regarding the prices at which
3  Mr. McKenzie was selling Robert Indiana artworks?
4      A   No.  No.  No.  I just saw auction
5  history stuff like Sotheby's.  So there was, like,
6  some paperwork for Sotheby's auction histories
7  that had to do with not Michael McKenzie's sales
8  but other Robert Indiana works being sold.
9      Q   Where did you see that paperwork?
10      A   It was in the studio and online.  I
11  Googled it.
12      Q   These were hard copy documents that were
13  in the studio?
14      A   Yeah.  There was a -- a picture of a
15  LOVE piece that was sold at auction.
16      Q   Was that picture put in the studio by
17  Mr. McKenzie?
18      A   Yes.  It was -- it was from
19  Mr. McKenzie.
20      Q   Did he talk to you about that picture?
21      A   No.  I just saw the -- the price on it.
22      Q   Let's look at -- document request
23  number six is "Documents and communications
24  concerning McKenzie's or AIA's efforts or attempts
25  to conceal Robert Indiana artworks."

TIMOTHY GINEXI

1
2      Do you see that?
3      A   Yes.
4      Q   Do you have any documents related to
5  that topic?
6      A   No, I do not.  Not that I know of,
7  unless I sent them to you already, but no.
8      Q   So it's possible that some of the
9  documents that you sent us concern Mr. McKenzie's
10  efforts to -- or attempts to conceal Robert
11  Indiana artworks?
12      A   No, not to conceal his artworks.  But I
13  thought you were -- I -- I misunderstood the
14  question.  Sorry.  I thought you were asking me on
15  the sales.  I apologize.
16      Q   I'm looking at -- at request --
17      A   Yeah.
18      Q   -- number six.
19      A   Yeah.  I'm sorry.
20      Q   Have -- have you ever had discussions
21  with Mr. McKenzie regarding the concealment of
22  Robert Indiana artworks?
23      A   No, I did not.
24      Q   Number seven is "Documents and
25  communications concerning McKenzie's or AIA's

TIMOTHY GINEXI

1
2  efforts or attempts to transfer Robert Indiana
3  artworks."
4      Do you see that?
5      A   Yes.
6      Q   Have you ever had discussions with
7  Mr. McKenzie regarding any attempts to transfer
8  Robert Indiana artworks?
9      A   By -- by transfer, you mean like bring
10  to a storage unit?
11      Q   What do you understand the word
12  "transfer" to mean?
13      A   Transfer, like transfer to another
14  location, like, relocate.  Or are you talking
15  about transfer of ownership to another person?
16      Q   Why don't we take each one.
17      So you mentioned that you have documents
18  relating to the relocation of artworks to the
19  storage unit; correct?
20      A   Well, in the evidence I provided, I
21  believe I gave, like, communications based on what
22  time to be there and stuff of that nature.
23      Other than that, there's no information
24  on the transfer of it.  And again, I -- Mike
25  wouldn't tell me if he was going to move his art



TIMOTHY GINEXI

1
2   to another person.  I was not involved in sales or
3   anything having to do with that so --
4       Q   Mr. McKenzie --
5       A   But --
6       Q   -- has never spoken to you about this
7   transfer of ownership of artwork from -- from him
8   to another?
9       A   No. No.
10      Q   The next -- the next topic or document
11  request is number eight, "Documents and
12  communications concerning McKenzie's or AIA's
13  affixation of Robert Indiana's signature or emblem
14  on Robert Indiana works including through the use
15  of a stencil or Ghostwriter."
16          Do you see that?
17      A   I do.
18      Q   Do you know what a Ghostwriter is?
19      A   I know what a Ghostwriter is, yes.
20      Q   What is it?
21      A   It's a machine, you pay for the chip or
22  whatever it is you put -- the flash drive to put
23  in it to sign things with.
24      Q   The machine applies a signature?
25      A   Yeah.  It's like an autograph writer or

TIMOTHY GINEXI

1
2   something.
3       Q   Have you seen a Ghostwriter in
4   Mr. McKenzie's studio?
5       A   Yes, I have.
6       Q   Have you seen it being used?
7       A   No, I haven't.
8       Q   Have you ever spoken to McKenzie --
9   Mr. McKenzie about its use?
10      A   "Osvald" Gonzalez tried to get Michael
11  McKenzie to use the Ghostwriter on Robert Indiana
12  pieces that were unsigned, and I witnessed Rob --
13  Michael McKenzie saying no to him.
14          Other than that, there was never a
15  discussion of using the device because Robert
16  Indiana was signing all the works when I was
17  employed there.
18      Q   And why -- if Mr. Indiana was signing
19  the works, why would that preclude the use of the
20  Ghostwriter?
21      A   Why would it preclude?
22          Again, the Ghostwriter was a product --
23  was before my time, and what I've was told about
24  it was, it was for a project that they had done
25  prior to me that was very large and Indiana didn't

TIMOTHY GINEXI

1
2   want to sign them because he was -- there was too
3   many of them.  So he gave Michael the permission
4   to use it.
5           But I've never seen the machine used in
6   the studio because when we were manufacturing the
7   projects, they were brought up to Indiana and
8   signed.  So it was -- and he was coming back with
9   them and leaving some there.  And so I never saw
10  the Ghostwriter used.  It was prior to my time
11  being employed by Michael.
12      Q   You said that you were told that the
13  Ghostwriter was used for a very large project; is
14  that right?
15      A   Yeah.  It was, like, high volume of
16  paper, more than Indiana wanted to sign in one
17  sitting or multiple sittings so he, according to
18  what I was told, was given the permission to use
19  that Ghostwriter -- Michael was given the
20  permission to use the Ghostwriter to do that
21  project or whatever projects it was.
22      Q   Who told you that?
23      A   Michael and Annette.
24      Q   Did you have an understanding of what
25  that project was?

TIMOTHY GINEXI

1
2       A   Do I have an understanding of what the
3   project was?  I believe it was the Four Seasons of
4   Hope.
5       Q   You were told that -- that Mr. Indiana
6   had -- had given Mr. McKenzie permission to sign
7   his name with a Ghostwriter machine on artworks
8   bearing the image Four Seasons of Hope?
9       A   It was -- yes, it was a Four Seasons of
10  Hope.  That's what I was told.
11      Q   Were you told that the Ghostwriter was
12  used for any other artworks?
13      A   He said that he did it on another
14  edition.  I don't recall what the edition was.
15      Q   This was Mr. McKenzie?
16      A   Yeah.
17      Q   And did Mr. McKenzie tell you that
18  Mr. Indiana had authorized him to use that
19  Ghostwriter on -- on the other edition that you're
20  referring to?
21      A   Well, he -- he insinuated that he had
22  the authority to use the Ghostwriter on the
23  projects that he was working on -- or the project
24  that he was working on.
25          See, I don't know if he did it on more



TIMOTHY GINEXI

1 than one or not, but I think -- you know, if he
2 had more than one project that it was large in
3 volume, I'm sure Indiana gave him the authority to
4 do it. Well, I'm not sure but, you know.
5     Q    Why wouldn't you be sure?
6     A    Well, I'm just saying, like, I didn't
7 hear Indiana say it, so I can't say I'm a hundred
8 percent positive. But I believe it to be true.
9         I've seen Indiana in person and, you
10 know, have brought him work and watched him sign
11 work. Never heard him complain about anything
12 or -- him or Jamie, you know. They were both
13 there when I -- when I met Indiana in Maine.
14    Q    And you mentioned that the Ghostwriter
15 was before your time.
16        Do you have an understanding of when it
17 was used to sign works?
18    A    I do not, no.
19    Q    But it was before you started in 2015?
20    A    Yes, it was before 2015.
21    Q    But the Ghostwriter remained in the
22 studio while you were working for Mr. McKenzie?
23    A    Yeah. I guess he owned the machine and,
24 you know, it was in the studio and it was never

TIMOTHY GINEXI

1 used. But it was in the upstairs of his studio.
2    Q    Is it still there?
3    A    I believe it to be, yeah.
4    Q    And this -- this document request also
5 refers to the -- the use of a stencil.
6        Do you have an understanding of what
7 that refers to?
8    A    Yes.
9    Q    Okay. What is that?
10    A    Robert Indiana, according -- from Mike,
11 Robert Indiana said that he never signs his
12 canvases, so he had a seal that he sprayed on the
13 canvases.
14        And that Michael should be doing that
15 instead of having Robert Indiana sign them,
16 because it wouldn't match the other work that
17 Robert Indiana was doing.
18    Q    So this was used to -- to affix
19 Mr. Indiana's signature emblem on canvases?
20    A    Yes.
21    Q    Were there other types of artwork that a
22 stencil was used to affix Mr. Indiana's signature
23 or emblem?
24    A    No. It -- it was mainly the canvases.

TIMOTHY GINEXI

1    Q    And you mentioned that Mr. McKenzie told
2 you that Mr. Indiana authorized the use of a
3 stencil?
4    A    Yes.
5    Q    You never heard from Mr. Indiana himself
6 that he was okay with the use of a stencil?
7    A    Well, Michael was bringing him canvases
8 and, you know, Robert Indiana was accepting the
9 canvases and keeping them. So I never assumed
10 that Robert Indiana had any disagreement with it
11 because I've seen him taking them.
12    Q    I appreciate that. I don't think it
13 totally answers the question I asked, so I'm just
14 going to ask it one more time and if you are
15 confused I can rephrase it.
16        But I'm just asking: Did you ever hear
17 from Mr. Indiana himself that he was okay with the
18 use of a stencil?
19    A    I did not hear that, no.
20    Q    The stencil that -- have you ever
21 applied a stencil with -- with Mr. Indiana's
22 signature or seal on it?
23    A    Yes, I have.
24    Q    How many times?

TIMOTHY GINEXI

1        MS. ZERNER: Objection.
2        If we could just clarify the
3        question because you asked about a
4        signature or a seal. If you could
5        distinguish those for the follow-up.
6 BY MR. RAKOWER:
7    Q    Mr. Ginexi, were you confused by my
8 question?
9    A    Yes. Please rephrase it. Sorry.
10    Q    Have you ever applied a stencil with
11 Mr. Indiana's signature on it?
12    A    There is no signature in the stencil.
13    Q    Okay. Have you ever applied a stencil
14 with Mr. Indiana's seal on it?
15    A    Yes.
16    Q    Approximately how many times?
17    A    I don't know. A lot.
18        Prior to -- well, in 2015 on, most of
19 the canvases that were made were stamped with that
20 seal or stencil with the seal on the back.
21        So some of them I did, some of them
22 other employees did. So I -- I don't even have a
23 rough number to give you on that.
24    Q    So you mentioned back in 2015. That's



TIMOTHY GINEXI

1
2  when you started working for Mr. McKenzie; right?
3      A   Yes.
4      Q   And when you started working for
5  Mr. McKenzie in 2015, you were using a stencil to
6  affix Mr. Indiana's seal on canvas artworks;
7  correct?
8      A   Yes.
9      Q   Did you ever stop using a stencil to
10 affix Mr. Indiana's seal on canvas artworks?
11     A   Did I, personally?
12     Q   Yes.
13     A   Yes.
14     Q   When did you stop?
15     A   Fairly recently, because it takes a lot
16 of time and I'm, you know, making the prints by
17 myself.  So it was -- Annette started doing it.
18     Q   You say, "fairly recently."
19         Is that this year?
20     A   It was in the last few years, yeah.
21     Q   Let's get a little more specific.  Was
22 it before or after Mr. Indiana died?
23     A   It was after Indiana died.
24     Q   Okay.  Approximately how long after?
25     A   Probably a year and a half, two years

TIMOTHY GINEXI

1
2  after.
3      Q   So for a year and a half or two years
4  after Mr. Indiana died, you continued to affix his
5  seal on canvas artworks using a stencil?
6      A   That is incorrect.  Yeah.  I didn't -- I
7  was still making the art, but I wasn't putting the
8  seal on because I was by myself making the art
9  so --
10     Q   Well, when's the last time you used a
11 stencil to affix Mr. Indiana's seal on canvas
12 artworks?
13     A   I don't recall the exact time and date.
14     Q   Was it before or after Mr. Indiana died?
15     A   Probably before Indiana died.
16     Q   And why did you stop applying a stencil
17 to Robert Indiana artworks?
18     A   Why did I personally stop?
19     Q   Yes.
20     A   Because I was manufacturing prints and
21 the manufacturing of the prints was a lot of work
22 and usually I would have help doing it.  But since
23 Mike was downsizing his business, I was alone and
24 there was too much -- working part-time, it was
25 too much time to be doing that with printing.  So

TIMOTHY GINEXI

1
2  I -- I -- Mike had someone else doing it.
3      Q   And when you were responsible for
4  stenciling Mr. Indiana's seal on canvas artworks,
5  you were doing so at Mr. McKenzie's direction;
6  correct?
7      A   Yes.
8      Q   Okay.  And you mentioned that
9  Mr. McKenzie transitioned the responsibility for
10 stenciling Mr. Indiana's seal on canvas artworks
11 to somebody else; right?
12     A   Yes.
13     Q   And I think you mentioned that person
14 was Annette Vessecchia?
15     A   Yes.
16     Q   Okay.  And approximately when did that
17 transition take place?
18     A   When he started downsizing and, you
19 know, making it so that it was, you know, a
20 smaller workforce.  So probably around COVID and,
21 you know, prior to -- right -- right around
22 Indiana's death.  Because when Indiana died, he
23 started downsizing his studio and it was right
24 around then.
25     Q   So it was right around the time of

TIMOTHY GINEXI

1
2  Mr. Indiana's death?
3      A   I would say around then or around COVID.
4         The works weren't being stamped for a
5  while.  I was manufacturing them and they were
6  being piled up.  And he started out, you know,
7  telling Annette to manufacture them.
8      Q   Okay.
9      A   I mean stamp them.
10     Q   So I want to -- I want to sort of get
11 the -- I -- I'm not trying to make this a pop
12 quiz; I'm just trying to make the timeline clearer
13 on the record.
14     A   Yeah.
15     Q   So at one point you -- you were
16 responsible for stenciling the artworks; correct?
17     A   Yes.
18     Q   Okay.  Then at some point, you stopped
19 stenciling the artworks; correct?
20     A   Yes.
21     Q   At that point artworks started, you
22 know, as you put it, piling up?
23     A   Yes.
24     Q   Okay.  How long -- for how long -- and
25 then at some point Mr. McKenzie tasked



TIMOTHY GINEXI

1  
2  Ms. Vessecchia to begin stamping the artworks
3  again; correct?
4      A   That is correct.
5      Q   Okay.  For how long was nobody stamping
6  the artworks?
7      A   Oh, I don't know.  I don't know.
8          A year or two, at least.
9      Q   And so I have the timeline clear, you
10 don't believe that you personally stamped any
11 artworks after Mr. Indiana's death?
12     A   That is -- there's a good possibility
13 that is correct.  I'm not sure exactly though.
14         It wasn't because -- we weren't led to
15 believe that what Michael was doing was wrong.  He
16 had a contract that he was saying he had the
17 rights to produce and he said that the courts
18 allowed him the ability to keep manufacturing.  So
19 everything was under the direction of Michael and
20 he asserted that he was allowed to do it.  So
21 we -- you know, I continued to manufacture them --
22     Q   All right.
23     A   -- for him.
24     Q   Thank you for that.  I'm just -- I
25 just -- but I do need a clear answer to my

TIMOTHY GINEXI

1  
2  question.
3          So -- so yes or no:  Do you believe that
4  you personally stamped an Indiana artwork after
5  Mr. Indiana died?
6      A   No.
7          MS. ZERNER:  Asked and answered.
8          Go ahead, Tim.
9      A   No.
10 BY MR. RAKOWER:
11     Q   Okay.  And you said that after you
12 stopped stamping Indiana artworks, they piled up
13 for a year or two at least; correct?
14     A   Yeah.
15     Q   Okay.  And then after a year or two,
16 Ms. Vessecchia began stamping the artworks at
17 Mr. McKenzie's direction; correct?
18     A   Yes.
19         And the -- let me clarify that there --
20 there may have been some stamped in between a year
21 or two, but not like -- you know, not like you --
22 you finished off a -- a -- a set of them or
23 something, you know?
24         So there was -- there was works that
25 were, you know, stacking up.  And again, there

TIMOTHY GINEXI

1  
2  wasn't, like -- it wasn't, like, I don't believe
3  anything -- nothing was done so --
4      Q   So let's -- let's do this for the --
5      A   I'm just not there all the time.  So
6  it's like, I'm trying to be as honest and clear as
7  possible, but I'm also trying to answer times that
8  I -- I -- I'm not there, you know.  It's a little
9  tricky.
10     Q   So let's -- let's do it this way:  For
11 the sake of the record and just so my answers are
12 clear, when I refer to the one- or two-year period
13 where you mentioned that artworks were piling up,
14 okay --
15     A   Yeah.
16     Q   -- let's call that "the hiatus."
17         Does that work for you?
18     A   Yeah.
19     Q   Okay.  So the hiatus began some time
20 around when Mr. Indiana died; correct?
21     A   Well, you know, even prior to Indiana
22 dying, Michael was manufacturing work for Indiana.
23 So there was stuff that was, like, already in
24 progress prior to his death.  So some of those --
25 some of that work I'm talking about in your hiatus

TIMOTHY GINEXI

1  
2  is previous to his death.  So that -- that's --
3  that's why I'm clarifying the answer that way.
4      Q   Sure.  But I'm not talking about when
5  the artworks were manufactured; okay?  I'm talking
6  about when artworks were stamped?
7      A   Okay.
8      Q   And you mentioned that you personally
9  stopped stamping artworks, to the best of your
10 belief, before Mr. Indiana died; correct?
11     A   Yes.
12     Q   Okay.  And then there was a one- to
13 two-year hiatus on stamping; correct?
14     A   Just about, yeah.  I -- it might be a
15 little longer or shorter.  I'm not -- yes.
16     Q   And the hiatus ended when Mr. McKenzie
17 tasked Ms. Vessecchia with stamping what you had
18 referred to as "a pile of artworks"; correct?
19     A   Yes.
20     Q   Okay.  And that occurred some time
21 around when COVID began?
22     A   Prior -- maybe prior to.  Right
23 around -- right around that time though, yes.  It
24 was probably prior to COVID.
25     Q   But it would be some time in late 2019



TIMOTHY GINEXI

1                TIMOTHY GINEXI
2 or early 2020; is that right?
3     A   Yeah. Probably be in '19.
4     Q   Did Mr. McKenzie ask you to begin
5 stamping again?
6     A   No. McKenzie wanted me to keep making
7 art so --
8     Q   And were you -- did you witness
9 Ms. Vessecchia applying the stamps after the
10 hiatus?
11     A   Yes.
12     Q   Okay. And the stencil that
13 Ms. Vessecchia applied, did -- did those stencils
14 have dates on them?
15     A   Yes, they did.
16     Q   Okay. And did you see Ms. Vessecchia
17 ever apply a stencil with a 2019 date on it?
18     A   I do not recall a 2019 date.
19     Q   And you don't recall ever seeing
20 Ms. Vessecchia applying a stencil with a 2020 date
21 on it, do you?
22     A   No.
23     Q   And you don't recall Ms. Vessecchia ever
24 applying a stencil with a 2021 date on it, do you?
25     A   No. But I wasn't also focusing on what

1                TIMOTHY GINEXI
2 they were -- you know, the dates and the stamps
3 themselves. I was doing my own thing, so --
4     Q   But you did see -- but you did see a
5 date; right?
6     A   Yeah, I did -- I didn't see those dates,
7 yeah. I wasn't, like, focusing on what they were
8 doing, you know. I'm not that --
9     Q   Did you -- did you ever see a date on a
10 stencil being applied that was earlier than the
11 date the stencil was being applied?
12     A   Yeah.
13     Q   Okay. And did you see that in the past
14 two years?
15     A   Yes.
16     Q   Those were stencils being applied by
17 Ms. Vessecchia; correct?
18     A   Yes.
19     Q   And those were stencils bearing
20 Mr. Indiana's seal; correct?
21     A   Yes.
22     Q   Okay. Do you have any documents
23 relating to the application of a stencil on Robert
24 Indiana artworks?
25     A   No, I do not.

1                TIMOTHY GINEXI
2     Q   Okay. If we could pull back up the --
3 the subpoena.
4        You see category number ten is
5 "Documents and communications concerning
6 McKenzie's or AIA's efforts or attempts to
7 establish trusts to hold Robert Indiana works."
8        Do you see that?
9     A   Yes, I do.
10     Q   Okay. Do you know anything about that?
11     A   No, I do not.
12     Q   Do you have any documents related to
13 that?
14     A   No.
15     Q   Okay. Next category, number 11, is
16 "Documents and communications concerning any of
17 the issues and alleged facts in the complaint."
18        Do you see that?
19     A   Yes.
20     Q   Okay.
21        MR. RAKOWER: Can we flip to
22 page 16 of the PDF?
23 BY MR. RAKOWER:
24     Q   Mr. Ginexi, have you seen this document
25 before?

1                TIMOTHY GINEXI
2     A   Yes.
3     Q   Okay. This was attached to the subpoena
4 that was sent to you?
5     A   Yes.
6     Q   Okay. And you see that this is Morgan
7 Art Foundation's First Amended Complaint in this
8 lawsuit?
9     A   Yes.
10     Q   Did you read this?
11     A   I did not read this whole thing, no.
12     Q   Did you read some of it?
13     A   I -- I breezed through it. It was
14 pretty lengthy.
15     Q   When did you breeze through it?
16     A   When it was attach -- when I was
17 subpoenaed.
18     Q   Do you have any documents concerning
19 the -- the facts that were alleged in the
20 complaint?
21     A   Unless I provided them to Bridget, no, I
22 do not.
23     Q   Okay.
24        MR. RAKOWER: Let's go back to --
25 to PDF page nine.



TIMOTHY GINEXI

1 BY MR. RAKOWER:
2 BY MR. RAKOWER:
3     Q    Okay.  Category number 12 is "Documents
4 related to the events, facts, artworks, or
5 circumstances described in the attached
6 declaration of Osvaldo Gonzalez."
7         Do you see that?
8     A    Yes.
9     Q    Okay.  Do you know who Osvaldo Gonzalez
10 is?
11    A    Yes.
12    Q    Who is he?
13    A    He was employed by Michael McKenzie to
14 do legal advisement throughout this trial.
15    Q    Have you ever witnessed him providing
16 legal advisement?
17    A    Yes.
18    Q    Were you party to those conversations?
19    A    No.  But I was, you know, in the -- his
20 space is small so you're walking through, you hear
21 them talking.  But you're not -- I'm not part --
22 prudent into the conversation because I'm not a
23 lawyer.
24    Q    And -- and you mentioned that he
25 provided legal advisement related to -- to this

TIMOTHY GINEXI

1 matter?
2    A    I -- I would hear him giving legal
3 advice to Michael, mainly about the negotiations
4 and settlements and stuff like that.
5    Q    And what did he say?
6    A    Well, he was talking about an instance
7 where he went up to Maine and was involved in a
8 mediation, what he would advise Michael to do in
9 the case -- in regards to settlement negotiations
10 and -- I don't remember the facts, but I just
11 remember him, you know, communicating about legal
12 stuff to him.  You know?
13        I -- again, I wasn't involved in the
14 conversation so I -- I don't have the full context
15 and everything.
16    Q    Was Mr. Gonzalez in favor of settlement
17 or against settlement?
18    A    I don't really know.  Again, I wasn't
19 involved in the whole conversation.  It -- it
20 sounded like he was trying to do something that
21 would be good for all the parties.  But I don't --
22 you know, I -- you know, after the subpoena and
23 everything, I don't know what the hell to think
24 about the guy.

TIMOTHY GINEXI

1    Q    And what do you mean by that?
2    A    Well, Michael told me he's a disbarred
3 attorney and he wasn't even supposed to be
4 practicing law.  And so, you know, I mean, he's
5 obviously a conman.  So I don't know what to
6 believe.
7        MR. RAKOWER:  Okay.  If we go to --
8 if we flip over one page in the PDF.
9 BY MR. RAKOWER:
10    Q    Do you see this is a declaration for
11 Mr. Gonzalez?
12    A    Yes, I do.
13    Q    Did you see that this was attached to
14 the subpoena that was sent to you?
15    A    I did.
16    Q    Did you read it?
17    A    A while ago, yeah.
18    Q    Okay.  Do you have any documents that
19 concern the facts or issues described in the
20 declaration?
21    A    I provided everything to Bridget that I
22 had.  I do not recall exactly what I provided to
23 her, but if there is any, it would be in that.
24    Q    Okay.  We'll get back to this.

TIMOTHY GINEXI

1        MR. RAKOWER:  We can take this
2 down.
3        Now may be a good time to take a
4 break.  I don't know if that -- that
5 works for you, Mr. Ginexi, or you,
6 Bridget?
7        MS. ZERNER:  Fine with me.
8 Ten minutes?  Is that what you need
9 or --
10        MR. RAKOWER:  Yeah, why don't we --
11 why don't we break until 11 a.m.  So
12 let's do 14 minutes, if that's okay.
13        MS. ZERNER:  Okay.  We'll be back
14 on the line at 11.
15        So Tim, if you want to just hit
16 mute and stop your video, then you can
17 take a break until 11.
18        THE VIDEOGRAPHER:  Off the record
19 10:46 a.m.
20        (Whereupon, there was a recess
21 taken from 10:46 a.m. to 11:02
22 a.m.)
23        THE VIDEOGRAPHER:  On the record,
24 11:02 a.m.



1          TIMOTHY GINEXI
2   BY MR. RAKOWER:
3      Q   Okay.  Mr. -- Mr. Ginexi, you mentioned
4   that you met Robert Indiana in person while he was
5   still alive; is that correct?
6      A   That is correct.
7      Q   How many times?
8      A   Three or four.
9      Q   When was the first time you met him?
10     A   It was probably a -- around 2009.
11     Q   And where did you meet him?
12     A   At Michael's property in Katonah.
13     Q   And you weren't working for Mr. McKenzie
14  at that time; right?
15     A   No, I was not.
16     Q   What brought you to Mr. McKenzie's
17  property that day?
18     A   The printer I was working with -- for
19  was involved in the Four Seasons of Hope event at
20  the restaurant the Four Seasons in Manhattan where
21  they were unveiling the large scale Robert Indiana
22  HOPE prints.  Robert Indiana came down for the
23  event.
24     Q   Who was the printer you were working for
25  at that time?

1          TIMOTHY GINEXI
2      A   Gary Lichtenstein.
3      Q   How long did you speak to Mr. -- to
4   Mr. Indiana for?
5      A   Brief conversations, you know,
6   introductions and stuff of that nature.
7      Q   Who else was present for that
8   conversation?
9      A   Michael, maybe.  I don't -- it was a
10  long time ago.  I don't remember who was standing
11  there.  It was, like, really just, like, "Hi, how
12  you doing," type stuff.  You know, not anything --
13  you know, I don't even really remember the
14  conversation, to tell you the truth.
15     Q   Do you recall whether you discussed
16  artworks with Mr. Indiana during that
17  conversation?
18     A   No, I didn't discuss any artwork with
19  him.
20     Q   Did you discuss his authorization of
21  artworks?
22     A   No, I didn't.
23     Q   Did you discuss the application of his
24  signature on artworks?
25     A   No, I didn't.

1          TIMOTHY GINEXI
2      Q   Did you discuss the affixation of a seal
3   using a stencil on artworks?
4      A   No.
5      Q   Did you discuss the use of a
6   Ghostwriter?
7      A   No.
8      Q   Okay.  When was the next time you met
9   Mr. Indiana?
10     A   After that, he -- after Michael's
11  property, I saw him at the restaurant in the Four
12  Seasons, and after that event, I hadn't seen him
13  again until after 2015 when I went up to Maine.
14     Q   Let's talk about when you saw him at the
15  restaurant, at the Four Seasons.
16         How long was that conversation?
17     A   I just said hi.  And -- there was a lot
18  of people going around him and asking him about
19  the artwork and stuff of that nature because that
20  was all around the Obama stuff that he was doing.
21     Q   What do you -- what do you recall him
22  saying about his artworks during that interaction?
23     A   I wasn't standing right next to him, so
24  I -- I was in the same restaurant but I wasn't
25  listening to his conversations.

1          TIMOTHY GINEXI
2      Q   Do you recall him saying anything about
3   the authorization of his artworks?
4      A   No.
5      Q   Do you recall him saying anything about
6   the application of his signature on artworks?
7      A   No.
8      Q   Do you recall him saying anything about
9   the affixation of his seal on artworks?
10     A   No.
11     Q   Do you recall him saying anything about
12  the use of a Ghostwriter to sign his signature on
13  an artwork?
14     A   No.
15     Q   Okay.  Do you recall him saying anything
16  about Morgan Art Foundation?
17     A   No.
18     Q   Do you recall him saying anything about
19  Simon Salama-Caro?
20     A   No.
21     Q   Do you recall him saying anything about
22  anybody in the Salama-Caro family?
23     A   No.
24     Q   And does the same go for the earlier
25  conversation you had with him at Mr. McKenzie's



Page 66

TIMOTHY GINEXI

1
2  property?
3     A   Yeah, same goes for the property, yeah.
4     Q   You don't recall him saying anything
5  about Morgan Art Foundation or any of the
6  Salama-Caros during that conversation?
7     A   No.  Again, I wasn't involved in any of
8  the contractual stuff, so I wouldn't be privy to
9  any of that.
10    Q   And the next time that you saw
11 Mr. Indiana after seeing him in 2009 at
12 Mr. McKenzie's property and then at the
13 restaurant, at the Four Seasons, the next time you
14 saw him, you mentioned, was it -- was after 2015
15 when you went up to Maine?
16    A   It was -- yeah, when I went up to Maine,
17 it was after 2015.  And in 2009, I might be wrong
18 on that.  That might have been the Democratic
19 Convention.  I wasn't there, but I think that was
20 the -- in the election.  So it was after the
21 election.  So it might have been 2010 on Mike's
22 property or 2011, something around there.  It was
23 early 2000s.  I don't remember exactly.
24    Q   The next time that you saw Mr. Indiana
25 after seeing him on the property and after seeing

Page 67

TIMOTHY GINEXI

1
2  him at the Four Seasons, was in Maine right?
3     A   It was in Maine, yes.
4     Q   Okay.  And that was some time after
5  2015?
6     A   Yes, it would have been after 2015.
7     Q   Do you know what year it was?
8     A   I do not recall -- I want to say -- I
9  want to say it was in 2017, but it may have been
10 2015.  It may have been the first year I was with
11 Mike.
12        I went up twice.  One time Indiana never
13 ended up coming, and then the second time -- the
14 first time, Indiana and Jamie were there.
15    Q   Okay.  So while you were working for
16 Mr. McKenzie from 2015 to the present, you only
17 saw Mr. Indiana once?
18    A   Yes.  Yes.
19    Q   Okay.  You --
20    A   But I never went into his space, his
21 house either.
22    Q   Where did you see Mr. Indiana?
23    A   It was at Michael McKenzie's property in
24 Maine.
25    Q   That was some time between 2015 and when

Page 68

TIMOTHY GINEXI

1
2  Mr. Indiana died?
3     A   Yeah.
4     Q   Okay.  What was Mr. Indiana doing at
5  Mr. McKenzie's property?
6     A   Signing artwork.
7     Q   And where in Maine was Mr. McKenzie's
8  property?
9     A   It was right up the street from Robert
10 Indiana.
11    Q   It was in Vinalhaven?
12    A   He was in Vinalhaven, yeah.
13    Q   And what were you doing at
14 Mr. McKenzie's property that day?
15    A   I helped Michael bring the art up to
16 have signed, an artwork that was going to Robert
17 Indiana, and I was supposed to be helping another
18 gentleman print up there.
19    Q   What was the name of that gentleman?
20    A   Chris Clark (phonetic).
21    Q   How much artwork did you bring with you
22 to Mr. McKenzie's property in Maine?
23    A   A lot.  I -- I don't remember exact -- I
24 don't recall exactly how much, but we brought a
25 lot of work up.

Page 69

TIMOTHY GINEXI

1
2        Indiana was there for a while signing.
3     Q   Would you say this was over a hundred
4  artworks?
5     A   I don't have an exact number.  I
6  don't -- I don't have an exact number, I'm sorry.
7     Q   How did you transport --
8     A   It was -- it was a decent amount of
9  work, though.
10    Q   How did you transport the artworks?
11    A   With Michael's truck.
12    Q   Is that a pickup truck?
13    A   No.  He had an SUV at the time.
14    Q   Did you fill up the entire trunk of that
15 vehicle with artworks?
16    A   Yeah.  Pretty close, yeah.  Actually,
17 yeah.
18    Q   What kind of artworks?
19    A   Paper, prints, canvases, stuff of that
20 nature.
21    Q   Were all of these artworks unsigned?
22    A   Well, the canvases were stamped and were
23 be -- were given -- were being given to Indiana,
24 and the paper pieces were to be signed.
25    Q   What images appeared on those artworks?



TIMOTHY GINEXI

1                TIMOTHY GINEXI
2     A   I -- I don't recall every edition, but
3 one I remember is SHE and HE, the calendar -- HOPE
4 calendar pieces.  I -- I don't remember all of
5 them.  There was just -- I don't remember them
6 all, I'm sorry.
7     Q   If I go through a list of images, would
8 you be able to tell me yes or no, to the best of
9 your knowledge, whether those artworks were
10 included in -- in the shipment that you made to
11 Maine?
12    A   The shipment Michael wanted to bring up
13 to Maine, yeah.  I could try to the best of my
14 knowledge, yes.
15    Q   Did the HOPE image appear on those
16 artworks?
17    A   Yes.
18    Q   Did the LOVE image appear on any of
19 those artworks?
20    A   I think he may have signed the
21 retrospective, which had a bunch of images on it.
22    Q   That includes LOVE?
23    A   I believe it does, if I remember
24 correctly.
25    Q   Were any of the Dylan artworks included?

1                TIMOTHY GINEXI
2    A   No.  That was a later trip, I believe.
3    Q   What about the EAT image?
4    A   Potentially, yes.
5    Q   What about the A-R-T image?
6    A   The ART?  I don't recall.
7    Q   What about TIKVA?
8    A   TIKVA?  No, TIKVA wasn't on that trip.
9    Q   What about AHAVA?
10    A   No.
11    Q   What about Alphabet?
12    A   I believe the Alphabet project was done
13 prior to me.  I'm not sure if it -- no, I -- I
14 don't know.  I don't know if Alphabet was there,
15 to tell you the truth.
16    Q   You mentioned the Dylan artworks were
17 brought on a later trip.  What are you referring
18 to?
19    A   I believe that was the trip we brought
20 those up and Robert Indiana didn't end up coming
21 over.
22    Q   And when was that?
23    A   Even -- even on the trip that I did see
24 Indiana, Indiana I think left us sitting there for
25 a day or two before he even came over.

1                TIMOTHY GINEXI
2    Q   When was the trip where you brought the
3 Dylan works up to Maine?
4    A   I don't recall the exact date.  It must
5 have been in at least '16 or '17 -- in 2016 or
6 2017.
7    Q   And was the purpose of bringing those
8 artworks to Maine for have Mr. Indiana sign them?
9    A   Yes.
10    Q   And Mr. Indiana didn't end up appearing
11 to sign them?
12    A   Not while I was there.  We left the
13 artwork up there.
14    Q   Okay.
15    A   Whatever artwork needed to be signed, we
16 would leave up there if he didn't, you know, come
17 back.  Because Mike would go up more frequently
18 than I did.  I only went up a few times, a couple
19 times to see it, to -- to help him bring the
20 artwork up.  But Mike would go up and, you know,
21 try to meet with him more often than I would go.
22    Q   And when you said you would leave the
23 artwork, you -- who would you leave it with?
24    A   We would leave it at Michael's space.
25 I -- I -- I assumed that they could get in -- he

1                TIMOTHY GINEXI
2 made, like, handicapped ramps down the side of the
3 building for Robert Indiana.  So the place was
4 really designed pretty much for Robert Indiana.
5      So I -- I assumed that if they were
6 going to take the work out, they would -- you
7 know, it would be Robert Indiana's people taking
8 the work.
9    Q   And the -- the time that you met with
10 Mr. Indiana in Maine where he did show up --
11    A   Uh-huh.
12    Q   -- how long did you speak to him for?
13    A   I wasn't really -- you know, I -- I
14 spoke to him, like, in small-talk conversations,
15 but I didn't speak to him for extended periods of
16 time.
17      Jamie and Mike were talking to him; I
18 was working with Chris and printing in the same
19 room while he was there.
20    Q   Could you overhear what Mr. Indiana was
21 saying?
22    A   I couldn't, no.
23    Q   Do you -- do you recall during that
24 visit Mr. Indiana saying anything about his
25 artworks?



TIMOTHY GINEXI

1
2    A    We presented pieces to him and he was
3  talking about color variations and stuff of that
4  nature.
5    Q    Did he sign each piece that you
6  presented to him that he was asked to sign?
7    A    Yes.
8    Q    Okay.  Did Mr. Indiana ever discuss --
9  did you overhear him discussing anything about his
10  authorization of artworks?
11    A    No.  And he wouldn't have discussed that
12  with me.  You know, it was always small talk with
13  Robert Indiana.
14    Q    And during that visit, did you ever
15  overhear Mr. Indiana saying anything about the
16  affixation of his signature on art works?
17    A    No.
18    Q    And during that visit, did you over --
19  ever overhear Mr. Indiana saying anything about
20  the use of a Ghostwriter to sign his signature on
21  artworks?
22    A    No.
23    Q    Did you, during that visit, ever
24  overhear Mr. Indiana saying anything about the use
25  of a stencil to affix his seal on artworks?

TIMOTHY GINEXI

1
2    A    No.
3    Q    During that visit, did you overhear
4  Mr. Indiana saying anything about Morgan Art
5  Foundation?
6    A    No.
7    Q    During that visit, did you overhear
8  Mr. Indiana saying anything about anyone in the
9  Salama-Caro family?
10    A    No.
11    Q    And have you now covered each time that
12  you met Robert Indiana?
13    A    To the best of my recollection, yeah.
14    Q    Have you ever spoken to Mr. Indiana by
15  phone?
16    A    No.  No.
17    Q    I apologize, but I have to ask these
18  questions so that the record is clear.
19        Did you ever e-mail with Mr. Indiana?
20    A    No.
21    Q    Did you ever text with Robert Indiana?
22    A    No.
23    Q    Okay.  So you've never overheard
24  Mr. Indiana say anything about the authorizations
25  of his artworks; correct?

TIMOTHY GINEXI

1
2    A    No, I didn't.
3    Q    And you never overheard Mr. Indiana say
4  anything about the application of his signature to
5  artworks; correct?
6    A    That is correct.
7    Q    And you never heard Mr. Indiana say
8  anything about the use of a stencil to stamp his
9  seal on artworks; correct?
10    A    Correct.
11    Q    Okay.  Let's switch gears.
12        I want to talk about your work with
13  Mr. McKenzie.
14        You've been working with Mr. McKenzie
15  since 2015; correct?
16    A    Correct.
17    Q    During that time, did you ever hear or
18  see -- strike that.
19        During that time, did you ever see or
20  hear about Mr. McKenzie or anyone working with him
21  printing LOVE canvases?
22    A    No.
23        MR. RAKOWER:  Let's pull up Tab 11.
24  BY MR. RAKOWER:
25    Q    Mr. Ginexi, do you see a document on

TIMOTHY GINEXI

1
2  your screen?
3    A    Yes, I do.
4    Q    Okay.  I'm going to represent to you
5  that -- that this document was pulled from the
6  production of documents you made in response to --
7    A    Okay.
8    Q    -- our subpoena.
9        Mr. Ginexi, do you recognize these as
10  your own text messages?
11    A    Yes.
12    Q    Okay.  And are these text messages with
13  Michael McKenzie?
14    A    Yes.
15    Q    Okay.  And do you see that Mr. McKenzie
16  says to you on January 28, 2020, "I don't know if
17  you left door open but don't.  I come back and Oz
18  is printing LOVE canvases over and over.  Last
19  thing I next is that in a lawsuit me defending why
20  I am printing LOVE which I don't even want to go
21  near.  This is so dirty and the explanation such
22  bullshit."
23        Do you see that?
24    A    I do.
25    Q    Okay.  "Oz" is referring to Oz Gonzalez?



TIMOTHY GINEXI

1
2   A   Yes.
3   Q   Okay.  And at the time, Mr. Gonzalez
4  worked for Mr. McKenzie; correct?
5   A   Yes.
6   Q   Okay.  And Mr. McKenzie told you that
7  Mr. Gonzalez was printing LOVE canvases; correct?
8   A   Yes.  In this text message.  That is
9  correct.
10   Q   And that was occurring at Mr. McKenzie's
11  studio; correct?
12   A   That was under my assumption, yes.
13   Q   Okay.  And Mr. McKenzie says that he
14  doesn't want to go near LOVE; do you see that?
15   A   Yeah.
16   Q   Why didn't Mr. McKenzie want to go near
17  LOVE?
18       MS. ZERNER:  Objection.
19       You can -- you can answer, Tim, if
20    you know.
21   A   I -- I don't know why, but obviously
22  he's in a lawsuit with Morgan, you know, and that
23  would just bring more, you know, problems with his
24  lawsuit.  Why would he -- you know, he doesn't --
25  he doesn't manufacture LOVE.

TIMOTHY GINEXI

1
2  BY MR. RAKOWER:
3   Q   Why would that bring more problems with
4  his lawsuit?
5   A   I have no clue.  Because you guys are
6  arguing over the rights to Robert Indiana's work,
7  is what my assumption is.
8   Q   Mr. McKenzie calls the production of
9  LOVE art -- LOVE canvases "dirty."
10       Do you see that?
11       MS. ZERNER:  Objection.
12       Go ahead.
13   A   Yeah.
14  BY MR. RAKOWER:
15   Q   You can answer, Mr. Ginexi.
16   A   Yes, I see that in the text message.
17   Q   Okay.  Why was it dirty?
18       MS. ZERNER:  Objection.
19       Go ahead.
20   A   Because Michael didn't approve what was
21  going on from Oz.
22       The way I'm reading this text message is
23  that Oz went into his studio and was manufacturing
24  things with his materials that Michael was not
25  privy to or -- and/or wanted him to do, is what I

TIMOTHY GINEXI

1
2  got from that.
3  BY MR. RAKOWER:
4   Q   Did Mr. McKenzie ever talk to you about
5  the production of LOVE artworks?
6   A   No.  We didn't produce LOVE.
7       Michael had HOPE and he was printing
8  HOPE.
9   Q   Did Mr. McKenzie ever instruct you not
10  to produce LOVE?
11   A   No.  I never asked.  I only went under
12  the direction of what Michael wanted me to
13  produce, not what I wanted.  I -- I had no say in
14  anything.
15       MR. RAKOWER:  We can -- let's mark
16    this document as Exhibit 2.
17       (Whereupon, Exhibit No. 2, Text
18       Message from Michael McKenzie to
19       Tim Ginexi, was marked for
20       identification.)
21       MR. RAKOWER:  And we can -- we can
22    put this document to the side.
23  BY MR. RAKOWER:
24   Q   Okay.  So I think we spoke a little bit
25  earlier about you collecting documents in response

TIMOTHY GINEXI

1
2  to the subpoena; do you remember that?
3   A   Yes.
4   Q   And you were served with the subpoena
5  some time this fall; right?
6   A   Yes.
7   Q   Okay.  I want to go back in time.
8       Has there been a time before this fall
9  that you collected documents to produce in this
10  lawsuit?
11   A   I was asked by Michael's counsel to
12  produce documents for discovery in 2018 or '19.  I
13  produced documents and provided them with the --
14  the flash drive.
15   Q   Do you remember who the counsel was who
16  asked you to produce those documents?
17   A   I do not recall if it was Simoni or
18  Dunnington or somebody else.  But I had provided
19  on this one a copy of the receipt that I sent, the
20  COD or sign-for-delivery or --
21   Q   You said you provided them with a flash
22  drive.  Approximately how many documents did you
23  provide them with?
24   A   I don't recall.
25   Q   Were there e-mails on that flash drive?



TIMOTHY GINEXI

1
2     A   There was some stuff on there.  I -- I
3  don't -- I had videos, pictures, any other -- any
4  documents I could come up with.
5     Q   Were these documents that were collected
6  from your personal computer?
7     A   I had an older iMac computer at that
8  time and it -- it -- it kind of crapped the
9  bucket.  It was a -- it won't even start anymore.
10        So I don't know what I put on that flash
11 drive.  So there might be more on that or less on
12 that than I have provided this time.
13    Q   And you said this was some time in 2018
14 or 2019; right?
15    A   Yeah.  It was when they sent me a letter
16 requesting that I provide some -- any evidence and
17 whatever -- you know, like, the subpoena's
18 terminology.
19    Q   Did you -- did you search your e-mails
20 when in -- they asked you to provide documents?
21    A   Yes, I went through my e-mails and my
22 text messages and my photos and my videos and
23 anything I had that I could find in reference to
24 Robert Indiana and Michael McKenzie.
25    Q   Did you read every e-mail or did you

TIMOTHY GINEXI

1
2  apply search terms?
3     A   Some of them I just grabbed and put in
4  there, some of them I -- I went through to see if
5  it was relevant.  I tried to provide as --
6  anything I could find, whether it was relevant or
7  not, just to have it provided.
8     Q   Did they -- did they provide you with a
9  list of search terms you should apply to -- to
10 identify relevant e-mails?
11    A   I don't recall if they did or not.
12    Q   Okay.  Did you search for hard copy
13 documents?
14    A   I did, yes.  But again, I didn't have
15 any contracts or anything like that.  So I didn't
16 have any documents that would be prudent into
17 that.
18    Q   How long did you spend searching for
19 documents?
20    A   It felt like forever.  Hours, days.
21    Q   Was the -- was the other staff doing the
22 same thing?
23    A   Everybody that was working for Mike
24 provided stuff, yes.  As -- to the best of my
25 knowledge.  Everybody said they did.  I don't

TIMOTHY GINEXI

1
2  know.
3     Q   Was there any period of time during
4  which the entire staff was searching through boxes
5  and checking files on the computer for weeks at a
6  time?
7     A   The entire staff?  I don't know if the
8  entire staff was doing it, but there was times
9  where people were, you know, trying to get all the
10 photo documentations for Michael and stuff like
11 that.
12    Q   So you can't -- the answer is no, you
13 can't -- you can't recall any period of time where
14 the entire staff was searching through boxes and
15 checking files on the computer for weeks at a
16 time?
17    A   Not off the top of my head, no.  I feel
18 like it was always people being delegated
19 different things at different times, you know?
20    Q   And did you observe any efforts that
21 Mr. McKenzie himself took to collect documents for
22 production?
23    A   I -- he had a legal team come in and go
24 through everything and his computer and -- at one
25 point.  So -- was I there to witness it?  I

TIMOTHY GINEXI

1
2  don't -- I don't believe I was there to witness
3  it, but I know what happened.
4     Q   So putting -- putting aside what his
5  staff did, did you ever observe Mr. McKenzie
6  himself doing anything?
7     A   No, not that I recall off -- off the top
8  of my head.
9     Q   So you -- you mentioned that
10 Mr. McKenzie had a legal team come in.  You're
11 talking about come to the studio; right?
12    A   Yes.
13    Q   Okay.  And do you remember when that
14 was?
15    A   That was probably '17 -- or '18 or '19
16 or maybe -- yeah, it was probably '19.
17    Q   And you mentioned that they looked at
18 the computer?
19    A   I thought they went through his
20 computers, yeah.
21    Q   You're talking about Mr. McKenzie's
22 personal computer?
23    A   Yes.
24    Q   All right.
25    A   Yes, his personal computer and the



TIMOTHY GINEXI

1
2   studio computers.
3       Q   You saw them going through both?
4       A   No, I did not see them going through it.
5   I was -- I assumed they went through them.  He
6   said they went through them, so --
7       Q   "He" being Mr. McKenzie?
8       A   Yes.
9       Q   All right.  So I'm just going to ask
10  about what you observed, if that's --
11      A   Yeah.
12          No, I didn't observe it.
13      Q   So you never --
14      A   I don't recall.
15          Yeah.
16      Q   Did you see the attorneys come to the
17  studio?
18      A   No, I don't think I was there.
19      Q   Okay.  You weren't there.  Okay.
20          So you don't recall ever seeing the
21  attorneys come to the studio to search for
22  documents?
23      A   No.
24      Q   And -- and you don't recall Mr. -- ever
25  seeing Mr. McKenzie conducting a search of his own

TIMOTHY GINEXI

1
2   for documents?
3       A   I do not recall it.
4       Q   Have you spoken -- you mentioned that
5   you did speak to Mr. McKenzie about collecting
6   documents for this lawsuit?
7       A   Yes, I did.
8       Q   Okay.  Did he give you instructions in
9   connection with that?
10      A   He told me to provide everything that I
11  have, you know, everything that I can come up
12  with.
13      Q   Okay.  I'm going to switch gears.  I
14  want to talk to you about visits made by counsel
15  for Morgan Art Foundation to Mr. McKenzie's
16  property this year.
17          Are you aware that counsel for Morgan
18  Art Foundation has visited Mr. McKenzie's property
19  twice during 2021?
20      A   Yes.
21      Q   Okay.  The first one -- the first time
22  was on or around May 25th of this year; does that
23  sound right to you?
24      A   Yes.  Again, I'm -- I'm not exactly sure
25  of the dates, so it sounds about right.

TIMOTHY GINEXI

1
2       Q   Okay.  And the second time was on or
3   around August 5th of this year.  Does that sound
4   about right to you?
5       A   Yeah.
6       Q   Okay.  So I want to talk to you first
7   about the time of the May 25th visit.
8           So let's -- let's go back in time to
9   May 25th of this year; okay?
10      A   All right.
11      Q   Were you present when counsel for Morgan
12  Art Foundation came to the property?
13      A   No, I was not.
14      Q   Okay.  As of May 25th of this year,
15  approximately how often were you coming in to the
16  property in a given week?
17      A   Two to three day a week.
18      Q   Okay.
19      A   Sometimes four.  But -- but mostly two
20  to three.
21      Q   But you weren't there that day?
22      A   No, I was not there that day.
23      Q   But you generally -- you have a general
24  understanding of where artworks were stored on the
25  property around that time; right?

TIMOTHY GINEXI

1
2       A   Yes.  Well, I -- particular pieces?  No.
3   But I know where art was in his property, yes.
4       Q   Sure.  So -- and let's -- I want to talk
5   specifically about Robert Indiana artworks; okay?
6       A   Okay.
7       Q   So around the time of the May 25th
8   visit, there were Robert Indiana artworks held in
9   the art studio; right?
10      A   Yeah.
11      Q   Okay.  And were there also artworks
12  located at the -- the basement of Mr. McKenzie's
13  residence?
14      A   Yes.
15      Q   Okay.  Of Mr. McKenzie's inventory of
16  Robert Indiana artworks, and I'm talking about at
17  the time of May 25th, approximately what percent
18  was held in the studio versus in Mr. McKenzie's
19  basement of his residence?
20      A   Oh, I don't know.  Probably pretty close
21  to 50/50.  It was really just spread out by scale
22  and volume and where he could put things and he --
23  you know, I -- I'm not sure if you've ever been to
24  the studio, but it's -- it's packed with stuff
25  everywhere.  It's kind of chaos.



TIMOTHY GINEXI

1
2    Q   And at the time of the May 25th visit,
3  were artworks located anywhere else -- Indiana
4  artworks located anywhere else other than the
5  studio and the basement of Mr. McKenzie's
6  residence?
7    A   I do not believe so.  I -- I think that
8  he had closed all his storage units by that point,
9  that I knew of.  All the ones I knew of.
10   Q   Were any -- at that time, were any
11 artworks located on racks outside?
12   A   Racks outside?  What -- what do you mean
13 by that?
14   Q   Why don't we -- why don't we pull up a
15 document.
16       MR. RAKOWER:  Can we pull up
17     Tab three?
18 BY MR. RAKOWER:
19   Q   Okay.  Mr. Ginexi, do you see a document
20 on your screen?
21   A   Yes, I do.
22   Q   Okay.  So that document bears the Bates
23 Stamp MAF0060248.
24       Do you see that in the lower right-hand
25 corner of the document?

TIMOTHY GINEXI

1
2    A   Yes, I do.
3        MR. RAKOWER:  Okay.  I'm going to
4     mark this document as Exhibit 3.
5        (Whereupon, Exhibit No. 3, Bates
6        Number MAF0060248, Photo, was
7        marked for identification.)
8  BY MR. RAKOWER:
9    Q   Do you recognize the -- the building
10 that's in the background of this document?
11   A   Yes, I do.
12   Q   Okay.  This is an image; right?
13   A   Yes.
14   Q   Okay.  And what's that building?
15   A   It's Michael McKenzie's house.
16   Q   Okay.  And that's what you referred to
17 as the big red barn earlier or something to that
18 effect?
19   A   Yes.
20   Q   Okay.  And do you see that there are
21 wood structures right in front of the building?
22   A   I do.
23   Q   Okay.  Have you seen those structures
24 before?
25   A   Those shelves were inside the basement

TIMOTHY GINEXI

1
2  holding up artwork.  Those shelves were then
3  transported to the Middletown unit and the artwork
4  was put on that.
5    Q   Got it.  So artworks were taken out of
6  the basement and put onto these shelves; right?
7    A   No, not -- they were never outside.  The
8  artwork was never outside.  The shelves were taken
9  out to transport to Middletown.
10   Q   Okay.  Were any artworks transported to
11 a storage facility before the May 25th visit?
12   A   I don't -- I don't know.  I don't
13 recall.
14   Q   Okay.  And now putting aside artworks, I
15 just want to talk about, you know, have you seen
16 other paperwork on the property related to the
17 fabrication or sale of Indiana artworks?
18   A   No.  No.
19   Q   So you don't know where things like
20 inventory records or sales records would be
21 located on the -- on the property?
22   A   I do not, no.
23   Q   Okay.  Have you ever heard Mr. McKenzie
24 say to you that he was hiding documents?
25   A   No.

TIMOTHY GINEXI

1
2        MR. RAKOWER:  Let's take this
3     document down.  I think this has been
4     marked as Exhibit 3, so let's take it
5     down.
6        I want to pull up Tab 12.
7        MS. ZERNER:  Ryan.
8        MR. RAKOWER:  Yeah.
9        MS. ZERNER:  I wanted to just
10    clarify before you move on to this
11    exhibit.
12       Can you confirm that the -- I think
13    you marked it -- so the -- the exhibit
14    with the text messages between Tim and
15    Mike that I think was marked Exhibit 2,
16    you only showed the first page.
17       Are you -- did you put the full six
18    pages in as an exhibit?
19       MR. RAKOWER:  Yeah, I'd like to put
20    the full -- the full -- and that -- same
21    applies for all these documents.  I'd
22    like to put the full document in as an
23    exhibit.
24       MS. ZERNER:  Great.  Thank you.
25       MR. RAKOWER:  Yeah.  I don't think



TIMOTHY GINEXI

1
2    we need to scroll through each page on
3    this screen, and Bridget, I sent you a
4    link with -- with the documents.  And --
5    and these documents -- you know, I'll
6    represent to you, including this one
7    that we have up on the screen, were
8    either, you know, produced by us or they
9    were produced by -- by your client.
10          So including -- so why don't we --
11   why don't we start with this one.
12   BY MR. RAKOWER:
13      Q    So this is -- Mr. Ginexi, I'll represent
14   to you on the record that I -- I took this
15   document from your production of documents made in
16   response to our subpoena; okay?
17      A    Okay.
18      Q    Do you recognize this?
19      A    It's text messages between Oz and Mike.
20      Q    Okay.  Are you party to these text
21   messages as well?
22      A    They -- yeah, sometimes I would be
23   included on things that I didn't have anything to
24   do with.  So I would either read them or get --
25   you know, get rid of them.  I didn't really get

TIMOTHY GINEXI

1
2    involved in anything I shouldn't -- shouldn't be
3    involved in, like text messages between these two.
4    I don't -- they were chatting.  I didn't really
5    read it much at the time, but I sent it on to
6    provide everything I could.
7       Q    And Mr. Ginexi, I -- I see that these
8    are -- I think this says iMessage at the top.
9    This is taken from your iPhone; right?
10      A    Yes.
11      Q    Okay.  And this is -- this is a group
12   chat; right?
13      A    I believe so, yes.
14      Q    This is a group chat between you, Oz
15   Gonzalez, and Mr. McKenzie; is that right?
16      A    Well, I don't even see me in the
17   message.  I guess they were talking to each other.
18      Q    Well, you see on the top right corner,
19   right, there's a -- there's a text -- there's a
20   text on the right side of the screen that says --
21      A    Yeah.
22      Q    -- "I'm coming down to get my check.  I
23   will be there shortly"?  You see that?
24      A    Yes.  Yeah, that's me.
25      Q    That's sent by you; right?

TIMOTHY GINEXI

1
2       A    Yes.
3       Q    Okay.  Let's go to page five of these
4    text messages.
5          Okay.  And you see that -- first of all,
6    do you see that there's a big black box on the
7    screen?
8       A    Yeah.
9       Q    Do you know what that is?
10      A    Those were images sent from Oz.  I don't
11   remember exactly what they were, but they were --
12   you know, they were -- Oz used to send a whole
13   bunch of art all the time to everybody, and a lot
14   of it was, you know, his own work or stuff -- his
15   interpretations of things and -- so I don't know
16   if that was one of his pieces or something he was
17   doing for Mike or something he wanted to do for
18   Mike.
19          But it looks like it was a HOPE Olstein
20   (phonetic) thing, according to the text messages
21   here.
22      Q    Do you know why it appears as a big
23   black box?
24      A    I do not, no.  Bridget was asking me
25   that too.  I don't -- I don't know why it did

TIMOTHY GINEXI

1
2    that.
3       Q    Those aren't -- those aren't redactions
4    as far as you're aware; right?  They're just --
5       A    No.  No.  Just -- I don't know why it
6    did that.
7       Q    Got it.  Okay.  So if you look at
8    Mr. McKenzie's message on January 10th, it looks
9    like it's of this year; right?
10      A    Yes.
11      Q    Okay.  So January 10th, 2021,
12   Mr. McKenzie messages you and Oz Gonzalez and he
13   says, "What did you think of the three letters to
14   Luke Estate and Conty?"
15          Do you see that?
16      A    Yes.
17      Q    Okay.  And Mr. McKenzie, is -- is he
18   referring to draft letters that were prepared by
19   him?
20      A    I don't know.  He's talking to Oz.  I
21   don't know what letters he's talking about.
22      Q    Well, he included you on the text
23   message; right?
24      A    I don't know who included me on the text
25   message.  I don't know who originated the text



TIMOTHY GINEXI

1
2  message.
3       Q   Well, you have a text message thread
4  between you, Mr. McKenzie, and Oz; right?
5       A   Yes.
6       Q   Okay.  And Mr. McKenzie decided to send
7  this message to that text message thread that
8  includes both you and Oz; right?
9       A   Yes.
10          MS. ZERNER:  Objection.
11      A   Well, I don't know if it was Mike that
12  included me or not.  I don't know who started the
13  text message.
14          I wouldn't have started the text message
15  with Oz and Mike.  You know, that's not what I
16  would have done.
17  BY MR. RAKOWER:
18      Q   Well, Mr. McKenzie has Mr. Gonzalez's
19  phone number; right?
20      A   Yes.
21      Q   Okay.  And if Mr. McKenzie wanted to
22  text just Oz Gonzalez and not include you on the
23  thread, he could have sent this just to
24  Mr. Gonzalez; right?
25          MS. ZERNER:  Objection.

TIMOTHY GINEXI

1
2       Go ahead, Tim.
3       A   And Oz could have done that too.
4       Q   Right.
5       A   So what's the --
6  BY MR. RAKOWER:
7       Q   Right.  Both of them could have done
8  that.  But Mr. McKenzie sent this message to both
9  you and Mr. Gonzalez; right?
10      A   Well, the message has me included on it,
11  so yeah.
12      Q   Okay.
13      A   You know, Oz used to cc everybody on
14  everything, you know.  It was, like, ridiculous.
15          So most of the documents, if I didn't
16  have to -- you know, if I wasn't involved in that
17  aspect of the studio, I didn't even read it or I
18  deleted it at the time.
19      Q   Do you know --
20      A   I didn't know I was going to be showing
21  them as evidence, you know?
22      Q   Sure.
23      A   So --
24      Q   You -- you received this text message
25  though; right?

TIMOTHY GINEXI

1
2       A   Yes, I received the text message.
3       Q   Okay.  And Mr. McKenzie refers to three
4  letters to Luke Estate and Conty; do you see that?
5       A   Yes, I do see that.
6       Q   Do you know who Luke is?
7       A   I do not know who Luke is.
8       Q   Okay.  The estate is referring to
9  Mr. Indiana's estate?
10      A   That is what I gathered.
11      Q   Okay.  And do you see that Mr. --
12  Mr. Gonzalez asks if Mr. McKenzie "sent them to
13  John as drafts"?
14          Do you see that?
15      A   Yes, I do see that.
16      Q   Okay.  Is that -- is he referring to
17  John Markham?
18          MS. ZERNER:  Objection.
19          Go ahead.
20  BY MR. RAKOWER:
21      Q   You can answer.
22      A   I don't recall -- I don't -- I would
23  guess it would be him giving legal advice to
24  Michael.
25      Q   And Mr. McKenzie says, "Yes.  I think

TIMOTHY GINEXI

1
2  they need a wake up call.  Everyone [sic] is
3  hiding documents then pretending they want to
4  settle.  I'm just giving them a map of where they
5  are headed.  The fraud will shut this down."
6          Do you see that?
7       A   Yes, I do.
8       Q   What does he mean "everyone is --
9  everybody is hiding documents?"
10          Do you see that?
11      A   I don't know.
12          MS. ZERNER:  Objection.
13  BY MR. RAKOWER:
14      Q   "Everybody" includes Mr. McKenzie;
15  right?
16          MS. ZERNER:  Objection.
17      A   No.  The way I -- the way I interpret
18  that is that he's referring to other parties, not
19  himself.
20          But again, I don't know what documents
21  he's referring to or what he's talking about,
22  so --
23  BY MR. RAKOWER:
24      Q   Did Mr. McKenzie ever talk to you about
25  the prospect of settlement?



TIMOTHY GINEXI

1
2    A   Yeah.  He -- he was interested in
3    settlement and wanting to move forward with the
4    brand and help everybody make money, you know.
5    Q   When's the last time he spoke to you
6    about the prospect of settlement?
7    A   Probably -- when was that?  I think it
8    was while Oz was still in the studio.
9    Q   Is that some time this summer?
10   A   Yeah, it was in the summertime.
11   Q   And what did he say to you?
12   A   That he wants the case to settle and,
13   you know, stuff of that nature.
14   Q   Did he ever speak to you about the
15   prospect of closing his business?
16   A   He had referenced to me that he was
17   going to shut down.
18   Q   And what did you understand shutting
19   down to mean?
20   A   That he wasn't going to be manufacturing
21   art anymore or publishing people or stuff of that
22   nature.
23   Q   Did Mr. McKenzie ever discuss with you
24   the prospect of selling his existing Indiana
25   inventory?

TIMOTHY GINEXI

1
2    A   No.  He wouldn't discuss that with me.
3    I -- I'm not buying that.  I can't afford it, so
4    it has nothing to do with -- it had nothing to do
5    with me.
6    Q   All right.  So I want to -- we -- we --
7    I don't know if we've marked this document as the
8    next exhibit.  Let's do that.  I think it's
9    Exhibit 4 and then we can take this off the
10   screen.
11              (Whereupon, Exhibit No. 4, Text
12              Message Thread, was marked for
13              identification.)
14   BY MR. RAKOWER:
15   Q   So Mr. Ginexi, I want to bring you
16   back -- back in time and let's talk about -- you
17   know, we talked about there were two visits,
18   right, by -- by Morgan Art Foundation's counsel.
19        One in or around -- on or around
20   May 25th and one on or around August --
21   August 5th; do you remember that?
22   A   I recall that, yes.
23   Q   Okay.  I want to talk about the time
24   period in between those -- those visits.
25        Were any artworks moved off of the

TIMOTHY GINEXI

1
2    property between those visits?
3    A   I don't recall exactly if they were, but
4    he's -- he was always moving stuff around his
5    property itself, so bringing it down, organizing
6    it down in the barn, or bringing it back up to the
7    studio.
8        Whether he had somebody coming to get it
9    and he told us to get it ready and bring it up to
10   the -- the studio, or bring it down from the
11   upstairs of the studio, or -- you know, or it just
12   came back from somewhere.
13        There was never -- I don't recall if we
14   moved anything in between that time period, but we
15   may have.
16   Q   At some point, Mr. Ginexi, artwork was
17   moved from the basement of Mr. McKenzie's
18   residence to a storage facility in Middletown?
19   A   Yeah.
20   Q   Correct?
21   A   That is correct.
22   Q   Okay.  And you mentioned that there were
23   multiple runs; right?
24   A   Yes.
25   Q   And a -- Mr. McKenzie's truck was used

TIMOTHY GINEXI

1
2    to transport those artworks; correct?
3    A   He had -- yes.  He had a truck that he
4    owned and one that he rented, and cars -- his car.
5    And he, you know, brought stuff up in that too.
6    Q   And I think you mentioned something
7    along the lines of it was a decent amount of
8    artwork; is that right?
9    A   It was, yes.  It was a decent amount of
10   artwork.  He pretty much moved everything out of
11   that basement, yeah.
12   Q   I think we -- we went over some of the
13   artworks that were there.
14        There were HOPE artworks, there were
15   other Indiana artworks; right?
16   A   Yeah.  Yeah.
17   Q   Okay.  Who was involved in moving the
18   artworks from the basement to the storage
19   facility?
20   A   He had a moving company up in Middletown
21   that helped, but it was me and Nat and Oz and
22   Michael.
23   Q   And did Mr. McKenzie tell you why the
24   artworks were being moved?
25   A   He said that he wanted it in a safer

MAGNA
LEGAL SERVICES

TIMOTHY GINEXI

1
2  place where they didn't have the risk of being
3  damaged, so he wanted to move them up to
4  Middletown.
5      Q   Okay.
6          MR. RAKOWER:  Can we pull up
7      Tab 13?
8          TECHNICIAN:  Sorry, I don't believe
9      that I have a Tab 13 that has been sent
10     to me.  I only have one through 12.
11         MS. ZERNER:  I didn't receive a
12     Tab 13 either in my link.
13         MR. RAKOWER:  I don't think I have
14     a Tab 13.  Why don't we try Tab seven.
15         TECHNICIAN:  All right.  That
16     works.
17         MR. RAKOWER:  Apologies.
18 BY MR. RAKOWER:
19     Q   All right.  Mr. Ginexi, do you see a
20 document on your screen?
21     A   I do.
22     Q   Okay.  This document bears the Bates
23 stamp on the lower right-hand corner MAF0060242;
24 do you see that?
25     A   I do.

TIMOTHY GINEXI

1
2      Q   Okay.
3          MR. RAKOWER:  I'd like to mark this
4      with the next exhibit number.  I believe
5      it's Exhibit 4.
6          COURT REPORTER:  Five.
7          MR. RAKOWER:  Thank you.
8      Exhibit 5.
9          (Whereupon, Exhibit No. 5, Bates
10         Number MAF0060242, Photo of Car,
11         was marked for identification.)
12 BY MR. RAKOWER:
13     Q   Do you recognize the vehicle in this
14 photograph?
15     A   Yes.
16     Q   Whose vehicle is that?
17     A   That's Annette's car.
18     Q   Okay.  Was Ms. Vessecchia's car used to
19 transport artworks from the basement of the
20 residence to the storage facility?
21     A   No.  Not that I recall.  It was used to
22 move the art from the studio to the red barn.
23     Q   Okay.  Do you see that there are Robert
24 Indiana artworks in the trunk of the car?
25     A   Yes.

TIMOTHY GINEXI

1
2      Q   Okay.  And do you see that those
3  artworks are being moved without covers?
4      A   I do.
5      Q   Okay.  Did you ever observe artworks
6  being transported without covers at Mr. McKenzie's
7  direction?
8      A   Yes, I did.
9      Q   Okay.  So notwithstanding that
10 Mr. McKenzie had expressed concerns to you about
11 the risk of artworks being damaged, he also
12 ordered that artworks be loaded into the trunk of
13 a vehicle without any covering; correct?
14     A   Yes.
15     Q   Okay.
16         MR. RAKOWER:  We can take this
17     document down.
18 BY MR. RAKOWER:
19     Q   Did Mr. McKenzie give any other
20 explanation as to why he was moving artworks from
21 the -- the basement of the residence to the
22 storage facility?
23     A   No.
24     Q   Okay.  Did you ever ask him?
25     A   No.  I assumed what he was telling me

TIMOTHY GINEXI

1
2  was the truth.
3          MR. RAKOWER:  Let's pull up
4      Tab four.
5  BY MR. RAKOWER:
6      Q   Mr. Ginexi, do you see a document on
7  your screen?
8      A   Yes, I do.
9      Q   Okay.  I'll represent that this was
10 taken from your production of documents.
11         Do you see that this was an e-mail that
12 was sent by Mr. McKenzie to you and others?
13     A   Yes, I do.
14     Q   It was sent on or around July 4th of
15 this year?
16     A   Uh-huh.
17     Q   Okay.  Mr. McKenzie writes, "We will
18 meet at 8 a.m. I will have bus in front of the
19 house. We will go up 22 fill up diesel full then
20 stop at Home Depot to puck up ten sets of metal
21 shelves."
22         Do you see that?
23     A   Yes.
24     Q   Okay.  What were the metal shelves for?
25     A   To puck up.  I'm sorry.  Bad joke.



TIMOTHY GINEXI

1
2      The -- they were for storing the art in
3  Middletown.
4      Q   Okay.  And it was around this time --
5  I'll strike that.
6          Before you received this e-mail, do you
7  recall having transported any artworks from the --
8  the property to Middletown?
9      A   Before this e-mail I do not recall
10 moving stuff up to Middletown.
11     Q   To the best of your knowledge, did the
12 transportation of artworks from the property to --
13 to Middletown begin some time after you received
14 this e-mail?
15     A   I believe so.
16         MR. RAKOWER:  Let's mark this the
17     next exhibit number, I think it's
18     Exhibit 6, and then we can put it to the
19     side.
20         (Whereupon, Exhibit No. 6, E-mail
21     from Michael McKenzie, was marked
22     for identification.)
23         MR. RAKOWER:  Okay.  Let's pull up
24     Tab five.
25

TIMOTHY GINEXI

1
2  BY MR. RAKOWER:
3      Q   All right.  Mr. Ginexi, do you see a
4  document on your screen?
5      A   Yes.
6      Q   I'll represent to you that I took this
7  document from your production of documents that
8  you made in response to the subpoena.
9          Do you know who pjarlicense@AOL.com is?
10     A   I believe that's Michael.
11     Q   And Mr. McKenzie sent an e-mail to you
12 and others?
13     A   Yes.
14     Q   Okay.  And this e-mail was sent to you
15 on or around July 5th of this year?
16     A   Yes.
17     Q   Mr. McKenzie says, "Given how long it
18 took I think starting at 8 a.m.  Again hopefully
19 finish packing by 1030 get there at 12.  Assemble
20 the shelves and be done by 200."
21         Do you see that?
22     A   Yes.
23     Q   What packing is he referring to?
24     A   Packing of the vehicle to go to
25 Middletown, I believe.

TIMOTHY GINEXI

1
2      Q   And is that packing the vehicle up with
3  artworks?
4      A   Yes.
5      Q   Okay.  And what are the shelves for?
6      A   To hold the artwork in the -- in the
7  storage unit.
8      Q   And the transport -- this -- this e-mail
9  is referring to the transportation of artworks;
10 right?
11     A   Yes.
12     Q   Okay.  And that transportation was set
13 to occur some time after this e-mail was sent?
14     A   Yes.
15     Q   Okay.
16         MR. RAKOWER:  Let's mark this as
17     Exhibit 7 and then I want to put the
18     document to the side.
19         (Whereupon, Exhibit No. 7, E-mail
20     from Michael McKenzie, was marked
21     for identification.)
22         MR. RAKOWER:  Could we pull up
23     Tab six?
24 BY MR. RAKOWER:
25     Q   Mr. Ginexi, do you see a document on

TIMOTHY GINEXI

1
2  your screen?
3          Okay.  I'll represent that I took this
4  document from your production of documents made in
5  response to our subpoena.
6      A   Yes.
7      Q   And this is an -- this is an e-mail from
8  Mr. McKenzie to you and others?
9      A   Yes.
10     Q   And this was sent on or around
11 July 21st, 2021?
12     A   Yes.
13     Q   Okay.  Mr. McKenzie says, "Truck is at
14 studio.  I need to bring down another 20
15 portfolios before we leave for storage."
16         Do you see that?
17     A   Yes.
18     Q   Okay.  The truck that Mr. McKenzie is
19 referring to is -- is being used to transport
20 artworks?
21     A   Yes.
22     Q   Okay.  What -- what is Mr. McKenzie
23 referring to with regard to portfolios?
24     A   I believe it was the Four Seasons of
25 Hope.



TIMOTHY GINEXI

1
2    Q    And those are Indiana artworks; right?
3    A    Yes.
4    Q    And where were those artworks being
5    held?
6    A    Either at storage or he was bringing
7    them into the studio.
8    Q    And Mr. McKenzie's plan was to transport
9    artworks that day?
10   A    I believe so, yes.
11   Q    Or some time the next day?
12   A    Yeah.
13   Q    Okay.
14   A    Or around that time period.
15   Q    Okay.
16        MR. RAKOWER:  We can -- we can put
17   this document to the side.
18        Do you recall -- actually did we
19   mark that document as the next exhibit?
20   If not, let's mark it as Exhibit 8.
21        (Whereupon, Exhibit No. 8, E-mail
22        from Michael McKenzie, was marked
23        for identification.)
24   BY MR. RAKOWER:
25   Q    Mr. Ginexi, you mentioned that you

TIMOTHY GINEXI

1
2    recall -- actually, I'll ask you:  How many --
3    approximately how many trips do you recall
4    participating in moving artworks from the property
5    to -- to Middletown?
6    A    At least three, two or three.
7    Q    Okay.
8    A    Definitely two.  I believe it was three
9    or it could have even been more.  But --
10   Q    And --
11   A    -- it was a decent amount of trips.
12   Q    Were each of those trips in July of this
13   year?
14   A    When it was very hot, yes.
15   Q    Do you -- Mr. Ginexi, you don't recall
16   any trips after the -- after August 5th, do you?
17   A    No.  Well, I don't recall.  It doesn't
18   mean we didn't, no.
19   Q    But you can't recall any though; right?
20   A    No, I can't recall but --
21   Q    All right.  And, you know, we talked
22   about moving artworks from the property to -- to
23   the storage facility.
24        Do you recall moving any hard copy
25   documents off of the --

TIMOTHY GINEXI

1
2    A    No.
3    Q    -- property?  Okay.
4    A    I don't.  No.
5    Q    All right.  Were you present for the
6    August 5th visit?
7    A    No, I wasn't.
8    Q    Did you ever speak to Mr. McKenzie about
9    the August 5th visit?
10   A    No.  He -- he complained, but that was
11   about it.
12   Q    What did he complain about?
13   A    He complained that he didn't have all of
14   the information from Morgan and that he felt like
15   he was being invaded, you know.
16   Q    If it -- did he give -- give you the
17   sense that if it were up to him, there wouldn't be
18   a visit on August 5th?
19   A    No.  But, you know, he was -- he was
20   visibly angry about it.  He wasn't happy that
21   people were coming in and out of his space and
22   disrupting his business.
23   Q    And what do you mean by "being invaded"?
24   Was -- was Morgan visiting against his will?
25   A    No.  Just -- you know, it -- it -- it

TIMOTHY GINEXI

1
2    was just very intrusive, you know, he -- because
3    he was doing work in his house and stuff like
4    that.  You know, nobody is going to want people
5    going through their -- you know, their -- their
6    private possessions and --
7    Q    So why did -- why did he -- why did he
8    allow Morgan to do that?
9    A    Why did --
10        MS. ZERNER:  Objection.
11   A    I don't know.  I don't know why he would
12   have -- you know, what his thoughts were.  I don't
13   know.
14   BY MR. RAKOWER:
15   Q    Did he ever mention to you that he --
16   that the visit was required by court order?
17   A    Yes, he did.
18   Q    Okay.  Do you recall discussing that
19   with him?
20   A    Not in detail, no.  Just that Morgan
21   was -- had a court order to come in and, you know,
22   go through his art.
23   Q    When did he say that to you?
24   A    Oh, I don't recall the exact date.  It
25   was in or around -- it was around, before or

MAGNA
LEGAL SERVICES

TIMOTHY GINEXI

1
2  after, they came.
3     Q   Okay.  I want to switch gears for a
4  second.
5           MR. RAKOWER:  Let's -- let's pull
6        up Tab nine.
7  BY MR. RAKOWER:
8     Q   Okay.  Mr. Ginexi, do you see a document
9  on your screen?
10    A   Uh-huh.
11    Q   Okay.  I'm going to represent to you
12 that -- that this document came from the
13 production of documents that you made in response
14 to our subpoena.
15    A   Yeah.
16    Q   Okay.  Did you receive this text
17 message?
18    A   I did.
19    Q   Okay.  Do you see that there's a message
20 on the top of the screen from Mr. Gonzalez?
21    A   I do.
22    Q   Okay.  And Mr. Gonzalez writes in the
23 middle of his message, "Please let him know that I
24 have enough information about the inner workings
25 of his operation to 'Bury Him.'

TIMOTHY GINEXI

1
2     "If there is a swindler and a Liar it's
3  him.
4        "One more attack from him and I will
5  contact Lipson and Nikas and make his life and
6  business ugly.  I have the goods."
7     Q   Do you see that?
8     A   Yes.
9     Q   Okay.  What information do you
10 understand Mr. Gonzalez to be referring to here?
11    A   Blackmail.
12    Q   What kind of blackmail?
13    A   I don't know.  I don't know what he's
14 talking about, but it -- it's definitely him
15 threatening Michael and trying to -- seems like,
16 extort him.
17        But other than that, I don't know what
18 documents or images or information he claims to
19 have.  Again, he -- he worked with Mike on a
20 different level than I worked with Mike, so I
21 don't know.
22    Q   So he may have been privy to -- to
23 wrongdoing by Mr. McKenzie that you wouldn't have
24 known about; is that right?
25         MS. ZERNER:  Objection.

TIMOTHY GINEXI

1
2     A   No.  I -- I don't -- I'm not saying
3  that.  I'm -- I'm just saying that I'm not privy
4  to what he's talking about because I'm not
5  involved in the -- the legal aspect of Michael's
6  business, you know.
7  BY MR. RAKOWER:
8     Q   All right.  You see there's a response
9  from somebody by the name of Peggy Cyphers?
10    A   Yes.
11    Q   Who is that?
12    A   That's Mike's girlfriend.
13    Q   Do you know her?
14    A   She's in -- yes.  She's -- she's around.
15 I -- I don't know her, like, personally.  I -- I'm
16 polite and cordial when I see her, but I wouldn't
17 say I'm best friends with her or anything.
18    Q   Does she live with Mr. McKenzie?
19    A   She does.
20    Q   Okay.  And Ms. Cyphers says, "Hi Oz, I
21 understand, hope you can get this talked out
22 amicably.  He's ready to close his business I
23 guess.  And looking to start fresh."
24        Do you see that?
25    A   Yes, I do.

TIMOTHY GINEXI

1
2     Q   Okay.  What do you understand
3  Ms. Cyphers to be talking about?
4     A   It seemed like she was trying to diffuse
5  any situation that was going on.  Other than that,
6  I don't -- I don't know.
7     Q   She mentions that Mr. McKenzie is ready
8  to close his business; right?
9     A   Yes.
10    Q   And you mentioned that this is something
11 that you had spoken to Mr. McKenzie about; right?
12    A   Well, he brought it up to me too.  So --
13 and he brought it up to Oz.  So Oz was -- I heard
14 Oz say to Michael once that he was -- you know,
15 you can't close your business because of my -- you
16 know, it affects my family and stuff like that,
17 you know.
18        I think Michael closing his business
19 affects everybody that's employed there's family.
20 So I don't know what -- you know, Oz took a very
21 personal stance against Mike on that and -- you
22 know, so I don't know.
23    Q   To your knowledge, is Mr. McKenzie still
24 looking to close his business?
25    A   He hasn't brought it up recently but I'm

TIMOTHY GINEXI

1
2  sure he is, you know.
3            MR. RAKOWER:  Let's mark this with
4        the next exhibit number.  I think it's
5        Exhibit 9.
6            (Whereupon, Exhibit No. 9, Group
7            Text Message from Oz Gonzalez, was
8            marked for identification.)
9            MR. RAKOWER:  And let's put it to
10       the side.
11 BY MR. RAKOWER:
12    Q   Mr. Ginexi, we discussed earlier that
13 Mr. Gonzalez submitted a declaration in this case?
14    A   Yes.
15    Q   Okay.
16            MR. RAKOWER:  Let's pull up
17       Exhibit 1 and go to PDF page ten.  It's
18       also Tab one.
19 BY MR. RAKOWER:
20    Q   Okay.  This is Mr. Gonzalez's
21 declaration.
22        Do you recognize it?
23    A   Yes.
24    Q   Okay.
25            MR. RAKOWER:  Let's turn to

TIMOTHY GINEXI

1
2  paragraph ten, which is on -- I think
3  it's two pages from this.  Yes.
4 BY COURT REPORTER:
5    Q   Okay.  And Mr. Ginexi, you mentioned
6  that you read this declaration; right?
7    A   Not recently.  I'm just reviewing it
8  right now.
9    Q   Okay.  Let me know when you're ready
10 to -- for me to continue asking questions.
11    A   You can go ahead.
12    Q   Okay.  Do you see in the second
13 sentence, Mr. Gonzalez says, "McKenzie uses a
14 stencil and a stamp to forge Indiana's signature
15 on the back of artworks."
16        Do you see that?
17    A   Yes.
18    Q   Okay.  And we discussed earlier that at
19 one point, you used to apply Mr. Indiana's seal on
20 canvas artworks; correct?
21    A   Yes.
22    Q   Using a stencil; correct?
23    A   Yes.
24    Q   Okay.  And that you -- you stopped doing
25 that some time before Mr. Indiana died; correct?

TIMOTHY GINEXI

1
2    A   Yes.
3    Q   Okay.  And then there was a -- a hiatus;
4  correct?
5    A   Yes.
6    Q   And then at some point in 2019,
7  Mr. McKenzie instructed Ms. Vessecchia to resume
8  stamping art -- canvas artworks with Indiana's
9  stencil; correct?
10    A   Yes.
11    Q   Okay.  So paragraph ten, the next
12 sentence says, "The stencils were designed by
13 Indiana during his lifetime and have specific
14 years that are intended to indicate the year in
15 which the artworks were created."
16        Do you see that?
17    A   Yes, I do.
18    Q   Okay.  Is that consistent with your
19 understanding?
20    A   No.  When the stencil -- or the project
21 is being produced, the understanding was -- and
22 this -- this is coming from Michael -- that the
23 artwork is to be stamped within the year the --
24 the -- the project was being done.
25        So if there was works that needed to be

TIMOTHY GINEXI

1
2  filled in on the contract within those years, then
3  they would be stamped with those years to be
4  consistent with the work that was being produced
5  prior.
6        So I -- I -- according to what Michael
7  was referencing, this doesn't coordinate with
8  that.
9    Q   So first of all, this is all just coming
10 from Mr. McKenzie; right?
11    A   Yeah.
12    Q   Because we already established you never
13 heard any of this from Mr. Indiana; correct?
14    A   Yes.
15    Q   Okay.  So under Mr. McKenzie's --
16 under -- under the theory that Mr. McKenzie
17 explained to you, okay --
18    A   Yes.
19    Q   -- let's say a project was -- began in
20 the year of 2013; okay?
21    A   Yes.
22    Q   And let's suppose that there was a -- a
23 pause in the production of those artworks; okay?
24    A   Yes.
25    Q   And let's suppose that Mr. McKenzie or

MAGNA
LEGAL SERVICES

Page 126

TIMOTHY GINEXI

1   TIMOTHY GINEXI
2   someone at his direction resumed some time in 2019
3   after Mr. Indiana died; okay?
4       A   Uh-huh.
5       Q   Under Mr. McKenzie -- under what
6   Mr. McKenzie instructed you, would it be
7   acceptable to stamp one of the -- one of the
8   artworks in 2019 with a stamp bearing
9   Mr. Indiana's seal and the -- the year 2013?
10      A   In that situation, I believe so, yes.
11      Q   Okay.  And I know I described a
12  hypothetical situation, but is that what was
13  actually occurring?
14      A   Well, what was being told to us was to
15  manufacture the things that were remaining on his
16  contract, to finish his contract, and then when
17  the contract was done, he was done.
18      So that was pretty much the -- what we
19  were told to do.
20      Q   And you were told that by Mr. McKenzie?
21      A   Yes.
22      Q   Okay.  Paragraph ten continues, "None of
23  the stencils post-date 2018, when Indiana died,
24  yet McKenzie has used those stencils after
25  Indiana's death to sign works, falsely indicating

Page 127

TIMOTHY GINEXI

1   TIMOTHY GINEXI
2   that Indiana signed the works and falsely
3   indicating the year in which the works were
4   created."
5       Do you see that?
6       A   Yes.
7       Q   Did -- did you ever see a stencil that
8   post-dates 2018?
9       A   No.
10      Q   Okay.  All right.  The next sentence
11  goes on to say, "Further, McKenzie's printer, Tim
12  Ginexi, told me that McKenzie asked him multiple
13  times to use a stencil to forge Indiana's
14  signature on artworks."
15      Do you see that?
16      A   Yes.
17      Q   Okay.  And I think we established that
18  for a period of time, you were applying a stencil
19  with Mr. Indiana's seal on it on canvas artworks;
20  correct?
21      A   Yes.
22      Q   And that you were doing so at
23  Mr. McKenzie's direction; correct?
24      A   That is true, yes.
25      Q   Okay.  And then at some point you

Page 128

TIMOTHY GINEXI

1   TIMOTHY GINEXI
2   stopped doing it; right?
3       A   Yes.
4       Q   Okay.  After you stopped doing it, did
5   Mr. McKenzie ever ask you to resume stenciling
6   Mr. Indiana's seal on artworks?
7       A   No.  He wanted me to produce.
8       Q   So -- so he never asked you?
9       A   No.  He would say, "We should finish
10  this," or that -- this and that.  But he was
11  insinuating that it would be -- you know, it has
12  to be stamped, but he wasn't saying me to do it.
13      Q   But he was instructing that artworks
14  needed to be stamped; right?
15      A   Yes.  And -- and he was asking Annette
16  to do it so --
17      Q   All right.  Paragraph ten continues,
18  "Ginexi told me that he refused to stencil
19  Indiana's signature, and that McKenzie's requests
20  made him feel uncomfortable because the artworks
21  McKenzie asked Ginexi to stencil were not
22  authorized by Indiana."
23      Do you see that?
24      A   I do see that.
25      Q   Okay.  Did you ever discuss the use of a

Page 129

TIMOTHY GINEXI

1   TIMOTHY GINEXI
2   stencil with Mr. Gonzalez?
3       A   No.
4       Oz -- Oz is a lying piece of shit.  So,
5   you know, he -- he's -- I -- this is bullshit.
6       The thing is, my value in the studio to
7   Mike is to make the art.  If he has me doing these
8   things for hours and hours, he's not getting more
9   art.
10      So to Mike, where his value is, is
11  having me produce it, not sit there and stamp when
12  it -- it's already been done.
13      Q   You called Mr. Gonzalez a "lying piece
14  of shit"?
15      A   Yeah.
16      Q   Are you still in touch with
17  Mr. Gonzalez?
18      A   No.  This whole thing was -- the way it
19  went down it was so crazy.  I -- like -- he used
20  to be -- I used to think he was a good guy and
21  now, like, he's -- you know, Mike came to privy on
22  some things that he said Mike -- this is the way I
23  was taught.  Mike had documents proving Oz's bad
24  history and he had those documents out.
25      He said that Oz may have seen it because

MAGNA
LEGAL SERVICES

TIMOTHY GINEXI

1
2  he started the process of getting rid of Oz and
3  then all of this stuff started happening where Oz
4  was filling out depositions and allegations
5  against Annette, me, and Mike.
6        And, you know, it just -- it seemed like
7  it really caught me off guard and I was surprised
8  and I was, you know, a little upset because, you
9  know, I thought Oz was there to help Mike. I
10 didn't know he was there, you know, trying to
11 leverage himself in some situation or whatever he
12 was trying to do.
13       It seems like he was trying to -- he was
14 trying to extort Mike, according to these
15 allegations, and what the text message I had, you
16 know, it was a little -- a little -- a little
17 shady.
18       So -- sorry for my bad language on the
19 record. You know, I apologize.
20    Q   So Mr. Gonzalez stopped working for
21 Mr. McKenzie some time around August of this year;
22 right?
23    A   I believe so.
24    Q   Okay. Before Mr. Gonzalez stopped
25 working for Mr. McKenzie, you thought he was a

TIMOTHY GINEXI

1
2  good guy; right?
3     A   Well, he -- he was kind of a pain in the
4  ass. He was always around chatting. He always
5  wanted to talk about his artwork that he created
6  on his own.
7        And I would try and help him with it.
8  You know, he was -- he wanted to be an artist. So
9  I would talk to him about his art and try and help
10 him, like, aesthetically with his own work and
11 stuff like that, you know.
12    Q   You mentioned -- you mentioned you were
13 surprised when -- when all this went down; right?
14    A   When the -- when the text message went
15 through, I was surprised, yes.
16    Q   Because that -- you know, it -- in other
17 words, I guess -- and pardon my language -- you
18 didn't have the sense that Mr. Gonzalez was a
19 lying piece of shit before Mr. Gonzalez stopped
20 working with Mr. McKenzie; right?
21    A   Well, does anybody when you -- when you
22 are caught in a situation like that, you know? So
23 I was defrauded by him too.
24       So I would -- just did my job. You
25 know, I went into work, Mike told me to produce

TIMOTHY GINEXI

1
2  stuff, I produced stuff, you know.
3        Oz was in there talking legal stuff,
4  whatever he was talking. I just assumed he was
5  on, you know, Michael's side and was, you know,
6  going to be a -- you know, trying to take
7  advantage of situations and create drama.
8     Q   I just -- thank you. And sorry, I
9  just -- I -- I want to just have sort of a clear
10 answer on -- on the record.
11       You didn't believe that Mr. Gonzalez was
12 a liar --
13    A   I didn't a hundred percent trust him
14 because of some of the things he would say, but,
15 you know, I didn't, you know, think of him as an
16 extortionist, no.
17    Q   And sorry, and -- and -- I apologize but
18 I have to get the end of my question in so the
19 court reporter can take it down, just so the
20 record is really clear.
21       So you didn't -- and I'm going to -- I'm
22 just going to ask it again, just so the -- the
23 answer -- the question is completely on the
24 record, and then you can put your answer on the
25 record.

TIMOTHY GINEXI

1
2        Before Mr. Gonzalez stopped working for
3  Mr. McKenzie, you didn't believe he was a liar;
4  right?
5     A   I didn't believe everything he said. So
6  I guess I did believe he was some sort of a liar,
7  just I didn't believe it was like that.
8     Q   Okay. The next sentence in -- in
9  paragraph ten says, "Ginexi also told me that he
10 has, for many years, felt uncomfortable making
11 Robert Indiana artworks for McKenzie because he
12 believed they weren't authorized by Indiana."
13       Do you see that?
14    A   Yeah. Well, I -- I saw Robert Indiana
15 signing work, so, you know, I don't know what he's
16 talking about.
17    Q   You don't recall having a conversation
18 like this with -- with Mr. Gonzalez?
19    A   No.
20    Q   Okay.
21       MR. RAKOWER: We can take this
22       down. Not -- don't take down the
23       exhibit. Just -- I want to go to the
24       next paragraph, paragraph 11. Okay.
25

TIMOTHY GINEXI

1
2  BY MR. RAKOWER:
3      Q   And I just want to read the first two
4  sentences.
5          It says, "I have seen McKenzie pressure
6  Annette Vessecchia, another employee of McKenzie,
7  into stenciling Indiana's signature on
8  unauthorized artworks.  Vessecchia told me she was
9  reluctant to stencil Indiana's signature on the
10 artworks because they were not authorized, but she
11 told me that McKenzie intimidated her into doing
12 so."
13         Do you see that?
14     A   Yes.
15     Q   Okay.  Did you ever observe Mr. McKenzie
16 pressuring Ms. Vessecchia into stenciling or
17 signing an artwork?
18     A   No.  If anything, Mr. McKenzie is very
19 patient and, you know, good to Vessecchia so --
20 from what I've seen, you know.  It's not -- I've
21 never even seen him raise his voice to her, so --
22     Q   To your knowledge, does -- does
23 Mr. McKenzie own a gun?
24     A   Not to my knowledge.
25     Q   Okay.  Have you ever heard Mr. McKenzie

TIMOTHY GINEXI

1
2  discuss gun violence?
3      A   You know, Mike is a very loud, outgoing
4  guy.
5          Like, he -- you know, when he's upset,
6  he -- you know, he'll write letters and, you know,
7  and -- and talk stupidly.
8          But do I think it's true or -- or -- no.
9  Do I think he's going to be violent?  No.
10         But, you know, he has said some things
11 that were not -- you know, not great, you know.
12     Q   He's said some things about gun
13 violence?
14     A   I don't know if it was about gun
15 violence, but, you know, he -- he's said, like,
16 things, you know, indirectly that were, you know,
17 just, you know, out of anger, you know?
18     Q   Like what?
19     A   Like, you know -- I'm trying to think of
20 something he's said, because he just -- he rants,
21 you know.  So he was pissed off and complained
22 about people.  I don't know.
23         I don't remember an exact instance or
24 what exactly he said, but I knew it wasn't like,
25 you know, out of a happy place.

TIMOTHY GINEXI

1
2      Q   You've seen Mr. McKenzie lose his temper
3  before?
4      A   Yeah.  He's, you know, gotten mad.  He's
5  gotten mad at -- at employees, he's gotten mad at
6  me.
7          But, you know, he's never -- you know,
8  he's said, "Shut up," or, "You're stupid," or this
9  or that.
10         But, you know, like -- not, like,
11 threatening my life or anything.
12         Did I take offense to it?  No.  It is
13 what it is.
14     Q   Have you ever heard Mr. McKenzie talk
15 about guns?
16     A   Not -- not his own guns and stuff like
17 that, you know.
18     Q   Whose guns?
19     A   No, just like, you know --
20         (Whereupon, the court reporter
21         requests clarification.)
22         THE WITNESS:  Who what was that?
23 BY MR. RAKOWER:
24     Q   That was the -- sorry.  That was the
25 court reporter.

TIMOTHY GINEXI

1
2          That -- that was my mistake.  I --
3  I'm -- I'm going to let you finish your answer.
4          So my question to you was:  Did you
5  ever -- have you ever heard Mr. McKenzie talk
6  about guns?
7      A   No.  No.
8      Q   You never heard Mr. McKenzie mention a
9  gun before?
10     A   Well, he's talked about, like, street
11 sweepers or -- and stuff like that, but not, like,
12 in the context of killing anybody, you know?
13     Q   What's a street sweeper?
14     A   I guess it's, like, a machine gun or
15 something.  I don't know.
16     Q   He's talked about machine guns with you?
17     A   Yeah, but just out of, like -- I
18 guess -- I guess he likes gun.  I don't know.
19     Q   What makes you --
20     A   I'm not a big gun guy, so I don't even
21 know what it is.
22     Q   What makes you believe that Mr. McKenzie
23 likes guns?
24     A   You know, just -- like -- I don't know.
25 Just because he would talk about them every now

MAGNA
LEGAL SERVICES

TIMOTHY GINEXI

1
2 and again.  It doesn't mean that he's going to be
3 violent with guns.  There's a lot of gun owners in
4 the country.
5    Q  I -- sorry, we just -- I need -- so two
6 things:  Mr. Ginexi, I have to remind you that
7 you're under oath, number one.
8    A  Yes.
9    Q  And then number two, I just need clear
10 answers on the record.
11       Because about one minute ago I asked
12 you:  Have you ever heard Mr. McKenzie talk about
13 guns?  And you said, No.
14       But then I just asked you one minute
15 later, "What makes you think that Mr. McKenzie
16 likes guns," and you said, "Because he would talk
17 about them every now and again."
18    A  Oh, I thought you were asking me did I
19 hear him referencing guns, like, towards people.
20       No.  He -- he's -- he's talked about --
21 referenced firearms and stuff like that, but not,
22 like, you know, recently.
23       He said he had a gun when he was younger
24 and stuff.  You know, he said he had a street
25 sweeper or something like that.  You know, I -- I

TIMOTHY GINEXI

1
2 don't even know what it is.  But he referenced
3 that he had firearms in the past.
4       Do I know that he has guns now?  I -- I
5 don't -- I don't want to know if people have guns,
6 especially the ones I work for.
7    Q  Sure.  And -- and I'm not asking you
8 whether you know this for certain.
9       I'm just asking:  Do you believe a
10 street sweeper is a -- is a type of machine gun?
11    A  I -- that would be my guess -- I didn't
12 think it was a broom, you know.  So I'm gathering
13 it's some kind of violent gun, you know.
14    Q  To the best of your understanding, a
15 street sweeper is some -- some form of automatic
16 gun?
17    A  It's -- it's a gun, yeah, and I would
18 assume it's an automatic gun, yes.
19    Q  Okay.  And Mr. McKenzie has told you
20 that he, at one point in time, owned a street
21 sweeper?
22    A  He said he had one or seen one or -- I
23 don't remember the context of the story.  But I
24 don't know if he said he owned one or he's seen
25 one or -- but he -- he referenced it so.

TIMOTHY GINEXI

1
2    Q  Has Mr. McKenzie ever talked to you
3 about somebody being shot?
4    A  No.  No.  Not that I've seen -- not that
5 I've heard.
6    Q  Do you know whether he's talked to other
7 employees about guns?
8    A  I don't.  No, I don't know.
9    Q  Okay.
10       MR. RAKOWER:  Let's go to
11    paragraph 12.
12 BY MR. RAKOWER:
13    Q  Okay.  Paragraph 12, in the second
14 sentence, says, "Among the artworks that McKenzie
15 has forged recently are hundreds of silkscreens of
16 Four Seasons of Hope, as well as two HOPE
17 sculptures that are in the process of being
18 created."
19       Do you see that?
20    A  Uh-huh.
21    Q  Okay.  Have you seen silkscreens of Four
22 Seasons of Hope being created this year?
23    A  No.  Well, he has created -- I have
24 printed the winter and the spring versions of the
25 four seasons recently.

TIMOTHY GINEXI

1
2       The HOPE sculptures, I don't know.
3    Q  So you printed the winter and spring
4 versions of Four Seasons of Hope recently.  Was
5 that this year?
6    A  Yes.
7    Q  Approximately how many artworks?
8    A  I -- I do not recall exactly.  Twenty or
9 30 maybe, not even.
10    Q  It was -- it was over ten; correct?
11    A  It was over ten, yes.
12    Q  Was it -- was Mr. Indiana's seal or
13 signature applied to those artworks?
14    A  Yes.
15    Q  Okay.  Was it a seal?
16    A  It was a seal, yeah.
17    Q  And the seal, was it applied by a
18 stencil?
19    A  Yes.
20    Q  Okay.  And that stencil was applied by
21 Ms. Vessecchia?
22    A  Yes.
23    Q  She did so at Mr. McKenzie's direction?
24    A  Yes.
25    Q  That stencil bared a year on it?



TIMOTHY GINEXI

1
2    A   I believe they all do, so yes, it would.
3    Q   And that year was not 2021; right?
4    A   I do not recall what year it was.
5  Again, I didn't stamp them, so I don't -- I don't
6  know.  But it wasn't 2021 probably, no.
7    Q   And it wasn't 2020; right?
8    A   No.
9    Q   It wasn't 2019; right?
10    A   Well, if I knew the date I would tell
11  you the date.
12    Q   Sure.  But -- but to your knowledge,
13  the -- the -- the date on it was not a date -- was
14  not a year after Mr. Indiana died; right?
15    A   Not that I recall and not that I would
16  guess.
17    Q   That wasn't the -- the -- the practice,
18  right, to do so?
19    A   What wasn't the practice?
20    Q   To stamp an artwork with a year after
21  Mr. Indiana died?
22    A   Well, we talked about it earlier, and
23  how Mike said that he was finishing the contracts
24  previous so that the -- you had to stamp them what
25  that contract or when that project was started or

TIMOTHY GINEXI

1
2  the contract was done or whatever, you know, so --
3    Q   Were all the Four Seasons of Hope
4  silkscreens stamped with the same year?
5    A   I do not know.  Mike's the one that
6  tells you what to stamp them and all that stuff.
7  So he would have advised Annette what to do, just
8  like he did for me in the past.
9    Q   And I think you said you don't know
10  anything about the HOPE sculptures.
11      Are you aware of two HOPE sculptures
12  being created this year?
13    A   No.  No.
14    Q   Have you seen --
15    A   Again --
16      What?
17    Q   No.  Go ahead.  Finish your sentence.
18    A   No, again, I don't -- I -- I never
19  communicated with the foundries or anything like
20  that so I don't know what he's doing with that or
21  if he's even doing it.
22    Q   Have you seen any other Indiana artworks
23  being created this year?
24    A   No.  Just the silkscreens that I'm
25  doing.

TIMOTHY GINEXI

1
2      MR. RAKOWER:  We can put this
3  document aside.
4      Bridget, I think I -- I may be
5  done.  I just want to go over my notes.
6  It might be a good time to take a break.
7      I don't know if you're going to
8  have questions.
9      MS. ZERNER:  I have a couple.  So I
10  think that would be a good too if we
11  want to just take the 20 minutes to
12  one -- to -- until one o'clock.
13      MR. RAKOWER:  Yeah.
14      MS. ZERNER:  Because I'll take the
15  time to prepare myself as well so we
16  don't need another break.
17      MR. RAKOWER:  Excellent.  Let's --
18  let's do until -- let's take a break
19  until 1 p.m.
20      MS. ZERNER:  Okay.
21      THE VIDEOGRAPHER:  Off the record,
22  12:38 p.m.
23      (Whereupon, there was a recess
24      taken from 12:38 p.m. to 1:02 p.m.)
25      THE VIDEOGRAPHER:  Back on the

TIMOTHY GINEXI

1
2      record, 1:02 p.m.
3      MR. RAKOWER:  Great.
4  BY MR. RAKOWER:
5    Q   Mr. Ginexi, I just have a few -- few
6  more questions I want to ask you.
7      I want to go back to our discussion
8  about the -- the transportation of artworks from
9  Mr. McKenzie's property to the storage facility in
10  Middletown; okay?
11    A   Yes.
12    Q   And we discussed that, you know, you
13  were present for a few trips that occurred in July
14  of this year; right?
15    A   Yes.
16    Q   Okay.  And I just want to go over -- and
17  we did this exercise with regard to artworks
18  that -- that you saw Mr. Indiana sign or that you
19  brought for -- to Mr. Indiana for signing.
20      I just want to go over your recollection
21  of which artworks were present -- or which
22  artworks were transported from the property --
23  Mr. McKenzie's property to the storage facility in
24  Middletown; okay?
25    A   (The witness nods head.)

TIMOTHY GINEXI

1                TIMOTHY GINEXI
2     Q   Okay.  So did you see any HOPE artworks
3  transported from Mr. McKenzie's property to the
4  storage facility in Middletown?
5     A   Yes.
6     Q   Did you see any LOVE artworks?
7     A   LOVE?  Possibly.  I'm trying to
8  remember -- I'm just trying to remember if his
9  portfolios from '96 were transported.
10     Q   Do you --
11     A   I -- I -- I believe they may have been,
12  yes.
13     Q   Okay.  You believe there may have been,
14  and you can't rule out the possibility that
15  they -- that they were; right?
16     A   Yeah.  I'm not a hundred percent sure of
17  which artworks in general were moved, because
18  there was just so much stuff moved.  I don't -- I
19  don't remember which ones exactly, but I believe
20  they may have been moved.
21     Q   Okay.  What about Dylan artworks?
22     A   Them too, yeah.
23     Q   You believe they may have been moved?
24     A   I mean, I believe they may have, yeah.
25     Q   Okay.  What about --

TIMOTHY GINEXI

1                TIMOTHY GINEXI
2     A   The -- sorry, go ahead.
3     Q   Go ahead, no, I'm sorry.
4     A   No, sorry.  Go ahead.
5     Q   What about EAT?
6     A   Potential, yes.
7     Q   What about ART, A-R-T?
8     A   Potentially, yes.
9     Q   What about TIKVA?
10     A   I don't know honestly.
11     Q   What about --
12     A   I don't -- I don't know.
13     Q   What about AHAVA?
14     A   I don't think so.  Maybe.  I don't know.
15     Q   What about Alphabet?
16     A   I believe there were some Alphabet
17  pieces in there, yes.
18     Q   Okay.
19          MR. RAKOWER:  That's all the
20        questions I have.  Thank you for your
21        time, Mr. Ginexi.
22          THE WITNESS:  No problem.  Thank
23        you.
24
25

TIMOTHY GINEXI

1                TIMOTHY GINEXI
2           CROSS-EXAMINATION
3  BY MS. ZERNER:
4     Q   Okay.  Mr. Ginexi, I just want to follow
5  up on some things you were asked about earlier
6  today.
7     A   Okay.
8     Q   So just going back to earlier today when
9  you were asked about the documents you were
10  requested to look for in the subpoena, there was
11  one that asked about documents concerning the
12  concealment of Indiana artworks.
13        Have you ever seen or had possession of
14  any documents about concealing or hiding Robert
15  Indiana document -- Robert Indiana artwork?
16     A   No.  No.
17     Q   And have -- as to transferring artwork,
18  transferring the ownership of artwork with --
19  related to Indiana artwork, have you seen or
20  possessed any documents related to ownership
21  transfer?
22     A   No.
23     Q   All right.  And as part of the
24  questioning, you were asked about documents
25  related to the signature or emblem or stencil of

TIMOTHY GINEXI

1                TIMOTHY GINEXI
2  Robert Indiana and I believe you said that Oz
3  Gonzalez tried to get McKenzie to use the
4  Ghostwriter on unsigned pieces of artwork; is that
5  correct?
6     A   Yes.
7     Q   Do you recall -- did that happen just
8  one time or more than once?
9     A   On multiple occasions Oz asked or tried
10  to suggest to Michael McKenzie or suggested to
11  Michael McKenzie that he produce LOVE pieces and
12  sign other artworks with the Ghostwriter.
13     Q   And did McKenzie ever agree to do that?
14     A   No.
15     Q   Have you ever communicated with anyone
16  that you understood to be from Morgan Art
17  Foundation related to Indiana artworks?
18     A   No.
19     Q   Have you ever communicated with anyone
20  from the Salama-Caro family to your knowledge?
21     A   No.
22     Q   Have you ever had direct communications
23  with the Artist Rights Society?
24     A   No.
25     Q   Have you ever been involved with



TIMOTHY GINEXI
1
2  activities of American Image Art that were
3  specifically focused on copyrights or trademarks
4  or things like -- related to that?
5       A   No.
6       Q   And you said you were mainly the master
7  printer; right?
8       A   Yeah.  I just manufactured silkscreens
9  in Michael McKenzie's facility.
10      Q   All right.  Now, you were talking about
11  earlier in answer to some questions that, I
12  believe, you said that Mr. McKenzie was upset
13  about the Morgan parties coming to Katonah again
14  and that he complained that he didn't have all the
15  information from Morgan and felt he was being
16  invaded.
17          Do you recall saying something like
18  that?
19      A   Yes.
20      Q   So when -- did you ever hear him --
21  Mr. McKenzie, complain to you that he thought
22  Morgan hasn't disclosed all the information or
23  documents that it should disclose in this
24  litigation?
25      A   Michael has complained to me about

TIMOTHY GINEXI
1
2  Morgan not providing him all the information they
3  were -- he requested or that they were supposed to
4  or something of that nature.
5       Q   And did he -- was he complaining at the
6  time that -- when he was talking about that Morgan
7  was able to come back to the Katonah property --
8  property for an inspection again?
9       A   Yes.  He was complaining about that.
10      Q   Now, in advance of that court-ordered
11  inspection in August, did Mike say he was taking
12  the artwork to Middletown in order to avoid any of
13  the parties involved in litigation from seeing any
14  of the artwork again?
15      A   No.
16      Q   And at any time did you ever hear any --
17  any complaints -- excuse me.
18          Did you ever hear anything about
19  Indiana, Robert Indiana complaining about Morgan?
20      A   Just what Michael was saying.  I had
21  never heard anything.
22      Q   You didn't -- you didn't hear anything
23  directly from Indiana but you heard it from
24  McKenzie?
25      A   Yes.  McKenzie complained about it.

TIMOTHY GINEXI
1
2       Q   And did you hear any of those complaints
3  prior to the lawsuit starting in 2018?
4       A   Yes.
5       Q   And what were the complaints that --
6  what complaints did you hear about prior -- just
7  sorry, to be clear -- I'm talking about prior to
8  the litigation starting, what complaints did you
9  hear about related to Indiana and Morgan?
10      A   That they didn't -- weren't paying the
11  artist.
12      Q   So did you ever consider the use of a
13  stencil at American Image Art at any time to be a
14  forgery?
15      A   No.
16      Q   And prior to leaving American Image Art,
17  did Oz Gonzalez ever express concern to you that
18  you were making forgeries of Robert Indiana
19  artwork?
20      A   No.  And in fact, he advised us -- or
21  tried to advise us to manufacture even more art.
22  He wanted us to produce LOVE.  On multiple
23  occasions he suggested to produce LOVE.
24      Q   And as part of that -- so did Gonzalez
25  ever express any concern about the use of the

TIMOTHY GINEXI
1
2  stencil that we have been talking about prior to
3  him leaving American Image Art?
4       A   No.  His -- all his concerns in the
5  allegations are after he had left.
6       Q   And when you were -- you were asked
7  about Mr. McKenzie ever talking about guns or gun
8  violence.  During any of these discussions have --
9  were you ever in fear of Michael McKenzie?
10      A   No.
11      Q   Were you ever in fear for others from
12  Michael McKenzie?
13      A   No.
14      Q   Did Oz Gonzalez ever express to you that
15  he was in fear of Michael McKenzie?
16      A   No.  Oz Gonzalez used to brag about the
17  UFC fights and how he had a history of violence in
18  his past.  And he -- he wanted to come across like
19  a street tough guy.  So --
20      Q   Okay.
21      A   His fear, I -- I don't believe he has
22  fear.
23      Q   Did you ever try to hide or delete
24  documents to keep other parties in these lawsuits
25  from seeing them?

MAGNA
LEGAL SERVICES

TIMOTHY GINEXI

1
2     A   No.
3     Q   And when I say "these lawsuits," I think
4  you understand but I'm referring to, you know,
5  lawsuits with Morgan and the estate related to
6  Robert Indiana artwork; okay?
7     A   Yeah.
8        No, I'm not hiding anything.
9     Q   And did Mike ever tell you to hide or
10 delete any documents?
11    A   No.
12    Q   Did you ever try to hide any Indiana
13 artwork from other parties in the litigation?
14    A   No.
15    Q   Did Mike ever tell you to do that?
16    A   No.
17    Q   Did Michael McKenzie ever bully you to
18 print artwork that you did not want to do?
19    A   No.
20    Q   Did he ever threaten you?
21    A   No.
22    Q   Now, let me see.
23        Do -- I'm going to pull up on the
24 screen, I believe, one of the videos that you --
25 you produced in response to the subpoena.  I

TIMOTHY GINEXI

1
2  don't --
3        MS. ZERNER:  If you have access,
4     Ryan, I'll pull it up on the screen but
5     I'm going to open up the video that was
6     marked MAH00170.
7        MR. RAKOWER:  Okay.  Is this within
8     the scope of my questioning?
9        MS. ZERNER:  This is a deposition.
10    This is discovery.  I'm not limited to
11    the scope of your questioning.
12       All right.  I'm just trying to
13    share -- I haven't had to share a video
14    before.  If you hold on one moment.  Is
15    there -- it's not coming up.
16       Let me just -- if -- I apologize
17    for the delay.  I'm just going to close
18    some things that were open to make sure
19    there's no confusion on the screen.
20       All right.  If I could ask for
21    assistance from our tech team about
22    sharing a video on Zoom.
23       Is there --
24       THE VIDEOGRAPHER:  Do you want to
25    go off -- do you want to go off the

TIMOTHY GINEXI

1
2  record?
3        MS. ZERNER:  That would be great.
4     I think it might -- may be necessary.
5     Thank you.
6        THE VIDEOGRAPHER:  Off the record
7     at 1:15 p.m.
8        (Whereupon, there was a recess
9     taken from 1:15 p.m. to 1:19 p.m.)
10       THE VIDEOGRAPHER:  On the record
11    1:19 p.m.
12       MS. ZERNER:  Okay.  So I think we
13    have this fixed -- or I thought I did
14    and as I start the video.
15       So I'm going to hit -- I put up --
16    I'm putting up on the screen what we can
17    mark as the next exhibit, one of the
18    videos you produced in response to the
19    subpoena, Mr. Ginexi.
20       And this is the one that has a
21    number on it of -- I's marked with
22    MAH00170; okay?
23       THE WITNESS:  Okay.
24
25

TIMOTHY GINEXI

1
2        (Whereupon, Exhibit No. 10,
3     Videotape Bates Stamped MAH00170,
4     was marked for identification.)
5        COURT REPORTER:  This will be 10.
6        MS. ZERNER:  Let me share it again.
7     All right.
8  BY MS. ZERNER:
9     Q   Mr. Ginexi, do you recognize this video?
10    A   I just see your files.  I don't see the
11 actual video.
12    Q   Okay.  Thank you.  I was afraid of that
13 because the way we fixed it last time when we
14 paused to check on -- do our test, it was not
15 going back to where I was.  Let me try this again.
16 Sorry for the delay.
17       Of course it worked when we were testing
18 it off the record and now that we are back on the
19 record when I go to do it the same way, it's not
20 coming up?
21       THE VIDEOGRAPHER:  Do you want to
22    go back off for a minute?
23       MS. ZERNER:  If we can pause for me
24    to not take more of your time on the
25    record.  Thank you.

Page 158

TIMOTHY GINEXI

1  TIMOTHY GINEXI
2  THE VIDEOGRAPHER:  Off the record
3  1:22.
4  (Whereupon, there was a recess
5  taken from 1:22 p.m. to 1:22 p.m.)
6  THE VIDEOGRAPHER:  On the record
7  1:22 p.m.
8  BY MS. ZERNER:
9  Q   All right.  Mr. Ginexi, we are going to
10  try again.
11  So can you see now a shared screen?
12  Do you see a video?
13  A   I do.
14  Q   All right.  I'm going to start playing
15  it a little bit again and then ask you some
16  questions; okay?
17  A   Okay.
18  Q   And again, this is the video that was
19  produced marked MAH00170 and it's an M4 -- MP4
20  file okay.
21  (Whereupon, the video was started.)
22  SPEAKER:  Hi.  I'm Tim nice to meet
23  you.
24  SPEAKER:  You remember --
25  SPEAKER:  Hi, Jimmy.

Page 159

1  TIMOTHY GINEXI
2  SPEAKER:  Hi, Bob.
3  SPEAKER:  How you doing?
4  SPEAKER:  Hello.
5  SPEAKER:  Good to see you.
6  SPEAKER:  Good to see you.
7  SPEAKER:  Well, you've been --
8  you've been doing me great favors the
9  last few years saving me your
10  half-and-half containers for my --
11  (Whereupon, the video was stopped.)
12  BY MS. ZERNER:
13  Q   Okay.  Mr. Ginexi, do you recognize the
14  place in this video?
15  A   That is Michael McKenzie's space in
16  Vinalhaven, Maine.
17  Q   Okay.  Was it a studio in Vinalhaven?
18  A   It was a studio attached to a house that
19  he had on the island.
20  Q   Okay.  And this video and -- and the
21  other ones you produced have a date stamp of
22  April 1, 2015.
23  Does that sound right to you?
24  A   Yes.
25  Q   Did you manipulate these files in any

Page 160

1  TIMOTHY GINEXI
2  way?
3  A   No.
4  Q   And do you know who is taking the video?
5  A   Claire Rodriguez.
6  Q   Do you know what camera she was using?
7  A   My video camera.
8  Q   All right.  And after the video is taken
9  that day with your camera, did you then save the
10  video files to your personal computer?
11  A   I did.
12  I --
13  Q   Does Mr. McKenzie have --
14  A   When we came back from Maine, I imported
15  them all into Mike's computer and then we -- I
16  imported -- I eventually imported them, backed up
17  the camera, on my home computer, yes.
18  Q   Okay.  And the ones that you recently
19  produced, they were from your personal computer?
20  A   Yes.
21  Q   Now, if I -- again, I'm going to play a
22  little more of the video.
23  A   Okay.
24  Whereupon, the video was started.)
25  SPEAKER:  Oh, you are that lady?

Page 161

1  TIMOTHY GINEXI
2  SPEAKER:  I'm that lady.
3  SPEAKER:  Uh-huh.  Maybe you are
4  friends with Valerie?
5  SPEAKER:  I am.  Very grateful.
6  It's good to see you.
7  (Whereupon, the video was stopped.)
8  BY MS. ZERNER:
9  Q   Mr. Ginexi, do you -- the video is
10  showing some artwork on the table that has various
11  images on it.
12  Do you recognize -- recognize this piece
13  of art?
14  A   That is the retrospective piece that
15  Michael made or Indiana was producing or somebody.
16  It was prior to me being employed there but it was
17  in the studio to be signed just like when he used
18  to leave work up there, that piece was one of the
19  ones that was up there prior to me getting up
20  there.
21  Q   Okay.  So this is an Indiana piece
22  produced by American Image Art?
23  A   Yes.  That is correct.
24  Q   And it -- and the retrospective is a
25  piece that has -- is it accurate to say this is

MAGNA
LEGAL SERVICES

TIMOTHY GINEXI

1
2 one piece of artwork that has various Indiana
3 artworks combined in one?
4    A   Yes, that's what it is.
5    Q   Do you -- do you recognize back here in
6 the back an image of LOVE?
7    A   The upper -- I guess my right-hand
8 corner would be the LOVE, yeah.
9    Q   And coming forward, do you -- in that
10 same row, do you recognize what the next piece is
11 that --
12    A   That's a section of American Dream, I
13 believe.
14    Q   Okay.  And then moving up, the next one
15 is --
16    A   EAT, ART --
17    Q   And then --
18       Okay.  And then in the next row, way at
19 the back under LOVE, do you know what that piece
20 is?
21    A   That is HE.
22    Q   And then the next one, do you recognize
23 that?
24    A   I believe that was the Shout for Peace.
25    Q   Okay.  And the next one?

TIMOTHY GINEXI

1
2    A   USA FUN.
3    Q   And then the next one in that row?
4    A   SHE.
5    Q   And then going back down, all the way to
6 the back, the -- the third row at the back there,
7 is that HOPE?
8    A   HOPE.
9    Q   And then the next one coming forward?
10    A   Alphabet.
11    Q   And then the next one?
12    A   BODY.
13    Q   Yes.
14    A   And then SOUL.
15    Q   Okay.  Thank you.
16       And did you have an understanding that
17 Mr. -- Mr. Indiana approved of the retrospective
18 piece?
19    A   He signed them.
20    Q   Okay.  And that indicated to you that he
21 approved it?
22    A   Yes.
23    Q   All right.  Thank you.
24       I'm going to play a little bit more.
25       (Whereupon, the video was started.)

TIMOTHY GINEXI

1
2       SPEAKER: I am.  I am.
3       SPEAKER: Do you have a market for
4 that?
5       SPEAKER: I do.  Yup.  I sell it at
6 the farmers' market and I have a number
7 of --
8       (Whereupon, the video was stopped.)
9 BY MS. ZERNER:
10    Q   Can you just tell me, do you know who
11 the woman is that's speaking?
12    A   I don't remember her name but she's --
13 the gentleman in the background with the long hair
14 Chris Clark, that's his wife.
15    Q   Okay.  And who is Chris Clark?
16    A   He was -- he is a etcher and silkscreen
17 printer that lived on the island.  And Mike was
18 employing him in Vinalhaven to produce Robert
19 Indiana works for Bob.
20    Q   Thank you.  I'm going to now play some
21 more of the video.
22       (Whereupon, the video was started.)
23       SPEAKER: Retail stores that buy it
24       from me and sell it on the mainland.
25       (Whereupon, the video was stopped.)

TIMOTHY GINEXI

1
2 BY MS. ZERNER:
3    Q   Di you -- is that you walking by?
4    A   Yes.
5    Q   Did you recognize that piece?  Did you
6 catch it?
7    A   I believe it's HOPE VINALHAVEN or HOPE
8 YALE or HOPE FOR PEACE, one of those.
9    Q   Okay.  And --
10    A   I didn't see it.  It went by so quick.
11 I was trying to figure out -- I'm trying to
12 remember which one we printed in front of him.
13    Q   Okay.  And the -- the three pieces that
14 you just mentioned, did you understand that
15 Indiana approved of each of those?
16    A   He signed them.
17    Q   Yeah.
18       (Whereupon, the video was started.)
19       SPEAKER: Yeah.  I sell it online
20       so it's great.  Yeah.  Yeah.
21       SPEAKER: Yeah.  Yup.
22       SPEAKER: That's just the --
23       (Whereupon, the video was stopped.)
24 BY MS. ZERNER:
25    Q   And do you recognize the other gentle-

TIMOTHY GINEXI

1
2  -- well, the gentleman right in front of us in the
3  buffalo plaid, that's Mr. McKenzie?
4      A   Yes.  The lumberjack is Mr. McKenzie.
5      Q   Okay.  And back there, the other
6  gentleman, is that Jamie Thomas?
7      A   The gentleman carrying the pillow is
8  Jamie Thomas.
9      Q   Okay.
10         (Whereupon, the video was started.)
11         SPEAKER:  It feels fine.  I had it
12     so long --
13         SPEAKER:  Yeah.
14         SPEAKER:  That --
15         (Whereupon, the video was stopped.)
16     A   That pillow is for Robert Indiana.
17 BY MS. ZERNER:
18     Q   You said the pillow was for Mr. Indiana?
19     A   Yeah.
20     Q   Okay.  They were trying --
21     A   So he was -- so he was comfy.
22     Q   Okay.
23         (Whereupon, the video was started.)
24         SPEAKER:  Try a couple things here.
25         SPEAKER:  Yeah.

TIMOTHY GINEXI

1
2         SPEAKER:  This one first.  This
3     is -- real quickly, the Yale.  This is
4     what --
5         (Whereupon, the video was stopped.)
6  BY MS. ZERNER:
7      Q   Now, Mr. McKenzie is standing at a table
8  with -- there seems to be prints on that table.
9  And if you see behind him there's boxes there.  Do
10 you see that?
11     A   I see some -- it looks like artwork on
12 the table.
13     Q   Okay.  Do you know -- do you recall if
14 that was artwork you all had brought up for
15 Mr. Indiana?
16     A   Yeah.  We -- we brought up a bunch of
17 stuff for him to okay and sign and --
18     Q   And during this -- this time when you --
19 when you did that, when you brought the various
20 artworks to Mr. Indiana, at any point did you see
21 Mr. Indiana get upset with Michael McKenzie?
22     A   No.
23     Q   Did any --
24     A   Indiana -- Indiana seemed like a pretty
25 straight -- straightforward guy.  If he didn't

TIMOTHY GINEXI

1
2  want to do it, he wasn't doing it, you know?
3      Q   Okay.  So did you ever hear him reject
4  any of the pieces of artwork that American Image
5  had brought to him?
6      A   No.  No.  But Mike told me on certain
7  occasions that it -- he -- he was going up
8  ambitious that he would get Indiana's approval on
9  something and -- and then, you know, he didn't get
10 it.
11     Q   And when Mr. Indiana did not approve of
12 a proposal by Mike, did Mike make it anyway?
13     A   No.  No.
14     Q   So he complied with Mr. Indiana's
15 instructions, to your observation?
16     A   Yes.
17     Q   Did you ever hear Indiana refuse to sign
18 a piece because he thought he hadn't authorized
19 it?
20     A   No.
21     Q   At any point did you see Mr. Indiana get
22 upset or complain about the use of his seal on any
23 of the pieces?
24     A   No.
25     Q   Okay.

TIMOTHY GINEXI

1
2         (Whereupon, the video was started.)
3         SPEAKER:  It looks like, you
4     know --
5         SPEAKER:  Oh, the YALE.  I have
6     about 50 of these.
7         (Whereupon, the video was stopped.)
8  BY MS. ZERNER:
9      Q   Is that the -- now, Mr. McKenzie is
10 holding up a piece in front of Mr. Indiana that
11 says "HOPE YALE."
12     A   Yes.
13     Q   That's -- you had mentioned HOPE YALE
14 earlier; right?  Is that the piece?
15     A   That is the piece, yes.
16         (Whereupon, the video was started.)
17         MR. McKENZIE:  I think Yale is
18     going to like it.
19         MR. INDIANA:  Is that blue and
20     green?
21         MR. McKENZIE:  What's that?
22         MR. INDIANA:  Is that blue and
23     green?
24         MR. McKENZIE:  No.  It's a light
25     blue and a dark blue.  Those are the



TIMOTHY GINEXI
1   TIMOTHY GINEXI
2   Yale colors.
3        MR. INDIANA: I didn't know that.
4        MR. McKENZIE: Yeah. That's their
5   thing, the Yale -- the Yale --
6        (Whereupon, the video was stopped.)
7   BY MS. ZERNER:
8   Q    Okay. And this video -- we are not
9   going to sit and watch this whole video, it's kind
10  of long, but I wanted to move ahead here.
11       (Whereupon, the video was started.)
12       MR. INDIANA: Can you push me up
13  here?
14       SPEAKER: Yeah. If you are going
15  to be signing, I think you are going to
16  have to sit on this.
17       MR. INDIANA: Yeah. I am going to
18  have to, yeah.
19       SPEAKER: That's it. Does this not
20  go up anymore? Did it break?
21  I think we tried to put it up high
22  but I don't know.
23       SPEAKER: We might have to put a
24  pillow but I don't know.
25       MR. McKENZIE: Are you telling me

TIMOTHY GINEXI
1   TIMOTHY GINEXI
2   these Chinese are not making good
3   products?
4        SPEAKER: Let me get a
5   pillow-pillow.
6        This one is not quite --
7        SPEAKER: Too big?
8        SPEAKER: It's a little too long.
9   Too big.
10       (Whereupon, the video was stopped.)
11  BY MS. ZERNER:
12  Q    Now, you see, this is what you were
13  talking about, they were trying to make
14  Mr. Indiana comfortable in his chair with the
15  cushion?
16  A    Yeah. I always -- whenever I was around
17  Indiana there, Mike was always trying to cater to
18  him in some way, shape or --
19       "You want coffee, Bob?" "You want
20  anything?" "You hungry?" "You tired?"
21       So that was just my witness of what --
22  Q    Any other observations about how Michael
23  McKenzie treated Mr. Indiana?
24  A    He -- you know, he acted very respectful
25  to him and he always -- he kind of, like, looked

TIMOTHY GINEXI
1   TIMOTHY GINEXI
2   up to Bob. You know, he seemed to have a history
3   prior to me and, you know, that Indiana and him
4   knew each other from back in the day.
5        And -- and Mike -- Mike worked with a
6   lot of artists so he had a -- a -- a genuine
7   history in the art world prior to me even working
8   with -- with him and American Image.
9   Q    So then you never saw Mr. McKenzie
10  bullying or threatening Mr. Indiana?
11  A    No, I did not.
12  Q    Did you ever have the impression when
13  you were with Mr. Indiana that Mr. Indiana was
14  scared of Mike?
15  A    No.
16  Q    And what were your observations about
17  the interaction between Jamie Thomas and
18  Mr. Indiana?
19  A    From what I've always witnessed, when I
20  saw Jamie and when I saw Jamie around Indiana, was
21  that he had Indiana's best interests in mind. And
22  he was there caretaking for him and, you know,
23  he -- he -- like in the video, he just ran off to
24  go get him another pillow to sit on.
25       So he was, you know, always had Bob's

TIMOTHY GINEXI
1   TIMOTHY GINEXI
2   interests in mind, from what I viewed.
3        (Whereupon, the video was started.)
4        MR. McKENZIE: Right up here, I
5   believe, on this level there's a couple
6   of -- what-do-you-call-it's -- pillows?
7        Oh, wait a minute, what about this?
8        SPEAKER: Well, we'll try this. If
9   that doesn't work, we'll try other
10  variations.
11       MR. McKENZIE: Yeah, that's good.
12  Yeah, this -- I forgot about this thing.
13       Just the seat from the --
14       SPEAKER: Right. That might be
15  better.
16       MR. INDIANA: Let me see.
17       SPEAKER: How is that?
18       MR. INDIANA: That will be okay.
19       SPEAKER: Don't sit back unless you
20  tell me.
21       MR. McKENZIE: Yeah. Give us a
22  heads up you are sitting back.
23       SPEAKER: No broken hips.
24       MR. McKENZIE: Yeah.
25       MR. INDIANA: So what happened to



Page 174

1           TIMOTHY GINEXI
2    DIE, Michael?
3           MR. McKENZIE:  We didn't put it in.
4    That wasn't one of the ones that we put
5    in.
6           MR. INDIANA:  I wonder why.
7           MR. McKENZIE:  You know what, Jade
8    Jagger girl thinks that EAT and DIE is
9    going to be the most popular piece of
10   jewelry she's going to sell.
11          MR. INDIANA:  Well, I have doubts
12   about that.
13          MR. McKENZIE:  Me too.
14          SPEAKER:  I looked that up.  I
15   actually liked that.  I was surprised.
16   I actually like that jewelry.
17          MR. McKENZIE:  She's very good.
18          (Whereupon, the video was stopped.)
19   BY MS. ZERNER:
20      Q   Just moving ahead to get to when
21   Mr. Indiana sits down.
22          (Whereupon, the video was started.)
23          SPEAKER:  Following the footsteps
24   of --
25          SPEAKER:  I was surprised.

Page 175

1           TIMOTHY GINEXI
2    SPEAKER:  Put together --
3           SPEAKER:  She --
4           MR. INDIANA:  Oops.
5           SPEAKER:  No, the last time I heard
6    from him was probably --
7           MR. INDIANA:  Oh.
8           SPEAKER:  There was also a beep
9    that came from somewhere.
10          SPEAKER:  A beep?
11          SPEAKER:  Yeah.  But it was --
12          (Whereupon, the video was stopped.)
13   BY MS. ZERNER:
14      Q   I think I'm going to move this along.
15   We can get out of this video.
16          Now, you produced several videos of that
17   same visit; correct?
18      A   Yes.
19      Q   And did you manipulate any of the videos
20   in any way?
21      A   No.
22      Q   All right.  I think I'm about finished.
23   If you give me one moment.
24          MS. ZERNER:  And I'm sorry, what
25   was the next exhibit number?

Page 176

1           TIMOTHY GINEXI
2           COURT REPORTER:  I marked that
3    video with the numbers you gave me as
4    Number 10.
5           MS. ZERNER:  All right.
6    Mr. Ginexi, I don't have any further
7    questions.  Thank you.  Mr. Rakower
8    might have some follow up.
9           MR. RAKOWER:  I have no further
10   questions.  Thank you for your time.
11          THE WITNESS:  Thank you.
12          MS. ZERNER:  All right.  You are
13   free to go.
14          Thank you, Tim.
15          THE WITNESS:  Thank you.
16          THE VIDEOGRAPHER:  Off the record
17   1:39 p.m.
18          (Thereupon, the deposition was
19          concluded at 1:40 p.m.)
20
21
22
23
24
25

Page 177

2           C E R T I F I C A T E
3        I, Clifford Edwards, Certified Shorthand
4    Reporter, do hereby certify that prior to the
5    commencement of the examination, the witness was
6    duly remotely sworn to testify to the truth, the
7    whole truth and nothing but the truth.
8        I DO FURTHER CERTIFY that the foregoing is
9    a verbatim transcript of the testimony, that said
10   deposition was taken by me stenographically at the
11   time and date hereinbefore set forth, and the
12   foregoing is a true and accurate transcript of the
13   testimony.
14       I FURTHER CERTIFY that I am neither of
15   counsel nor attorney to any of the parties to said
16   suit, nor am I an employee of any party to said
17   suit, nor of any counsel in said suit, nor am I
18   interested in the outcome of said cause.
19       Witness my hand and seal as Notary Public
20   this 9th day of November, 2021.
21
22   _____
23           Clifford Edwards
24           Notary Public
25   My commission expires:  9/30/2026



Page 178

2          J U R A T

3

4        I have read the foregoing 177 pages

5      and hereby acknowledge the same to be a

6      true and correct record of the testimony.

7

8

9

10      _____

11        TIMOTHY GINEXI

12

13  Subscribed and sworn to

14  _____.

15  Before me this _____ day of _____,

16  2021.

17

18

19

20

21  _____

22  Notary Public

23  My Commission Expires:

24

25

Page 179

2      DEPOSITION ERRATA SHEET

3

4  Page No._____Line No._____ Change to:_____

5  _____

6  Reason for change:_____

7  Page No._____Line No._____Change to:_____

8  _____

9  Reason for change:_____

10  Page No._____Line No._____ Change to:_____

11  _____

12  Reason for change:_____

13  Page No._____Line No._____Change to:_____

14  _____

15  Reason for change:_____

16  Page No._____Line No._____ Change to:_____

17  _____

18  Reason for change:_____

19  Page No._____Line No._____Change to:_____

20  _____

21  Reason for change:_____

22

23

24  SIGNATURE:_____DATE:_____

25  NAME: TIMOTHY GINEXI

MAGNA
LEGAL SERVICES

## A

**ability** 50:18
**able** 70:8 151:7
**acceptable** 126:7
**accepting** 44:9
**access** 155:3
**accurate** 161:25
  177:12
**accurately** 6:20
  7:18,21
**acknowledge** 178:5
**acquainted** 8:2
**acted** 171:24
**activities** 150:2
**actual** 157:11
**advance** 151:10
**advantage** 132:7
**advice** 59:4 100:23
**advise** 59:9 152:21
**advised** 143:7
  152:20
**advisement** 58:14
  58:16,25
**aesthetically**
  131:10
**affix** 43:19,23 46:6
  46:10 47:4,11
  74:25
**affixation** 38:13
  64:2 65:9 74:16
**afford** 103:3
**afraid** 157:12
**ago** 25:22 26:9,12
  26:13,22,23,23,23
  26:24 60:18 63:10
  138:11
**agree** 149:13
**agreements** 34:13
**AHAVA** 71:9
  147:13
**ahead** 51:8 79:12
  79:19 99:2 100:19
  123:11 143:17
  147:2,3,4 170:10
  174:20

**AIA's** 20:24 24:21
  29:17 31:9,25
  35:24 36:25 38:12
  56:6
**alcohol** 7:16
**Alex** 10:3 32:9
**alive** 62:5
**allegations** 130:4
  130:15 153:5
**alleged** 56:17 57:19
**allow** 117:8
**allowed** 50:18,20
**Alphabet** 71:11,12
  71:14 147:15,16
  163:10
**ambitious** 168:8
**Amended** 57:7
**American** 1:8 4:23
  24:6 150:2 152:13
  152:16 153:3
  161:22 162:12
  168:4 172:8
**amicably** 120:22
**amount** 69:8 105:7
  105:9 115:11
**and/or** 79:25
**anger** 135:17
**angry** 116:20
**Annette** 13:12 15:6
  40:23 46:17 48:14
  49:7 128:15 130:5
  134:6 143:7
**Annette's** 107:17
**answer** 6:4,10,12
  7:21 50:25 52:7
  53:3 78:19 79:15
  84:12 100:21
  132:10,23,24
  137:3 150:11
**answered** 51:7
**answering** 7:17
**answers** 6:14 44:14
  52:11 138:10
**anybody** 12:24
  13:7 34:14 65:22
  131:21 137:12

**anymore** 11:2 28:4
  82:9 102:21
  170:20
**anyway** 168:12
**Apologies** 106:17
**apologize** 11:24
  36:15 75:17
  130:19 132:17
  155:16
**appear** 70:15,18
**appearances** 4:16
**appeared** 69:25
**appearing** 72:10
**appears** 96:22
**application** 55:23
  63:23 65:6 76:4
**applications** 16:14
**applied** 44:22
  45:11,14 54:13
  55:10,11,16
  141:13,17,20
**applies** 38:24 93:21
**apply** 54:17 83:2,9
  123:19
**applying** 47:16
  54:9,20,24 127:18
**appreciate** 44:13
**approval** 168:8
**approve** 79:20
  168:11
**approved** 163:17
  163:21 165:15
**approximately**
  10:19 13:21 14:18
  45:17 46:24 48:16
  81:22 88:15 89:17
  115:3 141:7
**April** 159:22
**arguing** 79:6
**art** 1:5,8 4:5,19,24
  5:13,18 9:15,18
  11:11 12:19 15:21
  25:13 27:9,19,22
  27:24,25 28:9,12
  28:14,18 30:3,4,5
  30:8 32:10 33:4,5

37:25 47:7,8 54:7
  57:7 65:16 66:5
  68:15 71:6 74:16
  75:4 79:9 87:15
  87:18 88:12 89:3
  89:9 96:13 102:21
  103:18 107:22
  110:2 117:22
  124:8 129:7,9
  131:9 147:7
  149:16 150:2
  152:13,16,21
  153:3 161:13,22
  162:16 172:7
**artist** 131:8 149:23
  152:11
**artists** 9:5,17,23,24
  26:8 172:6
**Artsy** 32:13,21
**artwork** 12:10,11
  25:17 32:20,21,22
  33:2 38:7 43:22
  51:4 63:18 64:19
  65:13 68:6,16,21
  72:13,15,20,23
  92:2,3,8 104:16
  105:8,10 112:6
  124:23 131:5
  134:17 142:20
  148:15,17,18,19
  149:4 151:12,14
  152:19 154:6,13
  154:18 161:10
  162:2 167:11,14
  168:4
**artworks** 11:12,25
  12:5 22:14,25
  25:18,20 27:5
  28:2,6 29:2,11,18
  29:22 30:5,17,25
  31:2,10,14,16,22
  32:7 33:15 34:8
  35:3,25 36:11,12
  36:22 37:3,8,18
  41:7,12 46:6,10
  47:5,12,17 48:4

48:10 49:16,19,21
  50:2,6,11 51:12
  51:16 52:13 53:5
  53:6,9,18 55:24
  58:4 63:16,21,24
  64:3,22 65:3,6,9
  69:4,10,15,18,21
  69:25 70:9,16,19
  70:25 71:16 72:8
  73:25 74:10,21,25
  75:25 76:5,9 80:5
  88:24 89:5,8,11
  89:16 90:3,4,11
  92:5,10,14,17
  103:25 105:2,13
  105:14,15,18,24
  107:19,24 108:3,5
  108:11,12,20
  110:7,12 112:3,9
  113:20 114:2,4,9
  115:4,22 123:15
  123:20 124:8,15
  125:23 126:8
  127:14,19 128:6
  128:13,20 133:11
  134:10 140:14
  141:7,13 143:22
  145:8,17,21,22
  146:2,6,17,21
  148:12 149:12,17
  162:3 167:20
**aside** 17:13 85:4
  92:14 144:3
**asked** 10:7 20:19
  44:14 45:4 51:7
  74:6 80:11 81:11
  81:16 82:20
  127:12 128:8,21
  138:11,14 148:5,9
  148:11,24 149:9
  153:6
**asking** 5:15 21:6
  36:14 44:17 64:18
  96:24 123:10
  128:15 138:18
  139:7,9



**asks** 100:12
**aspect** 99:17 120:5
**ass** 131:4
**Assemble** 111:19
**asserted** 50:20
**assertions** 5:17
**assistance** 155:21
**assistant** 9:2,8,16
**assume** 5:23 139:18
**assumed** 44:10
  72:25 73:5 86:5
  108:25 132:4
**assumption** 78:12
  79:7
**attach** 57:16
**attached** 57:3 58:5
  60:14 159:18
**attack** 119:4
**attempts** 32:2,6
  34:7 35:24 36:10
  37:2,7 56:6
**attorney** 5:13 6:9
  60:4 177:15
**attorneys** 86:16,21
**attributed** 11:13,17
  12:2,5,10
**auction** 32:8,11,12
  32:23 33:15,21
  34:3,10 35:4,6,15
**audibly** 6:12
**August** 88:3 103:20
  103:21 115:16
  116:6,9,18 130:21
  151:11
**authority** 41:22
  42:4
**authorization**
  63:20 65:3 74:10
**authorizations**
  75:24
**authorized** 41:18
  44:3 128:22
  133:12 134:10
  168:18
**autograph** 38:25
**automatic** 139:15

139:18
**Avenue** 2:6
**avoid** 151:12
**aware** 87:17 97:4
  143:11
**A-R-T** 71:5 147:7
**a.m** 1:17 4:8 61:12
  61:20,22,23,25
  109:18 111:18

_____

**B**

**back** 11:3 23:19
  25:5,10 26:3 27:6
  27:12 40:8 45:21
  45:25 56:2 57:24
  60:25 61:14 72:17
  77:17 81:7 88:8
  103:16,16 104:6
  104:12 123:15
  144:25 145:7
  148:8 151:7
  157:15,18,22
  160:14 162:5,6,19
  163:5,6,6 166:5
  172:4 173:19,22
**backed** 160:16
**background** 91:10
  164:13
**bad** 109:25 129:23
  130:18
**bared** 141:25
**barn** 25:10 26:4
  27:8,14 91:17
  104:6 107:22
**based** 37:21
**basement** 26:4
  27:10,20,23 28:6
  89:12,19 90:5
  91:25 92:6 104:17
  105:11,18 107:19
  108:21
**basements** 27:8
**basis** 10:25 11:4
**Bates** 3:12,14,19
  90:22 91:5 106:22
  107:9 157:3

**bearing** 41:8 55:19
  126:8
**bears** 90:22 106:22
**beep** 175:8,10
**began** 51:16 52:19
  53:21 125:19
**begins** 4:3 31:6
**behalf** 2:4,11 4:19
  4:22
**belief** 53:10
**believe** 10:3 32:13
  37:21 41:3 42:9
  43:4 50:10,15
  51:3 52:2 60:7
  70:23 71:2,12,19
  85:2 90:7 95:13
  106:8 107:4
  110:15 111:10,25
  113:24 114:10
  115:8 126:10
  130:23 132:11
  133:3,5,6,7
  137:22 138:15
  139:9 142:2
  146:11,13,19,23
  146:24 147:16
  149:2 150:12
  153:21 154:24
  162:13,24 165:7
  173:5
**believed** 133:12
**best** 24:18 53:9
  70:8,13 75:13
  83:24 110:11
  120:17 139:14
  172:21
**better** 173:15
**beyond** 29:12
**big** 91:17 96:6,22
  137:20 171:7,9
**bit** 80:24 158:15
  163:24
**black** 96:6,23
**blackmail** 119:11
  119:12
**blue** 169:19,22,25

169:25
**Bob** 159:2 164:19
  171:19 172:2
**Bob's** 172:25
**BODY** 163:12
**Boston** 2:13
**box** 29:25 96:6,23
**boxes** 84:4,14 167:9
**brag** 153:16
**brand** 102:4
**break** 6:2,5 61:5,12
  61:18 144:6,16,18
  170:20
**breeze** 57:15
**breezed** 57:13
**Bridget** 2:12 4:21
  23:6 29:7 57:21
  60:22 61:7 94:3
  96:24 144:4
**Brief** 63:5
**bring** 30:7 37:9
  68:15,21 70:12
  72:19 78:23 79:3
  103:15 104:9,10
  113:14
**bringing** 44:8 72:7
  104:5,6 114:6
**broke** 28:11
**broken** 173:23
**broom** 139:12
**brought** 25:5,23
  26:3 27:6,7 30:10
  40:7 42:11 62:16
  68:24 71:17,19
  72:2 105:5 121:12
  121:13,25 145:19
  167:14,16,19
  168:5
**bucket** 82:9
**buffalo** 166:3
**building** 73:3 91:9
  91:14,21
**bullshit** 77:22
  129:5
**bully** 154:17
**bullying** 172:10

**bunch** 32:9 70:21
  96:13 167:16
**Bury** 118:25
**bus** 30:8 109:18
**business** 4:23 33:4
  47:23 102:15
  116:22 119:6
  120:6,22 121:8,15
  121:18,24
**buy** 164:23
**buying** 103:3
**bzerner@markh...**
  2:15

_____

**C**

**C** 2:2 177:2,2
**calendar** 70:3,4
**call** 52:16 101:2
**called** 129:13
**calls** 79:8
**camera** 160:6,7,9
  160:17
**canvas** 46:6,10 47:5
  47:11 48:4,10
  123:20 124:8
  127:19
**canvases** 43:13,14
  43:20,25 44:8,10
  45:20 69:19,22
  76:21 77:18 78:7
  79:9
**car** 3:14 105:4
  107:10,17,18,24
**caretaking** 172:22
**carrying** 166:7
**cars** 30:7 105:4
**case** 1:4 16:20
  17:17 34:19,22
  59:10 102:12
  122:13
**Casey** 15:15
**catch** 165:6
**categories** 20:15,19
**category** 20:22
  31:24 56:4,15
  58:3



**cater** 171:17
**caught** 130:7
  131:22
**cause** 177:18
**cc** 99:13
**certain** 139:8 168:6
**Certified** 1:16
  177:3
**certify** 177:4,8,14
**chair** 171:14
**change** 13:14 179:4
  179:6,7,9,10,12
  179:13,15,16,18
  179:19,21
**chaos** 89:25
**chat** 95:12,14
**chatting** 95:4 131:4
**check** 95:22 157:14
**checking** 84:5,15
**Chinese** 171:2
**chip** 38:21
**Chris** 15:7,17 68:20
  73:18 164:14,15
**Churachillo** 15:12
**circumstances** 58:5
**city** 25:21 26:10
**claims** 5:17 119:18
**Claire** 160:5
**Clara** 15:6
**Clara's** 15:9
**clarification** 136:21
**clarify** 45:3 51:19
  93:10
**clarifying** 53:3
**Clark** 68:20 164:14
  164:15
**clear** 15:20 34:2
  50:9,25 52:6,12
  75:18 132:9,20
  138:9 152:7
**clearer** 49:12
**client** 94:9
**clients** 9:3,4
**Cliff** 4:14
**Clifford** 1:15 177:3
  177:23

**close** 26:9,19 69:16
  89:20 120:22
  121:8,15,24
  155:17
**closed** 25:5,22
  26:16 27:7 90:8
**closing** 102:15
  121:18
**clue** 79:5
**COD** 81:20
**coffee** 171:19
**collect** 84:21
**collected** 81:9 82:5
**collecting** 80:25
  87:5
**collection** 32:10
**color** 21:14 23:20
  74:3
**colors** 170:2
**combined** 162:3
**come** 9:14 10:4
  11:6 23:19 72:16
  77:17 82:4 84:23
  85:10,11 86:16,21
  87:11 117:21
  151:7 153:18
**comfortable** 171:14
**comfy** 166:21
**coming** 15:3 40:8
  67:13 71:20 88:15
  95:22 104:8
  116:21 124:22
  125:9 150:13
  155:15 157:20
  162:9 163:9
**commencement**
  177:5
**Commercial** 2:13
**commission** 177:25
  178:23
**communicate** 16:5
  16:14
**communicated**
  143:19 149:15,19
**communicating**
  59:12

**communication**
  24:7,9
**communications**
  20:23 23:25 24:20
  29:16,23 31:9,25
  35:2,23 36:25
  37:21 38:12 56:5
  56:16 149:22
**company** 105:20
**complain** 42:12
  116:12 150:21
  168:22
**complained** 116:10
  116:13 135:21
  150:14,25 151:25
**complaining** 151:5
  151:9,19
**complaint** 56:17
  57:7,20
**complaints** 151:17
  152:2,5,6,8
**completely** 7:18,21
  132:23
**complied** 168:14
**computer** 82:6,7
  84:5,15,24 85:18
  85:22,25 160:10
  160:15,17,19
**computers** 85:20
  86:2
**conceal** 35:25
  36:10,12
**concealing** 148:14
**concealment** 36:21
  148:12
**concern** 36:9 60:20
  152:17,25
**concerning** 20:24
  22:13,22 24:20
  28:25 29:10,16
  31:9,21,25 35:24
  36:25 38:12 56:5
  56:16 57:18
  148:11
**concerns** 108:10
  153:4

**concluded** 176:19
**condition** 28:14
**conducted** 6:17
**conducting** 86:25
**conference** 6:18
**confirm** 22:21
  93:12
**confused** 44:16
  45:8
**confusion** 155:19
**conman** 60:6
**Connecticut** 26:17
  26:20
**connection** 8:7
  12:25 13:4 20:20
  87:9
**consider** 152:12
**consistent** 124:18
  125:4
**contact** 119:5
**containers** 159:10
**context** 59:15
  137:12 139:23
**continue** 11:16,25
  27:22 123:10
**continued** 47:4
  50:21
**continues** 126:22
  128:17
**contract** 11:19,20
  11:21 34:12 50:16
  125:2 126:16,16
  126:17 142:25
  143:2
**contracts** 83:15
  142:23
**contractual** 66:8
**Conty** 97:14 100:4
**Convention** 66:19
**conversated** 34:9
**conversation** 58:22
  59:15,20 63:8,14
  63:17 64:16 65:25
  66:6 133:17
**conversations**
  58:18 63:5 64:25

73:14
**coordinate** 125:7
**copy** 22:18,22 29:9
  35:12 81:19 83:12
  115:24
**copyrights** 150:3
**cordial** 120:16
**corner** 90:25 95:18
  106:23 162:8
**correct** 12:3 37:19
  46:7 48:6 49:16
  49:19 50:3,4,13
  51:13,17 52:20
  53:10,13,18 55:17
  55:20 62:5,6
  75:25 76:5,6,9,10
  76:15,16 78:4,7,9
  78:11 104:20,21
  105:2 108:13
  123:20,22,25
  124:4,9 125:13
  127:20,23 141:10
  149:5 161:23
  175:17 178:6
**correctly** 70:24
**Cottingham** 10:3
**counsel** 4:15 17:24
  18:8 24:10 81:11
  81:15 87:14,17
  88:11 103:18
  177:15,17
**count** 14:13
**country** 138:4
**couple** 26:22 72:18
  144:9 166:24
  173:5
**course** 157:17
**court** 1:2 4:13 5:2
  6:15 7:10 16:20
  17:3,13 34:19,22
  107:6 117:16,21
  123:4 132:19
  136:20,25 157:5
  176:2
**courts** 50:17
**court-ordered**



151:10
**covered** 15:19
  75:11
**covering** 108:13
**covers** 108:3,6
**COVID** 10:11,12
  10:17 13:17 48:20
  49:3 53:21,24
**crapped** 82:8
**crazy** 129:19
**create** 32:23 33:21
  132:7
**created** 11:12
  124:15 127:4
  131:5 140:18,22
  140:23 143:12,23
**CROSS-EXAMI...**
  3:5 148:2
**Crouse** 2:20 4:12
**currently** 7:15
**cushion** 171:15
**custody** 17:7,9
**Cyphers** 120:9,20
  121:3

**D**
**damaged** 106:3
  108:11
**Danbury** 26:2,15
  26:17,18,20 27:7
**dark** 169:25
**date** 26:11 47:13
  54:17,18,20,24
  55:5,9,11 72:4
  117:24 142:10,11
  142:13,13 159:21
  177:11 179:24
**dates** 32:15 54:14
  55:2,6 87:25
**daughter** 17:8,9
**day** 12:2 62:17
  68:14 71:25 88:17
  88:21,22 114:9,11
  160:9 172:4
  177:20 178:15
**days** 11:7 83:20

**deals** 34:14
**dealt** 9:3
**death** 27:2 48:22
  49:2 50:11 52:24
  53:2 126:25
**decent** 69:8 105:7,9
  115:11
**decided** 28:17 98:6
**declaration** 58:6
  60:11,21 122:13
  122:21 123:6
**Defendant** 1:9 2:11
**defending** 77:19
**definitely** 115:8
  119:14
**defrauded** 131:23
**delay** 155:17
  157:16
**delegated** 84:18
**delete** 153:23
  154:10
**deleted** 99:18
**Democratic** 66:18
**deposed** 5:6 16:16
  16:23 17:2,16
**deposition** 1:13 4:4
  4:9 6:17,23 17:19
  18:3,9,14,24
  19:25 155:9
  176:18 177:10
  179:2
**depositions** 130:4
**Depot** 109:20
**described** 58:5
  60:20 126:11
**designed** 73:4
  124:12
**detail** 117:20
**device** 39:15
**Di** 165:3
**DIE** 174:2,8
**died** 13:17 46:22,23
  47:4,14,15 48:22
  51:5 52:20 53:10
  68:2 123:25 126:3
  126:23 142:14,21

**diesel** 109:19
**different** 14:9,18
  84:19,19 119:20
**diffuse** 121:4
**direct** 3:4 5:9 24:7
  149:22
**directed** 6:8
**direction** 12:9 48:5
  50:19 51:17 80:12
  108:7 126:2
  127:23 141:23
**directly** 151:23
**directs** 19:24
**dirty** 77:21 79:9,17
**disagreement**
  44:11
**disbarred** 60:3
**disclose** 150:23
**disclosed** 150:22
**discovery** 81:12
  155:10
**discuss** 63:18,20,23
  64:2,5 74:8
  102:23 103:2
  128:25 135:2
**discussed** 63:15
  74:11 122:12
  123:18 145:12
**discusses** 31:8
**discussing** 34:6
  74:9 117:18
**discussion** 39:15
  145:7
**discussions** 36:20
  37:6 153:8
**dispute** 17:10,14
**disrupting** 116:22
**distinguish** 45:6
**DISTRICT** 1:2
**document** 19:12
  29:15 35:22 38:10
  43:5 56:24 76:25
  77:5 80:16,22
  90:15,19,22,25
  91:4,10 93:3,22
  94:15 103:7

106:20,22 108:17
  109:6 111:4,7
  112:18,25 113:4
  114:17,19 118:8
  118:12 144:3
  148:15
**documentations**
  84:10
**documents** 17:23
  18:2,20 20:4,12
  20:16,19,23 22:18
  22:22 24:20 29:9
  29:16 31:8,21,24
  32:16 34:2 35:12
  35:23 36:4,9,24
  37:17 38:11 55:22
  56:5,12,16 57:18
  58:3 60:19 77:6
  80:25 81:9,12,13
  81:16,22 82:4,5
  82:20 83:13,16,19
  84:21 86:22 87:2
  87:6 92:24 93:21
  94:4,5,15 99:15
  101:3,9,20 109:10
  111:7 113:4
  115:25 118:13
  119:18 129:23,24
  148:9,11,14,20,24
  150:23 153:24
  154:10
**doing** 4:23 10:24
  12:7 43:15,18
  46:17 47:22,25
  48:2,5 50:15 55:3
  55:8 63:12 64:20
  68:4,13 83:21
  84:8 85:6 96:17
  117:3 123:24
  127:22 128:2,4
  129:7 134:11
  143:20,21,25
  159:3,8 168:2
**door** 77:17
**doubts** 174:11
**downsize** 13:18

**downsizing** 13:16
  47:23 48:18,23
**downstairs** 25:9
**draft** 97:18
**drafts** 100:13
**drama** 132:7
**Dream** 162:12
**drive** 23:7 38:22
  81:14,22,25 82:11
**duly** 5:6 177:6
**Dunnings** 23:7
**Dunnington** 81:18
**dying** 52:22
**Dylan** 70:25 71:16
  72:3 146:21
**D/B/A** 1:8

**E**
**E** 2:2,2 177:2,2
**earlier** 9:13 55:10
  65:24 80:25 91:17
  122:12 123:18
  142:22 148:5,8
  150:11 169:14
**early** 54:2 66:23
**EAT** 71:3 147:5
  162:16 174:8
**edition** 41:14,14,19
  70:2
**Edwards** 1:15 4:14
  177:3,23
**effect** 91:18
**efforts** 22:20 32:2
  34:7 35:24 36:10
  37:2 56:6 84:20
**eight** 14:3,4,7,18
  20:8 38:11
**either** 24:8 67:21
  94:8,24 106:12
  114:6
**elaborate** 8:25
**election** 66:20,21
**Emanuel** 2:5 4:11
  4:19
**emblem** 38:13
  43:20,24 148:25



40:11 58:13
121:19 161:16
**employee** 14:19
134:6 177:16
**employees** 13:11,15
13:25 14:4,7,9
45:23 136:5 140:7
**employer** 8:9
**employing** 164:18
**ended** 53:16 67:13
**entire** 69:14 84:4,7
84:8,14
**enumerated** 20:15
**ERRATA** 179:2
**especially** 139:6
**ESQ** 2:5,12
**EST** 1:17
**establish** 56:7
**established** 125:12
127:17
**estate** 97:14 100:4
100:8,9 154:5
**etcher** 164:16
**event** 62:19,23
64:12
**events** 5:17 58:4
**eventually** 160:16
**everybody** 83:23
83:25 96:13 99:13
101:9,14 102:4
121:19
**evidence** 37:20
82:16 99:21
**ex** 17:8
**exact** 14:6 21:22
26:11 32:15 47:13
68:23 69:5,6 72:4
117:24 135:23
**exactly** 16:21 28:4
32:24 33:16,23
50:13 60:23 66:23
68:24 87:24 96:11
104:3 135:24
141:8 146:19
**examination** 3:2,4
5:9 177:5

**Excellent** 144:17
**excuse** 13:2 151:17
**exercise** 145:17
**exhibit** 2:19 3:8,22
19:19,20 80:16,17
91:4,5 93:4,11,13
93:15,18,23 103:8
103:9,11 107:4,5
107:8,9 110:17,18
110:20 112:17,19
114:19,20,21
122:4,5,6,17
133:23 156:17
157:2 175:25
**Exhibits** 3:7,21
**existing** 102:24
**expires** 177:25
178:23
**explained** 125:17
**explanation** 77:21
108:20
**express** 152:17,25
153:14
**expressed** 108:10
**extended** 73:15
**extort** 119:16
130:14
**extortionist** 132:16
**e-mail** 3:15,16,17
16:9 24:16 75:19
82:25 109:11
110:6,9,14,20
111:11,14 112:8
112:13,19 113:7
114:21
**e-mails** 22:12,21
23:2,10,13,18
24:4,11 28:24
81:25 82:19,21
83:10

---

**F**

**F** 177:2
**fabricated** 21:18,18
21:21,23
**fabricates** 22:5

**fabrication** 20:24
21:8 22:13,24
92:17
**fabricator** 21:25
**facilities** 15:24
**facility** 22:10 92:11
104:18 105:19
107:20 108:22
115:23 145:9,23
146:4 150:9
**fact** 152:20
**facts** 5:16 56:17
57:19 58:4 59:11
60:20
**fairly** 46:15,18
**fall** 81:5,8
**falsely** 126:25
127:2
**familiar** 7:23 21:4
21:5,7
**family** 17:3,6,7,13
65:22 75:9 121:16
121:19 149:20
**far** 97:4
**farmers** 164:6
**favor** 59:17
**favors** 159:8
**Fax** 2:7,14
**fear** 153:9,11,15,21
153:22
**feel** 84:17 128:20
**feels** 166:11
**felt** 83:20 116:14
133:10 150:15
**fights** 153:17
**figure** 165:11
**file** 158:20
**files** 84:5,15 157:10
159:25 160:10
**fill** 69:14 109:19
**filled** 125:2
**filling** 130:4
**find** 23:3,15 29:8
34:17 82:23 83:6
**fine** 61:8 166:11
**finish** 111:19

126:16 128:9
137:3 143:17
**finished** 51:22
175:22
**finishing** 11:20
142:23
**firearms** 138:21
139:3
**first** 5:6 9:11 16:19
57:7 62:9 67:10
67:14 87:21,21
88:6 93:16 96:5
125:9 134:3 167:2
**five** 31:24 96:3
107:6 110:24
**fixed** 156:13 157:13
**flash** 23:6 38:22
81:14,21,25 82:10
**flip** 56:21 60:9
**Floor** 2:6
**focused** 150:3
**focusing** 54:25 55:7
**follow** 148:4 176:8
**Following** 174:23
**follows** 5:7
**follow-up** 45:6
**footsteps** 174:23
**foregoing** 177:8,12
178:4
**forever** 83:20
**forge** 123:14
127:13
**forged** 140:15
**forgeries** 152:18
**forgery** 152:14
**forgot** 173:12
**form** 139:15
**forth** 177:11
**forward** 102:3
162:9 163:9
**Foundation** 1:5 4:6
4:20 5:14,18
65:16 66:5 75:5
87:15,18 88:12
149:17
**Foundation's** 57:7

103:18
**foundries** 143:19
**four** 11:7 31:6 41:3
41:8,9 62:8,19,20
64:11,15 66:13
67:2 88:19 109:4
113:24 140:16,21
140:25 141:4
143:3
**fraud** 101:5
**free** 176:13
**frequently** 25:8
72:17
**fresh** 120:23
**friends** 120:17
161:4
**front** 91:21 109:18
165:12 166:2
169:10
**full** 59:15 93:17,20
93:20,22 109:19
**full-time** 10:5,25
11:4
**FUN** 163:2
**further** 127:11
176:6,9 177:8,14

---

**G**

**galleries** 31:18
**Gary** 9:20 63:2
**gathered** 100:10
**gathering** 139:12
**gears** 76:11 87:13
118:3
**general** 88:23
146:17
**generally** 88:23
**gentle** 165:25
**gentleman** 68:18
68:19 164:13
166:2,6,7
**genuine** 172:6
**gesture** 6:13
**getting** 129:8 130:2
161:19
**Ghostwriter** 38:15



38:18,19 39:3,11
39:20,22 40:10,13
40:19,20 41:7,11
41:19,22 42:15,22
64:6 65:12 74:20
149:4,12
**Ginexi** 1:14 3:11
4:1,5,25 5:1,5,12
6:1 7:1,23 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1,12 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1,8
46:1 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1,24 57:1
58:1 59:1 60:1
61:1,6 62:1,3 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1,25 77:1,9
78:1 79:1,15 80:1
80:19 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1,19 91:1
92:1 93:1 94:1,13
95:1,7 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
103:15 104:1,16
105:1 106:1,19
107:1 108:1 109:1
109:6 110:1 111:1
111:3 112:1,25

113:1 114:1,25
115:1,15 116:1
117:1 118:1,8
119:1 120:1 121:1
122:1,12 123:1,5
124:1 125:1 126:1
127:1,12 128:1,18
128:21 129:1
130:1 131:1 132:1
133:1,9 134:1
135:1 136:1 137:1
138:1,6 139:1
140:1 141:1 142:1
143:1 144:1 145:1
145:5 146:1 147:1
147:21 148:1,4
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1,19
157:1,9 158:1,9
159:1,13 160:1
161:1,9 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1,6
178:11 179:25
**girl** 174:8
**girlfriend** 120:12
**give** 7:10 45:24
87:8 108:19
116:16,16 173:21
175:23
**given** 13:25 29:6
30:3 40:18,19
41:6 69:23,23
88:16 111:17
**giving** 6:13 59:3
100:23 101:4
**go** 11:3 20:7 23:20
23:21 25:11 51:8
57:24 60:8 65:24
70:7 72:17,20,21
77:20 78:14,16
79:12,19 81:7

84:23 88:8 96:3
99:2 100:19
109:19 111:24
117:22 122:17
123:11 133:23
140:10 143:17
144:5 145:7,16,20
147:2,3,4 155:25
155:25 157:19,22
170:20 172:24
176:13
**goes** 21:25 31:7
66:3 127:11
**going** 5:15,23 17:8
23:22 34:20 37:25
44:15 64:18 68:16
73:6 77:4 79:21
86:3,4,9 87:13
91:3 99:20 102:17
102:20 117:4,5
118:11 121:5
132:6,21,22 135:9
137:3 138:2 144:7
148:8 154:23
155:5,17 156:15
157:15 158:9,14
160:21 163:5,24
164:20 168:7
169:18 170:9,14
170:15,17 174:9
174:10 175:14
**Gonzalez** 3:18
39:10 58:6,9
59:17 60:12 77:25
78:3,7 95:15
97:12 98:22,24
99:9 100:12
118:20,22 119:10
122:7,13 123:13
129:2,13,17
130:20,24 131:18
131:19 132:11
133:2,18 149:3
152:17,24 153:14
153:16
**Gonzalez's** 98:18

122:20
**good** 5:12 50:12
59:22 61:4 129:20
131:2 134:19
144:6,10 159:5,6
161:6 171:2
173:11 174:17
**goods** 119:6
**Googled** 35:11
**gotten** 136:4,5,5
**grabbed** 83:3
**grateful** 161:5
**great** 93:24 135:11
145:3 156:3 159:8
165:20
**green** 169:20,23
**group** 3:18 95:11
95:14 122:6
**guard** 130:7
**guess** 14:22 22:7,11
30:20 33:17,18
42:24 95:17
100:23 120:23
131:17 133:6
137:14,18,18
139:11 142:16
162:7
**gun** 134:23 135:2
135:12,14 137:9
137:14,18,20
138:3,23 139:10
139:13,16,17,18
153:7
**guns** 136:15,16,18
137:6,16,23 138:3
138:13,16,19
139:4,5 140:7
153:7
**guy** 59:25 129:20
131:2 135:4
137:20 153:19
167:25
**guys** 29:7 79:5

———————
**H**
**hair** 164:13

**half** 26:22 46:25
47:3
**half-and-half**
159:10
**hand** 177:19
**handed** 29:3
**handicapped** 73:2
**handled** 31:17
**Hannah** 15:6
**happen** 149:7
**happened** 32:17,18
85:3 173:25
**happening** 130:3
**happy** 116:20
135:25
**hard** 14:5 22:18,22
29:9 35:12 83:12
115:24
**head** 15:2,5 84:17
85:8 145:25
**headed** 101:5
**heads** 173:22
**hear** 42:8 44:17,20
58:20 59:3 76:17
76:20 138:19
150:20 151:16,18
151:22 152:2,6,9
168:3,17
**heard** 42:12 44:6
76:7 92:23 121:13
125:13 134:25
136:14 137:5,8
138:12 140:5
151:21,23 175:5
**heater** 28:8
**held** 8:13 10:8
32:12 89:8,18
114:5
**hell** 59:24
**Hello** 159:4
**help** 47:22 72:19
102:4 130:9 131:7
131:9
**helped** 68:15
105:21
**helping** 68:17



**hereinbefore**
  177:11
**he'll** 135:6
**hi** 63:11 64:17
  120:20 158:22,25
  159:2
**hiatus** 52:16,19,25
  53:13,16 54:10
  124:3
**hide** 153:23 154:9
  154:12
**hiding** 92:24 101:3
  101:9 148:14
  154:8
**high** 40:15 170:21
**highest** 13:24
**hips** 173:23
**histories** 35:6
**history** 35:5 129:24
  153:17 172:2,7
**hit** 61:16 156:15
**hold** 8:15 56:7
  112:6 155:14
**holding** 92:2
  169:10
**home** 109:20
  160:17
**honest** 52:6
**honestly** 147:10
**hope** 12:4,7,11,13
  33:17,19 41:4,8
  41:10 62:19,22
  70:3,15 80:7,8
  96:19 105:14
  113:25 120:21
  140:16,16,22
  141:2,4 143:3,10
  143:11 146:2
  163:7,8 165:7,7,8
  169:11,13
**hopefully** 111:18
**HOPEs** 33:18
**Hopewell** 7:3
**hot** 115:14
**hours** 13:18 83:20
  129:8,8

**house** 6:25 27:15
  27:20,23 28:9,11
  67:21 91:15
  109:19 117:3
  159:18
**hundred** 42:8 69:3
  132:13 146:16
**hundreds** 140:15
**hungry** 171:20
**hypothetical**
  126:12

———————
**I**
**idea** 21:13
**identification** 19:22
  80:20 91:7 103:13
  107:11 110:22
  112:21 114:23
  122:8 157:4
**identify** 83:10
**iMac** 82:7
**image** 1:8 4:24 24:6
  41:8 70:15,18
  71:3,5 91:12
  150:2 152:13,16
  153:3 161:22
  162:6 168:4 172:8
**images** 69:25 70:7
  70:21 96:10
  119:18 161:11
**iMessage** 95:8
**imported** 160:14
  160:16,16
**impression** 172:12
**include** 11:12 32:9
  98:22
**included** 33:15
  70:10,25 94:23
  97:22,24 98:12
  99:10
**includes** 70:22 98:8
  101:14
**including** 38:14
  94:6,10
**incorrect** 47:6
**INDEX** 3:2,7

**Indiana** 9:6,7,9
  10:2 11:13,14,17
  11:21 12:2,6,11
  13:17 20:25 21:8
  22:14,25 24:6,8
  24:21 25:2,12,18
  25:20,23 27:25
  29:2,11,18,22
  30:22,23 31:2,4
  31:10,14,22 32:2
  32:6,9 33:14 34:8
  35:3,8,25 36:11
  36:22 37:2,8
  38:14 39:11,16,18
  39:25 40:7,16
  41:5,18 42:4,8,10
  42:14 43:11,12,16
  43:18 44:3,6,9,11
  44:18 46:22,23
  47:4,14,15,17
  48:22 51:4,5,12
  52:20,21,22 53:10
  55:24 56:7 62:4
  62:21,22 63:4,16
  64:9 66:11,24
  67:12,14,17,22
  68:2,4,10,17 69:2
  69:23 71:20,24,24
  72:8,10 73:3,4,10
  73:20,24 74:8,13
  74:15,19,24 75:4
  75:8,12,14,19,21
  75:24 76:3,7
  82:24 89:5,8,16
  90:3 92:17 102:24
  105:15 107:24
  114:2 123:25
  124:13 125:13
  126:3,23 127:2
  128:22 133:11,12
  133:14 142:14,21
  143:22 145:18,19
  148:12,15,15,19
  149:2,17 151:19
  151:19,23 152:9
  152:18 154:6,12

  161:15,21 162:2
  163:17 164:19
  165:15 166:16,18
  167:15,20,21,24
  167:24 168:11,17
  168:21 169:10,19
  169:22 170:3,12
  170:17 171:14,17
  171:23 172:3,10
  172:13,13,18,20
  173:16,18,25
  174:6,11,21 175:4
  175:7
**Indiana's** 12:13
  21:5 26:7,25
  38:13 43:20,23
  44:22 45:12,15
  46:6,10 47:11
  48:4,10,22 49:2
  50:11 55:20 73:7
  79:6 100:9 123:14
  123:19 124:8
  126:9,25 127:13
  127:19 128:6,19
  134:7,9 141:12
  168:8,14 172:21
**indicate** 124:14
**indicated** 163:20
**indicating** 126:25
  127:3
**indirectly** 135:16
**influence** 7:16
**information** 23:3
  31:15,20 34:20
  37:23 116:14
  118:24 119:9,18
  150:15,22 151:2
**inner** 118:24
**inside** 91:25
**insinuated** 41:21
**insinuating** 128:11
**inspection** 151:8,11
**instance** 34:6 59:7
  135:23
**instant** 16:13
**instruct** 80:9

**instructed** 124:7
  126:6
**instructing** 128:13
**instructions** 87:8
  168:15
**intended** 124:14
**interaction** 64:22
  172:17
**interested** 102:2
  177:18
**interests** 172:21
  173:2
**interpret** 101:17
**interpretations**
  96:15
**intimidated** 134:11
**introductions** 63:6
**intrusive** 117:2
**invaded** 116:15,23
  150:16
**inventory** 30:24
  89:15 92:20
  102:25
**involved** 21:16
  33:21 38:2 59:8
  59:14,20 62:19
  66:7 95:2,3 99:16
  105:17 120:5
  149:25 151:13
**iPhone** 95:9
**island** 159:19
  164:17
**issue** 28:11
**issues** 17:3 56:17
  60:20
**I's** 156:21

———————
**J**
**J** 178:2
**Jade** 174:7
**Jagger** 174:8
**Jamie** 24:8 42:13
  67:14 73:17 166:6
  166:8 172:17,20
  172:20
**January** 77:16 97:8



97:11
**jeez** 30:19
**jewelry** 174:10,16
**Jimmy** 158:25
**job** 131:24
**John** 100:13,17
**joke** 109:25
**July** 109:14 111:15
  113:11 115:12
  145:13
**Junction** 7:3
**June** 10:21

**K**

**Kate** 15:7,15,15
**Katie** 15:6,12,12
**Katonah** 15:22
  62:12 150:13
  151:7
**Katz** 10:3 32:9
**keep** 50:18 54:6
  153:24
**keeping** 44:10
**kids** 14:16
**killing** 137:12
**kind** 69:18 82:8
  89:25 119:12
  131:3 139:13
  170:9 171:25
**knew** 90:9,9 135:24
  142:10 172:4
**know** 5:22 6:3
  10:18 14:14,15,21
  15:9 16:20,22
  17:4,6 21:22
  23:20 24:25 28:7
  28:8 29:21 30:8
  30:10,23 31:15
  32:5,16,17,18,24
  32:25 33:3,14
  34:13,15,23 36:6
  38:18,19 41:25
  42:2,5,11,13,25
  44:9 45:18 46:16
  48:19,19,21 49:6
  49:22 50:7,7,21

51:21,23,25 52:8
52:21 55:2,8
56:10 58:9,19
59:12,13,19,23,23
59:24 60:5,6 61:5
63:5,12,13 67:7
71:14,14 72:16,20
73:7,13 74:12
77:16 78:20,21,22
78:23,24 82:10,17
84:2,7,9,19 85:3
87:11 89:3,20,23
92:12,15,19 94:5
94:8,25 96:9,12
96:14,15,22,25
97:5,20,21,24,25
98:11,12,15 99:13
99:14,16,19,20,21
100:6,7 101:11,20
102:4,13 103:7,17
104:11 105:5
111:9 115:21
116:15,19,25
117:2,4,5,11,11
117:12,13,21
118:23 119:13,13
119:17,21 120:6
120:13,15 121:6
121:14,16,17,20
121:20,22,22
122:2 123:9
126:11 128:11
129:5,21 130:6,8
130:9,10,10,16,19
131:8,11,16,22,25
132:2,5,5,6,15,15
133:15,15 134:19
134:20 135:3,5,6
135:6,10,11,11,14
135:15,16,16,17
135:17,19,21,22
135:25 136:4,7,7
136:10,17,19
137:12,15,18,21
137:24,24 138:22
138:24,25 139:2,4

139:5,8,12,13,24
140:6,8 141:2
142:6 143:2,5,9
143:20 144:7
145:12 147:10,12
147:14 154:4
160:4,6 162:19
164:10 167:13
168:2,9 169:4
170:3,22,24
171:24 172:2,3,22
172:25 174:7
**knowledge** 5:16
  28:16 29:3,4
  30:12,17 70:9,14
  83:25 110:11
  121:23 134:22,24
  142:12 149:20
**known** 119:24
**KRUEGER** 2:19

**L**

**lady** 160:25 161:2
**language** 130:18
  131:17
**large** 39:25 40:13
  42:3 62:21
**late** 53:25
**law** 60:5
**lawsuit** 5:18 57:8
  77:19 78:22,24
  79:4 81:10 87:6
  152:3
**lawsuits** 153:24
  154:3,5
**lawyer** 58:23
**leave** 72:16,22,23
  72:24 113:15
  161:18
**leaving** 40:9 152:16
  153:3
**led** 50:14
**left** 71:24 72:12
  77:17 153:5
**legal** 1:23 4:13,14
  58:14,16,25 59:3

59:12 84:23 85:10
  100:23 120:5
  132:3
**lengthy** 57:14
**letter** 82:15
**letters** 97:13,18,21
  100:4 135:6
**let's** 20:7,22 23:9
  29:14 35:22 46:21
  52:4,4,10,10,16
  57:24 61:13 64:14
  76:11,23 80:15
  88:8,8 89:4 93:2,4
  96:3 103:8,16
  109:3 110:16,23
  112:16 114:20
  118:5,5 122:3,9
  122:16,25 125:19
  125:22,25 140:10
  144:17,18,18
**level** 119:20 173:5
**leverage** 130:11
**liar** 119:2 132:12
  133:3,6
**Lichtenstein** 9:20
  63:2
**life** 119:5 136:11
**lifetime** 124:13
**light** 169:24
**liked** 174:15
**likes** 137:18,23
  138:16
**limited** 1:5 5:14,19
  155:10
**line** 61:15 179:4,7
  179:10,13,16,19
**lines** 105:7
**link** 94:4 106:12
**Lipson** 119:5
**list** 20:15 24:10
  70:7 83:9
**listening** 64:25
**litigation** 150:24
  151:13 152:8
  154:13
**little** 9:13 10:11

46:21 52:8 53:15
  80:24 130:8,16,16
  130:16 158:15
  160:22 163:24
  171:8
**live** 120:18
**lived** 164:17
**LLC** 2:12
**LLP** 2:5 4:11
**loaded** 108:12
**located** 89:12 90:3
  90:4,11 92:21
**location** 21:22
  37:14
**lodge** 6:7
**long** 8:13,19 10:14
  18:16 26:9,12
  46:24 49:24,24
  50:5 63:3,10
  64:16 73:12 83:18
  111:17 164:13
  166:12 170:10
  171:8
**longer** 53:15
**look** 20:22 23:12
  35:22 97:7 148:10
**looked** 22:23 85:17
  171:25 174:14
**looking** 33:2 36:16
  120:23 121:24
**looks** 96:19 97:8
  167:11 169:3
**lose** 136:2
**lot** 14:15 17:4,5
  25:3,12,13 30:9
  30:20,22,23 31:5
  33:5 45:18 46:15
  47:21 64:17 68:23
  68:25 96:13 138:3
  172:6
**loud** 135:3
**LOVE** 35:15 70:18
  70:22 76:21 77:18
  77:20 78:7,14,17
  78:25 79:9,9 80:5
  80:6,10 146:6,7



149:11 152:22,23
162:6,8,19
**lower** 90:24 106:23
**Luke** 97:14 100:4,6
100:7
**lumberjack** 166:4
**lying** 129:4,13
131:19

**M**

**MA** 2:13
**machine** 38:21,24
40:5 41:7 42:24
137:14,16 139:10
**mad** 136:4,5,5
**Madison** 2:6
**MAF0060242** 3:14
106:23 107:10
**MAF0060248** 3:12
90:23 91:6
**Magna** 1:23 4:12
4:14
**MAH00170** 3:19
155:6 156:22
157:3 158:19
**Maine** 23:19 42:14
59:8 64:13 66:15
66:16 67:2,3,24
68:7,22 70:11,13
72:3,8 73:10
159:16 160:14
**mainland** 164:24
**maintaining** 28:14
**majority** 31:3
**making** 21:14,14
46:16 47:7,8
48:19 54:6 133:10
152:18 171:2
**man** 7:23
**Manhattan** 62:20
**manipulate** 159:25
175:19
**manually** 23:12
**manufacture** 11:10
11:25 12:10,18
23:23 49:7 50:21

78:25 126:15
152:21
**manufactured**
12:12 15:23 53:5
150:8
**manufacturing**
11:18 40:6 47:20
47:21 49:5 50:18
52:22 79:23
102:20
**map** 101:4
**March** 10:19
**mark** 19:19 80:15
91:4 107:3 110:16
112:16 114:19,20
122:3 156:17
**marked** 3:21 19:21
80:19 91:7 93:4
93:13,15 103:7,12
107:11 110:21
112:20 114:22
122:8 155:6
156:21 157:4
158:19 176:2
**market** 164:3,6
**Markham** 2:12
4:22 100:17
**master** 150:6
**match** 43:11
**materials** 15:25
17:20 79:24
**matter** 4:5 59:2
**Matthew** 2:20 4:12
**McKENZIE** 1:8
3:10,15,16,17 4:6
4:23 5:19 7:24
8:10,16,18,20,24
9:11,24 10:5,9,14
10:23 11:4,23
12:3,9,19 13:6,15
13:20 14:2,11,19
15:21 16:3,6
20:24 24:5,17
25:17 28:13 29:21
31:22 34:7 35:3
35:17,19 36:21

37:7 38:4 39:8,9
39:11,13 41:6,15
41:17 42:23 44:2
46:2,5 48:9 49:25
53:16 54:4,6
58:13 62:13 67:16
76:13,14,20 77:13
77:15 78:4,6,13
78:16 79:8 80:4,9
80:18 82:24 84:21
85:5,10 86:7,25
87:5 92:23 95:15
97:12,17 98:4,6
98:18,21 99:8
100:3,12,25
101:14,24 102:23
105:23 108:10,19
109:12,17 110:21
111:11,17 112:20
113:8,13,18,22
114:22 116:8
119:23 120:18
121:7,11,23
123:13 124:7
125:10,16,25
126:5,6,20,24
127:12 128:5,21
130:21,25 131:20
133:3,11 134:5,6
134:11,15,18,23
134:25 136:2,14
137:5,8,22 138:12
138:15 139:19
140:2,14 149:3,10
149:11,13 150:12
150:21 151:24,25
153:7,9,12,15
154:17 160:13
166:3,4 167:7,21
169:9,17,21,24
170:4,25 171:23
172:9 173:4,11,21
173:24 174:3,7,13
174:17
**McKenzie's** 21:8
22:13,24 24:21

25:2 28:25 29:10
29:17 31:9,14,25
32:6 35:7,24 36:9
36:25 38:12 39:4
48:5 51:17 56:6
62:16 65:25 66:12
67:23 68:5,7,14
68:22 78:10 85:21
87:15,18 89:12,15
89:18 90:5 91:15
97:8 104:17,25
108:6 114:8
125:15 127:11,23
128:19 141:23
145:9,23 146:3
150:9 159:15
**mean** 17:5 21:12
34:21 37:9,12
49:9 60:2,5 90:12
101:8 102:19
115:18 116:23
138:2 146:24
**mediation** 59:9
**medications** 7:16
**meet** 9:11,14 62:11
72:21 109:18
158:22
**memoranda** 18:23
**mention** 117:15
137:8
**mentioned** 12:16
19:5 27:5 28:5
33:25 37:17 42:15
44:2 45:25 48:8
48:13 52:13 53:8
58:24 62:3 66:14
71:16 85:9,17
87:4 104:22 105:6
114:25 121:10
123:5 131:12,12
165:14 169:13
**mentions** 121:7
**message** 3:10,13,18
16:11 78:8 79:16
79:22 80:18 95:17
97:8,23,25 98:2,3

98:7,7,13,14 99:8
99:10,24 100:2
103:12 118:17,19
118:23 122:7
130:15 131:14
**messages** 22:16,22
23:3 29:5 77:10
77:12 82:22 93:14
94:19,21 95:3
96:4,20 97:12
**messenger** 16:13
**met** 42:14 62:4,9
64:8 73:9 75:12
**metal** 109:20,24
**Michael** 1:8 3:10
3:15,16,17 4:22
7:24 8:10,18,24
9:16,22 13:6,12
15:24 23:19,25
24:5,9 25:3 31:16
31:18 35:7 39:10
39:13 40:3,11,19
40:23 43:15 44:8
50:15,19 52:22
58:13 59:4,9 60:3
63:9 67:23 68:15
70:12 77:13 79:20
79:24 80:7,12,18
82:24 84:10 91:15
100:24 105:22
110:21 111:10
112:20 114:22
119:15 121:14,18
124:22 125:6
149:10,11 150:9
150:25 151:20
153:9,12,15
154:17 159:15
161:15 167:21
171:22 174:2
**Michael's** 13:16
62:12 64:10 69:11
72:24 81:11 120:5
132:5
**middle** 118:23
**Middletown** 25:6





26:6 27:11 30:21
92:3,9 104:18
105:20 106:4
110:3,8,10,13
111:25 115:5
145:10,24 146:4
151:12
**Mike** 32:19 33:6
37:24 43:11 47:23
48:2 67:11 72:17
72:20 73:17 83:23
93:15 94:19 96:17
96:18 98:11,15
119:19,20 121:21
129:7,10,21,22,23
130:5,9,14 131:25
135:3 142:23
151:11 154:9,15
164:17 168:6,12
168:12 171:17
172:5,5,14
**Mike's** 66:21
120:12 143:5
160:15
**mind** 172:21 173:2
**minute** 138:11,14
157:22 173:7
**minutes** 18:17 61:9
61:13 144:11
**mistake** 137:2
**misunderstood**
36:13
**mix** 28:10
**moment** 155:14
175:23
**Monday** 18:15
**money** 102:4
**months** 10:16
**Morgan** 1:5 4:5,19
5:13,18 16:20
57:6 65:16 66:5
75:4 78:22 87:15
87:17 88:11
103:18 116:14,24
117:8,20 149:16
150:13,15,22

151:2,6,19 152:9
154:5
**morning** 5:12
**move** 27:12 28:17
29:25 37:25 93:10
102:3 106:3
107:22 170:10
175:14
**moved** 25:7,13 26:5
30:5 103:25
104:14,17 105:10
105:24 108:3
146:17,18,20,23
**moving** 30:3 104:4
105:17,20 108:20
110:10 115:4,22
115:24 162:14
174:20
**MP4** 158:19
**multiple** 30:21
40:17 104:23
127:12 149:9
152:22
**mute** 61:17
**M4** 158:19

_____

**N**

**N** 2:2
**name** 5:12 15:4,10
15:17 41:7 68:19
120:9 164:12
179:25
**named** 7:24
**Nat** 105:21
**nature** 13:19 14:15
23:17 37:22 63:6
64:19 69:20 74:4
102:13,22 151:4
**near** 77:21 78:14
78:16
**necessary** 156:4
**need** 6:2 50:25 61:9
94:2 101:2 113:14
138:5,9 144:16
**needed** 72:15
124:25 128:14

**needs** 28:9
**negotiations** 59:4
59:10
**neither** 177:14
**nervous** 27:10 28:5
28:10,13
**never** 17:18 34:12
38:6 39:14 40:5,9
42:12,25 43:12
44:6,10 67:12,20
75:23 76:3,7
80:11 86:13 92:7
92:8 104:13
125:12 128:8
134:21 136:7
137:8 143:18
151:21 172:9
**nevertheless** 6:9
**New** 1:2 2:6,6 7:4
15:22 26:10
**nice** 158:22
**Nikas** 119:5
**nine** 57:25 118:6
**nod** 6:14
**nods** 145:25
**nonverbal** 6:13
**Notary** 1:16 177:19
177:24 178:22
**Note** 3:21
**notes** 144:5
**notwithstanding**
108:9
**November** 1:17 4:7
19:25 177:20
**number** 3:12,14 4:4
13:24 24:19 29:15
30:20 31:6,24
35:23 36:18,24
38:11 45:24 56:4
56:15 58:3 69:5,6
91:6 98:19 107:4
107:10 110:17
122:4 138:7,9
156:21 166:4
175:25 176:4
**numbers** 14:7

176:3
**numerous** 25:4,15

_____

**O**

**oath** 7:7,10 138:7
**Obama** 64:20
**Objection** 45:2
78:18 79:11,18
98:10,25 100:18
101:12,16 117:10
119:25
**objections** 6:8
**observation** 168:15
**observations**
171:22 172:16
**observe** 84:20 85:5
86:12 108:5
134:15
**observed** 12:8
86:10
**obviously** 60:6
78:21
**occasions** 149:9
152:23 168:7
**occur** 112:13
**occurred** 53:20
145:13
**occurring** 78:10
126:13
**offense** 136:12
**officially** 8:6
**Oh** 30:19 50:7
89:20 117:24
138:18 160:25
169:5 173:7 175:7
**okay** 5:21 6:5,6,12
6:16 7:2,6,9,12
8:2,4,22 9:8 13:23
15:9,12,15 17:13
18:16,22 19:8,12
19:18 20:3,6,14
20:22 21:4 22:12
27:19 28:22,24
34:5 43:10 44:7
44:18 45:14 46:24
48:8,16 49:8,18

49:24 50:5 51:11
51:15 52:14,19
53:5,7,12,20
54:12,16 55:13,22
56:2,10,15,20
57:3,6,23 58:3,9
60:8,19,25 61:13
61:14 62:3 64:8
65:15 67:4,15,19
68:4 72:14 74:8
75:23 76:11 77:4
77:7,12,15,25
78:3,6,13 79:17
80:24 81:7 83:12
85:13 86:19,19
87:8,13,21 88:2,6
88:9,14,18 89:5,6
89:11,15 90:19,22
91:3,12,14,16,20
91:23 92:10,14,23
94:16,17,20 95:11
96:3,5 97:7,11,17
98:6,21 99:12
100:3,8,11,16
103:23 104:22
105:17 106:5,22
107:2,18,23 108:2
108:5,9,15,24
109:9,17,24 110:4
110:23 111:14
112:5,12,15 113:3
113:13,18,22
114:13,15 115:7
116:3 117:18
118:3,8,11,16,19
118:22 119:9
120:20 121:2
122:15,20,24
123:5,9,12,18,24
124:3,11,18
125:15,17,20,23
126:3,11,22
127:10,17,25
128:4,25 130:24
133:8,20,24
134:15,25 139:19

140:9,13,21
141:15,20 144:20
145:10,16,24
146:2,13,21,25
147:18 148:4,7
153:20 154:6
155:7 156:12,22
156:23 157:12
158:16,17,20
159:13,17,20
160:18,23 161:21
162:14,18,25
163:15,20 164:15
165:9,13 166:5,9
166:20,22 167:13
167:17 168:3,25
170:8 173:18
**older** 82:7
**Olstein** 96:19
**once** 67:17 121:14
149:8
**ones** 15:4 22:10
33:16 90:9 139:6
146:19 159:21
160:18 161:19
174:4
**online** 32:8,11
35:10 165:19
**Oops** 175:4
**open** 77:17 155:5
155:18
**opened** 27:11
**operation** 118:25
**operations** 10:15
**order** 117:16,21
151:12
**ordered** 29:24
108:12
**organizing** 104:5
**originated** 97:25
**Osvald** 39:10
**Osvaldo** 58:6,9
**outcome** 177:18
**outgoing** 135:3
**outlines** 18:23
**outside** 90:11,12

92:7,8
**overhear** 73:20
74:9,15,19,24
75:3,7
**overheard** 75:23
76:3
**overlapped** 14:14
**owned** 42:24 105:4
139:20,24
**owners** 138:3
**ownership** 37:15
38:7 148:18,20
**owns** 22:7 25:13
**Oz** 3:18 77:17,25
77:25 79:21,23
94:19 95:14 96:10
96:12 97:12,20
98:4,8,15,22 99:3
99:13 102:8
105:21 120:20
121:13,13,14,20
122:7 129:4,4,25
130:2,3,9 132:3
149:2,9 152:17
153:14,16
**Oz's** 129:23
**o'clock** 144:12

**P**
**P** 2:2,2
**packed** 89:24
**packing** 111:19,23
111:24 112:2
**page** 3:3,8 20:8,9
31:7,7 56:22
57:25 60:9 93:16
94:2 96:3 122:17
179:4,7,10,13,16
179:19
**pages** 93:18 123:3
178:4
**pain** 131:3
**paper** 40:16 69:19
69:24
**paperwork** 35:6,9
92:16

**paragraph** 123:2
124:11 126:22
128:17 133:9,24
133:24 140:11,13
**pardon** 131:17
**part** 12:16 58:21
148:23 152:24
**participate** 30:13
**participated** 30:15
**participating** 115:4
**particular** 89:2
**parties** 4:15 5:18
59:22 101:18
150:13 151:13
153:24 154:13
177:15
**party** 17:11,14
58:18 94:20
177:16
**part-time** 11:2,5
47:24
**passing** 12:13
**patient** 134:19
**pause** 125:23
157:23
**paused** 157:14
**pay** 38:21
**paying** 152:10
**PDF** 20:7 56:22
57:25 60:9 122:17
**Peace** 162:24 165:8
**Peggy** 120:9
**pending** 6:4,4
**people** 14:6,18 15:3
31:18 64:18 73:7
84:9,18 102:21
116:21 117:4
135:22 138:19
139:5
**percent** 42:9 89:17
132:13 146:16
**period** 9:13 52:12
84:3,13 103:24
104:14 114:14
127:18
**periods** 73:15

**permission** 40:3,18
40:20 41:6
**person** 16:7,8 37:15
38:2 42:10 48:13
62:4
**personal** 22:6 82:6
85:22,25 121:21
160:10,19
**personally** 46:11
47:18 50:10 51:4
53:8 120:15
**phone** 16:7 18:18
18:19 75:15 98:19
**phonetic** 15:6,7,7
15:13,18 68:20
96:20
**photo** 3:12,14
84:10 91:6 107:10
**photograph** 107:14
**photos** 82:22
**picked** 6:14
**pickup** 69:12
**picture** 35:14,16,20
**pictures** 82:3
**piece** 23:9,9 35:15
74:5 129:4,13
131:19 161:12,14
161:18,21,25
162:2,10,19
163:18 165:5
168:18 169:10,14
169:15 174:9
**pieces** 12:4 32:24
33:23 39:12 69:24
70:4 72:2 89:2
96:16 147:17
149:4,11 165:13
168:4,23
**pile** 53:18
**piled** 49:6 51:12
**piling** 49:22 52:13
**pillow** 166:7,16,18
170:24 172:24
**pillows** 173:6
**pillow-pillow** 171:5
**pissed** 135:21

**pjarlicense@AO...**
111:9
**place** 25:6 48:17
73:3 106:2 135:25
159:14
**plaid** 166:3
**Plaintiff** 1:6 2:4
**plan** 114:8
**play** 160:21 163:24
164:20
**playing** 158:14
**please** 5:3,22 6:2,9
6:12 45:10 118:23
**point** 14:8,19 49:15
49:18,21,25 84:25
90:8 104:16
123:19 124:6
127:25 139:20
167:20 168:21
**polite** 120:16
**pop** 49:11
**popular** 174:9
**portfolios** 113:15
113:23 146:9
**position** 8:11,13,15
10:9
**positive** 42:9
**possessed** 148:20
**possession** 148:13
**possessions** 117:6
**possibility** 50:12
146:14
**possible** 36:8 52:7
**Possibly** 146:7
**post-date** 126:23
**post-dates** 127:8
**Potential** 147:6
**Potentially** 71:4
147:8
**practice** 142:17,19
**practicing** 60:5
**preclude** 39:19,21
**prepare** 17:19 18:3
18:8,13,23 144:15
**prepared** 97:18
**present** 2:18 4:16



63:7 67:16 88:11
116:5 145:13,21
**presented** 74:2,6
**pressure** 134:5
**pressuring** 134:16
**pretending** 101:3
**pretty** 25:8 27:21
30:2 57:14 69:16
73:4 89:20 105:10
126:18 167:24
**prevent** 6:19 7:17
**previous** 53:2
142:24
**previously** 17:21
**price** 35:21
**prices** 34:12,15,17
35:2
**print** 10:7 11:10
12:18 68:18
154:18
**printed** 140:24
141:3 165:12
**printer** 8:12 9:21
10:9 11:9 12:17
12:25 13:5 62:18
62:24 127:11
150:7 164:17
**printers** 8:17,24
**printer's** 9:16
**printing** 22:3 47:25
73:18 76:21 77:18
77:20 78:7 80:7
**prints** 46:16 47:20
47:21 62:22 69:19
167:8
**prior** 39:25 40:10
45:19 48:21 52:21
52:24 53:22,22,24
71:13 125:5 152:3
152:6,7,16 153:2
161:16,19 172:3,7
177:4
**private** 117:6
**privy** 21:12 34:12
34:19,21 66:8
79:25 119:22

120:3 129:21
**probably** 9:12 11:7
14:3,4,7,12,23
26:21,22 31:4
33:18 46:25 47:15
48:20 53:24 54:3
62:10 85:15,16
89:20 102:7 142:6
175:6
**problem** 147:22
**problems** 78:23
79:3
**process** 130:2
140:17
**produce** 20:4,19
24:16 50:17 80:6
80:10,13 81:9,12
81:16 128:7
129:11 131:25
149:11 152:22,23
164:18
**produced** 17:24
23:5,5 81:13 94:8
94:9 124:21 125:4
132:2 154:25
156:18 158:19
159:21 160:19
161:22 175:16
**producing** 161:15
**product** 39:22
**production** 77:6
79:8 80:5 84:22
94:15 109:10
111:7 113:4
118:13 125:23
**products** 171:3
**progress** 52:24
**project** 39:24 40:13
40:21,25 41:3,23
42:3 71:12 124:20
124:24 125:19
142:25
**projects** 40:7,21
41:23
**project's** 23:20
**property** 25:7,14

27:16 28:20 62:12
62:17 64:11 66:2
66:3,12,22,25
67:23 68:5,8,14
68:22 87:16,18
88:12,16,25 89:3
92:16,21 104:2,5
110:8,12 115:4,22
116:3 145:9,22,23
146:3 151:7,8
**proposal** 168:12
**prospect** 101:25
102:6,15,24
**provide** 19:25
24:10 81:23 82:16
82:20 83:5,8
87:10 95:6
**provided** 29:13
37:20 57:21 58:25
60:22,23 81:13,18
81:21 82:12 83:7
83:24
**providing** 58:15
151:2
**proving** 129:23
**prudent** 31:19
58:22 83:16
**Public** 1:16 177:19
177:24 178:22
**published** 9:3,5
31:16
**publishing** 9:16,22
9:25 10:2 102:21
**puck** 109:20,25
**pull** 19:9 56:2
76:23 90:14,16
93:6 106:6 109:3
110:23 112:22
118:5 122:16
154:23 155:4
**pulled** 77:5
**purpose** 72:7
**pursuant** 19:2
**push** 170:12
**put** 30:25 35:16
38:22,22 49:22

80:22 82:10 83:3
89:22 92:4,6
93:17,19,22
110:18 112:17
114:16 122:9
132:24 144:2
156:15 170:21,23
174:3,4 175:2
**putting** 17:13 32:20
47:7 85:4,4 92:14
156:16
**p.m** 144:19,22,24
144:24 145:2
156:7,9,9,11
158:5,5,7 176:17
176:19

---
**Q**
---

**question** 6:3,4 13:3
33:6 36:14 44:14
45:4,9 51:2
132:18,23 137:4
**questioning** 148:24
155:8,11
**questions** 5:16,22
5:24 6:8,10,13
7:18,21 75:18
123:10 144:8
145:6 147:20
150:11 158:16
176:7,10
**quick** 165:10
**quickly** 167:3
**Quinn** 2:5 4:10,19
**quite** 171:6
**quiz** 49:12

---
**R**
---

**R** 2:2 177:2 178:2
**racks** 90:11,12
**raise** 134:21
**Rakower** 2:5 3:4
4:18,18 5:11,13
19:9,11,18,23
20:7,10 45:7
51:10 56:21,23

57:24 58:2 60:8
60:10 61:2,11
62:2 76:23,24
79:2,14 80:3,15
80:21,23 90:16,18
91:3,8 93:2,8,19
93:25 94:12 98:17
99:6 100:20
101:13,23 103:14
106:6,13,17,18
107:3,7,12 108:16
108:18 109:3,5
110:16,23 111:2
112:16,22,24
114:16,24 117:14
118:5,7 120:7
122:3,9,11,16,19
122:25 133:21
134:2 136:23
140:10,12 144:2
144:13,17 145:3,4
147:19 155:7
176:7,9
**ramps** 73:2
**ran** 23:15 172:23
**rants** 135:20
**reached** 10:6
**read** 2:12 4:22 18:4
19:5 57:10,11,12
60:17 82:25 94:24
95:5 99:17 123:6
134:3 178:4
**reading** 79:22
**ready** 104:9 120:22
121:7 123:9
**real** 167:3
**really** 10:16 28:10
59:19 63:11,13
73:4,13 89:21
94:25 95:4 130:7
132:20
**reason** 6:19 7:20
28:17 30:2 179:6
179:9,12,15,18,21
**recall** 25:22 32:15
33:10,16,22 34:6



41:14 47:13 54:18
  54:19,23 60:23
  63:15 64:21 65:2
  65:5,8,11,15,18
  65:21 66:4 67:8
  68:24 70:2 71:6
  72:4 73:23 81:17
  81:24 83:11 84:13
  85:7 86:14,20,24
  87:3 92:13 100:22
  103:22 104:3,13
  107:21 110:7,9
  114:18 115:2,3,15
  115:17,19,20,24
  117:18,24 133:17
  141:8 142:4,15
  149:7 150:17
  167:13
**receipt** 81:19
**receive** 106:11
  118:16
**received** 99:24
  100:2 110:6,13
**recess** 61:21 144:23
  156:8 158:4
**recognize** 77:9 91:9
  94:18 107:13
  122:22 157:9
  159:13 161:12,12
  162:5,10,22 165:5
  165:25
**recollection** 24:18
  75:13 145:20
**record** 4:3 15:20
  33:25 49:13 52:11
  61:19,24 75:18
  94:14 130:19
  132:10,20,24,25
  138:10 144:21
  145:2 156:2,6,10
  157:18,19,25
  158:2,6 176:16
  178:6
**records** 29:10
  92:20,20
**red** 25:10 26:4 27:8

27:14 91:17
  107:22
**redactions** 97:3
**reduce** 13:18
**refer** 52:12
**reference** 82:23
**referenced** 102:16
  138:21 139:2,25
**referencing** 125:7
  138:19
**referred** 53:18
  91:16
**referring** 41:20
  71:17 77:25 97:18
  100:8,16 101:18
  101:21 111:23
  112:9 113:19,23
  119:10 154:4
**refers** 29:16 43:6,8
  100:3
**refuse** 168:17
**refused** 128:18
**regard** 113:23
  145:17
**regarding** 5:16
  23:3 35:2 36:21
  37:7
**regards** 59:10
**reject** 168:3
**related** 16:21 23:16
  36:4 56:12 58:4
  58:25 92:16
  148:19,20,25
  149:17 150:4
  152:9 154:5
**relating** 20:23 34:2
  37:18 55:23
**relation** 29:8
**relevant** 83:5,6,10
**relocate** 37:14
**relocation** 37:18
**reluctant** 134:9
**remained** 11:21
  42:22
**remaining** 126:15
**remember** 14:6,14

26:11 59:11,12
  63:10,13 66:23
  68:23 70:3,4,5,23
  81:2,15 85:13
  96:11 103:21
  135:23 139:23
  146:8,8,19 158:24
  164:12 165:12
**remind** 138:6
**remotely** 3:21 6:18
  16:2 177:6
**rented** 105:4
**rephrase** 5:23
  44:16 45:10
**report** 12:24 13:4,6
  13:7,9
**reporter** 1:16 4:13
  5:3 6:15 107:6
  123:4 132:19
  136:20,25 157:5
  176:2 177:4
**Reporter's** 3:21
**represent** 4:17,24
  77:4 94:6,13
  109:9 111:6 113:3
  118:11
**request** 4:10 29:15
  31:6 35:22 36:16
  38:11 43:5
**requested** 20:12
  148:10 151:3
**requesting** 82:16
**requests** 128:19
  136:21
**required** 117:16
**requires** 20:4
**residence** 89:13,19
  90:6 104:18
  107:20 108:21
**respectful** 171:24
**response** 77:6
  80:25 94:16 111:8
  113:5 118:13
  120:8 154:25
  156:18
**responsibilities**

11:8 12:17
**responsibility** 48:9
**responsible** 48:3
  49:16
**restaurant** 62:20
  64:11,15,24 66:13
**resume** 124:7 128:5
**resumed** 126:2
**Retail** 164:23
**retrospective** 70:21
  161:14,24 163:17
**review** 18:2,6
**reviewed** 17:20,21
  17:23 19:16
**reviewing** 123:7
**rid** 94:25 130:2
**ridiculous** 99:14
**right** 12:19 13:21
  20:9 21:19 24:19
  26:17 40:14 46:2
  48:11,21,21,23,25
  50:22 53:22,23
  54:2 55:5 62:14
  64:23 67:2 68:9
  81:5 82:14 85:11
  85:24 86:9 87:23
  87:25 88:4,10,25
  89:9 91:12,21
  92:6 95:9,12,15
  95:18,19,20,25
  97:4,9,23 98:4,8
  98:19,24 99:4,7,9
  99:25 101:15
  103:6,18 104:23
  105:8,15 106:15
  106:19 111:3
  112:10 114:2
  115:19,21 116:5
  119:24 120:8
  121:8,11 123:6,8
  125:10 127:10
  128:2,14,17
  130:22 131:2,13
  131:20 133:4
  142:3,7,9,14,18
  145:14 146:15

148:23 150:7,10
  155:12,20 157:7
  158:9,14 159:23
  160:8 163:23
  166:2 169:14
  173:4,14 175:22
  176:5,12
**rights** 50:17 79:6
  149:23
**right-hand** 90:24
  106:23 162:7
**risk** 106:2 108:11
**Rob** 39:12
**Robert** 9:6,7 10:2,2
  11:13,14,17,21
  12:2,5,10,13
  13:17 20:25 21:5
  21:8 22:13,24
  24:6,8,21 25:2,12
  25:18,20,23 26:7
  27:25 28:25 29:11
  29:17,22 30:22,23
  31:2,4,10,14,22
  32:2,6 33:14 34:8
  35:3,8,25 36:10
  36:22 37:2,8
  38:13,14 39:11,15
  43:11,12,16,18
  44:9,11 47:17
  55:23 56:7 62:4
  62:21,22 68:9,16
  71:20 73:3,4,7
  74:13 75:12,21
  79:6 82:24 89:5,8
  89:16 107:23
  133:11,14 148:14
  148:15 149:2
  151:19 152:18
  154:6 164:18
  166:16
**Rodriguez** 15:11
  160:5
**room** 7:12 73:19
**Rosenbaum** 34:11
**rough** 45:24
**roughly** 14:21



18:17
**row** 162:10,18
  163:3,6
**Rubin** 15:18
**ruined** 28:12
**rule** 146:14
**run** 23:13 24:3,11
**runs** 30:10,11,14
  30:18 104:23
**Ryan** 2:5 4:18 5:13
  93:7 155:4
**ryanrakower@q...**
  2:8

**S**

**S** 2:2
**safer** 105:25
**safety** 30:3
**sake** 52:11
**Salama-Caro** 65:19
  65:22 75:9 149:20
**Salama-Caros** 66:6
**sale** 31:9,14,15
  92:17
**sales** 31:22 33:22
  34:15 35:7 36:15
  38:2 92:20
**save** 160:9
**saving** 159:9
**saw** 13:25 35:4,21
  40:9 64:11,14
  66:10,14,24 67:17
  86:3 133:14
  145:18 172:9,20
  172:20
**saying** 39:13 42:7
  50:16 64:22 65:2
  65:5,8,11,15,18
  65:21 66:4 73:21
  73:24 74:15,19,24
  75:4,8 120:2,3
  128:12 150:17
  151:20
**says** 20:11 77:16
  78:13 95:8,20
  97:13 100:25

111:17 113:13
  120:20 123:13
  124:12 133:9
  134:5 140:14
  169:11
**scale** 62:21 89:21
**scared** 172:14
**scope** 155:8,11
**screen** 19:13 20:11
  77:2 90:20 94:3,7
  95:20 96:7 103:10
  106:20 109:7
  111:4 113:2 118:9
  118:20 154:24
  155:4,19 156:16
  158:11
**scroll** 94:2
**sculpture** 12:22
  22:10
**sculptures** 21:12,17
  22:4,6 33:19,19
  140:17 141:2
  143:10,11
**seal** 43:13 44:23
  45:5,15,21,21
  46:6,10 47:5,8,11
  48:4,10 55:20
  64:2 65:9 74:25
  76:9 123:19 126:9
  127:19 128:6
  141:12,15,16,17
  168:22 177:19
**search** 23:13,15
  24:3,5,11,13
  82:19 83:2,9,12
  86:21,25
**searching** 83:18
  84:4,14
**seasons** 41:3,8,9
  62:19,20 64:12,15
  66:13 67:2 113:24
  140:16,22,25
  141:4 143:3
**seat** 173:13
**second** 67:13 88:2
  118:4 123:12

140:13
**section** 162:12
**see** 14:10 19:12,24
  20:3,11,14 21:2
  24:23 29:19 31:11
  32:3 35:9 36:2
  37:4 38:16 41:25
  54:16 55:4,4,6,9
  55:13 56:4,8,18
  57:6 58:7 60:11
  60:14 67:22 71:23
  72:19 76:18,19,25
  77:15,23 78:14
  79:10,16 83:4
  86:4,16 90:19,24
  91:20 95:7,16,18
  95:23 96:5,6
  97:15 100:4,5,11
  100:14,15 101:6
  101:10 106:19,24
  107:23 108:2
  109:6,11,22 111:3
  111:21 112:25
  113:16 118:8,19
  119:7 120:8,16,24
  123:12,16 124:16
  127:5,7,15 128:23
  128:24 133:13
  134:13 140:19
  146:2,6 154:22
  157:10,10 158:11
  158:12 159:5,6
  161:6 165:10
  167:9,10,11,20
  168:21 171:12
  173:16
**seeing** 54:19 66:11
  66:25,25 86:20,25
  151:13 153:25
**seen** 12:12 25:17
  39:3,6 40:5 42:10
  44:12 56:24 64:12
  91:23 92:15
  129:25 134:5,20
  134:21 136:2
  139:22,24 140:4

140:21 143:14,22
  148:13,19
**sell** 32:2,6,21 33:2,5
  33:6 34:7 164:5
  164:24 165:19
  174:10
**selling** 33:4 35:3
  102:24
**send** 96:12 98:6
**sense** 116:17
  131:18
**sent** 17:22,25 18:22
  29:7 36:7,9 57:4
  60:15 81:19 82:15
  94:3 95:5,25
  96:10 98:23 99:8
  100:12 106:9
  109:12,14 111:11
  111:14 112:13
  113:10
**sentence** 123:13
  124:12 127:10
  133:8 140:14
  143:17
**sentences** 134:4
**served** 81:4
**Services** 1:23 4:13
  4:14
**set** 51:22 112:12
  177:11
**sets** 109:20
**settle** 101:4 102:12
**settlement** 59:10,17
  59:18 101:25
  102:3,6
**settlements** 59:5
**seven** 14:3 36:24
  106:14
**shady** 130:17
**shape** 171:18
**share** 155:13,13
  157:6
**shared** 158:11
**sharing** 155:22
**SHEET** 179:2
**shelves** 91:25 92:2

92:6,8 109:21,24
  111:20 112:5
**shipment** 70:10,12
**shit** 129:4,14
  131:19
**shop** 9:17,23
**shorter** 53:15
**Shorthand** 1:16
  177:3
**shortly** 95:23
**shot** 140:3
**Shout** 162:24
**show** 18:20 73:10
**showed** 93:16
**showing** 99:20
  161:10
**shows** 25:11
**shut** 10:11,14 101:5
  102:17 136:8
**shutting** 102:18
**sic** 23:7 101:2
**side** 73:2 80:22
  95:20 110:19
  112:18 114:17
  122:10 132:5
**sign** 38:23 40:2,16
  41:6 42:11,18
  43:16 65:12 72:8
  72:11 74:5,6,20
  126:25 145:18
  149:12 167:17
  168:17
**signature** 38:13,24
  43:20,23 44:23
  45:5,12,13 63:24
  65:6,12 74:16,20
  76:4 123:14
  127:14 128:19
  134:7,9 141:13
  148:25 179:24
**signed** 40:8 68:16
  69:24 70:20 72:15
  127:2 161:17
  163:19 165:16
**signing** 39:16,18
  68:6 69:2 133:15



134:17 145:19
170:15
**signs** 43:12
**sign-for-delivery**
81:20
**silkscreen** 8:12
9:21 10:9 11:9
12:17,25 13:5
22:2 164:16
**silkscreens** 11:10
12:18,20,21 21:10
140:15,21 143:4
143:24 150:8
**Simon** 65:19
**Simoni** 23:7 81:17
**sit** 129:11 170:9,16
172:24 173:19
**sits** 174:21
**sitting** 40:17 71:24
173:22
**sittings** 40:17
**situation** 17:7
121:5 126:10,12
130:11 131:22
**situations** 132:7
**six** 13:21,23 14:10
14:24 33:8 35:23
36:18 93:17
112:23
**sizes** 23:21
**small** 58:20 74:12
**smaller** 48:20
**small-talk** 73:14
**Society** 149:23
**sold** 35:8,15
**somebody** 12:9
48:11 81:18 104:8
120:9 140:3
161:15
**sorry** 13:2 33:24
36:14,19 45:10
69:6 70:6 106:8
109:25 130:18
132:8,17 136:24
138:5 147:2,3,4
152:7 157:16

175:24
**sort** 34:24 49:10
132:9 133:6
**Sotheby's** 35:5,6
**SOUL** 163:14
**sound** 87:23 88:3
159:23
**sounded** 59:21
**sounds** 87:25
**SOUTHERN** 1:2
**space** 58:20 67:20
72:24 116:21
159:15
**speak** 18:8,13 63:3
73:12,15 87:5
102:14 116:8
**SPEAKER** 158:22
158:24,25 159:2,3
159:4,5,6,7
160:25 161:2,3,5
164:2,3,5,23
165:19,21,22
166:11,13,14,24
166:25 167:2
169:3,5 170:14,19
170:23 171:4,7,8
173:8,14,17,19,23
174:14,23,25
175:2,3,5,8,10,11
**speaking** 9:5 11:22
164:11
**specific** 46:21
124:13
**specifically** 89:5
150:3
**spend** 83:18
**spoke** 18:15 73:14
80:24 102:5
**spoken** 38:6 39:8
75:14 87:4 121:11
**sprayed** 43:13
**spread** 89:21
**spring** 140:24
141:3
**springtime** 10:20
**stacking** 51:25

**staff** 83:21 84:4,7,8
84:14 85:5
**stamp** 49:9 76:8
90:23 106:23
123:14 126:7,8
129:11 142:5,20
142:24 143:6
159:21
**stamped** 3:19 45:20
49:4 50:10 51:4
51:20 53:6 69:22
124:23 125:3
128:12,14 143:4
157:3
**stamping** 50:2,5
51:12,16 53:9,13
53:17 54:5 124:8
**stamps** 54:9 55:2
**stance** 121:21
**standing** 63:10
64:23 167:7
**start** 23:23 82:9
94:11 120:23
156:14 158:14
**started** 42:20 46:2
46:4,17 48:18,23
49:6,21 98:12,14
130:2,3 142:25
158:21 160:24
163:25 164:22
165:18 166:10,23
169:2,16 170:11
173:3 174:22
**starting** 111:18
152:3,8
**state** 4:16
**stencil** 38:15 43:6
43:23 44:4,7,19
44:21,22 45:11,13
45:14,21 46:5,9
47:5,11,16 54:12
54:17,20,24 55:10
55:11,23 64:3
74:25 76:8 123:14
123:22 124:9,20
127:7,13,18

128:18,21 129:2
134:9 141:18,20
141:25 148:25
152:13 153:2
**stenciling** 48:4,10
49:16,19 128:5
134:7,16
**stencils** 54:13 55:16
55:19 124:12
126:23,24
**stenographically**
177:10
**STEPHEN** 2:19
**stop** 46:9,14 47:16
47:18 61:17
109:20
**stopped** 49:18
51:12 53:9 123:24
128:2,4 130:20,24
131:19 133:2
159:11 161:7
164:8,25 165:23
166:15 167:5
169:7 170:6
171:10 174:18
175:12
**storage** 24:21 25:2
25:4,14,15,16
26:9,14,19 27:6
27:13 28:25 29:10
37:10,19 90:8
92:11 104:18
105:18 107:20
108:22 112:7
113:15 114:6
115:23 145:9,23
146:4
**store** 22:9 25:17,17
27:22
**stored** 22:5 25:3
88:24
**stores** 164:23
**storing** 27:9,19
28:6 110:2
**story** 139:23
**straight** 167:25

**straightforward**
167:25
**street** 68:9 137:10
137:13 138:24
139:10,15,20
153:19
**strike** 76:18 110:5
**structures** 91:21,23
**studio** 9:2,8,15,18
10:23 11:6 15:22
16:8 21:18 22:5
24:2 25:4,9,9,10
25:25 26:3 27:8
27:17 31:5 32:19
34:10 35:10,13,16
39:4 40:6 42:23
42:25 43:2 48:23
78:11 79:23 85:11
86:2,17,21 89:9
89:18,24 90:5
99:17 102:8 104:7
104:10,11 107:22
113:14 114:7
129:6 159:17,18
161:17
**studios** 9:3
**stuff** 13:18 14:14
14:16 17:22 21:15
23:6,16 25:24
28:8 30:9 35:5
37:22 52:23 59:5
59:13 63:6,12
64:19,20 66:8
69:19 74:3 82:2
83:24 84:10 89:24
96:14 102:13,21
104:4 105:5
110:10 117:3
121:16 130:3
131:11 132:2,2,3
136:16 137:11
138:21,24 143:6
146:18 167:17
**stupid** 136:8
**stupidly** 135:7
**submitted** 122:13



**subpoena** 3:9 18:4
19:3,6,15,21,24
20:4,20 56:3 57:3
59:23 60:15 77:8
81:2,4 94:16
111:8 113:5
118:14 148:10
154:25 156:19
**subpoenaed** 34:23
34:25 57:17
**subpoena's** 82:17
**Subscribed** 178:13
**substance** 7:17
**suggest** 149:10
**suggested** 149:10
152:23
**suit** 177:16,17,17
**Sullivan** 2:5 4:11
**summer** 102:9
**summertime**
102:10
**SUPERIOR** 1:2
**suppose** 125:22,25
**supposed** 22:11
60:4 68:17 151:3
**sure** 15:4 25:20
28:3 33:4,5 42:4,5
42:6 50:13 53:4
71:13 87:24 89:4
89:23 99:22 122:2
139:7 142:12
146:16 155:18
**surprised** 130:7
131:13,15 174:15
174:25
**SUV** 69:13
**swear** 5:3
**sweeper** 137:13
138:25 139:10,15
139:21
**sweepers** 137:11
**swindler** 119:2
**switch** 76:11 87:13
118:3
**swore** 7:6
**sworn** 5:6 177:6

178:13

**T**

**T** 177:2,2 178:2
**Tab** 19:10 76:23
90:17 93:6 106:7
106:9,12,14,14
109:4 110:24
112:23 118:6
122:18
**table** 161:10 167:7
167:8,12
**take** 6:5 23:9 37:16
48:17 61:2,4,18
73:6 93:2,4 103:9
108:16 132:6,19
133:21,22 136:12
144:6,11,14,18
157:24
**taken** 1:15 4:9
61:22 92:5,8 95:9
109:10 144:24
156:9 158:5 160:8
177:10
**takes** 46:15
**talk** 9:4 29:14
32:19 35:20 64:14
74:12 76:12 80:4
87:14 88:6 89:4
92:15 101:24
103:16,23 131:5,9
135:7 136:14
137:5,25 138:12
138:16
**talked** 103:17
115:21 120:21
137:10,16 138:20
140:2,6 142:22
**talking** 32:19 34:10
37:14 52:25 53:4
53:5 58:21 59:7
73:17 74:3 85:11
85:21 89:16 95:17
97:20,21 101:21
119:14 120:4
121:3 132:3,4

133:16 150:10
151:6 152:7 153:2
153:7 171:13
**tasked** 49:25 53:17
**taught** 129:23
**team** 84:23 85:10
155:21
**tech** 155:21
**Technician** 2:19
3:22 106:8,15
**tel** 2:7,14
**tell** 7:7 31:13 37:25
41:17 63:14 70:8
71:15 105:23
142:10 154:9,15
164:10 173:20
**telling** 49:7 108:25
170:25
**tells** 143:6
**temper** 136:2
**ten** 56:4 61:9
109:20 122:17
123:2 124:11
126:22 128:17
133:9 141:10,11
**terminology** 82:18
**terms** 23:14,15
24:3,5,11,13 83:2
83:9
**test** 157:14
**testified** 5:6
**testify** 7:10 177:6
**testifying** 6:20 7:13
**testimony** 19:25
177:9,13 178:6
**testing** 157:17
**text** 3:10,13,18
16:11 22:16,21
23:2 29:5 75:21
77:10,12 78:8
79:16,22 80:17
82:22 93:14 94:19
94:20 95:3,19,20
96:4,20 97:22,24
97:25 98:3,7,13
98:14,22 99:24

100:2 103:11
118:16 122:7
130:15 131:14
**thank** 50:24 93:24
107:7 132:8
147:20,22 156:5
157:12,25 163:15
163:23 164:20
176:7,10,11,14,15
**theory** 125:16
**thing** 29:23 55:3
57:11 77:19 83:22
96:20 129:6,18
170:5 173:12
**things** 38:23 79:24
84:19 89:22 92:19
94:23 96:15
126:15 129:8,22
132:14 135:10,12
135:16 138:6
148:5 150:4
155:18 166:24
**think** 10:20 14:12
14:17,24 15:5,7
15:19 19:5 33:25
42:2 44:13 48:13
59:24 66:19 70:20
71:24 80:24 86:18
90:7 93:3,12,15
93:25 95:8 97:13
100:25 102:7
103:8 105:6,12
106:13 110:17
111:18 121:18
122:4 123:2
127:17 129:20
132:15 135:8,9,19
139:12 143:9
144:4,10 147:14
154:3 156:4,12
169:17 170:15,21
175:14,22
**thinks** 174:8
**third** 163:6
**Thomas** 166:6,8
172:17

**thought** 36:13,14
85:19 130:9,25
138:18 150:21
156:13 168:18
**thoughts** 117:12
**thread** 3:13 98:3,7
98:23 103:12
**threaten** 154:20
**threatening** 119:15
136:11 172:10
**three** 11:7 26:23
29:15 30:12,13
33:11,12,13 62:8
88:17,20 90:17
97:13 100:3 115:6
115:6,8 165:13
**TIKVA** 71:7,8,8
147:9
**Tim** 3:11 4:4 51:8
61:16 78:19 80:19
93:14 99:2 127:11
158:22 176:14
**time** 4:7 9:13,19
10:22 12:8 13:25
16:25 23:24 25:18
26:12,21 27:3
29:24 33:7 37:22
39:23 40:10 42:16
44:15 46:16 47:10
47:13,25 48:25
52:5,19 53:20,23
53:25 61:4 62:9
62:14,25 63:10
64:8 66:10,13,24
67:4,12,13,14,25
69:13 73:9,16
75:11 76:17,19
78:3 81:5,7,8 82:8
82:12,13 84:3,6
84:13,16 87:21
88:2,7,8,25 89:7
89:17 90:2,10
95:5 96:13 99:18
102:5,9 103:16,23
104:14 110:4,13
112:13 114:11,14



123:25 126:2
127:18 130:21
139:20 144:6,15
147:21 149:8
151:6,16 152:13
157:13,24 167:18
175:5 176:10
177:11
**timeline** 49:12 50:9
**times** 6:7 16:18,22
44:25 45:17 52:7
62:7 72:18,19
84:8,19 127:13
**Timothy** 1:14 4:1
4:25 5:1,5 6:1 7:1
8:1 9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1

102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
178:11 179:25
**tired** 171:20
**today** 4:6,25 5:16
6:21 7:7,13 148:6
148:8
**today's** 17:19
**told** 11:19 28:22
39:23 40:12,18,22
41:5,10,11 44:2
60:3 78:6 87:10
104:9 126:14,19
126:20 127:12
128:18 131:25
133:9 134:8,11
139:19 168:6
**top** 15:2,5 84:17
85:7 95:8,18
118:20
**topic** 21:4 24:19
29:14 36:5 38:10
**totally** 44:14

**touch** 129:16
**tough** 153:19
**trademarks** 150:3
**transcript** 177:9,12
**transfer** 37:2,7,9
37:12,13,13,15,24
38:7 148:21
**transferring**
148:17,18
**transition** 48:17
**transitioned** 48:9
**transport** 69:7,10
92:9 105:2 107:19
112:8 113:19
114:8
**transportation**
29:17 110:12
112:9,12 145:8
**transported** 30:18
92:3,10 108:6
110:7 145:22
146:3,9
**transporting** 29:22
**treated** 171:23
**trial** 58:14
**tricky** 52:9
**tried** 23:15 32:8
39:10 83:5 149:3
149:9 152:21
170:21
**trip** 71:2,8,17,19,23
72:2
**trips** 115:3,11,12
115:16 145:13
**truck** 25:24 29:25
30:8 69:11,12
104:25 105:3
113:13,18
**trucks** 31:2
**true** 42:9 127:24
135:8 177:12
178:6
**trunk** 30:6 69:14
107:24 108:12
**trust** 132:13
**trusts** 56:7

**truth** 7:7 63:14
71:15 109:2 177:6
177:7,7
**truthfully** 6:20
**try** 5:22 70:13
72:21 106:14
131:7,9 153:23
154:12 157:15
158:10 166:24
173:8,9
**trying** 14:13 23:3
49:11,12 52:6,7
59:21 84:9 119:15
121:4 130:10,12
130:13,14 132:6
135:19 146:7,8
155:12 165:11,11
166:20 171:13,17
**Tuesday** 4:7
**turn** 122:25
**Twenty** 141:8
**twice** 67:12 87:19
**two** 24:19 26:13,23
46:25 47:3 50:8
51:13,15,21 55:14
71:25 88:17,19
95:3 103:17 115:6
115:8 123:3 134:3
138:5,9 140:16
143:11
**two-year** 52:12
53:13
**type** 63:12 139:10
**types** 43:22

―――――――――――
**U**
―――――――――――
**U** 178:2
**UFC** 153:17
**ugly** 119:6
**Uh-huh** 73:11
109:16 118:10
126:4 140:20
161:3
**unauthorized**
134:8
**uncomfortable**

128:20 133:10
**underlying** 5:17
**understand** 5:19,21
5:24 6:10 7:6,9
13:2 19:2 20:18
37:11 102:18
119:10 120:21
121:2 154:4
165:14
**understanding**
28:21 40:24 41:2
42:17 43:7 88:24
124:19,21 139:14
163:16
**understood** 149:16
**undertake** 22:20
**unit** 25:21 26:2,10
26:14,19 27:6,11
27:13 37:10,19
92:3 112:7
**UNITED** 1:2
**units** 25:4,14,15,16
30:21 90:8
**unpacked** 25:24
**unsigned** 39:12
69:21 149:4
**unveiling** 62:21
**upper** 162:7
**upset** 130:1 135:5
150:12 167:21
168:22
**upstairs** 25:8 43:2
104:11
**Urquhart** 2:5 4:11
**USA** 163:2
**use** 16:13 25:17
38:14 39:9,11,19
40:4,18,20 41:18
41:22 43:6 44:3,7
44:19 64:5 65:12
74:20,24 76:8
127:13 128:25
149:3 152:12,25
168:22
**uses** 123:13
**usually** 16:8 23:18



47:22

**V**

v 5:19
Valerie 161:4
value 129:6,10
van 30:9
variations 21:15
   23:21 74:3 173:10
various 161:10
   162:2 167:19
vehicle 30:6 69:15
   107:13,16 108:13
   111:24 112:2
verbal 23:24
verbatim 177:9
versions 140:24
   141:4
versus 89:18
Vessecchia 48:14
   50:2 51:16 53:17
   54:9,13,16,20,23
   55:17 124:7 134:6
   134:8,16,19
   141:21
Vessecchia's
   107:18
video 6:18 61:17
   155:5,13,22
   156:14 157:9,11
   158:12,18,21
   159:11,14,20
   160:4,7,8,10,22
   160:24 161:7,9
   163:25 164:8,21
   164:22,25 165:18
   165:23 166:10,15
   166:23 167:5
   169:2,7,16 170:6
   170:8,9,11 171:10
   172:23 173:3
   174:18,22 175:12
   175:15 176:3
videoconference
   1:15 2:2
videographer 2:20

4:2,12 5:2 61:19
   61:24 144:21,25
   155:24 156:6,10
   157:21 158:2,6
   176:16
videos 82:3,22
   154:24 156:18
   175:16,19
videotape 3:19 4:3
   157:3
Videotaped 1:13
viewed 173:2
Vinalhaven 68:11
   68:12 159:16,17
   164:18 165:7
violence 135:2,13
   135:15 153:8,17
violent 135:9 138:3
   139:13
virtually 4:10
visibly 116:20
visit 73:24 74:14,18
   74:23 75:3,7 88:7
   89:8 90:2 92:11
   116:6,9,18 117:16
   175:17
visited 87:18
visiting 116:24
visits 87:14 103:17
   103:24 104:2
voice 134:21
volume 40:15 42:4
   89:22
vs 1:7 4:6

**W**

wait 14:23 173:7
wake 101:2
walking 58:20
   165:3
want 40:2 49:10,10
   61:16 67:8,9
   76:12 77:20 78:14
   78:16 81:7 87:14
   88:6 89:4 92:15
   93:6 101:3 103:6

103:15,23 112:17
   117:4 118:3 132:9
   133:23 134:3
   139:5 144:5,11
   145:6,7,16,20
   148:4 154:18
   155:24,25 157:21
   168:2 171:19,19
wanted 10:7 27:12
   33:6 40:16 54:6
   70:12 79:25 80:12
   80:13 93:9 96:17
   98:21 105:25
   106:3 128:7 131:5
   131:8 152:22
   153:18 170:10
wanting 102:3
wants 11:11 12:19
   102:12
wasn't 10:11 12:13
   24:7 26:24 30:16
   33:21 47:7 50:14
   52:2,2 54:25 55:7
   59:14,19 60:4
   64:23,24 66:7,19
   71:8 73:13 99:16
   102:20 116:7,20
   128:12 135:24
   142:6,7,9,17,19
   168:2 174:4
watch 170:9
watched 42:11
water 28:8,9
water-wise 28:9
way 34:11 52:10
   53:3 79:22 101:17
   101:17 129:18,22
   157:13,19 160:2
   162:18 163:5
   171:18 175:20
website 32:12
week 11:7 88:16,17
weeks 84:5,15
went 23:2,10 24:9
   32:24 59:8 64:13
   66:15,16 67:12,20

72:18 79:23 80:11
   82:21 83:4 85:19
   86:5,6 105:12
   129:19 131:13,14
   131:25 165:10
weren't 10:22 49:4
   50:14 62:13 86:19
   88:21 133:12
   152:10
West 2:13
we'll 60:25 61:14
   173:8,9
we're 23:22
we've 11:14 103:7
Wharf 2:13
what-do-you-call...
   173:6
when's 47:10 102:5
wife 164:14
winter 140:24
   141:3
witness 4:25 5:3
   54:8 84:25 85:2
   136:22 145:25
   147:22 156:23
   171:21 176:11,15
   177:5,19
witnessed 39:12
   58:15 172:19
woman 164:11
wonder 174:6
wood 91:21
word 37:11
words 131:17
work 5:24 8:4,7
   10:4,24 12:12,25
   13:5,11 15:20,21
   15:23 16:2,21
   25:5,11 26:7,7,8
   27:12,25 30:22
   42:11,12 43:17
   47:21 52:17,22,25
   68:25 69:9 73:6,8
   76:12 79:6 96:14
   117:3 125:4
   131:10,25 133:15

139:6 161:18
   173:9
worked 8:17,17,23
   8:23,24 78:4
   119:19,20 157:17
   172:5
workforce 48:20
working 8:15,19
   9:15,18,20 10:11
   10:12,23 11:3
   13:20,25 14:10,11
   25:18 31:19 41:23
   41:24 42:23 46:2
   46:4 47:24 62:13
   62:18,24 67:15
   73:18 76:14,20
   83:23 130:20,25
   131:20 133:2
   172:7
workings 118:24
works 9:24 11:14
   11:16,20 20:25
   21:6,9 23:4,16
   24:22 25:2,3,7,23
   26:3,7 32:2 35:8
   38:14 39:16,19
   42:18 49:4 51:24
   56:7 61:6 72:3
   74:16 106:16
   124:25 126:25
   127:2,3 134:8
   164:19
world 172:7
wouldn't 37:25
   42:6 43:17 66:8
   74:11 98:14 103:2
   116:17 119:23
   120:16
write 135:6
writer 38:25
writes 109:17
   118:22
wrong 50:15 66:17
wrongdoing 119:23
Www.MagnaLS....
   1:25



**X**

**X** 1:5,9

**Y**

**Yale** 165:8 167:3
 169:5,11,13,17
 170:2,5,5
**yeah** 10:10 12:22
 12:22 14:21,23
 17:25 23:7 26:18
 27:9,21 28:7,15
 28:19 30:7 31:4
 33:9,9 34:11
 35:14 36:17,19
 38:25 40:15 41:16
 42:24 43:4 46:20
 47:6 49:14 51:14
 52:15,18 53:14
 54:3 55:6,7,12
 60:18 61:11 66:3
 66:3,16 68:3,12
 69:16,16,17 70:13
 75:13 78:15 79:13
 82:15 85:16,20
 86:11,15 88:5
 89:10 93:8,19,25
 94:22 95:21,24
 96:8 99:11 102:2
 102:10 104:19
 105:11,16,16
 114:12 118:15
 125:11 129:15
 133:14 136:4
 137:17 139:17
 141:16 144:13
 146:16,22,24
 150:8 154:7 162:8
 165:17,19,20,20
 165:21 166:13,19
 166:25 167:16
 170:4,14,17,18
 171:16 173:11,12
 173:21,24 175:11
**year** 26:22 46:19,25
 47:3 50:8 51:13
 51:15,20 67:7,10

87:16,22 88:3,9
 88:14 97:9 109:15
 111:15 115:13
 124:14,23 125:20
 126:9 127:3
 130:21 140:22
 141:5,25 142:3,4
 142:14,20 143:4
 143:12,23 145:14
**years** 13:21,23
 14:10 25:22 26:13
 26:22,23,23 33:8
 33:11,13 46:20,25
 47:3 55:14 124:14
 125:2,3 133:10
 159:9
**York** 1:2 2:6,6 7:4
 15:22 26:10
**young** 14:16
**younger** 138:23
**Yup** 164:5 165:21

**Z**

**Zerner** 2:12,12 3:5
 4:21,21,22 6:7
 18:11,20,22 45:2
 51:7 61:8,14
 78:18 79:11,18
 93:7,9,24 98:10
 98:25 100:18
 101:12,16 106:11
 117:10 119:25
 144:9,14,20 148:3
 155:3,9 156:3,12
 157:6,8,23 158:8
 159:12 161:8
 164:9 165:2,24
 166:17 167:6
 169:8 170:7
 171:11 174:19
 175:13,24 176:5
 176:12
**Zoom** 155:22

**0**

**02110** 2:13

**1**

**1** 2:7,7,13 3:9 19:19
 19:20 122:17
 144:19 159:22
**1:02** 144:24 145:2
**1:15** 156:7,9
**1:18-cv-04438-A...**
 1:4
**1:19** 156:9,11
**1:22** 158:3,5,5,7
**1:39** 176:17
**1:40** 176:19
**10** 3:19 157:2,5
 176:4
**10th** 97:8,11
**10:46** 61:20,22
**10010** 2:6
**103** 3:13
**1030** 111:19
**107** 3:14
**11** 56:15 61:12,15
 61:18 76:23
 133:24
**11:02** 61:22,25
**110** 3:15
**112** 3:16
**114** 3:17
**12** 58:3 93:6 106:10
 111:19 140:11,13
**12:38** 144:22,24
**122** 3:18
**13** 106:7,9,12,14
**14** 61:13
**148** 3:5
**157** 3:19
**16** 56:22 72:5
**17** 72:5 85:15
**177** 178:4
**18** 85:15
**19** 3:9 54:3 81:12
 85:15,16

**2**

**2** 3:10 80:16,17
 93:15
**20** 113:14 144:11

**200** 111:20
**2000s** 66:23
**2007** 9:12
**2008** 9:12
**2009** 62:10 66:11
 66:17
**2010** 66:21
**2011** 66:22
**2013** 125:20 126:9
**2015** 8:14,21 10:6,8
 42:20,21 45:19,25
 46:5 64:13 66:14
 66:17 67:5,6,10
 67:16,25 76:15
 159:22
**2016** 72:5
**2017** 67:9 72:6
**2018** 12:15 81:12
 82:13 126:23
 127:8 152:3
**2019** 53:25 54:17
 54:18 82:14 124:6
 126:2,8 142:9
**2020** 10:19 54:2,20
 77:16 142:7
**2021** 1:17 4:7 54:24
 87:19 97:11
 113:11 142:3,6
 177:20 178:16
**21st** 113:11
**212** 2:7,7
**22** 109:19
**22nd** 2:6
**25th** 87:22 88:7,9
 88:14 89:7,17
 90:2 92:11 103:20
**28** 77:16

**3**

**3** 3:12 91:4,5 93:4
**30** 141:9

**4**

**4** 3:13 103:9,11
 107:5
**4th** 109:14

**40** 18:17

**5**

**5** 3:4,14 107:8,9
**5th** 88:3 103:21
 111:15 115:16
 116:6,9,18
**50** 169:6
**50/50** 89:21
**51** 2:6
**523-6329** 2:14

**6**

**6** 3:15 110:18,20
**617** 2:14,14

**7**

**7** 3:16 112:17,19
**7000** 2:7
**7100** 2:7
**742-8604** 2:14

**8**

**8** 3:17 109:18
 111:18 114:20,21
**80** 3:11
**849** 2:7,7
**866-624-6221** 1:24

**9**

**9** 1:17 3:18 122:5,6
**9th** 4:7 19:25
 177:20
**9/30/2026** 177:25
**9:30** 1:17
**9:34** 4:8
**91** 3:12
**96** 146:9

