

Exhibit 20