*A*merican *I*mage, *Publishers of Fine Art*  **M**ichael **M**cKenzie, President

361 Third Avenue  E: MM2Uwords@aol.com
New York, New York 10016   914/301 5253   mobile 917/519 0857
Studios  Bedford, NY  and  Ridgefield, Ct
914/301 5253   203 894 9541

### INVOICE 09/01.I-235

Sold to:

Arcature Fine Art
318 Worth Avenue
Palm Beach, Florida 33480

**ITEM**                                              **CHARGE**

Artist: Robert Indiana
Title HOPE [R/W/B]
Medium: Silkscreen oil on Canvas
Size: 4 panels, each 36" x 36"
        72" x 72" overall
Signed: In crayon verso                        $150,000.00

PAID BY CHECK DATED SEPTEMBER 1, 2009