| | | | |
|---|---|---|---|
| "Book of Love"  Red/Gold | IV/V | R. Indiana '96 | |
| "Book of Love"  Red/Gold | V/V | R. Indiana '96 | |

### 5. LOVE (RED METAL) reversal

| | | | |
|---|---|---|---|
| "Book of Love"  Red/Blue | AP I | R. Indiana '96 | |
| "Book of Love"  Red/Blue | AP II | R. Indiana '96 | Given to Robert Indiana 4/7/13 |
| "Book of Love"  Red/Blue | I/V | R. Indiana '96 | |
| "Book of Love"  Red/Blue | II/V | R. Indiana '96 | |
| "Book of Love"  Red/Blue | III/V | R. Indiana '96 | |
| "Book of Love"  Red/Blue | IV/V | R. Indiana '96 | |
| "Book of Love"  Red/Blue | V/V | R. Indiana '96 | note: red spot above 'O' |

### 6. LOVE (RED METAL)    Letters/Top & inside 'V'/Bottom & inside 'O'

| | | | |
|---|---|---|---|
| "Book of Love"  Red/Blue/Green | AP I | R. Indiana '96 | Given to Robert Indiana 4/7/13 |
| "Book of Love"  Red/Blue/Green | AP II | R. Indiana '96 | 3/12/14: Shipped to Rosenbaum. WILL NEED TO REPLACE PIECE FOR INDIANA EXHIBIT. shipped to Utica 10/8 |
| "Book of Love"  Red/Blue/Green | I/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |
| "Book of Love"  Red/Blue/Green | II/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |
| "Book of Love"  Red/Blue/Green | III/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |
| "Book of Love"  Red/Blue/Green | IV/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |
| "Book of Love"  Red/Blue/Green | V/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |

### 7. LOVE (RED METAL)    Letters/Top & inside 'V'/Bottom & inside 'O'

Green: 7739C

| | | | |
|---|---|---|---|
| "Book of Love"  Red/Green/Blue | AP I | R. Indiana '96 | |
| "Book of Love"  Red/Green/Blue | AP II | R. Indiana '96 | Bates Museum 2016 exhibit |
| "Book of Love"  Red/Green/Blue | I/V | R. Indiana '96 | G. Allen bought: 3/23/14. Consigned to Gregory Allen 8/23/13. |
| "Book of Love"  Red/Green/Blue | II/V | R. Indiana '96 | |
| "Book of Love"  Red/Green/Blue | III/V | R. Indiana '96 | |
| "Book of Love"  Red/Green/Blue | IV/V | R. Indiana '96 | |
| "Book of Love"  Red/Green/Blue | V/V | R. Indiana '96 | Returned from Greg Allen 5/1/13 |

NOTE: Text to Gregory Allen 5/6: Red/Green/Blue available if party is interested in buying.

### 8. LOVE (RED METAL) positive single color

3/23/17

