## 12. LOVE (RED METAL)  Letters/Top & inside 'V'/Bottom & inside 'O'

| "Book of Love" | Gold/Red/Purple | AP I | R. Indiana '96 | |
|---|---|---|---|---|
| "Book of Love" | Gold/Red/Purple | AP II | R. Indiana '96 | |
| "Book of Love" | Gold/Red/Purple | I/V | R. Indiana '96 | |
| "Book of Love" | Gold/Red/Purple | II/V | R. Indiana '96 | |
| "Book of Love" | Gold/Red/Purple | III/V | R. Indiana '96 | |
| "Book of Love" | Gold/Red/Purple | IV/V | R. Indiana '96 | |
| "Book of Love" | Gold/Red/Purple | V/V | R. Indiana '96 | |

NOTE: Image to Woodward ("Book of Love" Gold/Red/Purple

## 13. LOVE (RED METAL)  Letters/Top & inside 'V'/Bottom & inside 'O'

| "Book of Love" | Gold/Red/Blue | AP I | R. Indiana '96 | Given to Robert Indiana 4/7/13 |
|---|---|---|---|---|
| "Book of Love" | Gold/Red/Blue | AP II | R. Indiana '96 | Bates Museum 2016 exhibit used for Utica, Allentown, returned |
| "Book of Love" | Gold/Red/Blue | I/V | R. Indiana '96 | shipped to Rosenbaum 6/1/15 |
| "Book of Love" | Gold/Red/Blue | II/V | R. Indiana '96 | shipped to Rosenbaum 6/1/15 |
| "Book of Love" | Gold/Red/Blue | III/V | R. Indiana '96 | shipped to Rosenbaum 6/1/15 |
| "Book of Love" | Gold/Red/Blue | IV/V | R. Indiana '96 | shipped to Rosenbaum 6/1/15 |
| "Book of Love" | Gold/Red/Blue | V/V | R. Indiana '96 | shipped to Rosenbaum 6/1/15 |

## 1. LOVE (BLUE) positive

| "Book of Love" | Silver/Blue | AP I | R. Indiana '96 | |
|---|---|---|---|---|
| "Book of Love" | Silver/Blue | AP II | R. Indiana '96 | |
| "Book of Love" | Silver/Blue | I/V | R. Indiana '96 | shipped to Rosenbaum 11/19/12 |
| "Book of Love" | Silver/Blue | II/V | R. Indiana '96 | shipped to Rosenbaum 11/19/12 |
| "Book of Love" | Silver/Blue | III/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |
| "Book of Love" | Silver/Blue | IV/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |
| "Book of Love" | Silver/Blue | V/V | R. Indiana '96 | Shipped to Rosenbaum 5/1/13 |

## 2. LOVE (BLUE) positive

| 'Book of Love' | Red/Blue | AP I | R. Indiana '96 | |
|---|---|---|---|---|
| 'Book of Love' | Red/Blue | AP II | R. Indiana '96 | |
| 'Book of Love' | Red/Blue | I/V | R. Indiana '96 | |
| 'Book of Love' | Red/Blue | II/V | R. Indiana '96 | |
| 'Book of Love' | Red/Blue | III/V | R. Indiana '96 | |
| 'Book of Love' | Red/Blue | IV/V | R. Indiana '96 | |
| 'Book of Love' | Red/Blue | V/V | R. Indiana '96 | |

3/23/17