| "Metal HOPE" Gold/Blue | V/V | R. Indiana 2012 | note: blemish in gold |
|---|---|---|---|
| **4. HOPE (RED METAL)** | | | |
| "Metal HOPE" Purple/Red | AP I | R. Indiana 2012 | |
| "Metal HOPE" Purple/Red | AP II | R. Indiana 2012 | |
| "Metal HOPE" Purple/Red | I/V | R. Indiana 2012 | |
| "Metal HOPE" Purple/Red | II/V | R. Indiana 2012 | |
| "Metal HOPE" Purple/Red | III/V | R. Indiana 2012 | |
| "Metal HOPE" Purple/Red | IV/V | R. Indiana 2012 | |
| "Metal HOPE" Purple/Red | V/V | R. Indiana 2012 | Woodward 11/2/13 Exhibit, returned |
| | | | |
| **5. HOPE (RED METAL)** | | | |
| "Metal HOPE" Red/Blue | AP I | R. Indiana 2012 | Given to Indiana 5/8/13 |
| "Metal HOPE" Red/Blue | AP II | R. Indiana 2012 | Used for Utica, returned |
| "Metal HOPE" Red/Blue | I/V | R. Indiana 2012 | Shipped to Rosenbaum 5/1/13 |
| "Metal HOPE" Red/Blue | II/V | R. Indiana 2012 | Shipped to Rosenbaum 5/1/13 |
| "Metal HOPE" Red/Blue | III/V | R. Indiana 2012 | Shipped to Rosenbaum 5/1/13 |
| "Metal HOPE" Red/Blue | IV/V | R. Indiana 2012 | Shipped to Rosenbaum 5/1/13 |
| "Metal HOPE" Red/Blue | V/V | R. Indiana 2012 | Shipped to Rosenbaum 5/1/13 |
| | | | |
| **6. HOPE (Blue Metal)** | | | |
| "Metal HOPE" Purple/Blue | I/I | R. Indiana 2012 | |

3/23/17