**Osvaldo J. Gonzalez**
**37 Luquillo Beach Blvd.**
**Luquillo, Puerto Rico 00773**
**og@ogcool.com**

December 2, 2021

Hon. Barbara C. Moses
United States Courthouse
500 Pearl Street Room 740
New York, New York 10007

**RE: Morgan Foundation v. Michael McKenzie**

**1:18-cv-04438-AT-BCM**

Dear Judge Moses:

This letter is in regard to a request that the firm of Markham and Read, Esq.s be recused from this matter as a conflict of interest has arisen.

The Court is aware that Mr. McKenzie filed an Application with the Lawyers Legal Fund to be compensated $160,000 he paid for Legal Fees paid to me.

The basis of his request was that he was unaware of my suspension from Law practice until August 21, 2021. (See Paragraphs 6 & 7 of his submission to the Lawyers Legal Fund.

These statements are false.

John Markham was made aware of my suspension from law practice by Mr.McKenzie from very early on after being retained.

Mr. John Markham and Bridget Zerner are aware as this was not a secret and had been brought out as a topic during my depositions.

Mr.Markham and his firm are aware that I worked for American Image Art as the President of the Sales Division and his personal assistant. I worked with their firm solely in that capacity. I did no legal work.

Markham and Read are thereby my witnesses at any future hearing before the Lawyers Legal Fund.

In addition his prior attorney John Simoni, Esq. was also aware that I was suspended from the practice of law.  Mr. McKenzie apprised Mr.Simoni of my suspension. I worked with Mr.Simoni as Mr.McKenzie's personal assistant.

Mr . Simoni did all of the legal work.

At the Portland Arbitration I was requested to attend in my capacity as his Assistant.

Mr Mr. Simoni was aware of my attendance and we remained in contact with Mr. Simoni throughout the Arbitration.

The problem arose that Mr. McKenzie had a nervous breakdown during the arbitration and broke out into an Antisemitic rant which he is wont to do. He is rabidly antisemitic. I had to remove him from the Conference room and place him in an adjoining office .

I then perforce finished the negotiation with Mr. Lipson while consulting with Mr. McKenzie in the adjoining office spewing Antisemitic tropes about Mr.Lipson and Mr. Simoni by phone.

Mr.Lipson did register his complaint about Mr. McKenzie's Antisemitic remarks directly during the arbitration.

Hence, it becomes apparent that Mr.McKenzie's claim that he first discovered my status on August 21, 2021 is a lie created to defraud the Lawyers Legal Fund of $160,000.

Further, I work as an artist. My work can be found on www.ogcool.com. I have given gifts of my art to Markham and Read which may be a conflict of interest.

Thank you for your consideration of this matter.

Respectfully

S/ Osvaldo J Gonzalez

Osvaldo J. Gonzalez

1