Markham Declaration Exhibit A

Page 1

AMERICAN ARBITRATION ASSOCIATION
_____

JAMES W. BRANNAN, as the Personal

Representative of the Estate of

Robert Indiana,

       Claimant,

   - against -    Case No. 01-19-0001-9789

MICHAEL McKENZIE and AMERICAN IMAGE

ART,

       Respondents.
_____


       REMOTE DEPOSITION

           OF

     OSVALDO (OZZIE) GONZALEZ


Reported by:  Robin LaFemina, RPR, CLR

Job No.:  686215




      MAGNA LEGAL SERVICES

        (866) 624-6221

       www.MagnaLS.com



Page 2

```
 1
 2
 3
 4                    1/22/21
 5                    10:26 a.m.
 6
 7
 8         Deposition of OSVALDO (OZZIE) GONZALEZ,
 9   held remotely via Zoom, before Robin
10   LaFemina, a Registered Professional
11   Reporter, Certified LiveNote Reporter and
12   Notary Public within and for the State of
13   New York.
14
15
16
17
18
19
20
21
22
23
24
25
```



Page 3

```
 1
 2    APPEARANCES:
 3
 4    (ALL COUNSEL APPEARING REMOTELY)
 5
 6    VENABLE LLP
 7    Attorneys for James W. Brannan As
 8    Personal Representative of the Estate
 9    Of Robert Indiana
10         1270 6th Avenue, 24th Floor
11         New York, New York 10020
12    BY:  EMILY SEIDERMAN WEST, ESQ.
13         eawest@venable.com
14         JOHN VAZQUEZ, ESQ.
15         jvazquez@venable.com
16         KEVIN LIPSON, ESQ.
17         klipson@venable.com
18         EDWARD P. BOYLE, ESQ.
19         epboyle@venable.com
20
21    (Continued on following page.)
22
23
24
25
```



Page 4

```
 1
 2    APPEARANCES (C'td.)
 3
 4    MARKHAM & READ
 5    Attorneys for Michael McKenzie d/b/a
 6    American Image Art s/h/a Michael McKenzie
 7    and American Image Art and Witness Ozzie
 8    Gonzalez
 9         One Commercial Wharf West
10         Boston, Massachusetts 02110
11    BY:  BRIDGET ZERNER, ESQ.
12         bzerner@markhamread.com
13         JOHN MARKHAM, ESQ.
14         jmarkham@markhamread.com
15
16    ALSO PRESENT:
17         MICHAEL McKENZIE
18
19
20
21
22
23
24
25
```



1                   Gonzalez
2           MS. WEST:  Ms. Zerner, just so
3      you're aware, I'll be conducting this
4      examination and we're going to proceed
5      as if the Federal Rules of Civil
6      Procedure that are applicable to
7      depositions apply.  So that's just for
8      your information.  And if you and
9      Mr. Gonzalez are ready to begin, we'll
10     begin.
11           MS. ZERNER:  We are.  Thank you.
12           MS. WEST:  All right.  Thanks.
13  OSVALDO (OZZIE) GONZALEZ,
14       called as a Witness, having been first
15       duly sworn by a Notary Public, was
16       examined and testified as follows:
17  EXAMINATION BY
18  MS. WEST:
19      Q.    Good morning, Mr. Gonzalez.
20      A.    Good morning.
21      Q.    Could you please state and spell
22  your name for the record?
23      A.    Yes.  My name is Ozzie,
24  O-Z-Z-I-E, Gonzalez, G-O-N-Z-A-L-E-Z.
25      Q.    And is Ozzie Gonzalez your full



```
                                                          Page 6
 1                       Gonzalez
 2    name?
 3         A.    Well, it's Osvaldo Gonzalez.
 4         Q.    Okay.  It's important that the
 5    record is clear, so could you please spell
 6    your full first name as well?
 7         A.    O-S-V-A-L-D-O.
 8         Q.    Thank you.
 9               Mr. Gonzalez, have you ever been
10    deposed before?
11         A.    Yes.
12         Q.    How many times have you been
13    deposed?
14         A.    I think once before.
15         Q.    How long ago was that?
16         A.    Years and years ago now.
17         Q.    Can you give a rough estimate as
18    to how many years ago?
19         A.    I think it was 30 or 40 years
20    ago.
21         Q.    Do you remember what kind of
22    case that was for?
23         A.    It was a car accident case.
24         Q.    And were you a witness or a
25    party?
```



Page 15

```
 1                      Gonzalez
 2              Okay?
 3       A.     You'll be the first to know.
 4       Q.     Are you represented by counsel
 5   today?
 6       A.     I don't think so.  Well,
 7   unless -- well, we have John Markham.
 8       Q.     Is John Markham --
 9              MS. ZERNER:  Yes.
10              MS. WEST:  Okay.
11              MS. ZERNER:  I represent --
12       A.     American --
13              MS. ZERNER:  -- Mr. Gonzalez as
14       well.
15       Q.     So is it my understanding,
16   Mr. Gonzalez, that the law firm of Markham &
17   Read represents you for purposes of this
18   testimony today?
19       A.     Yes.
20       Q.     Okay.
21              Can you identify your attorneys
22   for the record?
23       A.     John Markham, and I see that
24   Bridget is online with us.
25              MR. MARKHAM:  So is John Markham.
```



Page 16

```
 1                    Gonzalez
 2            MS. WEST:  Hello, Mr. Markham,
 3        this is Emily Seiderman West from
 4        Venable.  I see that you've joined.
 5        Thanks.
 6        Q.    Okay.
 7              And when did you retain
 8    Mr. Markham and Ms. Zerner as your attorney?
 9        A.    I'm not actually sure.  Six
10    months ago.  Five or six months ago.
11        Q.    So you retained them for a
12    purpose other than for preparing for this
13    testimony today?
14        A.    Well, he's the attorney
15    representing American Image Art and Michael
16    McKenzie in their legal actions in Maine and
17    the Southern District of New York.
18        Q.    I understand that.  I'm just
19    trying to understand when Mr. Markham and
20    Ms. Zerner became your attorney.
21        A.    Well, I -- only to the extent
22    that I work at American Image Art.
23            MR. MARKHAM:  We are
24        representing him since we filed an
25        appearance in Maine which I believe was
```



Page 17

```
 1                    Gonzalez
 2        in July of 2020.
 3              MS. WEST:  Yes.  But that
 4        appearance was for Michael McKenzie;
 5        correct?
 6              MR. MARKHAM:  I didn't say that
 7        we appeared for Mr. Oz, I said that
 8        we've been representing Mr. Oz since
 9        then.
10              MS. WEST:  Since -- okay.  So,
11        Mr. Markham, you're referring to when
12        you appeared in Maine in 2020, you said?
13              MR. MARKHAM:  Yes.
14              MS. WEST:  Okay.
15        Q.    Mr. Gonzalez, I'm interested in
16   what you -- what your understanding is.  Is
17   it your understanding that Mr. Markham has
18   been representing you since about six months
19   ago?
20        A.    Yes.
21        Q.    And that is in the course of --
22   that is related to this dispute; correct?
23   The dispute that we're here to talk about
24   today?
25        A.    Yes.
```



Page 18

```
 1                      Gonzalez
 2        Q.     Does Mr. Markham or Ms. Zerner
 3   represent you in any other capacity?
 4        A.     No.
 5        Q.     Okay.
 6               Do you understand that you are
 7   here today to give testimony for an
 8   arbitration between Michael McKenzie who is
 9   doing business as American Image Art and
10   James Brannan who represents the Estate of
11   Robert Indiana?
12        A.     Yes.
13        Q.     Okay.
14               So without telling me the
15   substance of any discussions that you had
16   with your attorney to prepare for this
17   deposition, could you please just tell me
18   yes or no, did you meet with your attorneys
19   to prepare for today?
20        A.     No.
21        Q.     Did you review any documents to
22   prepare for your deposition today?
23        A.     Well, a few moments ago,
24   apparently the --
25               MS. ZERNER:  Did it freeze on
```

