

EXHIBIT A -1



**EXHIBIT A - 2**



**EXHIBIT A - 3**



EXHIBIT A - 4



**EXHIBIT A - 5**



**EXHIBIT A - 6**



EXHIBIT A - 7



**EXHIBIT A - 8**



EXHIBIT A - 9



EXHIBIT A - 10



EXHIBIT A - 11



EXHIBIT A - 12



**EXHIBIT A - 13**



EXHIBIT A - 14



**EXHIBIT A - 15**



**EXHIBIT A - 16**



**EXHIBIT A - 17**



**EXHIBIT A - 18**



**EXHIBIT A - 19**



**EXHIBIT A - 20**



EXHIBIT A - 21