UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, et al.<br><br>Defendants. | Case No. 18-cv-04438-AT-BCM |

# EXHIBIT B

# EXCERPT OF TRANSCRIPT OF DEPOSITION OF JAMIE THOMAS OF NOVEMBER 12, 2021

# TO BE FILED
# – CONFIDENTIALITY DESIGNATION BEING RESOLVED – SEE DECLARATION OF BRIDGET A. ZERNER