# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| PRESENT: | HON. JENNIFER G. SCHECTER | PART | IAS MOTION 54EFM |
|---|---|---|---|
| | Justice | | |

-------------------------------------------------------------------X

JAMES BRANNAN,

       Petitioner,

    - v -

MICHAEL MCKENZIE, AMERICAN IMAGE ART

       Respondents.

-------------------------------------------------------------------X

| INDEX NO. | 653809/2019 |
|---|---|
| MOTION DATE | N/A |
| MOTION SEQ. NO. | 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 20, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 49

were read on this motion to/for       PREL INJUNCTION/TEMP REST ORDR.

Upon the foregoing documents, it is ORDERED and ADJUDGED that the petition is denied for the reasons stated on the record and petitioner is to e-file the transcript within 45 days. Most significantly, there is insufficient evidence of both irreparable harm and that the award sought in arbitration would be rendered ineffectual without provisional relief (CPLR 7502[c]). Respondents have every incentive to maximize the value of the artwork and petitioner did not adduce sufficient proof that this court should alter the status quo by preventing respondents from continuing to fabricate art pending the arbitration (petitioner did not show a likelihood that respondents have sold forged and infringing art on this record).

| 8/22/2019 | | | | | |
|---|---|---|---|---|---|
| DATE | | | | JENNIFER G. SCHECTER, J.S.C. | |
| CHECK ONE: | X | CASE DISPOSED | | NON-FINAL DISPOSITION | |
| | | GRANTED | X DENIED | GRANTED IN PART | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | REFERENCE |

653809/2019 BRANNAN, JAMES W. vs. MCKENZIE, MICHAEL
Motion No. 001