# EXHIBIT F - 1

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | **ESTTA913097** |
|---|---|
| Filing date: | **08/01/2018** |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

## Opposer Information

| Name | The Hamilton Collection, Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | Florida |
| Address | 7018 A.C. Skinner Parkway<br>Suite 300<br>Jacksonville, FL 32256<br>UNITED STATES | | |

| Correspondence information | Ashly I. Boesche<br>PATTISHALL MCAULIFFE NEWBURY HILLIARD & GERALDSON LLP<br>200 South Wacker Drive<br>Suite 2900<br>Chicago, IL 60606<br>UNITED STATES<br>Email: aib@pattishall.com, kab@pattishall.com, cas@pattishall.com,<br>jin@pattishall.com, docket@pattishall.com<br>Phone: 312-554-8000 |
|---|---|

## Applicant Information

| Application No | 87581790 | Publication date | 07/03/2018 |
|---|---|---|---|
| Opposition Filing Date | 08/01/2018 | Opposition Period Ends | 08/02/2018 |
| International Registration No. | NONE | International Registration Date | NONE |
| Applicant | Morgan Art Foundation Ltd<br>Suite E-2,Union Court Bldg,Elizabeth Ave<br>and Shirley Street, P.O. Box N-8188<br>Nassau<br>BAHAMAS | | |

## Goods/Services Affected by Opposition

Class 020. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Display racks, stands, boards, tables and cases, and signage in the nature of inflatable plastic signs, printed vinyl signs; statues, figurines, works of art and ornaments not being Christmas tree ornaments all of which are made of materials such as wood, wax, resin, plaster or plastic, included in the class; decorations not being Christmas decorations in the nature of decorative centerpieces, decorative boxes, all of which are made of materials such as wood, wax, resin, plaster or plastic, included in the class; parts and fittings for the aforementioned goods

Class 021. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Works of art made of china, crystal, ceramic, earthenware, glass, porcelain or terra cotta

**EXHIBIT F - 2**

Grounds for Opposition

| Failure to function as a mark | Trademark Act Sections 1, 2 and 45 |
|---|---|
| Fraud on the USPTO | In re Bose Corp., 580 F.3d 1240, 91 USPQ2d 1938 (Fed. Cir. 2009) |

| Attachments | Notice of Opposition - LOVE.pdf(301511 bytes ) Exhibit A - Love Opposition.pdf(4638050 bytes ) Exhibit B - LOVE Opposition.pdf(5607738 bytes ) |
|---|---|

| Signature | /ashly boesche/ |
|---|---|
| Name | Ashly I. Boesche |
| Date | 08/01/2018 |

**EXHIBIT F - 3**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

In The Matter of Serial No. 87/581,790

For the Trademark [LOVE], in International Classes 20, 21
Filed on August 24, 2017

| | | |
|---|---|---|
| THE HAMILTON COLLECTION, INC., | ) | |
| | ) | |
| Opposer, | ) | |
| | ) | |
| v. | ) | Opposition No. |
| | ) | |
| MORGAN ART FOUNDATION LTD., | ) | |
| | ) | |
| Applicant. | ) | |

### NOTICE OF OPPOSITION

The Hamilton Collection, Inc., a Florida corporation located and doing business at 7018

A.C. Skinner Parkway, Suite 300, Jacksonville, Florida ("Opposer"), believes it will be damaged

by registration of the mark shown in Application Serial No. 87/581,790 (referred to herein as the

"Stacked LOVE Design"), and opposes the same.

In support thereof, Opposer states as follows:

### Opposer and Its Use of "Love"

1.      For over three decades, Opposer has manufactured and sold in the United States

decorative items and small works of art, including a variety of collectible figurines.  Opposer's

figurines are often composed of resin, plastic, and/or ceramic.

2.      Opposer offers collectible figurines under licenses with a variety of brands,

including NASCAR®, Disney®, and Precious Moments®.

3.      Prior to the earliest priority date of the application opposed herein, Opposer sold in the United States the figurine shown below featuring the Stacked LOVE Design.



4.      Prior to the earliest priority date of the application opposed herein, Opposer offered in the United States the figurine shown below featuring the Stacked LOVE Design.



5.      Long before the earliest priority date of the application opposed herein, Opposer or its affiliates have sold in the United States decorative items and small works of art, including figurines with the word "love" incorporated into the item.  Examples are shown below:

















6.      For years, and before August 24, 2017, the earliest priority date of the application opposed herein, Opposer or its affiliates have sold in the United States decorative items and small works of art, including figurines under a name that includes the word "love."  Examples are shown below:

**EXHIBIT F - 6**




Titled "Love is in the Air."



Titled "Hope, Faith & Love."



Titled "Your Love Suits Me To a Tea."



Titled "Blessings for Two Lovers."



Titled "Angels of Sisterly Love."

On information and belief, each individual figurine for the above referenced products was accompanied by a certificate that included the title of the product which includes the word "love."  True and correct copies of online listings for additional representative examples are attached as **Exhibit A**.

### The "Love" Design and Image

7.    The design **LOVE** (the "Love Image") was created by American artist Robert Indiana.  It originated as a work on paper and was then used by Mr. Indiana in paintings and

-4-

sculptures.  Mr. Indiana created variations on the artwork in similar sculptures where "LOVE" was translated in Hebrew, Spanish, and Chinese.  The sculptures are located in parks and plazas throughout the world, including in John F. Kennedy Plaza in Philadelphia, Pennsylvania, nicknamed "Love Park."  The Love Image sculpture may be one of the most well-recognized sculptures in the world.

8.      On information and belief, Mr. Indiana created his work before the effective date of the Copyright Act of 1976 and did not obtain a copyright registration for his Love Image and sculptures.  Thus, the work is in the public domain.

9.      On information and belief, Mr. Indiana has never had trademark rights in the Love Image because he did not use the image to "identify and distinguish his . . . goods . . . from those manufactured or sold by others and to indicate the source of the goods" under the Lanham Act, 15 U.S.C. § 1051 *et seq.*

10.     Currently, depictions of the Love Image are sold by many third parties in various forms.  For example, third parties offer reproductions of the sculpture, "Love Sculpture" t-shirts, 3D printed "Love Word Sculpture" replicas, metal signs, and notecards.  Attached as **Exhibit B** are print-outs showing representative, third-party Love Image products.

<u>**Applicant and its Love Image Application**</u>

11.     On information and belief, Applicant is a Bahamas limited company doing business at Union Court Bldg., Suite E-2, Elizabeth Ave and Shirley Street, Nassau, Bahamas.

12.     On August 24, 2017, Applicant filed an application for (Serial No. 87/581,790) for "display racks, stands, boards, tables and cases, and signage in the nature of inflatable plastic signs, printed vinyl signs; statues, figurines, works of art and ornaments not

being Christmas tree ornaments all of which are made of materials such as wood, wax, resin, plaster or plastic, included in the class; decorations not being Christmas decorations in the nature of decorative centerpieces, decorative boxes, all of which are made of materials such as wood, wax, resin, plaster or plastic, included in the class; parts and fittings for the aforementioned goods" in Class 20 and "works of art made of china, crystal, ceramic, earthenware, glass, porcelain or terra cotta" in Class 21, which was published on July 3, 2018 (the "Application").

13.     The Application was filed through an international extension pursuant to 15 U.S.C. §1126 and Section 44(e) of the Convention of Paris for the Protection of Industrial Property.  The Application is based on Swiss Registration No. 675055.

14.     When Applicant filed its Application, Applicant's Director, Philippe Grossglauser, signed a declaration stating that:

     a.  Applicant is entitled to use the mark in commerce;

     b.  The applicant has a bona fide intention to use the mark in commerce or in connection with the goods/services in the application;

     c.  To the best of the signatory's knowledge and belief, no other persons . . . have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on in connection with the goods/services of such other person, to cause confusion or mistake, or to deceive.

15.     On information and belief, Applicant has claimed that Mr. Indiana conveyed "copyright, trademark, and other rights" in the Love Image to Applicant.  Mr. Indiana, however, could not have conveyed rights in the Love Image that he never had.

16.     On information and belief, Applicant does not currently use the Love Image as a trademark under the Lanham Act, 15 U.S.C. § 1051 *et seq*.

17.     On information and belief, Applicant's sole purpose in seeking registration of the Love Image is to gain a monopoly over use of the word "Love" and the Love Image as sold on the applied-for goods, in a bad faith attempt to bring legal actions against legitimate third-party users of the Love Image and the word "love."

## Count I: Failure to Function as a Trademark

18.     Opposer repeats and re-alleges Paragraphs 1-18 as though fully set forth herein.

19.     The Love Image does not function as a trademark.  It is a well-recognized work of art created by Robert Indiana.  The Love Image is an ornamental feature of the applied-for goods and the goods of others.

20.     It is not possible for the Love Image to be used in any form on the applied-for goods that signifies source.  Any such use is merely ornamental.

21.     The Love Image is thus incapable of identifying a particular source and distinguishing Applicant's goods from the goods of others.

22.     The Love Image is also so commonly used by third parties that it cannot identify a particular source of the goods and cannot distinguish Applicant's goods from the goods of others.

23.     The Love Image does not function as a trademark under §§1, 2, and 45 of the Trademark Act, 15 U.S.C. §§1051, 1052, and 1127.

24.     Allowing Applicant to register the Love Image mark would unduly inhibit competition, monopolize the use of "Love" on items such as figurines, works of art, or decorative pieces, and provide Applicant with a means of challenging lawful uses of "Love" on items such as figurines, works of art, or decorative pieces, including items manufactured and sold by Opposer.

**EXHIBIT F - 10**

### Count II: Fraud

25.     Opposer repeats and re-alleges Paragraphs 1-18 as though fully set forth herein.

26.     Opposer is one of many companies that manufactures and/or sells items such as figurines, works of art, or decorative pieces that bear the word "Love" and the Love Image.

27.     On information and belief, Applicant was aware, at the time it filed its Application, that other companies sold goods bearing "Love" or the Love Image.

28.     When Applicant filed its Application on August 24, 2017, it knowingly made false statements with the intent to deceive the Trademark Office by making the following statement in its declaration:

> [The undersigned] [b]elieves applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and that all statements made on information and belief are believed to be true.

29.     The statement is false because, on information and belief, Applicant was aware of third party uses of the Love Image.

30.     The statement is false because third parties, including Opposer, are free to use the Love Image and variations thereof commercially or otherwise.

31.     The statement is false because it asserts that the Love Image is a trademark, whereas, in truth, it is not.

32.     Applicant intends to use the registration of the Love Image to inhibit competition, monopolize the use of "Love" on the applied-for goods, and provide Applicant with a means of challenging lawful uses of "Love" on the goods of third parties, including Opposer.

33.     Accordingly, in filing its Application, Applicant committed fraud on the United States Patent and Trademark Office.

### Damage to Opposer (All Counts)

34.     If Applicant obtains a registration for the Love Image as a mark, it will constitute *prima facie* evidence of Applicant's exclusive right to use the Love Image in commerce for the applied-for goods, despite the fact that the word "love" and the Love Image are used on decorative items, works of art, and figurines by many third parties, including Opposer.

35.     If Applicant obtains a registration for the Love Image, it would allow Applicant to interfere with Opposer's lawful use of the word "love" and the Love Image on Opposer's products.

36.     For the foregoing reasons, Opposer will be damaged by registration of Applicant's applied-for mark.

**EXHIBIT F - 12**

WHEREFORE, Opposer respectfully requests that this opposition be sustained and

registration of **LOVE** (Serial No. 87/581,790) be denied.

Opposer requests that the requisite filing fee of $800.00 be deducted from Deposit

Account No. 16-0650, the deposit account of Pattishall, McAuliffe, Newbury, Hilliard &

Geraldson LLP.  Please address all correspondence to: Ashly Boesche, Pattishall, McAuliffe,

Newbury, Hilliard & Geraldson LLP, 200 South Wacker Drive, Suite 2900, Chicago, Illinois

60606.

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP

Dated: <u>August 1, 2018</u>          By: <u> /s/ Kristine Bergman          </u>
Ashly I. Boesche
Kristine A. Bergman
200 S. Wacker Drive
Suite 2900
Chicago, Illinois  60606
(312) 554-8000

Attorneys for Opposer, The Hamilton Collection, Inc.

**EXHIBIT F - 13**

## <u>CERTIFICATE OF ELECTRONIC TRANSMISSION</u>

I, Kristine A. Bergman, hereby certify that a true and correct copy of the foregoing

**NOTICE OF OPPOSITION** was electronically transmitted to the Trademark Trial and Appeal

Board on August 1, 2018.


<u>/s/ Kristine Bergman   </u>

# EXHIBIT A



**EXHIBIT F - 16**





**EXHIBIT F - 17**

- Officially licensed by NFL Properties LLC

- **Personalize it!** The names of you and your sweetie will be showcased on this figurine to create a one-of-a-kind tribute to your team and your love; **see your personalized figurine now,** before you order, with the convenient preview function above

- Pending sufficient demand, the Our Love is Dallas Cowboys Strong Figurine will be cast in artist's resin and meticulously handcrafted to showcase a couple playfully posed in front of stacked Cowboys blue letters that spell out "LOVE," with a heart for the letter "O" graced with both of your names

- Every darling detail will be hand-painted, from the couple's proudly worn team gear to their sweet features

- "Our Love Is Cowboys Strong" will be showcased on the base of this Precious Moments Dallas Cowboys collectible figurine for a perfect winning touch

- Hand-numbered with matching Certificate authenticating your figurine is an original from The Hamilton Collection

- Measures 7" H; 17.8 cm H

- Reserve yours now, risk free! Handcrafting begins only if sufficient demand is met

 **Top of Page**



**Buy This Item Now:**
Precious Moments Cowboys Personalized Couple Figurine
Our Love Is Dallas Cowboys Strong Personalized Figurine/ Personalized Dallas Cowboys Fan Gift Honors 2 Cowboys Fans In Love

**Price: $79.98 US**

**Add to Cart**

**Available in 3 installments of $26.66 US**

Item no : V07593501

A fine adult collectible. Not intended for children
This Precious Moments item is only available for purchases made in the following territories: United States (and its territories and possessions), Canada, United Kingdom, New Zealand, and Australia.
Precious Moments® ©2017 Precious Moments, Inc. Authorized Licensee: The Hamilton Collection. All Rights Reserved Worldwide.
Officially licensed by NFL Properties LLC.



The Bradford Exchange Online | The Ashton-Drake Galleries Online | Bradford Exchange Checks | International Sites

Copyright ©2018 The Hamilton Collection Online and CollectiblesToday®. All rights reserved.

**EXHIBIT F - 18**



**EXHIBIT F - 19**



**EXHIBIT F - 20**



**EXHIBIT F - 21**



# EXHIBIT F - 22



**EXHIBIT F - 23**



**EXHIBIT F - 24**





**EXHIBIT F - 25**



**EXHIBIT F - 26**



**EXHIBIT F - 27**



## Successful Search for "906043001"

### Disney FROZEN "A Sister's Love Warms The Heart" Figurine

Disney A Sister's Love Warms The Heart Figurine
Handcrafted figurine beautifully captures Elsa and Anna with hand-painted finishes, hand-applied faux gems, sparkling glitter. Sentiment on base.

Measures 7-1/4" H

**Price: $79.98 US**

**Want More?** Subscribe to the Collection!

**Why Subscribe?**

**Price: $79.98 US** Each Issue

### Shop Similar Items

See All FROZEN
See All Disney
See All Love and Family
See All Figurines
See All For Her
See All For Sister

### You May Also Like:

Disney's "Frozen" has captured the hearts of sisters, collectors and fans worldwide! Now, celebrate the blessings of sisterhood with the Disney A Sister's Love Warms The Heart Figurine, licensed by Disney and available from The Hamilton Collection. Exquisitely capturing Elsa and Anna sharing a tender moment, this FROZEN figurine is a stunning reminder that with your sister by your side, anything is possible!

Inspired by original Disney artwork, this Elsa the Snow Queen and Anna figurine is handcrafted to highlight every movie detail, from their distinctive braids to the masterful recreation of their ensembles. Hand-painted with a rich blend of pearlescent, metallic and glossy finishes, this FROZEN sisters figurine even boasts hand-applied simulated gems and glitter for an added sparkling touch! Plus, the base reads "A Sister's Love Warms the Heart," making it an unforgettable tribute to the power of sisterhood. Strong demand is anticipated and the edition is limited to 95 casting days, so don't delay. Order now!

A fine collectible, not intended for children.

### This collectible Disney Frozen Elsa and Anna figurine from The Hamilton Collection features:

- Celebrate the power of sisterhood alongside Elsa and Anna from Disney's "Frozen" with the Disney A Sister's Love Warms the Heart Figurine, available from The Hamilton Collection

- Licensed by Disney

- Inspired by original Disney artwork, this Elsa the Snow Queen and Anna figurine is handcrafted to highlight every movie detail - from their distinctive braids to the masterful recreation of their ensembles

- Hand-painted in a rich blend of pearlescent, metallic and glossy finishes with hand-applied simulated gems and glitter for an added sparkling touch

- Base features the sentiment "A Sister's Love Warms The Heart" as a tender tribute to the power of sisterhood

- Edition limited to 95 casting days, so order now!

- Hand-numbered with a matching Certificate authenticating your figurine as an original from The Hamilton Collection

- Measures 7-1/4" H; 18.4 cm H

### Buy This Item Now:

Disney FROZEN "A Sister's Love Warms The Heart" Figurine
Disney FROZEN Figurine Celebrate the blessings of Sisterhood! Disney's FROZEN Figurine with Elsa the Snow Queen and Anna!

**Price: $79.98 US**

Available in 3 installments of $26.66 US

Item no: 906043001

©Disney
©2014 The Hamilton Collection

# EXHIBIT B

 **Etsy**

Search for items or shops   **Search**

Sell on Etsy    Register    Sign in

EXHIBIT F 29

Favorites    Cart

| Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies & Tools | Vintage |

## Similar items   See more











Love Park Sign - Wall Cut...
AddictedFurnishings
$140.00

Love Park - Philadelphia ...
AddictedFurnishings
$40.00

Flyers Love Park Guestbo...
AddictedFurnishings
$100.00

Mini Love Wedding/Brida...
AddictedFurnishings
$75.00

Love Park Wedding Gues...
AddictedFurnishings
$100.00

 **AddictedFurnishings**

♡ Favorite shop

   

52 items

Like this item?
Add it to your favorites to revisit it later.



 zoom

### Mini Love Park Sign

**$12.50**

Ask a question

**Primary color**

Select a color ▼

**Quantity**

1 ▼

**Add to cart**

🛒 **Other people want this.** 11 people have this in their carts right now.

**Overview**
- Handmade item
- Made to order
- Feedback: 168 reviews
- Favorited by: 40 people
- Gift message available

▣ This shop accepts Etsy gift cards

**Shipping**

**Get it fast!** Ready to ship in 1–2 business days.
From Newtown Square, Pennsylvania
Get shipping cost



**Request a custom order** and have something made just for you.

 Share    Save    Tweet

# EXHIBIT F - 30



## AddictedFurnishings

in Newtown Square, Pennsylvania

## Description

The Love Park Mini - the perfect size decoration for your desk, cubical, or small space. This sturdy sign can stand free on your desk, be propped on a shelf or even affix to your wall with double sided tape!

This mini Love Sign is a replica of Philadelphia's famous Love Park sculpture. If you're from Philadelphia, you have probably heard of or visited our Love Park.

Colors available: Black, Red, White

Measures: 5 1/2" x 5 1/2" x 1/2" thick

Only $12.50 with Free Shipping!

**** Available in bulk discount for wedding gifts and favors or wholesale! Contact us for more information at Info [!at] addictedfurnishings.com ****



Love Park Sign - Wall Cut...
**$140.00**



Love Park - Philadelphia ...
**$40.00**



Flyers Love Park Guestbo...
**$100.00**



Mini Love Wedding/Bridal...
**$75.00**

## Shop reviews ★★★★★ (168)



Reviewed by
Priscilla Chan

★★★★★                    Jun 29, 2018

This is so cute! Perfect size, wonderful decoration to go with any decor. Just right for someone who wants a piece of Philly in their home.

   Mini Love Park Sign



Love Park Wedding Guest...
**$100.00**



Vintage Philadelphia Eagl...
**$110.00**



Reviewed by
Donna A

★★★★★                    Jun 10, 2018

Small & mighty. Stands on its own. Looks great 👍

   Mini Love Park Sign



Reviewed by
Stephanie

★★★★★                    Dec 11, 2017

   Mini Love Park Sign



Batman The Dark Knight L...
**$95.00**



NYY Stadium Facade - Ya...
**$49.00**

★★★★★                    Jun 26, 2018

Great and unusual collector item



Reviewed by

# EXHIBIT F - 31

**+ More**

---

Payments

🔒 Secure options

[VISA] [mastercard] [AMEX] [DISCOVER] [PayPal] [Etsy Gift Cards] Accepts Etsy Gift Cards and Etsy Credits

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

---

### Meet the owner of AddictedFurnishings



Brett & Kelly

---

## You may also like



Villanova Love Mini
AddictedFurnishings
$15.00



New York Yankees Retire...
AddictedFurnishings
$40.00



Vintage Philadelphia Eagl...
AddictedFurnishings
$110.00



Winnie the Pooh Quote Pl...
downtoearthcraft
$50.00



Winnie the Pooh Quote ...
downtoearthcraft
$18.00



Christopher Robin and P...
downtoearthcraft
$50.00



NYY Stadium Facade - Ya...
AddictedFurnishings
$49.00



Tree Of Life Wooden Box
downtoearthcraft
$20.00



Winnie the Pooh Quote ...
downtoearthcraft
$18.00



Classic Winnie the Pooh ...
downtoearthcraft
$60.00



Classic Winnie the Pooh ...
downtoearthcraft
$12.00



Winnie the Pooh Quote Pl...
downtoearthcraft
$60.00



Winnie the Pooh Wood B...
downtoearthcraft
$14.00



Winnie the Pooh and Pigl...
downtoearthcraft
$20.00



Wood Burned Classic Wi...
downtoearthcraft
$50.00

Shop more similar items

**Related to this item**

Home & Living     Home Décor

Listed on Jul 31, 2018    40 favorites                                    Report this item to Etsy

Get fresh Etsy trends and unique gift ideas delivered right to your inbox.

[Enter your email]    **Subscribe**

**Shop**

Gift cards

Etsy blog

**Sell**

Sell on Etsy

Teams

Forums

**About**

Etsy, Inc.

Policies

Investors

Careers

Press

**Follow Etsy**

Facebook

Instagram

Pinterest

Twitter

Need help? Visit the **help center**

United States | English (US) | $ (USD)

*Etsy*   We make it easy to find your thing.        © 2018 Etsy, Inc.     Terms of Use     Privacy     Interest-based ads



**Etsy**

| Search for items or shops | **Search** |

Sell on Etsy   Register   Sign in

EXHIBIT F   33

Favorites   Cart

| Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies & Tools | Vintage |

## Similar items    See more

    

| Philadelphia Love Statue ... | Harry Potter Crest: 3d Pri... | Harry Potter Sorting Hat ... | Little Prince Baby Bottle ... | Dirty Diaper Game Light ... |
|---|---|---|---|---|
| 3dPrintedWorks | 3dPrintedWorks | 3dPrintedWorks | LovinglyMine | LovinglyMine |
| $8.99 | $3.99 | $3.99 | $16.99 | $28.00 |

### 3dPrintedWorks

♡ Favorite shop

   

7 items

Like this item?
Add it to your favorites to revisit it later.

## Philadelphia Love Statue!

**$5.99+**                                    Ask a question

Primary color

| Select a color ▼ |

Size

| Select a size ▼ |

Quantity

| 1 ▼ |

**Add to cart**

**Other people want this.** 3 people have this in their carts right now.

## Overview

- Handmade item
- Made to order
- Feedback: 186 reviews
- Favorited by: 37 people
- Gift message available

☒ This shop accepts Etsy gift cards

## Shipping

**Get it fast! Ready to ship in 1 business day.**

From United States

# EXHIBIT F - 34

Get shipping cost

 Share    Save    Tweet



 zoom



**3dPrintedWorks**
in United States



Philadelphia Love Statue ...
$8.99



Harry Potter Crest: 3d Pri...
$3.99



Harry Potter Sorting Hat ...
$3.99



Custom Dog Bone Cookie...
$2.99



Pitbull and Dog Bone
$7.98



Philadelphia Love Statue ...
$4.99

## Description

This is a custom 3D printed love sculpture statue! Show that special person home
much they mean to you, use it as a cake topper, or just sit it around the house as a
decoration! The love statue measures 3'' x 3'' but can be made bigger!

Please feel free to contact me for other dimensions, colors, or any other custom
designs!

Thanks for looking!!

## Shop reviews ★★★★★ (186)

Reviewed by
ssingh62797

★★☆☆☆                                          Jul 26, 2018

It took a long time to ship, i purchased it almost a month ago.
I also thought it would be higher quality when it came.

**EXHIBIT F - 35**



Reviewed by
Mark O'Connell



          Jun 18, 2018

Wow Excellent for my Acrylic Showcase!👌👌I'll shall order more in coming week!👌😊Aloha with many thanks Aloha &Mahalo!

   Philadelphia Love Statue!

Reviewed by
Mark O'Connell



          Jun 16, 2018

Aloha!🤙& and I received today & thank you! fast postal there's major problem there's small slight damage on package as shown in picture it's seem the corner of plastic and not enough support!! Aloha Mark!

   Philadelphia Love Statue!

Reviewed by
Mark O'Connell

⭐⭐⭐⭐⭐          May 22, 2018

Excellent Seller! work of Art! It's unique!👌👌👌Aloha with many thanks!👌Mahalo!

   Philadelphia Love Statue!

**+ More**

**EXHIBIT F - 36**

### Payments

🔒 **Secure options**

 Accepts Etsy Gift Cards and Etsy Credits

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

### Additional policies

Please contact me for discounts on bulk orders, shilling discounts, and custom designs. Shipping outside of the U.S. Can also be arranged.

### Meet the owner of 3dPrintedWorks

Learn more about the shop and process



Drew

## You may also like



Diaper Shape Invitations ...
LovinglyMine
$25.00



Diaper Invitations in Pink ...
LovinglyMine
$25.00



3 Tier Card Box | Gold Gli...
LovinglyMine
$49.99



Hair Bandana Turban, He...
Girliber
$35.00



Custom Dog Bone Cooki...
3dPrintedWorks
$2.99



Dirty Diaper Game in Bab...
LovinglyMine
$28.00



Hair Scrunchies, Hair Ela...
Girliber
$19.99



3 Tier Card Box | Gold Gli...
LovinglyMine
$49.99



Card Box Glitter Gold, Bl...
LovinglyMine
$32.99



DIY Plain Baby Shower Fa...
LovinglyMine
$9.99

EXHIBIT F - 37







Large Baby Block Decora...
LovinglyMine
$79.99

Mini Shoe Box Favors - 10...
LovinglyMine
$16.99

Card Holder Box with Sig...
LovinglyMine
$29.99

Card Box Glitter Gold, Bl...
LovinglyMine
$32.99

Little Prince Baby Bottle ...
LovinglyMine
$16.99

Shop more similar items

**Related to this item**

Art & Collectibles    Sculpture    Art Objects    anniversary    heart    3D printed    Philadelphia    girl friend    valentine

valentines day    love statue    love    love sculpture

Listed on Jul 27, 2018    37 favorites

Report this item to Etsy

Get fresh Etsy trends and unique gift ideas delivered right to your inbox.

Enter your email    Subscribe

**Shop**

Gift cards

Etsy blog

**Sell**

Sell on Etsy

Teams

Forums

**About**

Etsy, Inc.

Policies

Investors

Careers

Press

**Follow Etsy**

Facebook

Instagram

Pinterest

Twitter

Need help? Visit the **help center**

United States    English (US)    $ (USD)

Etsy    We make it easy to find your thing.

© 2018 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads



**EXHIBIT F** ♥ 38

Etsy | Search for items or shops | **Search** | Sell on Etsy   Register   Sign in | Favorites   Cart

Jewelry & Accessories | Clothing & Shoes | Home & Living | Wedding & Party | Toys & Entertainment | Art & Collectibles | Craft Supplies & Tools | Vintage

## Similar items   See more







Philadelphia Love Statue!
3dPrintedWorks
$5.99

Wedding Favor Candles | ...
BowAndArrowCandleCo
$175.00

FREE SHIPPING 230 Olive...
thegreekpantry
$1,803.81 Free shipping

Wedding Favor Candles | ...
BowAndArrowCandleCo
$175.00

Bridesmaid Favor | Brides...
BowAndArrowCandleCo
$8.00



### 3dPrintedWorks
♡ Favorite shop

    | 7 items

**Like this item?**
Add it to your favorites to revisit it later.

## Philadelphia Love Statue with Names

**$8.99+**     Ask a question

Primary color
Select a color ▾

Dimensions
Select dimensions ▾

Quantity
1 ▾

**Add to cart**

🛒 **Other people want this.** 3 people have this in their carts right now.

### Overview
- Handmade item
- Made to order
- Feedback: 186 reviews
- Favorited by: 38 people
- Gift message available

▣ This shop accepts Etsy gift cards

### Shipping
**Get it fast!** Ready to ship in 1–3 business days.
From United States



Get shipping cost

# EXHIBIT F - 39

 Share     Save     Tweet



**3dPrintedWorks**
in United States



Philadelphia Love Statue!
$5.99



Custom Dog Bone Cookie...
$2.99



Harry Potter Crest: 3d Pri...
$3.99



Pitbull and Dog Bone
$7.98



Harry Potter Sorting Hat ...
$3.99



Philadelphia Love Statue ...
$4.99

zoom

### Description

Show your significant other how much you love them with this customizable Philadelphia love statue! Each statue is custom 3d printed. There are various color and dimension option!

### Shop reviews ★★★★★ (186)



Reviewed by
AMI NIELSEN

★★★★☆                                      Jul 30, 2018

Product was as described. Quality was a described. Shipping did take much longer than expected.

  Philadelphia Love Statue with Names

★★★★★                                      Jul 6, 2018





**EXHIBIT F - 40**



★★★☆☆          Jun 14, 2018

Reviewed by ashmbal

The sign was cute, but the color was definitely not gold. It was yellow.

Would recommend otherwise.

Philadelphia Love Statue with Names

★★★★★          May 1, 2018

Reviewed by Taryn Tosetti

I wasn't exactly sure what to expect and was very pleasantly surprised. Its super cool! Thank you

Philadelphia Love Statue with Names

+ More

---

Payments

🔒 Secure options

Accepts Etsy Gift Cards and Etsy Credits

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

---

Additional policies

Please contact me for discounts on bulk orders, shilling discounts, and custom designs. Shipping outside of the U.S. Can also be arranged.

---

**Meet the owner of 3dPrintedWorks**
Learn more about the shop and process

Drew

---

**You may also like**

EXHIBIT F - 41







FREE SHIPPING Rosemar...
thegreekpantry
**$156.85** Free shipping

FREE SHIPPING 240 Wed...
thegreekpantry
**$1,930.50** Free shipping

FREE SHIPPING 270 Olive...
thegreekpantry
**$3,420.61** Free shipping

FREE SHIPPING 70 BIG O...
thegreekpantry
**$760.14** Free shipping

FREE SHIPPING Mini Oliv...
thegreekpantry
**$138.75** Free shipping







Wedding Favor Candles | ...
BowAndArrowCandleCo
**$175.00**

100 Wedding Favor Cand...
BowAndArrowCandleCo
**$340.00**

Wedding Favor Candles | ...
BowAndArrowCandleCo
**$175.00**

Mini Olive Oil Favors, Ros...
thegreekpantry
**$289.58** Free shipping

FREE SHIPPING 175 Oreg...
thegreekpantry
**$844.59** Free shipping







FREE SHIPPING 30 Rose...
thegreekpantry
**$235.28** Free shipping

Traditional Greek Turkish ...
thegreekpantry
**$15.08**

Bridesmaid Favor | Brides...
BowAndArrowCandleCo
**$8.00**

100 Wedding Favor Cand...
BowAndArrowCandleCo
**$340.00**

FREE SHIPPING 25 BIG Or...
thegreekpantry
**$286.56** Free shipping

Shop more similar items

## Related to this item

Art & Collectibles    Sculpture    Figurines    date night    Philadelphia love    husband    wife    anniversary    engagement

wedding    love statue    love    Philadelphia

Listed on Aug 1, 2018    38 favorites

Report this item to Etsy

Get fresh Etsy trends and unique gift ideas delivered right to your inbox.

Enter your email    Subscribe

**Shop**

Gift cards

Etsy blog

**Sell**

Sell on Etsy

Teams

**About**

Etsy, Inc.

Policies

**Follow Etsy**

Facebook

Instagram

Forums

Investors

Careers

Press

Pinterest

Twitter

**EXHIBIT F - 42**

Need help? Visit the **help center**

United States    English (US)    $ (USD)

Etsy

We make it easy to find your thing.

© 2018 Etsy, Inc.    Terms of Use    Privacy    Interest-based ads





**EXHIBIT F-43**



Office / Writing & Correction / Pencils & Sharpeners / Pencil Sharpeners / Manual Pencil Sharpeners



## Check out these related products



**EXHIBIT F - 44**

## Sculpture Miniature Die Cast Replica Pencil Sharpener

Write a review    Treasure Gurus

### $3.21

**$4.27 shipping**

Arrives by Thursday, Aug 9

**Or get it by Thu, Aug 2** with faster shipping  Options

Qty:

1 ⌄    **Add to Cart**

Pickup not available

Sold & shipped by Treasure Gurus, LLC

Return policy

Add to List          Add to Registry

Shop now

Advertisement

Tell us if something is incorrect

Feedback





**EXHIBIT F - 45**

Advertisement

Feedback

 

EXHIBIT F-46

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Add some Philly LOVE to your desk at home or work with this LOVE Art Sculpture Die Cast Replica. The LOVE Art Sculpture is located in the JFK Plaza in Philadelphia PA and represents The City of Brotherly Love. This incredibly detailed Die Cast Miniature Replica looks realistic and doubles as a Pencil sharpener, making it a perfect addition your own pencil sharpener collection,a great collectible showpiece, or to give as a gift to a friend or former Philly native. This beautifully crafted Die Cast Miniature Replica Philly LOVE sign Pencil Sharpener measures 3 1/8" Tall, 2" Long, and 3/4" Deep.

**JFK Philly LOVE Miniature Die Cast Pencil Sharpener**

Add some Philly LOVE to your desk at home or work with this LOVE Art Sculpture Die Cast Replica. The LOVE Art Sculpture is located in the JFK Plaza in Philadelphia PA and represents The City of Brotherly Love. This incredibly detailed Die Cast Miniature Replica looks realistic and doubles as a Pencil sharpener, making it a perfect addition your own pencil sharpener collection,a great collectible showpiece, or to give as a gift to a friend or former Philly native. This beautifully crafted Die Cast Miniature Replica Philly LOVE sign Pencil Sharpener measures 3 1/8" Tall, 2" Long, and 3/4" Deep. Miniature Die Cast Philly LOVE Sculpture Pencil Sharpener ships brand new in manufacturer's packaging with our 100% Customer Satisfaction Guarantee.

Miniature LOVE Art Sculpture Pencil Sharpener Features:

- Add some Philly LOVE to your desk at home or work, this Miniature Die Cast LOVE Sculpture Replica
- Love Sculpture replica similar to one located in JFK Plaza in Philadelphia, PA
- Perfect, fully functional Art Sculpture makes a great gift to your fellow Philly native, or to add to your pencil sharpener collection
- LOVE Pencil Sharpener measures 3 1/8" Tall, 2" Long, and 3/4" Deep
- Die Cast Miniature Replica LOVE Sculpture Pencil Sharpener ships brand new in manufacturer's packaging with our 100% Customer Satisfaction Guarantee

## Specifications

| | |
|---|---|
| Brand | Treasure Gurus |
| Color | Red |

New scented palettes
Try our chocolate-scented
collection today.

COVERGIRL

Shop now

Advertisement




EXHIBIT F-47

Sponsored Products

• • • •

## Customer Reviews

Write a review

### 0 Reviews

Be the first to review this item!

Feedback




EXHIBIT F-48

Sponsored Products

- ○ ○ ○

Advertisement

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Feedback

  

EXHIBIT F-49

Sponsored links  What's this?

**Die Cast Pencil Sha...**    Browse Our Wide Selection Of Fun Gifts And Shop By Perso...    www.tre... ▾    A

**Etsy Sculpture Cas...**    Unleash Your Creative Side With **Sculpture Casting** From Et...    www.et... ▾    A

**Miniature Castings ...**    Compare **Miniature** Castings Suppliers Serving the US & CAN    www.th... ▾    A

**Diecast Pencil Shar...**    For A Limited Time Only! **Diecast** Pencil Sharpeners Currentl...    www.sa... ▾    A

# Policies & Plans

**Gifting plans**

Pricing policy

Gift options are not available for this item.

Enter email for weekly newsletter.

f  t  p  ▶  ⊙  G+    Mobile apps

Feedback

| Walmart Services | Get to Know Us | Walmart.com | Customer Service | In The Spotlight |
| --- | --- | --- | --- | --- |
| Walmart Grocery Pickup | Our Company | Walmart Labs | Help Center | Electronics |
| MoneyCenter | Digital Museum | Our Ads | Returns | Toys |
| Walmart Credit Card | Our Suppliers | Terms of Use | Product Recalls | Video Games |
| Walmart Pay | Sell on Walmart.com | Privacy & Security | Feedback | Home Products |
| Weekly Ad | Advertise With Us | Calif. Privacy Rights | Contact Us | Clothing |
| Other Services | Careers | | Store Pickup | Back to College |
| | | | Tax Exempt Program | Back to School |



EXHIBIT F-50

© 2018 Walmart

To ensure we are able to help you as best we can, please include your reference number: UZFSQMQV2Z

Feedback