8:32



2 People

Tue, Aug 17, 4:30 PM

**OG cool**

> The bus is ready. Call them to arrange payment. It's $419.

**Michael McKenzie**

> You should pay it you did it

**OG cool**

> On the job accident.
>
> Mike your playing a dangerous game with me. My daughter is moving with her Mother.
> My son is moving back down.
> My hands are no longer tied behind my back.
>
> I have suffered your marginalization, insults and

  iMessage 

      

EXHIBIT I - 1



2 People

I have nothing here.

Let's part ways amicably.

Don't try me.

**Michael McKenzie**

Ok move if you want. I'm Not forcing you to stay but I'm closing the business so the free ride is over. I may sell the property so if you want to stay I can write a lease as the place will likely sell fast if I put it up

OG cool

What will that lease say?

**Michael McKenzie**

A one or two year lease the lease Irmghard had was for $3800 month plus oil, electric propane and

iMessage

EXHIBIT I - 2

8:33

2 People >

**What will that lease say?**

Michael McKenzie

A one or two year lease the lease Irmghard had was for $3800 month plus oil, electric propane and internet I'd reduce that even though actually that price was already under value and four years ago

OG cool

I'm planning to move back to Puerto Rico.

Oh! it wasn't a free ride.

The personal Insults the stabs in the back, the disrespect, your marginalizatizing me and then forcing me to witness the destruction of your business must be

iMessage

EXHIBIT I - 3



**2 People**

was already under value and four years ago

OG cool

I'm planning to move back to Puerto Rico.

Oh! it wasn't a free ride.

The personal Insults the stabs in the back, the disrespect, your marginalizatizing me and then forcing me to witness the destruction of your business must be considered payment.

I absorbed the slaps in the face and all your insane talk to try and help my daughter.

But I'm free now.

iMessage

EXHIBIT I - 4

**OG cool, Bridget, Peggy, Tim & +1 617-699-4720**

Aug 19, 2021 at 2:38 PM

OG cool

> Hi, just to let you know I'm no longer working with Mike.
>
> I've exhausted my patience.
>
> I had to endure the torture imposed upon me for the sake of my emotionally ill daughter who lives with me. She is now going to stay with her Mother.
>
> Mike has the idiosyncrasy of telling me to Go "F" myself on top of a Tsunami of insults and slights etc.
>
> Please let him know that I have enough information about the inner workings of his operation to "Bury Him".
>
> If there is a swindler and a Liar it's him.
>
> One more attack from him and I will contact Lipson and Nikas and make his life and business ugly.
>
> I have the goods.
>
> I could actually save the Estate.
>
> I'm sure the Star of Hope and the Estate would love to talk with me.

2:38 PM



Peggy Cyphers

> Hi Oz, I understand, hope you can get this talked out amicably ... he's ready to close his business I guess. And looking to start fresh.

2:44 PM

**EXHIBIT I - 5**