# RE: Contact

**Markham Exhibit A - 1**

Donn Zaretsky <dzaretsky@jsilberman.com>

Tue 12/29/2020 9:01 AM

To: John Markham <jmarkham@markhamreadzerner.com>; Larry Sterrs <lsterrs@unitel.me>;

Cc: Brewster, Seth <SBrewster@eatonpeabody.com>;

That works. I'm at 347-537-8970.

---

**From:** John Markham <JMarkham@markhamread.com>
**Sent:** Tuesday, December 29, 2020 8:58 AM
**To:** Donn Zaretsky <dzaretsky@jsilberman.com>; Larry Sterrs <lsterrs@unitel.me>
**Cc:** Brewster, Seth <SBrewster@eatonpeabody.com>
**Subject:** RE: Contact

Donn:

Could yu and I speak at 11:30?

Let me know if that works and where to call,

Thanks,

John

John J. E. Markham, II
Markham & Read
One Commercial Wharf West
Boston, MA 02110
T. 617.523.6329
F. 617.742.8604
www.markhamread.com

MARKHAM & READ is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege.
If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.


IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
xps

**From:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Sent:** Tuesday, December 29, 2020 7:57 AM
**To:** Larry Sterrs <lsterrs@unitel.me>; John Markham <JMarkham@markhamread.com>
**Cc:** Brewster, Seth <SBrewster@eatonpeabody.com>
**Subject:** RE: Contact

Markham Exhibit A - 2

Thanks Larry.

John, aside from a 1pm, my day is pretty clear today. Let me know if there's a good time for a call.

Best
Donn

**From:** Larry Sterrs <lsterrs@unitel.me>
**Sent:** Tuesday, December 29, 2020 6:55 AM
**To:** 'John Markham' <JMarkham@markhamread.com>
**Cc:** Donn Zaretsky <dzaretsky@jsilberman.com>; Brewster, Seth <SBrewster@eatonpeabody.com>
**Subject:** Contact

Hi John,

As discussed yesterday, Donn Zaretsky is copied here and I hope the two of you can connect soon.

Thanks
Ls