# RE: Indiana

**Markham Exhibit B - 1**

## Donn Zaretsky <dzaretsky@jsilberman.com>

Wed 2/10/2021 7:19 PM

To: Lipson, Kevin J. <Kevin.Lipson@venable.com>; John Markham <jmarkham@markhamreadzerner.com>;

I will. thx

---

**From:** Lipson, Kevin J. <Kevin.Lipson@venable.com>
**Sent:** Wednesday, February 10, 2021 7:19 PM
**To:** Donn Zaretsky <dzaretsky@jsilberman.com>; John Markham <JMarkham@markhamread.com>
**Subject:** RE: Indiana

Works for me. Will you call me?


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Date:** Wednesday, Feb 10, 2021, 6:17 PM
**To:** Lipson, Kevin J. <Kevin.Lipson@venable.com>, John Markham <JMarkham@markhamread.com>
**Subject:** RE: Indiana

**Caution: External Email**


How's 11am (my time) tomorrow?


---

**From:** Lipson, Kevin J. <Kevin.Lipson@venable.com>
**Sent:** Wednesday, February 10, 2021 7:17 PM
**To:** John Markham <JMarkham@markhamread.com>; Donn Zaretsky <dzaretsky@jsilberman.com>
**Subject:** RE: Indiana

Donn: I'm available at your convenience. K


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** John Markham <JMarkham@markhamread.com>
**Date:** Wednesday, Feb 10, 2021, 6:10 PM
**To:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Cc:** Lipson, Kevin J. <Kevin.Lipson@venable.com>

**Subject:** FW: Indiana

Caution: External Email

**Markham Exhibit B - 2**

Donn: To followup on the voicemail message I left a while ago, having thought about your suggestion that we speak about the terms being discussed between Mike and the Estate, I think it better to have you speak to Kevin Lipson first. Star of Hope and the Estate are in the middle of settlement discussions as well and I think he may be a better person to speak to you about our discussions and put them into context with the discussions you have had with the Estate. I spoke to Kevin and he indicated that he would be happy to speak with you as soon as you wished. You most likley have his number but it is: (202) 494-9794.

Please feel free to call me afterwards.

John


John J. E. Markham, II
**Markham & Read**
One Commercial Wharf West
Boston, MA  02110
T. 617.523.6329
F. 617.742.8604
www.markhamread.com
MARKHAM & READ is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege.
If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.


**From:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Sent:** Wednesday, February 10, 2021 8:29 AM
**To:** John Markham <JMarkham@markhamread.com>
**Cc:** Bridget Zerner <BZerner@markhamread.com>
**Subject:** RE: Indiana

John, do you have a few minutes this afternoon to connect? Maybe 3:30?

Thanks,
Donn


**From:** Donn Zaretsky
**Sent:** Friday, February 5, 2021 5:18 PM

**To:** John Markham <JMarkham@markhamread.com>
**Cc:** Bridget Zerner <BZerner@markhamread.com>
**Subject:** Indiana

**Markham Exhibit B - 3**

Thanks John. I'd like to talk with you about this. Need to sort out a couple things at my end and then maybe we can plan to talk middle of next week.

Best,
Donn

---

**From:** John Markham <JMarkham@markhamread.com>
**Sent:** Friday, February 5, 2021 8:28 AM
**To:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Cc:** Bridget Zerner <BZerner@markhamread.com>
**Subject:** RE: Check out New York | Covid-19 Vaccine

Donn:

I hope things went well yesterday.

Can you give me a call when you have a moment.

I want to get your assessment as to whether there is any prospect of making a deal with the Star of Hope. We have some decisions to make at our end and resolving that possibility would help.

Cell No. (617) 699-4720.

John

John J. E. Markham, II
**Markham & Read**
One Commercial Wharf West
Boston, MA  02110
T. 617.523.6329
F. 617.742.8604
www.markhamread.com
MARKHAM & READ is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege.
If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Sent:** Monday, January 18, 2021 10:29 PM

**To:** mm2uwords@aol.com; John Markham <JMarkham@markhamread.com>
**Cc:** og@americanimageart.com
**Subject:** RE: Check out New York | Covid-19 Vaccine            **Markham Exhibit B - 4**

Great, I'll try you around 11.

Best
Donn

---

**From:** mm2uwords@aol.com <mm2uwords@aol.com>
**Sent:** Monday, January 18, 2021 6:18 PM
**To:** JMarkham@markhamread.com
**Cc:** Donn Zaretsky <dzaretsky@jsilberman.com>; og@americanimageart.com
**Subject:** Re: Check out New York | Covid-19 Vaccine

Donn...


John thinks we'd be more productive keeping it simple to you and I as this is more an art conversation to a productive completion than some form of legal conversation.

Send me a number I can call you at 11. Or call mine if you'd rather. I have one interruption at 1230 to complete  real estate development acquisition  but doubt we will do that long. Let me know if you want to call me or I call you.

917 - 519 0857

Best

Michael

In a message dated 1/18/2021 5:25:24 PM Eastern Standard Time, JMarkham@markhamread.com writes:

dzaretsky@jsilberman.com

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************

*************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*************************************************************************