| | |
|---|---|
| **From:** | John Markham |
| **Sent:** | Monday, May 10, 2021 3:47 PM |
| **To:** | Donn Zaretsky |
| **Cc:** | Bridget Zerner |
| **Subject:** | Inventory |

Donn:

This is the current inventory AIA has including Rosenbaum.

1. SEVEN 'Four Seasons of Hope" on canvas 36" and 24"
2. FIVE 'Four seasons of Hope" 72" ; Four 96"
3. 168 canvas works various sizes ART, EAT, Brooklyn Bridge, Word, Soul, Body, Alphabet, Retrospective, Hope Yale, Hope Vinalhaven, Shout for Peace, Dylan, Wine, He, She, USA FUN, Tikva, He, She, Obama Hope, Hope Wall
4. 597 works on paper various sizes ART, EAT, Brooklyn Bridge, Word, Soul, Body, Alphabet, Retrospective, Hope Yale, Hope Vinalhaven, Shout for Peace, Dylan, Wine, He, She, Tikva, USA fun, Obama Hope,
5. 216 additional hope wall, classic hope, hope
6. 9 Hope Banners
7. 132 Four Seasons of Hope on paper
8. 37 Hope and Love metal wall sculptures
9. 925 Hope posters
10. 61 glass hope works
11. 11 lenticular Hope
12. 1 tikva sculpture
13. 5 Letter sculptures
14. 3 Hope sculptures
15. 805 Indiana books, large
16. 1213 Indiana books, small
17. 297 Hope postcards
18. 27 Hope t shirts
19. 3 Hope pins

Regards,

John

1

John J. E. Markham, II
**Markham & Read**
One Commercial Wharf West
Boston, MA 02110
T. 617.523.6329
F. 617.742.8604

**Markham Exhibit C - 2**

www.markhamread.com

MARKHAM & READ is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege.

If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.


IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.