**From:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Sent:** Monday, May 24, 2021 1:37 PM
**To:** John Markham
**Cc:** Bridget Zerner; Tom McCarty
**Subject:** RE: tomorrow's field trip

Thanks John. Let's put Luke's name on the list for now too. I'm hopeful this leads to a resolution too.

---

**From:** John Markham <jmarkham@markhamreadzerner.com>
**Sent:** Monday, May 24, 2021 10:06 AM
**To:** Donn Zaretsky <dzaretsky@jsilberman.com>
**Cc:** Bridget Zerner <bzerner@markhamreadzerner.com>; Tom McCarty <tmccarty@markhamreadzerner.com>
**Subject:** RE: tomorrow's field trip

I am personally glad this is going forward and I hope it results in a settlement. I assume that it would be global, getting rid of all claims so that the Estate can be wound up sooner rather than later. Let's shoot for 10:30 a.m. Os will be there and Mike is not.

Our lawyer Tom McCarty is coming. I will be tethered to him by telephone but cannot be there as I must now be in Maine. Obviously, if this viewing suggests that a deal is to be made, I will, on a drop everything else basis, reach out to you to get it in writing.

Os Gonzalez cell: 917-288-1414

Tom McCarty cell: 716-940-6342


American Image Art:

161 or 171 Goldens Bridge Rd
Katonah, NY 10536

Off route 684, take Exit 6
Turn Left
Come to First Light at 4 way
Turn left and go half mile to Cedar

At the corner of Cedar and Goldens Bridge (also Rte 22)

You will see fence and gate, big red 1700s barn and HOPE sculpture
Go through open gate on circular drive to barn

1

John J. E. Markham, II                                    **Markham Exhibit E - 2**
**Markham & Read**
One Commercial Wharf West
Boston, MA 02110
T. 617.523.6329
F. 617.742.8604

www.markhamread.com

MARKHAM & READ is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege.

If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Donn Zaretsky
**Sent:** Monday, May 24, 2021 9:20 AM
**To:** John Markham <jmarkham@markhamreadzerner.com>
**Subject:** RE: tomorrow's field trip

And just heard from Luke. He's going to try, if he can move another meeting.


**From:** Donn Zaretsky
**Sent:** Monday, May 24, 2021 8:22 AM
**To:** John Markham <jmarkham@markhamreadzerner.com>
**Subject:** tomorrow's field trip

John, here's the list of names for tomorrow:

Oliver Stebich
Joseph Romanko
Cassidy Rucker
( 3 art handlers)
And
Emeline Salama-Caro
Paul Salama-Caro
Simon Salama-Caro

Plus me. (And I'm waiting to hear if Luke will be there.)

Will it just be you from the McKenzie side?

What's the name and address of the facility and what time should we aim for?

thx                                                                                                    **Markham Exhibit E - 3**

**Donn Zaretsky** | Partner
**Silberman Zaretsky** PC
145 East 57th Street | New York, NY 10022
Tel. +1 212 319 3737 | Fax. +1 212 319 8188
dzaretsky@jsilberman.com
http://theartlawblog.blogspot.com

This message is intended only for the use of the Addressee and may contain information that is PRIVILEGED and CONFIDENTIAL. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately. Thank you.