UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, et al.<br><br>Defendants. | Case No. 18-cv-04438-AT-BCM |

**NOTICE OF FILING EXHIBIT B TO DECLARATION OF BRIDGET A. ZERNER
FILED WITH MICHAEL MCKENZIE'S OPPOSITION TO
MORGAN ART FOUNDATION LIMITED'S MOTION FOR SANCTIONS**

Michael McKenzie d/b/a American Image Art hereby files attached Exhibit B to the Declaration of Bridget A. Zerner (ECF 479), Excerpts from the Deposition of Jamie Thomas taken on November 12, 2021, with the assent of counsel for Thomas, Silvia Serpe.

Date: January 18, 2022              Respectfully submitted,

                                    */s/ Bridget A. Zerner*
                                    Bridget A. Zerner (BZ2582)
                                    MARKHAM READ ZERNER LLC
                                    One Commercial Wharf West
                                    Boston, Massachusetts 02110
                                    Tel: (617) 523-6329
                                    Fax:(617)742-8604
                                    bzerner@markhamreadzerner.com
                                    *Attorneys for the Defendant Michael
                                    McKenzie dba American Image Art*

**Certificate of Service**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified and paper copies will be sent to any indicated as non-registered participants on January 18, 2022.

                                    */s/ Bridget A. Zerner*
                                    Bridget A. Zerner