**EXHIBIT B - 1**
Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

MORGAN ART FOUNDATION LIMITED

    Plaintiff

vs.                  CA No. 1:18-cv-4438-AT-BCM

MICHAEL McKENZIE, AMERICAN

IMAGE ART, JAMIE THOMAS, and

JAMES W. BRANNAN as Personal Representative

of the Estate of Robert Indiana

    Defendants

- - - - - - - - - - - - - - - - - - - - x

(COMPLETE CAPTION ON NEXT PAGE)


ALL PARTICIPANTS APPEARING VIA ZOOM


VIDEO DEPOSITION of JAMIE L. THOMAS

Friday, November 12, 2021 - 9:52 a.m.


Reporter:  Jill K. Ruggieri, RPR, RMR, FCRR, CRR



**EXHIBIT B - 2**

Page 2

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - x
 4   MORGAN ART FOUNDATION LIMITED
 5        Plaintiff
 6   vs.                    CA No. 1:18-cv-4438-AT-BCM
 7   MICHAEL McKENZIE, AMERICAN
     IMAGE ART, JAMIE THOMAS, and
 8   JAMES W. BRANNAN as Personal Representative
     of the Estate of Robert Indiana
 9
          Defendants
10   _____
     MICHAEL McKENZIE and AMERICAN
11   IMAGE ART
12        Counterclaimants
13   v.
14   MORGAN ART FOUNDATION LIMITED
15        Counterclaim Defendant
16   _____
17   JAMES W. BRANNAN as Personal Representative
     of the Estate of Robert Indiana
18
          Counterclaimant
19   v.
20   MORGAN ART FOUNDATION LIMITED, FIGURE 5
     ART LLC, SHEARBROOK (US), LLC, RI CATALOGUE
21   RAISONNÉ LLC, and SIMON SALAMA-CARO
22        Counterclaim Defendants
23   _____
24   (Caption continued on next page)
25
```



**EXHIBIT B - 3**

Page 3

1    MICHAEL McKENZIE and AMERICAN IMAGE ART

2        Cross-claimants

3    v.

4    JAMES W. BRANNAN as Personal Representative

     of the Estate of Robert Indiana

5

         Crossclaim Defendant

6    - - - - - - - - - - - - - - - - - - - x

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**EXHIBIT B - 4**
Page 4

```
 1   APPEARANCES:

 2

 3   Quinn Emanuel Urquhart & Sullivan, LLP

 4       Ryan Rakower, Esq.

 5       51 Madison Avenue, 22nd Floor,

 6       New York, New York 10010

 7       212.849.7000

 8       ryanrakower@quinnemanuel.com

 9       Counsel for Morgan Art Foundation

10

11   Serpe LLC

12       Silvia L. Serpe, Esq.

13       16 Madison Square West

14       New York, New York 10010

15       212.257.5010

16       sserpe@serpellc.com

17       Counsel for Jamie L. Thomas

18   -and-

19   Christie & Young PC

20       John D. Frumer, Esq.

21       50 Congress Street, Suite 430

22       Boston, Massachusetts 02109

23       617.854.8315

24       jdfrumer@christieyoung.com

25
```



**EXHIBIT B - 5**

Page 5

1   Markham Read Zerner LLC

2       Bridget A. Zerner, Esq.

3       1 Commercial Wharf West

4       Boston, Massachusetts 02110

5       617.523.6329

6       bzerner@markhamreadmzerner.com

7       Counsel for Michael McKenzie, doing business as

8       American Image Art

9

10

11   Videographer:   Wes Schwartz

12   Also present:   Bernadette Scott

13

14

15

16

17

18

19

20

21

22

23

24

25



**EXHIBIT B - 6**

Page 8

```
 1                 P R O C E E D I N G S              09:49:27

 2                                                    09:49:27

 3                 THE VIDEOGRAPHER:  We are now on   09:52:27

 4     the record.  This begins Media Unit No. 1 in   09:52:27

 5     the deposition of Jamie Thomas in the matter of 09:52:30

 6     Morgan Art Foundation v. McKenzie, et al.       09:52:34

 7                 Today is November 12, 2021.  The   09:52:38

 8     time is 9:52 a.m.  This deposition is being     09:52:42

 9     taken virtually at the request of Quinn Emanuel 09:52:48

10     Urquhart & Sullivan, LLP.  The videographer is  09:52:51

11     Wes Schwartz of Magna Legal Services and the    09:52:56

12     court reporter is Jill Ruggieri of Magna Legal  09:52:58

13     Services.                                        09:53:00

14                 Will all counsel and all parties   09:53:01

15     present state their appearance and whom they    09:53:02

16     represent.                                       09:53:05

17                 MR. RAKOWER:  Ryan Rakower from     09:53:05

18     Quinn Emanuel on behalf of Morgan Art           09:53:07

19     Foundation.                                      09:53:10

20                 MS. ZERNER:  Bridget Zerner of      09:53:14

21     Markham Read Zerner LLC for Michael McKenzie,   09:53:15

22     doing business as American Image Art.            09:53:19

23                 MS. SERPE:  Silvia L. Serpe for     09:53:21

24     Serpe LLC.  I'm here for the witness today      09:53:22

25     along with my co-counsel, John Frumer.          09:53:27
```



**EXHIBIT B - 7**

Page 25

```
 1        A     I don't -- I don't understand the        10:14:29

 2     question.                                          10:14:30

 3        Q     Did you ever have conversations with      10:14:36

 4     Mr. Indiana about the application of his           10:14:38

 5     signature on artworks?                             10:14:40

 6        A     About the application?  Like whether      10:14:43

 7     he would use a pencil or -- I --                   10:14:46

 8        Q     Did you have any conversations with       10:14:52

 9     Mr. Indiana about anyone other than Mr. Indiana    10:14:53

10     applying his signature on artworks?                10:14:56

11        A     I just recall one time that he had        10:15:02

12     said a machine of some sort signed his name for    10:15:04

13     him and how much easier that was than having to    10:15:11

14     do it on his own, especially if he didn't feel     10:15:16

15     like signing that day.                             10:15:18

16        Q     When was that?  When did you have         10:15:23

17     that conversation with him?                        10:15:25

18        A     I don't recall.                           10:15:26

19        Q     Was that conversation had in person       10:15:31

20     or over the phone?                                 10:15:32

21        A     It was in person.                         10:15:34

22        Q     Where was that conversation held?         10:15:35

23        A     At the Star of Hope.                      10:15:38

24        Q     Was anyone else there?                    10:15:42

25        A     Not that I recall.                        10:15:44
```



**EXHIBIT B - 8**

Page 26

```
 1        Q     Was this before or after you became      10:15:46
 2    Mr. Indiana's power of attorney?                    10:15:48
 3        A     I don't recall if that was before or      10:15:52
 4    after.                                              10:15:54
 5        Q     Could this conversation have been         10:15:59
 6    held in 2018?                                       10:16:01
 7              MS. SERPE:  Form objection.               10:16:02
 8    Calls for speculation.                              10:16:03
 9        A     I don't recall when it was.  It was       10:16:07
10    one time.  I didn't really think about it.          10:16:10
11        Q     And you said that Mr. Indiana said        10:16:28
12    that a machine had signed his name.                 10:16:30
13              Did Mr. Indiana tell you that he          10:16:32
14    used the machine to sign his name?                  10:16:34
15        A     I don't recall if he -- I don't           10:16:36
16    recall how he said he -- that happened.  I just     10:16:37
17    recall the conversation.                            10:16:40
18        Q     Did Mr. Indiana tell you that he had      10:16:44
19    authorized somebody else to use a machine to        10:16:46
20    sign his name?                                      10:16:48
21        A     He didn't come right out and say          10:16:49
22    "authorize."  He just said that it happened and     10:16:52
23    how that made it easier.  But I didn't question     10:16:55
24    the authorization just because he said it had       10:16:59
25    happened and he didn't complain, so -- in fact,     10:17:04
```



**EXHIBIT B - 9**
Page 27

| | | |
|---|---|---|
| 1 | he seemed like it was something he was happy | 10:17:08 |
| 2 | about, so. | 10:17:10 |
| 3 | Q   Did Mr. Indiana tell you who he | 10:17:13 |
| 4 | believed used the machine to sign his name on | 10:17:16 |
| 5 | an artwork? | 10:17:17 |
| 6 | MS. SERPE:  Form objection. | 10:17:19 |
| 7 | A   Yes, it was Michael, Michael | 10:17:22 |
| 8 | McKenzie. | 10:17:24 |
| 9 | Q   Did Mr. Indiana tell you what artwork | 10:17:28 |
| 10 | his name was signed on? | 10:17:31 |
| 11 | A   I don't recall.  I don't recall that. | 10:17:35 |
| 12 | Q   Mr. Thomas, I want to show you a | 10:18:10 |
| 13 | document.  Can we pull up Tab H? | 10:18:12 |
| 14 | A   Going to take me a minute to get this | 10:18:21 |
| 15 | going. | 10:18:23 |
| 16 | Q   It's going to show up on your screen, | 10:18:23 |
| 17 | Mr. Thomas.  And I've sent your counsel the -- | 10:18:25 |
| 18 | this document in advance, so if you need to | 10:18:29 |
| 19 | review the full thing, you can.  But I'll | 10:18:31 |
| 20 | direct you to a few pages, and you just let me | 10:18:34 |
| 21 | know if you need to look at something else. | 10:18:36 |
| 22 | But for now, let's start with | 10:18:40 |
| 23 | the cover page.  Do you -- | 10:18:41 |
| 24 | A   Does it have a tab number, by any | 10:18:42 |
| 25 | chance? | 10:18:44 |



**EXHIBIT B - 10**

```
 1              Do you still believe this is        11:30:26

 2   true and accurate?                             11:30:28

 3       A    That Mr. Indiana signed aluminum      11:30:29

 4   LOVEs to me.                                    11:30:33

 5       Q    The response states:  "Thomas states  11:30:39

 6   that Mr. Indiana signed one or more of McKenzie 11:30:41

 7   or AIA's Aluminum LOVE Works on or about        11:30:44

 8   February 14, 2016."                             11:30:49

 9       A    Yes.                                   11:30:52

10       Q    That response remains true and        11:30:53

11   accurate?                                       11:30:55

12       A    Yes.                                   11:30:55

13       Q    Okay.                                  11:30:56

14              So did you observe Mr. Indiana       11:30:56

15   signing an aluminum LOVE work on or around      11:31:00

16   February 14, 2016?                              11:31:03

17       A    Yes.                                   11:31:05

18       Q    And that aluminum LOVE work was        11:31:07

19   created by Mr. McKenzie?                         11:31:09

20       A    Yes, it was part of the Book of LOVE  11:31:14

21   series, but it was created before that, before 11:31:16

22   the agreement in 1999.                          11:31:22

23       Q    Can you tell me about that meeting     11:31:33

24   where you observed Mr. Indiana signing an       11:31:36

25   aluminum LOVE work that was prepared by         11:31:38
```



**EXHIBIT B - 11**

Page 82

```
 1    of the Dylan Works?                         11:42:14

 2         A    Well, I mean, he signed them.  I  11:42:18

 3    watched him sign them.  His lawyer knew about  11:42:21

 4    it.  He knew about it, my lawyer knew about it.  11:42:24

 5         Q    So sitting here today, do you believe  11:42:29

 6    that Mr. Indiana authorized any of the Dylan  11:42:31

 7    Works?                                       11:42:34

 8         A    Again, he signed them, his lawyer  11:42:36

 9    knew about them, my lawyer knew about them.  11:42:40

10         Q    Let's put aside whether Mr. Indiana  11:42:48

11    signed the works, which we'll get into in a  11:42:51

12    second.                                      11:42:56

13              I'm asking you, do you have any    11:42:56

14    knowledge as to whether Mr. Indiana authorized  11:42:57

15    any of the Dylan Works?                      11:43:00

16         A    I don't know --                    11:43:02

17              MS. SERPE:  Asked and answered.    11:43:07

18         A    I don't know if he authorized any of  11:43:07

19    the art he did if you're asking me like that.  11:43:08

20    I wouldn't be able to answer that for any of  11:43:09

21    his work.                                    11:43:11

22         Q    So, Mr. -- Mr. Thomas, you provided a  11:43:14

23    sworn response in October of 2019 that you have  11:43:17

24    no knowledge as to whether such authorization  11:43:21

25    occurred, correct?                           11:43:25
```



**EXHIBIT B - 12**

Page 167

```
 1   researching the word "wine" for Mr. Indiana.    14:29:55

 2        A    Yes.                                   14:29:58

 3        Q    And I wanted to know if at that time   14:29:59

 4   Mr. Indiana had indicated to you in any way      14:30:03

 5   that he was working with Mr. McKenzie on a wine  14:30:06

 6   project.                                         14:30:09

 7        A    Well, the wine project they were       14:30:13

 8   working on together.  The actual homework        14:30:15

 9   assignment for me to do after that, I don't      14:30:20

10   recall him, you know, coming right out and       14:30:22

11   saying I want to do another project with         14:30:27

12   Michael, no.  He didn't come right out and say   14:30:29

13   that.                                            14:30:32

14        Q    Okay.                                  14:30:36

15             But they were --                       14:30:36

16        A    Do you understand what I'm saying?     14:30:36

17        Q    I think so.  Sorry, I didn't mean to   14:30:38

18   interrupt you.  I want you to finish before      14:30:40

19   I --                                             14:30:42

20             What I got from the beginning of       14:30:42

21   that was you did understand Mr. Indiana and      14:30:43

22   Mr. McKenzie to be working on a wine project?    14:30:46

23        A    Yes.                                   14:30:57

24        Q    Did Mr. Indiana ever have you          14:31:00

25   personally review the accountings for any of     14:31:03
```



**EXHIBIT B - 13**

Page 172

```
 1       Q     And to your understanding, did        14:35:44
 2   Mr. Indiana authorize the Dylan project?         14:35:45
 3               MR. RAKOWER:  Objection.  Asked      14:35:53
 4   and answered.                                    14:35:54
 5       Q     Is the problem "authorize" holding     14:35:59
 6   you up?                                          14:36:02
 7       A     Yeah, that one's just like --          14:36:03
 8       Q     Okay.  I'll rephrase the question.     14:36:06
 9               From your observations, did you      14:36:09
10   observe Mr. Indiana working with Mr. McKenzie    14:36:12
11   on pieces of artwork involving books from Bob    14:36:16
12   Dylan?                                           14:36:21
13       A     He signed -- he signed the prints      14:36:23
14   that Mr. McKenzie brought, and he accepted       14:36:26
15   these books as gifts.                            14:36:31
16       Q     The books that we see in this image    14:36:33
17   that involve -- that says "Like a Rolling        14:36:35
18   Stone, Robert Indiana on Dylan"?                 14:36:38
19       A     Yes.                                   14:36:41
20       Q     Okay.  Thank you.                      14:36:42
21               Is this another one of those         14:36:49
22   books?                                           14:36:51
23               Is this the black one that you       14:36:51
24   thought looked better?                           14:36:52
25       A     Yes, I preferred the black one.        14:36:54
```



MAGNA
LEGAL SERVICES

**EXHIBIT B - 14**

Page 184

```
 1      Q    Okay.                               14:50:16

 2                All right.  If you move to      14:50:21

 3  page 17.                                      14:50:22

 4      A    Yeah.                                14:50:26

 5      Q    This is a response to Interrogatory  14:50:30

 6  No. 11, and I'll read your response.  If you  14:50:32

 7  need to go back and check the interrogatory   14:50:36

 8  request, let me know.  But your response says: 14:50:37

 9  "It is Thomas's position that based on Thomas's 14:50:39

10  discussions with Mr. Indiana when Thomas was   14:50:42

11  attorney-in-fact for Mr. Indiana, Mr. Indiana  14:50:44

12  authorized WINE."                              14:50:49

13                Is that a true and accurate     14:50:51

14  statement?                                     14:50:52

15      A    Yes.                                 14:50:54

16      Q    Is that WINE that Mr. Indiana was    14:50:56

17  working with Mr. McKenzie on?                  14:50:58

18      A    Yes.                                 14:51:03

19      Q    And on the next page -- I'm skipping 14:51:06

20  to your response.  Like I said, let me know if 14:51:13

21  you need to see something else, but here it    14:51:15

22  says:  "It is Thomas's position that based on  14:51:18

23  photographs and other documents that have been 14:51:21

24  produced in this litigation and Thomas's       14:51:23

25  discussions with Mr. Indiana when Thomas was   14:51:25
```



**EXHIBIT B - 15**

Page 197

| | | |
|---|---|---|
| 1 | play.  I believe you're there.  I'm not trying | 15:17:11 |
| 2 | to trick you. | 15:17:13 |
| 3 | A    No, I -- | 15:17:14 |
| 4 | Q    I'm just trying to get a date.  So | 15:17:14 |
| 5 | let me play it a little bit.  I'll show you. | 15:17:17 |
| 6 | Hold on.  Let me move it ahead. | 15:17:19 |
| 7 | (Video played.) | 15:17:22 |
| 8 | Q    Do you see yourself there? | 15:17:23 |
| 9 | A    Yeah. | 15:17:26 |
| 10 | Q    Okay. | 15:17:26 |
| 11 | A    I don't recall that. | 15:17:33 |
| 12 | Q    And do you recognize that as | 15:17:34 |
| 13 | Mr. McKenzie in the buffalo plaid? | 15:17:36 |
| 14 | A    Yes, yeah. | 15:17:40 |
| 15 | Q    I see there you're getting a pillow | 15:17:53 |
| 16 | for Mr. Indiana. | 15:17:55 |
| 17 | A    Yeah. | 15:17:56 |
| 18 | Q    Okay. | 15:17:57 |
| 19 | (Video played.) | 15:17:57 |
| 20 | Q    So I know it's jumping around. | 15:18:11 |
| 21 | Do you recognize this piece in | 15:18:15 |
| 22 | front of Mr. Indiana? | 15:18:17 |
| 23 | A    Yes. | 15:18:19 |
| 24 | Q    What do you recognize that as? | 15:18:20 |
| 25 | A    It was a bunch of Mr. Indiana's work | 15:18:22 |



**EXHIBIT B - 16**

Page 198

| | | |
|---|---|---|
| 1 | all on one -- all in one print, 12 -- | 15:18:29 |
| 2 | Q    Do you recall it -- oh, I'm sorry, | 15:18:35 |
| 3 | what's that? | 15:18:37 |
| 4 | A    Twelve images, Robert Indiana images | 15:18:38 |
| 5 | all on one print. | 15:18:43 |
| 6 | Q    Do you recall if it was called the | 15:18:45 |
| 7 | Retrospective? | 15:18:47 |
| 8 | A    I don't recall what the name was. | 15:18:50 |
| 9 | Q    Okay. | 15:18:53 |
| 10 | A    It possibly could have been called | 15:18:54 |
| 11 | that. | 15:18:55 |
| 12 | Q    I'm sorry, did I cut off the answer | 15:18:56 |
| 13 | for the court reporter?  I didn't mean to with | 15:18:58 |
| 14 | the video. | 15:19:00 |
| 15 | A    It -- it could have -- oh, sorry. | 15:19:02 |
| 16 | Q    You can go ahead. | 15:19:06 |
| 17 | Did you have a comment, | 15:19:10 |
| 18 | Mr. Thomas? | 15:19:11 |
| 19 | A    It could have been called that.  I -- | 15:19:12 |
| 20 | I don't recall the name. | 15:19:13 |
| 21 | Q    Okay. | 15:19:18 |
| 22 | And I'm just -- I'm just moving | 15:19:24 |
| 23 | ahead for time. | 15:19:31 |
| 24 | (Video played.) | 15:19:32 |
| 25 | Q    Do you recognize this as a piece that | 15:19:46 |



**EXHIBIT B - 17**

Page 199

```
 1   Mr. Indiana worked with Mr. McKenzie on?        15:19:56

 2        A    Yes.                                   15:20:02

 3        Q    And getting out of that, so --        15:20:11

 4   Mr. McKenzie came to Vinalhaven with prints for  15:20:15

 5   Mr. Indiana or other artwork more than once,     15:20:19

 6   correct?                                         15:20:23

 7        A    Correct.                               15:20:24

 8        Q    And did he also at times bring         15:20:26

 9   artists' proofs to Mr. Indiana?                  15:20:39

10        A    Yes.                                   15:20:49

11        Q    And did the work that Mr. Indiana      15:21:05

12   worked with Mr. McKenzie on include ART, A-R-T?  15:21:07

13        A    I recall that piece, yes.              15:21:15

14        Q    And do you recall them working on      15:21:19

15   EAT, E-A-T?                                      15:21:21

16        A    Sounds familiar.                       15:21:26

17        Q    Did you ever see Mr. Indiana display   15:21:27

18   any of the works from Mr. McKenzie at the Star   15:21:29

19   of Hope?                                         15:21:32

20        A    Yes.                                   15:21:36

21        Q    Do you recall which ones?              15:21:36

22        A    BRAT, the Dylan Works books, the       15:21:44

23   alphabet.  Think what else.  Hopes.  WORD and    15:21:51

24   WALL, maybe.  I can't be sure.  WORD,            15:22:06

25   certainly.  EAT.                                 15:22:11
```



**EXHIBIT B - 18**

Page 200

```
 1                   Trying to think of another one      15:22:21

 2    right off the top of my head, but I can't        15:22:22

 3    remember what it was called.                     15:22:25

 4                   That's all I got right now.        15:22:28

 5    Sorry.                                           15:22:30

 6         Q    Did Indiana ever comment on those      15:22:33

 7    works to you?                                    15:22:35

 8         A    Did he ever comment on them?  Not      15:22:39

 9    that I recall.  I wouldn't be surprised if he   15:22:44

10    did, but I don't recall if he did.              15:22:47

11         Q    He was putting them on display.  Did   15:22:54

12    you understand that he liked them?               15:22:56

13                   MS. SERPE:  Form objection.        15:22:58

14         A    Yeah, I mean, he had them on display.  15:22:59

15    I can't answer his -- his opinion one way or     15:23:08

16    the other.                                       15:23:12

17         Q    Okay.  I was just checking if he ever  15:23:12

18    expressed it to you.                             15:23:14

19         A    Not that I recall.                      15:23:16

20         Q    Do you -- do you know why               15:23:31

21    Mr. McKenzie got that -- purchased a home in     15:23:32

22    Vinalhaven with the studio?                      15:23:36

23         A    Why he purchased a home there?         15:23:40

24         Q    Yes.                                    15:23:45

25         A    To have a print shop and he would be   15:23:46
```



**EXHIBIT B - 19**
Page 207

```
 1              C E R T I F I C A T E

 2              I, Jill K. Ruggieri, Registered Merit

 3   Reporter and Certified Realtime Reporter, do certify

 4   that the deposition of JAMIE L. THOMAS, in

 5   the above-captioned matter, on November 12, 2021,

 6   was stenographically recorded by me; that the

 7   witness provided satisfactory evidence of

 8   identification, as prescribed by Executive Order 455

 9   (03-13) issued by the Governor of the Commonwealth

10   of Massachusetts, before being sworn by me, a Notary

11   Public in and for the Commonwealth of Massachusetts;

12   that the transcript produced by me is a true record

13   and accurate record of the proceedings to the best

14   of my ability; that I am neither counsel for,

15   related to, nor employed by any of the parties to

16   the above action; and further that I am not a

17   relative or employee of any attorney or counsel

18   employed by the parties thereto, nor financially or

19   otherwise interested in the outcome of the action.

20

21              Jill K. Ruggieri

22              Jill K. Ruggieri, RPR, RMR, FCRR, CRR

23

24   Transcript review was requested of the reporter.

25
```



**EXHIBIT B - 20**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LTD.,

               Plaintiff,

   -against-

MICHAEL MCKENZIE,
AMERICAN IMAGE ART, JAMIE THOMAS,
and JAMES W. BRANNAN as Personal
Representative of the Estate of Robert Indiana,

             Defendants.

Case No.  1:18-cv-04438-AT-BCM

MICHAEL MCKENZIE
and AMERICAN IMAGE ART,

            Counter-Claimants,

   -against-

MORGAN ART FOUNDATION LTD.,

            Counterclaim Defendant.

JAMES W. BRANNAN as Personal Representative of
the Estate of Robert Indiana,

            Counter-Claimant,

   -against-

MORGAN ART FOUNDATION LTD.,
FIGURE 5 ART LLC, SHEARBROOK (US), LLC,
RI CATALOGUE RAISONNÉ LLC,
and SIMON SALAMA-CARO,

            Counterclaim Defendants.

**EXHIBIT B - 21**

MICHAEL MCKENZIE
and AMERICAN IMAGE ART,

                          Counter-Claimants,

          -against-

JAMIE THOMAS and JAMES W. BRANNAN as
Personal Representative of the Estate of Robert
Indiana,

                          Counterclaim Defendants.

## CORRECTIONS TO TRANSCRIPT OF VIDEO DEPOSITION OF JAMIE L. THOMAS DATED NOVEMBER 12, 2021

JAMIE L. THOMAS, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I have reviewed the transcript of my deposition taken in the above captioned matter on

November 12, 2021, and offer the following changes as if still under oath:

| Page | Line | Original Text | Corrected Test |
|------|------|---------------|----------------|
| 4 | 19-24 | Christie & Young PC<br><br>John D. Frumer, Esq.<br><br>50 Congress Street, Suite 430<br><br>Boston, Massachusetts 02109<br><br>617.854.8315<br><br>jdfrumer@christieyoung.com | Law Office of John D. Frumer<br><br>P.O. Box 74<br><br>Brunswick, ME 04011<br><br>jdfrumer@frumerlaw.com |
| 13 | 19 | Just high school diploma. | High school diploma. |
| 15 | 13 | on cartoons | cartoons |
| 18 | 2 | I mean, just | I mean, I just |
| 18 | 10 | needed help | needed help with my stepfather. |
| 35 | 13 | -   don't | -   i don't |
| 44 | 6 | Little cold. | I have a little cold. |

1

**EXHIBIT B - 22**

| 73 | 3-4 | That Mr. Indiana signed aluminum LOVEs to me. | That Mr. Indiana signed aluminum LOVEs to me? |
|----|-----|------------------------------------------------|-----------------------------------------------|
| 84 | 18 | authorization, I could | authorization, no but I could |
| 96 | 2 | he | I |
| 106 | 11-12 | I didn't even get down | I didn't even respond |
| 144 | 5 | hadn't been being paid | hadn't been paid |
| 157 | 23 | Beau | Bo |
| 160 | 2 | officially | unofficially |
| 165 | 18-19 | the Bach Book of Love. | the Book of Love. |
| 199 | 23 | Think what else. Hopes. | I have to think what else. HOPE. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2021

Jamie L. Thomas