|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>MORGAN ART FOUNDATION LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, AMERICAN IMAGE ART, JAMIE THOMAS, and JAMES W. BRANNAN as Personal Representative of the Estate of Robert Indiana,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: __6/16/2022_____<br><br>18 Civ. 4438 (AT) (BCM)<br><br>**AMENDED<br>ORDER OF REFERENCE<br>TO A MAGISTRATE JUDGE** |

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Barbara C. Moses for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>ECF Nos. 213 and 258 in 18cv4438 (ECF No. 86 in related case 18cv8231). | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☒ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: ECF No. 426; anticipated motions for summary judgment, *see* ECF Nos. 495-98. |

SO ORDERED.

Dated: June 16, 2022
         New York, New York

ANALISA TORRES
United States District Judge