

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

-against-

MICHAEL MCKENZIE,

    Defendant.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed all four letters (Dkt. Nos. 495-98) filed yesterday with respect to the current schedule for expert discovery and summary judgment. After careful consideration, and in light of (a) plaintiff's pending motion (Dkt. No. 465) for terminating sanctions against defendant, and (b) the district judge's order (Dkt. No. 499) expanding my reference to include report and recommendation as to the anticipated motion(s) for summary judgment, it is hereby ORDERED that the deadlines set forth in the Order dated January 11, 2022 (Dkt. No. 477) are EXTENDED as follows:

1. Affirmative experts shall be disclosed and affirmative expert reports shall be exchanged no later than 30 days after the Court has issued a decision on the sanctions motion.

2. Rebuttal experts shall be disclosed and rebuttal expert reports shall be exchanged no later than 21 days after affirmative expert reports are exchanged.

3. Expert discovery, including expert depositions, shall be completed no later than 21 days after rebuttal expert reports are exchanged.

4. Summary judgment motions (or pre-motion letters with respect to summary judgment) shall conform to the individual practices of Judge Moses and shall be filed no later than 30 days after the competition of expert discovery. The Court will not entertain summary judgment motions prior to the completion of expert discovery.

Dated: New York, New York
       June 16, 2022

                    SO ORDERED.

                    **BARBARA MOSES**
                    **United States Magistrate Judge**