

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

-against-

MICHAEL MCKENZIE,

    Defendant.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court does not accept, and will not consider, motions or responses thereto made by email. All motions, including those made pursuant to 28 U.S.C. § 455(a), "must be filed electronically" via the Court's Electronic Case Filing (ECF) system. *See* S.D.N.Y. ECF R. & Insts. § 1.1. To seek leave to file under seal, *see id.* § 6; Moses Ind. Prac. § 3.

Dated: New York, New York
       August 4, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**