AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Morgan Art Foundation Ltd. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 18-CV-4438 (JLR) (BCM) |
| Michael McKenzie, et al. | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathaniel S. Putnam, as successor to James W. Brannan as Personal Rep. of the Estate of Robert Indiana   .

Date:   08/15/2023

/s/ Alfred J. Falzone
*Attorney's signature*

Alfred J. Falzone, Bar No. 5418777
*Printed name and bar number*

Eaton Peabody
100 Middle Street
P.O. Box 15235
Portland, ME  04112-5235
*Address*

afalzone@eatonpeabody.com
*E-mail address*

(207) 274-5266
*Telephone number*

(207) 274-5286
*FAX number*