UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL McKENZIE, *et al.*,<br><br>Defendants. | Case No. 18-cv-4438 (JLR) (BCM)<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR ORDER CONFIRMING FINAL ARBITRATION AWARD** |

Upon the Declaration of Alfred J. Falzone, declared on August 15, 2023, and upon the Memorandum of Law dated August 15, 2023, submitted in support, it is

ORDERED, that the above named defendants Michael McKenzie and American Image Art (together, "AIA") show cause before this Court, at Room 15D, United States Courthouse, 500 Pearl Street, New York, New York 10007, on the ____ day of August, 2023, at _____ o'clock in the ___ noon thereof, or as soon as counsel may be heard, why an order should not be issued pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, confirming the July 14, 2023 Final Award entered by the American Arbitration Association in the proceeding captioned *Brannan v. McKenzie et al.*, AAA Case No. 01-19-0001-9789.

Dated: New York, New York
       August __, 2023

**SO ORDERED**.

_____
The Hon. Jennifer L. Rochon
United States District Judge

1