# MARKHAM READ ZERNER LLC

www.markhamreadzerner.com

| | |
|---|---|
| 11A Commercial Wharf West | 17 Elk Street, Albany, NY 12207 |
| Boston, Massachusetts 02110 | |
| T. (617) 523-6329 | 908 Main Street / P.O. Box 697 |
| F. (617) 742-8604 | Waldoboro, Maine 04572 |

August 23, 2023

**Via ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
New York, New York 10007

Re:  *Morgan Art Foundation Ltd. v. McKenzie*, **18-cv-04438 (JLR-BCM)**

Dear Judge Rochon:

Pursuant to the Court's Order (Dkt. No. 511), I write on behalf of Defendant Michael McKenzie jointly with Plaintiff Morgan Art Foundation to advise that one or more of the parties does not consent to conducting all further proceedings before the Magistrate Judge.

Additionally, the parties jointly request a referral to a further settlement conference before Judge Moses.

Respectfully submitted,

*/s/ John J.E. Markham, II*

John J.E. Markham, II

cc: Counsel for Morgan Art Foundation *via ECF*