

**Alfred J. Falzone**
Direct Dial 207-771-3442
afalzone@eatonpeabody.com

100 Middle St., P.O. Box 15235
Portland, Maine 04112-5235
Phone 207-274-5266  Fax 207-274-5286
www.eatonpeabody.com

August 23, 2023

**VIA ECF**

Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Morgan Art Foundation Ltd. v. McKenzie,* **18-cv-04438-JLR-BCM**
             **Letter-Brief to Clarify (Dkt. Nos. 515 and 516)**

Dear Judge Moses:

    We are writing in response to Attorney Markham's letter dated August 23, 2023, to the Court (Dkt. Nos. 515 and 516) in which he states that "the parties jointly request a referral to a further settlement conference before Judge Moses."

    Cross-Defendant Nathaniel S. Putnam, as Personal Representative of the Estate of Robert Indiana, does not join in that request and does not seek any further settlement conference.

                                          Sincerely,
                                          /s/ Alfred J. Falzone
                                          Alfred J. Falzone