UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>    Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE d/b/a AMERICAN IMAGE ART, et al.,<br><br>    Defendants. | 18-CV-4438 (JLR) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during yesterday's telephonic conference, it is hereby ORDERED that, no later than **September 1, 2023**:

1. For settlement purposes only, plaintiff Morgan Art Foundation Limited (MAF) and defendant Michael McKenzie shall each submit a confidential update letter to chambers, by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov;

2. For settlement purposes only, MAF and McKenzie shall jointly submit an updated and annotated artwork inventory list to chambers, by email; and

3. MAF and McKenzie shall file, on ECF, any stipulation they have reached regarding the pending motion for sanctions.

Dated: New York, New York
       August 25, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**