UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

                    Plaintiff,

-against-

MICHAEL MCKENZIE, et al.,

                    Defendants.

1:18-cv-04438 (JLR) (BCM)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    Because there is no just reason for delay, *see* Fed. R. Civ. P. 54(b), the Clerk of Court shall enter judgment for Crossclaim-Defendant Nathaniel S. Putnam as Personal Representative of the Estate of Robert Indiana and against Crossclaim-Plaintiffs Michael McKenzie and American Image Art only, pursuant to the Court's Order dated September 5, 2023, *see* ECF No. 521.

Dated: September 7, 2023
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge