**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MORGAN ART FOUNDATION LIMITED,

                Plaintiff,                    18 **CIVIL** 4438 (JLR)(BCM)

         -against-                      **RULE 54(b) JUDGMENT**

MICHAEL MCKENZIE, et al.,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 7, 2023, Because there is no just reason for delay, see Fed. R. Civ. P. 54(b), Judgment is entered for Crossclaim-Defendant Nathaniel S. Putnam as Personal Representative of the Estate of Robert Indiana and against Crossclaim-Plaintiffs Michael McKenzie and American Image Art only, pursuant to the Court's Order dated September 5, 2023, see ECF No. 521.

**Dated:**  New York, New York

      September 8, 2023

                                                           **RUBY J. KRAJICK**
                                                             Clerk of Court

                           **BY:**
                                                            _____
                                                                    **Deputy Clerk**