UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

        Plaintiff,

-against-

MICHAEL MCKENZIE d/b/a AMERICAN IMAGE ART, et al.,

        Defendants.

18-CV-4438 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the Estate's letter-application, filed October 10, 2023 (Dkt. 526), which attaches, *inter alia*, a proposed writ of execution (Dkt. 526-4); McKenzie's response, filed October 1, 2023 (Dkt. 528); and the Estate's reply, filed October 12, 2023. (Dkt. 529.) The Court has also received a second proposed writ of execution, submitted to chambers only – on paper, by courier – which is attached to this Order, and which differs from the document at Dkt. 526-4. The Estate shall promptly advise the Court whether it seeks entry of the electronically-filed document, the courier-delivered document, or both.

Dated: New York, New York
      October 12, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO._____          DOCKET NO. 18-CV-04438-JLR-BCM

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of Michael McKenzie, d/b/a American Image Art,

_____

_____

in your district you cause to be made the sum of one million, seven-hundred and eighty-three thousand, ninety-seven

_____dollars and eighty-eight cents, ($1,783,097.88)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second

Circuit, Nathaniel S. Putnam, Personal Representative of the Estate of Robert Indiana, _____

recovered against the said Michael McKenzie, d/b/a American Image Art, _____

_____

in an action between Michael McKenzie, d/b/a American Image Art, Crossclaim-_____

_____

PLAINTIFF and Nathaniel S. Putnam, Personal Representative of the Estate of Robert Indiana, Crossclaim-_____

_____

DEFENDANT, in favor of said Nathaniel S. Putnam, Personal Representative of the Estate of Robert Indiana, Crossclaim-Defendant

_____

as appears by the record filed in the Clerk's Office of said District Court on the __eighth__ day

of _____September_____, in the year of _____twenty twenty-three_____

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _____day of_____October_____in the year of our Lord twenty twenty-three, and of the Independence of the United States the two hundred and forty- ____seventh_____year.

                                                    _____
                                                                    CLERK

SDNY Web

05/2021

United States District Court
SOUTHERN DISTRICT OF NEW YORK

Morgan Art Foundation Limited

-against-

Michael McKenzie, et al.
Case 1:18-CV-04438-JLR-BCM

EXECUTION AGAINST PROPERTY

_____

_____

Attorney for

Nathaniel S. Putnam as Personal Representative of the Estate of Robert Indiana

Borough of Manhattan
City of New York

_____

To the Marshal:
You will levy and collect

one million, seven-hundred and eighty-three thousand ninety-seven _____ Dollars

and eighty-eight _____ cents,

with interest from the eighth

day of September, 2023.

besides your fees, etc.

_____
Attorney

