

**Alfred J. Falzone**
Direct Dial 207-771-3442
afalzone@eatonpeabody.com

100 Middle St., P.O. Box 15235
Portland, Maine 04112-5235
Phone 207-274-5266   Fax 207-274-5286
www.eatonpeabody.com

October 12, 2023

**VIA ECF**

Honorable Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:** **_Morgan Art Foundation Ltd. v. McKenzie,_ 18-CV-04438-JLR-BCM**
> **Response to Court's Order (Dkt. No. 530)**

Dear Judge Moses:

In response to the Court's October 12, 2023, Order, (ECF No. 530), I write on behalf of Crossclaim-Defendant Nathaniel S. Putnam, Personal Representative of the Estate of Robert Indiana (the "Estate") to advise the Court that the Estate seeks entry of both the electronically-filed document as well as the courier-delivered document.

By way of explanation, the courier-delivered document was meant to be delivered to the Clerk of Court's Office, Orders & Judgments Unit, but was mistakenly delivered to Your Honor's Chambers instead.

Sincerely,

/s/ Alfred J. Falzone III
Alfred J. Falzone

AUGUSTA   I   BANGOR   I   ELLSWORTH   I   PORTLAND