# John Markham

| | |
|---|---|
| **From:** | Alfred Falzone <afalzone@eatonpeabody.com> |
| **Sent:** | Tuesday, March 19, 2024 4:35 PM |
| **To:** | John Markham |
| **Cc:** | Bridget Zerner; Elisa McPhee; Seth Brewster |
| **Subject:** | RE: Request to meet and confer |

 **Caution**: External (afalzone@eatonpeabody.com)

Misleading Link



Hi John,

Good to hear from you. I am happy to chat Monday, but I am in hearings for the rest of this week.

As you know, our general order of operations is as follows: we are gathering all the Indiana art in one place (more specifically we are moving the Rosenbaum art up to Brooklyn). Once it's all centralized, we will conduct the inventory of the art, that way we know the scope of the appraisal project when we start presenting it to the appraisers listed in the Order.

I can also provide a more specific update, as my understanding is that the estimated date of completion for the inventory process, barring any snafus, is May 1.

Please let me know what times you are available to speak on Monday.

Best,
Alfred

**Alfred J. Falzone III**
207-274-5266 | Eaton Peabody

This message, and any attachments thereto, is intended only for the designated recipient, and is otherwise confidential as a matter of law. If you are not a designated recipient, you must not review, print, copy, distribute, or retain a copy of this message or any of the attachments. If you received this e-mail by mistake, please notify the sender by return e-mail immediately, and destroy or delete this message. Thank you.

**From:** John Markham <jmarkham@markhamreadzerner.com>
**Sent:** Tuesday, March 19, 2024 3:46 PM
**To:** Alfred Falzone <AFalzone@eatonpeabody.com>
**Cc:** Mike McKenzie (mm2uwords@aol.com) <mm2uwords@aol.com>
**Subject:** Request to meet and confer

Dear Mr. Falzone,

Please let this serve as a meet and confer request.

1

I can speak about this on Friday or next Monday. The implementation of the Arbitrators Order is taking too long, given that the award was issued on July 14, 2023, now eight months ago.  The Arbitrators had directed you to have all artworks to Uovo by August 12, 2023 which failed to happen by many months. Nor when Uovo finally arrived  its employees refused to open the boxes so that so both parties could reconcile the inventory of the artwork taken. To offset this problem you stated you would arrange to open boxes in conjunction with representatives of American Image at Uovo just after it arrived now months ago. Despite our calls to you we have never heard back from you with Uovo contacts and five months now passed with no inventory nor any hint of when an appraisal will be commenced, much less completed. We have also heard nothing about your appraiser selection, nor what the basis for an appraisal is, another activity which couldn't take more than a few days. You have delayed a job that should take in total no more than six weeks, including appraisal and dividing the work, costing all parties to lose income while further soiling the Indiana brand with questionable delays creating more unnecessary legal work, the exact reason the estate's previous firm was clawed back $2,200,000 and recused by the Attorney General.

Unless you and we can agree on specific dates for all the following we plan to seek relief from the court so please consider this a demand to meet and/or confer by Friday March 23 to lay out a schedule to (1) open Uovo to American Image representatives so that we can actually see what they took from McKenzie, (2) make a mutual account to reconciliate the  inventory (3) set a final date for all appraisal completion and an understanding of the appraisal method; and (4) a final date to begin dividing the property as directed by The Arbitrators.

Yours,

John Markham



John J. E. Markham, II
**Markham Read Zerner LLC**
11A  Commercial Wharf West
Boston, MA 02110
T. 617.523.6329
F. 617.742.8604

908 Main Street
P. O. Box 697
Waldoboro, ME  04572
T. 207.790.8049
www.markhamreadzerner.com

MARKHAM  READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege.
If you have received this email in error, please advise us by return email and delete the contents of the email. Thank you.

...