```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

-against-

MICHAEL MCKENZIE d/b/a AMERICAN IMAGE ART,

    Defendant.

18-CV-4438 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Judge Moses will hold a telephone conference on **August 8, 2024, at 10:00 a.m**. A few minutes before the scheduled conference, the parties must call **(888) 557-8511** and enter the access code **7746387**.

    At the conference, the parties should be prepared to discuss defendant's motion (Dkt. 542) to compel a joint inventory reconciliation of the artwork that is the subject of this Court's September 5, 2023 Order Confirming Final Arbitration Award (Dkt. 521); plaintiff's opposition to the motion (Dkt. 543); defendant's anticipated motion for summary judgment; and any changes to the parties' positions concerning plaintiff's pending sanctions motion. (Dkt. 465.)

Dated: New York, New York
       August 5, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**