UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, et al.<br><br>Defendants. | Case No. 18-cv-04438-JLR-BCM |

**MOTION TO WITHDRAW**
**BY COUNSEL OF DEFENDANT MICHAEL MCKENZIE**

Pursuant to Local Civil Rule 1.4, undersigned counsel for Defendant Michael McKenzie, moves to withdraw from the above-captioned case. Accompanying this motion is the Declaration of Bridget A. Zerner, Esq. of Markham Read Zerner LLC ("Zerner Dec.").

As undersigned previously alerted the Court (Dkt. 546, Zerner Letter of August 6, 2024), lead counsel for McKenzie, John Markham, passed away on July 12, 2024. Zerner Dec. ¶ 2. The remaining partners of Markham Read Zerner have determined they must wind down their practice and are in the process of resolving or withdrawing from all pending cases in which they have appeared by the end of year. *Id.*, ¶¶ 3-4. Undersigned will not be continuing as a solo practitioner. *Id.*, ¶ 4 Mr. McKenzie is informed of this situation and is seeking out new counsel to appear on his behalf and requests at least 60 days to secure new counsel to file an appearance. *Id.*, ¶ 5.

At present, activity in this case has been stayed until a ruling on a pending sanctions motion filed by Plaintiff Morgan Art Foundation against McKenzie. *See* Dkt. 500, Order (setting

1

expert and dispositive motion deadlines for after a ruling on pending sanctions motion). Morgan is seeking terminating sanctions. Dkt. 465. The parties provided updates on their positions related to the sanctions motion through letter submissions on August 22 and September 5, 2024 and await a ruling by the Court. Dkt. 548 to 551. No trial date has been set as of this time.

Markham Read Zerner is not asserting any retaining or charging lien. Zerner Dec., ¶ 6.

As undersigned does not have the resources or ability to continue in this litigation on behalf of Mr. McKenzie, given the unexpected loss of Attorney Markham, undersigned moves to be relieved as counsel and requests that McKenzie be given 60 days to secure new counsel to appear in this case.

Dated: September 30, 2024         Respectfully submitted,

*/s/ Bridget A. Zerner*
Bridget A. Zerner (BZ2582)
MARKHAM READ ZERNER LLC
11A Commercial Wharf West
Boston, Massachusetts 02110
Tel: (617) 523-6329
Fax:(617)742-8604
bzerner@markhamreadzerner.com
*Attorneys for the Defendant Michael McKenzie dba American Image Art*

### Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified and paper copies will be sent to any indicated as non-registered participants on September 30, 2024.

*/s/ Bridget A. Zerner*
Bridget A. Zerner

2