```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

        Plaintiff,

-against-

MICHAEL MCKENZIE, et al.,

        Defendants.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received attorney Bridget Zerner's motion for leave to withdraw as counsel for defendant Michael McKenzie pursuant to Local Civil Rule 1.4. (Dkt. No. 552.) In accordance with precedent in this case (*see* Dkts. 181, 297), it is hereby ORDERED that, should McKenzie (or any other party to this action) oppose Zerner's motion to withdraw, opposition papers must be served and filed no later than **October 11, 2024**.

    Any written response by McKenzie may be submitted in the form of a letter marked "confidential" and delivered directly to chambers, by courier or overnight mail, addressed to: Barbara Moses, United States Magistrate Judge, United States Courthouse, 500 Pearl Street, Room 740, New York, NY 10007. In order to protect the attorney-client privilege between the defendant and his counsel, defendant is directed to send a copy of his submission(s) to attorney Zerner but not to any other party.

    Any reply papers are due no later than **October 17, 2024**. To the extent Zerner wishes to discuss any privileged or confidential matters in her reply papers, that portion of her papers should also be marked "confidential," submitted directly to chambers, and served on defendant but not on any other party.

    It is further ORDERED that Zerner shall promptly serve a copy of this Order on McKenzie, by mail and email, and shall file a proof of service on ECF.

    Additionally, in light of John J. E. Markham's death (*see* Dkt. 546), the Clerk of Court is respectfully directed to terminate attorney Markham as counsel of record for McKenzie in this action.

Dated: New York, New York
       October 1, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**