**Outlook**

---

### RE: RE: New Link

---

| | |
|---|---|
| From | Bridget Zerner <bzerner@markhamreadzerner.com> |
| Date | Mon 2/3/2025 12:53 PM |
| To | Nicole Brenecki <nicole@jodrebrenecki.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com> |

Thanks. I will watch out for it and download the files promptly and send back to you.

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete.

**From:** Nicole Brenecki <nicole@jodrebrenecki.com>
**Sent:** Monday, February 3, 2025 12:51 PM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
**Subject:** Re: RE: New Link

 External (nicole@jodrebrenecki.com)  GUARDIAN

Hi Bridget,
My assistant ordered a USB stick and provided your address to Amazon for delivery.
You should receive it tomorrow or Wednesday.
Thank you.

 **Outlook**

## RE: RE: Address for USB

**From** Bridget Zerner <bzerner@markhamreadzerner.com>
**Date** Thu 1/30/2025 2:00 PM
**To** Nicole Brenecki <nicole@jodrebrenecki.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>

Hello –

Please send the USB to

Bridget Zerner
57 Berkeley Street
Somerville, MA 02143

Thanks,


Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete.

**From:** Nicole Brenecki <nicole@jodrebrenecki.com>
**Sent:** Thursday, January 30, 2025 1:46 PM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
**Subject:** Re: RE:


      External (nicole@jodrebrenecki.com)      GUARDIAN


Good afternoon, Bridget,
The folder is empty.
We will mail a USB stick to you ASAP.
Can you confirm the address in your signature line?
Thank you in advance.



   

**From:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Sent:** Thursday, January 30, 2025 3:08 PM
**To:** Nicole Brenecki <nicole@jodrebrenecki.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
**Subject:** RE: RE: New Link

Also, I checked the ShareFile and saw an error – this link should work for deposition transcripts and some other files I was able to upload:

https://markhamandread.sharefile.com/d-s01487f7f1aa34140bf5f7b8c28d87423

Though we still need the USB for the rest of the file.

Thanks,
Bridget

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete.

**From:** Nicole Brenecki <nicole@jodrebrenecki.com>
**Sent:** Thursday, January 30, 2025 1:46 PM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
**Subject:** Re: RE:



External (nicole@jodrebrenecki.com)    GUARDIAN



# NICOLE BRENECKI, ESQ.
## PARTNER

**JODRÉ BRENECKI LLP**
ATTORNEYS AT LAW
101 NORTH 10TH STREET - SUITE 303
BROOKLYN, NEW YORK 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM







---

**From:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Sent:** Monday, January 27, 2025 11:47 AM
**To:** Nicole Brenecki <nicole@jodrebrenecki.com>
**Subject:** RE: RE:

See below link to access depositions transcripts.
https://markhamandread.sharefile.com/d-s95149d0e3c9443e8b9b9bc9313b17cd6

Due to the size and upload problems with ShareFile, for the rest of the discovery files, please provide a USB drive.


Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete.

**From:** Bridget Zerner
**Sent:** Monday, January 27, 2025 10:12 AM
**To:** 'Nicole Brenecki' <nicole@jodrebrenecki.com>; MICHAEL M <mm2uwords@aol.com>
**Subject:** RE: RE:

Morning – see attached.

I am uploading discovery files to ShareFile and will send a link.

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572