# Exhibit 2

 **Outlook**

## Re: New Link - McKenzie

**From** Bridget Zerner <bzerner@markhamreadzerner.com>
**Date** Wed 2/19/2025 3:10 PM
**To**   Nicole Brenecki <nicole@jodrebrenecki.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>

Hello Nicole - can you confirm receipt of the USB drives?  Thanks

MARKHAM READ ZERNER LLC
617-523-6329

> On Feb 17, 2025, at 12:35 PM, Bridget Zerner <bzerner@markhamreadzerner.com> wrote:
>
>
> Hello Nicole:
>
> The USB drives with McKenzie electronic files should be delivered to your office tomorrow. Note due to a technical issue, we had to save one zip file to a second drive. The zip file on the second drive is "SDNY_AIA003" which is part of the "DOCS PRODUCED BY MAF" folder in the discovery file.
>
> Tracking #:
> 9505 5133 5828 5046 7138 20
>
> Thanks,
> Bridget
>
>
> Bridget A. Zerner
> **MARKHAM READ ZERNER LLC**
> 908 Main Street
> P.O. Box 697
> Waldoboro, ME 04572
> Tel: (617) 523-6329
> Fax: (617) 742-8604
> bzerner@markhamreadzerner.com
>
> www.markhamreadzerner.com
>
> MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete.
>
> **From:** Bridget Zerner
> **Sent:** Thursday, February 6, 2025 6:37 PM
> **To:** 'Nicole Brenecki' <nicole@jodrebrenecki.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
> **Subject:** RE: RE: New Link - McKenzie
>
> Good evening –

The USB drive that you sent was only for 16GB which was insufficient for the files. I replaced it with a 128GB drive. We started the process yesterday and the data continues to transfer particularly due to the large size of discovery files produced by other parties and additional files.

I am traveling tomorrow and unavailable but the transfer should be completed next week.

Thanks,
Bridget


Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com

www.markhamreadzerner.com

MARKHAM READ ZERNER LLC is a law office. This document may contain confidential matters or matters protected from disclosure by the attorney-client privilege. Any inadvertent disclosure of the content of this document to any unintended recipient is not intended to be, nor is it, a waiver of this privilege. If you have received this email in error, please advise us by return email and delete.

**From:** Nicole Brenecki <nicole@jodrebrenecki.com>
**Sent:** Tuesday, February 4, 2025 4:22 PM
**To:** Bridget Zerner <bzerner@markhamreadzerner.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
**Subject:** Re: RE: New Link


<image001.png>

External (nicole@jodrebrenecki.com)     <image002.png>

Hi Bridget,
The USB stick was delivered.
Thank you in advance.


<image003.jpg>

**From:** Bridget Zerner <bzerner@markhamreadzerner.com>
**Sent:** Monday, February 3, 2025 12:52 PM
**To:** Nicole Brenecki <nicole@jodrebrenecki.com>; Admin Jodre Brenecki LLP <admin@jodrebrenecki.com>
**Subject:** RE: RE: New Link

Thanks. I will watch out for it and download the files promptly and send back to you.

Bridget A. Zerner
**MARKHAM READ ZERNER LLC**
908 Main Street
P.O. Box 697
Waldoboro, ME 04572
Tel: (617) 523-6329
Fax: (617) 742-8604
bzerner@markhamreadzerner.com