**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MORGAN ART FOUNDATION LIMITED,

                Plaintiff,

-against-                                        **18 CIVIL 4438 (JLR)**
                                                          **AMENDED RULE 54(b)**
                                                               **JUDGMENT**

MICHAEL McKENZIE d/b/a AMERICAN
IMAGE ART,
                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 1, 2025, an amended Rule 54(b) Judgment is entered for Crossclaim-Defendant Nathaniel S. Putnam as Personal Representative of the Estate of Robert Indiana and against Crossclaim-Plaintiffs Michael McKenzie and American Image Art as follows, after which time the Estate may resubmit its request for a writ of execution to the Clerk of Court for processing. In addition to the principal amount of $1,667,704.88 (consisting of the Monetary Award of $1,384,607.00 pursuant to paragraph (10) plus arbitration costs of $283,097.88 pursuant to paragraph (15), the Estate shall also be awarded postjudgment interest pursuant to 28 U.S.C. § 1961 on the principal amount of $1,667,704.88, calculated as of the date of the original entry of the Clerk's Judgment on September 8, 2023, through the date of payment.

**Dated:** New York, New York

      August 4, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                                                  **BY:**         *K. Mango*

                                                                   **Deputy Clerk**