ABSTRACT OF JUDGMENT

**Re:** Morgan Art Foundation Ltd. v. Michael McKenzie d/b/a American Image Art

**Case Number:** 18-CV-04438-JLR-BCM

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Michael McKenzie, d/b/a American Image Art<br>171 Golden Bridge Road<br>Katonah, NY 10536 | Nat Putnam, Personal Representative of the Estate of Robert Indiana<br>c/o Seth W. Brewster, Esq.<br>Jensen Baird<br>Ten Free Street<br>P.O. Box 4510<br>Portland, ME 04112 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $1,667,704.88 plus post-judgment interest from September 8, 2023 | Alfred J.F. Morrow<br>Ten Free Street<br>P.O. Box 4510<br>Portland, ME 04112 | September 8, 2023 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE - U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York          , New York

TAMMI M. HELLWIG, Clerk of Court

_____
    **By,**          **Deputy Clerk**