UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

    Plaintiff,

 -against-

MICHAEL MCKENZIE, et al.,

    Defendants.

18-CV-4438 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The parties are reminded that, pursuant to this Court's June 16, 2022 scheduling order (Dkt. 500), the remaining pre-trial schedule is as follows:

1. Affirmative expert reports must be exchanged no later than **October 3, 2025**.

2. Rebuttal expert reports must be exchanged no later than **October 24, 2025.**

3. Expert discovery, including expert depositions, must be completed no later than **November 14, 2025**.

4. Summary judgment motions, if any, must conform to Moses Ind. Prac. § 2(c) and must be filed no later than **December 15, 2025**.

The parties are further reminded that any requests for adjournments or extensions must be made in compliance with Moses Ind. Prac. § 2(a).

Dated: New York, New York
       September 19, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**