UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED  Plaintiff,

-against-

MICHAEL MCKENZIE, et al.  Defendant.

1:18-cv-04438 (JLR)

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

JENNIFER L. ROCHON, United States District Judge:

This action is referred to the designated Magistrate Judge for the following purpose(s):

- [✓] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [✓] Specific Non-Dispositive Motion/Dispute: **Nos. 581, 583**
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [ ] Settlement
- [ ] Inquest After Default/Damages Hearing
- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

Dated: December 17, 2025
New York, New York

SO ORDERED.

_Jennifer Rochon_
JENNIFER L. ROCHON
United States District Judge