UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>                            Plaintiff,<br><br>v.<br><br>MICHAEL MCKENZIE D/B/A AMERICAN IMAGE ART,<br><br>                            Defendant. | Civil Docket No.:<br>18-cv-04438<br>(AT) (BCM)<br><br>**NOTICE OF MOTION** |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 1.4, Jodre Brenecki, LLP will move this Court, at a date and time to be determined by the Court, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York for leave to withdraw as counsel for Michael McKenzie d/b/a American Image Art.

Any papers in opposition must be served in accordance with the Local Rules of the Southern District of New York or as directed by the Court.

Dated: December 23, 2025
Brooklyn, New York

                                               **JODRÉ BRENECKI, LLP**

                                               -----------------------------------------
                                               By: NICOLE BRENECKI, ESQ.
                                               101 North 10th Street – Suite 303
                                               Brooklyn, New York 11249
                                               T.: (347) 563-2605
                                               Email: nicole@jodrebrenecki.com

TO:    All Parties (via ECF)
           Michael McKenzie d/b/a American Image Art (via email and mail)