UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/29/25___
```

| |
|---|
| MORGAN ART FOUNDATION LIMITED, |
| Plaintiff, |
| -against- |
| MICHAEL MCKENZIE, *et al*., |
| Defendants. |

18-CV-4438 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Attorneys Jordan Adam Jodre and Nicole Brenecki, of the law firm Jodre Brenecki, LLP, have filed a motion (Dkt. 590), pursuant to Local Civ. R. 1.4, to be relieved as counsel for defendant Michael McKenzie d/b/a American Image Art due to a "breakdown in the attorney client relationship" and "irreconcilable differences" as to case strategy and what legal work is necessary to forward this case. (*See* Dkt. 590-1 at ECF pp. 3-4.) The motion is DENIED without prejudice to renewal in compliance with Rule 1.4 and this Order.

First, there is no indication that the withdrawal motion has been served upon defendant McKenzie, as required by Local Civil Rule 1.4. *See Luxwear Ltd. v. Adaptiv Rsch. & Dev. Grp*., 2023 WL 3010397, at *1 (S.D.N.Y. Mar. 28, 2023), *adhered to on denial of reconsideration*, 2023 WL 3011912 (S.D.N.Y. Mar. 30, 2023) (denying withdrawal motion in part on this basis).

Second, moving counsel have not satisfied the evidentiary requirements of Rule 1.4, which states that a withdrawal order "may be granted only upon *a showing by affidavit or otherwise* of satisfactory reasons for withdrawal." (Emphasis added.) Counsel's submission consists of an unsworn memorandum of law, which does not meet this requirement.

If and when counsel refile their motion for leave to withdraw, they must serve their motion papers and a copy of this Order upon their client and file proof of such service upon the docket. If defendant McKenzie wishes to respond to counsel's renewed motion for leave to withdraw, he may

do so in the form of an original letter (with an ink signature) delivered to the Court by mail, courier, or overnight delivery service, addressed to:

>   Chambers of the Hon. Barbara Moses
>   United States Magistrate Judge
>   United States Courthouse
>   500 Pearl Street
>   New York, NY 10007

Defendant's letter must include the **name and docket number of this case**, and **<u>must be delivered to the Court within one week (7 calendar days) after defendant is served with counsel's motion papers.</u>** Defendant must also serve a copy of his response on his counsel.

Any other objections or responses to the renewed withdrawal motion must be submitted to the Court **<u>within one week (7 calendar days) after the motion is filed</u>**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 590.

Dated:  New York, New York
        December 29, 2025           **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**