**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
**lukenikas@quinnemanuel.com**

January 6, 2026

<u>VIA E-FILE</u>
Honorable Jennifer L. Rochon
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art et al.*

Dear Judge Rochon,

In accordance with the Court's Individual Rule 2.B, I write jointly on behalf of Plaintiff Morgan Art Foundation and Defendant Michael McKenzie in advance of the remote status conference scheduled for January 8, 2026.

On behalf of the plaintiff, counsel will appear as follows:

- Luke Nikas
    - (212) 849-7228
    - lukenikas@quinnemanuel.com

On behalf of the defendant, counsel will appear as follows:

- Nicole Brenecki
    - (347) 563-2605
    - nicole@jodrebrenecki.com

On behalf of the Star of Hope, counsel will appear as follows:

- Alfred Morrow
    - (207) 762-5075
    - amorrow@jensenbaird.com

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas