UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORGAN ART FOUNDATION LIMITED,<br><br>        Plaintiff,<br><br>-against-<br><br>MICHAEL MCKENZIE, et al.,<br><br>        Defendants. | Case No. 1:18-cv-04438 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

   The Court held a status conference on January 8, 2026, at 11:30 a.m. Dkt. 589. As agreed to by the parties, all pretrial filings for the trial pursuant to this Court's Individual Rules 5(A) and (B) shall be filed by **February 18, 2026**, with opposition to any motions *in limine* filed by **February 25, 2026**. A jury trial shall commence on **April 20, 2026**. The parties shall appear for a final pre-trial conference on **April 1, 2026, at 12:00 p.m.** Both the trial and final pre-trial conference shall take place in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: January 8, 2026
    New York, New York

                      SO ORDERED.

                      JENNIFER L. ROCHON
                      United States District Judge