

# JODRÉ BRENECKI LLP
## ATTORNEYS AT LAW

101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

February 18, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007

> **Re:** **Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art**
> **Civil No.: 1:18-cv-04438-JLR-BCM.**

Dear Judge Rochon:

Please be advised that the undersigned counsel represents Defendant, Michael McKenzie d/b/a American Image Art. I am writing to respectfully request a partial extension of time pertaining to the Court's Order following the Status Conference regarding this matter held on January 8, 2026.[1] The following application is made following consultation with, and consent of, Plaintiff's Counsel.

Specifically, it is requested that the February 18, 2026 deadline for pretrial filings be adjourned to Monday, February 23, 2026, with opposition to any resultant motions *in limine* to be filed by March 2, 2026. This request does not interfere with the Final Pre-Trial Conference scheduled for April 1, 2026 or the commencement of trial on April 20, 2026.

---

[1] *See* Order, Doc. No. 595, 18-cv-04438 (JLR) (BCM) (S.D.N.Y. January 8, 2026)

Thank you very much in advance for the Court's time and consideration. If necessary, the undersigned is available to discuss any issues or concerns regarding this correspondence at the Court's convenience.

Respectfully submitted,

NICOLE BRENECKI, ESQ.
*Partner*