

**JODRÉ BRENECKI LLP**
ATTORNEYS AT LAW

101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

February 23, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007

Request GRANTED. The parties' pretrial filings shall be submitted by **February 25, 2026**, with related oppositions due by **March 4, 2026**. **SO ORDERED.**

Dated: February 23, 2026
New York, New York

**JENNIFER L. ROCHON**
**United States District Judge**

Re:   **Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art**
      **Civil No.: 1:18-cv-04438-JLR-BCM**.

Dear Honorable Judge Rochon:

    This firm represents Defendant, Michael McKenzie, in the above-referenced matter. We write regarding the Court's Order extending the parties' time to submit their joint pretrial filings. The parties previously sought, and the Court granted, an extension of the submission deadline from February 18, 2026 through February 23, 2026. Defendant respectfully requests one final extension, through Wednesday, February 25, 2026, to submit the joint pretrial documents.

    Plaintiffs timely prepared and submitted their portion of the required materials and were ready and available to complete the filing and meet and confer within the Court's original deadlines. Counsel for Defendant, the undersigned, required additional time to finalize Defendant's portion of the submissions. Although substantial progress has been made, Defendant now seeks a brief additional extension for the following reasons.

    First, a travel ban was issued yesterday due to a blizzard, requiring our office to operate remotely. Draft documents previously prepared for discussion with the client remain on counsel's office computer, which is presently inaccessible due to these unforeseen circumstances. This has temporarily prevented completion of the final revisions necessary for submission.

    More significantly, undersigned counsel is currently addressing an issue that has arisen between counsel and Defendant concerning certain proposed submissions. If the matter cannot be resolved, counsel would ordinarily be required to seek withdrawal. However, given the advanced

stage of this case and the parties' proximity to resolving the issue, Defendant respectfully requests a short, final extension to allow counsel and client to resolve the matter and proceed without the disruption and delay that withdrawal would cause.

      For the foregoing reasons, Defendant respectfully requests a final extension through the close of business on Wednesday, February 25, 2026, to submit the joint pretrial documents.

      Thank you very much in advance for the Court's time and consideration.

Respectfully submitted,

*/s/ Nicole Brenecki, Esq.*

_____

NICOLE BRENECKI, ESQ.
*Partner*