United States District Court
Southern District Of New York

| | |
|---|---|
| Morgan Art Foundation Limited,<br><br>Plaintiff,<br><br>-against-<br><br>Michael McKenzie d/b/a American Image Art,<br><br>Defendant. | Case No. 1:18-cv-04438-AT-BCM |

**Joint Proposed Voir Dire**

- Do you know any of the parties, attorneys, or potential witnesses in this case?

- Have you or anyone close to you been involved in litigation?

- Based on the joint summary that was read to you, is there anything about the nature of this case that would make it difficult for you to be fair and impartial?

- Have you read, seen, or heard anything about this case in the media or elsewhere?

- Do you feel you can decide this case based solely on the evidence presented in court?

- Is there any reason related to your health, personal circumstances, or commitments that would make it difficult for you to serve for the expected duration of this trial?

- The Court has already ruled that the defendant in this case engaged in sanctionable behavior and must be subject to liability on one of the claims. Are you able to follow the Court's instructions and ruling on liability and assess whether the Plaintiff has suffered damages, without disagreeing with the Court's ruling that defendant is liable for the claim?

- Are you able to fairly and impartially evaluate the issue of damages, understanding that although the Court has determined liability, the Plaintiff must still prove entitlement to damages, and that liability does not automatically require an award of damages?

- Would you automatically conclude that a party is responsible for damages or wrongdoing in a civil case simply because the Court found that party engaged in discovery violations or delays, or could you still fairly evaluate the remaining issues based solely on the evidence presented at trial?

- Have you heard of Robert Indiana or seen his famous "LOVE" sculpture?

- Do you have any opinions of Robert Indiana or his artwork?

- Do you collect art, work in the art industry, or have close friends or family that are employed in the art industry?

- Do you have any experience making art?

- Do you have any opinions about a company and advisor to the artist protecting an artist's legacy?

- Do you have any opinions about what it means for an artwork to be "authentic?"

- Do you have any experience in business valuation, art appraisal, or calculating financial losses?

- Do you have any opinions about the competence or honesty of the people involved in a family business?

- Do you have any experience with licensing or transferring intellectual property rights?

- Do you believe that contracts should be respected and enforced?