UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

PLAINTIFF,

-AGAINST-

MICHAEL MCKENZIE d/b/a AMERICAN IMAGE ART,

DEFENDANT.

Case No. 1:18-cv-04438-AT-BCM

**JOINT PROPOSED VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions. Your answers to each question must be agreed upon by [at least __ jurors]. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions.

I. **Copyright Infringement**

**Question 1:** Did Morgan Art Foundation Limited ("MAF") prove it had valid copyrights for Indiana artwork ?

YES: _____   NO: _____

**If the answer to Question No. 1 is "Yes," proceed to Question No. 2.  If the answer to Question No. 1 is "No," have the foreperson sign and date this Verdict Form and move to Section II.**

**Question 2:** Did Morgan Art Foundation Limited ("MAF") prove by a preponderance of the evidence that McKenzie infringed any of MAF's copyrights?

YES: _____   NO: _____

**If the answer to Question No. 2 is "Yes," proceed to Question No. 2.  If the answer to Question No. 2 is "No," have the foreperson sign and date this Verdict Form and move to Section II.**

**Question 2:** Which artworks did McKenzie create that infringed MAF's copyrights?

   Artwork:   The Ninth American Dream   YES: _____   NO: _____

Artwork:  USA FUN                              YES: _____   NO: _____

**Question 3:**   Did Morgan prove by a preponderance of the evidence that McKenzie willfully infringed MAF's copyright?

YES: _____   NO: _____

**Question 4:**   What amount of money has Morgan proven by a preponderance of the evidence would fairly compensate it for McKenzie's infringement(s) of Morgan's copyright(s)?

**Answer:** $_____

(Write the amount, if any, in U.S. dollars.)

**Date:** _____
**Foreperson Signature:** _____
**Number of Jurors Concurring:** _____ out of _____

**II.    Lanham Act:**

**Question 1**:   Did Morgan Art Foundation Limited ("MAF") prove by a preponderance of the evidence that McKenzie infringed MAF's trademark?

YES: _____   NO: _____

**Question 2**:   Which artworks did McKenzie create that infringed MAF's trademark?

Artwork:   LOVE 20 Framed Prints and Accompanying Poems:

1. LOVE: Black/White — YES: _____ NO: _____
2. LOVE: Red/Blue — YES: _____ NO: _____
3. LOVE: Red/blue/green — YES: _____ NO: _____
4. LOVE: Grisaille (Three Grays) — YES: _____ NO: _____
5. LOVE: Red/White/Blue — YES: _____ NO: _____
6. LOVE: Yellow/Red/Blue/Black — YES: _____ NO: _____
7. LOVE: Red/Green/Blue — YES: _____ NO: _____
8. LOVE: White/Green/Blue — YES: _____ NO: _____
9. LOVE: Yellow/Red/Black — YES: _____ NO: _____
10. LOVE: Yellow/Orange/Red — YES: _____ NO: _____

Artwork:   LOVE: Red/Violet/Green 1996, edition #164/200   YES: _____ NO: _____
Artwork:   LOVE: Pink/Blue/Green 1996, edition #164/200    YES: _____ NO: _____
Artwork:   LOVE: L-Gold/Blue                               YES: _____ NO: _____
Artwork:   LOVE: L-Gold/Red                                YES: _____ NO: _____
Artwork:   LOVE: L-Red/Green/Blue                          YES: _____ NO: _____
Artwork:   LOVE: L-Gold/Red/Blue                           YES: _____ NO: _____
Artwork:   LOVE: L-Gold/Red/Purple                         YES: _____ NO: _____
Artwork:   LOVE: L-Purple/Red                              YES: _____ NO: _____
Artwork:   LOVE: L-Red/Blue (RedMetal)                     YES: _____ NO: _____
Artwork:   LOVE: L-Red/Blue Reversal (BlueMetal)           YES: _____ NO: _____
Artwork:   LOVE: L-Red/Blue/Green                          YES: _____ NO: _____
Artwork:   LOVE: L-Red/Gold                                YES: _____ NO: _____
Artwork:   LOVE: L-Red/Green/Purple                        YES: _____ NO: _____
Artwork:   LOVE: L-Red/Purple                              YES: _____ NO: _____
Artwork:   LOVE: L-Red/Purple Green                        YES: _____ NO: _____
Artwork:   LOVE: L-Red/Silver                              YES: _____ NO: _____
Artwork:   LOVE: L-Silver/Blue                             YES: _____ NO: _____
Artwork:   LOVE: L-Silver/Red                              YES: _____ NO: _____
Artwork:   Book of Love Silver/Red                         YES: _____ NO: _____
Artwork:   Book of Love Gold/Red                           YES: _____ NO: _____
Artwork:   Book of Love Red/Gold                           YES: _____ NO: _____
Artwork:   Book of Love Red/Blue                           YES: _____ NO: _____
Artwork:   Book of Love Red/Blue/Green                     YES: _____ NO: _____
Artwork:   Book of Love Red/Green/Blue                     YES: _____ NO: _____
Artwork:   Book of Love Purple/Red                         YES: _____ NO: _____

| | | |
|---|---|---|
| Artwork: | Book of Love Red Purple | YES: _____ NO: _____ |
| Artwork: | Book of Love Red/Purple/Green | YES: _____ NO: _____ |
| Artwork: | Book of Love Red/Green/Purple | YES: _____ NO: _____ |
| Artwork: | Book of Love Gold/Blue | YES: _____ NO: _____ |
| Artwork: | Book of Love Gold/Red/Purple | YES: _____ NO: _____ |
| Artwork: | Book of Love Silver/Blue | YES: _____ NO: _____ |
| Artwork: | Book of Love Red/Blue | YES: _____ NO: _____ |
| Artwork: | Book of Love Gold/Red/Blue | YES: _____ NO: _____ |
| Artwork: | Book of Love Edition of V in any color | YES: _____ NO: _____ |

**Question 3:**   What amount of money has Morgan proven by a preponderance of the evidence would fairly compensate it for McKenzie's infringement(s) of Morgan's trademark?

**Answer:** $_____

(Write the amount, if any, in U.S. dollars.)

**Date:** _____

**Foreperson Signature:** _____

**Number of Jurors Concurring:** _____ out of _____

4

### III. Tortious Interference - Damages

The Court has determined that Defendant Michael McKenzie is liable for tortious interference with the License/IP Agreement and the Sculpture Agreement between Robert Indiana and Morgan Art Foundation. Your role is to determine the amount of damages that Morgan Art Foundation is entitled to recover.

**Question 1:**   What amount of compensatory damages has Morgan proven by a preponderance of the evidence resulted from Michael McKenzie's tortious interference with the License/IP Agreement and the Sculpture Agreement?

**Answer:** $_____

(Write the amount, if any, in U.S. dollars.)

**Question 2:**   What amount of punitive damages has Morgan proven by a preponderance of the evidence resulted from Michael McKenzie's tortious interference with the License/IP Agreement and the Sculpture Agreement?

**Answer:** $_____

(Write the amount, if any, in U.S. dollars.)

**Date:** _____

**Foreperson Signature:** _____

**Number of Jurors Concurring:** \_\_\_\_\_ out of \_\_\_\_\_