

**JODRÉ BRENECKI LLP**
ATTORNEYS AT LAW
101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

March 4, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007

      Re:    **Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art,
              Civil No.: 1:18-cv-04438-JLR-BCM**.

Dear Judge Rochon:

      Please be advised that the undersigned counsel represents Defendant, Michael McKenzie d/b/a American Image Art. I am writing to respectfully request an extension of the deadline to respond to Plaintiff's pre-trial submissions. This request does not interfere with the Final Pre-Trial Conference scheduled for April 1, 2026, or the commencement of trial on April 20, 2026.

      Once again, undersigned counsel is addressing an issue that has arisen between counsel and Defendant concerning language and content of the response. If the matter cannot be resolved, counsel would ordinarily be required to seek withdrawal. However, given the advanced stage of this case, Defendant respectfully requests a two ("2") day extension to allow counsel and client to resolve the matter and proceed without the disruption and delay that withdrawal would cause.

      For the foregoing reasons, Defendant respectfully requests a final extension through the close of business on Friday, March 6, 2026, to submit the response to Plaintiff's pretrial submissions.

Thank you very much in advance for the Court's time and consideration. If necessary, the undersigned is available to discuss any issues or concerns regarding this correspondence at the Court's convenience.

Respectfully submitted,

NICOLE BRENECKI, ESQ.
*Partner*