

# JODRÉ BRENECKI LLP
## ATTORNEYS AT LAW

101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

March 6, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007

Request GRANTED.  Defendant's deadline to respond to
Plaintiff's pre-trial submissions is extended to **March 9, 2026**.

**SO ORDERED.**

Dated: March 6, 2026
New York, New York

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge

Re:  **Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art**
**Civil No.: 1:18-cv-04438-JLR-BCM.**

Dear Honorable Judge Rochon:

As the Court is aware, this firm represents Defendant, Michael McKenzie, in the above-referenced matter. I am writing to respectfully request a brief, and final, extension of time until Monday, March 9, 2025, to respond to Plaintiff's pre-trial submissions. This request does not interfere with the Final Pre-Trial Conference scheduled for April 1, 2026, or the commencement of trial on April 20, 2026.

The undersigned counsel previously requested a short extension due to delays in obtaining necessary confirmation from the client. Since that time, counsel has been working diligently with the client to finalize our submission. The aforementioned issues mentioned in our previous request have now largely been resolved, and a final draft has been prepared; however, counsel is still awaiting the client's final authorization before filing.

As the submission must be made with the client's approval, counsel respectfully requests this brief additional time to complete the process. Counsel anticipates that the filing will be finalized and submitted over the weekend.

Thank you very much in advance for the Court's time and consideration. If necessary, the undersigned is available to discuss any issues or concerns regarding this correspondence at the Court's convenience.

Respectfully submitted,

NICOLE BRENECKI, ESQ.
*Partner*