UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

        PLAINTIFF,

    -AGAINST-

MICHAEL MCKENZIE D/B/A AMERICAN IMAGE ART,

        DEFENDANT.

Case No. 1:18-cv-04438-JLR

### JOINT STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Morgan Art Foundation Limited and Defendant Michael McKenzie d/b/a American Image Art, through their undersigned counsel of record, that Counts III (Common Law Trademark), IV (Breach of Contract), VI (Visual Artist's Rights Act), VII (Unfair Competition), and VIII (Defamation) of Plaintiff's First Amended Complaint are voluntarily dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii), with each Party to bear its own attorneys' fees and costs. For the avoidance of doubt, this stipulation does not dismiss, or have any effect on, Counts I (Copyright Infringement), II (Lanham Act Trademark Infringement), and V (Tortious Interference with Contract).

Dated: April 3, 2026

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____

Luke Nikas
295 Fifth Avenue, 9th Floor
New York, NY 10010
(212) 849-7000
lukenikas@quinnemanuel.com

*Attorneys for Plaintiff Morgan Art Foundation Limited*

JODRE BRENECKI, LLP

By: _____

Nicole Brenecki
101 North 10th Street – Suite 303
Brooklyn, NY 11249
(347) 563-2605
nicole@jodrebrenecki.com

*Attorney for Defendant, Michael McKenzie*

**SO ORDERED.**

Dated:
    New York, New York

_____

Jennifer L. Rochon
United States District Judge

2