

# JODRÉ BRENECKI LLP
## ATTORNEYS AT LAW

101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
WWW.JODREBRENECKI.COM

April 6, 2026

**VIA ECF**
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007

> **Re:    Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art**
> **Civil No.: 1:18-cv-04438-JLR-BCM.**

Dear Judge Rochon:

As you are aware, the undersigned counsel represents Defendant, Michael McKenzie d/b/a American Image Art. I am writing to respectfully request a 1-day extension of time to submit the briefs regarding certain issues discussed during the Final Pretrial Conference held on April 1, 2026.[1] This request is made with consent of Plaintiff's counsel.

Specifically, it is requested that the Monday, April 6, 2026, deadline for Defendant to brief the Court be adjourned by one ("1") day to Tuesday, April 7, 2026, and that Plaintiff's response to Defendant's submission be due on Wednesday, April 8, 2026.

The undersigned makes this request in order to confer with Mr. McKenzie who was unavailable because of the Easter holiday this past weekend. This request does not interfere with the commencement of trial on April 20, 2026.

---

[1] *See* ECF, 18-cv-04438, "Pretrial Conference – Final" – (JLR) (BCM) (S.D.N.Y. April 1, 2026).

Thank you very much in advance for the Court's time and consideration. If necessary, the undersigned is available to discuss any issues or concerns regarding this correspondence at the Court's convenience.

Respectfully submitted,

NICOLE BRENECKI, ESQ.
*Partner*