**quinn emanuel** trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL No.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
**alexlefkowitz@quinnemanuel.com**

April 10, 2026

**VIA ECF**
The Honorable Jennifer H. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      *Re:*    *Morgan Art Foundation Limited v. McKenzie*, 1:18-cv-04438-JLR

Dear Judge Rochon:

      I represent Plaintiff Morgan Art Foundation Ltd. and write under Local Rule 6(a) to respectfully request that the Court enter the attached updated Electronic Devices Order regarding the April 20, 2026 trial and the Technology Walkthrough, now scheduled for April 14, 2026, including a technology set-up we have requested for April 17, 2026. We have received updated information from our technology vendor, Magna Legal Services, regarding additional devices they will need to bring to trial. To that end, I have attached an updated proposed Electronic Devices Order.

Respectfully submitted,

*/s/ Alex Lefkowitz*

Alex Lefkowitz

cc: All counsel of record

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH