UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x


IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL


_____ x


The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

MORGAN ART FOUNDATION LIMITED, PLAINTIFF, -AGAINST  MICHAEL MCKENZIE D/B/A AMERICAN IMAGE ART, DEFENDANT

ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are) 4/20-4/28/2026, 04/14/2026, 04/17/2026

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|----------|--------|-----------|-----------|--------------|
| Luke Nikas | lukenikas@quinnemanuel.com | Laptop, Cell Phone | 20B | X |
| Alex Lefkowitz | alexlefkowitz@quinnemanuel.com | Laptop, Cell Phone | 20B | X |
| Ezekiel McDavid (paralegal) | ezekielmcdavid@quinnemanuel.com | Laptop, Cell Phone | 20B | X |

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:


Dated:        _____


_____
United States Judge


Revised: July 1, 2019.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

_____ x

       The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

MORGAN ART FOUNDATION LIMITED, PLAINTIFF, -AGAINST  MICHAEL MCKENZIE D/B/A AMERICAN IMAGE ART, DEFENDANT

       ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided. The date(s) for which such authorization is provided is (are) 04/20-04/28/26, 04/14/26, 04/17/26.

| Attorney | E-Mail | Device(s)<br>All devices for both | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Humberto Ferrer (tech) | hferrer@magnals.com | 3 laptops, 1 monitor, 1 switch, 1 printer | 20B | X |
| Marco Heim (tech) | mheim@magnals.com | 1 cell phone, HDMI cables | 20B | X |
| | | power strips/extension cables | | |

*(Attach Extra Sheet If Needed)*

       The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

       SO ORDERED:

Dated:      _____

_____
United States Judge

Revised: July 1, 2019.