**quinn emanuel**  trial lawyers | new york

295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
**alexlefkowitz@quinnemanuel.com**

April 15, 2026

**VIA ECF**
The Honorable Jennifer H. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

     *Re:    Morgan Art Foundation Limited v. McKenzie*, 1:18-cv-04438-JLR

Dear Judge Rochon:

    I represent Plaintiff Morgan Art Foundation Ltd. and write under Local Rule 6(a) to respectfully request that the Court enter the attached updated Electronic Devices Order regarding the April 20, 2026 trial and the technology set-up we have scheduled for Friday, April 17, 2026. We have received additional names from our IT department of individuals needed for set-up. To that end, I have attached an updated proposed Electronic Devices Order.

Respectfully submitted,

*/s/ Alex Lefkowitz*

Alex Lefkowitz

cc: All counsel of record

quinn emanuel urquhart & sullivan, llp
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DUBAI | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH