

**JODRÉ BRENECKI LLP**
A T T O R N E Y S    A T    L A W

101 NORTH 10TH STREET
SUITE 303
BROOKLYN, NY 11249

TEL: (347) 563-2605
FAX: (929) 337-6030
EMAIL: NICOLE@JODREBRENECKI.COM
W W W . J O D R E B R E N E C K I . C O M

April 17, 2026

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20B
New York, New York 10007

>  Re:  **Morgan Art Foundation Limited v. McKenzie d/b/a American Image Art**
>  **Civil No.: 1:18-cv-04438 (JLR)(BCM)**.

Dear Judge Rochon:

As you are aware the undersigned counsel represents Defendant, Michael McKenzie d/b/a American Image Art. Pursuant to Rule 6(a) of the Court's Individual Rules of Practice, Defendant respectfully requests that the Court enter the attached Electronic Devices Order regarding the trial scheduled to commence on April 20, 2026.

Thank you very much in advance for the Court's time and consideration. If necessary, the undersigned is available to discuss any issues or concerns regarding this correspondence at the Court's convenience.

Respectfully submitted,

JORDAN JODRÉ, ESQ.
*Partner*