UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————— x

IN THE MATTER OF AN APPLICATION

TO BRING PERSONAL ELECTRONIC DEVICE(S) OR
GENERAL PURPOSE COMPUTING  DEVICE(S) INTO
THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK FOR
USE IN A PROCEEDING OR TRIAL

——————————————————————————— x

       The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised.   Upon submission of written application to this Court, it is hereby

       ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/ or the General Purpose Computing  Device(s)  (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned:

Morgan Art Foundation Limited, Plaintiff, v. Michael McKenzie, et al., Defendants.

       ORDERED that for the device(s) checked below SDNY Courtroom WI-FI access shall be provided.

The date(s) for which such authorization is provided is (are)__4/20/2026 - 4/28/2026__.

| Attorney | E-Mail | Device(s) | Courtroom | WIFI Granted |
|---|---|---|---|---|
| Nicole Brenecki, Esq. | nicole@jodrebrenecki.com | Laptop, Cell Phone | 20B | X |
| Jordan Jodre, Esq. | jordan@jodrebrenecki.com | Laptop, Cell Phone | 20B | X |
|  |  |  |  |  |

*(Attach Extra Sheet If Needed)*

       The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse.  Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

       SO ORDERED:

Dated:        _____

_____
United States Judge

Revised: July 1, 2019.