UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,

Plaintiff,

-against-

MICHAEL MCKENZIE d/b/a AMERICAN
IMAGE ART,

Defendant.

Case No. 1:18-cv-04438 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed with the parties at the conclusion of trial on April 23, 2026, Plaintiff's

deadline to submit briefing on its request for injunctive relief is **May 7, 2026**.  Any opposition

from Defendant shall be due by **May 21, 2026**.

Dated:  April 24, 2026
        New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge