UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORGAN ART FOUNDATION LIMITED,
Plaintiff,

-against-

MICHAEL MCKENZIE d/b/a AMERICAN IMAGE ART,
Defendant.

Case No. 1:18-cv-04438 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On August 7, 2026, Defendant filed a motion pursuant to Federal Rule of Civil Procedure ("Rule") 59 for a new trial, or in the alternative, to amend the final judgment entered in this case, Dkt. 635. *See* Dkt. 641. Plaintiff's opposition to that motion was due on August 21, 2026. To date, Plaintiff has not filed a response. In order to facilitate a full review of the merits of the motion, the Court will permit Plaintiff to file its opposition, if any, by **August 28, 2026**.

Dated: August 25, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge