quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7228**

WRITER'S EMAIL ADDRESS
**lukenikas@quinnemanuel.com**

August 25, 2026

**VIA ELECTRONIC FILING**

Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, New York 10007

**Re:** ***Morgan Art Foundation Limited v. Michael McKenzie d/b/a American Image Art***
**Civil No.: 1:18-cv-04438-JLR-BCM**

Dear Judge Rochon:

I represent Morgan Art Foundation and write regarding the Court's August 25, 2026 Order about the filing of an opposition brief in response to Defendant's Rule 59 motion for a new trial.

On August 12, 2026, McKenzie filed a Suggestion of Bankruptcy. (Dkt. 645.) The Second Circuit immediately confirmed the stay of McKenzie's appeal under 11 U.S.C. § 362 (2d Cir. Dkt. No. 26-2047), and it is our belief that the automatic stay also applies in this Court. *See, e.g., Tchrs. Ins. & Annuity Ass'n of Am. v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986). We have since discussed this matter with McKenzie's counsel, who likewise believes that this case has been automatically stayed under 11 U.S.C. § 362.

We intend to confer further with McKenzie's counsel about these matters, as well as a potential resolution of this case. But we currently believe that Morgan Art Foundation is prohibited by 11 U.S.C. § 362 and the related caselaw from taking further action in this case, including filing a brief opposing McKenzie's Rule 59 motion—even though Morgan Art Foundation does dispute the grounds asserted in McKenzie's motion. To the extent the Court believes otherwise, we respectfully request a conference to address this matter given the consequences of any violation of the automatic stay.

Respectfully submitted,

*/s/ Luke Nikas*

Luke Nikas